

FILED
KENNETH J. MURPHY
CLERK

03 NOV 19 AM 11: 38

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| United States of America, *et al.* | |
| Plaintiffs. | CASE NO: 1:02cv00107 |
| Sierra Club and Marilyn Wall | |
| Plaintiff-Intervenors. | JUDGE: S. Arthur Spiegel |
| v. | |
| Board of County Commissioners, Hamilton County, Ohio, *et al.* | MAGISTRATE JUDGE: Timothy S. Hogan |
| Defendants. | |

### MOTION TO ADMIT ATTORNEY MICHAEL K. MURPHY *PRO HAC VICE*

The Defendants, by and through their trial attorney, Nee Fong Chin, hereby move this Honorable Court to admit Attorney Michael K. Murphy *pro hac vice* as co-counsel in this instant matter.

Local Rule 83.4(c) of the federal court of the Southern District of Ohio provides that, "[a]ny member in good standing of the bar of the highest court in any state, who is not otherwise eligible to become a member of the bar of this Court, may be permitted to appear and participate as counsel or co-counsel, upon motion of the trial attorney for any party. A motion for permission to appear *pro hac vice* should be accompanied by a current certificate of good standing by the highest court of any state, and the tender of a $50 fee to the Clerk of the Courts." A *pro hac vice* application, a certificate of good standing, and the $50 fee is attached hereto.

Generally, an out-of-state lawyer is permitted to practice *pro hac vice* before the federal

district courts: (1) if the lawyer is admitted to the bar of the highest court in another state; (2) is a

member in good standing of that bar, and (3) if the lawyer is associated with local counsel. *See*

*generally, In re Rappaport*, 558 F.2d 87 (2d Cir. 1977). Mr. Murphy meets all these requirements.

For the reasons set forth above, this Honorable Court should admit Mr. Murphy *pro hac vice*

as co-counsel in this matter with trial attorney, Nee Fong Chin.

Respectfully submitted,

Dated: November 19, 2003

Nee Fong Chin, Trial Attorney
Ohio Bar # 0038095
Assistant County Prosecutor
Hamilton County Prosecutor's Office
230 East 9th Street, Suite 4000
Cincinnati, OH 45202

Christopher H. Buckley, Of Counsel
Peter P. Murphy, Of Counsel
Gibson, Dunn and Crutcher LLP
1050 Connecticut, N.W.
Washington, D.C. 20036-5306

Jennifer Langen
Assistant City Solicitor
City Hall
801 Plum Street, Suite 214
Cincinnati, Ohio 45202

For the Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| United States of America, *et al.* | |
| Plaintiffs. | |
| Sierra Club and Marilyn Wall | CASE NO: 1:02cv00107 |
| Plaintiff-Intervenors. | |
| v. | JUDGE:  S. Arthur Spiegel |
| Board of County Commissioners, Hamilton County, Ohio, *et al.* | MAGISTRATE JUDGE:  Timothy S. Hogan |
| Defendants. | |

### ***PRO HAC VICE*** **APPLICATION**

I,  Michael K. Murphy , hereby petition this Court for leave to appear on behalf of

Board of County Commissioners of Hamilton County, Ohio, The City of Cincinnati, and

Metropolitan Sewer District of Greater Cincinnati.

In support of this petition I hereby state:

My office address is:  1050 Connecticut Avenue, N.W.

Washington, D.C. 20036-5306

That I was admitted to practice before:

the State Bar of  District of Columbia        on      08/04/00

and am currently in good standing and eligible to practice in the said Court(s)

as evidenced by the attached certificate of good standing from

The District of Columbia Court of Appeals  ;

That I am not currently suspended or disbarred by any other Court;

I declare under penalty of perjury that the foregoing is true and correct.

Michael K. Murphy, Esq.
D.C. Bar # 468907
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Motion to Admit Attorney Michael K. Murphy *pro hac vice* was served on November 19, 2003, via First Class mail upon the following:

D. David Altman, Esq.
Law Offices of D. David Altman, L.P.A.
15 East Eighth Street, Suite 200W
Cincinnati, OH 45202

Albert J. Slap, Esq.
Law Office of Albert J. Slap, Esq.
20 Erie Ave.
Glendale, OH 45246

Margaret A. Malone
Assistant Attorney General
Attorney General, State of Ohio
Environmental Enforcement Section
30 East Broad Street
Columbus, OH 43266-0410

Leslie Allen
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources
  Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Donetta D. Wiethe
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, OH 45202

Gary Prichard
Associate Regional Counsel
U.S. EPA, Region 5
77 West Jackson Blvd.
Chicago, IL 60604-3590

Joseph Cervantes