UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, *et al.* | |
| Plaintiffs. | |
| Sierra Club and Marilyn Wall | CASE NO: 1:02cv00107 |
| Plaintiff-Intervenors. | JUDGE: S. Arthur Spiegel |
| v. | |
| Board of County Commissioners, Hamilton County, Ohio, *et al.* | MAGISTRATE JUDGE: Timothy S. Hogan |
| Defendants. | |

## ORDER

IT IS ORDERED that the *Pro Hac Vice* Application filed by Michael K. Murphy to appear on behalf of Board of County Commissioners of Hamilton County, Ohio, the City of Cincinnati, and the Metropolitan Sewer District of Greater Cincinnati in the above styled case is hereby approved.

_____
United States District Judge

_____
United States Magistrate Judge