Wed Nov 19 11:25:06 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420940
Cashier       kj1

Tender Type  CHECK

Check Number: 34919

Transaction Type   C

Case No./Def No. 1:03-LB-ATTY  /  1

DO Code    Div No     Acct
  4661        1       6855XX

Amount            $     50.00

GIBSON, DUNN & CRUTCHER LLP

PRO HAC VICE C-1-02-107

Wed Nov 19 11:25:06 2003

Check No. 34919
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661