FILED
KENNETH J. MURPHY
CLERK

**UNITED STATES DISTRICT COURT** 03 NOV 19 AM II: 37
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

. . . . . COURT
. . . . . . . . IST OHIO
WEST L. . CINCINNATI

| | |
|---|---|
| United States of America, *et al.* | |
| Plaintiffs. | |
| | CASE NO: 1:02cv00107 |
| Sierra Club and Marilyn Wall | |
| Plaintiff-Intervenors. | |
| | JUDGE: S. Arthur Spiegel |
| v. | |
| | MAGISTRATE JUDGE: Timothy S. Hogan |
| Board of County Commissioners, Hamilton County, Ohio, *et al.* | |
| Defendants. | |

## MOTION TO ADMIT ATTORNEY KEVIN M. ST. JOHN *PRO HAC VICE*

The Defendants, by and through their trial attorney, Nee Fong Chin, hereby move this

Honorable Court to admit Attorney Kevin M. St. John *pro hac vice* as co-counsel in this instant

matter.

Local Rule 83.4(c) of the federal court of the Southern District of Ohio provides that, "[a]ny

member in good standing of the bar of the highest court in any state, who is not otherwise eligible to

become a member of the bar of this Court, may be permitted to appear and participate as counsel or

co-counsel, upon motion of the trial attorney for any party. A motion for permission to appear *pro*

*hac vice* should be accompanied by a current certificate of good standing by the highest court of any

state, and the tender of a $50 fee to the Clerk of the Courts." A *pro hac vice* application, a

certificate of good standing, and the $50 fee is attached hereto.

Generally, an out-of-state lawyer is permitted to practice *pro hac vice* before the federal

district courts: (1) if the lawyer is admitted to the bar of the highest court in another state; (2) is a

member in good standing of that bar, and (3) if the lawyer is associated with local counsel. *See*

*generally, In re Rappaport*, 558 F.2d 87 (2d Cir. 1977). Mr. St. John meets all these requirements.

For the reasons set forth above, this Honorable Court should admit Mr. St. John *pro hac vice*

as co-counsel in this matter with trial attorney, Nee Fong Chin.

Respectfully submitted,

Dated: November 19, 2003

Nee Fong Chin, Trial Attorney
Ohio Bar # 0038095
Assistant County Prosecutor
Hamilton County Prosecutor's Office
230 East 9th Street, Suite 4000
Cincinnati, OH 45202

Christopher H. Buckley, Of Counsel
Peter P. Murphy, Of Counsel
Gibson, Dunn and Crutcher LLP
1050 Connecticut, N.W.
Washington, D.C. 20036-5306

For the Defendants

Jennifer Langen
Assistant City Solicitor
City Hall
801 Plum Street, Suite 214
Cincinnati, Ohio 45202

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America, *et al.*

        Plaintiffs.

Sierra Club and Marilyn Wall

        Plaintiff-Intervenors.

    v.

Board of County Commissioners, Hamilton
County, Ohio, *et al.*

        Defendants.

CASE NO: 1:02cv00107

JUDGE:  S. Arthur Spiegel

MAGISTRATE JUDGE:  Timothy S. Hogan

## *PRO HAC VICE* APPLICATION

    I,  Kevin M. St. John  , hereby petition this Court for leave to appear on behalf of

Board of County Commissioners of Hamilton County, Ohio, The City of Cincinnati, and

Metropolitan Sewer District of Greater Cincinnati.

In support of this petition I hereby state:

    My office address is:  1050 Connecticut Avenue, N.W.

                  Washington, D.C. 20036-5306

    That I was admitted to practice before:

        the State Bar of  District of Columbia          on     07/09/01

and am currently in good standing and eligible to practice in the said Court(s)

as evidenced by the attached certificate of good standing from

The District of Columbia Court of Appeals;

That I am not currently suspended or disbarred by any other Court;

I declare under penalty of perjury that the foregoing is true and correct.

Kevin M. St. John, Esq.
D.C. Bar # 473620
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion to Admit Attorney Kevin M. St. John *pro hac vice* was served on November 19, 2003, via First Class mail upon the following:

D. David Altman, Esq.
Law Offices of D. David Altman, L.P.A.
15 East Eighth Street, Suite 200W
Cincinnati, OH 45202

Margaret A. Malone
Assistant Attorney General
Attorney General, State of Ohio
Environmental Enforcement Section
30 East Broad Street
Columbus, OH 43266-0410

Albert J. Slap, Esq.
Law Office of Albert J. Slap, Esq.
20 Erie Ave.
Glendale, OH 45246

Leslie Allen
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources
    Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Donetta D. Wiethe
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, OH 45202

Gary Prichard
Associate Regional Counsel
U.S. EPA, Region 5
77 West Jackson Blvd.
Chicago, IL 60604-3590

Joseph R. Cervantes