```
Wed Nov 19 11:23:45 2003

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 420939
Cashier       kj1

Tender Type  CHECK

Check Number: 34918

Transaction Type  C

Case No./Def No. 1:03-LB-ATTY  /   1

DO Code    Div No     Acct
 4661        1        6855XX

Amount               $    50.00

GIBSON, DUNN & CRUTCHER LLP


PRO HAC VICE C-1-02-107




Wed Nov 19 11:23:45 2003

Check No. 34918
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```