EXHIBIT 2

PUBLIC PARTICIPATION PLAN

FOR

MSD OF GREATER CINCINNATI LONG TERM CONTROL PLAN UPDATE

I.      **Introduction**

As was the case with the development of MSD's original Long Term Control Plan ("LTCP"), public participation will be an integral part of the process for updating this document. As set out below, the public participation process will be divided into two primary components: 1) the LTCP Update Steering Committee; and 2) Public Outreach.

II.     **Steering Committee**

The purpose of the Steering Committee will be to provide oversight and guidance to MSD throughout the development of the LTCP Update.

    A.      **Membership**

The Steering Committee will be comprised of authorized representatives of local organizations whose missions are focused on civic, engineering and environmental issues. Representatives from, at a minimum, the following organizations will be invited to serve on the Steering Committee:

City of Cincinnati - City Engineer; City of Cincinnati - Deputy City Manager; University of Cincinnati - College of Engineering; City of Cincinnati Health Department; Hamilton County Public Works; Mill Creek Watershed Council; Hamilton County Technical Advisory Committee; Hamilton County Health Commissioner; Greater Cincinnati Chamber of Commerce.

B.     **Steering Committee Operations**

The Steering Committee will provide high level oversight and guidance to the LTCP Update development process. MSD anticipates that the Steering Committee will provide advice to the MSD through an open, collaborative, consensus-based process, without formal votes or a need for excessive procedure. Although MSD hopes that the Steering Committee will work toward a consensus regarding the appropriate approach for MSD to take in addressing various CSO issues, Steering Committee members will be encouraged to offer their independent views on issues - even when those views might diverge from those of the rest of the Committee. MSD also expects that the Steering Committee's focus will be on "big picture" issues relating to the development and selection of remedial alternatives for addressing MSD's CSOs. MSD does not expect that the Steering Committee will provide detailed advice regarding the technical minutiae of LTCP Update development. MSD and its independent consultants can provide assistance regarding the details of technical studies and reports. Although they will not be members of the Steering Committee, Ohio EPA, U.S. EPA and ORSANCO will be invited to attend all Steering Committee meetings.

At the outset of the process, MSD will convene the Steering Committee within three months of the date of entry of the Consent Decree on Combined Sewer Overflows, Wastewater Treatment Plans, and Implementation of Capacity Assurance Program Plan for Sanitary Sewer Overflows ("final Consent Decree"). At that initial session, MSD will present to the Committee a "road map" of the LTCP process. At a minimum, this initial session will cover: 1) the history of MSD's wet weather overflow program; 2) the regulatory context in which the LTCP Update is being prepared; 3) the anticipated scope

of the monitoring and modeling to be performed in developing the LTCP Update; and 4) an overview of the alternatives analysis/remedy selection process. In the latter portion of this session, MSD would take questions and comments from the Steering Committee members regarding the plan for LTCP Update development.

Most of the Steering Committee's activities will be focused on the remedy selection phase of the LTCP Update development process. After completion of the monitoring and modeling portion of LTCP Update development and after a suite of remedial alternatives has been generated, MSD will convene the Steering Committee for a series of meetings. At these sessions, MSD will educate the Steering Committee regarding: 1) the results of the monitoring and modeling programs; 2) the views expressed in the public outreach program discussed below; and 3) the elements of each remedial alternative. Most importantly, MSD will solicit the views of the Steering Committee members regarding the various alternatives. The comments and recommendations of Steering Committee members will be considered by MSD in preparing the LTCP Update that is submitted to USEPA, OEPA and ORSANCO.

### III.   Public Outreach

There are two aspects of public outreach with respect to the LTCP Update: A) Public Education; and B) Public Involvement.

#### A.   Public Education

The first step in the public outreach process will be an effort to educate the public generally about CSO issues and the range of alternatives available for addressing CSOs. Among the topics that would be covered in the public education process are the following: 1) the history of MSD's wet weather overflow program; 2) the regulatory

context in which the LTCP Update is being prepared; 3) the scope and results of the monitoring and modeling being performed as part of the LTCP Update process; 4) the range of alternatives being considered; and 5) the process involved in the selection of alternatives.

Public education will be achieved through a variety of media. Press releases distributed to print, electronic and broadcast outlets will introduce the CSO issue and invite citizens to contact MSD by letter, phone call or e-mail to request an information packet on the LTCP Update. The press release will also announce the date and time for the initial LTCP Update public workshop. The information packet will contain a short overview of the MSD wet weather overflow program and the final Consent Decree as it relates to wet weather overflows. The packet will also contain a questionnaire that will solicit citizens' views regarding CSO issues. The packet will also invite recipients to visit MSD's website and/or attend the initial public workshop described below.

The information packet will also be mailed to community leaders, including city and township mayors, County Commissioners and civic association presidents. Additionally, copies of the packet will be made available at local libraries, as well as at MSD information booths at various public events such as the Hamilton County Fair and Earth Day.

As mentioned above, MSD will also hold an initial public workshop as part of the Public Education phase of the Public Outreach program. The location and time of the initial public workshop will be chosen to facilitate attendance by the public. This initial workshop will seek to educate members of the public about the history and scope of the MSD CSO program, explain the program's regulatory context and describe the various

categories of remedial alternatives being considered as part of the Long Term Control Plan Update. Technical issues and remedial alternatives will be presented in a simple, concise manner that is understandable to laypersons. The presentations will address progress to date on the LTCP Update, as well as the status of ongoing and planned LTCP Update activities. Charts and maps explaining in layperson's terms various CSO issues will be on display for viewing by the public at the workshop site before, during and after the workshop session.

### B. Public Involvement

In the public education packet and at the initial public workshop, the public will be encouraged to submit to MSD comments, complaints, ideas or suggestions that they might have regarding MSD's CSO program. Written comments will be accepted at both regular and electronic mail addresses. MSD will also encourage the public to fill out public comment forms.

A public comment workshop will be a key component of the Public Involvement phase of the Public Participation Program. As was the case with the initial public workshop, the public comment workshop will be publicized with advertisements in major local electronic, broadcast and print media, as well as press releases to these media outlets. The location and time of the public involvement workshop will be chosen to facilitate attendance by the public. The proceedings of the public involvement workshop will be recorded and made available to the public on request.

Although the public involvement workshop will begin with a brief overview of the CSO program information previously provided at the initial workshop, the primary focus of the public involvement workshop will be an open forum to obtain comments

from the public regarding its priorities for the LTCP Update. In particular, the public will be asked for its views regarding various remedial alternatives and its priorities with respect to goals for the CSO program.

The comments and recommendations received from the public during the Public Outreach process will be considered by MSD in preparing the LTCP Update that is submitted to USEPA, OEPA and ORSANCO. The LTCP Update will include a short section that recounts the events of the Public Outreach Program and briefly summarizes the public comments received. Where appropriate, the LTCP update will discuss the impact of public comments on the remedial measure selection process.