# EXHIBIT 4

# LONG TERM CONTROL PLAN
# UPDATE WORK  PLAN

I.  Introduction

This Long Term Control Plan Update Work Plan describes the process and schedule that Hamilton County and the City of Cincinnati ("Defendants") will follow, the analyses Defendants will perform, and the information Defendants will generate, obtain and provide, to develop a Long Term Control Plan Update Report and Long Term Control Plan Update in accordance with the Consent Decree on Combined Sewer Overflows, Wastewater Treatment Plants and Implementation of Capacity Assurance Program Plan for Sanitary Sewer Overflows ("Consent Decree"), and the steps Defendants will take to keep the United States Environmental Protection Agency, the Ohio Environmental Protection Agency, and the Ohio River Valley Water Sanitation Commission (the "regulators") apprized of developments throughout the course of development of the Long Term Control Plan Update so the regulators can provide meaningful input throughout the process.

II. Long Term Control Plan Update

Defendants will do the following to develop a Long Term Control Plan Update:

A.  Defendants have prepared a comprehensive listing of all current CSOs, assigning them to clusters, sewersheds and watersheds; this listing is appended to this Work Plan as Attachment A.  Defendants will review the permit status of each CSO with the state regulatory authorities.  The Defendants  may, after consultation with the regulators, adjust cluster definitions as  necessary to facilitate consideration of more effective CSO control alternatives.  Defendants anticipate that a number of CSOs  will be identified as suitable for elimination  (or control such that no overflows occur in a typical year) through sewer separation.  In such cases, sewer separation shall be the selected alternative as part of the Long Term Control Plan Update for the CSOs at issue, and these projects will not be subject to further alternatives evaluation.

Defendants will complete an initial screening analysis of the alternatives in Attachment A, excluding CSOs to be separated as described above, to eliminate from further consideration any alternatives that are not feasible.  Infeasibility may be due to factors such as site constraints, technology limitations, or exorbitant costs (in relation to other comparable alternatives being considered for the same CSO clusters, and in relation to costs expended by other CSO communities for similar technologies on a cost/performance or cost/unit size basis as reported in the literature (normalized to

current year dollars)).

Following the initial screening analysis, Defendants will integrate the clusters with interceptor and central/regional treatment alternatives to develop a minimum of 2 to 3 overall CSO control strategies for each of the three combined sewersheds (Mill Creek; Muddy Creek; and Duck Creek/East Little Miami). Defendants may develop one or more variations for any of these overall CSO control strategies. These variations (e.g., Mill Creek Alternatives 1A and 1B) would allow consideration of modifications of a particular strategy. An example might be an overall alternative that utilizes a storage tunnel to address all CSOs in a sewershed except one small, remote overflow. Two sub-alternatives might involve (a) separation or (b) local storage of that one small outfall.

B. Defendants will carry forward for cost-performance and other analysis a minimum of 2 to 3 overall CSO control strategies for each sewershed. Defendants' cost-performance analysis of these alternatives will consist of the following:

1. Use of a planning-level model based on Defendants' Sewer System Hydraulic Model, relevant information, and sound engineering judgment to develop reasonable, planning-level estimates of the sizes, capacities, performance in a typical year (i.e., number of activations and overflow volume), and other relevant characteristics of each of the alternatives being evaluated, for the following levels of typical year CSO volumetric control: 85%, 90%, 95%, 99+% typical year control;

2. Review of relevant information, including recent estimates and bids, to develop reasonable, planning level estimates of the "Project Costs," as that term is described on pages 3-49 through 3-51 of U.S. EPA's September 1995 "Combined Sewer Overflows: Guidance for Long Term Control Planning" for each alternative that is being evaluated. The determination of Project Costs will include: (i) "capital costs," "annual O & M costs," and the calculation of "life cycle costs" for each alternative and (ii) a break down of the "capital costs" and "annual O & M costs" that went into calculating the Project Costs for each alternative. The terms "capital costs," "annual O & M costs," and "life cycle costs" are described on pages 3-49 through 3-51 of U.S. EPA's September 1995 "Combined Sewer Overflows: Guidance for Long Term Control Planning." Data will be adjusted to suit local conditions based on size, site conditions, and construction features;

3. An evaluation of the costs and performance in terms of reducing overflow frequency and/or volume and/or loadings of Pollutants of Concern as determined through implementation of the Monitoring and Modeling Work Plan (Exhibit 3). The evaluations shall include, but not be limited to, "knee of the curve" cost-performance analyses. These analyses will allow for the comparison of the costs per unit of measure of frequency and/or volume reduction and/or pollutants removed from the discharge for each alternative that has been evaluated;

2

4.  An evaluation of each alternative's performance with regard to the control of floatables and solids, in accordance with the CSO Policy.  It is understood that this evaluation will be qualitative in nature and will address the general capability of the proposed alternative for floatables and solids removal; and

5.  As part of the cost and performance analyses, Defendants shall consider all of the CSO-specific alternatives identified in Attachment A, to optimize the cost-performance of each of the overall control strategies identified for each sewershed.

C.  If Defendants believe that a revision to water quality standards based upon affordability will be necessary to enable Defendants to meet the goals set forth below in Paragraph II.E.1; Defendants will generate the following financial information to assist the State of Ohio and ORSANCO with their decisions concerning any potential revisions to water quality standards:

1.  The information pertaining to the impacts that the Updated Long Term Control Plan Update is expected to have on the community specified in Chapters 2 and 4 of U.S. EPA's March 1995 Interim Economic Guidance for Water Quality Standards: Workbook (EPA 823-B-95-002), derived in accordance with the instructions in that document; and a description of the sources used to derive the information.  This information shall, at a minimum, include: 1) a "Municipal Preliminary Screener" (*i.e.*, "Average Total Pollution Control Cost per Household" divided by "Median Household Income") that is derived using the Median Household Income for the entire Metropolitan Sanitary District service population; and 2) a "Municipal Preliminary Screener" that is calculated on a community-by-community basis;

2.  Information on availability of grants and/or loans for funding the alternatives that have been evaluated; bond capacity for the next twenty years; current and projected residential, commercial and industrial user fees; and other viable funding mechanisms and/or sources of financing construction of the alternatives; and

3.  Any other information that Defendants believe is important in evaluating Defendants' financial capability to fund improvements to Defendants' Sewer System and WWTPs, including without limitation, information developed in accordance with U.S. EPA's February 1997 "CSO-Guidance for Financial Capability Assessment and Schedule Development" (EPA 832-B-95-06), and/or U.S. EPA's March 1995 Interim Economic Guidance for Water Quality Standards: Workbook (EPA 823-B-95-002).

4.  As an alternative to providing the information described above, the Defendants may provide information consistent with the State of Ohio procedures for evaluating financial capability and other criteria suitable for water quality standards revisions.

D.  Defendants will utilize a planning-level model based on Defendants' Sewer System Hydraulic Model, Defendants' water quality modeling capabilities developed as a result Defendants' implementation of the Monitoring and Modeling Work Plan (Exhibit 3), and water quality monitoring data developed in the course of implementing Exhibit 3 to evaluate the impacts that 85%, 90%, 95%, and 99+% typical year volumetric control by each of the minimum of 2 to 3 control strategies per watershed would have on the levels of POCs as determined through implementation of the Monitoring and Modeling Work Plan (Exhibit 3) in the receiving streams in areas affected by CSOs and bypassing during a "typical year."  This will include:

1.  Evaluating the impacts that the alternatives would have on reducing or eliminating days and hours of exceedances of water quality criteria for POCs in receiving streams impacted by CSOs and bypassing during a typical year when background sources including Kentucky-side discharges, boundary flows in the area rivers and streams, storm water, SSO, WWTP effluents and other discharges of the POCs are included in the evaluation;

2.  Evaluating the impacts that background sources would have on exceedances of water quality criteria for POCs in receiving streams impacted by CSOs and bypassing during a typical year if CSOs and bypasses were assumed to be zero; and

3.  In the event that Defendants intend to seek a revision to water quality standards,  Defendants will carry out the analyses described in Paragraphs II.D.1 and II.D.2  using both the existing water quality criteria and the prospective water quality criteria for the parameters for which revision is sought.  If Defendants intend to seek a revision to water quality standards, they may choose to apply for a revision pertaining to an entire sewershed or sewersheds or they may choose to seek a revision pertaining to only a portion or portions of a sewershed or sewersheds.  If Defendants intend to seek a revision pertaining to only a portion or portions of a sewershed, Defendants shall carry out the analyses described in Paragraphs II.D.1 and II.D.2 for other cluster-specific alternatives identified in Attachment A, as may be appropriate to provide information necessary to support the request for water quality standard revision.

E.      1.  Defendants will utilize the analysis, evaluations and information described in Paragraphs II.A - II.D along with other information and data pertaining to cost-effectiveness, financial capacity and affordability, community standards and other operating, socio-economic and environmental factors to identify proposed remedial measures, the "Long Term Control Plan Update," necessary to achieve the goals of insuring that: (1) Defendants construct and implement all feasible alternatives to eliminate bypasses at Defendants' WWTPs or, if Defendants demonstrate during the course of developing the Long Term Control Plan Update that elimination of bypassing is not feasible, to reduce bypasses at the WWTPs to the maximum extent feasible and to provide maximum feasible treatment for any remaining bypasses (where appropriate,

4

feasible alternatives to bypassing may include, without limitation, high rate physical-chemical treatment units and/or primary clarification and disinfection); (2) Defendants' CSOs comply with the requirements of the Clean Water Act, U.S. EPA's CSO Policy, Chapter 6111 of the Ohio Revised Code and the rules promulgated thereunder, the Compact and the pollution control standards promulgated thereunder, and Defendants' Current Permits; and (3) Defendants eliminate Unpermitted Overflows.

2.  It is expected that the Defendants will meet with the regulators to review the proposed remedial measures and will work with the regulators to assess compliance with water quality standards and any necessary revisions to water quality standards.

3.  In accordance with Paragraph IX.B of the Consent Decree, Defendants may also include the following as elements of their proposed Long Term Control Plan Update:  a Sewer Relining and Manhole Rehabilitation Program Plan; measures for preventing Water-In-Basements ("WIB(s)"); measures necessary to meet the adequate capacity requirements of Paragraph XIII.D (Water-in-Basement Program: Adequate Capacity), including measures implemented pursuant to Exhibit 6 (Water-in-Basement Prevention Program) of the Consent Decree; and remedial measures necessary to comply with new or more stringent requirements that are included or expected to be included in future NPDES permits pertaining to Defendants' WWTPs or Sewer System.  Capital costs required to implement the measures described in the immediately preceding sentence may be included by Defendants in calculating the $1.5 billion cost estimate referenced in Paragraph II.F of this Work Plan.

F.  Defendants will develop a schedule that is as expeditious as practicable for design, construction, implementation and utilization of the remedial measures proposed pursuant to Paragraph II.E, above (including any of the additional elements described in Paragraph II.E.3, above, that Defendants propose to include in the Long Term Control Plan Update).  The schedule shall contain a deadline for substantial completion of construction of all remedial measures in a manner that is as expeditious as practicable, but in no event later than February 28, 2022, unless Defendants demonstrate that the capital costs (in 2006 dollars) of the remedial measures specified in the Long Term Control Plan Update and the Capacity Assurance Program Plan approved under the Interim Partial Consent Decree on Sanitary Sewer Overflows are expected to exceed $1.5 billion.  If Defendants demonstrate that such capital costs are expected to exceed $1.5 billion, then the deadline for completion of all remedial measures specified in the Long Term Control Plan Update and the CAPP must be specified in the Plan(s) and must still be as expeditious as practicable, but may be later than February 28, 2022, if it is not practicable to complete the CAPP and Long Term Control Plan Update remedial measures by that date.   The schedule will be developed in coordination with the schedule for implementing the Capacity Assurance Program Plan developed in accordance with the Interim Partial Consent Decree on Sanitary Sewer Overflows, and will also be based

on consideration of the following: water quality, human health, capacity-related "water in basement" issues, pollutant loadings, volume of discharge, community priorities, sensitive areas, U.S. EPA's February 1997 "CSO-Guidance for Financial Capability Assessment and Schedule Development" (EPA 832-B-95-06), and/or U.S. EPA's March 1995 Interim Economic Guidance for Water Quality Standards: Workbook (EPA 823-B-95-002), and reducing inefficiencies in the event that future contingencies do not occur as anticipated (e.g., water quality standards are not revised, see Paragraph III.G below, and so the Long Term Control Plan Update must be modified). The schedule will include critical construction milestones, including, at a minimum, deadlines for submission of Permits to Install; commencement of construction, and commencement of operations/substantial completion of construction.

G. The CSO Policy recognizes that information developed during the course of long term control planning may serve as a basis for seeking revisions to water quality standards or NPDES permit requirements, particularly where that information demonstrates that it will not be feasible to attain water quality standards. If the proposed Long Term Control Plan Update described in this Section II is not expected to ensure compliance with the requirements of the Clean Water Act, U.S. EPA's CSO Policy, Chapter 6111 of the Ohio Revised Code and the rules promulgated thereunder, the Compact and the pollution control standards promulgated thereunder that are in effect as the plan is being developed, but is instead based upon Defendants' belief that those requirements will be revised by the time Defendants complete implementation of the Long Term Control Plan Update, Defendants, working in conjunction with Ohio EPA and ORSANCO, will evaluate how those legal requirements will change (e.g., anticipated changes in NPDES permitting requirements or water quality standards applicable to Defendants). If Defendants' proposed Long Term Control Plan Update is premised on Defendants' belief that legal requirements will change, then Defendants will also identify, describe and evaluate at least one alternative set of remedial measures that would most cost-effectively ensure that Defendants' CSOs during a typical year will comply with all legal requirements if those requirements are not changed. In providing the information required by the preceding sentence, Defendants are not proposing or agreeing to implement such measures.

H. By June 30, 2006, Defendants will submit a report, the Long Term Control Plan Update Report," to U.S. EPA/Ohio EPA/ORSANCO. The Long Term Control Plan Update Report will contain the following:

1. A description of the steps Defendants took to comply with the Public Participation Plan attached to the Consent Decree as Exhibit 2, including how Defendants took information provided by the public into account in developing the Long Term Control Plan Update;

2. A narrative description of the Long Term Control Plan Update

6

development process and of the information gathered and the analyses conducted, including descriptions of how Defendants complied with the requirements of this Long Term Control Plan Update Work Plan and considered the various factors set forth in and information developed pursuant to this Long Term Control Plan Update Work Plan in selecting the recommended measures and the proposed construction schedule in the Long Term Control Plan Update;

       3.  Narrative discussions and appropriate graphical and tabular summaries of the results of the comparative water quality impacts of the various alternatives considered.  It is anticipated that these will include tabular comparison of incremental cost/performance and graphics depicting the results of "knee of the curve" analyses;

       4.  A Long Term Control Plan Update that:

          a.  Identifies and provides detailed information (including appropriate design and performance criteria, as described in subparagraph 4.b, below) regarding additional remedial measures, if any, the "Long Term Control Plan Update," that are necessary to achieve the goals set forth above in Paragraph II.E.1 of this Workplan;

          b.  Criteria necessary to ensure that the remedial measures are properly designed ("design criteria") and to ensure that, once constructed, the remedial measures perform in the manner that they were expected to perform ("performance criteria"); and

          c.  Contains a schedule that complies with the requirements of Paragraph II.F, above.

       5.  A narrative description and summary graphs, tables and data, based on the analysis required by Paragraph 2.5.2 of the Monitoring and Modeling Work Plan (Exhibit 3) regarding the impacts that Defendants' CSOs, among other pollutant sources, are expected to have on *E. coli* levels in the Ohio River between River Mile 490 and the downstream Markland Dam if the proposed Long Term Control Plan Update is implemented.  Defendants are only agreeing to perform this evaluation at the regulators' request.  Defendants do not believe that the existing ORSANCO Ohio River model structure is adequate to perform this evaluation of the impacts beyond River Mile 490 and reserve the right to dispute the accuracy or reliability of the results of this evaluation of the impacts beyond River Mile 490.

       6.  If Defendants' proposed Long Term Control Plan Update is premised on Defendants' belief that legal requirements will change, an explanation as to why the suite of alternatives developed pursuant to Paragraph III.G, above was not selected;

7.  If Defendants' proposed Long Term Control Plan Update is premised on Defendants' belief that water quality standards will be revised based on affordability, all of the information pertaining to the impacts that the Updated Long Term Control Plan Update is expected to have on the community specified in Chapters 2 and 4 of U.S. EPA's March 1995 Interim Economic Guidance for Water Quality Standards: Workbook (EPA 823-B-95-002), derived in accordance with the instructions in that document; and a description of the sources used to derive the information.  This information shall, at a minimum, include: 1) a "Municipal Preliminary Screener" (*i.e.*, "Average Total Pollution Control Cost per Household" divided by "Median Household Income") that is derived using the Median Household Income for the entire Metropolitan Sanitary District service population; and 2) a "Municipal Preliminary Screener" that is calculated on a community-by-community basis.  If State of Ohio or ORSANCO procedures are used to assess affordability, information developed to support that assessment will also be presented.

III.  Updating the Regulators as the Long Term Control Plan Update is Being Developed

At least twice each year in 2004 and 2005, and at least once between January 1 and March 31 in 2006, Defendants will provide to the regulators oral and visual presentations, summary reports, data and paper copies of the presentation materials at the time of the presentation concerning the status of Defendants' implementation of this Long Term Control Plan Update Work Plan as well as preliminary results, as they become available, of the analysis described in Section II.  The regulators will attempt to provide any written comments to the Defendants within 15 days of the presentation. Among other things, the presentations will address the following:

1.  Summaries of the results of the initial screening analysis performed in accordance with Paragraph II.A of this Work Plan, including a description of all alternatives that were determined to be not feasible and, for each alternative eliminated from further consideration, an explanation as to the basis for Defendants' conclusion that the alternative was not feasible;

2.  For each alternative being evaluated, a description of the measures (including various sizes associated with each level of control evaluated) that Defendants estimated would need to be constructed in accordance with Paragraph II.B.1;

3.  Information concerning the costs and performance (in terms of volume and pollutant loading reductions, regardless of water quality impacts, and floatables and solids control) of each size of each of the alternatives evaluated.  This information may include "knee of the curve" cost-performance analyses that will allow for the comparison of the costs per unit of measure of CSO volume or pollutants removed from the discharge for each alternative that has been evaluated.  Measures to be used may include projected reductions in annual pollutant loads and/or discharge volumes and/or overflow

8

frequencies for each of the alternatives evaluated for each specific CSO cluster and bypassing point, as well as projected reductions in pollutant loads and/or discharge volumes and/or overflow frequencies on a receiving stream by receiving stream basis;

       4.  Summaries of the water quality monitoring data collected pursuant to the Monitoring and Modeling Work Plan (Exhibit 3);

       5.  The proposed Long Term Control Plan Update as set forth in Paragraphs II.E and II.F; and

       6.  Proposed modifications, if any, to existing water quality standards on a stream-by-stream basis.

EXHIBIT 4, ATTACHMENT A — MILL CREEK DRAINAGE AREA ALTERNATIVES

| CSO | Location | Receiving Water | Alternative Group No. | Base Assumption | SEP/ELIM | MILL CRK TUNNEL | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
|-----|----------|-----------------|-----------------------|-----------------|----------|-----------------|--------------|----------------|----------------|-------|-------|
| 667 | EASTERN AND GOTHAM | Ohio River | MILL-1 | Constructed/identified post-1996. Sep. to be considered. | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 460 | BAYOU ST. 100 WEST DIV. DAM | Ohio River | MILL-1 | HW/DW Improvement | X | --- | X | X | X | Planned | Consolidation for storage/treatment of 460 & 458 |
| 459 | BAYOU ST. 120 WEST REGULATOR | Ohio River | MILL-1 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage |
| 458 | COLLINS ST. EAST DIV. DAM | Ohio River | MILL-1 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 460 & 458 |
| 457 | COLLINS ST. WEST DIV. DAM | Ohio River | MILL-1 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage |
| 457A | COLLINS ST. WEST REGULATOR | Ohio River | MILL-1 | Optimization | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 658 | HAZEN ST. @ GLEN ALLEY DIV. DAM | Ohio River | NA | Constructed/identified post-1996. Sep. to be considered. | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 456 | HAZEN ST. DIV. DAM | Ohio River | MILL-1 | Optimization | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 455 | WALDEN ST. DIV. DAM | Ohio River | MILL-1 | Optimization | X | --- | X | X | X | NA | Consolidation for storage/treatment of 454A & 455 |
| 454A | LITHERBURY ST. NORTH DIV. DAM | Ohio River | MILL-1 | Optimization | X | --- | X | X | X | NA | Consolidation for storage/treatment of 454A & 455 |
| 454B | LITHERBURY ST. SOUTH DIV. DAM | Ohio River | MILL-1 | Constructed/identified post-1996. Sep. to be considered. | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 453A | COLLARD ST. REGULATOR | Ohio River | MILL-2 | Relocate Div. Dam | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 452 | PARSONS ST. DIV. DAM | Ohio River | MILL-2 | | X | --- | X | X | X | NA | Storage/treatment of 452 |
| 451 | SAWYER POINT EAST DIV. DAM | Ohio River | MILL-2 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage |
| 465E | EGGLESTON & 3RD | Ohio River | MILL-2 | Constructed/identified post-1996. Sep. to be considered. | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 466E | EGGLESTON AND PETE ROSE WAY DIV. DAM | Ohio River | MILL-2 | HW/DW Improvement | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 464 | EGGLESTON AND 3RD F. DIV. DAM | Ohio River | MILL-2 | Optimization | X | --- | X | X | X | Y | Consolidation for storage/treatment of 464 & 461 |
| 465 | EGGLESTON AND 3RD E. DIV. DAM | Ohio River | MILL-2 | Constructed/identified post-1996. Sep. to be considered. | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 461 | EGGLESTON AND 4TH DIV. DAM SLUICE | Ohio River | MILL-2 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 464 & 461 |
| 450 | BUTLER ST. DIV. DAM | Ohio River | MILL-2 | HW/DW Improvement | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 449 | PIKE ST. DIV. DAM | Ohio River | MILL-2 | HW/DW Improvement | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 447 | RIVERFRONT COLISEUM REGULATOR | Ohio River | MILL-2 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage |
| 438 | CENTRAL AVE. GRATING | Ohio River | MILL-3 | HW/DW Improvement | X | --- | * | X | X | Y | Consider HRT and storage. |
| 437 | SMITH ST. REGULATOR | Ohio River | MILL-4 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage |
| 436 | GEST AND FRONT REGULATOR | Ohio River | MILL-4 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 436 & 435 |
| 435 | BAYMILLER ST. REGULATOR | Ohio River | MILL-4 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 436 & 435 |
| 434 | CARR AND FRONT DIV. DAM | Ohio River | MILL-4 | HW/DW Improvement | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 433 | CARR ST. REGULATOR | Ohio River | MILL-4 | HW/DW Improvement | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 422 | MT. ECHO RD. REGULATOR | Ohio River | MILL-5 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 422, 423, 424 & 425B |
| 423 | MT. HOPE AVE. REGULATOR | Ohio River | MILL-5 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 422, 423, 424 & 425B |
| 424 | RIVER RD. @ STATE DIV. DAM | Ohio River | MILL-5 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 422, 423, 424 & 425B |
| 427 | PERIN AND EVANS DIV. DAM SLUICE | Ohio River | MILL-5 | HW/DW Improvement | X | --- | * | * | X | Under Const. | If not eliminating by separation, consider HRT and storage |
| 668 | EVANS AND 6TH STREET DIVERSION DAM | Ohio River | MILL-5 | Constructed/identified post-1996. Sep. to be considered. | X | --- | * | * | X | | If not eliminating by separation, consider HRT and storage. |

X   Included in 1996 LTCP. Included in update.
---   Not included in Update.
*   See "Other" alternatives for this CSO
Note - Separation infers both street-level and complete separation.

| CSO | Location | Receiving Water | Alternative Group No. | Alternatives To Be Evaluated | | | | | | | |
|-----|----------|-----------------|----------------------|------------------------------|--|--|--|--|--|--|--|
| | | | | Base Assumption | SEP/ELIM | MILL CRK TUNNEL | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
| 425B | STATE AVE. DIV. DAM | Ohio River | MILL-5 | HW/DW Improvement | X | --- | X | X | X | Y | Consolidation for storage/treatment of 422, 423, 424 & 425B |
| 426A | EVANS AND RIVER RD. #1 DIV. DAM | Ohio River | MILL-5 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage |
| 426B | EVANS AND RIVER RD. #2 DIV. DAM | Ohio River | MILL-5 | HW/DW Improvement | X | --- | * | * | X | Planned | If not eliminating by separation, consider HRT and storage. |
| 419 | BOLD FACE SR. DIV. DAM | Ohio River | MILL-6 | HW/DW Improvement | X | --- | X | X | X | Y | Storage/treatment of 419 |
| 420 | DELHI AVE. DIV. DAM | Ohio River | MILL-6 | Optimization | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 421 | RIVER ROAD @ DELHI DIV. DAM | Ohio River | MILL-6 | Optimization | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 428 | SOUTH ST. REGULATOR | Mill Creek | MILL-7 | HW/DW Improvement | X | X | X | X | X | Y | Consolidation for storage/treatment of 428 & 429 |
| 429 | GEST ST. EAST DIV. DAM | Mill Creek | MILL-7 | HW/DW Improvement | X | X | * | X | X | Y | Consolidation for storage/treatment of 428 & 429 |
| 2 | LIBERTY ST. REGULATOR | Mill Creek | MILL-8 | Optimization | X | X | X | X | X | Y | Storage/treatment of 2 |
| 152 | FITZPATRICK ST. REGULATOR | Mill Creek | MILL-8 | Optimization | X | --- | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 430 | GEST ST. WEST-2-A DIV. DAM | Mill Creek | MILL-9 | Pumped Storage CSO 430, 431A, 432, 489, 666 | X | X | X | X | X | Y | Consolidation for storage/treatment of 430, 432, 489, 666 & 431A |
| 432 | 9TH AND MCLEAN DIV. DAM | Mill Creek | MILL-9 | Pumped Storage CSO 430, 431A, 432, 489, 666 | X | X | * | X | X | Y | Consolidation for storage/treatment of 430, 432, 489, 666 & 431A |
| 489 | 7TH AND MCLEAN DIV. DAM | Ohio River | MILL-9 | Pumped Storage CSO 430, 431A, 432, 489, 666 | X | X | X | X | X | Y | Consolidation for storage/treatment of 430, 432, 489, 666 & 431A |
| 666 | MCLEAN AND LIBERTY ST. DIVERSION DAM | Mill Creek | MILL-9 | Pumped Storage CSO 430, 431A, 432, 489, 666 | X | X | X | X | X | Y | Consolidation for storage/treatment of 430, 432, 489, 666 & 431A |
| 431A | MCLEAN STREET DIVERSION DAM | Ohio River | MILL-9 | Pumped Storage CSO 430, 431A, 432, 489, 666 | X | X | X | X | X | Y | Consolidation for storage/treatment of 430, 432, 489, 666 & 431A |
| 3 | HARRISON AND STATE WEST REGULATOR | Mill Creek | MILL-10 | Optimization | X | X | X | X | X | Planned | Consolidation for storage/treatment of 3, 4, 5, 6 & 7 |
| 4 | HARRISON AND STATE EAST REGULATOR | Mill Creek | MILL-10 | Optimization | X | X | X | X | X | Planned | Consolidation for storage/treatment of 3, 4, 5, 6 & 7 |
| 5 | LICK RUN REGULATOR | Mill Creek | MILL-10 | HRT | X | X | X | X | X | Y | Consolidation for storage/treatment of 3, 4, 5, 6 & 7 |
| 6 | QUEEN CITY EAST REGULATOR | Mill Creek | MILL-10 | Optimization | X | X | X | X | X | Y | Consolidation for storage/treatment of 3, 4, 5, 6 & 7 |
| 7 | DRAPER ST. REGULATOR | Mill Creek | MILL-10 | Optimization | X | X | X | X | X | Y | Consolidation for storage/treatment of 3, 4, 5, 6 & 7 |
| 8 | VINTON ST. REGULATOR | Mill Creek | MILL-11 | Optimization | X | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 9 | MARSHALL AVE. REGULATOR | Mill Creek | MILL-11 | HRT | X | X | X | X | X | Y | Storage/treatment of 9 |
| 10 | DENHAM ST. REGULATOR | Mill Creek | MILL-12 | HRT | X | X | X | X | X | Y | Storage/treatment of 10 |
| 11 | HOPPLE ST. REGULATOR | Mill Creek | MILL-12 | Optimization | X | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 12 | BATES RUN REGULATOR | Mill Creek | MILL-13 | HRT | X | X | X | X | X | Y | Consolidation for storage/treatment of 12 & 13 |
| 13 | YONKERS ST. REGULATOR | Mill Creek | MILL-13 | Optimization | X | X | X | X | X | NA | Consolidation for storage/treatment of 12 & 13 |
| 14 | STATION 15 REGULATOR | Mill Creek | MILL-14 | Optimization | X | X | X | X | X | Y | Consolidation for storage/treatment of 14 & 15 |
| 15 | ARLINGTON ST. REGULATOR | Mill Creek | MILL-14 | Optimization | X | X | X | X | X | Y | Consolidation for storage/treatment of 14 & 15 |
| 89 | MONTANA GRATING | West Fork Mill Creek | Mill-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 123 | HOFFNER GRATING | West Fork Mill Creek | MILL-15 | Separation CSO 123,527A | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 125 | BADGELEY RUN GRATING | West Fork Mill Creek | MILL-15 | Consolidate CSO 125,126 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 125, 126, 130, 203 & 117A |
| 126 | TODD #1 GRATING | West Fork Mill Creek | MILL-15 | Consolidate CSO 125,126 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 125, 126, 130, 203 & 117A |
| 127 | HAYS GRATING | West Fork Mill Creek | MILL-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT or storage. |

X   Included in 1996 LTCP. Included in update.
—   Not included in Update.
*   See "Other" alternatives for this CSO
Note - Separation infers both street-level and complete separation.

EXHIBIT 4, ATTACHMENT A — MILL CREEK DRAINAGE AREA ALTERNATIVES

| CSO | Location | Receiving Water | Alternative Group No. | Base Assumption | SEP/ELIM | MILL CRK TUNNEL | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Alternatives To Be Evaluated | | | | |
| 128 | TODD #2 GRATING | West Fork Mill Creek | MILL-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT or storage. |
| 130 | BUTTE GRATING | West Fork Mill Creek | MILL-15 | Consolidate CSO 130,203 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 125, 126, 130, 203 & 117A |
| 203 | TWIN GRATING | West Fork Mill Creek | MILL-15 | Consolidate CSO 130,203 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 125, 126, 130, 203 & 117A |
| 117A | DREMAN GRATING | West Fork Mill Creek | MILL-15 | HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 125, 126, 130, 203 & 117A |
| 527A | POWERS #1 GRATING | West Fork Mill Creek | MILL-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 528A | BEEKMAN NORTH GRATING | West Fork Mill Creek | MILL-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 528B | BEEKMAN SOUTH GRATING | West Fork Mill Creek | MILL-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 529B | LIEWELLEN GRATING | West Fork Mill Creek | MILL-15 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 18 | COLERAIN AVE. DIV. DAM | Mill Creek | MILL-16 | Optimization | X | X | X | X | X | NA | Consolidation for storage/treatment of 18, 21 & 17B |
| 19 | GERINGER ST. GRATING | Mill Creek | MILL-16 | Optimization | X | X | * | * | X | NA | If not eliminating by separation, consider HRT or storage. |
| 21 | STRENG ST. DIV. DAM | Mill Creek | MILL-16 | HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 18, 21 & 17B |
| 17B | DREMAN AVE.DIV. DAM | Mill Creek | MILL-16 | Optimization | X | X | X | X | X | NA | Consolidation for storage/treatment of 18, 21 & 17B |
| 194 | HIGHPOINT GRATING | Tributary of West Fork | MILL-17 | Separation | X | — | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 195 | WESTWOOD NORTHERN GRATING | Tributary of West Fork | MILL-17 | Separation | X | — | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 525 | MT. AIRY GRATING | Tributary of West Fork | MILL-17 | Separation | X | — | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 151 | GROESBECK GRATING | Ludlow Run | MILL-18 | Relief Sewer CSO 109,151,162,165 | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 109 | HILLCREST NORTH GRATING | Ludlow Run | MILL-18 | Relief Sewer CSO 109,151,162,165 | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 110 | 4710 HOWARD GRATING | Ludlow Run | MILL-18 | Relief Sewer | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 112 | 1547 SPRINGLAWN GRATING | Ludlow Run | MILL-18 | Relief Sewer | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 165 | SPRINGLAWN @ BRIDGE GRATING | Ludlow Run | MILL-18 | Relief Sewer CSO 109,151,162,165 | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 162 | THOMPSON HEIGHTS GRATING | Ludlow Run | MILL-18 | Relief Sewer CSO 109,151,162,165 | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 22 | LUDLOW AVE. REGULATOR | Mill Creek | MILL-18 | HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 23 | ALIBONE ST. REGULATOR | Mill Creek | MILL-18 | Consolidate CSO 23,24 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 24 | LUDLOW RUN REGULATOR | Mill Creek | MILL-18 | Consolidate CSO 23,24 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 179 | SCARLET OAKS REGULATOR | Mill Creek | MILL-18 | Express Sewer | X | X | X | X | X | Planned | Consolidation for storage/treatment of 151, 109, 110, 112, 165, 162, 22, 23, 24 & 179 |
| 28 | CLIFTON AVE. EAST GRATING | Mill Creek | MILL-19 | Consolidate CSO 28,30,482 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 28, 29, 30, 480, 481 & 25A |
| 29 | DONNELL ST. GRATING | Mill Creek | MILL-19 | Regulator Improvement | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 30 | LAFAYETTE CIR. GRATING | Mill Creek | MILL-19 | Consolidate CSO 28,30,482 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 28, 29, 30, 480, 481 & 25A |
| 480 | CLIFTON AVENUE WEST GRATING | Mill Creek | MILL-19 | Optimization | X | X | X | X | X | NA | Separation CIP Project |
| 481 | MITCHELL AND SPRING GROVE DIV. DAM | Mill Creek | MILL-19 | Optimization | X | X | X | X | X | NA | Consolidation for storage/treatment of 28, 29, 30, 480, 481 & 25A |
| 25A | WINTON RD. A REGULATOR | Mill Creek | MILL-19 | Separation | X | X | X | X | X | NA | Consolidation for storage/treatment of 28, 29, 30, 480, 481 & 25A |
| 26A | STATION AVE. A DIV. DAM | Mill Creek | MILL-19 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 482 | MITCHELL AVE. REGULATOR | Mill Creek | MILL-20 | Consolidate CSO 28,30,482 to HRT | X | X | X | X | X | NA | Storage/Treatment of 482 |

X   Included in 1996 LTCP. Included in update.
—   Not included in Update.
*   See "Other" alternatives for this CSO
Note - Separation infers both street-level and complete separation.

EXHIBIT 4, ATTACHMENT A — MILL CREEK DRAINAGE AREA ALTERNATIVES

| CSO | Location | Receiving Water | Alternative Group No. | Alternatives To Be Evaluated | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Base Assumption | SEP/ELIM | MILL CRK TUNNEL | CONSOL/HRT | CONSOL/STORE | SCREEN/OPTIM | HW/DW | OTHER |
| 217A | WOODEN SHOE REGULATOR | Kings Run | MILL-21 | Sewer Extension | X | X | X | X | X | NA | Consolidation for storage/treatment of 217A, 483, 486, 485 & 33 |
| 483 | KINGS RUN REGULATOR | Mill Creek | MILL-21 | HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 217A, 483, 486, 485 & 33 |
| 486 | KINGS RUN AND SPRING GROVE DIV. DAM | Mill Creek | MILL-21 | Optimization | X | X | * | X | X | NA | Consolidation for storage/treatment of 217A, 483, 486, 485 & 33 |
| 485 | ROSS RUN REGULATOR | Mill Creek | MILL-21 | Separation | X | X | * | * | X | | If not eliminating by separation, consider HRT or storage |
| 33 | BANK AVE, REGULATOR | Mill Creek | MILL-21 | Express Sewer | X | X | X | X | X | NA | Consolidation for storage/treatment of 217A, 483, 486, 485 & 33 |
| 487 | ROSS RUN GRATING | Mill Creek | MILL-22 | HRT | X | X | X | X | X | NA | Storage/Treatment of 487 |
| 181 | BLOODY RUN REGULATOR | Bloody Run Creek | MILL-23 | Consolidate CSO 181,544,653 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 181 & 544 |
| 544 | VINE ST. DIV. DAM | Bloody Run Creek | MILL-23 | Consolidate 181,544,653 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 181 & 544 |
| 653 | MURRAY RD. DIV. DAM | Bloody Run Creek | MILL-23 | Consolidate 181,544,653 to HRT | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 655 | 25 SPRUCE DIV. DAM | Mill Creek | MILL-24 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 37 | MAPLE ST. DIV. DAM | Mill Creek | MILL-25 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 39 | 64TH ST. DIV. DAM | Mill Creek | MILL-25 | Express Sewer | X | X | * | X | X | NA | If not eliminating by separation, consider HRT and storage. |
| 488 | 68TH ST. DIV. DAM | Mill Creek | MILL-25 | HRT | X | X | X | X | X | NA | Storage/Treatment of 488 |
| 53 | HARVEST AND KINCAID GRATING | Amberly Creek | MILL-26 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 505 | BEREDITH AND KINCAID | Tributary of Mill Creek | MILL-26 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 506 | 6536 CLIFFRIDGE GRATING | Tributary of Mill Creek | MILL-26 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 651 | RIDGE @ LAKEVIEW DIV. DAM | Tributary of Mill Creek | MILL-26 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 191 | 7601 PRODUCTION DR. GRATING | Tributary of Mill Creek | MILL-27 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 171 | VINE AND DECAMP DIV. DAM | Mill Creek | MILL-28 | Express Sewer | X | X | * | X | X | NA | If not eliminating by separation, consider HRT and storage |
| 490 | LOCKLAND HIGHWAY GRATING | Mill Creek | MILL-28 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 535 | 146 RIDGEWAY GRATING | Cilley Creek | MILL-29 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 537 | #41 SHERRY GRATING | Cilley Creek | MILL-30 | Separation | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 560 | 60 ST. CLAIR GRATING | Cilley Creek | MILL-30 | Separation/Private | X | --- | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 226 | OXLEY GRATING | West Branch Mill Creek | MILL-31 | Regulator Improvement | X | X | X | X | X | NA | Consolidation for storage/treatment of 226, 507, 508 & 670 |
| 507 | 214 CLARK ST. GRATING | Mill Creek | MILL-31 | HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 226, 507, 508 & 670 |
| 508 | 245 CLARK ST. OVERFLOW | Mill Creek | MILL-31 | Express Sewer | X | X | X | X | X | NA | Consolidation for storage/treatment of 226, 507, 508 & 670 |
| 562 | 428 SOUTH COOPER GRATING | West Branch Mill Creek | MILL-31 | Optimization | X | X | * | X | X | NA | If not eliminating by optimization, consider HRT and storage. |
| 670 | MERRELL / DOW OVERFLOW | Mill Creek | MILL-31 | Constructed/identified post-1996. Sep. to be considered. | | X | X | X | X | NA | Consolidation for storage/treatment of 226, 507, 508 & 670 |
| 559 | 914 OAK ST. GRATING | West Branch Mill Creek | MILL-32 | Consolidate 538,539,559 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 559, 539, 538, 516 & 515 |
| 539 | 117 E. CHARLOTTE GRATING | West Branch Mill Creek | MILL-32 | Consolidate 538,539,559 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 559, 539, 538, 516 & 515 |
| 538 | #96 NORTH PARK GRATING | West Branch Mill Creek | MILL-32 | Consolidate 538,539,559 to HRT | X | X | X | X | X | NA | Consolidation for storage/treatment of 559, 539, 538, 516 & 515 |
| 516 | BACON ST. GRATING | West Branch Mill Creek | MILL-32 | Separation | X | X | X | X | X | NA | Consolidation for storage/treatment of 559, 539, 538, 516 & 515 |
| 515 | 200' WEST OF BACON ST. GRATING | West Branch Mill Creek | MILL-32 | Separation | X | X | X | X | X | NA | Consolidation for storage/treatment of 559, 539, 538, 516 & 515 |

X   Included in 1996 LTCP. Included in update.
—   Not included in Update.
*   See "Other" alternatives for this CSO
Note - Separation infers both street-level and complete separation.

EXHIBIT 4, ATTACHMENT A — MILL CREEK DRAINAGE AREA ALTERNATIVES

| CSO | Location | Receiving Water | Alternative Group No. | Base Assumption | SEP/ELIM | MILL CRK TUNNEL | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Alternatives To Be Evaluated** | | | | |
| 512 | MILL AND VINE GRATING | Mill Creek | MILL-32 | **Express Sewer + Separation** | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 511 | 531 DAVIS GRATING | Mill Creek | MILL-32 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 510A | SOUTHERN AVE. GRATING | Mill Creek | MILL-32 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 509 | GEBERT STREET | | MILL-32 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 513 | BERNARD AND REISENBERG GRATING | Mill Creek | MILL-33 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 514 | 150' NORTH OF SMALLEY GRATING | Mill Creek | MILL-33 | Separation | X | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage. |
| 532 | DALY RD. VORTEX SEPARATOR | Compton Creek | MILL-34 | Vortex Separator | X | --- | * | * | X | NA | Consider facility upgrade, including higher level disinfection. |
| 536 | 6246 MARIE GRATING | Compton Creek | MILL-35 | Discharges to 532 | --- | --- | * | * | | NA | Consider facility upgrade, consider HRT and storage |
| 180 | BLUE ROCK REGULATOR | West Branch Mill Creek | MILL-36 | Separation | x | --- | * | * | X | NA | If not eliminating by separation, consider HRT an storage. |
| 1 | GEST STREET | | | ELIMINATED | | | | | | | |
| 120 | SYLVAN SOUTH | | | ELIMINATED | | | | | | | |
| 121 | SYLVAN AVENUE N | | | ELIMINATED | | | | | | | |
| 174 | SOUTH HAYES | | | ELIMINATED | | | | | | | |
| 210 | DUNAWAY-VEAZEY | | | ELIMINATED | | | | | | | |
| 417 | BOLD FACE #3 | | | ELIMINATED | | | | | | | |
| 418 | RIVER ROAD A | | | ELIMINATED | | | | | | | |
| 442 | VINE STREET / BENGAL DRIVE | | | ELIMINATED | | | | | | | |
| 445 | RIVERFRONT STADIUM REGULATOR | | | ELIMINATED | | | | | | | |
| 453 | COLLARD STREET EAST | | | ELIMINATED | | | | | | | |
| 517 | 510 SOUTH COOPER GRATING | | | ELIMINATED | | | | | | | |
| 542 | BOLD FACE | | | ELIMINATED | | | | | | | |
| 546 | VEAZY | | | ELIMINATED | | | | | | | |
| 548 | RIVERFRONT COLISEUM REGULATOR | | | (SEE CSO 447) | | | | | | | |
| 561 | STATION AVE. #2 | | | ELIMINATED | | | | | | | |
| 659 | CENTRAL AVE. N. OF PRODUCE ALLEY | | | ELIMINATED | | | | | | | |
| 661 | PLUM STREET @ CORRIGAN ALLEY | | | ELIMINATED | | | | | | | |
| 662 | PLUM STREET @ PRODUCE ALLEY | | | ELIMINATED | | | | | | | |
| 663 | PLUM STREET N OF PRODUCE ALLEY | | | ELIMINATED | | | | | | | |
| 25B | WINTON ROAD | | | ELIMINATED | | | | | | | |
| 26B | STATION AVE DIVERSION MANHOLE | | | ELIMINATED | | | | | | | |
| 425A | STATE ROAD A | | | ELIMINATED | | | | | | | |
| 466W | EGGLESON  AND PETE ROSE WAY DIV. DAM | | | ELIMINATED | | | | | | | |
| 510B | SOUTHERN AVENUE | | | ELIMINATED | | | | | | | |

X  Included in 1996 LTCP. Included in update.
---  Not included in Update.
*  See "Other" alternatives for this CSO
Note - Separation infers both street-level and complete separation.

EXHIBIT 4, ATTACHMENT A — MILL CREEK DRAINAGE AREA ALTERNATIVES

| CSO | Location | Receiving Water | Alternative Group No. | Alternatives To Be Evaluated | | | | | | | |
|-----|----------|-----------------|----------------------|------------------------------|---|---|---|---|---|---|---|
| | | | | Base Assumption | SEP/ELIM | MILL CRK TUNNEL | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
| 527B | POWERS #2 | | | ELIMINATED | | | | | | | |
| 527C | POWERS SOUTH #3 | | | ELIMINATED | | | | | | | |
| 558A | PROCTER & GAMBLE #1 | | | ELIMINATED | | | | | | | |
| 558B | PROCTER & GAMBLE #2 | | | ELIMINATED | | | | | | | |
| 558C | P & G #3 REGULATOR | | | PRIVATE/SEPARATE | X | --- | --- | --- | X | --- | |
| 558D | PROCTER & GAMBLE #4 | | | ELIMINATED | | | | | | | |
| 660E | CENTRAL AVE. @ PRODUCE ALLEY E | | | ELIMINATED | | | | | | | |
| 660W | CENTRAL AVE. @ PRODUCE ALLEY W | | | ELIMINATED | | | | | | | |

X   Included in 1996 LTCP. Included in update.
---  Not included in Update.
*   See "Other" alternatives for this CSO
Note - Separation infers both street-level and complete separation.

**EXHIBIT 4, ATTACHMENT A-2 - MUDDY CREEK DRAINAGE AREA ALTERNATIVES**

| CSO | Location | Receiving Water | Alternative Group No. | Base Assumption | SEP/ELIM | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *Alternatives To Be Evaluated* |
| 402 | TOPINABEE RD. DIV. DAM | Ohio River | MUD-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 403 | ELCO ST. DIV. DAM | Ohio River | MUD-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 404 | IVANHOE ST. DIV. DAM | Ohio River | MUD-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 405 | REVERE ST. DIV. DAM | Ohio River | MUD-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 406 | KENNEBEC ST. DIV. DAM | Ohio River | MUD-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 223 | FOLEY RD. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 408 | WOCHER ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 409 | RIVER TRANSPORTATION | Ohio River | MUD-2 | Eliminated | --- | --- | --- | --- | --- | |
| 410 | FENIMORE ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 411 | ANDERSON FERRY RD. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 412 | COLAFAX ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 413 | TYLER ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 414 | MCGINNIS ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 415 | FITHIAN ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 416 | IDAHO ST. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 541 | 5678 RIVER RD. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 654 | STILLE DR. DIV. DAM | Ohio River | MUD-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 523 | RAPID RUN AND DEVILS BACKBONE GRATING | Rapid Run | MUD-3 | HRT | X | X | X | X | NA | Evaluate Storage/Treatment |
| 198 | MUDDY CREEK @ WESTBOURNE GRATING | Muddy Creek | MUD-4 | HRT | X | X | X | X | NA | Existing Facility - Evaluate provision of disinfection at higher levels of control |
| 518 | MUDDY CR. (WEST OF SIDNEY) GRATING | Muddy Creek | MUD-5 | HRT | X | X | X | X | NA | Evaluate Storage/Treatment |
| 521 | GLENWAY & WESTBOURNE | Muddy Creek | | Eliminated | X | --- | --- | --- | --- | |
| 522 | WERK AND WESTBOURNE GRATING | Muddy Creek | MUD-6 | HRT | X | X | X | X | NA | Evaluate Storage/Treatment |
| 520 | ROBB AND WEST ST. GRATING | Muddy Creek | MUD-7 | To CSO 522 | X | --- | --- | --- | NA | Elimination by relocation to CSO 522 assumed; if not, consider sep./HRT/Storage |
| 637 | CARRIE @ McFARREN GRATING | Muddy Creek | MUD-8 | To CSO 522 | X | --- | --- | --- | NA | Elimination by relocation to CSO 522 asssumed; if not, consider sep./HRT/Storage |

X  Included in 1996 LTCP. Included in Update.
---  Not included in Update.
*  See "Other" alternatives for this CSO.
Note - Separation  infers both street-level and complete separation.

1

**EXHIBIT 4, ATTACHMENT A - 9  LITTLE MIAMI DRAINAGE AREA ALTERNATIVES**

| CSO | Location | Receiving Water | Alternative Group No. | Base Assumption | SEP/ELIM | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
|-----|----------|-----------------|-----------------------|-----------------|----------|--------------|----------------|----------------|-------|-------|
| | | | | | | | Alternatives To Be Evaluated | | | |
| 657 | CORBIN ST. DIV. DAM | Ohio River | LIT-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 467 | DELTA AVE. WEST REGULATOR | Ohio River | LIT-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 468 | DELTA AVE. EAST REGULATOR | Ohio River | LIT-1 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 467A | DELTA AND HUMBERT DIV. DAM | Ohio River | LIT-1 | Consolidate to CSO 467 | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 469 | DELTA @ EASTERN DIV. DAM | Ohio River | LIT-1 | Relief Sewer + HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 669 | KELLOGG, WEST OF WILMER | Ohio River | LIT-2 | HW/DW Improvements | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 182 | BERKSHIRE REGULATOR | Trib of Clough Creek | LIT-3 | HRT | X | X | X | X | NA | |
| 476 | CLOUGH CR. DIV. DAM | Clough Creek | LIT-4 | HW/DW Modification | X | * | * | X | Y | If not eliminating by separation, consider HRT and storage |
| 470 | EASTERN AVE. GRATING | Little Miami River | LIT-5 | Regulator Improvement | X | X | X | X | NA | |
| 471 | GRANDIN ROAD GRATING | Little Miami River | LIT-5 | Regulator Improvement | X | X | X | X | NA | |
| 472 | TURPIN ST. DIV. DAM | Duck Creek | LIT-6 | HW/DW Impr. + Turpin St. HRT | X | X | X | X | Y | |
| 85 | 5150 WOOSTER PIKE GRATING | Duck Creek | LIT-7 | Regulator + HW/DW Improvements | X | X | X | X | Y | |
| 86 | ARCHER ST. DIV. DAM | Duck Creek | LIT-7 | HW/DW Improvements | X | X | X | X | Y | |
| 656 | WOOSTER @ RED BANK DIV. DAM | Little Miami River | LIT-8 | NA | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 503 | ZAEH RD. GRATING | Duck Creek | LIT-9 | Regulator Improvement | X | X | X | X | NA | |
| 84 | OLD RED BANK RD. GRATING | Duck Creek | LIT-9 | Regulator Improvement | X | X | X | X | NA | |
| 83 | 3675 FOREST HILLS GRATING | Duck Creek | LIT-9 | Regulator Improvement | X | X | X | X | NA | |
| 199 | FORD GATE GRATING | Duck Creek | LIT-10 | Regulator Improvement | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 80 | BROTHERTON RD. GRATING | Duck Creek | LIT-11 | Regulator Improvement | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 136 | 3979 ROSSLYN DR. GRATING | Trib of Duck Creek | LIT-12 | HRT | X | X | X | X | NA | |
| 64 | END OF HARROW ST. DIV. DAM | Duck Creek | LIT-13 | Regulator Improvement | X | X | X | X | NA | |
| 205 | CAMBERWELL AVE. DIV. DAM | Duck Creek | LIT-13 | Regulator Improvement | X | X | X | X | NA | |
| 188 | 3646 MADISON RD. DIV. DAM | Duck Creek | LIT-13 | Regulator Improvement | X | X | X | X | NA | |
| 61 | 4730 MADISON AVE. GRATING | Duck Creek | LIT-13 | Regulator Improvement | X | X | X | X | NA | |
| 43 | 5249 CHARLOE ST. GRATING | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 214 | YONONTE CR. GRATING | Tributary of Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 553 | NORTH TERM. MARBURG RD. REGULATOR | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 552 | I-71 WEST OF MARBURG REGULATOR | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 551 | I-71 OPP. LESTER RD. REGULATOR | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 170 | NORWOOD INCINERATOR GRATING | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |

X   Included in 1996 LTCP. Included in Update.
---   Not included in Update.
*   See "Other" alternatives for this CSO.
Note - Separation infers both street-level and complete separation.
Note - UDC consolidation may involve "Waters" issues.

EXHIBIT 4, ATTACHMENT A-3   LITTLE MIAMI DRAINAGE AREA ALTERNATIVES

| CSO | Location | Receiving Water | Alternative Group No. | Alternatives To Be Evaluated | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Base Assumption | SEP/ELIM | CONSOL / HRT | CONSOL / STORE | SCREEN / OPTIM | HW/DW | OTHER |
| 500 | ROBERTSON SOUTH OF I-71 GRATING | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 501 | 4326 28TH ST. GRATING | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 550 | NORTH TERM. EDWARDS RD. REGULATOR | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 549 | WILLIAMS AND DUCK CR. REGULATOR | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 43,214,553,552,551,170,500,501,550,549 |
| 54 | LAWNDALE GRATING | Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 187 to Upper Duck Creek HRT/Storage |
| 187 | 5637 LESTER RD. GRATING | Tributary of Duck Creek | LIT-14 | Regulator Improvement + Upper Duck Creek HRT | X | X | X | X | NA | Consider consolidation with 54 to Upper Duck Creek HRT/Storage |
| 135 | 1351 KENNEDY AVENUE GRATING | Trib of Duck Creek | LIT-15 | Regulator Improvement | X | --- | --- | X | NA | If not eliminating by separation, consider HRT and storage |
| 79 | SOUTHERN AVE. GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 78 | 3980 SOUTH WHETSEL GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 76 | BRAMBLE AND HOMER GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 75 | 6333 ROE ST. GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 74 | 6402 ROE ST. GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 72 | 4800 JAMESON GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 71 | PLAINVILLE AND INDIAN HILL GRATING | Little Duck Creek | LIT-16 | Express Sewer | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 70 | PLAINVILLE NORTH OF INDIAN HILL | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 69 | CAMARGO AND EAST FORK GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 200 | EAST FORK AVE. GRATING | Little Duck Creek | LIT-16 | Static Screens | X | * | * | X | NA | If not eliminating by separation, consider HRT and storage |
| 554 | STEWART AND KEN ARBRE GRATING | Deerfield Creek | LIT-17 | Consolidate to Upper Deerfield Creek HRT | X | X | X | X | NA | Consider existing stormwater conduit for consolidation |
| 555 | OPP. 6735 KEN ARBRE GRATING | Deerfield Creek | LIT-17 | Consolidate to Upper Deerfield Creek HRT | X | X | X | X | NA | Consider existing stormwater conduit for consolidation |
| 556 | STEWART RD. WEST REGULATOR | Deerfield Creek | LIT-17 | Consolidate to Upper Deerfield Creek HRT | X | X | X | X | NA | Consider existing stormwater conduit for consolidation |
| 557 | STEWART RD. EAST REGULATOR | Deerfield Creek | LIT-17 | Consolidate to Upper Deerfield Creek HRT | X | X | X | X | NA | Consider existing stormwater conduit for consolidation |
| 66 | MADISON AND REDBANK GRATING | Deerfield Creek | LIT-18 | Consolidate to Lower Deerfield Creek HRT | X | X | X | X | NA | Consider consolidation with 68 |
| 68 | NU-TONE PARKING LOT GRATING | Deerfield Creek | LIT-18 | Lower Deerfield Creek HRT | X | X | X | X | NA | Consider consolidation with 66 |

X   Included in 1996 LTCP. Included in Update.
---   Not included in Update.
*   See "Other" alternatives for this CSO.
Note - Separation infers both street-level and complete separation.
Note - UDC consolidation may involve "Waters" issues.