CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF LODGING OF CONSENT DECREE (WITH CONSENT DECREE AND EXHIBITS) and JOINT AMENDED COMPLAINT** was served on this 3rd day of December, 2003:

electronically on:

>Margaret A. Malone; Christopher J. Buckley; Peter P. Murphy; Kevin M. St. John (c/o Peter P. Murphy); Michael K. Murphy (c/o Peter P. Murphy); J. Steven Justice; Gary Prichard; and Leslie Allen;

and by regular U.S. Mail, by Leslie Allen, U.S. Department of Justice, on:

>D. David Altman, Lance D. Himes, and Amy Jo Leonard, at D. David Altman Co., LPA, 15 East Eighth Street, Suite 200W, Cincinnati, OH 45202; Nee Fong Chin, Hamilton County Prosecutor, Civil Unit, 230 E. Ninth Street, Suite 4000, Cincinnati, OH 45202-2151; J. Rita McNeil, Cincinnati City Solicitor, 801 Plum Street, Cincinnati, Ohio 45202; and Albert J. Slap, 20 Erie Avenue, Glendale, Ohio 45246.

>>s/Donetta D. Wiethe
>>DONETTA D. WIETHE (0028212)
>>Assistant United States Attorney