UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | NO:  1:02-CV-00107 |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, et al., | : | |
| Defendants. | : | |

The Court issues this Order in correction of its January 27, 2004 Order (doc. 107).  Such Order contains a clerical mistake, stating in its first line that the Court finds it necessary to "obtain an accounting from Plaintiffs" (Id.).  Such accounting should actually be provided by Counsel for the Metropolitan Sewer District, ("MSD") and not by other parties to this action.

The Court has already obtained an accounting from the Hamilton County Prosecutor concerning the amount of money held in escrow pursuant to the Consent Order in Case No. C-1-85-693.  The Court presently seeks an accounting of the difference between actual operating expenses of the MSD and the total amount of its income from all sources since 1990.

Accordingly the Court CLARIFIES that such portions of its January 27, 2004 Order requesting an accounting pertain to Counsel for MSD and not other parties to this action (doc. 107).

SO ORDERED.

Dated: January 30, 2004            s/S. Arthur Spiegel
                                                       S. Arthur Spiegel
                                                       United States Senior District Judge