UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | NO. 1:02-CV-00107 |
| Plaintiffs, | : : : | |
| v. | : : | **ORDER** |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, et al., | : : : : | |
| Defendants. | : | |

The parties met before the Court on February 12, 2004, for a status conference. At such conference, the parties discussed with the Court the final proposed Consent Decree and their respective views upon the accountability built into such proposal, the potential role of a special master, funds expended to date by the Metropolitan Sewer District, and the remedies currently in place for homeowners suffering with water or sewage in their basements.

The Court now finds it appropriate to set a briefing schedule and an hearing on the entry of the final Consent Decree. Accordingly, the Court ORDERS the government entities to file their Motion for Entry of the Consent Decree by April 16, 2004, for Intervenors to file their Response by May 3, 2004, and the government entities to file their Reply by May 13, 2004. The Court further SETS an hearing on the Motion for Entry of the Consent Decree, to commence at 10:00 a.m. on May 25, 2004, and to continue

as necessary on May 26, 2004. At such hearing, in addition to arguments concerning the fairness, adequacy, and reasonableness of the Consent Decree, the Court expects the parties to conduct a presentation about the Consent Decree understandable to a layperson, including a comprehensive timeline of deadlines and goals established within the Consent Decree.

      SO ORDERED.

Dated: February 13, 2004       s/S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge