# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA, et al.

       V.

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS, et al.

Case Number:  1:02-cv-00107

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that HEARING ON ENTRY OF CONSENT DECREE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME<br>MAY 25, 2004 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Donetta Wiethe, Esq.   Gregory Lockhart, Esq.   Leslie Allen, Esq.   Thomas Sansonetti, Esq.
    Margaret Malone, Esq.   Gary Pritchard, Esq.   Albert J. Slap, Esq.   Amy Leonard, Esq.
    Dennis Altman, Esq.   Lance Himes, Esq.   Joseph Justice, Esq.   Nee Fong Chin, Esq.
    William Heile, Esq.   Christopher Buckley, Esq.   Peter Murphy, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.