# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | : | Case No.  1:02-cv-00107 |
| | : | Senior District Judge S. Arthur Spiegel |
| Plaintiffs, | | |
| | : | |
| vs. | : | **NOTICE OF APPEARANCE OF** |
| | : | **COUNSEL** |
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS, et al. | : | |
| Defendants. | : | |

―――――――――――――――――――――――――――――――――――――

Notice is hereby given that Terrance A. Nestor, Assistant City Solicitor, is entering an appearance in the above captioned case as additional counsel for Defendant City of Cincinnati.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

*s/Terrance A. Nestor*
Terrance A. Nestor (0065840)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3327
FAX: (513) 352-1515
Terry.Nestor@cincinnati-oh.gov
Attorney for City of Cincinnati

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on April 14, 2004, a true and accurate copy of the foregoing

Notice of Appearance was filed electronically.  Notice of this filing will be sent to all

parties by operation of the Court's electronic filing system and copes will be mailed to

those parties who are not served via the court's electronic filing system.  Parties may

access this filing through the court's system.


*/s/ Terrance A. Nestor*
Terrance A. Nestor (0065840)
Assistant City Solicitor