IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF OHIO | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE BOARD OF COUNTY | ) | Civil Action Nos. C-1-02-107 and 108 |
| COMMISSIONERS, HAMILTON | ) | |
| COUNTY, OHIO, | ) | Judge S. Arthur Spiegel |
| | ) | |
| and | ) | |
| | ) | |
| THE CITY OF CINCINNATI, OHIO, | ) | NOTICE OF FILING OF COMMENTS |
| | ) | ON CONSENT DECREES |
| Defendants. | ) | |
| | ) | |

Consistent with the requirements of 28 C.F.R. § 50.7, the United States published notices in the Federal Register inviting public comments on the Interim Partial Consent Decree ("IPCD"), which was lodged with this Court on February 15, 2002, and the Consent Decree on Combined Sewer Overflows, Wastewater Treatment Plants and Implementation of Capacity Assurance Program Plan ("Final Decree"), which was lodged with this Court on December 3, 2003. See 67 Fed. Reg. 9320-03 (Feb. 28, 2002); 68 Fed. Reg. 68651-01 (Dec. 9, 2003).

Nine sets of public comments were received on the IPCD, including comments from Sierra Club. Three sets of comments were received on the Final Decree, including voluminous comments from Sierra Club. As required by 28 C.F.R. § 50.7, the United States is herewith filing all "written comments, views or allegations relating to the proposed judgment[s]" that were

received during the public comment periods. Exhibit 1 attached hereto is Sierra Club's January 5, 2004 submission. As it contains the comments on the IPCD previously submitted during the first comment period, these are not separately attached. Exhibit 2 contains the comments submitted on the Final Decree by the other two commenters, and Exhibit 3 contains the comments submitted concerning the IPCD by the other eight commenters. In addition, Sierra Club submitted two video tapes (Exhibits K and L to its January 5th submission), which are not attached to this electronic filing but will be filed separately with the Court.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C. 20530


_Leslie Allen_
LESLIE ALLEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-4114

GREGORY G. LOCKHART
United States Attorney
for the Southern District of Ohio


By: ___*Donetta Wiethe*___ (per telephone authorization, L.A.)
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, Ohio  45202
513-684-3711

OF COUNSEL:

GARY PRICHARD
Associate Regional Counsel
U.S. EPA, Region 5 (C-14J)
77 West Jackson Blvd.
Chicago, IL 60604-3590

ANDREW R. STEWART
Attorney-Advisor
U.S. EPA, Office of Enforcement and
 Compliance Assurance
Ariel Rios Building (2243A)
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460