Conclusions

## 5. Implementation

Obviously, if MSD were to attempt to take on all of the recommendations and activities proposed in the Optimization Plan, it would find itself overwhelmed and overburdened. Moving in all directions at once will sabotage the effort and unnecessarily discourage everyone. We are, therefore, providing for the Steering Team's consideration our own thoughts on a prioritized action list, in the hope that this will help guide the discussions the Steering Team will be conducting on where to begin and where to go from there.

The list focuses intentionally on the big picture only because, while we recognize that each division will want to get started in its own backyard, we strongly recommend that a plan for activities that cut across divisions be put together first. Otherwise, MSD runs the risk of implementing changes in one group of processes that actually block the ability of another function to improve at all, thereby sub-optimizing the performance of the enterprise, as a whole. This approach is more difficult, but absolutely essential to ensuring that all aspects of MSD's business are competitive. Its success depends, as does every sought-after improvement in the Optimization Plan, on the goodwill and support of union leadership.

### 5.1. How to get started: Phase I

Begin to act on issues impacting all divisions at MSD:

a.  Remove from this Summary any activities that the Steering Team decides it does not want to pursue;
b.  Reorganize as recommended, consolidating the OOD with WWA and making other changes as indicated;
c.  Strengthen the role of the internal Labor/Management Committee;
d.  Task the EEO Officer with developing and implementing a plan to reduce union/management conflict;
e.  Identify and resolve major interdivisional conflicts, beginning with the executive group and moving down through the organization;
f.  Assemble and train interdivisional teams to address interdivisional conflicts, training needs, redundant paperwork, technological requirements in payroll, timekeeping, budgeting, improving customer service, and other organization-wide inefficiencies;
g.  Complete and document the strategic business plan for Information Systems;
h.  Complete and document the strategic business plan for Wastewater Engineering, and make effective implementation of the program management software the number one priority;
i.  Draft and present to local policy makers the proposed Memorandum of Understanding between the City and MSD; the MOU should document both the performance targets MSD is ready to commit to, and the changes in governmental policy and procedures that will be needed to implement private sector practices and to make MSD a highly competitive utility;
j.  Develop and implement a comprehensive employee communication plan to keep the MSD workforce informed of the results of the Process Improvement Study and the follow-on implementation activities;
k.  Task MSD's public relations consultant with finding ways to publicize what MSD is doing and why, and to keep a positive spin going with the community to garner its support.

### 5.2. How to keep going: Phase II

Revise the MSD Strategic Plan to reflect what the major goals and objectives of the organization will be for the next 3-5 years, while moving ahead on the following:

a. Assemble the team which will develop the strategy for working with the City to reduce the number of hurdles MSD must jump to do its business, and task that team with moving forward;

b. Assemble and activate the team that will work with other utilities and public agencies in the City to improve the quality of the interaction on common projects, such as utility reviews;

c. Ask the Division Teams to select from the recommendations of the Optimization Plan what each believes is most important to address and in what order;

d. Bring all Division Teams together to talk about what each wants to do internal to its own operation;

e. Where potential conflicts exist in these plans, form interdivisional teams that will anticipate those conflicts and as well as find ways to keep counterproductive activities to a minimum; these teams can meet on an ad hoc basis, once the first set of potential problems as been identified;

f. Refine and improve performance measures contained in the Optimization Plan after all of the above actions have been accomplished;

g. Conduct the first of a number of customer service surveys of Hamilton County residents.

### 5.3. Down the road: Phase III

It is our contention that MSD's core services involve collecting and treating wastewater, and that all other activities within the Department should exist in support of that end. We therefore recommend that in the longer term, MSD move toward accomplishing the following:

a. Align the revised strategic plan's goals and objectives with the goals and objectives of each division;

b. Develop and implement a communications plan to inform all employees of the revised plan and its specific connections to the work they do every day;

c. Ask the Director to spearhead the communications process;

d. Dismantle all mini-MSD's, and house all services other than Treatment and Collection in a third division, to be known as Business Support Services;

e. Continuously question whether MSD is meeting the needs of its customers by convening groups across the organization on a periodic basis; to talk about what is going well and where customer service could be improved.

It is our experience that only by working from the outside in, from the perspective of the whole and then toward the improvement of the parts, that lasting, positive change can take place. MSD has a lot to overcome, including the dissatisfaction of its policy makers with its performance, and the lack of confidence of its employees in its leadership. While reducing staff and outsourcing certain functions can help lower costs and improve efficiencies in the short term, focusing divisions on a common purpose, stressing teamwork across the organization, and using a customer-driven business plan will be the only way to become and stay competitive for the longer term. The issues and opportunities have been clearly identified. It's now up to MSD whether it will step up to the challenge.

# Appendix A

## *Internal Customer Service Survey*

The Internal Customer Service Survey was conducted in October of 2002 by Barbara Hoyt of Falcon Dynamics, under a separate contract with the Metropolitan Sewer District of Greater Cincinnati. The purpose of the survey was to gather employee feedback on organizational issues that affect each division's ability to operate as effectively and efficiently as possible. Topics addressed in the survey include: the clarity of policies and procedures, and the consistency with which they are applied; the quality of communications across divisions; the degree to which management and supervision is respected and trusted; the effectiveness of training and the extent of supervision's ability to coach and counsel employees; and a host of other subjects that impede the organization as a whole in its efforts to introduce and institutionalize continuous process improvement.

The results of the survey were analyzed not only from the point of view of the whole, but also by division. What appears in this Appendix is the broad-based analyses that is referenced throughout the draft Optimization Plan. It is the consultant's intention to ask the Steering for advice on how to communicate these results organization-wide, at which time a thorough discussion of the statistics gathered from the survey will be documented and provided to each MSD employee. For the moment, it is enough to say that the survey feedback clearly supports the recommendations of the Optimization Plan, and highlights the need for teamwork and strong leadership, if MSD is to get and stay competitive with other utilities and the private sector.

## Part A. Overview of the Organization



Figure 1.  Comparison of agreement and disagreement on 17 overall issues.
Note:      Percents may not equal 100 due to rounding.

**Part B. Within my division**



Figure 2.    Comparison of agreement and disagreement on 20 issues.
Note:         Percents may not equal 100 due to rounding.

## Part C. My immediate supervisor



Figure 3. Comparison of agreement and disagreement on 14 issues.
Note: Percents may not equal 100 due to rounding.

## Part D. Regarding my work and the work of MSD



Figure 4.   Comparison of agreement and disagreement on four issues.
Note:       Percents may not equal 100 due to rounding.

**Part E. Within MSD as a whole:**



Figure 5.   Comparison of agreement and disagreement on 17 general issues.
Note:        Percents may not equal 100 due to rounding.

# Appendix B

## *Divisional Optimization Tables*

Office of the Director

Administration

Information Technology

Wastewater Engineering

Division of Industrial Waste

Wastewater Collections

Wastewater Treatment

Stormwater Management Utility

**Office of the Director**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Proposing policy/financial terms and conditions to City/County | (+) Sustained budget levels indicates confidence in management | Image as a Department with a consistently growing budget…could improve to become a 'cost-cutter' and 'money saver' which would be especially valuable now when the City is experiencing a fiscal crisis | Buy-in on cost savings effort | Submit a budget that progressively reduces in size each year for three to five years; establish concise financial targets for each Division and MSD as a whole; hold Superintendents accountable for meeting financial targets, empower work groups to identify areas and methods for reducing costs. | |
| | (+) Good working relationship indicates MSD meets City/County guidelines/regulatory requirements | Becoming 'most improved' Department…responsiveness to 'internal' City customers, i.e. Legal Department | Recognition in some public manner | Benchmark saving actions against other City and County efforts to save money. Communicate efforts and success clearly. | |
| | (-) Threat of managed competition indicates perceived 'room for improvement' | Like Cincinnati Water, eliminate threat of privatization through high performance, stellar reputation | Terms for moving forward as a public agency | Submit Optimization Plan and associated fiscal goals (i.e. reduced budget each year for the next 3-5 years) with the aim of gaining support for the changes necessary. Contract with the County for 'buy-in' on Optimization to end perpetual turmoil and threat of ownership change. | |
| Responding to elected representatives | (+) Acceptance of legislation | Turning elected representatives into advocates | Allies in helping step-up production of Capital Improvement program | As the CIP increases productivity it is essential that the legislative process move quickly, allowing commitment of funds and resources. This is possible only if there is a growing level of trust between MSD and the elected representatives. MSD may wish to consider forming an unusual reengineering team - one that has members external to MSD, something like a 'blue ribbon panel' of community leaders. If they could look at | |

**Office of the Director**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | | | | the CIP production problem and make recommendations then there may be more clout in the requests for legislation. Of course, consistent compliance with procedure and maintaining high standards of accuracy ultimately wins the day in these matters. Still, innovative solutions must be sought to move MSD to another level of functionality with their stewards. | |
| | (+) Successful local sewer assessment project | Same as above | Same as above | Same as above | |
| Management of OOD Staff | (+) Highly professional staff requires little day-to-day oversight | Plugging into the delivery of Core Services | Clear contribution to support of Collection and Treatment of Wastewater | Each position in MSD exists to accomplish one of three goals: Collect wastewater, Treat wastewater or Support the collection and treatment of wastewater. In the Office of the Director Division each position supports these goals, yet that effort is often obscure and for the most part unknown to the organization as a whole. This, in turn, fosters a resentment of the leadership, which will only grow in times of budget cutting. The high level of pay for those in the Director's office must be accompanied by changes to reflect their direct and indisputable contribution to the support of the Collection and Treatment of wastewater. | |
| | (-) Projects 'prioritized' and/or 'justified' on an ad hoc basis | Discerning and selection of 'special projects' | Transparency of purpose | Convene a team composed of people in Treatment and Collections as well as Support services to establish standards for the chartering of 'special projects' thereby reducing the seeming arbitrariness of their assignment. | |

**Office of the Director**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | (-) Special projects extremely varied posing challenge for management, in tracking of time spent, goals and in recording accomplishments | Alignment of all work to immediate tasks of the Director | (1) People who are completing the job receive orderly direction at regular and useful intervals (2) it is clear to others working outside their expertise that what they are doing contributes to the benefit of the organization as a whole | Hold all projects of MSD - starting with those in the Office of the Director – to a simple standard; it must result directly in the (1) Collection of wastewater (2) Treatment of wastewater or (3) the support of the collection and treatment of wastewater. MSD must alter its behavior to succeed in an environment of financial difficulties and the change should start at the top. The Office of Director has to be the leader in making the organization a better one. People in the Office of Director have to make decisions based on cost and helping other Divisions meet their financial targets, to meet or exceed requirements for environmental standards and to communicate all this to elected representatives and the public at large. | |
| 2nd Consent Decree | (+) Sustained effort will result in better terms for MSD (-) Time consuming | Expediting the negotiations | Attaining an equitable quickly | Employ the Optimization plan and its implementation in the case for better terms. Turn the time spent on the settlement into a pulpit, preaching institutional reform and improvement. | |
| Utility Leadership | (+) Excellent understanding of technical/policy/financial issues | Perception that leadership has solutions which will deliver MSD internal and | (1) MSD is perceived by the community as a high-performing public | Focused, driven, relentless pursuit of an organization dedicated to environmental excellence in providing its core services of | |





**Office of the Director**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Leadership | | deliver MSD internal and external improvements | performing public organization – that is working so well that privatization would make it worse (2) that MSD become the 'employer of preference' by all City/County employees – there would be a backlog of applications for transfer (3) MSD become the leader – the example – for wastewater services within the tri-State area | excellence in providing its core services of Collection, Treatment and their respective Support Services at the lowest cost to the ratepayers. | |
| | (-) Not inspirational to rank and file | Advocate for importance and effectiveness of profession | Being quoted in the lunchroom or better in the middle of trying to get something done | (1) Decide the course of action for the reengineering of the utility (2) Set organizational and financial targets (3) Deliver results without compromising values | |
| National Utility Issues | (+) Provides greater understanding of local issues (+) Creates useful relationships with important State and Federal organizations (-) Value to workforce not clearly | Communicating value of national service to core services | Broad appeal for national service | Increasing understanding of larger policy issues. | |

Office of the Director

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | defined nor communicated | | | | |

**WASTEWATER ADMINISTRATION DIVISION: HUMAN RESOURCES**

| Core Service | Observations: [What works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Provision of a reliable work force to collect, treat, and regulate wastewater | (+) Small staff of relative newcomers serves the complex needs of 630 MSD employees<br><br>(+) Through effective networking, HR has built a system of field experts to facilitate delivery of services<br><br>(+) Bridges the gap between City Hall and Divisions | Greater use of technology<br><br>Training MSD employees to become better 'users' of HR systems<br><br>Expanding access to the City services<br><br>Reduction of 'middleman' role<br><br>Standardization of MSD HR offering with City offerings | Total Administration Costs as a Percent of Total Budget<br><br>Total Number of Administration Staff as a Percent of Total Staff | In the short term HR needs to utilize the informal network it has established throughout the organization to (1) consolidate data (2) standardize services (3) train employees to be good HR users (4) leverage City services (5) refer 'time consuming' cases to the City (6) coordinate skill-based training (7) lead the effort to reshape the 'org' chart (8) aggressively seek technological solutions, some of which are in place but under-used, others which need to be procured (9) HR need to improve its procurement savvy<br><br>In the long term HR needs to shift most of its burden to City Services planning in the next three to five years to rely heavily on City Services | |
| HR actions: hire, salary changes, position changes, promotions, separations, etc | (+) Approachable people in HR generate good customer feedback; excellent trouble shooting<br><br>(-) Delays | Understanding the cost of recruitment, placement, training, replacement<br><br>Communicating the cost of delay to the City, others | Total Number of Positions Filled as a Percent of Total Budgeted Staff | In the short term HR has to understand the complexities of attrition and re-deployment of staff. Facilitating by providing information and options in position reductions to Staff, Management and Unions, HR can help execute cost savings. | |
| HR official | (+) Complies with City Hall and responsive to Division needs | | | Eventually record keeping and management has | |

**WASTEWATER ADMINISTRATION DIVISION: HUMAN RESOURCES**

| Core Service | Observations: [What works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| record keeping and management | (-) Useful HR data spread out in other systems, i.e. Safety and Training | Consolidation  Accessibility | | to involve the staff. Regular input and maintenance of records has to be pushed down to the individual level and greater reliance on the City must be fostered | |
| Labor Relations | (+) Data provided useful to both labor and management | True partnership | Participation | Continued transparency in the change-management system | |
| Assistance to employees | (+) Established Division liaison system is good | Employee participation in their own HR service | Well used 'employee benefit accounts' | Fostering a combination of (1) greater participation by individual employees in the maintenance of their benefit portfolio and (2) long-term conversion to the City HR services | |
| | (-) Volume of policies, procedures, contracts, rules, etc. is overwhelming | | | | |
| | (-) Department HR team relatively inexperienced | | | | |
| Assistance to Divisions | (+) Strong management team | Planning  Re-deployment | | As Division leaders move toward achieving cost-based targets, they will rely on HR for data and planning. | |

   

**WASTEWATER ADMINISTRATION DIVISION: HUMAN RESOURCES**

| Core Service | Observations: [What works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| In-service registration and record keeping | (-) HR team relatively inexperienced<br><br>(+) CHRIS system technology enables easy storage and retrieval of this info<br><br>(-) Divisions do not always share information (may be a function of access to CHRIS) | Single data-base, accessible to HR and more | Quick access to essential employee data | Short-term solution comes from working together with MSD IT; long term is a shift to City services | |
| Provide financial information to people who must make decisions that impact MSD's cost of service | (-) Sections and individuals who make important decisions do no know budget nor budget status<br><br>(-) 'Unit' consumption is not known by leadership nor by individuals who make decisions, e.g. dollars, unit cost and consumption of electric power, a foot of pipe cleaned, a gallon of waste water treated, an accurate paycheck delivered, etc. | Availability of budget & cost data<br>Utility-wide knowledge of budget & cost of service, people knowing where higher cost areas exist and why, so they can relate their actions to the costs<br>Division leadership is passive during the budget and financial management process | Reducing cost of service: cost information allows Divisions, Sections and people who make decisions to relate their actions to costs and fosters solutions. This saves dollars. | Assign inter-divisional team to focus on Activity Based Costing.<br>Maximize existing tools (MAXIMO, CHRIS etc.) to deliver timely and accurate information to Divisions, Sections and individuals.<br>Create or contract new software as needed.<br>Roll-out approach to the entire organization<br>Incentivize Divisions to lead the effort in cost savings<br>Identify "Cost Centers", noting that they may cross Division lines; Create teams within the "Cost Centers" to focus on financial issues; train and support teams in building financial performance measures | |

**WASTEWATER ADMINISTRATION DIVISION: HUMAN RESOURCES**

| Core Service | Observations: [What works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Manage performance review process | (-) Performance reviews not an effective management tool<br>(-) Perception that individual assessment is not strongly related to Division and Utility-wide goals and mission | Greater knowledge of Division and Utility-wide goals and mission<br><br>Effective coaching, mentoring and managerial discipline | Clear goals and objectives for every employee | From the strategic plan build a true performance review – model it on the 'balanced scorecard' approach<br><br>Create an inter-Divisional Team to develop MSD's performance review approach, work closely with Unions and include personnel specialist, include training as part of the performance measure | |

**WASTEWATER ADMINISTRATION DIVISION: Accounting**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| Payroll processing | (+) Established rules are understood by WWA staff<br><br>(-) Aberrations to the rules cause delays; input from other Divisions can be late and inaccurate, this causes problems for the entire system and decreases the effectiveness of WWA staff | Greater compliance with deadlines; Accuracy; Electronic payroll | Timely and accurate paycheck | In the short term the already established payroll team (now operating on an informal basis) needs to be organized enough to make recommendations to the Steering Team to improve the payroll system. In the long term MSD must move to an electronic payroll system | |
| Process vendor invoices | (+) Consistent performance from trained and experienced co-workers is the standard<br><br>(-) Vendor payment requires 'three way match" and other complexities therefore if one WWA staff person delays or misses a step or if a vendor fails to follow the process exactly payment could be delayed significantly | Teaming approach<br><br>Reducing 'bottlenecks'<br><br>Accountability – procrastinators slow the process and could be trained to behave better | Tracking invoice payment in three stages: paid in 30, 60 and 90 days – moving as many as possible to the lower end | Organize a division team to focus on the problems with effective vendor payment. | |
| Prepare budget | (+) Use of 'tools' in place<br><br>(+) Satisfies regulatory and | Enlivened dialog concerning cost matters | Everyone knows the Division budget and this year's financial target | Involve all levels of employees in the budget process; work in concert with the introduction of Activity Based Costing. | |

WASTEWATER ADMINISTRATION DIVISION: Accounting

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| | reporting requirements<br><br>(-) Passive process | Greater financial literacy among the entire organization<br><br>Transparency and participation | year's financial target | Activity Based Costing | |
| Manage billing and revenue collection | (+) Professionally executed, this complex process involves working with other City Departments, outside organizations and the public<br><br>(-) Lacks standardization, difficult to teach | Desk orders (i.e. SOPs) for these jobs<br><br>Cost-saving recommendations | Replacement training before it is needed<br><br>Stream-lined, cost-effective billing operation | Enlist current staff to document procedures, train others<br><br>Form a divisional team for Activity-based Costing to document cost of services for billing and recommend changes | |
| Monitor cost records for capital projects | (+) Two person staff effectively processes millions of dollars of payments to 20 or more vendors<br><br>(+) High level of awareness of how MSD works | Coordinate project assessments with Engineering, Treatment and Collection Divisions | Improved start-up and completion rate of CIP | Form an inter-divisional team to create a strategy for moving CIP projects more quickly; focus on vendor management. | |

**WASTEWATER ADMINISTRATION DIVISION:  Accounting**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| Financial Services has stake in asset management, monitoring the condition of assets and the change in accounting practices (GASB34) | (-) 20-25% of projects are 'old projects' requiring manual entry<br><br>Lack of utility/MSD-wide program | Over-arching asset management program | Known value and condition of assets | Maximize the return on investment of asset sustaining activities: ensure that repair, refurbishment, replacement decisions are based on hard data. | |

**WASTEWATER ADMINISTRATION DIVISION:  Training**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| Provide every MSD employee access to | (-) Lack of detailed plan for implementation | Return on Investment<br><br>Perception of bureaucratic | Training Hours per Employee – Measures the investment a utility | Develop and implement a specific set of training policies that support the mission and objectives of MSD. | |

**WASTEWATER ADMINISTRATION DIVISION: Training**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| access to educational programs that lead to maintaining or improving their skills and job performance. | (-) Disconnect between Training Institute and the training efforts throughout MSD (some of which appear to be effective) | process, i.e. 'fire extinguisher' training required despite practical evidence to the contrary<br><br>Training objectives undefined<br><br>Availability of lending libraries both book and video<br>Move to a multi-skilled workforce<br><br>Lack of concise development of manuals and SOPs | the investment a utility makes in formal training for employees. | Develop and implement training objectives for the Utility, Divisions and Sections coordinated with multi-skilled needs<br><br>Assign inter-divisional team to work on solutions.<br><br>Analyze current training approaches and recommend improvements Include cost effective review and pending requirements for consideration.<br><br>Recommendation to management for review and policy approval.<br><br>Leverage training budget by "training the trainer"<br><br>Utilize computer based training for new users, describing how to use Windows, Excel, and Word as well as how to access the Intranet and MAXIMO reports and products<br><br>Integrate with the training program training that affirms the role of supervisors and foremen – note: the role of the foreman and managers is uncertain | |
| Diversity Management | More data needed | | | | |

| WASTEWATER ADMINISTRATION DIVISION: Training | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
| Receive EEO complaints | More data needed | | | | |

**WASTEWATER ADMINISTRATION DIVISION: Safety**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| Training<br><br>Manage injury report system.<br><br><br>Assist in injury investigation<br><br>Ensure medical evaluations, respirator fit tests and audiograms are conducted<br><br>Input web page data<br><br>Conduct equipment evaluations | (+) Good feedback from people in MSD<br>(+) Reports are clear<br>(-) Reports do not receive the publicity in the organization that they could<br><br>(+) Good feedback on response<br><br><br>(+) Good follow through and industry knowledge<br>(-) Database separate from CHRIS and therefore separate from HR<br><br>(+) Effort at communication<br>(-) Utilization from MSD employees low<br><br>(+) Good feedback from other Divisions | Greater recognition<br><br><br><br><br><br><br>Consolidation of HR database<br><br><br><br><br>Increased utilization | Employee Health and Safety Severity Rate – Measures lost workdays per employee per year. It is identical to that contained in OSHA Form 300A and already recorded by most utilities.<br><br><br>Track evaluations in conjunction with HR | Continue reaching out to other utilities; form a utility 'safety services support network' which would exchange data on a regular basis. | |

**WASTEWATER ADMINISTRATION DIVISION: Stores**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Estimates annual demand of inventory | (+) Well organized | Quarterly projections | Low inventory without missing an order | Synchronize with "MAXIMO" | |
| | (+) As expected | | | | |
| Establishes minimum /maximum stock points for inventory items | | | | As above | |
| | (+) As expected | Constraints with City | | Participate in procurement team for reengineering procurement systems. Use vendor knowledge. | |
| | (+) As expected | Greater circulation – among customers | | | |
| Acts as liaison to vendors | (+) Uses informal network of laborers | Established procedures | | Report out 'Stores' stats so people will know you are effective | |
| Prepares monthly reports | (+) Good customer feedback | Consolidation of Store Services | | Save people time with delivery – keep on-line staff on-line as much as possible | |
| Directs delivery of items | More data needed | Periods of downtime due to having to return to Stores for supplies | No or low time waiting for supplies | Consider initiating a delivery system to provide supplies to field crews so that travel time by the crews is minimized | |
| Supplies support divisions | Many Stores functions are duplicated by having satellite sites | | Reduced cost of supplying MSD functions | | |
| Supplies core-service | | Greater understanding of store-users | | Develop a plan for creating a central Stores area while maintaining or increasing the level of | |

**WASTEWATER ADMINISTRATION DIVISION: Stores**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| divisions in select locations<br><br><br>Manages network<br><br><br>Provide coordination with City and therefore efficiency for Division managers, Sections and individuals in purchasing decisions | (-) The established "customer/ supplier" relationship with the City seems dysfunctional; costs appear to be greater than fair market value | Cost of supplies | Competitive pricing of purchases | customer service<br><br><br>Establish an inter-divisional team to complete research identifying purchasing costs to MSD; test those costs against similar providers in the market and identify the costs of the political constraints.<br><br>Organize an inter-divisional team to conduct a trial procurement card system allowing individuals to make small purchases in a timely fashion – if successful in the future look to expand the trial program. A procurement card would allow for rapid response times to purchasing needs, while minimizing the amount of paperwork processed. | |

**WASTEWATER ADMINISTRATION DIVISION: Print Shop**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|

**WASTEWATER ADMINISTRATION DIVISION:  Print Shop**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | (5) Recommended Optimization Action | (6) Priority and Schedule |
|---|---|---|---|---|---|
| Provides copy and printing needs to MSD | (+) Friendly service<br><br>(+) Good customer feedback<br><br>(-) Inadequate equipment for modern operation | Increasing the number of staff able to operate equipment | Greater in-house use of copying facilities | Form an Administrative team of people from across Divisions who are responsible for support services. Use their expertise to construct the design and procurement of a modern, accessible and productive copying/communication center. Initiate the procurement of equipment together with a training program for all support services. | |
| Supplies procurement documents (mostly technical) | (+) High volume, high quality documents<br><br>(-) Actual price of product and service unknown | Providing broader range of services, i.e. communication center<br><br>Self-serve option does not exist<br><br>Computer generated printing/copying | As above | | |
| Creates Carbon-less forms | (+) Convenient in-house service<br><br>(-) Reduces barrier to creating new forms | | | | |

Draft report

53

| INFORMATION TECHNOLOGY GROUP | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
| The IT Group will perform administrative services as part of the service they provide to end-users | Budgets are done on an annual basis for one year in most cases. 5-10 year forecasting is not typically done. | Budget and track IT requirements through the IT planning process with a 5 year forecast. | Budget and schedule are met. | Design a project planning and prioritization system for performing all major jobs that will ensure that client expectations, internal deadlines, resources, and project budgets are controlled.<br><br>Track the projects looking out at 5-year periods. | |
| | There is still a significant amount of IT work occurring that is not covered in the IT budget and comes from other Division budgets. | A comprehensive IT Plan should be prepared that includes all IT projects, division needs, and schedule requirements. The IT Group will then be able to manage costs to meet the operating and capital budgets. | Budget and schedule are met. | Design a system to prepare work specification on all projects the IT group is involved.<br><br>Prepare a resource plan to meet 2003 project goals and service needs.<br><br>Continuously seek improvement in all activities by establishing quarterly improvement goals and developing plans to avoid privatization and managed competition. | |
| | Support is being provided to HR for Security, but IT is not accountable for the security of the facilities. | Assist with Physical Security. | Hours per task in a pay period. | Provide support to a new position that is made responsible for security. | |
| | The current workload is greater than the resources available within the IT Group. | Manage resources and scheduling through the use of plans and prioritization. | Budget and schedule are met. | Develop strategies to continually improve communication and coordination of the IT Group to improve the performance of MSD performance and reduce costs. | |
| | There is very little succession | Conduct staff appraisal | Performance | Develop a staff succession plan that meets | |