## INFORMATION TECHNOLOGY GROUP

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | planning being done or back up of the IT staff responsibilities. | and plan career growth annually with quarterly review meetings. These should be in alignment with a succession plan. | reviews completed on time. | current and five year resource requirements. | |
| | IT staff lack the full set of skills required to meet service goals and need additional training. | Develop a training program and plan to attract and retain skilled workforce. | Attrition Rate.  Occurrences and duration of down time (scheduled & unscheduled). | Conduct a 3-day time management course for all IT Group staff.  Develop an IT Group training program to improve networking, troubleshooting, hardware, and software skills necessary to meet the MSD business goals and expectations. | |
| | The IT group participates in community type projects such as GIS demos for schools. This takes considerable staff time. | Set priorities that balance staff resources with service levels. This type of activity should be low priority. | Number of missed service tickets per month. | Set community activities at lower priority until all major projects are complete. | |

| INFORMATION TECHNOLOGY GROUP | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
| Keep business software applications and data available | No system or help desk is available to track users, complaints, or the resources necessary to provide an IT service to internal customers.<br><br>Procedures are being prepared, but at the moment, there is a lack of internal documentation on providing IT core services.<br><br>There are no measures of IT Group service performance or success.<br><br>End-users are not always aware of the status of IT projects. | Manage resources and scheduling. | Occurrences and duration of down time (scheduled & unscheduled). | Develop systems to monitor performance and service efforts in order to meet the MSD goals and customer expectations utilizing a central help desk system.<br><br>Document IT procedures and make them available on an internal web site. | |

## INFORMATION TECHNOLOGY GROUP

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Deliver IT solutions to improve business performance and/or reduce expenses | IT staff currently meet with other divisions on an annual basis to prepare budgets and typically meet on an as needed basis to meet internal goals and project deadlines.<br><br>IT staff are not always involved in projects that interface with or influence the IT core services.<br><br>There are multiple systems for inputting time card data that could be streamlined or centralized.<br><br>IT projects not always managed by IT staff.<br><br>There is no system to track the IT projects done internally. | Attract and retain skilled workforce. | Occurrences and duration of down time (scheduled & unscheduled).<br><br>Attrition rate. | Prepare a customer service process that establishes and maintains a system of communication and involvement between the IT Group and MSD Divisions and City Stakeholders to help define service expectations, meet the MSD Goals, and achieve Group annual targets.<br><br>Develop a system for maintaining current knowledge of available technologies in the wastewater industry that relate to MSD business objectives.<br><br>Conduct staff appraisal and plan career growth. | |
| Provide and maintain computer hardware, network, and operating system software for MSD | No system or help desk to measure user complaints.<br><br>There is very little analysis of system down time or system performance.<br><br>The IT Group is managing the implementation of a SAN | Assist with Physical Security and provide support. | Occurrences and duration of down time (scheduled & unscheduled). | Design and implement a help desk system.<br><br>Set and measure all activities necessary to the level of service expectations.<br><br>Prepare a project plan for improving remote access to data. | |

## INFORMATION TECHNOLOGY GROUP

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | (storage area network) that will greater improve service and maintenance of data. Standards have been set for computers and hardware, but some end-users buy equipment without the involvement of IT staff. Procedures are not being followed by all Divisions. The IT Group typically buys the computers and keeps the cost in an IT budget. It is difficult to determine the cost of the IT equipment to other divisions. The Regional Computer Center (RCC) maintains control of email and the WAN. RCC policies can be a bottleneck to the IT Group in regards to Active Directory, time to respond to networking needs, or in meeting uptime requirements for email, HR, Financial Systems, and GIS. | | | remote access to data. Document IT procedures and make them available on an internal web site. Allow budget control of IT work to be the responsibility of the Division with technology advice being provided by IT. | |

| Wastewater Engineering: Consultant Design / Special Projects | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
| Manage consultant projects | (+) Process map completed that details process steps and constraints. | | | | |
| | (+) Currently implementing a new project tracking system with Burns and McDonnell. | | | | |
| | (-) Scope/schedule not sufficiently detailed or changes over the life of the project. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability. | Maintain schedule, reduced design costs. | Master plan, Project Management System. | |
| | (-) Legislative process slows projects. | Modify process, see text. | Maintain schedule, reduced design costs. | Modify process, see text. | |
| | (-) Project schedule slippage results in cost overruns. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability. | Maintain schedule, reduced design costs. | Master plan, Project Management System. | |
| | (-) Unclear division of responsibilities between PM and inspector during construction process. | Define and agree on responsibilities prior to project start. | | | |
| | (-) Money not available for consultant at end of project for proper QA/QC review. | Maintain tighter control of project budget through new project management system and increased accountability. | Maintain schedule, reduced design costs. | Project Management System, manager accountability definitions. | |
| | (-) Operations staff not involved throughout all stages of design, or don't provide input when asked. | Formalize review schedule and proactively manage. | Reduced change orders and change order costs, | Project Management System, manager accountability definitions. | |
| | (-) Project does not follow detailed plan, resulting in scope/schedule creep. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability. | Maintain schedule, reduced design costs. | Master plan, Project Management System, increased manager accountability | |

Draft report

## Wastewater Engineering: Consultant Design / Special Projects

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | (-) Projects subject to review and changes by entities outside of MSD, causing scope/budget creep. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability. | Maintain schedule, reduced design costs. | Master plan, Project Management System. | |
| | (-) PMs spend too much time on legislative packages. | Modify process, see text. | Maintain schedule, reduced design costs. | Modify process, see text. | |
| | (-) PMs frequently redirected to other projects by management priorities. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability, management better understanding of priorities and impacts. | Maintain schedule, reduced design costs. | Master plan, Project Management System, increased manager accountability | |
| | (-) Consultant often not held accountable for errors and omissions. | Project management system will allow better tracking of increased costs, Office of Director to support WWE in enforcement | Decreased MSD project costs, reduced RFI and change orders. | Accurately identify additional costs and hold consultants accountable. | |
| | (-) Records and scanned drawings difficult to locate with current indexing system. | Improve document management system. | Reduced design costs, construction costs, maintain schedule | Coordinate with IT initiatives to improve information management | |

## Wastewater Engineering: Assessment

| Core Service | Observations; [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Design laterals for new connections | (+) Process is currently being reengineered to speed up legislation and bidding. Process has taken too long in the past (up to 2-3 years when easements were involved).<br><br>(+) Bidding process currently under review to allow grouping of projects and pre-selected contractors to speed up process. | | | | |
| Design sewer extensions for new connections | (+/-) Process is contracted to consultant.<br><br>(-) Designs reviewed by MSD have indicated quality concerns. CAGIS used for elevations, not field survey. | Hold designer accountable for design errors. | Reduced design/construction costs to MSD. | Establish a methodology with support from Office of Director to enhance and enforce contract requirements. | |

Draft report

## Wastewater Engineering: Design Engineering Services – In-House Design

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Design replacement sewer projects | (-) Projects held up, slowed down by legislative process | Modify process, see text. | Maintain schedule, reduced design costs. | Modify process, see text. | |
| | (+) Starting a trial run of grouping small projects for bids (assessment of laterals only) | | | | |
| | (-) Utility conflicts during construction | Improve communications with other utilities, maintain project schedule, increase accountability of pm. | Reduce design/construction costs, maintain schedule. | Develop MOU with other utilities, see text. | |
| | (-) Final product quality variable. | Include QA/QC in project schedule, increase accountability of pm | Reduce construction costs. | Implement project management system, increase accountability measures. | |
| | (-) Utility reviews take longer than necessary or not complete. | Improve communications with other utilities, maintain project schedule, increase accountability of pm. | Reduce design/construction costs, maintain schedule. | Develop MOU with other utilities, see text. | |
| | (-) Project schedules/ budgets not known or uniformly tracked. | Implement project management program. | Known project costs and schedule status. | Implement project management system, increase accountability measures. | |
| | (-) Lack of consistency in construction review. | Include QA/QC in project schedule, increase accountability of pm | Reduce construction costs. | Implement project management system, increase accountability measures. | |
| | (-) Staff tasked with working for other sections as well (i.e. consultant design review). | Define goals based on realistic expectations. | | Improved employee accountability, see text. | |

## Wastewater Engineering: Design Engineering Services – CIP Planning / Legal Support / Utility Coordination

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Maintain CIP document | (-) Projects held up, slowed down by legislative process. | Modify process, see text. | Maintain schedule, reduced design costs. | Modify process, see text. | |
| | (-) No detailed master plan for 5-20 year time frame. | Prepare master plan. | Plan completed on schedule. | Begin planning process. | |
| | (-) No planning department results in unfocused or changing project priorities. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability, management better understanding of priorities and impacts. | Maintain schedule, reduced design costs. | Master plan, Project Management System, increased manager accountability | |
| | (-) Project prioritization changes during course of projects. | Projects/scope should be better defined with master plan, and better tracked with management system and increased employee accountability, management better understanding of priorities and impacts. | Maintain schedule, reduced design costs. | Master plan, Project Management System, increased manager accountability | |
| | (-) Project tracking and information in many individual spreadsheets owned by many, no managing of schedules. | Project management program. | Each project status available in software. | Implement project management program. | |
| | (-) Sierra project tracking system appears to be underutilized as a project management tool; software is difficult to use. | Discontinue use when new system is running. | | Implement project management program. | |
| | (-) Utility design reviews take too long. | Improve communications with other utilities, maintain project schedule, increase accountability of pm. | Reduce design/construction costs, maintain schedule. | Develop MOU with other utilities, see text. | |

| Wastewater Engineering: Design Engineering Services – Stormwater Utility | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
| Provide study, design, and construction services for Stormwater improvements | (+/-) All study, design, and construction observations from Consultant design and In-house design groups apply for stormwater too because those groups handle most of stormwater project management. <br><br> (-) Design costs either not tracked and/or not known by managers. | Include in project management program. | Status known. | Implement project management program. | |
| Maintain Mill Creek | (+/-) Maintenance staff is managed by Collections staff. | | | | |
| Manage street sweeping | (+) Bid recently applied by City under managed competition, contract in review. | | | | |

## Wastewater Engineering: Design Engineering Services – Tap Permits / Public Improvement

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Assist public in obtaining tap and septic dumping permits | (+) Survey results indicate public rates service high.<br><br>(-) Interviews indicate that not all staff respond to public requests as willingly as others. | Improve employee accountability. | Goals met for individual employees. | Increase accountability, see text. | |
| Maintain tap records | (+/-) Records are well maintained, but only 1-2 staff have full knowledge of all records. | | | | |
| Provide tap and system information to in-house and public requests | (+) Staff respond to requests and can locate information.<br><br>(+) Much of information is available on line and doesn't require staff's assistance.<br><br>(-) On line document system is not well indexed and difficult to locate needed drawings. | Improve document management system. | Reduced design costs, construction costs, maintain schedule | Coordinate with IT initiatives to improve information management. | |
| Building permit review | (+/-) MSD performs own reviews. | | | | |
| One-Stop Shop | (+/-) City manager thinking about implementing, would take about 2 people from MSD and place in City facility with other City permit reviews. Impacts remain to be seen. Will need all data in CAGIS for accurate reviews. | | | | |

| Wastewater Engineering: Design Engineering Services – Private Development / Project Approval | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
| Review developer plans and approve for construction | (+/-) MSD views role as rules enforcer, not there to speed approval of development.<br><br>(-) Reviews dependent on others outside of MSD review section, which slows process.<br><br>(+/-) Although staff state they turn most reviews around in two weeks, there is no tracking of the review schedule. New system is being established. | First need to determine what role MSD should play in overall schedule.<br><br>Include in project management program. | Known schedule and status. | Include in project management program if determined schedule is MSD's responsibility.<br><br>Implement project management program. | |
| Creates rules for developer reviews | (+/-) Has opportunity to make things easier, or more complex, not sure what MSD should do. | | | | |

## Wastewater Engineering: Design Engineering Services – Right-of-Way

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Prepare documentation to acquire easements for MSD construction projects | (+) Easement requests are tracked individually and status is always available. | | | | |
| | (-) Sometimes easements for appropriation must be individually submitted for legislation – slows down process. | See text for ROW recommendations. | See text for ROW recommendations. | See text for ROW recommendations. | |
| | (-) Sometimes same easement bought many times due to long design / construction schedule. | See text for ROW recommendations. | See text for ROW recommendations. | See text for ROW recommendations. | |
| | (-) Unclear coordination between ROW and City property staff – potential for duplication. | See text for ROW recommendations. | See text for ROW recommendations. | See text for ROW recommendations. | |
| | (+) Work flow is shown on flow chart. | | | | |
| Property management | (+/-) Spend time on leases, taxes, visits, etc. | See text for ROW recommendations. | See text for ROW recommendations. | See text for ROW recommendations. | |
| | (-) Rest of WWE not aware of full duties of ROW. | See text for ROW recommendations. | See text for ROW recommendations. | See text for ROW recommendations. | |

## Wastewater Engineering: Contract Administration

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Review construction bid packages for conformance with contract requirements | (+) A flow chart has been created to map review process<br><br>(+) Works with PMs to explain process and keep review going. | | | | |
| Review construction bids for conformance with MSD requirements | (+) Requirements listed in a checklist<br><br>(-) Contract review time not tracked. | Add to project management program. | Status available. | Implement project management program. | |
| Reviews most consultant contracts | (-) Sometimes requires scope to be too detailed defining consultant efforts, resulting in little scope flexibility without going back for amendment. | Base scope on findings and priorities from Master Planning efforts, allow contingency in contract for unspecified services. | Maintain schedule, minimize design budget changes. | Complete Master Plan, improve scope descriptions and understanding before issuing RFP. | |
| Sit on selection committee for Consultants | (-) Selection committee makeup decision unclear.<br><br>(-) Consultant selection process reported to be lengthy | Establish policy to limit members to project manager, users, and WWE management member.<br>Establish schedule for process, identify methods to streamline or conduct sections in parallel. | Number of non-impacted members on committee decreases to zero.<br><br>Selection process reduced to 3-4 months. | Establish policy and implement.<br><br>Establish policy through coordination with Office of Director for legal/contractual requirements. | |



## Wastewater Engineering: Construction Management

| Core Service | Observations: [what works (+); what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Provide inspection services for plant and sewer construction projects | (-) Mostly do not review plans while in design. | Assign review and accountability review to individuals. | Reviews are completed to project schedule. | See accountability section in text. | |
| | (-) Don't have office space to work, forced to work out of car most times. | Provide inspectors of large projects temporary offices as part of contract, provide office space at WWE for inspector use. | Number of inspectors with access to office space. | Work field office requirement into next projects, provide space in WWE. | |
| | (-) No succession planning for positions that are about to become vacant. | | | | |
| | (-) Pulled off onto other projects too often. | Improve work load projections by adhering to schedules and project management program. | Maintain project schedules, reduced inspection costs. | Implement project management program and increase accountability, determine staffing needs based on project workloads. | |
| | (-) Responsibilities between MSD PM and inspector not clear during process (i.e. submittals). | Define and agree on responsibilities prior to project start. | | | |
| Provide contract inspection to private developers | (+/-) $50/item is best guess of cost including inspector, benefits, and supervisor. Have no idea if making/losing money. Only charge by item, not time, not all time charged to developer. | Accurately define total costs and track efforts by hour. | | Need project management program in place to accurately track efforts and define costs. | |

## Wastewater Engineering: Surveying / Mapping

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Provide field survey for in-house design projects | (-) There is conflicting reference data on MSD drawings, so people use wrong info for designs. CAGIS not accurate. (+) All crew chiefs have CAGIS on laptops. | Improve document management system. | Reduced design costs, construction costs, maintain schedule | Coordinate with IT Initiatives to improve information management. | |
| Provide field survey for consultant design projects 10-day As Builts | (-) Not sure if making or losing money on this, Not all time is charged to projects. (-) There is conflicting reference data on MSD drawings, so people use wrong info for designs. | Accurately define total costs and track efforts by hour. Improve document management system. | Reduced design costs, construction costs, maintain schedule | Need project management program in place to accurately track efforts and define costs. Coordinate with IT Initiatives to improve information management. | |
| Provide field verification for records research, easement verifications, and other requests | (-) Requests worked around higher priority tasks such as 10-day As-Builts and special requests. | Determine if MSD should continue this service and what is total cost. Improve work load management with project management program. | Increased revenue, maintain project schedules, reduced inspection costs. | Evaluate service policy, implement project management program. | |
| Locate utilities through OUPS program | (-) 10 percent of requests are located. (+/-) Collection thinks they need to locate more, no data or information on how many should be located. (-) Only one locate crew with two people. | Develop policy with collections and Office of Director on what locate percent is desired balance of risk and cost. Develop policy with collections and Office of Director on what locate percent is desired balance of risk and cost. Split crew into 1-person crews. | Number of locates meets agreed level, repair costs meet expected risk levels. Number of locates meets agreed level, repair costs meet expected risk levels. Locate goals are met safely and without risk to employees. | Develop policy. Develop policy. Create implementation needs and supply locators for individual crews. | |
| Update As-Builts | (-) Older drawings still updated by hand. Only 1 person assigned to this task. | Improve document management system. | Reduced design costs, construction costs, maintain schedule | Coordinate with IT initiatives to improve information management. | |

## DIW: Admin. / Clerical Section

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Surcharge and Pretreatment Fees & Fines Invoicing to External Customers | (+) Generate $10M per yr gross revenue ($9M Surcharge; $1M Pretreatment Fees & Fines)<br><br>(-) External Customers unclear about due date for payment of pretreatment fees<br><br><br>(-) External customers' needs regarding invoicing not completely understood | Use of chemical oxygen demand (COD) test instead of biochemical oxygen demand (BOD) test to determine BOD for surcharge<br><br>Communication of invoicing requirements to External Customers<br><br>Understanding of Customers' needs | Cost / COD test compared to Cost / BOD test (assumes use of micro COD method)<br><br>Number of inquiries / billing cycle by external customers concerning due date for payment<br><br>Number of repeat inquiries from same external customer from billing cycle to billing cycle<br><br>Short-Term – development of customer survey to assess their needs<br><br>Long-Term – completion of survey and compilation of results available for use by invoicing staff | Provide External Customers with DIW projected charges 1 yr in advance so they can budget better<br><br>Work with Administration Division and City to highlight due date on invoices.<br><br>Meet with external customers that continue to miss due dates for payment<br><br>Survey invoiced External Customers | |
| Document Preparation and Filing Services | (-) Current document handling and signature system requires redundant paper system | Long-Term – value in electronic signature comes from reducing or eliminating cost of redundant paper system, and from increased efficiency gained by enabling staff to keep documents moving through the system, even when away from the work site. | Completion of status update | Update the legal and technological status of this and determine feasibility to implement<br><br>See PC Magazine hyperlink | |
| HR (Payroll, Attendance, Discipline, Personnel Policies | (-) DIW staff have to perform activities for which MSD is paying indirect overhead to City to perform | Reduce staff involvement in administrative activities for which MSD is already paying City staff to do. | # of FTE's in DIW performing admin activities | Determine City staff responsibility in providing admin services to MSD | |

| DIW: Admin. / Clerical Section | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
| & Procedures, Vacancies setup) | | City staff to do. | | | |
| Conference Room Management (shared with S&S) | (+) Provides well managed, state of the art meeting facilities for MSD, City, Public | | | | |
| Management of Personnel and Facilities, Security | (-) Not completely aware of other MSD Divisions' challenges<br><br>.(-) Connection between daily activities, performance measures and goals & objectives is not implemented throughout the organization<br><br>(+) Participates in & supports local outreach builds good public support | Become more aware of other MSD challenges and how DIW affects those challenges<br><br>Connect daily activities to goals and objectives to keep employees on task of accomplishing mission<br><br>Publicity of involvement | Degree of improvement in "cross-divisional" issues<br><br><br><br>Number of published articles about MSD / DIW activities per month | Identify, fully describe, and resolve "cross divisional" issues<br><br>Re-evaluate goals, objectives as they relate to MSD, DIW, other Divisions Missions then link to daily activities.<br><br>Build network for publicity with local newspapers, trade magazines, etc. | |

**DIW: Laboratory**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Analysis of Samples | (-) Analytical quality is not always communicated properly to customer | Improve the definition and description of the QA/QC program | % Compliance with DMR-QA and any internal testing of "unknowns". | Identify most important quality data to customer then articulate QA/QC to customer in "layman's" terms<br><br>Help customer set expectations of delivery of quality data<br><br>Track delivery of expected quality data | |
| Assure test results are correct (QA/QC) | (+) Extensive QA/QC program | | | | |
| Document results and their correctness | (+) Use LIMS to document results | | | | |
| Delivery of Analytical Results to Customers | (-) Expectations & requirements for timely and accurate delivery of results are not always communicated properly to the customer | Communicate more effectively with customers | % of time expectations met. | Communicate expectations and requirements that customer must fulfill to enable Lab to perform well<br><br>Inform customer of Lab's performance limitations<br><br>Define clearly expectations of the customer for "on-time", and "accurate" for each parameter for each sample<br><br>Track delivery of expected delivery results | |

**DIW: Laboratory**

| Core Service | Observations: [what works (+) - what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Management of Personnel and Facilities | (+) Participates in & supports local outreach builds good public support<br><br>(-) Not completely aware of other MSD Divisions' challenges<br><br><br><br><br><br><br><br>(-) Some disgruntled employees | Publicize these activities more<br><br>Become more aware of other MSD challenges and how DIW affects those challenges<br><br>Use economy of scale provided by large laboratory operation | # of articles published related to local outreach by DIW<br><br>Degree of improvement in "cross-divisional" issues | Work with staff of "Inside Story" to get articles published<br>Identify, fully describe, and resolve "cross divisional" issues<br><br>Centralize Treatment Division labs functions at DIW Laboratory<br><br>Provide analytical services, where practical, for process control in Treatment Division, such as at Mill Creek, centrifuge process, etc. | |

**DIW: Permits & Compliance**

| Core Service | Observations:<br>[what works (+)   -<br>what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Enforcement Action to assure compliance | (+) Recognized by customers as tough but fair<br><br>(+) Recognized as best in Ohio on criminal enforcement | | | | |
| Regulation of Industrial and Commercial Discharges through permits and inspections | (+) Pretreatment Program recognized as "Model" in Ohio by EPA<br><br><br>(-) Need to communicate enforcement / permit information better<br><br>(-) Losing track of IU compliance | Without compromising enforcement, form a more mutually beneficial partnership with Industrial customers<br><br>Tracking software development | Number of software "bugs" per quarter | Meet with Industry groups quarterly to discuss issues important to both IU's and MSD<br><br>Continue to work with vendor on existing PACS 2000 software development<br><br>Work with other agencies such as Dayton to work out similar software problems | |
| Protection of the Sewer Collection Systems | (+) Work together with Collections for a proactive Grease Program | | | | |
| Protection of the Treatment Plants | (+/-) Pollutant testing for Local Limits at Treatment Plants four times more than required to ensure fair enforcement and protect treatment process<br>(+) Special Investigation has good track record of catching illegal dumpers and protecting treatment processes | | | | |

**DIW: Permits & Compliance**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Management of Personnel and Facilities | (-) Not completely aware of other MSD Divisions' challenges<br><br>(+) Participates in & supports local outreach builds good public support | Become more aware of other MSD challenges and how DIW affects those challenges | Degree of improvement in "cross-divisional" issues | Identify, fully describe, and resolve "cross divisional" issues | |

| DIW: Sampling & Surveillance | | | | | |
|---|---|---|---|---|---|
| Core Service | Observations:<br>[what works (+)<br>what doesn't (-)] | Opportunities for<br>Improvement | Measurement of<br>Success | Recommended<br>Optimization Action | Priority and Schedule |
| Sampling & Monitoring of Industrial and Commercial Discharges | (+) Adhere to strict QA/QC procedures in handling and testing samples<br><br>(-) Scheduling of personnel to receive and distribute samples to laboratory | Coordinate activities of sample takers, sample preparation people, and lab analysts | | Schedule all personnel so samples are prepped and ready when lab analysts are ready to do tests | |
| Sampling & Monitoring of Surface Waters | (+) Provides valuable data for CSO/ SSO issues | Publicity for the value this provides to Service Area and contribution to success of MSD Mission | | Publicize the sampling and analytical effort that MSD makes in newspapers, brochures, Inside Story, etc | |
| Special Investigations to support Enforcement Action | (+) Helps catch illegal dumpers<br><br>(-) Recently reduced by changes in City's overtime policy for Division's trained personnel | Better knowledge of cost of activities | | Using a simple "Level of Effort" survey in DIW, determine the actual cost of Special Investigations<br><br>Document the risk and cost of not catching illegal dumpers (reference Louisville explosion) | |
| Inspection of County Sewage Holding Tanks | (+) Enables commercial development<br><br>(-) Legacy program from last director, may not be paying for itself | Better knowledge of cost of activities | | | |

## DIW: Sampling & Surveillance

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Auxiliary Meters | (+) Serves industrial, commercial customers, providing fair sewer billing<br><br>(-) May not be paying for itself | Better knowledge of cost of activities | | Explore with Jerry Tokarski of Admin Div automation of meter reading | |
| Conference Room Management (shared with Admin/Cler) | (+) Provides well managed, state of the art meeting facilities for MSD, City, Public | | | | |
| Management of Personnel and Facilities | (+) Participates in & supports local outreach builds good public support<br><br>(-) Not completely aware of other MSD Divisions' challenges | Become more aware of other MSD challenges and how DIW affects those challenges | Degree of improvement in "cross-divisional" issues | Identify, fully describe, and resolve "cross divisional" issues | |

**Wastewater Collections: Administration and Human Resources, Procurement**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Administration and Human Resources | (-) Equal distribution of OT is contentious and difficult to manage.<br><br>(+) Division has developed good labor relations, only 2 grievances in 7 months.<br><br>(+/-) 6 people currently off on light duty or long-term disability. Averages 4-5%. Risk Management is not managed at the City or MSD levels. Managed at Division Level. | **DELETE**<br><br>**DELETE**<br><br>Reduce direct and indirect costs associated with inadequate Risk Manangment | Staffing Levels, authorized versus actual. Costs of workers compensation, light duty | Evaluate current Risk Management program | medium |

**Wastewater Collections: System Wide Model**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Develop and maintain model. | (-) Current support for model for hardware/network is from consultant. As of April model will be supported by IT. {Waiting for updates from MSD.}<br><br>(-) April lease on office expires. Current equipment is all leased. Need to replace by April 1.<br><br>(-) Request for purchase in June to IT for | **DELETE**<br><br>**DELETE**<br><br>Optimize staff access to | Availability of system to staff | Procure necessary | High |

**Wastewater Collections: System Wide Model**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | budget. Have not heard anything. IT manager decided not to purchase. | hydraulic model | | hardware and support for hydraulic model | |

**Wastewater Collections: Engineering**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| General | (-) Non-management staff make more money as a result of curtailing manager overtime; disincentive for qualified hourly candidates to promote to management positions. | Improve retention of experienced staff and motivation for advancement. Improve morale | Staff retention Promotion Work backlog | Revise policy | High |
| Design, construct, and inspect emergency repairs. | (-) Emergency Repair Contracts have $50K cap for emergencies, $15K cap non-emergency. Based on City Legal opinion 2 years ago that it violates Non competitive bid, based on state definition of an emergency | Review policy/lobby for change to state language if necessary | Ability to execute emergency contracts efficiently and cost effectively | | Medium |
| | (+/-) Approximately $2.5 million is expended on time and material (T&M) contracts annually for Emergency repair and rehabilitation. Number of non-emergency repairs completed is based on money available ($300,000). | Quantify non-emergency repair backlog, budget resources to reduce backlog | Backlog Reduced emergency repairs caused by system defects Reduced SSOs | Fund defect repair at a higher level and priority | High |
| | (-) There are 3 Annual T& M contracts and each have 3 contractors. Only 1 inspector is available for all contracts. | Improve project quality control | Quality control inspections | Add inspection resources | High |

## Wastewater Collections: Engineering

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | (-) Air Relief Valves are not on PM schedule. Responsibility for O&M not clear. (What division)<br><br>(+) Level of service strives to meet Higher expectations of public. | Reduce SSOs<br>Reduce corrective maintenance costs<br>Increase force main capacity in areas where air accumulates in force main<br>Reduce probability of structural failures due to high pressure transients<br>**DELETE** | SSOs from Air Relief valve failures<br>Increased capacity where applicable<br>Number of structural failures due to water hammer/transients | Determine divisional responsibility for ARV<br>Preventive maintenance and resources needed for PM | High |
| Perform condition assessments. | (-) Force mains have H2S that has caused damage to RCP downstream at force main discharge point<br><br>(-) There is some indication of industrial discharge damage in the system.<br><br>(+/-) Areas of town are prioritized by complaints.<br><br>(+/-) Condition assessment of Off road sewer in the City is identifying defects faster than WWC can fix.<br><br>(+) CCTV, Complaints, Back-ups and rehabilitation databases are linked to and can be displayed on GIS. | Reduce H2S corrosion and odor<br><br>Reduce probability of SSOs due to these defects<br><br>**DELETE**<br><br>Reduce probability of SSOs due to these defects<br><br>**DELETE** | Failures due to corrosion and cost to repair/rehab<br>SSOs<br>Odor complaints<br>Defects identified<br>SSOs<br>Corrective actions completed<br><br><br>Defects identified<br>SSOs<br>Corrective actions completed | Develop Corrosion and Odor Control program<br><br>Quantify and investigate sources and suspected segments. Develop strategy to address defects<br><br>Develop strategy to prioritize and address defects when identified. | High<br><br>High<br><br>High |
| Coordinate with WWE | (+/-) Design Review at the 30&60% point is fairly consistent, but suggestions/comments not always taken into consideration. | Improve operability and maintainabilty and reduce life cycle costs | Number of projects reviewed | Formalize O&M staff review process, including recommendations made during planning, design and | High |

**Wastewater Collections:  Engineering**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| | (-) Acquired sewers may have limited attribute data and maps. | Improve inventory and attribute data of acquired sewers  so response time is improved and repair, rehab/replacement decisions are optimized. | Number of systems with accurate map data | construction phases. Initiate program to quantify and resolve lack of data and/or inaccurate data. | Medium |

**Wastewater Collections:  Service Request, Dispatch Office and Complaint Crews**

| Core Service | Observations: [what works (+) what doesn't (-)] | Opportunities for Improvement | Measurement of Success | Recommended Optimization Action | Priority and Schedule |
|---|---|---|---|---|---|
| Receive and dispatch crews to address complaints. | (+/-) WWC also uses SMU staff for 1st response during rain events.<br><br>(-) Complaint crews respond to a variety of non-core business, inside odor, keys in catch basin and other storm water related calls. In 2002, only 996 of the 7,064 calls were MSD responsibility.<br><br>(-) During rain event as many as 220 calls will occur from WIB and most due to lateral problems.<br><br>(+) GIS is used as part of tracking system. Crews have laptops on trucks, with database updated monthly. | DELETE<br><br>Reduce non-WWC service requests.<br><br><br>DELETE<br><br>DELETE | Number of non-WWC service requests. | Develop public education program | Medium |