# EXHIBIT 1-ATTACHMENT G

## SIERRA CLUB COMMENTS ON CONSENT DECREES, ATT. G:

## MSD HISTORIC VIOLATIONS AND LACK OF PROGRESS

## MSD SSO Historic Violations and Lack of Progress

| SSO No. | Dischg 1997 (SSO reports 1997) | Dischg. 1998 (SSO reports 1998) | Dischg. 1999 (SSO reports 1999) | Dischg. 2000 (SSO reports 2000) | Dischg. 2001 (SSO reports 2001) | Dischg/ 2002 (SSO reports 2002) | Dischg. 2003 (3mths: Jan-Mar) | IPCD Ex. 3 Constr. Sched. | Id. by MSD in 1993 for Elim. (BBS) | CIP number from BBS 10yr report | Project Cost from BBS 10yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 222 | No data* | 12 | 0 | 1 | 0 | 9 | 0 | | Yes/1997 | 96-31 | $497,500. |
| 225A | 41 | 37 | 16 | 9 | 33 | 36 | 2 | | Yes/NA | 95-45 | $0 |
| 228 | 19 | 27 | 8 | 11 | 33 | 29 | 3 | | Yes/2002 | N/A | $1,552,500. |
| 530 | 34 | 38 | No data** | 12 | 16 | 36 | 7 | 12/31/04 | Yes/1997 | 83-07-03 | $4,308,044. |
| 531 | 20 | 26 | No data | 12 | 25 | 26 | 7 | 2/29/05 | Yes/1997 | 98-05 | $18,938,500. |
| 565 | 29 | 25 | No data | 4 | 15 | 16 | 2 | | Yes/2007 | 98-85 | $21,031,500. |
| 567 | 28 | 26 | No data | 2 | 8 | 5 | 0 | 10/31/03 | Yes/1997 | 98-05 | $460,000. |
| 568 | 8 | 16 | No data | 5 | 32 | 29 | 7 | | Yes/2002 | N/A | $139,500. |
| 569 | 18 | 20 | No data | 11 | 21 | 32 | 7 | | Yes/2002 | N/A | $See SSO-568 |
| 570 | 30 | 42 | 15 | 5 | 10 | 20 | 5 | 7/31/04 | Yes/1994 | 96-12, 2000-17, 2000-51 | $484,000. |
| 572 | 18 | 35 | 26 | 9 | 33 | 29 | 0 | 9/30/02 | Yes/NA | 2000-54 | $73,750. |
| 574 | 11 | 15 | No data | 5 | 2 | 8 | 0 | | Yes/1997 | N/A | $235,000. |

* No data has been found recorded for the identified SSO.
** Page 2 of the 1999 MSD summary is missing, therefore no data has been found from certain SSOs.

## MSD SSO Historic Violations and Lack of Progress

| SSO No. | Dischg 1997 (SSO reports 1997) | Dischg. 1998 (SSO reports 1998) | Dischg. 1999 (SSO reports 1999) | Dischg. 2000 (SSO reports 2000) | Dischg. 2001 (SSO reports 2001) | Dischg/ 2002 (SSO reports 2002) | Dischg. 2003 (3mths: Jan-Mar) | IPCD Ex. 3 Constr. Sched. | Id. by MSD in 1993 for Elim. (BBS) | CIP number from BBS 10yr report | Project Cost from BBS 10yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 576 | 42 | 38 | No data | 19 | 27 | 4 | No data | 9/30/02 | Yes/NA | 94-18, 2001-06 | $451,000. |
| 577 | 49 | 29 | No data | No data | 10 | 33 | 7 | 2/29/05 | Yes/1997 | 98-05 | $212,000. |
| 579 | 31 | 23 | 9 | 4 | 22 | 31 | 5 | | Yes/NA | N/A | $7,800,000. |
| 585 | No data | 2 | 0 | 1 | 4 | 4 | 0 | | Yes/1994 | 2000-44 | $130,000 |
| 587 | 10 | 7 | 1 | 4 | 8 | 17 | 3 | | Yes/1994 | 87-01 | $428,500. |
| 588 | 12 | 13 | 0 | 3 | 7 | 10 | 2 | | Yes/NA | N/A | $20,590,000. |
| 589 | 7 | 9 | 0 | 1 | 2 | 3 | 0 | | Yes/NA | 2000-42 | $3,017,500. |
| 590 | 9 | 12 | No data | 6 | 0 | 0 | 0 | | Yes/NA | N/A | $5,996,000 |
| 591 | 2 | 15 | 0 | 2 | 9 | 0 | 0 | | Yes/1994 | 96-12, 2000-17, 2001-05 | $4,666,000. |
| 593 | 24 | 45 | No data | 14 | 32 | 26 | 10 | | Yes/1997 | 83-07-03 | See SSO-530 |
| 597 | 18 | 20 | 0 | 0 | 1 | 9 | 2 | | Yes/1997 | 98-05 | $394,000. |
| 600 | 7 | 2 | 0 | 0 | 25 | 17 | 7 | | Yes/NA | N/A | $11,200,000. |
| 601 | 26 | 25 | 14 | 7 | 19 | 24 | 5 | | Yes/NA | N/A | See SSO-600 |
| 603 | 26 | 23 | 12 | 7 | 12 | 20 | 5 | | Yes/1993 | N/A | $1798,000. |
| 607 | 15 | 4 | 1 | 3 | 6 | 6 | 0 | | Yes/NA | N/A | See SSO-600 |
| 608 | 14 | 13 | 1 | 4 | 4 | 0 | 0 | | Yes/1994 | 96-12, 2000-17, 2000-51 | $5,917.500. |

**MSD SSO Historic Violations and Lack of Progress**

| SSO No. | Dischg 1997 (SSO reports 1997) | Dischg. 1998 (SSO reports 1998) | Dischg. 1999 (SSO reports 1999) | Dischg. 2000 (SSO reports 2000) | Dischg. 2001 (SSO reports 2001) | Dischg/ 2002 (SSO reports 2002) | Dischg. 2003 (3mths: Jan-Mar) | IPCD Ex. 3 Constr. Sched. | Id. by MSD in 1993 for Elim. (BBS) | CIP number from BBS 10yr report | Project Cost from BBS 10yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 611 | 31 | 38 | No data | 8 | 32 | 52 | 10 | | Yes/1997 | 83-07-03 | See SSO-600 |
| 612 | 0 | 20 | 16 | 7 | 36 | 44 | 6 | | Yes/1997 | N/A | $895,000. |
| 620 | 50 | 38 | 37 | 15 | 46 | 44 | 13 | 7/31/05 | Yes/2000 | 88-03 | $5,447,350. |
| 623 | 20 | 23 | 6 | 5 | 5 | 19 | 6 | | Yes/2002 | N/A | $4,112,500. |
| 625 | 13 | 17 | 3 | 4 | 11 | 16 | 5 | | | N/A | $5,245,000. |
| 628 | 37 | 26 | 21 | 10 | 26 | 41 | 9 | 10/31/05 | Yes/2006 | 00-26-2 | $1,600,500. |
| 634 | 28 | 32 | 0 | 0 | 0 | 0 | 0 | Compl. 4/99 | Yes/1997 | 98-05 | $793,000. |
| 639 | 6 | 14 | 3 | 8 | 4 | 4 | 0 | | Yes/1997 | 83-07-02 | $7,839,700. |
| 640 | 11 | 15 | 0 | 4 | 4 | 16 | 4 | | Yes/NA | N/A | $4,006,000. |
| 641 | 3 | 4 | 5 | 7 | 0 | 0 | 0 | | | N/A | $1,865,500. |
| 645 | 26 | 48 | 34 | 11 | 36 | 40 | 2 | | Yes/NA | 95-45 | $2,687,500. |
| 646 | 8 | 11 | 0 | 12 | 9 | 0 | 0 | | | N/A | $1,853,500. |
| 647 | 0 | 2 | 0 | 0 | 5 | 8 | 0 | | | N/A | $5,186,500. |
| 675A | 7 | 16 | 7 | 35 | 14 | 47 | 46 | | Yes/1993 | 93-03 | $0 |
| 679A | 44 | 42 | 42*** | 13 | 58 | 61 | 6 | 7/31/06 | Yes/2001 | 92-70 | $2,185,000. |
| 679B | 51 | No data | 48 | 11 | 68 | 16 | 16 | 7/31/06 | Yes/2001 | 92-70 | See SSO-679A |
| 680 | 31 | 13 | 4 | 3 | 12 | 17 | 1 | 7/31/06 | Yes/2001 | 92-70 | See SSO-679A |

---

*** The missing page 2 contains continued data for SSO# 679A, therefore, given number of 1999 discharges for SSO #679A is incomplete.

## MSD SSO Historic Violations and Lack of Progress

| SSO No. | Dischg 1997 (SSO reports 1997) | Dischg. 1998 (SSO reports 1998) | Dischg. 1999 (SSO reports 1999) | Dischg. 2000 (SSO reports 2000) | Dischg. 2001 (SSO reports 2001) | Dischg/ 2002 (SSO reports 2002) | Dischg. 2003 (3mths: Jan-Mar) | IPCD Ex. 3 Constr. Sched. | Id. by MSD in 1993 for Elim. (BBS) | CIP number from BBS 10yr report | Project Cost from BBS 10yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 681 | 19 | 11 | 2 | 4 | 8 | 13 | 3 | | Yes/NA | 98-70 | $5,264,000. |
| 682 | 13 | 11 | 6 | 1 | 9 | 6 | 0 | | | 98-70 | See SSO-681 |
| 684 | 2 | 2 | 0 | 0 | 1 | 0 | 0 | | Yes/2004 | 91-02 | $460,000. |
| 690 | 26 | 11 | No data | 5 | 14 | 14 | 0 | | Yes/1993 | 98-85 | $0 |
| 692 | 8 | 14 | 1 | 9 | 4 | 0 | 19 | | Yes/1997 | 93-03 | $0 |
| 697 | 6 | 40 | 8 | 9 | 3 | 5 | 14 | | Yes/1997 | 93-03 | $0 |
| 699 | 25 | 43 | 18 | 9 | 27 | 19 | 0 | | Yes/1994 | 96-12, 2000-17, 2001-05 | $270,000. |
| 700 | 42 | 50 | No data | 30 | 51 | 68 | 17 | | Yes/2000 | 97-49 | $39,520,000. |
| 704 | 21 | 12 | 6 | 6 | 20 | 17 | 5 | | Yes/2003 | N/A | $895,000 |
| 705 | 7 | 6 | 0 | 3 | 8 | 3 | 0 | | Yes/2003 | N/A | $4,237,000 |
| 1000 | 34 | 29 | No data | 1 | 3 | 8 | 0 | | | 94-18, 2001-06 | See SSO-576 |
| 1001 | 12 | 13 | 7 | 3 | 11 | 15 | 3 | | | N/A | $2,369,500. |
| 1002 | 21 | 28 | No data | 8 | 34 | 40 | 7 | | | 98-05 | $143,500. |
| 1003 | 17 | 24 | 5 | 5 | 14 | 7 | 0 | | | N/A | $392,500. |
| 1005 | 21 | 28 | No data | 5 | 30 | 32 | 7 | | | 98-05 | $224,500. |
| 1008 | 11 | 13 | 0 | 3 | 8 | 6 | O | | | 96-12, | $3,172,500 |

## MSD SSO Historic Violations and Lack of Progress

| SSO No. | Dischg 1997 (SSO reports 1997) | Dischg. 1998 (SSO reports 1998) | Dischg. 1999 (SSO reports 1999) | Dischg. 2000 (SSO reports 2000) | Dischg. 2001 (SSO reports 2001) | Dischg/ 2002 (SSO reports 2002) | Dischg. 2003 (3mths: Jan-Mar) | IPCD Ex. 3 Constr. Sched. | Id. by MSD in 1993 for Elim. (BBS) | CIP number from BBS 10yr report | Project Cost from BBS 10yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 2000-17, 2001-05 | |
| 1009 | 10 | 10 | 2 | 2 | 10 | 3 | 0 | | | N/A | $130,000 |
| 1010 | | 2 | 1 | 1 | 8 | 2 | 0 | | | N/A | $1,705,000. |
| 1012 | 24 | 13 | 2 | 8 | 3 | 17 | 4 | | | 99-12 | $724,000. |
| 1014 | 13 | 12 | 0 | 1 | 1 | 0 | 0 | | | 96-12, 2000-17, 2000-51 | $3,990,000. |
| 1017 | 35 | 33 | 29 | 12 | 27 | 30 | 5 | 7/31/04 | | 96-12, 2000-17, 2001-05 | $31,000. |
| 1020 | 10 | 10 | 2 | 4 | 9 | 11 | 3 | | | N/A | $2,714,500. |
| 1022 | 0 | 2 | 0 | 2 | 0 | No data | No data | | | 98-05 | $241,000. |
| 1023 | 29 | 30 | 26 | 13 | 29 | 32 | 14 | 4/30/05 | | N/A | See SSO-600 |
| 1024 | 4 | 10 | No data | 4 | 14 | 43 | 7 | | | 98-05 | $368,500. |
| 1025 | 0 | 6 | 0 | 1 | 4 | 3 | 0 | | | N/A | $1,429,000 |
| 1029 | 11 | 19 | 2 | 7 | 6 | 9 | 0 | | | N/A | $3,656,500. |
| 1032 | 25 | 24 | No data | 6 | 20 | 3 | 0 | | | N/A | $6,016,000. |
| 1042 | 39 | 29 | 17 | 6 | 11 | 16 | 6 | | | 83-07-02 | See SSO-639 |
| 1043 | 6 | 0 | 7 | 1 | 24 | 25 | 1 | | | N/A | $6,796,000. |
| 1044 | 18 | | No | 8 | 6 | 39 | 7 | | | 83-07-02 | See SSO-530 |

**MSD SSO Historic Violations and Lack of Progress**

| SSO No. | Dischg 1997 (SSO reports 1997) | Dischg. 1998 (SSO reports 1998) | Dischg. 1999 (SSO reports 1999) | Dischg. 2000 (SSO reports 2000) | Dischg. 2001 (SSO reports 2001) | Dischg/ 2002 (SSO reports 2002) | Dischg. 2003 (3mths: Jan-Mar) | IPCD Ex. 3 Constr. Sched. | Id. by MSD in 1993 for Elim. (BBS) | CIP number from BBS 10yr report | Project Cost from BBS 10yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | data | | | | | | | | |
| 1045 | 18 | 14 | 3 | 4 | 11 | 11 | 2 | | | N/A | $2,201,500 |
| 1046 | 5 | 7 | No data | 4 | 4 | 4 | 1 | | | N/A | $100,000. |
| 1047 | 0 | 5 | 0 | 2 | 4 | 5 | 0 | | | N/A | $1,441,000. |
| 1048 | 1 | 14 | 1 | 5 | 8 | 17 | 3 | | | 87-07 | $1,390,000. |
| 1049 | No data | 6 | 3 | 3 | 4 | 3 | 0 | | | 92-85 | $7,135,000. |
| 1050 | No data | 0 | 0 | 0 | 13 | 0 | 0 | | | N/A | $5,069,500. |
| 1051 | No data | 18 | 4 | 5 | 15 | 17 | 0. | | | 96-02 | $613,050. |
| 1052 | No data | 4 | 3 | 3 | 5 | 10 | 5 | | | 92-85 | See SSO-1049 |
| 1053 | No data | 7 | 46 | 19 | 71 | 59 | 16 | | | N/A | $0 |
| 1054 | No data | 0 | 0 | 0 | 1 | 0 | 0 | | | 92-70 | See SSO-679A |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | No data* | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 2 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $243,000 | |
| 3 | No data | No data | No data | No data | No data | No data | Y/2005 | YES | MIL-7, 85-58-6-1 | $340,500 | Y |
| 4 | No data | No data | No data | No data | No data | No data | Y/2005 | YES | MIL-7, 85-58-6-1 | $318,000 | Y |
| 5 | 18 | 202 | 37 | No data | No data | No data | N | YES | MIL-49 | $16,510,000 | |
| 6 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $243,000 | |
| 7 | 15 | 13 | 20 | 15 | 31 | 54 | N | YES | MIL-7 | $318,000 | |
| 8 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $243,000 | |
| 9 | 14 | 12 | 21 | 27 | 95 | 8 | N | YES | MIL-50 | $4,885,000 | |
| 10 | 15 | 16 | 20 | No data | No data | No data | N | YES | MIL-51 | $10,675,000 | |
| 11 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $247,000 | |
| 12 | 14 | 15 | 25 | 21 | 25 | 39 | N | YES | MIL-52 | $9,610,000 | |
| 13 | 14 | 13 | 20 | No data | No data | No data | N | YES | MIL-7 | $243,000 | Y |
| 14 | 15 | 16 | 19 | No data | No data | No data | N | YES | MIL-7 | $243,000 | |
| 15 | 13 | 54 | 40 | 46 | 70 | 48 | N | YES | MIL-2, MIL-7 | $337,500 | |
| 17B | 13 | 10 | 13 | 16 | 40 | 58 | N | YES | MIL-7 | $255000 | |

* No data has been found recorded for the identified CSO

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg. 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg. 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 14 | 15 | 14 | No data | 103 | 0 | N | YES | MIL-2, MIL-7 | $318,000 | |
| 19 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $243,000 | |
| 21 | 14 | 15 | 4 | No data | No data | No data | N | YES | MIL-56 | $6,460,000 | |
| 22 | 17 | 17 | 20 | No data | No data | No data | N | YES | MIL-57 | $3,835,000 | |
| 23 | 17 | 15 | 19 | No data | No data | No data | N | YES | MIL-58 | $550,000 | |
| 24 | 16 | 14 | 31 | 61 | 75 | 65 | N | YES | MIL-58 | $14,185,000 | |
| 25A | No data | No data | No data | No data | No data | No data | N | YES | MIL-9 | $1,600,000 | |
| 25B | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 26 | 44 | 203 | 226 | 77 | 15 | 12 | N | YES | MIL-10, 97-83 | $175,000 | Y |
| 26B | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 28 | 20 | 19 | 21 | No data | No data | No data | N | YES | MIL-59 | $14,365,000 | Y |
| 29 | No data | No data | No data | No data | No data | No data | Y/2006 | YES | MIL-7, 97-76 | $243,000 | Y |
| 30 | No data | No data | No data | No data | No data | No data | N | YES | MIL-59 | $0 | Y |
| 33 | 19 | 17 | 25 | 27 | 50 | 59 | N | YES | MIL-11 | $1,153,000 | Y |
| 36 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 37 | No data | No data | No data | No data | No data | No data | N | YES | MIL-14 | $108,000 | Y |
| 39 | No data | No data | No data | No data | No data | No data | N | | MIL-15, | $500,500 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | MIL-7 | | |
| 43 | No data | No data | No data | No data | No data | No data | No date** | YES | LIT-12, LIT-16, LIT-17 | $32,700,000 | Y |
| 53 | No data | No data | No data | No data | No data | No data | N | | MIL-39 | $21,000 | Y |
| 54 | No data | No data | No data | No data | No data | No data | N | | LIT-4 | $700,000 | Y |
| 61 | No data | No data | No data | No data | No data | No data | N | | LIT-6, LIT-12 | $220,500 | Y |
| 64 | No data | No data | No data | No data | No data | No data | N | | LIT-6, LIT-12 | $220,500 | Y |
| 66 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6, LIT-13 | $300,000 | Y |
| 68 | No data | No data | No data | 20 | 49 | 26 | N | YES | LIT-19 | $7,840,000 | Y |
| 69 | No data | No data | No data | No data | No data | No data | N | YES | 96-12 | SEE SSO PROGRAM | Y |
| 70 | No data | No data | No data | No data | No data | No data | N | YES | 96-12 | SEE SSO PROGRAM | Y |
| 71 | 12 | 18 | 13 | No data | No data | No data | N | | 96-12 | SEE SSO PROGRAM | Y |
| 72 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14, LIT-6 | $127,500 | Y |
| 73 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14, | $127,500 | Y |

** No date was specified for construction of the identified CSO

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | LIT-6 |  |  |
| 74 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14, LIT-6 | $127,500 | Y |
| 75 | 14 | 29 | 15 | No data | No data | No data | N | YES | LIT-14, LIT-6 | $202,500 | Y |
| 76 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14, LIT-6 | $202,500 | Y |
| 78 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14, LIT-6 | $127,500 | Y |
| 79 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14, LIT-6 | $202,500 | Y |
| 80 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6, LIT-13 | $220,500 | Y |
| 83 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6, LIT -13 | $220,500 | Y |
| 84 | 17 | 31 | 18 | 54 | 64 | 31 | Y/No date | YES | LIT-6, LIT-13 | $300,000 | Y |
| 85 | No data | No data | No data | 67 | 25 | 23 | N | YES | LIT-6, LIT-13 | $220,500 | Y |
| 86 | 16 | 32 | 21 | 25 | 56 | 36 | Y/2006 | YES | LIT-6, LIT-13 | $220,500 | Y |
| 89 | No data | No data | No data | No data | No data | No data | Y/2006 |  | MIL-22 | $67,500 | Y |
| 109 | No data | No data | No data | No data | No data | No data | Y/2007 |  | MIL-28, 83-10 | $5,110,000 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | No data | No data | No data | No data | No data | No data | N | | MIL-28, 83-10 | SEE CSO 109 | Y |
| 112 | No data | No data | No data | No data | No data | No data | N | | MIL-28, 83-10 | SEE CSO 109 | Y |
| 117A | 19 | 18 | 11 | No data | No data | No data | Y/No date | YES | MIL-55 | $2,957,500 | Y |
| 120 | No data | No data | No data | No data | No data | No data | Y/No date | YES | Y | $0 | N |
| 121 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 123 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-26, MIL-27 | $577,500 | Y |
| 125 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-54 | $11,552,500 | Y |
| 126 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-54 | $418,000 | Y |
| 127 | No data | No data | No data | No data | No data | No data | Y/No date | | MIL-23 | $700,000 | Y |
| 128 | No data | No data | No data | No data | No data | No data | Y/No date | | MIL-23 | SEE CSO 127 | Y |
| 130 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-53 | $9,977,500 | Y |
| 135 | No data | No data | No data | No data | No data | No data | N | | | $835,000 | N |
| 136 | 1 | 51 | 16 | 88 | 118 | 76 | N | YES | LIT-20 | $12,835,000 | Y |
| 151 | No data | No data | No data | No data | No data | No data | Y/2007 | | MIL-28, | SEE CSO | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg. 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 83-10 | 109 | |
| 152 | 41 | 56 | 13 | 8 | 18 | No data | N | YES | MIL-7 | $243,000 | Y |
| 162 | No data | No data | No data | No data | No data | No data | Y/2007 | | MIL-28, 83-10 | SEE CSO 109 | Y |
| 165 | No data | No data | No data | No data | No data | No data | Y/2007 | | MIL-28, 83-10 | SEE CSO 109 | Y |
| 170 | No data | No data | No data | 26 | 35 | 26 | Y/No date | YES | LIT-12, LIT-6 | $300,000 | Y |
| 171 | No data | No data | No data | No data | No data | No data | N | YES | MIL-17 | $962,500 | Y |
| 174 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 179 | No data | No data | No data | No data | No data | No data | Y/2004 | YES | MIL-8 | $475,000 | Y |
| 180 | 19 | 23 | 70 | No data | No data | No data | Y/No date | | MIL-47, 94-25 | $930,000 | Y |
| 181 | 23 | 12 | 23 | 46 | 36 | 22 | Y/No date | YES | MIL-31 | $4,322,500 | Y |
| 182 | 20 | 29 | 19 | 37 | 77 | 26 | Y/No date | YES | LIT-22 | $9,010,000 | Y |
| 187 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6, LIT-12 | $225,000 | Y |
| 188 | 15 | 24 | 13 | 25 | 44 | 23 | N | | LIT-6, LIT-12 | $220,500 | Y |
| 191 | No data | No data | No data | No data | No data | No data | N | | MIL-35 | $475,000 | Y |
| 194 | No data | No data | No data | No data | No data | No data | N | | MIL-20, MIL-21 | $7,847,000 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | No data | No data | No data | No data | No data | No data | N | | MIL-20 | SEE CSO 194 | Y |
| 198 | 19 | 18 | 66 | 115 | 28 | 40 | N | YES | | $0 | Y |
| 199 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6, LIT-13 | $300,000 | Y |
| 200 | No data | No data | No data | No data | No data | No data | N | YES | 96-12 | SSO PROGRAM | Y |
| 203 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-53 | $1,018,000 | Y |
| 205 | No data | No data | No data | No data | No data | No data | N | | LIT-6, LIT-12 | $220,500 | Y |
| 210 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | |
| 214 | 16 | 28 | 16 | 26 | 45 | 24 | Y/No date | YES | LIT-12, LIT-16, LIT-17 | $977,500 | Y |
| 217A | No data | No data | No data | No data | No data | No data | N | | MIL-30 | $3,047,500 | Y |
| 218 | No data | No data | No data | No data | No data | No data | N | YES | LIT-14 | $0 | |
| 220 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | |
| 221 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | |
| 223 | No data | No data | No data | No data | No data | No data | Y/2009/2010 | | 98-19, 2001-14 | SEE CSO 541 | Y |
| 226 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $318,000 | Y |
| 402 | No data | No data | No data | No data | No data | No data | Y/No date | YES | 93-03, MUD- | $12,587,500 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 11, MUD-12 | | |
| 403 | No data | No data | No data | No data | No data | No data | Y/No date | YES | 93-03, MUD-12 | $4,745,500 | Y |
| 404 | 4 | 4 | 14 | 9 | 1 | 6 | Y/No date | YES | 93-03, MUD-12 | $235,500 | Y |
| 405 | 3 | 4 | 15 | 9 | 1 | 6 | Y/No date | YES | 93-03, MUD-12 | $235,500 | Y |
| 406 | No data | No data | No data | No data | No data | No data | Y/No date | YES | 93-03, MUD-12 | $235,500 | Y |
| 408 | No data | No data | No data | No data | No data | No data | Y/2009/ 2010 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 409 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 410 | No data | No data | No data | No data | No data | No data | Y/2009/ 2010 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 411 | No data | No data | No data | No data | No data | No data | Y/2009/ 2010 | YES | 98-19, 2001-14, MUD-8 | SEE CSO 541 | Y |
| 412 | No data | No data | No data | No data | No data | No data | Y/2009/ | YES | 98-19, | SEE CSO | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2010 | | 2001-14 | 541 | |
| 413 | No data | No data | No data | No data | No data | No data | Y/2009/ 2010 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 414 | No data | No data | No data | No data | No data | No data | Y/2009/ 2010 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 415 | 5 | No data | No data | No data | No data | No data | Y/2009/ 2010 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 416 | 29 | 61 | 63 | 43 | 102 | 51 | Y/2009/ 2010 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 417 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | |
| 418 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | |
| 419 | 44 | 13 | 28 | 22 | 98 | 13 | Y/2005 | YES | MIL-1, 97-25 | $3,270,000 | Y |
| 420 | No data | No data | No data | No data | No data | No data | N | YES | MIL-4 | $243,000 | Y |
| 421 | No data | No data | No data | No data | No data | No data | N | YES | MIL-4 | $265,500 | Y |
| 422 | 17 | 17 | 24 | 31 | 87 | 19 | N | YES | MIL-4 | $318,000 | Y |
| 423 | No data | No data | No data | 16 | 41 | 71 | N | YES | MIL-4 | $318,000 | Y |
| 424 | No data | No data | No data | 26 | 33 | 21 | N | YES | MIL-4 | $265,500 | Y |
| 425A | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 425B | No data | No data | No data | 24 | 35 | 24 | N | | MIL-4 | $453,000 | Y |
| 426A | No data | No data | No data | No data | No data | No data | Y/2008 | YES | MIL-4 | $$243,000 | Y |
| 426B | No data | No data | No data | No data | No data | No data | Y/2008 | YES | MIL-4 | $243,000 | Y |
| 427 | No data | No data | No data | 27 | 33 | 18 | Y/2004 | YES | MIL-4 | $265,000 | Y |
| 428 | 42 | 89 | 52 | 45 | 63 | 11 | N | YES | MIL-5 | $322,500 | |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg. 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 429 | No data | No data | No data | No data | No data | No data | N | YES | MIL-6 | $243,000 | Y |
| 430 | 3 | 81 | 35 | 4 | 59 | 36 | N | YES | MIL-6 | $2,302,500 | Y |
| 431 | No data | No data | No data | No data | No data | No data | N | YES | MIL-6 | SEE CSO 430 | Y |
| 431A | No data | No data | No data | No data | No data | No data | N | YES | MIL-6 | SEE CSO 430 | Y |
| 432 | 3 | 83 | 57 | No data | No data | No data | N | YES | MIL-6 | SEE CSO 430 | Y |
| 433 | 49 | 135 | 94 | 29 | 24 | 59 | N | YES | MIL-5 | $265,500 | Y |
| 434 | No data | No data | No data | No data | No data | No data | N | YES | MIL-5 | $243,000 | Y |
| 435 | No data | No data | No data | No data | No data | No data | N | YES | MIL-5 | $345,000 | Y |
| 436 | 71 | 35 | 17 | 28 | 63 | 107 | N | YES | MIL-5 | $318,000 | Y |
| 437 | No data | No data | No data | No data | No data | No data | Y/2008 | YES | 98-81 | $0 | Y |
| 438 | 26 | 70 | No data | 13 | 23 | No data | N | YES | MIL-5 | $345,000 | Y |
| 442 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | |
| 445 | 17 | 30 | 16 | 8 | No data | No data | N | YES | Y | $0 | |
| 449 | No data | No data | No data | No data | No data | No data | N | YES | MIL-5 | $243,000 | |
| 450 | No data | No data | No data | No data | No data | No data | Y/2008 | YES | MIL-5 | $265,500 | Y |
| 451 | 36 | 97 | 65 | 52 | 58 | 21 | Y/2005 | YES | MIL-5 | $243,000 | Y |
| 452 | No data | No data | No data | 29 | 31 | 71 | N | YES | MIL-5 | $340,500 | Y |
| 453A | 7 | 21 | 3 | 98 | 44 | 50 | N | YES | MIL-5 | $318,000 | Y |
| 453 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 454A | No data | No data | No data | 27 | 42 | 47 | N | | MIL-5 | $270,000 | Y |
| 454B | No data | No data | No data | No data | No data | No data | N | | MIL-5 | $318,000 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 455 | No data | No data | No data | No data | No data | No data | N | YES | MIL-5 | $318,000 | Y |
| 456 | No data | No data | No data | No data | No data | No data | Y/2005 | YES | MIL-5 | $243,000 | Y |
| 457A | No data | No data | No data | No data | No data | No data | Y/2005 | YES | MIL-5 | $270,000 | Y |
| 457 | No data | No data | No data | No data | No data | No data | Y/2005 | YES | MIL-5 | $265,500 | Y |
| 458 | 4 | 111 | 93 | 72 | 44 | 83 | Y/2005 | YES | MIL-5 | $322,500 | Y |
| 459 | No data | No data | No data | 20 | 38 | 28 | Y/2005 | YES | 99-58 | $2,000,000 | Y |
| 460 | No data | No data | No data | 27 | 31 | 38 | Y/2005 | YES | MIL-5 | $$270,000 | Y |
| 461 | 50 | 81 | 9 | 89 | 25 | 27 | Y/2005 | YES | MIL-5 | $420,000 | Y |
| 464 | No data | No data | No data | No data | No data | No data | N | YES | MIL-5 | $243,000 | Y |
| 465 | No data | No data | No data | 28 | 31 | 41 | N | YES | MIL-5 | $243,000 | Y |
| 466E | No data | No data | No data | No data | No data | No data | N | | MIL-5 | $243,000 | |
| 466W | No data | No data | No data | No data | No data | No data | N | | Y | $0 | |
| 467A | No data | 15 | No data | No data | No data | No data | N | YES | 97-88 | SEE CSO 467 | Y |
| 467 | 7 | 2 | 10 | 26 | 26 | 16 | Y/2007-09 | YES | 97-88 | $20,450,000 | Y |
| 468 | 9 | 17 | 11 | 25 | 25 | 18 | Y/2007-09 | YES | 97-88 | SEE CSO 467 | Y |
| 469 | 15 | 17 | 12 | 27 | 25 | 18 | Y/2007-09 | YES | 97-88 | SEE CSO 467 | Y |
| 470 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6 | $0 | Y |
| 471 | No data | No data | No data | No data | No data | No data | N | YES | LIT-6 | $0 | Y |
| 472 | No data | No data | No data | No data | No data | No data | N | YES | LIT-21 | $4,510,000 | Y |
| 473 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 474 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 476 | 4 | 8 | 4 | 6 | 1 | 2 | N | YES | LIT-22, LIT-6 | $0 | |
| 480 | 12 | No data | No data | No data | No data | No data | Y/No date | YES | 97-83 | $310,000 | |
| 481 | 19 | 18 | 21 | No data | 22 | 41 | N | YES | MIL-7 | $318,000 | Y |
| 482 | 17 | 14 | 17 | 61 | 44 | 22 | N | YES | MIL-59 | $2,920,000 | Y |
| 483 | 20 | 14 | 20 | No data | No data | No data | N | YES | MIL-61 | $6,115,000 | Y |
| 485 | No data | No data | No data | 9 | 3 | 10 | Y/No date | | MIL-13 | $415,000 | Y |
| 486 | 18 | 15 | 20 | 45 | 96 | 23 | N | YES | MIL-7 | $265,500 | Y |
| 487 | 23 | 11 | 23 | 30 | 107 | 23 | Y/2005 | YES | MIL-60 | $15,430,000 | Y |
| 488 | 101 | 83 | No data | 69 | 20 | 69 | Y/2006 | YES | MIL-63 | $4,360,000 | Y |
| 489 | No data | No data | No data | No data | No data | No data | N | YES | MIL-6 | SEE CSO 430 | Y |
| 490 | No data | No data | No data | 38 | 29 | 18 | N | YES | MIL-19 | $1,390,000 | Y |
| 500 | 22 | 61 | 15 | 26 | 79 | 34 | Y/No date | YES | LIT-12, LIT-6 | $225,000 | Y |
| 501 | No data | No data | No data | No data | No data | No data | Y/No date | YES | LIT-12, LIT-6 | $225,000 | Y |
| 503 | No data | No data | No data | No data | No data | No data | N | YES | LIT-12, LIT-6 | $6,960,000 | Y |
| 505 | 13 | 29 | 13 | No data | No data | No data | N | YES | MIL-38 | $122,500 | Y |
| 506 | No data | No data | No data | No data | No data | No data | N | | MIL-37 | $1,127,500 | |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg. 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg. 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 507 | No data | 4 | 35 | 85 | 32 | 23 | N | YES | MIL-64 | $3,835,000 | Y |
| 508 | No data | No data | No data | 25 | 45 | 55 | N | | MIL-40 | $280,000 | Y |
| 509 | No data | No data | No data | No data | No data | No data | N | | MIL-41 | $242,500 | Y |
| 510A | No data | No data | No data | No data | No data | No data | Y/No date | | MIL-42 | $47,500 | Y |
| 510B | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 511 | No data | No data | No data | No data | No data | No data | N | | MIL-41 | SEE CSO 509 | Y |
| 512 | No data | No data | No data | No data | No data | No data | N | | MIL-43 | $647,500 | Y |
| 513 | No data | No data | No data | No data | No data | No data | N | | MIL-44 | $2,072,500 | Y |
| 514 | 85 | 93 | 55 | 54 | 35 | 59 | N | | MIL-45 | $497,500 | Y |
| 515 | 13 | 78 | 61 | 82 | No data | No data | N | | MIL-46 | $2,317,500 | Y |
| 516 | No data | No data | No data | No data | No data | No data | N | | MIL-46 | SEE CSO 515 | |
| 517 | No data | No data | No data | No data | No data | No data | Y/No date | | Y | $0 | N |
| 518 | No data | No data | No data | No data | No data | No data | N | YES | MUD-17 | $4,810,000 | Y |
| 520 | No data | No data | No data | No data | No data | No data | Y/No date | | | SEE CSO 522 | Y |
| 521 | No data | No data | No data | No data | No data | No data | N | | Y | $0 | N |
| 522 | 20 | 19 | 35 | 33 | 29 | 18 | Y/No date | YES | MUD-15, 95-47 | $9,160,000 | Y |

# MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 523 | 18 | 21 | 85 | 80 | 111 | 74 | Y/No date | YES | MUD-18 | $18,370,000 | Y |
| 525 | No data | No data | No data | No data | No data | No data | N | | MIL-20 | SEE CSO 194 | Y |
| 527A | No data | No data | No data | No data | No data | No data | N | YES | MIL-26 | SEE CSO 123 | Y |
| 527B | No data | No data | No data | No data | No data | No data | Y/No date | YES | Y | $0 | N |
| 527C | No data | No data | No data | No data | No data | No data | Y/No date | YES | Y | $0 | N |
| 528A | 5 | No data | No data | No data | No data | No data | Y/No date | YES | MIL-24 | $1,210,000 | Y |
| 528B | No data | No data | No data | No data | No data | No data | N | YES | MIL-24 | SEE CSO 528A | Y |
| 529B | No data | No data | No data | No data | No data | No data | N | | MIL-25 | $422,500 | Y |
| 532 | 17 | 10 | 15 | 15 | 14 | 12 | Y/No date | YES | Y | $11,672,500 | Y |
| 535 | No data | No data | No data | No data | No data | No data | N | | MIL-32 | $0 | Y |
| 536 | No data | No data | No data | No data | No data | No data | N | | Y | $30,000 | Y |
| 537 | No data | No data | No data | No data | No data | No data | N | | MIL-34 | $460,000 | Y |
| 538 | No data | No data | No data | No data | No data | No data | N | YES | MIL-65 | $1,142,500 | Y |
| 539 | No data | No data | No data | No data | No data | No data | N | YES | MIL-65 | SEE CSO 559 | Y |
| 541 | No data | No data | No data | 29 | 38 | 12 | Y/2009- | YES | 98-19, | $40,402,780 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10 | | 2001-14, MUD-13 | | |
| 542 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 543 | No data | No data | No data | No data | No data | No data | N | | 97-88 | SEE CSO 467 | |
| 544 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-62 | $11,552,500 | Y |
| 546 | No data | No data | No data | No data | No data | No data | N | | | $0 | Y |
| 548 | No data | No data | No data | No data | No data | No data | N | | MIL-548 | $318,760 | |
| 549 | 17 | 29 | 32 | 85 | 174 | 123 | Y/No date | YES | LIT-12, LIT-6 | $397,500 | Y |
| 550 | 16 | 31 | 20 | 26 | 68 | 48 | Y/No date | YES | LIT-12, LIT-6 | $307,500 | Y |
| 551 | No data | No data | No data | 87 | 37 | 25 | Y/No date | YES | LIT-12, LIT-6 | $307,500 | Y |
| 552 | No data | No data | No data | 26 | 32 | 43 | Y/No date | YES | LIT-12, LIT-6 | $307,500 | Y |
| 553 | No data | No data | No data | No data | No data | No data | Y/No date | YES | LIT-12, LIT-6 | $270,000 | Y |
| 554 | No data | No data | No data | No data | No data | No data | N | YES | LIT-18 | SEE CSO 556 | Y |
| 555 | 13 | 26 | 14 | 25 | 44 | 48 | N | YES | LIT-18 | SEE CSO | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg. 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 556 | |
| 556 | 18 | 28 | 15 | 27 | 65 | 28 | N | YES | LIT-18 | $10,810,000 | Y |
| 557 | 12 | 29 | 15 | 24 | 38 | 31 | N | YES | LIT-18 | SEE CSO 556 | Y |
| 558A | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 558B | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 558C | No data | No data | No data | No data | No data | No data | N | YES | MIL-12 | $0 | |
| 558D | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 559 | No data | No data | No data | No data | No data | No data | N | YES | MIL-65 | $4,885,000 | Y |
| 560 | No data | No data | No data | No data | No data | No data | N | | MIL-33, 97-23 | $62,500 | Y |
| 561 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 562 | No data | No data | No data | No data | No data | No data | N | YES | MIL-7 | $275,500 | Y |
| 637 | No data | No data | No data | No data | No data | No data | Y/No date | | | $0 | Y |
| 651 | No data | No data | No data | No data | No data | No data | N | | MIL-36 | $70,000 | Y |
| 653 | No data | No data | No data | No data | No data | No data | Y/No date | YES | MIL-31 | SEE CSO 181 | Y |
| 654 | 78 | 13 | 23 | 15 | 108 | 23 | Y/2009-10 | YES | 98-19, 2001-14 | SEE CSO 541 | Y |
| 655 | No data | No data | No data | No data | No data | No data | N | | MIL-16 | $332,500 | |
| 656 | No data | No data | No data | 18 | 16 | 24 | N | | LIT-9 | $243,000 | Y |
| 657 | No data | No data | No data | No data | No data | No data | Y/2007-09 | YES | LIT-9 | $243,000 | Y |

## MSD CSO Historic Violations and Lack of Progress

| CSO No. | Dischg. 1997 (from 1997 CSO Annual Report) | Dischg. 1998 (from 1998 CSO Annual Report) | Dischg. 1999 (from 1999 CSO Annual Report) | Dischg. 2000 (from 2000 CSO Annual Report) | Dischg. 2001 (from 2001 CSO Annual Report) | Dischg 2002 (from 2002 CSO Annual Report) | In 2nd CD Constr. Sched. (Y/N) draft date?? | Id. by MSD for Const. in LTCP (1996) | CIP number (from BBS report) | Project Cost (from BBS report) | In 2000 to 2005 budget (Y/N) (from BBS report) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 658 | No data | No data | No data | No data | No data | No data | Y/2005 | YES | 99-58 | $310,000 | Y |
| 659 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 660E | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 660W | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 661 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 662 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 663 | No data | No data | No data | No data | No data | No data | N | YES | Y | $0 | N |
| 666 | 33 | 67 | 20 | 17 | 99 | 84 | N | YES | MIL-6 | SEE CSO 430 | Y |
| 667 | No data | No data | No data | No data | No data | No data | N | | | $0 | Y |
| 668 | No data | No data | No data | No data | No data | No data | N | | | $0 | Y |
| 669 | No data | No data | No data | No data | No data | No data | N | | | $0 | Y |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |