## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Appendix to Dr. Michael

Kavanaugh's Reply Declaration was served on this 8th day of April, 2003, via regular mail upon the

following:

Nee Fong Chin, Esq.
Hamilton County Prosecutor's Office
230 East 9th Street, Suite 4000
Cincinnati, Ohio 45202

W. Peter Heile, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Peter P. Murphy, Esq.
Gibson, Dunn and Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Margaret A. Malone, Esq.
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street
Columbus, Ohio 43266-0410

Leslie Allen, Esq.
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Gary Prichard
Associate Regional Counsel
U.S. EPA, Region 5 (C-14J)
77 West Jackson Blvd.
Chicago, IL 60604-3590

Albert J. Slap, Esq
Attorney for Plaintiffs-Intervenor, Sierra Club
20 Erie Ave.
Glendale, OH 45246
(513)-771-7800
(513)-772-6506 (Fax)

Appendix

MSD - 10 year

| | | | | | | operating expense | price change 3.5% | customers 300,000 | growth 3.50% | | income 40,000 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 74,422,000 | | | | | | | |
| | Year | SSO/CSO/WIB cost 1,250,000,000 | Incremental SSO/CSO/WIB debt service | Cumulative SSO/CSO/WI debt service | SSO/CSO/WI operating expense 1% | operating expense | existing debt service | total costs | residential share 67.00% | rate | w/amp & storm | income | Share | w/AMP & storm |
| 1 | 2003 | 312,500,000 | 26,149,791 | 26,149,791 | 3,125,000 | 79,722,707 | 40,406,051 | 108,997,498 | 73,028,323 | 243 | 368 | 45,901 | 0.005 | 0.008 |
| 2 | 2004 | | | 26,149,791 | 3,234,375 | 82,513,002 | 40,347,959 | 111,897,167 | 74,971,102 | 250 | 389 | 47,507 | 0.005 | 0.008 |
| 3 | 2005 | | | 26,149,791 | 3,347,578 | 85,400,957 | 40,344,391 | 114,898,326 | 76,981,878 | 257 | 406 | 49,170 | 0.005 | 0.008 |
| 4 | 2006 | | | 26,149,791 | 3,464,743 | 88,389,990 | 40,341,912 | 118,004,524 | 79,063,031 | 264 | 436 | 50,891 | 0.005 | 0.009 |
| 5 | 2007 | | | 26,149,791 | 3,586,009 | 91,483,640 | 40,341,077 | 121,219,440 | 81,217,025 | 271 | 449 | 52,672 | 0.005 | 0.009 |
| 6 | 2008 | 357,897,920 | 29,948,658 | 56,098,449 | 7,164,989 | 97,999,562 | 40,343,670 | 161,263,000 | 108,046,210 | 360 | 545 | 54,516 | 0.007 | 0.010 |
| 7 | 2009 | | | 56,098,449 | 7,415,763 | 101,429,547 | 40,344,930 | 164,943,759 | 110,512,318 | 368 | 559 | 56,424 | 0.007 | 0.010 |
| 8 | 2010 | | | 56,098,449 | 7,675,315 | 104,979,581 | 40,337,857 | 168,753,345 | 113,064,741 | 377 | 574 | 58,399 | 0.006 | 0.010 |
| 9 | 2011 | | | 56,098,449 | 7,943,951 | 108,653,866 | 40,341,726 | 172,696,266 | 115,706,498 | 386 | 590 | 60,443 | 0.006 | 0.010 |
| 10 | 2012 | | | 56,098,449 | 8,221,989 | 112,456,752 | 40,335,363 | 176,777,190 | 118,440,717 | 395 | 606 | 62,558 | 0.006 | 0.010 |
| 11 | 2013 | 409,890,948 | 34,299,400 | 90,397,849 | 12,320,899 | 116,392,738 | 40,335,888 | 219,111,485 | 146,804,695 | 489 | 708 | 64,748 | 0.008 | 0.011 |
| 12 | 2014 | | | 90,397,849 | 12,752,130 | 120,466,484 | 40,024,259 | 223,616,463 | 149,823,030 | 499 | 726 | 67,014 | 0.007 | 0.011 |
| 13 | 2015 | | | 90,397,849 | 13,198,455 | 124,682,811 | 39,759,789 | 228,279,114 | 152,947,006 | 510 | 744 | 69,359 | 0.007 | 0.011 |
| 14 | 2016 | | | 90,397,849 | 13,660,401 | 129,046,709 | 39,629,082 | 233,104,958 | 156,180,322 | 521 | 763 | 71,787 | 0.007 | 0.011 |
| 15 | 2017 | | | 90,397,849 | 14,138,515 | 133,563,344 | 39,528,880 | 238,099,707 | 159,526,804 | 532 | 783 | 74,300 | 0.007 | 0.011 |
| 16 | 2018 | 469,437,176 | 39,282,188 | 129,680,037 | 18,832,886 | 138,238,061 | 7,708,424 | 286,750,984 | 192,123,160 | 640 | 901 | 76,900 | 0.008 | 0.012 |
| 17 | 2019 | | | 129,680,037 | 19,492,037 | 143,076,393 | 7,678,419 | 292,248,468 | 195,806,473 | 653 | 922 | 79,592 | 0.008 | 0.012 |
| 18 | 2020 | | | 129,680,037 | 20,174,259 | 148,084,067 | 7,678,546 | 297,938,363 | 199,618,703 | 665 | 944 | 82,377 | 0.008 | 0.011 |
| 19 | 2021 | | | 129,680,037 | 20,880,358 | 153,267,009 | 7,587,430 | 303,827,404 | 203,564,361 | 679 | 967 | 85,260 | 0.008 | 0.011 |
| 20 | 2022 | - | | 129,680,037 | 21,611,170 | 158,631,354 | 7,553,590 | 309,922,562 | 207,648,116 | 692 | 991 | 88,245 | 0.008 | 0.011 |
| 21 | 2023 | | - | 103,530,246 | 22,367,561 | 164,183,452 | 7,525,945 | 290,081,260 | 194,354,444 | 648 | 957 | 91,333 | 0.007 | 0.010 |

MSD - 10 year accelerated

| | 3 2.75% | interest rate 5.5% | | SSO/CSO/WIB | operating expense | price change 3.5% | customers 300,000 | growth 3.50% | | income 40,000 | | | |

| Year | SSO/CSO/WIB cost 1,250,000,000 | Incremental SSO/CSO/WIB debt service | Cumulative SSO/CSO/WIB debt service | SSO/CSO/WIB operating expense 1% | operating expense | existing debt service | total costs | residential shar 67.00% | rate | w/amp & storm | income | Share | w/AMP & storm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 2003 | 416,666,667 | 34,866,388 | 34,866,388 | 4,166,667 | 79,722,707 | 40,406,051 | 118,755,761 | 79,566,360 | 265 | 390 | 45,901 | 0.006 | 0.009 |
| 2 2004 | | 34,866,388 | 4,312,500 | 82,513,002 | 40,347,959 | 121,691,889 | 81,533,566 | 272 | 411 | 47,507 | 0.006 | 0.009 |
| 3 2005 | | 34,866,388 | 4,463,438 | 85,400,957 | 40,344,391 | 124,730,782 | 83,569,624 | 279 | 428 | 49,170 | 0.006 | 0.009 |
| 4 2006 | | 34,866,388 | 4,619,658 | 88,389,990 | 40,341,912 | 127,876,036 | 85,676,944 | 286 | 458 | 50,891 | 0.006 | 0.009 |
| 5 2007 | | 34,866,388 | 4,781,346 | 91,483,640 | 40,341,077 | 131,131,373 | 87,858,020 | 293 | 471 | 52,672 | 0.006 | 0.009 |
| 6 2008 | 477,197,227 | 39,931,544 | 74,797,932 | 9,553,318 | 97,999,562 | 40,343,670 | 182,350,812 | 122,175,044 | 407 | 592 | 54,516 | 0.007 | 0.011 |
| 7 2009 | | 74,797,932 | 9,887,684 | 101,429,547 | 40,344,930 | 186,115,163 | 124,697,159 | 416 | 606 | 56,424 | 0.007 | 0.011 |
| 8 2010 | | 74,797,932 | 10,233,753 | 104,979,581 | 40,337,857 | 190,011,266 | 127,307,548 | 424 | 622 | 58,399 | 0.007 | 0.011 |
| 9 2011 | | 74,797,932 | 10,591,935 | 108,653,866 | 40,341,726 | 194,043,733 | 130,009,301 | 433 | 638 | 60,443 | 0.007 | 0.011 |
| 10 2012 | | 74,797,932 | 10,962,652 | 112,456,752 | 40,335,363 | 198,217,336 | 132,805,615 | 443 | 654 | 62,558 | 0.007 | 0.010 |
| 11 2013 | 546,521,264 | 45,732,533 | 120,530,465 | 16,427,865 | 116,392,738 | 40,335,888 | 253,351,068 | 169,745,215 | 566 | 785 | 64,748 | 0.009 | 0.012 |
| 12 2014 | | 120,530,465 | 17,002,840 | 120,466,484 | 40,024,259 | 257,999,789 | 172,859,859 | 576 | 803 | 67,014 | 0.009 | 0.012 |
| 13 2015 | | 120,530,465 | 17,597,940 | 124,682,811 | 39,759,789 | 262,811,215 | 176,083,514 | 587 | 822 | 69,359 | 0.008 | 0.012 |
| 14 2016 | | 120,530,465 | 18,213,867 | 129,046,709 | 39,629,082 | 267,791,041 | 179,419,998 | 598 | 841 | 71,787 | 0.008 | 0.012 |
| 15 2017 | - | 120,530,465 | 18,851,353 | 133,563,344 | 39,528,880 | 272,945,162 | 182,873,258 | 610 | 861 | 74,300 | 0.008 | 0.012 |
| 16 2018 | | - | 120,530,465 | 18,851,353 | 138,238,061 | 7,708,424 | 277,619,879 | 186,005,319 | 620 | 880 | 76,900 | 0.008 | 0.011 |
| 17 2019 | | 120,530,465 | 19,511,150 | 143,076,393 | 7,678,419 | 283,118,008 | 189,689,065 | 632 | 901 | 79,592 | 0.008 | 0.011 |
| 18 2020 | | 120,530,465 | 20,194,040 | 148,084,067 | 7,678,546 | 288,808,572 | 193,501,743 | 645 | 924 | 82,377 | 0.008 | 0.011 |
| 19 2021 | | 120,530,465 | 20,900,832 | 153,267,009 | 7,587,430 | 294,698,306 | 197,447,865 | 658 | 947 | 85,260 | 0.008 | 0.011 |
| 20 2022 | - | 120,530,465 | 21,632,361 | 158,631,354 | 7,553,590 | 300,794,180 | 201,532,101 | 672 | 970 | 88,245 | 0.008 | 0.011 |
| 21 2023 | | - | 85,664,077 | 22,389,494 | 164,183,452 | 7,525,945 | 272,237,023 | 182,398,805 | 608 | 917 | 91,333 | 0.007 | 0.010 |

74,422,000

MSD - Maximum as stated by BBS

| | 4 | interest rate | | | operating expense | price change | customers | growth | | income |
| | 2.75% | 5.5% | | | 3.5% | 300,000 | 3.50% | | 40,000 |

74,422,000

| # | Year | SSO/CSO/WIB cost 3,600,000,000 | Incremental SSO/CSO/WI debt service | Cumulative SSO/CSO/WIB debt service | SSO/CSO/WIB operating expense 1% | operating expense | existing debt service | total costs | residential share 67.00% | rate | w/amp & storm | income | Share | w/AMP & storm |
|---|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | 2003 | 900,000,000 | 75,311,397 | 75,311,397 | 9,000,000 | 79,722,707 | 40,406,051 | 164,034,104 | 109,902,850 | 366 | 491 | 45,901 | 0.008 | 0.011 |
| 2 | 2004 | | | 75,311,397 | 9,315,000 | 82,513,002 | 40,347,959 | 167,139,399 | 111,983,397 | 373 | 513 | 47,507 | 0.008 | 0.011 |
| 3 | 2005 | | | 75,311,397 | 9,641,025 | 85,400,957 | 40,344,391 | 170,353,379 | 114,136,764 | 380 | 530 | 49,170 | 0.008 | 0.011 |
| 4 | 2006 | | | 75,311,397 | 9,978,461 | 88,389,990 | 40,341,912 | 173,679,848 | 116,365,498 | 388 | 560 | 50,891 | 0.008 | 0.011 |
| 5 | 2007 | | | 75,311,397 | 10,327,707 | 91,483,640 | 40,341,077 | 177,122,744 | 118,672,238 | 396 | 574 | 52,672 | 0.008 | 0.011 |
| 6 | 2008 | 1,030,746,010 | 86,252,136 | 161,563,533 | 20,635,167 | 97,999,562 | 40,343,670 | 280,198,262 | 187,732,835 | 626 | 810 | 54,516 | 0.011 | 0.015 |
| 7 | 2009 | | | 161,563,533 | 21,357,398 | 101,429,547 | 40,344,930 | 284,350,477 | 190,514,820 | 635 | 826 | 56,424 | 0.011 | 0.015 |
| 8 | 2010 | | | 161,563,533 | 22,104,907 | 104,979,581 | 40,337,857 | 288,648,020 | 193,394,174 | 645 | 842 | 58,399 | 0.011 | 0.014 |
| 9 | 2011 | | | 161,563,533 | 22,878,579 | 108,653,866 | 40,341,726 | 293,095,977 | 196,374,305 | 655 | 859 | 60,443 | 0.011 | 0.014 |
| 10 | 2012 | | | 161,563,533 | 23,679,329 | 112,456,752 | 40,335,363 | 297,699,613 | 199,458,741 | 665 | 876 | 62,558 | 0.011 | 0.014 |
| 11 | 2013 | 1,180,485,929 | 98,782,272 | 260,345,804 | 35,484,188 | 116,392,738 | 40,335,888 | 412,222,730 | 276,189,229 | 921 | 1,140 | 64,748 | 0.014 | 0.018 |
| 12 | 2014 | | | 260,345,804 | 36,726,135 | 120,466,484 | 40,024,259 | 417,538,423 | 279,750,743 | 933 | 1,159 | 67,014 | 0.014 | 0.017 |
| 13 | 2015 | | | 260,345,804 | 38,011,549 | 124,682,811 | 39,759,789 | 423,040,164 | 283,436,910 | 945 | 1,179 | 69,359 | 0.014 | 0.017 |
| 14 | 2016 | | | 260,345,804 | 39,341,954 | 129,046,709 | 39,629,082 | 428,734,467 | 287,252,093 | 958 | 1,200 | 71,787 | 0.013 | 0.017 |
| 15 | 2017 | | | 260,345,804 | 40,718,922 | 133,563,344 | 39,528,880 | 434,628,070 | 291,200,807 | 971 | 1,222 | 74,300 | 0.013 | 0.016 |
| 16 | 2018 | 1,351,979,068 | 113,132,703 | 373,478,507 | 54,238,713 | 138,238,061 | 7,708,424 | 565,955,281 | 379,190,038 | 1,264 | 1,524 | 76,900 | 0.016 | 0.020 |
| 17 | 2019 | | | 373,478,507 | 56,137,068 | 143,076,393 | 7,678,419 | 572,691,968 | 383,703,618 | 1,279 | 1,548 | 79,592 | 0.016 | 0.019 |
| 18 | 2020 | | | 373,478,507 | 58,101,865 | 148,084,067 | 7,678,546 | 579,664,439 | 388,375,174 | 1,295 | 1,573 | 82,377 | 0.016 | 0.019 |
| 19 | 2021 | | | 373,478,507 | 60,135,430 | 153,267,009 | 7,587,430 | 586,880,946 | 393,210,234 | 1,311 | 1,599 | 85,260 | 0.015 | 0.019 |
| 20 | 2022 | - | | 373,478,507 | 62,240,170 | 158,631,354 | 7,553,590 | 594,350,032 | 398,214,521 | 1,327 | 1,626 | 88,245 | 0.015 | 0.018 |
| 21 | 2023 | | - | 298,167,110 | 64,418,576 | 164,183,452 | 7,525,945 | 526,769,138 | 352,935,323 | 1,176 | 1,485 | 91,333 | 0.013 | 0.016 |

MSD - Maximum program - no basin

|   | 4 | interest rate |   |   | operating expense | price change | customers | growth |   | income |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | 2.75% | 5.5% |   |   |   | 3.5% | 300,000 | 3.50% |   | 40,000 |   |   |

74,422,000

|   | Year | SSO/CSO/WIB cost 3,460,000,000 | Incremental SSO/CSO/WIB debt service | Cumulative SSO/CSO/WIB debt service | SSO/CSO/WIB operating expense 1% | operating expense | existing debt service | total costs | residential shar 67.00% | rate | w/amp & storm | income | Share | w/AMP & storm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2003 | 865,000,000 | 72,382,620 | 72,382,620 | 8,650,000 | 79,722,707 | 40,406,051 | 160,755,327 | 107,706,069 | 359 | 484 | 45,901 | 0.008 | 0.011 |
| 2 | 2004 | | | 72,382,620 | 8,952,750 | 82,513,002 | 40,347,959 | 163,848,372 | 109,778,409 | 366 | 505 | 47,507 | 0.008 | 0.011 |
| 3 | 2005 | | | 72,382,620 | 9,266,096 | 85,400,957 | 40,344,391 | 167,049,673 | 111,923,281 | 373 | 523 | 49,170 | 0.008 | 0.011 |
| 4 | 2006 | | | 72,382,620 | 9,590,410 | 88,389,990 | 40,341,912 | 170,363,020 | 114,143,224 | 380 | 553 | 50,891 | 0.007 | 0.011 |
| 5 | 2007 | | | 72,382,620 | 9,926,074 | 91,483,640 | 40,341,077 | 173,792,334 | 116,440,864 | 388 | 566 | 52,672 | 0.007 | 0.011 |
| 6 | 2008 | 990,661,443 | 82,897,886 | 155,280,506 | 19,832,688 | 97,999,562 | 40,343,670 | 273,112,757 | 182,985,547 | 610 | 794 | 54,516 | 0.011 | 0.015 |
| 7 | 2009 | | | 155,280,506 | 20,526,832 | 101,429,547 | 40,344,930 | 277,236,886 | 185,748,713 | 619 | 810 | 56,424 | 0.011 | 0.014 |
| 8 | 2010 | | | 155,280,506 | 21,245,272 | 104,979,581 | 40,337,857 | 281,505,359 | 188,608,590 | 629 | 826 | 58,399 | 0.011 | 0.014 |
| 9 | 2011 | | | 155,280,506 | 21,988,856 | 108,653,866 | 40,341,726 | 285,923,229 | 191,568,563 | 639 | 843 | 60,443 | 0.011 | 0.014 |
| 10 | 2012 | | | 155,280,506 | 22,758,466 | 112,456,752 | 40,335,363 | 290,495,724 | 194,632,135 | 649 | 860 | 62,558 | 0.010 | 0.014 |
| 11 | 2013 | 1,134,578,143 | 94,940,739 | 250,221,245 | 34,104,248 | 116,392,738 | 40,335,888 | 400,718,231 | 268,481,215 | 895 | 1,114 | 64,748 | 0.014 | 0.017 |
| 12 | 2014 | | | 250,221,245 | 35,297,896 | 120,466,484 | 40,024,259 | 405,985,625 | 272,010,369 | 907 | 1,133 | 67,014 | 0.014 | 0.017 |
| 13 | 2015 | | | 250,221,245 | 36,533,323 | 124,682,811 | 39,759,789 | 411,437,378 | 275,663,044 | 919 | 1,153 | 69,359 | 0.013 | 0.017 |
| 14 | 2016 | | | 250,221,245 | 37,811,989 | 129,046,709 | 39,629,082 | 417,079,943 | 279,443,562 | 931 | 1,174 | 71,787 | 0.013 | 0.016 |
| 15 | 2017 | | | 250,221,245 | 39,135,408 | 133,563,344 | 39,528,880 | 422,919,997 | 283,356,398 | 945 | 1,196 | 74,300 | 0.013 | 0.016 |
| 16 | 2018 | 1,299,402,104 | 108,733,098 | 358,954,343 | 52,129,429 | 138,238,061 | 7,708,424 | 549,321,833 | 368,045,628 | 1,227 | 1,487 | 76,900 | 0.016 | 0.019 |
| 17 | 2019 | | | 358,954,343 | 53,953,960 | 143,076,393 | 7,678,419 | 555,984,695 | 372,509,746 | 1,242 | 1,511 | 79,592 | 0.016 | 0.019 |
| 18 | 2020 | | | 358,954,343 | 55,842,348 | 148,084,067 | 7,678,546 | 562,880,758 | 377,130,108 | 1,257 | 1,536 | 82,377 | 0.015 | 0.019 |
| 19 | 2021 | | | 358,954,343 | 57,796,830 | 153,267,009 | 7,587,430 | 570,018,182 | 381,912,182 | 1,273 | 1,561 | 85,260 | 0.015 | 0.018 |
| 20 | 2022 | - | | 358,954,343 | 59,819,719 | 158,631,354 | 7,553,590 | 577,405,416 | 386,861,629 | 1,290 | 1,588 | 88,245 | 0.015 | 0.018 |
| 21 | 2023 | | - | 286,571,722 | 61,913,410 | 164,183,452 | 7,525,945 | 512,668,584 | 343,487,951 | 1,145 | 1,454 | 91,333 | 0.013 | 0.016 |

MSD - Maximum program - no tunnel

| | | 4 2.75% | interest rate 5.5% | | | operating expense 3.5% | price change 3.5% | customers 300,000 | growth 3.50% | | | income 40,000 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 74,422,000 | | | | | | | | |
| | Year | SSO/CSO/WIB cost 3,100,000,000 | Incremental SSO/CSO/WIB debt service | Cumulative SSO/CSO/WIB debt service | SSO/CSO/WIB operating expense 1% | operating expense | existing debt service | total costs | residential share 67.00% | rate | w/amp & storm | income | Share | w/AMP & storm |
| 1 | 2003 | 775,000,000 | 64,851,481 | 64,851,481 | 7,750,000 | 79,722,707 | 40,406,051 | 152,324,188 | 102,057,206 | 340 | 465 | 45,901 | 0.007 | 0.010 |
| 2 | 2004 | | | 64,851,481 | 8,021,250 | 82,513,002 | 40,347,959 | 155,385,732 | 104,108,441 | 347 | 486 | 47,507 | 0.007 | 0.010 |
| 3 | 2005 | | | 64,851,481 | 8,301,994 | 85,400,957 | 40,344,391 | 158,554,431 | 106,231,469 | 354 | 504 | 49,170 | 0.007 | 0.010 |
| 4 | 2006 | | | 64,851,481 | 8,592,564 | 88,389,990 | 40,341,912 | 161,834,035 | 108,428,803 | 361 | 534 | 50,891 | 0.007 | 0.010 |
| 5 | 2007 | | | 64,851,481 | 8,893,303 | 91,483,640 | 40,341,077 | 165,228,424 | 110,703,044 | 369 | 547 | 52,672 | 0.007 | 0.010 |
| 6 | 2008 | 887,586,842 | 74,272,672 | 139,124,153 | 17,769,172 | 97,999,562 | 40,343,670 | 254,892,887 | 170,778,234 | 569 | 754 | 54,516 | 0.010 | 0.014 |
| 7 | 2009 | | | 139,124,153 | 18,391,093 | 101,429,547 | 40,344,930 | 258,944,793 | 173,493,011 | 578 | 769 | 56,424 | 0.010 | 0.014 |
| 8 | 2010 | | | 139,124,153 | 19,034,781 | 104,979,581 | 40,337,857 | 263,138,515 | 176,302,805 | 588 | 785 | 58,399 | 0.010 | 0.013 |
| 9 | 2011 | | | 139,124,153 | 19,700,998 | 108,653,866 | 40,341,726 | 267,479,018 | 179,210,942 | 597 | 802 | 60,443 | 0.010 | 0.013 |
| 10 | 2012 | | | 139,124,153 | 20,390,533 | 112,456,752 | 40,335,363 | 271,971,438 | 182,220,863 | 607 | 819 | 62,558 | 0.010 | 0.013 |
| 11 | 2013 | 1,016,529,550 | 85,062,512 | 224,186,665 | 30,555,829 | 116,392,738 | 40,335,888 | 371,135,231 | 248,660,605 | 829 | 1,048 | 64,748 | 0.013 | 0.016 |
| 12 | 2014 | | | 224,186,665 | 31,625,283 | 120,466,484 | 40,024,259 | 376,278,431 | 252,106,549 | 840 | 1,067 | 67,014 | 0.013 | 0.016 |
| 13 | 2015 | | | 224,186,665 | 32,732,168 | 124,682,811 | 39,759,789 | 381,601,643 | 255,673,101 | 852 | 1,087 | 69,359 | 0.012 | 0.016 |
| 14 | 2016 | | | 224,186,665 | 33,877,793 | 129,046,709 | 39,629,082 | 387,111,167 | 259,364,482 | 865 | 1,107 | 71,787 | 0.012 | 0.015 |
| 15 | 2017 | | | 224,186,665 | 35,063,516 | 133,563,344 | 39,528,880 | 392,813,525 | 263,185,062 | 877 | 1,129 | 74,300 | 0.012 | 0.015 |
| 16 | 2018 | 1,164,204,197 | 97,419,827 | 321,606,492 | 46,705,558 | 138,238,061 | 7,708,424 | 506,550,111 | 339,388,574 | 1,131 | 1,391 | 76,900 | 0.015 | 0.018 |
| 17 | 2019 | | | 321,606,492 | 48,340,253 | 143,076,393 | 7,678,419 | 513,023,138 | 343,725,502 | 1,146 | 1,415 | 79,592 | 0.014 | 0.018 |
| 18 | 2020 | | | 321,606,492 | 50,032,162 | 148,084,067 | 7,678,546 | 519,722,720 | 348,214,223 | 1,161 | 1,439 | 82,377 | 0.014 | 0.017 |
| 19 | 2021 | | | 321,606,492 | 51,783,287 | 153,267,009 | 7,587,430 | 526,656,788 | 352,860,048 | 1,176 | 1,465 | 85,260 | 0.014 | 0.017 |
| 20 | 2022 | | | 321,606,492 | 53,595,702 | 158,631,354 | 7,553,590 | 533,833,549 | 357,668,478 | 1,192 | 1,491 | 88,245 | 0.014 | 0.017 |
| 21 | 2023 | | | 256,755,011 | 55,471,552 | 164,183,452 | 7,525,945 | 476,410,015 | 319,194,710 | 1,064 | 1,373 | 91,333 | 0.012 | 0.015 |



Cost shares by year

**User fees**



**User fee/income shares**





