# EXHIBIT 1-ATTACHMENTS K & L

# SIERRA CLUB COMMENTS ON CONSENT DECREES, ATT. K & L:

# VIDEO TAPES

NOTE: THESE TWO VIDEO TAPES CANNOT BE FILED ELECTRONICALLY AND ARE BEING FILED SEPARATELY DIRECTLY WITH THE CLERK'S OFFICE. COUNSEL FOR THE UNITED STATES HAD COPIES OF THE VIDEO TAPES MADE AND SENT TO EACH PARTY (EXCEPT SIERRA CLUB) SOON AFTER THE TAPES WERE RECEIVED.