CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the 14th day of April, 2004:

electronically on:

Donneta D. Wiethe; Margaret A. Malone; Christopher J. Buckley;  Peter P. Murphy;

Kevin M. St. John; Michael K. Murphy (c/o Peter P. Murphy); J. Steven Justice; Gary

Prichard; D. David Altman (for himself and Amy Jo Leonard); Lance D. Himes; Nee

Fong Chin; and Albert J. Slap;

and by regular U.S. Mail on:

J. Rita McNeil, Cincinnati City Solicitor, 801 Plum Street, Cincinnati, Ohio 45202.


　　S/Leslie Allen
LESLIE ALLEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice