IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| and | ) ) | |
| STATE OF OHIO | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE BOARD OF COUNTY COMMISSIONERS, HAMILTON COUNTY, OHIO, | ) ) ) | Civil Action Nos. C-1-02-107 and 108<br><br>Judge S. Arthur Spiegel |
| and | ) ) | |
| THE CITY OF CINCINNATI, OHIO, | ) ) | NOTICE OF FILING OF VIDEOTAPED COMMENTS ON CONSENT DECREES |
| Defendants. | ) ) | |

As required by 28 C.F.R. § 50.7 and this Court's Local Rules, the United States is herewith giving all parties Notice that two video tapes submitted by Sierra Club (Exhibits K and L to its January 5th submission), which can not be attached to this electronic filing, are being physically filed with the Court. Copies of these two video tapes have previously been provided to all parties' counsel, excluding counsel to Sierra Club who submitted the tapes and thus already have the tapes.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

            s/   Leslie Allen per tele. auth. on 4/14/04
LESLIE ALLEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-4114


GREGORY G. LOCKHART
United States Attorney
for the Southern District of Ohio


By:    s/ Donetta D.Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, Ohio  45202
513-684-3711

OF COUNSEL:

GARY PRICHARD
Associate Regional Counsel
U.S. EPA, Region 5 (C-14J)
77 West Jackson Blvd.
Chicago, IL 60604-3590

ANDREW R. STEWART
Attorney-Advisor
U.S. EPA, Office of Enforcement and
 Compliance Assurance
Ariel Rios Building (2243A)
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460


**CERTIFICATE OF SERVICE**

- 2 -

I hereby certify that a copy of the foregoing was served on the 15th day of April, 2004: electronically on:

Donetta D. Wiethe; Margaret A. Malone; Christopher J. Buckley; Peter P. Murphy; Kevin M. St. John; Michael K. Murphy (c/o Peter P. Murphy); J. Steven Justice; Gary Prichard; D. David Altman (for himself and Amy Jo Leonard); Lance D. Himes; Nee Fong Chin; and Albert J. Slap;

and by regular U.S. Mail on:

J. Rita McNeil, Cincinnati City Solicitor, 801 Plum Street, Cincinnati, Ohio 45202.

      s/Donetta Wiethe
     DONETTA D. WIETHE (0028212)