REPORT TO CONGRESS

IMPLEMENTATION AND ENFORCEMENT

OF THE COMBINED SEWER OVERFLOW

POLICY

DECEMBER 2001

(EXCERPTS)

Case 1:02-cv-..-SAS    Document ...    04/16/2004    Page ... of 7

United States  
Environmental Protection  
Agency

Office of Water (4203)  
Washington, D.C. 20460  
www.epa.gov/npdes

EPA 833-R-01-003  
December 2001


&EPA

# Report to Congress

## Implementation and Enforcement of the Combined Sewer Overflow Control Policy



# Table of Contents

**Executive Summary—** .................................................................. ES-1

**Chapter 1—Introduction** ................................................................ 1-1

1.1 Brief History of Combined Sewers and CSOs .................................................. 1-1
1.2 Organization of the Report ................................................................ 1-4

**Chapter 2—Regulatory and Environmental Background for the CSO Control Policy** ...................... 2-1

2.1 Description of Combined Sewer Systems and CSOs .............................................. 2-1
2.2 Environmental and Public Health Impacts of CSOs .............................................. 2-3
2.3 Initial Efforts to Control CSOs ............................................................ 2-6
    2.3.1 1965 to 1989 ..................................................................... 2-6
    2.3.2 National Municipal Policy .......................................................... 2-6
    2.3.3 1989 National CSO Control Strategy .................................................. 2-9
    2.3.4 Office of Water Management Advisory Group (MAG) ..................................... 2-9
2.4 The CSO Control Policy .................................................................. 2-11
    2.4.1 Purpose, Objectives and Key Principles of the CSO Control Policy ..................... 2-11
    2.4.2 Objectives for CSO Communities ..................................................... 2-12
    2.4.3 Expectations for Permitting Authorities ............................................. 2-14
    2.4.4 Coordination with Water Quality Standards: Development, Review, and Approval ......... 2-14
    2.4.5 Enforcement and Compliance ......................................................... 2-14
2.5 Summary ............................................................................... 2-15

**Chapter 3—Methodology for Development of the CSO Report to Congress** ............................... 3-1

3.1 Overview of Study Objectives and Approaches ................................................. 3-1
3.2 Data Sources ............................................................................ 3-3
    3.2.1 National Data Sources .............................................................. 3-3
    3.2.2 NPDES Authorities and Other State Program Files ..................................... 3-3
    3.2.3 Community-level Data Sources ....................................................... 3-4
    3.2.4 External Sources ................................................................... 3-4
3.3 Data Collection ......................................................................... 3-4
    3.3.1 Assessment of EPA Efforts .......................................................... 3-5
    3.3.2 Assessment of Efforts by NPDES Authorities and Other State Programs ................. 3-5
    3.3.3 Assessment of Community Efforts .................................................... 3-6
    3.3.4 CSO Surveys from AMSA and the CSO Partnership ...................................... 3-7
3.4 Stakeholder Involvement ................................................................. 3-7
3.5 Data Considerations ..................................................................... 3-8
3.6 Quality Control and Quality Assurance .................................................... 3-9
3.7 Summary ................................................................................ 3-9

**Chapter 4—CSO Control Policy Status: EPA** .................................................................. 4-1

4.1 General Activities to Support CSO Control Policy Implementation ................................... 4-1
4.2 NPDES Permitting ........................................................................................................... 4-3
    4.2.1 EPA Headquarters Responsibilities and Activities ..................................................... 4-3
    4.2.2 EPA Regional Office Responsibilities and Activities .................................................. 4-4
4.3 Water Quality Standards .................................................................................................. 4-4
    4.3.1 Section 303(d) and the Total Maximum Daily Load Program .................................... 4-5
    4.3.2 Section 305(b) and the National Water Quality Inventory Report to Congress ......... 4-6
4.4 Compliance and Enforcement ......................................................................................... 4-6
    4.4.1 General NPDES Compliance and Enforcement Process ........................................... 4-7
    4.4.2 National Compliance and Enforcement Priorities .................................................... 4-7
    4.4.3 NPDES Compliance and Enforcement Activities ..................................................... 4-7
4.5 Guidance, Training, and Compliance and Technical Assistance ..................................... 4-12
    4.5.1 Guidance ................................................................................................................. 4-13
    4.5.2 Training .................................................................................................................. 4-15
    4.5.3 Compliance and Technical Assistance .................................................................... 4-16
    4.5.4 Wet Weather Flow Research Plan ........................................................................... 4-17
4.6 Communication and Coordination ................................................................................ 4-17
    4.6.1 Outreach to State and Regional CSO Coordinators ............................................... 4-17
    4.6.2 CSO Awards Program ............................................................................................ 4-18
    4.6.3 Listening Sessions on Implementing the Water Quality-Based Provisions of the CSO Control Policy ............. 4-18
4.7 Information Management .............................................................................................. 4-19
    4.7.1 Clean Water Needs Survey (CWNS) ...................................................................... 4-19
    4.7.2 Government Performance and Results Act (GPRA) ............................................... 4-20
    4.7.3 Permit Compliance System (PCS) .......................................................................... 4-21
    4.7.4 Statistically Valid Non-Compliance Rate Project ................................................... 4-21
    4.7.5 Other Information Management Activities ............................................................ 4-22
4.8 Financial Assistance ....................................................................................................... 4-22
    4.8.1 The Clean Water SRF Program .............................................................................. 4-22
    4.8.2 Section 104(b)(3) Water Quality Cooperative Agreements .................................... 4-24
    4.8.3 Section 106 Water Pollution Control Program Support Grants ............................. 4-24
    4.8.4 Specific Line Items in EPA's Budget ...................................................................... 4-25
4.9 Performance Measures ................................................................................................... 4-26
    4.9.1 Specific Efforts to Track Benefits Resulting from CSO Control Policy Implementation ..... 4-26
    4.9.2 Other Agency Initiatives to Document Environmental Results Related to CSO Control .... 4-28
    4.9.3 Promoting the Use of Watershed Approach ........................................................... 4-30
4.10 Findings ....................................................................................................................... 4-30

**Chapter 5—CSO Control Policy Status: NPDES Authorities and Other State Programs** ....... 5-1

5.1 Policy Development and Support ..................................................................................... 5-4
    5.1.1 Efforts to Adhere to the 1989 National CSO Control Strategy ................................. 5-4
    5.1.2 Efforts to Adhere to the 1994 CSO Control Policy .................................................. 5-7
5.2 NPDES Permitting ......................................................................................................... 5-12
    5.2.1 Permit Requirements for NMC ............................................................................. 5-13
    5.2.2 Permit Requirements for LTCP ............................................................................. 5-16

5.3 Water Quality Standards .................................................................. 5-20
   5.3.1 Integrating Water Quality Standards Review with LTCP Development and Implementation ........................ 5-21
   5.3.2 State Approaches for Reviewing Water Quality Standards for CSO Receiving Waters ............................ 5-21
   5.3.3 State Water Quality Assessment Reports ........................................................ 5-24
5.4 Compliance and Enforcement ............................................................. 5-24
   5.4.1 Policy ............................................................................. 5-24
   5.4.2 State Inspections ..................................................................... 5-26
5.5 Guidance, Training and Compliance and Technical Assistance ....................................... 5-29
   5.5.1 Guidance .......................................................................... 5-29
   5.5.2 Training ........................................................................... 5-30
   5.5.3 Compliance and Technical Assistance ...................................................... 5-30
5.6 Communication and Coordination ......................................................... 5-32
   5.6.1 Communication ...................................................................... 5-32
   5.6.2 Coordination ....................................................................... 5-32
5.7 Financial Assistance ................................................................... 5-33
5.8 Performance Measures ................................................................. 5-36
5.9 Findings ........................................................................... 5-37

**Chapter 6—CSO Control Policy Status: Communities** ............................................. **6-1**

6.1 National CSO Demographics .............................................................. 6-2
   6.1.1 CSO Permits and Types of Systems ........................................................ 6-2
   6.1.2 CSO Size .......................................................................... 6-3
   6.1.3 Small System Considerations ............................................................ 6-4
   6.1.4 CSO Receiving Waters ................................................................ 6-5
6.2 Implementation of CSO Controls .......................................................... 6-6
   6.2.1 Assessment of Control Implementation ..................................................... 6-6
   6.2.2 Documented Implementation of CSO Controls ................................................ 6-7
6.3 Implementation of the NMC .............................................................. 6-7
   6.3.1 NMC Implementation Status ............................................................ 6-8
   6.3.2 Specific CSO Control Measures Implemented for the NMC ...................................... 6-8
6.4 Implementation of the LTCP ............................................................. 6-17
   6.4.1 Status of Documented Implementation of the LTCP ........................................... 6-18
   6.4.2 Selected LTCP Approach .............................................................. 6-18
   6.4.3 Specific CSO Control Measures for LTCPs ................................................. 6-18
   6.4.4 Minimum Elements of an LTCP ......................................................... 6-20
6.5 Financial Considerations ................................................................ 6-28
   6.5.1 Funding Options .................................................................... 6-28
6.6 Obstacles and Challenges ............................................................... 6-29
   6.6.1 Resources ......................................................................... 6-30
   6.6.2 Water Quality Standards .............................................................. 6-31
   6.6.3 Uncertainty ........................................................................ 6-32
   6.6.4 The Watershed Approach .............................................................. 6-34
6.7 Performance Measures and Environmental Benefits ............................................. 6-35
   6.7.1 CSO Performance Measures for CSO Communities ............................................ 6-35
   6.7.2 Loading Reduction and Environmental Benefits .............................................. 6-35
   6.7.3 Data, Findings and Examples ........................................................... 6-36
6.8 Findings ........................................................................... 6-42

**Chapter 7—Evaluation of the CSO Control Policy** .................................................. 7-1

7.1 Implementation and Enforcement of the CSO Control Policy ........................................... 7-1
    7.1.1 Implementation of the CSO Control Policy .................................................. 7-2
    7.1.2 Compliance and Enforcement ............................................................ 7-3
7.2 Observations Related to the Four Key Guiding Principles of the CSO Control Policy .................... 7-4
    7.2.1 Provide Clear Levels of Control to Meet Appropriate Health and Environmental Objectives ...... 7-5
    7.2.2 Provide Sufficient Flexibility to Municipalities to Consider the Site-Specific Nature of CSOs ..... 7-7
    7.2.3 Allowing a Phased Approach to Implementation of CSO Controls ........................... 7-10
    7.2.4 Review and Revise, as Appropriate, Water Quality Standards When Developing CSO Control Plans ... 7-12
7.3 Accomplishments Attributable to Implementation and Enforcement of the CSO Control Policy ........... 7-14
    7.3.1 National Estimates of CSO Volume and Pollutant Loading Reductions ........................ 7-14
    7.3.2 Accomplishments Attributable to Implementation and Enforcement of the CSO Control Policy ... 7-16
7.4 Next Steps .............................................................................. 7-17

# List of Figures

Figure 1.1—Typical Combined Sewer Overflow Structure ..................................................... 1-2
Figure 2.1—National Distribution of CSO Communities ...................................................... 2-3
Figure 5.1—Distribution of CSO Permits by Region and State ................................................. 5-5
Figure 5.2—Distribution of CSO Outfalls by Region and State ................................................ 5-6
Figure 5.3—Status of NMC Requirements in CSO Permits .................................................... 5-13
Figure 5.4—CSO Permits With Requirements to Implement the NMC ......................................... 5-14
Figure 5.5—Mechanism Used to Require NMC Implementation ............................................... 5-15
Figure 5.6—Status of Facility Plan Requirements in CSO Permits .............................................. 5-17
Figure 5.7—Mechanism Used to Require LTCPs .............................................................. 5-17
Figure 5.8—CSO Permits With Requirements to Develop and Implement an LTCP ............................. 5-18
Figure 5.9—SRF Loans for CSO Projects, 1988—2000 ........................................................ 5-34
Figure 5.10—Distribution of SRF Loans for CSO Projects by State, 1988—2000 .................................. 5-35
Figure 6.1—Geographic Distribution of CSO Permits ........................................................ 6-3
Figure 6.2—Types of CSO Facilities ........................................................................ 6-4
Figure 6.3—POTW Facility Size Classification ............................................................... 6-5
Figure 6.4—Distribution of POTW Facility Sizes ............................................................. 6-5
Figure 6.5—Types of Waters Receiving CSO Discharges ...................................................... 6-6
Figure 6.6—Distribution of CSO Control Measures Implemented as Part of an LTCP ........................... 6-19
Figure 6.7—Cost-Benefit Analysis Using Knee-of-the-Curve ................................................... 6-26
Figure 6.8—New York Inner Harbor Water Quality Improvements Due to Pollution Controls .................. 6-39
Figure 6.9–Genesee River Water Quality Improvements Due to CSO Controls .................................. 6-41

state files. EPA believes that this additional information on progress in implementing CSO controls and derived water quality benefits exists at the community level. EPA was hindered by the lack of a national data system for comprehensively evaluating the implementation and effectiveness of the CSO program, and by the lack of clear, national performance measures in place to assess the effectiveness of CSO control efforts on a national basis.

## EPA Actions and Next Steps

What actions will EPA take to improve implementation and enforcement of the CSO Control Policy?

Despite significant efforts and progress by EPA, states, and CSO communities to implement CSO controls, more work remains to ensure that human health and the environment are adequately protected from CSOs. The 1994 CSO Control Policy provides a sound and appropriate framework for developing and implementing cost-effective CSO controls. With the codification of the CSO Control Policy in the 2000 amendments to the CWA, EPA will continue to work in partnership with the states to address remaining CSO issues. EPA will work aggressively with NPDES authorities, water quality standards authorities, and CSO communities to implement and enforce the CSO Control Policy. Based on the findings of this Report to Congress, EPA will pursue a number of activities to ensure the continued effective implementation and enforcement of the CSO Control Policy.

### Ensure That all CSOs are Appropriately Controlled.

- Implement the "shall conform" statutory mandate.

  - Begin efforts to implement new CWA Section 402(q)(1), which requires that future permits or other enforceable mechanisms for CSOs conform to the CSO Control Policy.

- Ensure all CSOs are covered by an NPDES permit or other enforceable mechanism.

  - Follow up with NPDES authorities to ensure that NPDES permits or other enforceable mechanisms are issued as soon as possible for those CSO communities that have not yet been required to control CSOs. EPA will also work with the states to ensure that permits and enforcement actions (e.g., orders, decrees) conform with the CSO Control Policy, as required by the 2000 amendments to the CWA.

### Improve Implementation of the CSO Control Policy.

- Advocate CSO control on a watershed basis.

  - Continue efforts to focus protection of water quality on a watershed scale, and support development of LTCPs on a