UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. C-1-02-107 |
| Plaintiffs, | |
| and | |
| SIERRA CLUB, ET AL., | Judge S. Arthur Spiegel |
| Intervenors, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS | |
| OF HAMILTON COUNTY, OHIO, ET AL. | |
| Defendants. | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff-Intervenor Sierra Club will manually file the videotape referenced in Exhibit 3 of Intervenor Sierra Club's Memorandum in Opposition to Entry of the Consent Decrees, filed with the Court on May 3, 2004. The videotape will be manually filed on May 4, 2004.

Respectfully Submitted,

/s/ D. David Altman
D. David Altman
D. David Altman Co., L.P.A.
15 East 8th Stret, Suite 200W
Cincinnati, OH 45202
721-2180

## CERTIFICATE OF SERVICE

  I hereby certify that on May 3, 2004, a copy of the forgoing Notice of Manual Filing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ D. David Altman
          D. David Altman (0021457)
          D. DAVID ALTMAN CO., L.P.A.
          15 East 8th Street, Suite 200W
          Cincinnati, OH  45202
          E-mail:  daltman@one.net