## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | : | **CASE NO. C-1-02-107** |
| Plaintiffs, | : | |
| and | : | Judge S. Arthur Spiegel |
| SIERRA CLUB, ET AL., | : | |
| Intervenors, | : | |
| v. | : | |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, ET AL. | : | |
| Defendants. | : | |

**NOTICE OF ERRATA**

Please note that at page 19 of the Intervenor Sierra Club's Memorandum in Opposition to Entry of the Consent Decrees (Doc. No.118) and in the Third Declaration of Bruce A. Bell (Exhibit 1 to Sierra Club's Memorandum in Opposition), reference was made to a May 19, 1998 memorandum from Robert Perciasepe, Assistant Administrator, Office of Water regarding the implementation of the CSO Control Policy.  Mr. Perciasepe's memorandum was inadvertently omitted from the attachments to the Bell Declaration.  It is now being supplied to the Court and all counsel.

Respectfully Submitted,

/s/ Albert J. Slap, Esq.
Albert J. Slap, Esq. (#0074579)
20 Erie Ave.
Glendale, OH 45246
513-771-7800

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2004, a copy of the forgoing Intervenor Sierra Club's Notice of Errata was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Albert J. Slap, Esq.
Albert J. Slap, Esq. (#0074579)
20 Erie Ave.
Glendale, OH 45246
513-771-7800