IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF OHIO | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE BOARD OF COUNTY COMMISSIONERS, HAMILTON COUNTY, OHIO, | ) ) ) | Civil Action Nos. C-1-02-107 and 108 |
| | ) | Judge S. Arthur Spiegel |
| and | ) ) | |
| | ) | |
| THE CITY OF CINCINNATI, OHIO, | ) | NOTICE OF FILING OF ERRATA |
| | ) | |
| Defendants. | ) ) | |

Please note that page 33 was mistakenly omitted from Plaintiffs' Reply Memorandum in Support of Motion for Entry of Consent Decrees, which was electronically filed on May 13, 2004. A copy of this page is being filed herewith.

        Respectfully submitted,

        THOMAS L. SANSONETTI
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice
        Washington, D.C. 20530

      S/Leslie Allen
LESLIE ALLEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-4114


GREGORY G. LOCKHART
United States Attorney
for the Southern District of Ohio

DONETTA D. WIETHE (0028212)
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, Ohio  45202
513-684-3711

OF COUNSEL:

GARY PRICHARD
Associate Regional Counsel
U.S. EPA, Region 5 (C-14J)
77 West Jackson Blvd.
Chicago, IL 60604-3590

ANDREW R. STEWART
Attorney-Advisor
U.S. EPA, Office of Enforcement and
 Compliance Assurance
Ariel Rios Building (2243A)
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing, United States' Notice of Errata was served on the 19th day of May, 2004, electronically on:

Donneta D. Wiethe; Gary Prichard; Margaret A. Malone; J. Steven Justice; Christopher J. Buckley; Peter P. Murphy; Michael K. Murphy; Kevin M. St. John; Nee Fong Chin; Terrance A. Nestor (for himself and the Cincinnati City Solicitor); Albert J. Slap; D. David Altman (for himself and Amy Jo Leonard); and Lance D. Himes.

   S/Leslie Allen
LESLIE ALLEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice