IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, et al.

    vs.                                    Case Number: 1:02-cv-00107

HAMILTON COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.

MINUTES: HEARING ON MOTION FOR ENTRY OF CONSENT DECREES

Arguments/Presentations of Plaintiffs' and Defendants' counsel re approval of Consent Decrees heard.

Objections of Intervenor Sierra Club heard.

Court ordered in open Court that Matter will be taken under advisement. Order to follow.

Judge:                  S. Arthur Spiegel

Courtroom Deputy:    Kevin Moser

Court Reporter:      Betty Schwab, Official

Date:                 May 25, 2004 (10:00 AM - 7:00 PM)