# UNITED STATES OF AMERICA v. HAMILTON CO. BOARD OF COMMISSIONERS, et al., 1:02-cv-00107
## HEARING ON MOTION FOR ENTRY OF CONSENT DECREES
### MAY 25, 2004

Courtroom seating chart:

**Sierra Club Table:**
- David Altman
- Albert Slap

**Defendants' Table:**
- Christopher Buckley
- Debra Wyler (City)
- Peter Murphy (Cty + City)
- Nee Fong Chin (County)

**Plaintiffs' Table:**
- Margaret Malone (State)
- Gary Pritchard (US EPA)
- Steve Justice (State)
- Leslie Allen (U.S. DOJ)
- Donetta Wiethe (USA)

Behind Plaintiffs' Table:
- Heather Haynes
- Jonathan Lippert
- Mark Klingenstein

Also in courtroom: Jury Box, Podium, Bench