# Exhibit 1 – CSO Capital Improvement Projects
## Muddy Creek Drainage Basin

| PROJECT NAME | CSO NUMBERS | PROJECT DESCRIPTION | Substantial Completion of Construction (All dates are Dec 31) |
|---|---|---|---|
| East Branch Muddy Creek CSO HW/DW relocate and/or eliminate | 223, 408, 410-416, 541, 654 | Provide HW/DW protection or eliminate by separation. | 2010 |
| East Branch Muddy Creek Interceptor Relocation – Phase I-A, Interceptor Relocation West | 223, 408, 410-416, 541, 654 | Relocation of interceptor in River Road from Ohio River to River Road – West. | 2009 |
| East Branch Muddy Creek Interceptor Relocation – Phase I-B, Interceptor Relocation East | 223, 408, 410-416, 541, 654 | Relocation of interceptor in River Road from Ohio River to River Road – East. | 2010 |
| East Branch Muddy Creek P.S. Relocation, Phase 1-C | 223, 408, 410-416, 541, 654 | Relocation and replacement of four (4) pump stations. | 2010 |

# Exhibit 1 – CSO Capital Improvement Projects
# Mill Creek Drainage Basin

| PROJECT NAME | CSO NUMBERS | PROJECT DESCRIPTION | Substantial Completion of Construction (All dates are Dec 31) |
|---|---|---|---|
| CSO Modification – Contract A; CSO #3 – HW/DW | 3 | Relocation of interceptor for HW/DW protection and installation of separate sanitary sewer line. | 2005 |
| CSO Modification – Contract A; CSO #4 –HW/DW | 4 | Installation of check valve for backflow prevention during HW/DW conditions. | 2005 |
| Kroger's – Spring Grove/Mitchell Sewer Separation – CSO #29 Elimination (Mitchell Avenue); SS# 4674 | 29 | Project will eliminate CSO # 29 by separating area storm inlets through construction of approx. 1200' of 12" sanitary sewer. | 2006 |
| Montana Avenue Sewer Separation | 89 | Project will eliminate CSO # 89 by separating area storm inlets through installation of 300' of 8" sanitary sewer. | 2006 |
| Ludlow Run Sewer | 109, 151, 162, 165 | Replacement of existing interceptor w/ approx. 7700' of 24" – 42" sanitary interceptor sewer. | 2007 |
| Scarlet Oaks CSO Improvements, CSO #179, CSO Modification – Contract B | 179 | Installation of flexible flap gates for HW/DW protection. | 2004 |
| Tide gate replacement | 419 | Replacement of failed flap gate for HW/DW protection. | 2004 |
| Tide gate replacement | 461 | Replacement of failed flap gate for HW/DW protection. | 2005 |

# Exhibit 1 – CSO Capital Improvement Projects
## Mill Creek Drainage Basin

| PROJECT NAME | CSO NUMBERS | PROJECT DESCRIPTION | Substantial Completion of Construction (All dates are Dec 31) |
|---|---|---|---|
| CSO # 450 Elimination (Butler Street) | 450 | This project will eliminate CSO 450 by connecting two area sanitary laterals to area sanitary sewer. A HW/DW chamber had previously been constructed. | 2007 |
| CSO Modification – Contract A; CSO # 451; HW/DW | 451 | Elimination of CSO 451 by sewer separation. | 2005 |
| Eastern Avenue – Collins to Bayou – Express Sewer; Phase 2 | 456-460, 658 | Project will provide for separation of existing area combined sewers. | 2005 |

# Exhibit 1 – CSO Capital Improvement Projects
## Mill Creek Drainage Basin

| PROJECT NAME | CSO NUMBERS | PROJECT DESCRIPTION | Substantial Completion of Construction (All dates are Dec 31) |
|---|---|---|---|
| Ross Run Grit Pit | 487 | Relocate CSO No. 487 to make CSO more accessible, and install a grit pit to improve maintenance at the Ross Run Interceptor Sewer. | 2005 |
| West Third Street Sewer Separation; CSO 437 elimination; Phase 3 | 437 | Elimination of CSO 437 by sewer separation through construction of 350' of 8" sanitary sewer. | 2007 |

# Exhibit 1 – CSO Capital Improvement Projects
## Little Miami River Drainage Basin

| PROJECT NAME | CSO NUMBERS | PROJECT DESCRIPTION | Substantial Completion of Construction (All dates are Dec 31) |
|---|---|---|---|
| CSO HW/DW Regulator Mods-Little Miami Basin; CSO #86 Archer Street; HW/DW | 86 | Relocation of existing interceptor for HW/DW protection and construction of 170' of separate 8" sewer. | 2006 |
| Eastern and Delta Sewer Separation Phase 1 – HW/DW | 467-469, 657 | Install interceptor sewer from Little Miami WWTP to Eastern Avenue and Congress Avenue (approx. 5500' of 36" pipe). Perform some local sewer separation (approx. 5900' of 8" pipe). | 2007 |
| Eastern and Delta Sewer Separation Phase 2 – HW/DW | 467-469, 657 | Continue 36" interceptor sewer to Widman and Hogue Street near Delta Avenue. | 2008 |
| Eastern and Delta Sewer Separation Phase 3 - HW/DW | 467-469, 657 | Provide local sewer separation east and west of Delta Avenue Pump Station and north and south of Eastern Ave. to allow the relocation of CSO No.s 468 and 469 to provide HW/DW protection. | 2009 |
| Beechmont Sluice Gate | 472, 656 | Project consists of the replacement of multiple sluice/shear gates to provide flood protection to Lunken Airport area during high river stage. | 2006 |
| CSO # 557 Elimination | 557 | Elimination of CSO No. 557 by sewer separation. | 2005 |

# Exhibit 1 – Capital Improvement Projects
## Sycamore WWTP HRTU

| Project Name | Project Description | Substantial Completion of Construction |
|---|---|---|
| Sycamore WWTP HRTU | Construction of a ballasted flocculation (or equivalent) high rate treatment unit ("HRTU") at the WWTP. After completion of all phases of the project, including conventional process capacity upgrades, flows over and above 18 MGD at the Sycamore WWTP would be diverted after fine screening and grit removal to the HRTU up to a maximum of 32 MGD. The first 18 MGD of flow would be treated by conventional primary, secondary and tertiary treatment processes. Flows through the HRTU would be subject to disinfection and post aeration after high rate treatment. | 12/31/2006 |