```
          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF OHIO
                WESTERN DIVISION
```

UNITED STATES OF AMERICA,       :       Case No. 1:02-cv-00107

        Plaintiff,       :       Senior Judge S. Arthur Spiegel

  vs.                             :

HAMILTON COUNTY BOARD OF
COUNTY COMMISSIONERS, et al,    :

        Defendants       :

**NOTICE OF MANUAL FILING**

The Clerk hereby gives notice of the manual filing of **Exhibits 1 through 10 of the Interim Partial Consent Decree on Sanitary Sewer Overflows (doc. 130)** filed with this Court on June 9, 2004. These exhibits were originally proffered to the Court on August 20, 2002, and were inadvertently excluded at the time of filing the Consent Decree.

                JAMES BONINI, CLERK


                s/Kevin Moser
                Kevin Moser
                Deputy Clerk