UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | NO. 1:02-CV-00107 |
| Plaintiffs, | : : : | |
| v. | : : | **ORDER** |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, et al., | : : : : | |
| Defendants. | : | |

Consonant with its June 9, 2004 Order granting the Motion of the United States for Entry of the Consent Decrees (doc. 129), the Court finds it appropriate to set a hearing on the role of the Ombudsman appointed to monitor the water-in-basement program. At such hearing the Court will hear the Ombudsman and any interested parties in this matter on the progress of the program to date, and whether the role of the Ombudsman requires further definition.

Accordingly, the Court SCHEDULES a hearing at 3:00 P.M. on August 18, 2004.


SO ORDERED.

Dated: July 25, 2004         /s/ S. Arthur Spiegel
                             S. Arthur Spiegel
                             United States Senior District Judge