

June 3, 2004


Metropolitan Sewer District
1600 Gest Street
Cincinnati, OH 45204


Dear Director Karney:


Pursuant to the Ohio Open Records Law, OH ST § 149.43, please provide us with the names, addresses, and telephone numbers of all Cincinnati/Hamilton County residents who signed a water-in-basement program release form (Claims and/or Prevention) from January 1, 2004 to June 3, 2004., 2004. Please provide us with information as to which residents signed the release form that was subsequently withdrawn (according to statements made by Peter Murphy, Esq. to Judge Spiegel) and which signed the "new" form of release. Also, please provide documentation regarding which residents who signed the superceded release form have now been offered the new release form, and that the old release forms have be voided or cancelled by the parties to the release.

Also, please provide a list in electronic format of all public sewer system complaints for the years 2003 and 2004 (to date) that includes, but is not limited to, Hamilton County residents who have complained about sewage backups in their basement to the Greater Cincinnati Metropolitan Sewer District.

Thank you in advance for your cooperation.


Sincerely,

Katie Danko
Conservation Program Coordinator
Sierra Club
515 Wyoming Avenue
Cincinnati, OH 45215
Phone: 513.761.4003
Fax: 513.761-4988
katie.danko@sierraclub.org