## MSD PRODUCTION LOG

| BOX # | LOCATION | DESCRIPTION | BATES No. |
|---|---|---|---|
| 1 | Engineering Department | Binders | ENG 000001 - ENG 002992 |
| 2 | Engineering Department | Binders | ENG 002993 - ENG 007394 |
| 3 | Engineering Department | Binders | ENG 007395 - ENG 011272 |
| 4 | Engineering Department | Binders | ENG 011273 - ENG 014910 |
| 5 | Engineering Department | Binders | ENG 014911 - ENG 019155 |
| 6 | Engineering Department | Binders | ENG 019156 - ENG 025654 |
| 7 | Engineering Department | Binders | ENG 025655 - ENG 027695 |
| 8 | Engineering Department | Binders | ENG 027696 - ENG 031666 |
| 9 | Engineering Department | Binders | ENG 031667 - ENG 034332 |
| 10 | Engineering Department | Binders | ENG 034333 - ENG 038245 |
| 11 | Engineering Department | Binders | ENG 038246 - ENG 042957 |
| 12 | Engineering Department | Binders | ENG 042958 - ENG 047237 |
| 13 | Treatment Department | Files | WTP 000001 - WTP 002362 |
| 14 | WTP - Mill Creek | Files | WTP 002363 - WTP 005031 |
| 15 | Saylor's Office | Binders | COL 000001 - COL 001515 |
| 16 | Rennekamp's Office | Binders | ADM 000001 - ADM 004061 |
| 16a | Newsom's Office | Files | ADM 004062 - ADM 004511 |
| 17 | Engineering Department | Binders | ENG 047238 - ENG 049498 |
| 18 | Engineering Department | Binders | ENG 050032 - ENG 053662 |
| 20 | Engineering Department | Binders | ENG 053663 - ENG 056501 |
| 21 | Engineering Department | Binders | ENG 056502 - ENG 060343 |
| 22 | Engineering Department | Binders | ENG 060344 - ENG 063773 |
| 23 | Engineering Department | Binders | ENG 063744 - ENG 065994 |
| 24 | Saylor's Office | Hanging Files | ADM 004512 - ADM 006797 |
| 24a | Campbell's Office | Files | ADM 006798 - ADM 007498 |
| 25 | Rennekamp's Office | Hanging Files | COL 001515 - COL 002013 |
| 25a | Collections Files | Electronic Files | COL 002014 - COL 002860 |
| 26 | Rennekamp's Office | Hanging Files | COL 003100 - COL 004823 |
| 27 | Rennekamp's Office | Hanging Files | COL 002861 - COL 003099 |
| 28 | Campbell's Office | Files | ADM 007499 - ADM 008555 |
| 29 | Newsom's Office | Binders and Files | ADM 008556 - ADM 011571 |
| 30 | Newsom's Office | Binders | ADM 011572 - ADM 013394 |
| 31 | Newsom's Office | Binders | ADM 013395 - ADM 017366 |
| 32 | Campbell's Office | Files - File Cabinet | ADM 017367 - ADM 019055 |
| 33 | Campbell's Office | Files - File Cabinet | ADM 019056 - ADM 019726 |
| 34 | Umberg's Office | Files | ENG 049499 - ENG 050031 |
| 35 | Umberg's Office | Binders | ENG 065995 - ENG 068513 |
| 36 | Umberg's Office | Binders | ENG 068514 - ENG 070772 |
| 37 | Umberg's Office | Binders | ENG 070773 - ENG 072741 |
| 38 | Umberg's Office | Binders | ENG 072742 - ENG 074500 |
| 39 | Karney's Office | Files | ADM 019727 - ADM 020456 |
| 40 | WTP - Muddy Creek | Files | WTP 005032 - WTP 007633 |
| 41 | WTP - Little Miami | Files | WTP 007634 - WTP 008983 |
| 42 | Collections Files/Water in Basement | Files | COL 004824 - COL 009734 |
| 43 | Campbell's and Landis' Offices | Files | ADM 020457 - ADM 021942 |
| 44 | Minges' Office | Files | COL1 000001 - COL1 002489 |
| 45 | Karney's Office | Files | ADM 021943 - ADM 022395 |
| 46 | Collections and Minges | Binders | COL1 002490 - COL1 004529 |
| 47 | S. Jones' Office | Files | ENG1 000001 - ENG1 000050 |
| 48 | Minges' Office | Files | COL1 004520 - COL1 005117 |
| 49 | Winters' File Cabinet | Files | WTP 008984 - WTP 009003 |
| 50 | Winters' File Cabinet | Files | WTP 009004 - WTP 009351 |
| 51 | Doherty's Office | Files | ENG1 000051 - ENG1 000056 |
| 52 | Doherty's Office | Files | ENG1 000057 - ENG1 000065 |
| 53 | Lutz's Office | Files | ENG1 000066 - ENG1 000184 |
| 54 | Riegel's Office | Files | ENG1 000185 - ENG1 000206 |
| 55 | Saylor's Office | Files | COL1 005118 - COL1 005405 |
| 56 | Minges' Office | Binders | COL1 005406 - COL1 007852 |
| 57 | Minges' Office | Files | COL1 007853 - COL1 007937 |
| 58 | Belick's Office | Files | ENG1 000207 - ENG1 000343 |
| 59 | Kesterman's Office | Files | ENG1 000344 - ENG1 000430 |
| 60 | Jones' Office | Files | ENG1 000431 - ENG1 000698 |
| 61 | Ludwig and Carlton's Office | Files | ENG1 000699 - ENG1 000743 |
| 62 | Mosio's Office | Files | COL1 007938 - COL1 008714 |
| 63 | Minges' Office | Files | COL1 008715 - COL1 008896 |
| 64 | Riegel's Office | Files | ENG1 000744 - ENG1 001333 |
| 65 | Riegel's Office | Files | ENG1 001344 - ENG1 001374 |
| 66 | Northbrook | Files | ENG1 001375 - ENG1 001410 |
| 67 | Head, Landis, and Hammer's Office | Files | ADM 022396 - ADM 022413 |
| 68 | Minges' Office | Files | COL1 008897 - COL1 009469 |
| 69 | City Solicitor's Office | Files | SOL 000001 - SOL 001435 |
| 70 | City Solicitor's Office | Files | SOL 001436 - SOL 003228 |
| 71 | Jones' Office | Files | ENG1 001411 - ENG1 002350 |
| 72 | XCG / Consultant | Files | ENG1 002351 - ENG1 004603 |
| 73 | Umberg's Office | Files | ENG1 004604 - ENG1 004835 |

## MSD PRODUCTION LOG

| | | | |
|---|---|---|---|
| 75 | Zande's Office | Files | SPC1 000001 - SPC1 000755 |
| 76 | Zande's Office | Files | SPC1 000756 - SPC1 002759 |
| 77 | Zande's Office | Files | SPC1 002760 - SPC1 003729 |
| 78 | Mosio's Office | Binders | SPC1 003730 - SPC1 005371 |
| 79 | Minges' Office | Files | COL1 009470 - COL1 009621 |
| 80 | Gibson Dunn Files | Files | ADM 022414 - ADM 023358 |
| 81 | Gibson Dunn Files | Binders | ADM 023359 - ADM 024597 |
| 82 | Gibson Dunn Files | Files | ADM 024598 - ADM 026478 |
| 83 | Collections | Claims Files | COL1 009735 - COL1 014231 |
| 84 | Umberg's Office | Binders and Files | ENG 074501 - ENG 075099 |
| 85 | Administration Files | Files | ADM 026479 - ADM 027353 |
| | | | |
| CD001 | MSD Complaint Tracking Database | | |
| CD002 | MSD Sewer Lining, Manhole Rehabilitation, and Project Tracking Database | | |
| CD003 | GIS Data on SSO Locations | | |
| CD004 | Approved Capital Improvement Budgets | | |
| CD005 | Stormwater Reduction Program Files | | |
| CD006 | Surface Water Sampling Information | | |
| CD007 | MSD-SWM SSO 700 Flow Monitoring Data | | |
| CD008 | MSD-SWM SSO 700 Flow Monitoring Data | | |
| CD009 | MSD-SWM SSO 700 Flow Monitoring Data | | |
| FD001 | Ohio River Fecal Data 1994 to 2002 | | |