**BOX #2 Eng 002993-007394**

Contents:
1. SRP and RDII Program



**BOX #3 Eng 007395-Eng 011272**

Contents:
1. Study Area No. 12/City of Silverton/Placid Place  April 1994
2. Sutdy Area No. 13/ Pleasant Ridge/Schubert St.  May 1994
3. Project Report for Peachtree WWTP, 1995
4. Prosser Aveune Project, July 1995
5. Roselawn Area RDI/I (Robinwood Complaint)
6. Pebble Creek Treatment Plant Project Rerpot, Sanitary Sewer System
7. Peachtree Treatment Plant Project Report, Sanitary Sewer System
8. Smoke and Dye Study, Rossmoyne/Sycamore Township, January 1990
9. Smoke and Dye Study, Rossmoyne/Sycamore Township, January 1990
10. Smoke and Dye Study, Rossmoyne/Sycamore Township, January 1990
11. Final Report SRP for Pleasant Ridge Drainage Basin Vol. I April  1999
12. Final Report SRP for Pleasant Ridge Drainage Basin Vol. II April  1999
13. Final Report SRP for Pleasant Ridge Drainage Basin Vol. IIII April  1999
14. Final Report SRP for Pleasant Ridge Drainage Basin Vol. IV April

**BOX #6 CPO 2114417/Eng 019156-Eng 025654**

Contents:
1. Blue Ash/Evandale Project Report Storm Water Removal Program Sanitary Sewer System Sections A thru H, 1 of 3
2. Blue Ash/Evandale Project Report Storm Water Removal Program, Manhole Insepction Sheets 39604001 to 44602010 2 of 3
3. Blue Ash/Evandale Project Report Storm Water Removal Program, Manhole Inspection sheets 44602011 to 49516005A 3 of 3
4. MSD Project Report for Sharonville Project Area, Notebook 1 of 3, 2000
5. MSD Project Report for Sharonville Project Area, Notebook 2 of 3, 2000
6. MSD Project Report for Sharonville Project Area, Notebook 3 of 3, 2000
7. MSD Blue Ash/Evandale Project Area Arc Review, Data Files 1999
8. Data unmarked. . .

**BOX #9, Eng 031667-Eng 034332**

Contents:
1. Engineering report for the Ponce Lane/Covedale Project Sanitary Sewer Collection Analysis
2. Study Area No. 10 Village of Deer Pk 9/94, VOL I
3. Engineering Rerpot for the Covedale 1 Project/Sanitary Sewer Collection System Analysis, 1994
4. Study Area No. 10 Village of Deer Park, 9/94
5. Study Area No. 10 Village of Deer Park, Vol II

6. Study Area No. 10 Village of Deer Park, Vol III
7. Project Sanitary Sewer Collective Analysis
8. Project Report for Cheviot Project Area
9. Dye Testing Sketches M-Z Notebook 3 of 5, 1997
10. SRP Project Report for East Delhi Project Area
11. Crestbrook Project Area Sanitary Sewer

**BOX #10 CPO 2114417/Eng 034333-Eng 038245**

Contents:
1. Engineering Report for Colerain-Galbraith Project, Sanitary Sewer Collection System Analysis 1991
2. RDI/I Final Project Report Cities of North College Hill, Mt. Healthy, Cincinnati North College Hill Area for MSD of Greater Cincinnati, Book 1
3. RDI/I Final Project Report Cities of North College Hill, Mt. Healthy, Cincinnati North College Hill Area for MSD of Greater Cincinnati Book 2
4. RDI/I Final Project Report Cities of North College Hill, Mt. Healthy, Cincinnati North College Hill Area for MSD of Greater Cincinnati, Book 3
5. RDI/I Final Project Report Cities of North College Hill, Mt. Healthy, Cincinnati North College Hill Area for MSD of Greater Cincinnati, Book 4
6. Colerain Treatment Plant Project Report Sanitary Sewer System RDI/I
7. College Hill SSO #530 Project Report Sanitary Sewer System RDI/I
8. MSD SRP Project Report for Coller Avenue Sewer Project Area
9. Charlotte Avenue/Maple Avenue SSO #539 Combined Sewer Study
10. Charlotte Avenue/Maple Avenue SSO #539 Combined Sewer Study

**BOX #12 Eng 042957-Eng 047237**

Contents:
1. Blue Ash/Evandale Project Report/Stormwater Removal Program/Sanitary Sewer System Sections A thru H, 1 of 3
2. Blue Ash/Evandale Project Report/Stormwater Removal Program/Sanitary Sewer System Manhole Inspection sheets 39604001-44602010, 2 of 3
3. Investigation by Malcom Pirnie of the Anthony Wayne Project
4. Investigation of Plan Review Lockland—Arcview
5. July 17, 1991 "R.D. Zande and Associates have completed a study of the Fox Run Apt. Complex Sewer System. 7 problems have been identified. . ."
6. Rainfall Derived from Infiltration/Inflow for MSD, Arlington Heights Area, April 1995
7. Rainfall Derived from Infiltration/Inflow for MSD, Audobon area, April 1995
8. Engineering Report fro the Arrow Street Project Sanitary Sewer Collection System Analysis, 1992
9. Smoke and Dye Testing Study for the MSD, Study Area 1, The Fox Run Apartment Complex, June 1991
10. Study of Wastewater Utility Requirement for the Hoover-Cleves and Northbend drainage areas, May 1991
11. Sanitary and Storm Sewer Investigation/Elmwood Place/1995
12. Stormwater Removal Program, Amberly Village Study Area, 1997

13. Engineering Report for the Aldrich Avenue Project Sanitary Sewer Collection System Analysis, 1996
14. Blue Ash West of I-77 Bloom Road Project Area, Vol I
15. Blue Ash West of I-77 Bloom Road Project Area, Vol II

## BOX #13 WTP 000001-002362

Contents:
1. Mill Creek 1985 CO Data

## BOX #14 CPO 02114417

Contents:
1. Primary and secondary by-passing
2. data WTP002364-005031

## BOX # 18, Eng 050032-Eng 053662

Contents:
1. Project Report for Harper 1 Project Area/Loveland, OH 1994
2. Project Report for Harper 2 Project Area/Loveland, OH 1994
3. Project Report for Loveland, OH/Summary Notebook 1995
4. Project Report for Loveland, OH/Field Logs 1995
5. Project Report for Loveland, OH/Daily Logs 1995
6. Project Report for Loveland, OH/Manhole Inspection sheets, part 1  1995
7. East I-71 Bloom Road Project Report/Sanitary Sewer System, 1996
8. Project Report for Loveland, OH/Manhole Inspection sheets, Part II 1995
9. SRP Study of Blue Ash West of I-71/Bloom Road Project Area/July 97

## BOX #21 Eng 056502-Eng 060343

Contents:
1. Smoke and Dye Testing Study/Study Area No. 11/North Berkley Circle, Silverton/September 1993
2. Project Report for Mt. Washington, OH  1994
3. Project Report for Monfort Heights Project Area 1994
4. RDII Investigations for City of Mt. Healthy, June 1995
5. Manhole Inspection Sheets for Montgomery Project Area, Notebook #2/#501-1099, 1996
6. Manhole Inspection Sheets for Montgomery Project Area, Notebook #3/#1100-1488, 1996
7. Daily Logs for Montgomery Project Area/Notebook #4, 1996
8. Field Logs for Montgomery Project Area/.Notebook #5, 1996
9. Stormwater Removal Program for City of Norwood Study Area, 12/98

## BOX #22 Eng 060344-Eng 063773

Contents:

1. MSD RDI/I Project, Project Report Summary Notebook, Mongomery, Ohio  1996

    2. Northbrook II Project Report Sanitary Sewer System RDI/I 1of 2
    3. SRP Study of Mockingbird Project Area Vol I
    4. Northbork II

## BOX #23, Eng 063774 – Eng 065994

Contents:
    1. 6 Studies, RDI/I

## BOX # 24 Adm 004512- Adm006797

Contents:
    1. correspondence: lots of Zande and Garrod, Inc. letterhead, some MSD letterhead

## BOX #24 Adm606798-Adm007498

Contents:
    1. City of Cincinnati Inter-Office Correspondence, 9/30/99
    2. Mill Creek Drainage Basin, Section 1
    3. Mill Creek Drainage Basin, Section 2
    4. Mill Creek Drainage Basin, Section 3
    5. City of Cincinnati Interdepartment Correspondence Sheet, 3/22/01, "attached are copies of our complaints re: 6 " sewer in the 800 block of Woodlawn Ave."
    6. Manhole Rehabilitation: Product Demonstrations
    7. Power Point Presentation: MSD Dominant Issues 2001
    8. Hamilton County Storm Water Plan:  Scope of Work
    9. 8/3/88 Wastewater Engineering Policy and Procedures Tap-In-Fee
    10. Funding Info: Ohio EPA State and Fed. Funding for wastewater Treatment Systems

## BOX #25A COL 002014-COL 002860

Contents:
    1. Power point focus group with Pat Karney
    2. Sanitary Sewer Overflow Monitoring Program/Supplemental Report #3
    3. 11656 OM Polan Final Form 1/11/02

## ** BOX #28 Adm 007499-00855

Contents:
    1. SSO Reports

## * BOX #30 Adm 011572-013394

Contents:
    1. WQ Studies; Early SSO Plans

## BOX #34 Eng 049499-050031

Contents:
    1. SSO0700

Note: AJS has this box
**\* BOX #36 Eng 068514-070772**

Contents:
1. CSO Studies
2. Met. Sewer District SPCL

**BOX #37 Eng 070773-072741**

Contents:
1. Water Quality Studies

**BOX #38 Eng 072742-Eng 074500**

Contents:
1. Water Quality Assessment of Streams in the Service Area, 2/99
2. Water Quality Assessment of Streams in the Service Area, 6/97
3. Water Quality Assessment of Streams in the Service Area, 2/99
4. Water Quality Assessment of Streams in the Service Area, 2/99

**BOX #39 Adm 019727-ADM 020456**

Contents:
1. SSO Misc. Documents

**BOX #41 WWTP 007634-WTP 0089837**

Contents:

1. Delta Pump Station 2002
2. Delta Pump Station 2002
3. Delta Pump Station 1997
4. Delta Pump Station 1996
5. Delta Pump Station 1995
6. Delta Pump Station 1994
7. Delta Pump Station 1993
8. Delta Pump Station 1993
9. Polk Run Excursions
10. Polk Run 3 Folders
11. Sycamore Internal Bypasses 97-01
12. Pump Station Bypasses
13. Excursion Lmtp 2002
14. Excursion Lmtp 2000
15. Excursion Lmtp 1999
16. Exursion Lmtp 1992
17. Interceptor Gate 1992
18. Gate Throttling '92-'01
19. Power Failures
20. Delta Pump Station '98-'00

**\*\*\* BOX #42 COL 004824 – 009734**

Contents:
1. WIB Claims
**BOX #46, 2490-4519**

Contents:
1. Blanchetta Pump Station Elimination 1/93
2. Summary Report of Sanitary Sewer Overflows in Cincinnati/Hamilton County April 1993
3. Race Road Project Area, 8/94
4. Licking River Preliminary Stream Sampling Report, 12/94
5. Biological and Water Quality Study of the Little Miami River and Selected Tributaries Hamilton County, OH 2/96
6. CIP Review of Clearview Richmond/Orchard/Tweed/Wakefield 12/97
7. Special Investigation: Richmond and Orchard, Blue Ash and Clifford 3/98
8. Special Investigation: 3 Linden Lane/Wyoming 8/98
9. Delta Avenue Pump Station Modification/ 9/98
10. North College Hill Flow Data February-April 99, May 99
11. Operation and Maintenance Program/Wastewater Collection Division October 2001 (revised)
12. Operation and Maintenance Program/Wastewater Collection Division December 1999
13. Harwinton Lane Replacement Sewer Study April 2000
14. Interim credits program, May 2001
15. Mariemont SSO Elimination Project, 8/02
1.

**BOX #67 Adm 022396-Adm022413**

Contents:
1. Misc.
2. Damage Claims

**BOX #69 SOL 000001-001435**

Contents:
1. WIB Claims

**\* BOX #70 SOL 001436-SOL 003228**

Contents:
1. WIB Claims
**\*\*\* BOX #71 Eng 001411-002350**

Contents: SSO and Details
**\* BOX #82 Adm 024598-026478**

Contents:
    1. SSO and CSO 308 Stuff

**BOX #83 Col 009735-Col 014231**

Contents:
    1. claims

**BOX #84 Eng 074501-Eng 075098**

Contents:
    1. Fecal Coliform Study

**\*\*\* BOX #85 Adm 026479-027353**

Contents:
    1. e-mails
    2. Karney/testimony

**BOX #48 COL 4520-5117, BOX #55 COL 5118-5405**

Contents:
1. Intepartment memo to Bob Campbell from Susan Molsio/CIP request for Madeira drainage study
2. E-mails
Sanitary Sewer Overflow Remediation vea 1/1 abatement, 9/8/2000

**BOX # 62, 63, 79 COL**

Contents:
1. SSO Plans
**BOX #s 47; 51-54, 58-61, 64 Eng 1**

Contents:
1. SSO Design
**BOX #75 and 76, 75-1-755/76  756-2759**

Contents:
1. Sample Results
**BOX #77 and 78, 77/002760-003729,  78/003730-005371**

Contents:
1. Compton Sewer Studies

**BOX #1 Eng 000001-Eng 002992**                                         **486122**

1. Wyoming Project Report: Sanitary Sewer System SRP 1of 3, May 1997
2. Wyoming Project Report: Sanitary Sewer System SRP 2 of 3, May 1997
3. Wyoming Project Report: Sanitary Sewer System SRP 3 of 3, May 1997
4. Engineering Report for City of Springdale, Sanitary Sewer Collection System Analysis—December 4, 1990
5. Engineering Report for the Shadylane Project, Sanitary Sewer Collection System Analysis—January 1991
6. Engineering Report for the White Oak Project, Sanitary Sewer Collection System Analysis—April 1, 1991
7. Project Report for RDI/I Investigations for the Stansberry Park Project—February 12, 1993
8. MSD Project Report for Triplecrown Project Area Notebook 1 of 1—1999
9. RDI/I Investigations fro SSO #576 (Norwood/Cinti)—May 1994
10. Stewart Road Project Report, Combined Sewer System RDI/I—May 1994
11. Smoke & Dye Testing Study for MSD—Study Area No. 5: Village of Woodlawn—October 1993
12. RDI/I fro MSD: Windmere Area—November 1994
13. West Fork Treatment Plant Project Report, Santiatry Sewer System: RDI/I—December 1994
14. MSD RDI/I Project: Project Report for West Hills Project Area—1995
15. MSD RDI/I Project: Project Report for Weller Wood Project Area—1995
16. White Oak Treatment Plant Project Report: Sanitary Sewer System RDI/I—August 1995

**BOX #4 Eng 011273-Eng 014910**                                         **486121**

1. MSD of Greater Cincinnati Delhi Study Area Project Maps—November 19, 1999
2. MSD of Greater Cincinnati Delhi Study Area Book No. 1—November 19, 1999
3. MSD of Greater Cincinnati Delhi Study Area Book No. 2—November 19, 1999
4. MSD of Greater Cincinnati Delhi Study Area Book No. 3—November 19, 1999
5. MSD of Greater Cincinnati Delhi Study Area Book No. 4—November 19, 1999
6. MSD of Greater Cincinnati Delhi Study Area Book No. 5—November 19, 1999 (x2)
7. MSD of Greater Cincinnati Lincoln Heights Study Area Project Maps—November 19, 1999
8. MSD of Greater Cincinnati Lincoln Heights Study Area Book 1—November 19, 1999
9. MSD of Greater Cincinnati Lincoln Heights Study Area Book 2—November 19, 1999
10. RDI/I for MSD: Ridge Road @ Lakeview Drive Area—January 1995 (x2)
11. Rainwater & Land Development: Ohio's Standards for Stormwater Management, Land Development and Urban Stream Protection

**BOX #5 Eng 014911-Eng 019155**          **486120**

1. MSD of Greater Cincinnati Jessup Road Study Area Project Maps—November 19, 1999
2. MSD of Greater Cincinnati Jessup Road Study Area Book 1—November 19, 1999
3. MSD of Greater Cincinnati Jessup Road Study Area Book 2—November 19, 1999
4. MSD of Greater Cincinnati Jessup Road Study Area Book 3—November 19, 1999
5. MSD of Greater Cincinnati Jessup Road Study Area Book 4—November 19, 1999
6. MSD of Greater Cincinnati Jessup Road Study Area Book 5—November 19, 1999
7. MSD of Greater Cincinnati Jessup Road Study Area Book 6—November 19, 1999
8. MSD of Greater Cincinnati Jessup Road Study Area Book 7—November 19, 1999
9. MSD of Greater Cincinnati Jessup Road Study Area Book 8—November 19, 1999

**BOX #7 Eng 025655-Eng 027695**          **486106**

1. RDI/I Fries No. 3 Project—March 15, 1993
2. MSD RDI/I Project Fairlook Project Area—1994
3. MSD RDI/I Project for Frontier Park-November 1994
4. MSD RDI/I Investigations for Edgemont/Springfield Township—February 1995
5. Graves Area Report Sanitary Sewer System RDI/I—April 1995
6. Engineering Report for Lake Terrace Park (Trailer Court), Private Sanitary Sewer System, Colerain/Galbraith Project Area—November 1995
7. Foley Forest Pump Station Project Report, Sanitary Sewer System RDI/I—April 1996
8. Evans Street Project, Stormwater Removal Program, Combined Sewer Study—August 1997
9. Stormwater Removal Program Study of Escalon Street in Carthage—December 1998 (x2)
10. Stormwater Removal Program Study of the Groesbeck Project Area, Volume 2 of 6—December 1998

**Box #11 Eng 038246-Eng 042957**          **486123**

1. Smoke & Dye Testing for MSD: Study Area No. 3—Village of Cleves and North Bend, Volume 1 & 2—December 1991
2. RDI/I Investigations for SSO areas in Hamilton County, Bridgetown, OH: Notebook #1 Project Summary Report—1993

3. Brunswick Village Treatment Plant Project Report, RDI/I Sanitary Sewer System—March 1995
4. MSD RDI/I Project Report Notebook #2, Manhole Inspection Data Sheets, Bridgetown, OH—1993
5. MSD RDI/I Project Report Notebook #3: Smoke & Dye Testion Field Logs, Bridgetown, OH—1993
6. MSD RDI/I Project Report Notebook #4: Dye Testion Field Sketches, Bridgetown, OH—1993
7. MSD RDI/I Project Report Notebook #5: Daily Logs, Bridgetown, OH—1993
8. Cedar Ridge Treatment Plant Project Report, RDI/I Investigation, Sanitary Sewer System—October 1995
9. MSD Project Report for Cheviot Project Area, Summary Notebook 1 of 5—1997
10. MSD Project Report For Cheviot Project Area, Notebook 2 of 5: Dye Testing Sketches A-M—1997
11. Stormwater Removal Program: Study of the Groesbeck Project Area, Volume 1 of 6—December 1998
12. MSD Stormwater Removal Program: Blue Ash/Evendale Project Report— November 1999

**Box #15  COL000001- Col001515**                                    __486108__

1. MSD SSO Monitoring and Reporting Plan—December 1999
2. MSD Sewer Overflow Response Plan—December 1999
3. Cincinnati MSD SSO Monthly Reports—January 1994-July1995
4. Cincinnati MSD SSO Monthly Reports—August 1995-December 1996
5. SSO 700 Update Report for January-December 2000
6. MSD SSWO Monitoring Program Supplemental Report #3—January 2002
7. CIP—December 2000

**Box #16a  ADM 004062-ADM004511**                                    __486115__

1. Consent Order for OEPA, Cincinnati Board of Commissioners, and City of Cincinnati
2. Correspondence, Mill Creek WWTP
3. NPDES permit—1986,1981,1995,1998,2001
4. Bio-monitoring Results/Little Miami—1998

**Box #17  Bates(Eng 047238-Eng 0494989)** _____ 486117

1. Engineering Report for the Lauderdale/Whiteoak Project, Sanitary Sewer Collection System Analysis—1991
2. Engineering Report for the Lansdowne/Gwenwyn Project, Sanitary Sewer Collection System Analysis—1992
3. Project Report for RDI/I: Inveswtigations for the Leconte Project, March 22, 1993
4. RDI/I for MSD Lockland Area—June 1995
5. Losantiville @ Cedarbrook SSO#1032 Project Report, Sanitary Sewer System RDI/I—November 1996
6. Lo-Har Project Report, RDI/I Investigation Sanitary Sewer System—May 1994
7. Lakewood Pump Station Project Report, RDI/I Investigation Sanitary Sewer System—June 1996
8. RDI/I for MSD, Kennedy-Montgomery Area—October 1994
9. RDI/I Study of Lamarque Project Area—February 1996
10. Harrison and Grace Compliant Area Project Report, RDI/I Sanitary Sewer System—July 1995
11. Hazelwood Project Report Stormwater Removal Program, Sanitary Sewer System—August 1998
12. Smoke & Dye Testing Study for MSD, Study Area #8: Indian Hill-Kugler Mill Pump Station—May 1992
13. Smoke & Dye Testing Study for MSD, Study Area #6: Indian Hill-South Clippinger—May 1992

**Box #20  Eng053663-Eng 0565051** _____ 486118

1. South Plainfield Special Report, Sanitary Sewer Study –May 1999
2. Fields Procedures Manual for MSD RDI/I for SSO Areas
3. Orientation Manual for RDI/I Inverstigations for SSO areas in Hamilton County
4. MSD Project Report for Cheviot Project Area, Daily Logs, Notebook 4 of 5—1997
5. MSD Project Report for Cheviot Project Area, Field logs, Notebook 5 of 5—1997
6. Report of SRP for City of Norwood Project Area: Questionnaire & Interview Project—September 1998 (x2)
7. Orchard/Robison Complaint Area Project Report, RDI/I Investigations Sanitary Sewer System—February 1995
8. Orchard Lane/Richmond Avenue Complaint Area, RDI/I Sanitary Sewer System
9. MSD RDI/I Project: Project Report for Oakhollow Project Area—1995
10. MSD RDI/I Project: Project Report for Oakview Project Area—1995
11. Rainwater and Land Development: Ohio's Standards for Stormwater Management Land Development and Urban Stream Protection

**Box #25 Col 001516-002013**         486102

1. Local Climatological Data—January 1994-June 2000
2. Rain Gage Data—March 1994-June 2000
3. Rain Gage Data—September 1992-July 20002

**Box #25a Col002016-002860**         481862

EMPTY????

**Box #26 Col003100-Col004823**         486105

1. SSO Summary of Discharge Dates, Part 1 & 2 (Wastewater Collection Division)—March 1994-May 2000
2. Monitoring Reports—March 1994-December 1994
3. SSO & PSO Discharge Summaries—March 1994-June 2000
4. SSO Monitoring Reports—January 1995-December 1995
5. SSO Monitoring Reports—January 1996-December 1996
6. SSO Monitoring Reports—January 1997-December 1997
7. SSO Monitoring Reports—January 2000-May 2000
8. SSO Monitoring Reports—January 1998-December 1998
9. SSO Monitoring Reports—January 1999-December 1999

**Box #27 Col002861-Col003099**         486107

1. MSD FC Data Summaries
2. SRP Corrections
3. Lining Data—January1998-September 1999

**Box #31 ADM013395-ADM07366**         486119

1. Cincinnati MSD SSO 700 Update Report—January 99-February 2000
2. SSO 700 Update Report—May & June 1999
3. SSO Site Reports—August 2000
4. Cincinnati MSD SSO 700 Update Reports—June 1997-October 1998
5. Cincinnati MSD SSO 700 Update Reports—July 1998-December 1998
6. Cincinnati MSD SSO 700 Update Reports—September 1997-June 1998
7. Cincinnati MSD SSO 700 Update Reports—March 2000-October 2001
8. General Compliance Plan to Eliminate SSO's:  Compliance Status Report for the OEPA Director's Order No. 2—June 1993
9. SSO Site Information: Site Reports, Maps, Photos—August 2001

**Box #32  ADM 017367-ADM019055** _____ 486104

1. Division of Industrial Waste Budget—2001
2. 2000 Capital Improvement Proposals
3. Capacity Assessment—2002
4. Capital Improvement Program 2002
5. City of Cincinnati Performance Measures—2000
6. Commissioner Dowlin/CIP Questions—2002
7. 2000 Complaints
8. Correspondence 2000-2002
9. Council Response
10. County Staff Meetings
11. Design & Constitutions Change Order Summaries
12. Emergency Sewer Response—2000
13. Engineering Goals/Accomplishments 1999
14. Federal Grant $$—2001
15. Financial Report—February 2002
16. Hiring Freeze—2002
17. Incineration—September 1993
18. MSD Fees & Fact Sheets—2000
19. MSD Design Criteria—1999
20. Monitoring Reports SSO—2002
21. Baltimore Basin Study—1999
22. Operating  Budget—MSD 2001
23. Priority Ranking System—1995
24. Public Advisory Committee—MSD Public Advisory 2001
25. Richmond & Orchard—2000
26. Sewage Service Charges—1999
27. Sewer Top Moratorium—August 19, 1998
28. SSO Monitoring & Reporting Plan—Draft Report—December 1999
29. Water Consumption
30. Bernard & Risenberg Storm Sewer—1999
31. Basement Backup Study List—1999
32. Brookway Subdivision—2002
33. Covedale Area Sewer Improvements
34. Creek Road/Main Street
35. Colerain/Galbraith Relief Sewer
36. Colonial Drive
37. Cooper Creek Replacement Sewer
38. Cornell Road
39. Covedale
40. CSO Facilities Plan
41. Emergency Sewer Repair
42. Fort Washington Way
43. Diana Drive

**Box #33  ADM 019056-ADM 019726**                                        **486113**

1.  Hall Avenue
2.  7314 Gaines
3.  Hunterston
4.  Little Miami River Basin Plan
5.  Madeira Project
6.  Mill Creek
7.  Mill Creek-East Branch
8.  Mill Creak-TP
9.  Minimal Impact Criteria
10. Monitoring Modeling Program
11. Muddy Creek
12. Observatory/Monteith Sewer Improvement
13. SSO Request for Design Proposals
14. SSO #701
15. SSO #700
16. Sharon Road to Cornell
17. Pleasant/Hunterston
18. Pleasant Run
19. Polk Run Trunk Sewer
20. System Wide Modeling
21. Symmes Township
22. Toluca Court
23. Werk & Westbourne
24. Whittekind Terrace
25. Willowbrook Lane Sewer
26. Wooster Pike
27. SMV Pending Problems
28. HAMCO TAC: "A Deep Cavern Commercially Mined as a Park of
    Wastewater Mangement"
29. Process Control-Mill Creek Foam Incidents


**Box #40  WTP 005032-WTP007633**                                        **486114**

1.  Muddy Creek Surcharge & Bypass Record—1993-2000

**Box #43  ADM 020457-ADM 021942**                              486110

1. Resolution fixing Rates for Sewerage Service Changes, Surcharges & Industrial Pretreatment Charges
2. Official Statement: Hamilton County, Ohio Sewer System Improvement & Refunding Revenue Bonds, 2001 Series A-MSD
3. Report on Wastewater Rates for MSD of Hamilton County Managed by the City of Cincinnati, Ohio—1991, 1993, 1996, 1999
4. Mill Creek Flood Control & CSO Tunnel Feasibility Study Report for MSD--March 2002
5. MSD Annual Report—1992-2001
6. Campbell Emails SSO Sent #1
7. Campbell Emails SSO Received #1, #2, #4
8. Campbell-Computer-WIB-Received Emails
9. WIB Resolution
10. Warren County Flow Issues
11. Campbell-Computer-WIB-Sent Emails
12. Schroer Avenue Documentation

**Box #44  COL 1-COL 2489**                              486109

1. Sewer Repair Tracking
2. Flow Monitoring Report:  Sycamore Drainage Basin—May 1992
3. MSD SSO Monitoring Program Supplemental Report #3—January 2002

**Box #49 WTP 008984-WTP 009003**
**Box#50  WTP 009004-WTP 009351**                              486112

1. WWT Division Improvement Projects-Mill Creek Treatment Plant—December 1996
2. WWT Division, Reference-NPDES/Mill Creek, Significant Non-Compliance Guidelines—Calculations
3. WWT Division, SSO Consent Order--Correspondance-2002

**Box #56  COL 005406-COL 007852**
**Box #57  COL 007853-COL 007937**                              486116

1. Update of the Sanitary Sewer Overflow Report for the Mill Creek, Muddy Creek, and Little Miami Drainage Basins [DRAFT]—August 1999
2. MSD SSO Monitoring & Reporting Plan—December 1999, Revised Feb. 2002
3. CSO Monitoring Program Annual Report—November 1994

4. MSD System Wide Model Proposal—October 1999
5. Special Projects 6900 Beechmont Area: Interim Report—March 1998
6. CSO Monitoring Interim Annual Report—May 1993
7. CSO Monitoring Program Annual Report—November 1995
8. CSO Monitoring Program Annual Report—November 1996
9. CSO Monitoring Program Annual Report—November 1993
10. Anthony Wayne Project Area SRP Sanitary Sewer Study—July 1999
11. System Wide-Model Project Work Plan—July 2000
12. CSO Monitoring Program Evaluation Report—July 1997
13. Matson Avenue Sewer Study
14. Final Report: Field Inspection Report for Known SSO Locations—October 1992
15. Special Investigation: Richmond & Orchard (SSO #579)—October 1997
16. MSD Expanded Programs & Budget Information


**Box #67  ADM 022396-ADM 022413                        481876**

1. Damage Claims


**Box #72  ENG 002351-ENG 004603                        486111**

1. East Branch Mill Creek Sewer System & Water Quality Study—Correspondence


**Box #80  ADM 022414-ADM 023358                        486103**

1. Discharge Records & Preliminary Climatology Data—1994-2000
2. Rain Gage Data March 1994-June 2000
3. Proposed Consent Decree—December 8, 1999


**Box #81  ADM 023359-ADM 024597                        486101**

1. Metropolitan Sewer District of Greater Cincinnati Combined Sewer Overflow Operational and Maintenance Plan for the Muddy Creek Service Area—May 1997
2. Greater Cincinnati CSO Operational & Maintenance Plan for the Mill Creek Service Area: Volume 1 & 2—March 1997
3. Metropolitan Sewer District of Greater Cincinnati: Industrial Waste SSO/CSO Discharge Management and Minimization Plan: Division of Industrial Waste—December 1999, Revised 2001