| 8/3/2004 | Albert J. Slap, Esq. | |
|---|---|---|
| 9:20 PM | Pre-bill Worksheet | Page    1 |

---

### Selection Criteria

| Client (hand select) | Include: SSO700 |
|---|---|
| Timekeeper (hand s | Include: Katie Danko |

| Nickname | SSO700 | 23 | | |
|---|---|---|---|
| Full Name | Marilyn Wall | | |
| Address | ECO | | |
| | Wyoming OH | | |
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 5/25/2004 | | |
| Last payment | | Amount | $0.00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Timekeeper: none**

| 3/10/2003 | Katie Danko | 90.00 | 1.00 | 90.00 | Billable |
|---|---|---|---|---|---|
| 1709 | Meeting | | | | |
| | Meeting w/ counsel | | | | |
| 3/11/2003 | Katie Danko | 90.00 | 6.50 | 585.00 | Billable |
| 1710 | Review | | | | |
| | Review - MSD sewage in basement complaints | | | | |
| 3/12/2003 | Katie Danko | 90 00 | 4.50 | 405.00 | Billable |
| 1711 | Research | | | | |
| | Research - catalogue boxes from MSD | | | | |
| 3/13/2003 | Katie Danko | 90.00 | 4.50 | 405.00 | Billable |
| 1712 | Research | | | | |
| | Research - cataloguing boxes from MSD | | | | |
| 3/14/2003 | Katie Danko | 90.00 | 3.50 | 315.00 | Billable |
| 1713 | Research | | | | |
| | Research - cataloguing boxes; meeting w/clients and counsel | | | | |
| 3/16/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 1714 | Meeting | | | | |
| | Meeting w/ client | | | | |
| 3/17/2003 | Katie Danko | 90.00 | 3.50 | 315.00 | Billable |
| 1727 | Preparation | | | | |
| | Preparation index of MSD documents for attorneys | | | | |

8/3/2004                                    Albert J. Slap, Esq.
9:20 PM                                     Pre-bill Worksheet                                    Page    2

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/21/2003 | Katie Danko | 90.00 | 5.50 | 495 00 | Billable |
| 1728 | Meeting | | | | |
| | Meeting w/attorney to go over case background; review documents regarding lawsuit | | | | |
| 3/24/2003 | Katie Danko | 90.00 | 5.50 | 495.00 | Billable |
| 1745 | Misc. | | | | |
| | Research on SSO issue; preparation for interviews | | | | |
| 3/25/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 1746 | Conference | | | | |
| | Conference with Albert; visit to SSO 700 and other sites; review complaint and other pleadings | | | | |
| 3/26/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 1747 | Review | | | | |
| | Review pleadings to get up to date; telephone interviews w/ SIB residents | | | | |
| 3/27/2003 | Katie Danko | 90.00 | 8.50 | 765.00 | Billable |
| 1748 | telecon | | | | |
| | interviews w/SIB residents; review pleadings; interview w/ resident and travel | | | | |
| 3/28/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 1749 | Meeting | | | | |
| | Meeting w/ resident; travel; review pleadings and web research on SSOs | | | | |
| 3/31/2003 | Katie Danko | 90.00 | 8.50 | 765.00 | Billable |
| 1759 | Review | | | | |
| | review MSD documents for lawsuit and review pleadings; t/c to SIB residents | | | | |
| 4/1/2003 | Katie Danko | 90.00 | 6.50 | 585.00 | Billable |
| 1760 | Review | | | | |
| | Review documents and pleadings; t/c to SIB residents; meeting w/ SIB residents | | | | |
| 4/2/2003 | Katie Danko | 90.00 | 4.50 | 405.00 | Billable |
| 1761 | Preparation | | | | |
| | Preparation - cataloguing docs for storage; | | | | |
| 4/3/2003 | Katie Danko | 90.00 | 10.00 | 900.00 | Billable |
| 1762 | Meeting | | | | |
| | Meeting w/ SIB residents; cataloging documents; meeting w/ Green Twp. residents | | | | |
| 4/4/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 1763 | Conference | | | | |
| | Conference w/ counsel; review documents and pleadings; | | | | |

8/3/2004                                      Albert J. Slap, Esq.
9:20 PM                                       Pre-bill Worksheet                              Page      3

SSO700:Manlyn Wall (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 4/14/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 1771 | File Review | | | | |
| | File Review - MSD document production | | | | |
| 4/15/2003 | Katie Danko | 90.00 | 0.50 | 45.00 | Billable |
| 1772 | telecon | | | | |
| | t/c w/ client | | | | |
| 4/16/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 1773 | Meeting | | | | |
| | Meeting w/ SIB victims | | | | |
| 4/17/2003 | Katie Danko | 90.00 | 2.50 | 225.00 | Billable |
| 1774 | Conference | | | | |
| | Conference with counsel; meeting with SIB victims | | | | |
| 4/18/2003 | Katie Danko | 90.00 | 3.00 | 270.00 | Billable |
| 1775 | e-mail | | | | |
| | e-mail to counsel and clients; weekly summary report | | | | |
| 4/21/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 1776 | File Review | | | | |
| | File Review - MSD production documents | | | | |
| 4/22/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2447 | telecon | | | | |
| | t/c to SIB residents; e-mails and research | | | | |
| 4/23/2003 | Katie Danko | 90.00 | 40.00 | 3,600.00 | Billable |
| 2448 | telecon | | | | |
| | t/c with residents, emails, research | | | | |
| 4/24/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 2449 | Research | | | | |
| | research, meetings with SIB victims | | | | |
| 4/25/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2450 | telecon | | | | |
| | t/c with residents, research, meetings w. SIB victims | | | | |
| 4/28/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2451 | telecon | | | | |
| | t/c with residents, corresp. w/ residents | | | | |
| 4/29/2003 | Katie Danko | 90.00 | 7.00 | 630.00 | Billable |
| 2452 | telecon | | | | |
| | t/c with lawyer, SIB residents, meeting, corresp. to SIB residents | | | | |

Albert J. Slap, Esq.
Pre-bill Worksheet

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/30/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 2453 | Research | | | | |
| | Research, t/c with SIB residents, corresp. to SIB residents, looked over catalogued files | | | | |
| 5/1/2003 | Katie Danko | 90.00 | 6.50 | 585.00 | Billable |
| 2454 | Meeting | | | | |
| | Meeting with SIB residents, t/c with SIB residents, corresp to SIB residents, travel | | | | |
| 5/2/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2455 | Interview | | | | |
| | Interview w/ SIB residents, travel; corresp. to SIB residents, obtaining catalogued files | | | | |
| 5/5/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2456 | telecon | | | | |
| | t/c with SIB residents, corresp. to SIB residents, travel, worked w/ catalogued files | | | | |
| 5/6/2003 | Katie Danko | 90.00 | 8.50 | 765.00 | Billable |
| 2457 | Interview | | | | |
| | Interview and phone calls w/ SIB residents, travel, meeting w/ lawyer, corresp | | | | |
| 5/7/2003 | Katie Danko | 90.00 | 7.50 | 675.00 | Billable |
| 2458 | Interview | | | | |
| | Interview and phone calls w/ SIB residents, corresp., worked w/ catalogued files, travel | | | | |
| 5/8/2003 | Katie Danko | 90.00 | 1.50 | 135.00 | Billable |
| 2460 | Paralegal | | | | |
| | Paralegal work | | | | |
| 5/9/2003 | Katie Danko | 90.00 | 9.50 | 855.00 | Billable |
| 2459 | Paralegal | | | | |
| | paralegal work | | | | |
| 5/12/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 2461 | Interview | | | | |
| | Interview w/ SIB residents, travel | | | | |
| 5/13/2003 | Katie Danko | 90.00 | 7.50 | 675.00 | Billable |
| 2462 | telecon | | | | |
| | t/c w/ SIB residents, paralegal work | | | | |

8/3/2004                              Albert J. Slap, Esq
9:20 PM                               Pre-bill Worksheet                                      Page      5

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/14/2003 | Katie Danko | 90.00 | 9.00 | 810.00 | Billable |
| 2463 | Paralegal | | | | |
| | Paralegal work, meeting w/ lawyer, SIB interviews | | | | |
| 5/15/2003 | Katie Danko | 90.00 | 7.50 | 675.00 | Billable |
| 2464 | Interview | | | | |
| | Interview w/ SIB residents, travel, paralegal work | | | | |
| 5/16/2003 | Katie Danko | 90.00 | 5.50 | 495.00 | Billable |
| 2465 | Interview | | | | |
| | Interview w/ SIB residents, travel, paralegal work | | | | |
| 5/19/2003 | Katie Danko | 90.00 | 7.50 | 675.00 | Billable |
| 2466 | Interview | | | | |
| | Interviews w/ SIB residents, travel, phone calls, paralegal work | | | | |
| 5/20/2003 | Katie Danko | 90.00 | 5.50 | 495.00 | Billable |
| 2467 | Interview | | | | |
| | Interviews w/ SIB residents, phone calls, paralegal work | | | | |
| 5/21/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 2468 | Interview | | | | |
| | Interviews w/ SIB residents, meeting w/ clients, paralegal work | | | | |
| 5/22/2003 | Katie Danko | 90.00 | 6.50 | 585.00 | Billable |
| 2469 | Interview | | | | |
| | Interviews w/ SIB residents, travel, paralegal work, bulk mailing | | | | |
| 5/23/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2470 | Paralegal | | | | |
| | paralegal work, meeting w/ Albert | | | | |
| 5/27/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2471 | telecon | | | | |
| | t/c with SIB residents, paralegal work | | | | |
| 5/28/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2472 | telecon | | | | |
| | t/c with SIB residents, paralegal work | | | | |
| 5/29/2003 | Katie Danko | 90.00 | 9.00 | 810.00 | Billable |
| 2473 | Interview | | | | |
| | Interviews with SIB residents, travel, paralegal work | | | | |
| 5/30/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2474 | Meeting | | | | |
| | Meeting w/ clients, SIB interviews | | | | |

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/2/2003<br>2475 | Katie Danko<br>Interview<br>Interviews w/ SIB residents, worked on SIB video, travel | 90.00 | 4.50 | 405.00 | Billable |
| 6/3/2003<br>2476 | Katie Danko<br>Interview<br>Interview w/ SIB resident, phone calls | 90.00 | 3.00 | 270.00 | Billable |
| 6/4/2003<br>2477 | Katie Danko<br>Interview<br>Interviews w/ SIB residents, phone calls | 90.00 | 4.50 | 405.00 | Billable |
| 6/5/2003<br>2478 | Katie Danko<br>Meeting<br>Meeting w/ clients and lawyer, SIB interview, travel, conference call | 90.00 | 3.50 | 315.00 | Billable |
| 6/6/2003<br>2479 | Katie Danko<br>Interview<br>Interviews w/ SIB residents, travel, paralegal work | 90.00 | 5.00 | 450.00 | Billable |
| 6/13/2003<br>2480 | Katie Danko<br>telecon<br>t/c with SIB residents, meeting with client | 90.00 | 2.00 | 180.00 | Billable |
| 6/16/2003<br>2481 | Katie Danko<br>telecon<br>t/c w/ SIB residents, paralegal work | 90.00 | 4.00 | 360.00 | Billable |
| 6/17/2003<br>2482 | Katie Danko<br>Interview<br>Interviews w/ SIB residents, travel, phone calls | 90.00 | 4.00 | 360.00 | Billable |
| 6/18/2003<br>2483 | Katie Danko<br>Interview<br>Interviews w/ SIB residents, phone calls, worked on SIB video, corresp w/ residents | 90.00 | 7.00 | 630.00 | Billable |
| 6/19/2003<br>2484 | Katie Danko<br>Paralegal<br>worked on SIB video, SIB interview, corresp w/ residents | 90.00 | 4.50 | 405.00 | Billable |
| 6/20/2003<br>2485 | Katie Danko<br>Meeting<br>Meeting w/ lawyer, corresp w/ SIB victims | 90.00 | 5.00 | 450.00 | Billable |
| 6/30/2003<br>2486 | Katie Danko<br>Misc.<br>worked on video, paralegal work, meeting w/ lawyer | 90.00 | 6.50 | 585.00 | Billable |

8/3/2004                              Albert J. Slap, Esq.
9:20 PM                               Pre-bill Worksheet                          Page      7

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/1/2003<br>2487 | Katie Danko<br>Paralegal<br>paralegal work, video | 90.00 | 4.00 | 360.00 | Billable |
| 7/2/2003<br>2488 | Katie Danko<br>Misc.<br>worked on video, meeting w/ clients, SIB phone calls, paralegal work | 90.00 | 5.00 | 450.00 | Billable |
| 7/3/2003<br>2489 | Katie Danko<br>Research<br>Research | 90.00 | 3.00 | 270.00 | Billable |
| 7/7/2003<br>2490 | Katie Danko<br>Misc.<br>worked on SIB video | 90 00 | 4.50 | 405.00 | Billable |
| 7/8/2003<br>2491 | Katie Danko<br>Misc.<br>SIB phone calls, SIB video | 90.00 | 6.00 | 540.00 | Billable |
| 7/9/2003<br>2492 | Katie Danko<br>Meeting<br>Meeting with MSD, USEPA, DOJ, travel | 90.00 | 4.00 | 360.00 | Billable |
| 7/10/2003<br>2493 | Katie Danko<br>Misc.<br>SIB video | 90.00 | 1.00 | 90.00 | Billable |
| 7/14/2003<br>2494 | Katie Danko<br>Interview<br>Interview w/ SIB resident, SIB phone calls, SIB video | 90.00 | 5.00 | 450.00 | Billable |
| 7/15/2003<br>2495 | Katie Danko<br>Interview<br>Interviews w/ SIB residents, travel, SIB phone calls | 90.00 | 2.00 | 180.00 | Billable |
| 7/16/2003<br>2496 | Katie Danko<br>Misc.<br>SIB phone calls, SIB bulk mailing | 90.00 | 3.00 | 270.00 | Billable |
| 7/17/2003<br>2497 | Katie Danko<br>Misc.<br>SIB video | 90.00 | 5.00 | 450.00 | Billable |
| 7/18/2003<br>2498 | Katie Danko<br>Misc.<br>SIB video | 90.00 | 6.00 | 540.00 | Billable |

Albert J. Slap, Esq.
Pre-bill Worksheet

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 7/21/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2499 | telecon | | | | |
| | t/c with MSD, USEPA, DOJ; SIB interviews, bulk mailing | | | | |
| 7/22/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 2500 | Paralegal | | | | |
| | paralegal work, corresp w/ SIB victims | | | | |
| 7/23/2003 | Katie Danko | 90.00 | 6.50 | 585.00 | Billable |
| 2501 | Misc. | | | | |
| | SIB video; SIB interview, travel | | | | |
| 7/24/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2502 | Paralegal | | | | |
| | paralegal work, SIB video | | | | |
| 7/25/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 2503 | Misc. | | | | |
| | SIB video | | | | |
| 7/28/2003 | Katie Danko | 90.00 | 4.50 | 405.00 | Billable |
| 2504 | Interview | | | | |
| | Interviews w/ SIB residents, travel, phone calls | | | | |
| 7/29/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2505 | Interview | | | | |
| | Interviews w/ SIB residents; phone calls | | | | |
| 7/30/2003 | Katie Danko | 90.00 | 8.00 | 720.00 | Billable |
| 2506 | Misc. | | | | |
| | SIB phone calls; SIB video | | | | |
| 7/31/2003 | Katie Danko | 90.00 | 8.50 | 765.00 | Billable |
| 2507 | Misc. | | | | |
| | SIB interview; travel; SIB video; meeting w/ client | | | | |
| 8/1/2003 | Katie Danko | 90.00 | 3.00 | 270.00 | Billable |
| 2508 | Misc. | | | | |
| | SIB video | | | | |
| 8/3/2003 | Katie Danko | 90.00 | 1.50 | 135.00 | Billable |
| 2509 | Misc. | | | | |
| | SIB video | | | | |
| 8/4/2003 | Katie Danko | 90.00 | 7.00 | 630.00 | Billable |
| 2510 | Interview | | | | |
| | Interviews w/ SIB residents; travel; SIB phone calls; SIB video | | | | |

Albert J. Slap, Esq.
Pre-bill Worksheet

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 8/5/2003 2511 | Katie Danko Interview Interviews w/ SIB residents; SIB phone calls | 90.00 | 4.00 | 360.00 | Billable |
| 8/6/2003 2512 | Katie Danko Interview Interviews w/ SIB residents; travel | 90.00 | 3.00 | 270.00 | Billable |
| 8/7/2003 2513 | Katie Danko Interview Interview w/ SIB resident; travel; SIB phone calls | 90 00 | 4.00 | 360.00 | Billable |
| 8/8/2003 2514 | Katie Danko telecon t/c with SIB residents | 90.00 | 1.00 | 90.00 | Billable |
| 8/11/2003 2515 | Katie Danko Interview Interview w/ SIB resident; travel; SIB phone calls | 90.00 | 2.50 | 225.00 | Billable |
| 8/12/2003 2516 | Katie Danko telecon t/c with SIB residents | 90.00 | 1.00 | 90.00 | Billable |
| 8/13/2003 2517 | Katie Danko Misc. SIB video; SIB phone calls | 90.00 | 6.00 | 540.00 | Billable |
| 8/14/2003 2518 | Katie Danko Misc. SIB video | 90.00 | 1.00 | 90.00 | Billable |
| 8/15/2003 2519 | Katie Danko Misc. SIB video; SIB phone calls | 90.00 | 2.00 | 180.00 | Billable |
| 8/18/2003 2520 | Katie Danko Interview t/c with SIB residents, SIB interview, travel | 90.00 | 4.50 | 405.00 | Billable |
| 8/19/2003 2521 | Katie Danko Misc. SIB video; SIB phone calls | 90.00 | 2.00 | 180.00 | Billable |
| 8/21/2003 2522 | Katie Danko Meeting Meeting w/ clients; SIB interview; travel; research | 90.00 | 3.50 | 315.00 | Billable |

8/3/2004                                    Albert J Slap, Esq.
9:20 PM                                     Pre-bill Worksheet                            Page    10

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/22/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 2523 | Misc. | | | | |
| | SIB video; SIB phone calls | | | | |
| 8/25/2003 | Katie Danko | 90.00 | 1.00 | 90.00 | Billable |
| 2524 | Misc. | | | | |
| | SIB phone calls | | | | |
| 8/26/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 2525 | Meeting | | | | |
| | Meeting w/ lawyer and client; SIB interview; travel | | | | |
| 8/28/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2526 | Interview | | | | |
| | Interviews w/ SIB residents, meeting w/ lawyer | | | | |
| 9/15/2003 | Katie Danko | 90.00 | 2.50 | 225.00 | Billable |
| 2527 | Misc. | | | | |
| | SIB phone calls; research | | | | |
| 9/16/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 2528 | Misc. | | | | |
| | SIB phone calls, research, paralegal work | | | | |
| 9/18/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2529 | Meeting | | | | |
| | Meeting w/ client and lawyer, t/c with lawyer and client, SIB phone calls | | | | |
| 9/19/2003 | Katie Danko | 90 00 | 1.50 | 135.00 | Billable |
| 2530 | Misc. | | | | |
| | research, SIB phone calls/emails | | | | |
| 9/22/2003 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2531 | Research | | | | |
| | Research | | | | |
| 9/23/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 2532 | telecon | | | | |
| | t/c with SIB residents | | | | |
| 9/24/2003 | Katie Danko | 90.00 | 1.50 | 135.00 | Billable |
| 2533 | Misc. | | | | |
| | t/c with SIB residents | | | | |
| 9/25/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2534 | Interview | | | | |
| | Interview w/ SIB resident; travel; SIB phone call inteviews | | | | |

Albert J. Slap, Esq.
Pre-bill Worksheet

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 9/26/2003 2535 | Katie Danko Research Research on tunnel; SIB phone calls | 90.00 | 5.00 | 450.00 | Billable |
| 9/29/2003 2536 | Katie Danko Research Research, paralegal work | 90.00 | 4.00 | 360.00 | Billable |
| 9/30/2003 2537 | Katie Danko Paralegal paralegal work | 90.00 | 2.00 | 180.00 | Billable |
| 10/1/2003 2538 | Katie Danko Paralegal paralegal work, research | 90.00 | 5.50 | 495.00 | Billable |
| 10/2/2003 2539 | Katie Danko Research Research on grinder pumps (prevention program), meeting w/ clients | 90.00 | 8.00 | 720.00 | Billable |
| 10/3/2003 2540 | Katie Danko Research Research on grinder pumps | 90.00 | 2.50 | 225.00 | Billable |
| 10/6/2003 2541 | Katie Danko Paralegal paralegal work | 90.00 | 4.00 | 360.00 | Billable |
| 10/7/2003 2542 | Katie Danko Meeting Meeting w/ Norwood residents | 90.00 | 3.00 | 270.00 | Billable |
| 10/8/2003 2543 | Katie Danko Research Research on grinder pumps, Global Consent Decree, SIB interviews | 90.00 | 8.00 | 720.00 | Billable |
| 10/9/2003 2544 | Katie Danko Paralegal paralegal work, research on grinder pumps, consent decree, meeting w/ clients | 90.00 | 7.00 | 630.00 | Billable |
| 10/10/2003 2545 | Katie Danko Research Research, t/c with SIB residents | 90.00 | 2.00 | 180.00 | Billable |
| 10/13/2003 2546 | Katie Danko telecon t/c with SIB residents | 90.00 | 2.00 | 180.00 | Billable |

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/15/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2547 | Paralegal | | | | |
| | Paralegal work, t/c with SIB residents | | | | |
| 10/16/2003 | Katie Danko | 90.00 | 3.00 | 270.00 | Billable |
| 2548 | Meeting | | | | |
| | Meeting w/ clients, research | | | | |
| 10/20/2003 | Katie Danko | 90.00 | 2.50 | 225.00 | Billable |
| 2549 | Meeting | | | | |
| | Meeting w/ MSD | | | | |
| 10/21/2003 | Katie Danko | 90.00 | 1.00 | 90.00 | Billable |
| 2550 | Research | | | | |
| | Research | | | | |
| 10/22/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2551 | Research | | | | |
| | Research on MSD plans | | | | |
| 10/24/2003 | Katie Danko | 90.00 | 1.00 | 90.00 | Billable |
| 2552 | telecon | | | | |
| | t/c with clients | | | | |
| 10/30/2003 | Katie Danko | 90.00 | 2.50 | 225.00 | Billable |
| 2553 | Misc. | | | | |
| | SIB video, meeting with MSD | | | | |
| 10/31/2003 | Katie Danko | 90.00 | 2.00 | 180.00 | Billable |
| 2554 | Paralegal | | | | |
| | paralegal work on comments for Consent Decree | | | | |
| 11/3/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2555 | Paralegal | | | | |
| | Comments on Consent Decree, t/c with client | | | | |
| 11/4/2003 | Katie Danko | 90.00 | 9.00 | 810.00 | Billable |
| 2556 | Meeting | | | | |
| | Meeting with lawyer, paralegal work on consent decree comments | | | | |
| 11/5/2003 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2557 | Paralegal | | | | |
| | consent decree comments | | | | |
| 11/6/2003 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2558 | Paralegal | | | | |
| | consent decree comments | | | | |

8/3/2004                                  Albert J. Slap, Esq.
9:20 PM                                    Pre-bill Worksheet                                        Page      13

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/7/2003 2559 | Katie Danko Paralegal consent decree comments | 90.00 | 1.50 | 135.00 | Billable |
| 11/10/2003 2560 | Katie Danko Paralegal consent decree comments | 90.00 | 2.00 | 180.00 | Billable |
| 11/12/2003 2561 | Katie Danko Paralegal consent decree comments, meeting with clients | 90.00 | 5.00 | 450.00 | Billable |
| 11/13/2003 2562 | Katie Danko Paralegal consent decree work, meeting with clients | 90.00 | 3.00 | 270.00 | Billable |
| 11/14/2003 2563 | Katie Danko Paralegal paralegal work , research | 90.00 | 3.00 | 270.00 | Billable |
| 11/17/2003 2564 | Katie Danko Paralegal consent decree comments, meeting with clients, t/c with SIB residents | 90.00 | 5.00 | 450.00 | Billable |
| 11/18/2003 2565 | Katie Danko Paralegal consent decree, preparation and meeting with city on decree, meeting with client | 90.00 | 11.00 | 990.00 | Billable |
| 11/19/2003 2566 | Katie Danko Meeting Meeting with clients, meeting with county on consent decree, preparation for meetings | 90.00 | 8.00 | 720.00 | Billable |
| 11/20/2003 2567 | Katie Danko Preparation Preparation for meetings, meeting with clients, travel, | 90.00 | 5.00 | 450.00 | Billable |
| 11/21/2003 2568 | Katie Danko telecon t/c with lawyers and clients; paralegal work on consent decree comments | 90.00 | 7.00 | 630.00 | Billable |
| 11/24/2003 2569 | Katie Danko Meeting Meeting w/ clients | 90.00 | 2.50 | 225.00 | Billable |

8/3/2004                                     Albert J. Slap, Esq.
9:20 PM                                       Pre-bill Worksheet                                    Page     14

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/25/2003 2570 | Katie Danko Paralegal paralegal work on consent decree | 90.00 | 3.00 | 270.00 | Billable |
| 12/2/2003 2571 | Katie Danko Meeting Meeting w/ client | 90.00 | 2.50 | 225.00 | Billable |
| 12/3/2003 2572 | Katie Danko Meeting Meeting w/ clients; travel | 90.00 | 2.50 | 225.00 | Billable |
| 12/4/2003 2573 | Katie Danko Research Research, t/c with SIB residents | 90.00 | 2.00 | 180.00 | Billable |
| 12/5/2003 2574 | Katie Danko Misc. phone calls to SIB residents | 90.00 | 2.00 | 180.00 | Billable |
| 12/11/2003 2575 | Katie Danko Misc. phone calls/interviews with SIB residents | 90.00 | 1.50 | 135.00 | Billable |
| 12/15/2003 2576 | Katie Danko Paralegal paralegal work | 90.00 | 4.00 | 360.00 | Billable |
| 12/16/2003 2577 | Katie Danko Paralegal paralegal work | 90.00 | 3.00 | 270.00 | Billable |
| 12/17/2003 2578 | Katie Danko Research Research on MSD plans for sewers | 90.00 | 3.00 | 270.00 | Billable |
| 12/19/2003 2579 | Katie Danko Paralegal Paralegal work | 90.00 | 4.00 | 360.00 | Billable |
| 12/22/2003 2580 | Katie Danko Misc paralegal work, meeting w/ client | 90.00 | 3.00 | 270.00 | Billable |
| 1/5/2004 2581 | Katie Danko Interview Interview w/ SIB resident | 90.00 | 3.00 | 270.00 | Billable |

8/3/2004                                  Albert J. Slap, Esq
9:20 PM                                    Pre-bill Worksheet                              Page    15

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/6/2004 2582 | Katie Danko Paralegal USEPA comments, meeting with client, SIB interview | 90.00 | 7.00 | 630.00 | Billable |
| 1/8/2004 2583 | Katie Danko Misc. SIB video | 90.00 | 4.00 | 360.00 | Billable |
| 1/9/2004 2584 | Katie Danko Misc. SIB video | 90.00 | 7.00 | 630.00 | Billable |
| 1/12/2004 2585 | Katie Danko Paralegal research on comments | 90.00 | 3.00 | 270.00 | Billable |
| 1/13/2004 2586 | Katie Danko Research Research/studying comments | 90.00 | 4.00 | 360.00 | Billable |
| 1/14/2004 2587 | Katie Danko Paralegal paralegal work | 90.00 | 2.00 | 180.00 | Billable |
| 1/15/2004 2588 | Katie Danko Meeting Meeting w/ clients, preparation for meeting | 90.00 | 5.00 | 450.00 | Billable |
| 1/20/2004 2589 | Katie Danko Research Research on water quality | 90.00 | 3.00 | 270.00 | Billable |
| 1/21/2004 2590 | Katie Danko Research Research on water quality | 90.00 | 3.00 | 270.00 | Billable |
| 1/22/2004 2591 | Katie Danko Research Research on water quality | 90.00 | 3.00 | 270.00 | Billable |
| 1/26/2004 2592 | Katie Danko Paralegal studying MSD plans for sewers, research on water quality | 90.00 | 5.00 | 450.00 | Billable |
| 1/27/2004 2593 | Katie Danko Research Research on water quality, sewers | 90.00 | 2.00 | 180.00 | Billable |

8/3/2004
9:20 PM

Albert J. Slap, Esq.
Pre-bill Worksheet

Page    16

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/28/2004 2594 | Katie Danko / Misc. / SIB mailing, phone calls, research | 90.00 | 4.00 | 360.00 | Billable |
| 1/29/2004 2595 | Katie Danko / Meeting / Meeting with client, Preparation for meeting; SIB interview; travel | 90.00 | 8.00 | 720.00 | Billable |
| 1/30/2004 2596 | Katie Danko / Misc. / t/c with client; SIB video | 90.00 | 3.00 | 270.00 | Billable |
| 2/2/2004 2598 | Katie Danko / Meeting / Meeting w/ lawyer and clients; Preparation for meeting, research on MSD projects | 90.00 | 6.00 | 540.00 | Billable |
| 2/3/2004 2599 | Katie Danko / Paralegal / review of WWTP permits, Daily Monitoring Reports; SIB phone calls | 90.00 | 4.00 | 360.00 | Billable |
| 2/4/2004 2600 | Katie Danko / Interview / Interviews w/ SIB residents; phone calls; travel | 90.00 | 4.00 | 360.00 | Billable |
| 2/5/2004 2601 | Katie Danko / Meeting / Meeting w/ client | 90.00 | 2.00 | 180.00 | Billable |
| 2/23/2004 2602 | Katie Danko / Paralegal / paralegal work: daily monitoring reports | 90.00 | 2.00 | 180.00 | Billable |
| 2/25/2004 2603 | Katie Danko / Paralegal / litigation work, Preparation for fairness hearing, SIB interviews, t/c with lawyers & clients | 90.00 | 8.00 | 720.00 | Billable |
| 2/26/2004 2604 | Katie Danko / Paralegal / Preparation for fairness hearing, meeting w/ clients | 90.00 | 7.00 | 630.00 | Billable |
| 2/27/2004 2605 | Katie Danko / Paralegal / Preparation for fairness hearing: SIB visits/phone calls; meeting with lawyer | 90.00 | 5.00 | 450.00 | Billable |

8/3/2004                                    Albert J. Slap, Esq.
9:20 PM                                     Pre-bill Worksheet                              Page      17

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/1/2004 2606 | Katie Danko Preparation Preparation for fairness hearing | 90.00 | 4.50 | 405.00 | Billable |
| 3/2/2004 2607 | Katie Danko Paralegal Preparation for fairness hearing, meeting w/ clients | 90.00 | 8.00 | 720.00 | Billable |
| 3/3/2004 2608 | Katie Danko Preparation Preparation for fairness hearing: research SSO/CSO data | 90.00 | 6.00 | 540.00 | Billable |
| 3/4/2004 2609 | Katie Danko Research Research SSO/CSO/WWTP data for fairness hearing | 90.00 | 7.00 | 630.00 | Billable |
| 3/5/2004 2610 | Katie Danko Misc. SIB video, preparation for fairness hearing | 90.00 | 6.00 | 540.00 | Billable |
| 3/8/2004 2611 | Katie Danko Misc. SIB video; preparation for fairness hearing | 90.00 | 7.00 | 630.00 | Billable |
| 3/9/2004 2612 | Katie Danko Paralegal Preparation for fairness hearing, t/c with SIB residents; meeting w/ Reading community | 90.00 | 8.00 | 720.00 | Billable |
| 3/10/2004 2613 | Katie Danko Paralegal research MSD plans and schedules/ prepare for fairness hearing | 90.00 | 5.00 | 450.00 | Billable |
| 3/11/2004 2614 | Katie Danko Paralegal prepare for fairness hearing | 90.00 | 4.00 | 360.00 | Billable |
| 3/12/2004 2615 | Katie Danko Paralegal prepare/research for fairness hearing; visit w/ SIB residents | 90.00 | 3.00 | 270.00 | Billable |
| 3/15/2004 2616 | Katie Danko Paralegal prepare for fairness hearing; research MSD plans; video | 90.00 | 8.00 | 720.00 | Billable |
| 3/16/2004 2617 | Katie Danko Paralegal prepare for fairness hearing; interview SIB residents | 90.00 | 5.00 | 450.00 | Billable |

8/3/2004                               Albert J. Slap, Esq.
9:20 PM                                Pre-bill Worksheet                          Page     18

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/17/2004 2618 | Katie Danko Paralegal prepare for fairness hearing | 90.00 | 5.00 | 450.00 | Billable |
| 3/18/2004 2619 | Katie Danko Paralegal prepare and research for fairness hearing | 90.00 | 5.00 | 450.00 | Billable |
| 3/19/2004 2620 | Katie Danko Paralegal preparation and research for fairness hearing | 90.00 | 2.00 | 180.00 | Billable |
| 3/22/2004 2621 | Katie Danko Paralegal prepare and research for fairness hearing | 90.00 | 7.00 | 630.00 | Billable |
| 3/23/2004 2622 | Katie Danko Paralegal prepare for fairness hearing; SIB interview; travel | 90 00 | 6.00 | 540.00 | Billable |
| 3/24/2004 2623 | Katie Danko Paralegal research and prepare for fairness hearing | 90.00 | 5.00 | 450.00 | Billable |
| 3/25/2004 2624 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 5.00 | 450.00 | Billable |
| 3/26/2004 2625 | Katie Danko Paralegal meeting w/ lawyer; preparation for fairness hearing; SIB phone calls/emails | 90.00 | 6.00 | 540.00 | Billable |
| 3/30/2004 2626 | Katie Danko Paralegal preparation for fairness hearing; SIB interview; travel | 90.00 | 8.00 | 720.00 | Billable |
| 3/31/2004 2627 | Katie Danko Paralegal preparation for fairness hearing; SIB visit; | 90 00 | 6.00 | 540.00 | Billable |
| 4/1/2004 2628 | Katie Danko Paralegal preparation for fairness hearing; SIB phone calls | 90.00 | 5.00 | 450.00 | Billable |
| 4/2/2004 2629 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 4.00 | 360.00 | Billable |

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/3/2004 2630 | Katie Danko Interview Interview w/ SIB resident; travel | 90.00 | 2.00 | 180.00 | Billable |
| 4/5/2004 2631 | Katie Danko Paralegal Preparation for fairness hearing | 90.00 | 3.00 | 270.00 | Billable |
| 4/6/2004 2632 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 4.00 | 360.00 | Billable |
| 4/7/2004 2633 | Katie Danko Paralegal preparation for fairness hearing: SIB phone calls, emails and visits | 90.00 | 6.00 | 540.00 | Billable |
| 4/8/2004 2634 | Katie Danko Misc. preparation for fairness hearing;SIB resident affidavits; video; travel | 90.00 | 8.00 | 720.00 | Billable |
| 4/9/2004 2635 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 2.00 | 180.00 | Billable |
| 4/12/2004 2636 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 1.50 | 135.00 | Billable |
| 4/13/2004 2637 | Katie Danko Paralegal preparation for fairness hearing; meeting w/ lawyer | 90.00 | 7.00 | 630.00 | Billable |
| 4/14/2004 2638 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 3.00 | 270.00 | Billable |
| 4/21/2004 2639 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 3.00 | 270.00 | Billable |
| 4/22/2004 2640 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 2.00 | 180.00 | Billable |
| 4/23/2004 2641 | Katie Danko Paralegal preparation for fairness heairng | 90.00 | 7.00 | 630.00 | Billable |

8/3/2004                                   Albert J. Slap, Esq.
9:20 PM                                     Pre-bill Worksheet                                    Page    20

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/26/2004 | Katie Danko | 90.00 | 5.00 | 450.00 | Billable |
| 2642 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 4/27/2004 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2643 | Paralegal | | | | |
| | preparation for fairness hearing; SIB interview; travel | | | | |
| 4/28/2004 | Katie Danko | 90.00 | 3.00 | 270.00 | Billable |
| 2644 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 4/30/2004 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2645 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 5/3/2004 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2646 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 5/4/2004 | Katie Danko | 90.00 | 3.00 | 270.00 | Billable |
| 2647 | Paralegal | | | | |
| | preparation for fairness hearing; SIB phone calls | | | | |
| 5/5/2004 | Katie Danko | 90.00 | 3.00 | 270.00 | Billable |
| 2648 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 5/6/2004 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2649 | Paralegal | | | | |
| | preparation for fairness hearing; meeting w/ client | | | | |
| 5/7/2004 | Katie Danko | 90.00 | 4.00 | 360.00 | Billable |
| 2650 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 5/10/2004 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2651 | Paralegal | | | | |
| | preparation for fairness hearing | | | | |
| 5/11/2004 | Katie Danko | 90.00 | 6.00 | 540.00 | Billable |
| 2652 | Paralegal | | | | |
| | preparation for fairness hearing; meeting w/ attorneys | | | | |
| 5/13/2004 | Katie Danko | 90.00 | 6.50 | 585.00 | Billable |
| 2653 | Paralegal | | | | |
| | preparation for fairness hearing; meeting w/ clients | | | | |

Albert J. Slap, Esq.
Pre-bill Worksheet

SSO700:Marilyn Wall (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|------------------|---------------|-----------------|-----------------|--------|
| 5/14/2004 2654 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 6.50 | 585.00 | Billable |
| 5/17/2004 2655 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 7.00 | 630.00 | Billable |
| 5/18/2004 2656 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 6.00 | 540.00 | Billable |
| 5/19/2004 2657 | Katie Danko Paralegal preparation for fairness hearing | 90.00 | 6.00 | 540.00 | Billable |
| 5/20/2004 2658 | Katie Danko Paralegal preparation for fairness hearing; pick up delcaration; meeting w/ lawyers; travel | 90.00 | 7.00 | 630.00 | Billable |
| 5/21/2004 2659 | Katie Danko Paralegal preparation for fairness hearing; SIB visits; travel | 90.00 | 6.00 | 540.00 | Billable |
| 5/22/2004 2660 | Katie Danko Paralegal SIB Interview; travel | 90.00 | 1.00 | 90.00 | Billable |
| 5/23/2004 2661 | Katie Danko Paralegal SIB visits | 90.00 | 3.00 | 270.00 | Billable |
| 5/24/2004 2662 | Katie Danko Paralegal preparation for hearing | 90.00 | 9.00 | 810.00 | Billable |
| 5/25/2004 2663 | Katie Danko Hearing Fairness Hearing & preparation for hearing | 90.00 | 9.00 | 810.00 | Billable |
| 5/25/2004 2664 | Katie Danko telecon t/c with lawyer and client about fee petition | 90.00 | 0.50 | 45.00 | Billable |

Total: none                                            1168.00              $105,120.00

8/3/2004                                  Albert J. Slap, Esq.
9:20 PM                                   Pre-bill Worksheet                                    Page    22

SSO700:Marilyn Wall (continued)

|  |  | Amount | Total |
|---|---|---|---|
| TOTAL | Billable Fees | 1168.00 | $105,120.00 |
| Total of billable expense slips | | | $0.00 |

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement. Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $105,120.00 | |
| Total of Fees (Time Charges) | | $105,120.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $105,120.00 |
| New Balance<br>Current | $105,120.00 | |
| Total New Balance | | $105,120.00 |