# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America, et al.,                    )
                                                     )
     Plaintiffs,                                   )
                                                     )
v.                                                   )        Case No. 1-02-107
                                                     )
The Board of County Commissioners                    )
of Hamilton County, Ohio and The City of             )        Judge S. Arthur Spiegel
Cincinnati,                                          )
                                                     ) Magistrate Judge Timothy S. Hogan
     Defendants.                                   )
                                                     )

## DECLARATION
### Marilyn Wall

1. I, Marilyn Wall, live at 816 Van Nes Drive, Cincinnati, Ohio 45246.
2. I do volunteer work for environmental organizations and do this work primarily from 515 Wyoming Avenue, Cincinnati, Ohio 45215. I am the Ohio Chapter Sierra Club Conservation Chair.
3. I, along with Sierra Club, am an intervener in United States of America et al, Plantiffs v. Board of County Commissioners of Hamilton County et al, case no. 02-CV-00107.
4. The attached invoices are Sierra Club's costs of this intervention.


  Marilyn Wall                                                    
**PRINT FULL NAME**                                  **SIGNATURE**

 Date : August 9, 2004

| | | date | invoice | subtotals |
|---|---|---|---|---|
| **Engineering / Technical Analysis** | | | | |
| dec 1, 2001 to dec 31, 2001 | Carpenter Environmental Services | 1/2/2002 | 10669 | $    690.27 |
| jan 1, 2002 to jan 31,2002 | Carpenter Environmental Services | 2/1/2002 | 10676 | $    1,468.68 |
| feb 1, 2002 to feb 28, 2002 | Carpenter Environmental Services | 3/1/2002 | 10720 | $    3,567.13 |
| mar 1, 2002 to march 31, 2002 | Carpenter Environmental Services | 4/29/2002 | 30010 | $    1,355.05 |
| apr 1, 2002 to apr 30, 2002 | Carpenter Environmental Services | 5/7/2002 | 30080 | $    10,173.45 |
| may to july 2002 none | | | | $    - |
| aug 1, 2002 to aug 30, 2002 | Carpenter Environmental Services | 9/3/2002 | 40162 | $    4,422.41 |
| sep 1, 2002 to sep 30, 2002 | Carpenter Environmental Services | 10/4/2002 | 40216 | $    4,365.90 |
| oct 1, 2002 to oct 30, 2002 | Carpenter Environmental Services | 11/1/2002 | 40264 | $    479.80 |
| nov 1, 2002 to nov 30, 2002 | Carpenter Environmental Services | 12/2/2002 | 40310 | $    5,614.16 |
| dec 1, 2002 to dec 31, 2002 | Carpenter Environmental Services | 1/2/2003 | 40362 | $    1,455.61 |
| Jan 1, 2003 to jan 31, 2003 | Carpenter Environmental Services | 2/3/2003 | 40387 | $    7,121.63 |
| feb 1, 2003 to feb 28, 2003 | Carpenter Environmental Services | 3/5/2003 | 40461 | $    7,173.54 |
| mar 1, 2003 to mar 31, 2003 | Carpenter Environmental Services | 4/2/2003 | 40494 | $    4,686.31 |
| apr 1,2003 to apr 30, 2003 | Carpenter Environmental Services | 5/2/2003 | 40539 | $    1,070.06 |
| may 1, 2003 to may 31, 2003 | Carpenter Environmental Services | 6/3/2002 | 40612 | $    743.10 |
| jun 2003 to dec 2003 none | | | | $    - |
| jan 1, 2004 to jan 31, 2004 | Carpenter Environmental Services | 2/3/2004 | 40989 | $    3,235.42 |
| Feb 1, 2004 to Feb 29, 2004 | Carpenter Environmental Services | | 41040 | $    795.08 |
| mar 1, 2004 to march 31, 2004 | Carpenter Environmental Services | 4/1/2004 | 41070 | $951.92 |
| | | | | $ 59,369.52 |
| | | | | |
| **Economic/Financial Analysis** | | | | |
| | Smith Environmental Engineering. | 18-Nov-03 | | $    900.00 | $    900.00 |
| | | | | |
| sep 1, 2002 to dec 31,2002 | Michael Kavanaugh | 1/30/2003 | | $    1,000.00 |
| feb 1, 2003 to feb 28, 2003 | Michael Kavanaugh | | | $    3,000.00 |
| Mar 1, 2003 to marc 31, 2003 | Michael Kavanaugh | | | $    4,125.00 |
| Apr 1, 2003 to Mar 1, 2004 | Michael Kavanaugh | 5-May-04 | | $    875.00 |
| Mar 1 2004 to May 30 2004 | Michael Kavanaugh | 15-Jun-04 | | $    500.00 |
| | | | | |
| Financial Feasibility Analysis | Michael Kavanaugh | 22-Dec-03 | | $    250.00 |
| Financial Feasibility Analysis | Michael Kavanaugh | 22-Dec-03 | | $    500.00 |
| | | | | $ 9,500.00 |

| Financial Feasibility Analysis | Michael Kavanaugh | 22-Dec-03 | | $ 500.00 | |
|---|---|---|---|---|---|
| county commission meetings tape county clerk | | 4-Dec-03 | | $ 20.00 | $ 1,250.00 |
| | | | | | $ 20.00 |
| client funds with Dave Altman | $1,000 in fund at DDA | apr 15,2002 | | | |
| | ship doc to bruce bell | 3/12/2002 | | $ 11.80 | |
| | motion to admit al slap | 3/12/2002 | | $ 50.00 | |
| | postage | 3/25/2002 | | $ 9.88 | |
| | copies from us court | 3/25/2002 | | $ 2.50 | |
| | kinko copies | Apr-02 | | $ 124.02 | |
| | filing fee | Apr-02 | | $ 150.00 | |
| | spangler reporting serv | 2/17/2003 | 14452 & 143< | $ 562.50 | |
| | patricia schneider court reporter | 2/17/2003 | 4982 | $ 100.00 | |
| | | | total | | $ 1,010.70 |
| al slap | foia review chicago | 9/18/2002 | | $ 599.16 | |
| al slap | expenses | | | $ 1,183.36 | |
| | | | | | $ 1,782.52 |
| spangler reporting services | | 1/20/2003 | | $ 625.50 | |
| spangler reporting services | | | | $ 762.85 | |
| cirtel | | 2/26/2003 | | $ 350.00 | |
| betty j. schwab | transcript | 6/15/2004 | | $ 212.48 | |
| | | | | | $ 1,950.83 |
| file storage 65 to 70 plus boxes | march 2003 to may 2004 | | | $ 690.67 | |
| | | | | | $ 690.67 |
| | | | | | $ 76,474.24 |

P.06

**Invoice**

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

January 2, 2002
Project No: 0001077.000
Invoice No: 0010669

SIERRA CLUB
ATTN: D. SCOTT & M. WALL
515 WYOMING AVENUE
CINCINNATI OH 45215

Project.   0001077.000        CINCINNATI SSO

Professional services from December 1, 2001 to December 31, 2001

**Professional Personnel**

|  | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Principals | | 2.80 | 225.00 | 630.00 | |
| Sr. Engineer | | 0.30 | 145.00 | 43.50 | |
| | Totals | 3.10 | | 673.50 | |
| **Total Labor** | | | | | 673.50 |

**Reimbursable Expenses**

| | | | Amount | |
|---|---|---|---|---|
| Telephone/Fax | | | 7.75 | |
| Reproduction | | | 1.00 | |
| Computer | | | 8.02 | |
| **Total Reimbursables** | | | 16.77 | 16.77 |

Total this invoice     $690.27

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.

ALL INVOICES ARE DUE UPON RECEIPT.  THANK YOU.

CC:  ALBERT SLAP, ESQ.

**Invoice**

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
70 HILLTOP ROAD
RAMSEY, NEW JERSEY 07446
(201) 818-4844

LAW OFFICES OF ALBERT J. SLAP
20 ERIE AVENUE
GLENADALE OH 45246

February 1, 2002
Project No: 0001077.000
Invoice No: 0010676

Project:   0001077.000     CINCINNATTI SSO

Professional services from January 1, 2002 to January 31, 2002

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principals | 3.50 | 225.00 | 787.50 |
| Sr. Engineer | 4.30 | 145.00 | 623.50 |
| Totals | 7.80 |  | 1,411.00 |

**Total Labor**                                                    1,411.00

**Reimbursable Expenses**

| | Amount |
|---|---|
| Telephone/Fax | 0.94 |
| Reproduction | 7.35 |
| Computer | 49.39 |
| **Total Reimbursables** | 57.68 |

                                                                    57.68

**Total this invoice**          $1,468.68

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0010669 | 1/2/02 | 690.27 |
| Total |  | 690.27 |

**Total now due**          $2,158.95

**Retainer applied**         -$2,158.95

**Retainer balance**         $2,841.05

**PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**ALL INVOICES ARE DUE UPON RECEIPT.  THANK YOU.**

**Invoice**      **CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

March 1, 2002
Project No: 0001077.000
Invoice No: 0010720

LAW OFFICES OF ALBERT J. SLAP
20 ERIE AVENUE
GLENADALE OH 45246

Project:  0001077.000      CINCINNATTI SSO

Professional services from February 1, 2002 to February 28, 2002

**Professional Personnel**

|  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|
| Principals |  | 14.90 | 225.00 | 3,352.50 |  |
| Project Engineer |  | 0.60 | 95.00 | 57.00 |  |
| Clerical |  | 0.10 | 54.00 | 5.40 |  |
|  | Totals | 15.60 |  | 3,414.90 |  |
|  | **Total Labor** |  |  |  | 3,414.90 |

**Reimbursable Expenses**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Telephone/Fax |  |  |  | 110.46 |  |
| Reproduction |  |  |  | 21.75 |  |
| Computer |  |  |  | 20.02 |  |
|  | **Total Reimbursables** |  |  | 152.23 | 152.23 |

|  |  |
|---|---|
| **Total this invoice** | **$3,567.13** |
| **Less retainer balance** | **-$2,841.05** |
| Total due | **$726.08** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.
ALL INVOICES ARE DUE UPON RECEIPT.  THANK YOU.

## Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES,**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

LAW OFFICES OF ALBERT J. SLAP
20 ERIE AVENUE
GLENADALE OH 45246

April 29, 2002
Project No: 0001077.000
Invoice No: 0030010

Project: 0001077.000      CINCINNATTI SSO

Professional services from March 1, 2002 to March 31, 2002

### Professional Personnel

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principals | 5.90 | 225.00 | 1,327.50 | |
| Totals | 5.90 | | 1,327.50 | |
| **Total Labor** | | | | 1,327.50 |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Reproduction | 8.86 | |
| Computer | 18.69 | |
| **Total Reimbursables** | 27.55 | 27.55 |

**Total this invoice**    **$1,355.05**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0010669 | 1/2/02 | 690.27 |
| 0010676 | 2/1/02 | 1,468.68 |
| 0010720 | 3/1/02 | 3,567.13 |
| **Total** | | **5,726.08** |

**Total now due**    **$7,081.13**

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.

## Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

May 7, 2002
Project No: 0001077.000
Invoice No: 0030080

LAW OFFICES OF ALBERT J. SLAP
20 ERIE AVENUE
GLENADALE OH 45246

Project:   0001077.000      CINCINNATTI SSO

Professional services from April 1, 2002 to April 30, 2002

**Professional Personnel**

|  | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principals | 25.00 | 225.00 | 5,625.00 | |
| Sr. Engineer | 11.50 | 145.00 | 1,667.50 | |
| Sr. Scientist | 1.80 | 115.00 | 207.00 | |
| Project Engineer | 15.80 | 95.00 | 1,501.00 | |
| Environmental Engineer | 3.50 | 88.00 | 308.00 | |
| Environmental Scientist | 5.00 | 82.00 | 410.00 | |
| Clerical | 0.30 | 54.00 | 16.20 | |
| Totals | 62.90 | | 9,734.70 | |
| Total Labor | | | | 9,734.70 |

**Reimbursable Expenses**

| Reproduction | | | 51.60 | |
|---|---|---|---|---|
| Computer | | | 387.15 | |
| Total Reimbursables | | | 438.75 | 438.75 |

**Total this invoice**      **$10,173.45**

Outstanding Invoices

| Number | Date | Balance |
|---|---|---|
| 0010720 | 3/1/02 | 726.08 |
| 0030010 | 4/29/02 | 1,355.05 |
| Total | | 2,081.13 |

**Total now due**      **$12,254.58**

Sent $1K
8-4-02
on my acct

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC

# Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH  45246-4307

September 3, 2002
Project No:  0001077.000
Invoice      0040162

Project:  0001077.000        CINCINNATTI SSO

## Professional services from August 1, 2002 to August 31, 2002

**Professional Personnel**

|  | | Hours | Rate | Amount |
|---|---|---|---|---|
| Principals | | 11.40 | 225.00 | 2,565.00 |
| Sr. Engineer | | 2.80 | 145.00 | 406.00 |
| Sr. Scientist | | 10.50 | 115.00 | 1,207.50 |
| Project Engineer | | 0.30 | 95.00 | 28.50 |
| Clerical | | 1.60 | 54.00 | 86.40 |
| | Totals | 26.60 | | |
| | **Total** | | | 4,293.40 |

**Total**                                                                4,293.40

**Reimbursable**

| Travel | | 22.12 |
|---|---|---|
| Telephone/Fax | | 5.75 |
| Reproduction | | 10.47 |
| Shipping | | 26.83 |
| Computer | | 63.84 |
| **Total Reimbursables** | | **129.01** |

129.01

**Total this invoice**        **$4,422.41**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0010720 | 3/1/02 | 726.08 |
| 0030010 | 4/29/02 | 1,355.05 |
| 0030080 | 5/7/02 | 9,173.45 |
| **Total** | | **11,254.58** |

**Total now**        **$15,676.99**

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.    ALL INVOICES ARE DUE UPON RECEIPT.

# Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

October 4, 2002
Project No:  0001077.000
Invoice       0040216

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH  45246-4307

Project:  0001077.000          CINCINNATTI SSO

**Professional services from September 1, 2002 to September 30, 2002**

**Professional Personnel**

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Principals | | 9.20 | 225.00 | 2,070.00 |
| Sr. Engineer | | 12.10 | 145.00 | 1,754.50 |
| Sr. Scientist | | 2.30 | 115.00 | 264.50 |
| Clerical | | 0.30 | 54.00 | 16.20 |
| | Totals | 23.90 | | 4,105.20 |
| | **Total** | | | **4,105.20** |

**Reimbursable**

| | | Amount | |
|---|---|---|---|
| Telephone/Fax | | 47.85 | |
| Reproduction | | 21.00 | |
| Shipping | | 0.95 | |
| Computer | | 190.90 | |
| | **Total Reimbursables** | 260.70 | **260.70** |

|  |  |
|---|---|
| **Total this invoice** | **$4,365.90** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0010720 | 3/1/02 | 726.08 |
| 0030010 | 4/29/02 | 1,355.05 |
| 0030080 | 5/7/02 | 9,173.45 |
| 0040162 | 9/3/02 | 4,422.41 |
| **Total** | | **15,676.99** |

|  |  |
|---|---|
| **Total now due** | **$20,042.89** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

# Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

November 1, 2002
Project No: 0001077.000
Invoice      0040264

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH 45246

Project:  0001077.000        CINCINNATTI SSO

**Professional services from October 1, 2002 to October 31, 2002**

**Professional Personnel**

|  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|
| Principals |  | 1.90 | 225.00 | 427.50 |  |
| Graphics |  | 0.20 | 67.00 | 13.40 |  |
| Clerical |  | 0.40 | 55.00 | 22.00 |  |
|  | Totals | 2.50 |  | 462.90 |  |
|  | **Total** |  |  |  | **462.90** |

**Reimbursable**

| | Amount | |
|---|---|---|
| Telephone/Fax | 0.17 | |
| Reproduction | 14.06 | |
| Computer | 2.67 | |
| **Total Reimbursables** | **16.90** | **16.90** |

|  |  |
|---|---|
| **Total this invoice** | **$479.80** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0010720 | 3/1/02 | 726.08 |
| 0030010 | 4/29/02 | 1,355.05 |
| 0030080 | 5/7/02 | 9,173.45 |
| 0040162 | 9/3/02 | 4,422.41 |
| 0040216 | 10/4/02 | 4,365.90 |
| **Total** |  | **20,042.89** |

|  |  |
|---|---|
| **Total now due** | **$20,522.69** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

**Invoice**          **CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

December 2, 2002
Project No: 0001077.000
Invoice       0040310

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH  45246

Project:  0001077.000          CINCINNATTI SSO

Professional services from November 1, 2002 to November 30, 2002

**Professional Personnel**

|  |  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|---|
| Principals |  | 15.30 | 225.00 | 3,442.50 |  |
| Sr. Engineer |  | 8.60 | 149.00 | 1,281.40 |  |
| Project Engineer |  | 6.00 | 95.00 | 570.00 |  |
| Clerical |  | 0.80 | 55.00 | 44.00 |  |
|  | Totals | 30.70 |  | 5,337.90 |  |
|  | **Total** |  |  |  | **5,337.90** |

**Reimbursable**

| | | |
|---|---|---|
| Telephone/Fax | 2.07 | |
| Reproduction | 28.56 | |
| Shipping | 13.33 | |
| Computer | 232.30 | |
| **Total Reimbursables** | **276.26** | **276.26** |

|  |  |
|---|---|
| **Total this invoice** | **$5,614.16** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0030080 | 5/7/02 | 6,254.58 |
| 0040162 | 9/3/02 | 4,422.41 |
| 0040216 | 10/4/02 | 4,365.90 |
| 0040264 | 11/1/02 | 479.80 |
| **Total** |  | **15,522.69** |

|  |  |
|---|---|
| **Total now due** | **$21,136.85** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

**Invoice**    **CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
70 HILLTOP ROAD
RAMSEY, NEW JERSEY 07446
(201) 818-4844

January 2, 2003
Project No: 0001077.000
Invoice      0040362

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH 45246-4307

Project:  0001077.000      CINCINNATTI SSO

**Professional services from December 1, 2002 to December 31, 2002**

**Professional Personnel**

|  | | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|---|
| Principals | | 5.70 | 225.00 | 1,282.50 | |
| Sr. Engineer | | 0.50 | 149.00 | 74.50 | |
| Clerical | | 0.40 | 55.00 | 22.00 | |
| | Totals | 6.60 | | 1,379.00 | |
| | **Total** | | | | 1,379.00 |

**Reimbursable**

| | | | | | |
|---|---|---|---|---|---|
| Telephone/Fax | | | | 59.37 | |
| Reproduction | | | | 3.89 | |
| Computer | | | | 13.35 | |
| | **Total Reimbursables** | | | 76.61 | 76.61 |

|  |  |  |
|---|---|---|
| | **Total this invoice** | **$1,455.61** |

**Outstanding Invoices**

| **Number** | **Date** | **Balance** |
|---|---|---|
| 0040310 | 12/2/02 | 5,614.16 |
| **Total** | | **5,614.16** |

|  |  |  |
|---|---|---|
| | **Total now due** | **$7,069.77** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

# Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

February 3, 2003
Project No: 0001077.000
Invoice      0040387

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI OH 45246-4307

Project:  0001077.000        CINCINNATTI SSO

**Professional services from January 1, 2003 to January 31, 2003**

**Professional Personnel**

|  | Hours | Rate | Amount | |
|---|---|---|---|---|
| Principals | 19.70 | 225.00 | 4,432.50 | |
| Sr. Engineer | 0.30 | 149.00 | 44.70 | |
| Project Engineer | 4.00 | 95.00 | 380.00 | |
| Environmental Scientist | 8.40 | 85.00 | 714.00 | |
| Clerical | 3.60 | 55.00 | 198.00 | |
| Totals | 36.00 | | 5,769.20 | |
| **Total** | | | | **5,769.20** |

**Reimbursable**

| | | | | |
|---|---|---|---|---|
| Travel | | | 1,226.07 | |
| Telephone/Fax | | | 2.57 | |
| Reproduction | | | 29.91 | |
| Shipping | | | 0.43 | |
| Computer | | | 93.45 | |
| **Total Reimbursables** | | | **1,352.43** | **1,352.43** |

**Total this invoice**        **$7,121.63**

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

# Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

March 5, 2003
Project No:  0001077.000
Invoice        0040461

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI  OH  45246-4307

Project:  0001077.000        CINCINNATTI SSO

**Professional services from February 1, 2003 to February 28, 2003**

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principals | 30.60 | 225.00 | 6,885.00 | |
| Sr. Engineer | 0.30 | 149.00 | 44.70 | |
| Project Engineer | 0.30 | 95.00 | 28.50 | |
| Graphics Technician | 0.40 | 67.00 | 26.80 | |
| Clerical | 0.50 | 55.00 | 27.50 | |
| Totals | 32.10 | | 7,012.50 | |
| **Total** | | | | **7,012.50** |

**Reimbursable**

| | Amount | |
|---|---|---|
| Travel | 99.46 | |
| Telephone/Fax | 18.00 | |
| Reproduction | 34.24 | |
| Computer | 9.34 | |
| **Total Reimbursables** | **161.04** | **161.04** |

**Total this invoice**        **$7,173.54**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0040387 | 2/3/03 | 2,338.76 |
| **Total** | | **2,338.76** |

**Total now due**        **$9,512.30**

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

**Invoice**

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

April 2, 2003
Project No:  0001077.000
Invoice        0040494

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI  OH  45246-4307

Project:  0001077.000        CINCINNATTI SSO

**Professional services from March 1, 2003 to March 31, 2003**

**Professional Personnel**

|  | | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|---|
| Principals | | 11.00 | 225.00 | 2,475.00 | |
| Environmental Engineer | | 18.40 | 89.00 | 1,637.60 | |
| Graphics Technician | | 4.90 | 67.00 | 328.30 | |
| Clerical | | 2.30 | 55.00 | 126.50 | |
| | Totals | 36.60 | | 4,567.40 | |
| | **Total** | | | | **4,567.40** |

**Reimbursable**

| | | | | | |
|---|---|---|---|---|---|
| Telephone/Fax | | | | 32.48 | |
| Reproduction | | | | 4.64 | |
| Computer | | | | 81.79 | |
| | **Total Reimbursables** | | | **118.91** | **118.91** |

| | | |
|---|---|---|
| **Total this invoice** | | **$4,686.31** |

**Outstanding Invoices**

| **Number** | **Date** | **Balance** |
|---|---|---|
| 0040387 | 2/3/03 | 2,338.76 |
| 0040461 | 3/5/03 | 7,173.54 |
| **Total** | | **9,512.30** |

| | |
|---|---|
| **Total now due** | **$14,198.61** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.  ALL INVOICES ARE DUE UPON RECEIPT.

## Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

May 2, 2003
Project No: 0001077.000
Invoice        0040539

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH 45246-4307

Project:  0001077.000        CINCINNATTI SSO

**Professional services from April 1, 2003 to April 30, 2003**

**Professional Personnel**

|  |  | Hours | Rate | Amount |  |
|---|---|---|---|---|---|
| Principals |  | 4.60 | 225.00 | 1,035.00 |  |
| Clerical |  | 0.30 | 55.00 | 16.50 |  |
|  | Totals | 4.90 |  | 1,051.50 |  |
|  | **Total** |  |  |  | **1,051.50** |

**Reimbursable**

|  |  | Amount |  |
|---|---|---|---|
| Telephone/Fax |  | 5.91 |  |
| Reproduction |  | 5.98 |  |
| Computer |  | 6.67 |  |
| **Total Reimbursables** |  | **18.56** | **18.56** |

|  |  |
|---|---|
| **Total this invoice** | **$1,070.06** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0040387 | 2/3/03 | 2,338.76 |
| 0040461 | 3/5/03 | 7,173.54 |
| 0040494 | 4/2/03 | 4,686.31 |
| **Total** |  | **14,198.61** |

|  |  |
|---|---|
| **Total now due** | **$15,268.67** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

**Invoice**          **CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

MS. MARILYN WALL                                    June 3, 2003
816 VAN NES DRIVE                                   Project No: 0001077.000
CINCINNATI OH 45246-4307                            Invoice    0040612

Project:  0001077.000        CINCINNATTI SSO

Professional services from May 1, 2003 to May 31, 2003

**Professional Personnel**

| Principals | | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|---|
| | Totals | 3.30 | 225.00 | 742.50 | |
| | **Total** | 3.30 | | 742.50 | |
| **Reimbursable** | | | | | 742.50 |
| Reproduction | | | | | |
| | **Total Reimbursables** | | | 0.60 | |
| | | | | **0.60** | **0.60** |

| Outstanding Invoices | | | **Total this invoice** | **$743.10** |
|---|---|---|---|---|

| **Number** | **Date** | **Balance** |
|---|---|---|
| 0040387 | 2/3/03 | 2,338.76 |
| 0040461 | 3/5/03 | 7,173.54 |
| 0040494 | 4/2/03 | 4,686.31 |
| 0040539 | 5/2/03 | 1,070.06 |
| **Total** | | **15,268.67** |

**Invoice**          **CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**70 HILLTOP ROAD**
**RAMSEY, NEW JERSEY 07446**
**(201) 818-4844**

February 3, 2004
Project No: 0001077.000
Invoice      0040989

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH  45246-4307

Project:  0001077.000      CINCINNATTI SSO

**Professional services from June 1, 2003 to January 31, 2004**

**Professional Personnel**

|  | | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|---|
| Principals | | 1.60 | 235.00 | 376.00 | |
| Sr. Engineer | | 17.60 | 154.00 | 2,710.40 | |
| Graphics Technician | | 0.30 | 69.00 | 20.70 | |
| Clerical | | 0.50 | 56.00 | 28.00 | |
| | Totals | 20.00 | | 3,135.10 | |
| | **Total** | | | | **3,135.10** |

**Reimbursable**

| | | | | |
|---|---|---|---|---|
| Telephone/Fax | | | 3.54 | |
| Reproduction | | | 96.78 | |
| | **Total Reimbursables** | | 100.32 | **100.32** |

| | |
|---|---|
| **Total this invoice** | **$3,235.42** |

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

# WE'RE MOVING!

IF SENDING PAYMENT AFTER FEBRUARY 23, 2004, PLEASE REMIT TO:  P.O. BOX 656, 307 MUSEUM VILLAGE ROAD, MONROE, NY 10950.
NEW PHONE NUMBER, EFFECTIVE MARCH 1, 2004: (845) 781-4844.

# Invoice

**CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
**P.O. BOX 656**
**307 MUSEUM VILLAGE ROAD**
**MONROE, NEW YORK  10950**
**(845) 781-4844**

March 3, 2004
Project No:  0001077.000
Invoice       0041040

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH  45246-4307

Project:  0001077.000        CINCINNATTI SSO

**Professional services from February 1, 2004 to February 29, 2004**

**Professional Personnel**

|  | | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|---|
| Principals | | 1.00 | 235.00 | 235.00 | |
| Sr. Engineer | | 3.50 | 154.00 | 539.00 | |
| | Totals | 4.50 | | 774.00 | |
| | **Total** | | | | **774.00** |

**Reimbursable**

| | | | | | |
|---|---|---|---|---|---|
| Telephone/Fax | | | | 1.82 | |
| Shipping | | | | 19.26 | |
| | **Total Reimbursables** | | | 21.08 | **21.08** |

| | | | |
|---|---|---|---|
| | | **Total this invoice** | **$795.08** |

**Outstanding Invoices**

| **Number** | **Date** | **Balance** | |
|---|---|---|---|
| 0040989 | 2/3/04 | 3,235.42 | |
| **Total** | | **3,235.42** | |

| | | **Total now** | **$4,030.50** |
|---|---|---|---|

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

**Invoice**     **CARPENTER ENVIRONMENTAL ASSOCIATES, INC.**
P.O. BOX 656
307 MUSEUM VILLAGE ROAD
MONROE, NEW YORK 10950
(845) 781-4844

April 1, 2004
Project No: 0001077.000
Invoice       0041070

MS. MARILYN WALL
816 VAN NES DRIVE
CINCINNATI, OH  45246-4307

Project:  0001077.000      CINCINNATTI SSO

**Professional services from March 1, 2004 to March 31, 2004**

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principals | 2.30 | 235.00 | 540.50 |
| Sr. Engineer | 1.50 | 154.00 | 231.00 |
| Graphics Technician | 1.60 | 69.00 | 110.40 |
| Totals | 5.40 |  | 881.90 |
| **Total** |  |  | **881.90** |

**Reimbursable**

| | | |
|---|---|---|
| Reproduction |  | 27.80 |
| Computer |  | 42.22 |
| **Total Reimbursables** | **70.02** | **70.02** |

**Total this invoice**          **$951.92**

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0040989 | 2/3/04 | 3,235.42 |
| 0041040 | 3/3/04 | 795.08 |
| **Total** |  | **4,030.50** |

**Total now**          **$4,982.42**

PLEASE MAKE CHECK PAYABLE TO CARPENTER ENVIRONMENTAL ASSOCIATES, INC.   ALL INVOICES ARE DUE UPON RECEIPT.

431 OHIO PIKE, SUITE 223 SOUTH
CINCINNATI, OHIO 45255
PHONE: (513) 688-1650
FAX: (513) 688-1657
E-MAIL: SMITHENG159@FUSE.NET

# Smith Environmental Engineering, Inc

November 11, 2003

Ms. Marilyn Wall
Sierra Club
515 Wyoming Ave
Cincinnati, Ohio 45215
E-Mail: marilyn.wall@env-comm.org

RE:    Submittal of Invoice for Professional Services.

Dear Ms. Wall:

Please find enclosed an invoice in the amount of $900.00 for Professional Services rendered on the Cincinnati, MSD in Consent Decree Settlement USA vs. Hamilton County and City of Cincinnati, Civil Action C-1-02-107.

Your earliest consideration of this Invoice is greatly appreciated.

Sincerely Yours,


John M. Smith, P.E.
President

**MICHAEL KAVANAUGH**
**160 Wood Street**
**Batavia, OH    45103**
**(513) 732-3939**
**Email m.kavanaugh@att.net**
**Tax ID: 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**


Invoice — Miami Group Sierra Club SSO case against MSD

For period: Sep 1, 2002 to Dec 31, 2002

$1000.00

8 hrs @ 125.00

Review/comment on attorney work products
        Interrogatories, admissions, document requests
        Responses to defendants questions

        Gather rate information for fairness hearing
        presentation

        communications

        _____
        $1000.00

    Total

**MICHAEL KAVANAUGH**
160 Wood Street
Batavia, OH    45103
(513) 732-3939
Email m.kavanaugh@att.net
Tax ID: 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

Invoice – Miami Group Sierra Club SSO case against MSD

For period: Feb 1, 2003 to Feb 28, 2003

24 hrs @ 125.00

$3000.00

Prepare and sit for deposition
Develop deposition areas for defendant's expert
Attend Wilber deposition
Continue to plan rate analysis
Communications


Total

$3000.00

**MICHAEL KAVANAUGH**
**160 Wood Street**
**Batavia, OH    45103**
**(513) 732-3939**
**Email m.kavanaugh@att.net**
**Tax ID: 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**


Invoice - Miami Group Sierra Club SSO case against MSD

For period: Mar. 1, 2003 to Mar 31, 2003

33 hrs @ 125.00                                        $4125.00

Perform Sewerage in Basement analysis
Complete rate analysis
Write reply declaration
Communications


Total                                          ————————
                                               $4125.00

**MICHAEL KAVANAUGH**
**160 Wood Street**
**Batavia, OH    45103**
**(513) 732-3939**
**Email m.kavanaugh@att.net**
**Tax ID: 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**

Invoice – Miami Group Sierra Club SSO case against MSD

For period: Apr. 1, 2003 to Mar 1, 2004

7 hrs @ 125.00                                    $875.00

Write third declaration (special Master)
Communications

Total                                            $875.00

---

MARILYN WALL
LEONARD H FREMONT
816 VAN NES DRG
CINCINNATI, OH 45246

Visit us at www.53.com

2030

13-31/420

5-5-04

PAY TO THE ORDER OF  Michael Kavanaugh      $ 875

eight hundred seventy five DOLLARS

Fifth Third Bank
CINCINNATI, OHIO

FOR _____

⑆04200031⑆  332926790⑈ 2030

# CONCERNED CITIZENS ✍️🐦
# ⬛ WESTERN HAMILTON COUNTY

**Addyston    Cleves    Colerain Twp.    Crosby Twp.    Delhi Twp.    Green Twp.**
**Harrison Twp.    Harrison    Miami Twp.    North Bend    Whitewater Twp.**

December 22, 2003

FAX TO:  MIAMI GROUP SIERRA CLUB / Andy Betts

FROM:  Clare Johnson  /  574-7256

INVOICE

FINANCIAL FEASIBILITY ANALYSIS  . . . . . . . . . . . . . . $250.00
for Wesselman Rd. Trunk Sewer Line
by Dr. Michael Kavanaugh, Research Economist
Presented Dec. 17, 2003 to Hamilton County Commissioners

Please submit to:    Clare W. Johnson
                     Concerned Citizens of Western Hamilton County
                     c/o 5200 Race Rd.
                     Cincinnati, OH  45247-7904

Thank you.

CCWHC is a grassroots organization that ■ supports Smart Growth land use planning that ■ preserves the
semi-rural character of Western Hamilton County, and ■ includes citizen participation in all decision making.
CCWHC P.O. Box 444  Miamitown, OH 45041  HOTLINE 513.661.8405

# CONCERNED CITIZENS
# OF WESTERN HAMILTON COUNTY

**Addyston    Cleves    Colerain Twp.    Crosby Twp.    Delhi Twp.    Green Twp.**
**Harrison Twp.    Harrison    Miami Twp.    North Bend    Whitewater Twp.**

December 22, 2003

FAX TO:  OHIO CHAPTER SIERRA CLUB / Marilyn Wall

FROM:  Clare Johnson  /  574-7256

INVOICE

FINANCIAL FEASIBILITY ANALYSIS  . . . . . . . . . . . . . . . . $500.00
for Wesselman Rd. Trunk Sewer Line
by  Dr. Michael Kavanaugh, Research Economist
Presented Dec. 17, 2003 to Hamilton County Commissioners

Please submit to:    Clare W. Johnson
                     Concerned Citizens of Western Hamilton County
                     c/o 5200 Race Rd.
                     Cincinnati, OH  45247-7904

Thank you.

CWHC is a grassroots organization that ■ supports Smart Growth land use planning that ■ preserves the semi-rural character of Western Hamilton County, and ■ includes citizen participation in all decision making.

CCWHC  P.O. Box 444   Miamitown, OH 45041   HOTLINE 513.661.8405

# CONCERNED CITIZENS
# OF WESTERN HAMILTON COUNTY

**Addyston    Cleves    Colerain Twp.    Crosby Twp.    Delhi Twp.    Green Twp.**
**Harrison Twp.    Harrison    Miami Twp.    North Bend    Whitewater Twp.**

December 22, 2003

FAX TO: SIERRA CLUB / Glen Brand

FROM: Clare Johnson / 574-7256

INVOICE

FINANCIAL FEASIBILITY ANALYSIS . . . . . . . . . . . . . . .    $500.00
for Wesselman Rd. Trunk Sewer Line
by Dr. Michael Kavanaugh, Research Economist
Presented Dec. 17, 2003 to Hamilton County Commissioners

Please submit to:    Clare W. Johnson
                     Concerned Citizens of Western Hamilton County
                     c/o 5200 Race Rd.
                     Cincinnati, OH  45247-7904

Thank you.

# Invoice

**First Quarter**
**Date:** 3/31/2003

Rivers Unlimited
515 Wyoming Ave.
Cincinnati, OH 45215
513-761-4003
513-761-4988 fax

**Bill To:**

Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

| Item | Description | Price |
|------|-------------|-------|
| Storage | March Infomanagement Cost – 66 boxes | 192.96 |

| | **Total** |
|---|---|
| | $192.96 |

**Please Pay This Amount: $192.96**

# Invoice

**Second Quarter**
**Date:** 6/30/2003

Rivers Unlimited
515 Wyoming Ave.
Cincinnati, OH 45215
513-761-4003
513-761-4988 fax

**Bill To:**

Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

| Item | Description | Price |
|------|-------------|-------|
| Storage | April Infomanagement Cost – 66 boxes | 31.87 |
| Storage | May Infomanagement Cost – 66 boxes | 30.50 |
| Storage | June Infomanagement Cost – 66 boxes | 36.12 |

| | **Total** |
|---|---|
| | $98.49 |

**Please Pay This Amount: $98.49**

# Invoice

**Third Quarter**
**Date:** 9/30/2003

Rivers Unlimited
515 Wyoming Ave.
Cincinnati, OH 45215
513-761-4003
513-761-4988 fax

**Bill To:**

Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

| Item | Description | Price |
|------|-------------|-------|
| Storage | July Infomanagement Cost – 66 boxes | 25.07 |
| Storage | August  Infomanagement Cost – 66 boxes | 25.07 |
| Storage | September Infomanagement Cost – 66 boxes | 40.47 |

| | **Total** |
|---|---|
| | $90.61 |

**Please Pay This Amount: $90.61**

# Invoice

**Fourth Quarter**
**Date:** 12/31/2003

Rivers Unlimited
515 Wyoming Ave.
Cincinnati, OH 45215
513-761-4003
513-761-4988 fax

**Bill To:**

Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

| Item | Description | Price |
|------|-------------|-------|
| Storage | October Infomanagement Cost – 66 boxes | 78.98 |
| Storage | November Infomanagement Cost – 66 boxes | 30.68 |
| Storage | December Infomanagement Cost – 66 boxes | 25.07 |

| | **Total** |
|---|---|
| | $134.73 |

**Please Pay This Amount: $134.73**

# Invoice

**First Quarter**
**Date:** 3/31/2004

Rivers Unlimited
515 Wyoming Ave.
Cincinnati, OH 45215
513-761-4003
513-761-4988 fax

**Bill To:**

Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

| **Item** | **Description** | **Price** |
|---|---|---|
| Storage | January Infomanagement Cost – 66 boxes | 25.07 |
| Storage | February Infomanagement Cost – 66 boxes | 38.70 |
| Storage | March Infomanagement Cost – 66 boxes | 25.61 |

**Total**
$89.38

**Please Pay This Amount: $89.38**

# Invoice

**Second Quarter**
**Date: 6/24/2004**

Rivers Unlimited
515 Wyoming Ave.
Cincinnati, OH 45215
513-761-4003
513-761-4988 fax

**Bill To:**

Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

| Item | Description | Price |
|------|-------------|-------|
| Storage | April Infomanagement Cost – 66 boxes | 25.61 |
| Storage | May Infomanagement Cost – 73 boxes | 58.89 |

| | **Total** |
|---|---|
| | $84.50 |

**Please Pay This Amount: $84.50**

McDonald
Investments

**LEONARD H FREMONT**
**MARILYN M WALL**
816 VAN NES DR
CINCINNATI, OH  45246-4307

116

Date _4-15-02_

56-704/412
799

Pay to the
Order of _David Altman Co_                    $ _1000_

_one Thousand_                                    Dollars

Payable Through:
KeyBank National Association
Vermilion, Ohio

For _Costs / SSD case_                    _M Wall_

⑆041207040⑆ 979003 2335288⑈ 0116



*Memo from*

## DELORIS SINCLAIR
### ASSISTANT TO THE COUNTY CLERK

**HAMILTON COUNTY COMMISSIONERS**
**HAMILTON COUNTY, OHIO**
**(513) 946-4415**

Received $20.00
from Katie Danko
for 2 Commrs.
Mtg's Video's

12/4/03

Deloris
Sinclair

LAW OFFICES OF

# ALBERT J. SLAP

20 ERIE AVE.
GLENDALE, OH 45246
(513) 771-7800
(513) 772-6506 (FAX)
e-mail: albertslap@slaplaw.com
www.slaplaw.com

MEMBER OF PA AND NJ BAR

Marilyn Wall                                          9/18/2002
Ohio Chapter Sierra Club
515 Wyoming Ave.
Cincinnati, OH 45215

Re: FOIA Document Review – EPA Region V

Dear Marilyn:

Enclosed please find a statement for my out-of-pocket costs for the FOIA document review at EPA Region V in Chicago. This review was both for the Columbus and Cincinnati sewer cases. As you know, Trish Brechlin, Marc Conte, Andy Betts and myself attended it. I would appreciate it if you would have the Club reimburse me for these expenses at its earliest convenience. I have submitted copy and search fee waivers to EPA for both document productions. We do not know what the Agency's decision will be, however.

Thank you for your anticipated cooperation.

Sincerely,

Albert J. Slap, Esq.

Enclosure

Sierra Club
C/o Karen Mittendorf
3180 Preserve Lane, Unit 1A
Cincinnati, OH 45239

**INVOICE:**

Costs incurred to date in case: <u>Sierra Club and Marilyn Wall v. Hamilton County, et al.,</u>
Case No. 1-02-107, United States District Court, Southern District of Ohio


Total (as of 1/30/03) - $1183.36 (detailed backup attached)


Please send payment to:

Albert J. Slap, Esq.
20 Erie Ave.
Glendale, OH 45246

INVOICE


Betty J. Schwab
Official Court Reporter
Room 829
Potter Stewart U.S. Courthouse
100 East 5th Street
Cincinnati, Ohio  45202


(513) 564-7636


June 15, 2004

TO:  Albert J. Slap, Esq.
     20 Erie Avenue
     Glendale, Ohio  45246


RE:  USA  v.  Board of County Commissioners

     Civil Action No. 1:02-cv-107-SAS
     Transcript of hearing
     Heard on 5/25/04
     Before the Honorable S. Arthur Spiegel, Senior Judge

     256 copy pages at $.83

     BALANCE DUE:  $212.48


                                        Thank you,

     Pd 6-17-04                         Betty J. Schwab
                                        Betty J. Schwab


THIS TRANSCRIPT HAS BEEN FILED WITH THE COURT

06/27/2003  15:14    513-621-6558           CIN TEL CORPORATION                    PAGE  02

# Cin-Tel, Inc.

*From Transcript to Trial*

*813 Broadway*
*Cincinnati, OH 45202*
*800-228-3376*
**Tax ID #31-091-8857**

**To:**
**ALBERT J. SLAP, ESQ.**
**LAW OFFICE OF ALBERT J. SLAP**
**20 ERIE AVENUE**
**GLENDALE, OH 45246**

# INVOICE

| **Invoice NO:** | **53144** |
|---|---|
| **Date:** | **28-Feb-03** |

| Job Number | Case Number | | Invoice NO. | | Invoice Date: | |
|---|---|---|---|---|---|---|
| UNIT.COMM000 | | | 53144 | | Feb 28, 03 | |

Deponent:        **CLYDE WILBER**
Case Caption:   **UNITED STATES OF AMERICA -V- BOARD OF COUNTY COMM.**

| Reporter | Description | Date | | Amount |
|---|---|---|---|---|
| *ROGER | Appearance of reporter unwritten | 2/26/03 | | $350.00 |
| | | | SUBTOTAL | 350 |
| | | | POSTAGE / DELIVERY | |
| | | | TOTAL | $350.00 |

Make all checks payable to: Cin-Tel, Inc.
If you have any questions concerning this invoice, call:
Kay Patton at 513.621.7723

## THANK YOU FOR YOUR BUSINESS!

| Job Number | Case Number | Invoice NO. | Invoice Date: | Invoice Amt. | |
|---|---|---|---|---|---|
| UNIT.COMM000 | 0 | 53144 | Feb 28, 03 | $350.00 | |

Please remit this stub with payment to:

# Cin-Tel, Inc.

*813 Broadway*
*Cincinnati, OH 45202*

Page 1

# CIN-TEL
## CORPORATION
813 BROADWAY
CINCINNATI, OHIO 45202
(513) 621-7723 • FAX (513) 621-6558

# INVOICE

SLAPOO
ATT: ALBERT J. SLAP, ESQ.
LAW OFFICE OF ALBERT J. SLAP
20 ERIC AVENUE
GLENDALE, OH 45246

FILE #:

UNITED STATES OF AMERICA ... BOARD OF
COUNTY COMMISSIONERS OF HAMILTON COUNTY

Please remit this stub
with your payment to:
CIN-TEL CORPORATION
813 Broadway
Cincinnati, Ohio 45202

| ID NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| ITT.COMM000 | | C.O.D. | 00053144 | 02/28/03 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| REPORTER APPEARANCE -- UNWRITTEN | 02/26/03 | *ROGER | | | | |
| PO: CLYDE WILBER | | | | | | |

| | SLAPOO |
|---|---|
| | LAW OFFICE OF ALBE |
| INVOICE NO. | INVOICE DATE |
| 00053144 | 02/28/03 |

IN-TEL FOR OUR NATIONWIDE SUBPOENA SERVICES!

SALES TAX                    $    350.00
                                    .00

INVOICE TOTAL      $    350.00

# Spangler Reporting Services, Inc

Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202

Phone: (513) 381-3330     Fax: (513) 381-3342

# Statement

| | |
|---|---|
| Statement Date: | 04/18/2003 |
| Account Code: | SC |
| Total Balance: | $762.85 |
| Last Payment: 02/20/2003  for | $338.50 |

**Attention:**
Sierra Club
c/o Marilyn Wall
515 Wyoming Avenue
Cincinnati, OH 45215

*dues + to pmt + gwbro— 3-31-03* (handwritten)

Check #: _____
Date Paid: _____
Amount: _____

| Item | Invoice Date | Invoice # | Contact | Caption | Your File # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 02/21/2003 | 14603 | AJS2 | Sierra Club And Marilyn Walls.vs.Board of County | | $733.50 | $762.85 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days | Over 150 Days |
|---|---|---|---|---|---|
| $0.00 | $762.85 | $0.00 | $0.00 | $0.00 | $0.00 |

Federal Tax I.D.: 31-1536938

**Finance Charges:** $29.35

Please KEEP THIS PART for YOUR RECORDS.

**Total Balance:** $762.85

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Attention:**
Sierra Club
c/o Marilyn Wall
515 Wyoming Avenue
Cincinnati, OH 45215

## Statement

| Total Balance |
|---|
| $762.85 |
| **Amount Enclosed** |
| |

| Inv.# | Balance | Paid |
|---|---|---|
| 14603 | $762.85 | ☐ |



Remit To:     Phone: (513) 381-3330     Fax: (513) 381-3342

**Spangler Reporting Services, Inc**
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202

# Spangler Reporting Services, Inc

Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202
Phone: (513) 381-3330     Fax: (513) 381-3342

# Statement

| | |
|---|---|
| Statement Date: | 01/20/2003 |
| Account Code: | SC |
| Total Balance: | $638.01 |

Last Payment: / /     for     $0.00

Check #: _____
Date Paid: _____
Amount: _____

Attention:

Sierra Club
c/o Marilyn Wall
515 Wyoming Avenue
Cincinnati, OH 45215

| Item | Invoice Date | Invoice # | Contact | Caption | Your File # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 12/30/2002 | 14344 | AJS2 | Sierra Club And Marilyn Walls vs Board of County | | $625.50 | $638.01 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days | Over 150 Days |
|---|---|---|---|---|---|
| $638.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Federal Tax I.D.: 31-1536938

Finance Charges: $12.51     Total Balance: $638.01

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Attention:

Sierra Club
c/o Marilyn Wall
515 Wyoming Avenue
Cincinnati, OH 45215

# Statement

| Total Balance | |
|---|---|
| $638.01 | |
| Amount Enclosed | |

| Inv.# | Balance | Paid |
|---|---|---|
| 14344 | $638.01 | ☐ |

Remit To:     Phone: (513) 381-3330     Fax: (513) 381-3342

Spangler Reporting Services, Inc

Mercantile Center

120 East 4th Street, Suite 390

Cincinnati, OH 45202

