AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA, et al.

      V.

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS, et al.

Case Number:  1:02-cv-00107

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the HEARING ON OMBUDSMAN REPORT in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | **DATE AND TIME**<br>AUGUST 18, 2004 at **10:00 AM**\* |

**\*THIS IS A TIME CHANGE ONLY FROM 3:00 PM.**

JAMES BONINI, CLERK

s/Kevin Moser  
Kevin Moser  
Case Manager  
(513) 564-7620

cc: Donetta Wiethe, Esq.   Gregory Lockhart, Esq.   Leslie Allen, Esq.   Thomas Sansonetti, Esq.  
    Margaret Malone, Esq.   Gary Pritchard, Esq.   Albert J. Slap, Esq.   Amy Leonard, Esq.  
    Dennis Altman, Esq.   Lance Himes, Esq.   Joseph Justice, Esq.   Nee Fong Chin, Esq.  
    William Heile, Esq.   Christopher Buckley, Esq.   Peter Murphy, Esq.