### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, | : | **Case No. 1:02CV107** |
| | : | |
| **Plaintiffs** | : | **(Hon. S. Arthur Spiegel)** |
| | : | |
| **v.** | : | **NOTICE OF REMOVAL OF** |
| | : | **ATTORNEY FROM SERVICE LIST** |
| **BOARD OF COUNTY** | : | |
| **COMMISSIONERS OF HAMILTON** | : | |
| **COUNTY, OHIO,** *et al.*, | : | |
| | : | |
| **Defendants** | | |

Now comes the City of Cincinnati and gives notice that W. Peter Heile shall no longer act as Counsel in this matter on behalf of this defendant.  Please remove W. Peter Heile from your service list.

Respectfully submitted,

MICHAEL K. ALLEN
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO


 /s/ W. Peter Heile
W. Peter Heile, 0024210
Assistant Prosecuting Attorneys
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
DDN:  (513) 946-3249
FAX:  (513) 946-3018
*Trial Attorney for Defendant City of Cincinnati*

-1-

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically via the

CM/ECF system and has been served electronically upon all counsel of record on August 23,

2004.

/s/ W. Peter Heile
W. Peter Heile, 0024210
Assistant Prosecuting Attorney