UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | CASE NO. C-1-02-107 |
| Plaintiffs, | |
| and | |
| SIERRA CLUB, ET AL., | Judge S. Arthur Spiegel |
| Intervenors, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, ET AL. | |
| Defendants. | |

**UNOPPOSED MOTION OF PLAINTIFF-INTERVENORS SIERRA CLUB AND
MARILYN WALL FOR AN EXTENSION OF TIME
<u>PURSUANT TO LOCAL RULE 6.1 (B)</u>**

Sierra Club and Marilyn Wall, Plaintiff-Intervenors in the above-captioned action, by and through Counsel, respectfully move this Court to grant them a brief extension of time in which to file a Reply to the Defendants' Memorandum in Opposition to Intervenors' Petition for Attorneys' Fees and Costs. The Intervenors' reply is due on September 14, 2004, and they request an extension until September 21, 2004. Counsel for the Intervenors, Albert J. Slap, Esq., has obtained consent to this motion from Peter Murphy, Esq., Counsel for the Defendants.

1

Respectfully Submitted,

/s/ D. David Altman_____
D. David Altman
D. David Altman Co., L.P.A.
15 East 8th Street, Suite 200W
Cincinnati, OH 45202
(513-721-2180)


/s/ Albert J. Slap, Esq._____
Albert J. Slap, Esq. (#0074579)
Law Office of Albert J. Slap
20 Erie Ave.
Glendale, OH 45246
(513-771-7800)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2004, a copy of the forgoing Sierra Club and Marilyn Wall's Unopposed Motion for an Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ D. David Altman
    D. David Altman (0021457)
    D. DAVID ALTMAN CO., L.P.A.
    15 East 8th Street, Suite 200W
    Cincinnati, OH 45202
    E-mail: daltman@one.net