IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-00107 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| HAMILTON COUNTY BOARD OF : | |
| COUNTY COMMISSIONERS, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that pursuant to this Court's previous Order (doc. 129), the Court hereby GRANTS Plaintiff United States of America Motion for Entry of Consent Decrees (doc. 116). Additionally, the Court GRANTS Sierra Club's Motion for Attorneys' Fees and Costs (doc. 136). The Court has reviewed carefully the lodestar figures of those requesting fees and reimbursement of costs. It finds their requests generally reasonable. The Court does find, however, some duplicative and unreasonable charges. As such, the Court AWARDS the following amounts. To Albert J. Slap, Esq. The Court AWARDS $491,867.27 in fees and costs. To D. David Altman Co., LPA the Court AWARDS $315,246.50 in fees and costs. To the Sierra Club the Court AWARDS $151,631.19. The total amount of fees and costs awarded to the various Plaintiffs is $958,744.96.

8/23/05                                                    James Bonini, Clerk

                                                           s/Kevin Moser
                                                           Kevin Moser
                                                           Deputy Clerk