FILED
JAMES BONINI
CLERK

05 SEP 21 PM 2:01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | **Case No. 1:02cv00107** |
| ) | (Consol. with C-1-02-108 and |
| ) | C-1-02-135) |
| The Board of County Commissioners, ) | |
| Hamilton County, Ohio, *et al.*, ) | Judge S. Arthur Spiegel |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Board of County Commissioners of Hamilton County, Ohio, and the City of Cincinnati appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order (D.E. #144) granting Sierra Club and Marilyn Wall's Motion for Attorneys' Fees and Costs and from the Judgment in a Civil Case (D.E. #145), both entered in this action on the twenty-third day of August 2005.

Dated this 21st day of September 2005.

Respectfully submitted,

*[signature]*

Nee Fong Chin, Trial Attorney
Ohio Bar # 0038095
Chief Assistant Prosecuting Attorney
Hamilton County Prosecutor's Office
230 East 9th Street, Suite 4000
Cincinnati, Ohio 45202

Terry Nestor, Of Counsel
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Christopher H. Buckley, Jr., Of Counsel
Peter P. Murphy, Of Counsel
Andrew S. Tulumello, Of Counsel
Michael K. Murphy, Of Counsel
Amir C. Tayrani, Of Counsel
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

For the Board of County Commissioners
of Hamilton County, Ohio, and the City
of Cincinnati

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendants' Board of County Commissioners and City of Cincinnati's Notice of Appeal was served on this September 21, 2005, via regular mail upon the following:

D. David Altman, Esq.
Law Offices of D. David Altman, L.P.A.
15 East Eighth Street, Suite 200W
Cincinnati, OH 45202

Albert J. Slap, Esq.
473B Mountain Laurel Drive
Aspen, CO 81611

For Plaintiffs Sierra Club and Marilyn Wall

Margaret A. Malone
Assistant Attorney General
Attorney General, State of Ohio
Environmental Enforcement Section
30 East Broad Street
Columbus, OH 43266-0410

For the State of Ohio
Leslie Allen
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Donetta D. Wiethe
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, OH, 45202

Gary Prichard
Associate Regional Counsel
U.S. EPA, Region 5
77 West Jackson Blvd.
Chicago, IL 60604-3590

For the United States of America

*(signature)*
Michael K. Murphy
Gibson, Dunn & Crutcher LLP