```
Wed Sep 21 13:50:47 2005

    UNITED STATES DISTRICT COURT

      CINCINNATI, OH

Receipt No.    100 428217
Cashier        mcl

Check Number:  35557

DO Code    Div No
 4661       1

Sub Acct Type Tender      Amount
1:086900  N    2          105.00
2:510000  N    2          150.00
3:        N    V            0.00

Total Amount        $     255.00

GIBSON-DUNN & CRUTCHER

NOTICE OF APPEAL 1:02CV107



Wed Sep 21 13:50:47 2005

Check No.  35557
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```