READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM

# TRANSCRIPT ORDER

| District Court | Southern District of Ohio | District Court Docket Number | 1:02cv00107 |
|---|---|---|---|

Short Case Title: United States v. Hamilton County Board of County Commissioners

Date Notice of Appeal Filed by Clerk of District Court: 9/21/05     COA# 05-4437

**PART 1** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER).

A. Complete one of the following:
- [ ] No Hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on the file in District Court Clerk's Office
- [✓] This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | Hon. S. Arthur Spiegel | 8/18/2004 | Connie Dupps (Merit Litigation Support Services) |
| Testimony (specify witnesses) | | | |
| Other (specify) | | | |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
- [ ] Voir Dire
- [ ] Opening statement of plaintiff
- [ ] Opening statement of defendant
- [ ] Jury Instructions
- [ ] Closing argument of plaintiff
- [ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
- [ ] Criminal Justice Art (Attach copy of CJA form 24)
- [✓] Private Funds

Date: 11/21/05

Signature: Drew [signature]      Print Name: Andrew S. Tulumello      Counsel for: Board of County Commissioners; City of Cincinnati

Address: Gibson, Dunn & Crutcher LLP 1050 Connecticut Ave., NW Washington, DC 20036      Telephone: (202) 955-8657

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b)

Date      Signature of Court Reporter      Telephone

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages      Actual Number of Volumes

Date      Signature of Court Reporter

6CA-30

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Transcript Order was served on this November 23, 2005, via regular mail upon the following:

D. David Altman, Esq.
Law Offices of D. David Altman, L.P.A.
15 East Eighth Street, Suite 200W
Cincinnati, OH 45202

Albert J. Slap, Esq.
20 Erie Avenue
Glendale, Ohio 45246

For Plaintiffs Sierra Club and Marilyn Wall

Margaret A. Malone
Assistant Attorney General
Attorney General, State of Ohio
Environmental Enforcement Section
30 East Broad Street
Columbus, OH 43266-0410

For the State of Ohio

Leslie Allen
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Donetta D. Wiethe
Assistant United States Attorney
221 East Fourth Street
Atrium II, Suite 400
Cincinnati, OH 45202

Gary Prichard
Associate Regional Counsel
U.S. EPA, Region 5
77 West Jackson Blvd.
Chicago, IL 60604-3590

For the United States of America

_____
Amir Cameron Tayrani
Gibson, Dunn & Crutcher LLP