**Water in Basement Program**
**Time Billing and Expense Summary**
*12/09/2005*

### 06/01/04 - 08/31/04

|  |  |  | Hourly Rate |  |
|---|---|---|---|---|
| Attorneys - | GP | 38.49 Hours | $150 | $5,773.500 |
|  | Others | 29.75 Hours | $150 | 4,462.50 |
| Legal Assistants |  | 30.50 Hours | $75 | 2,287.50 |
|  |  |  | **Total:** | 12,523.50 |

### 09/01/04 - 11/30/04

| Attorneys - | GP | 52.25 Hours | $150 | $7,837.50 |
|---|---|---|---|---|
|  | Others | 21.34 Hours | $150 | 3,201.00 |
| Legal Assistants |  | 59.50 Hours | $75 | 4,462.65 |
|  |  |  | **Total:** | $15,501.15 |

### 12/01/04 - 02/28/05

| Attorneys - | GP | 23.77 Hours | $150 | $3,491.00 |
|---|---|---|---|---|
|  | Others | 2.42 Hours | $150 | 363.00 |
| Legal Assistants |  | 2.00 Hours | $75 | 150.00 |
|  |  |  | **Total** | $4,078.50 |

### 03/01/05 - 05/31/05

| Attorneys - | GP | 73.03 Hours | $150 | $10,954.50 |
|---|---|---|---|---|
|  | Others | 6.00 Hours | $150 | 900.00 |
| Legal Assistants |  | 23.25 Hours | $75 | 1,743.75 |
|  |  |  | **Total:** | 13,598.25 |

### 06/01/05 - 08/31/05

| Attorneys - | GP | 55.50 Hours | $150 | $8,325.00 |
|---|---|---|---|---|
|  | Others | 11.00 Hours | $150 | 1,650.00 |
| Legal Assistants |  | 31.50 Hours | $75 | 2,362.50 |
|  |  |  | **Total:** | $12,337.50 |



EXHIBIT
A

## Water in Basement Program
### Time Billing and Expense Summary
*12/09/2005*

### 09/01/05 - 11/30/05

| | | | | |
|---|---|---|---|---|
| Attorneys - | GP | 74.0 Hours | $150 | $11,100.00 |
| | Others | 25.25 Hours | $150 | 3,787.50 |
| Legal Assistants | | 34.70 Hours | $75 | 2,602.50 |
| | | | **Total:** | $17,490.00 |

| | |
|---|---|
| **Subtotal Ombudsman** | **$75,528.90** |
| **Costs of Design, Printing and Mailing Brochure** | **$3,098.65** |
| **06/01/05 - 11/30/05 GRAND TOTAL:** | **$78,627.55** |