# LEGAL AID SOCIETY OF GREATER CINCINNATI

LEGAL SERVICES IN BROWN, BUTLER, CLERMONT, CLINTON, HAMILTON, HIGHLAND AND WARREN COUNTIES

August 2005

**DONALD P. KLEKAMP COMMUNITY LAW CENTER BUILDING**

215 East Ninth Street, Suite 200
Cincinnati, Ohio 45202

Telephone
(513) 241-9400
(800) 582-2682

TTD
(513) 241-1390

Dear MSD Customer,

We are checking with people who have called the Metropolitan Sewer District about a problem with water or sewer backup in their basement.

The Metropolitan Sewer District has created a Water-in-Basement (WIB) Response Program to help you with this problem. Assistance from Legal Aid is available for all MSD customers who have questions, concerns, or problems with the WIB Response Program.

The WIB Response Program was created as part of a Federal Court Order dealing with problems in the County's sewer system. The Metropolitan Sewer District has agreed to carry out this program to help homeowners and others who have suffered because of a sewer backup in their basement.

The United States District Court appointed the Legal Aid Society of Greater Cincinnati to act as an Ombudsman for the WIB Response Program. The term "Ombudsman" is used to describe a person or an organization, in this case, the Legal Aid Society, who is appointed to act on behalf of customers to see that their problems are taken care of. The Ombudsman job is to ensure that Water-in-Basement victims obtain effective and timely assistance.

The Legal Aid Ombudsman has been asked by the Court to:
- make sure that the WIB Response Program is understandable to the public;
- provide the public with someone who acts on their behalf and who can assure that the WIB Response Program is working;
- investigate complaints; and
- inform the Court regarding the status of the program.

You may contact the Legal Aid Society with any problems or questions about the WIB Response Program or your rights concerning any part of the WIB Response Program. Call (513) 362-2801 or email gpieples@lascinti.org. You will not be charged a fee for Legal Aid Ombudsman services.

Sincerely,

Gary Pieples
*Attorney at Law*
*Ombudsman*

MSD WATER-IN-BASEMENT RESPONSE PROGRAM
Cleanup Claims Prevention
(513) 359-4900

LEGAL AID SOCIETY OMBUDSMAN
Questions Concerns Problems
(513) 362-2801


EXHIBIT B

# Problems with the Water-in-Basement Response Program? Call Legal Aid for Help

## OMBUDSMAN SERVICES NOW AVAILABLE TO ASSIST WITH THE METROPOLITAN SEWER DISTRICT WATER-IN-BASEMENT RESPONSE PROGRAM

The Legal Aid Society of Greater Cincinnati has been appointed by the Federal Court to resolve problems with the WIB Response Program. Legal Aid is available at no charge to assist you.

To contact Legal Aid, call (513) 362-2801 or e-mail the Ombudsman at gpieples@lascinti.org.

**LEGAL AID SOCIETY OF GREATER CINCINNATI**

---

**LEGAL AID SOCIETY OF GREATER CINCINNATI**

DONALD P. KLEKAMP
COMMUNITY LAW
CENTER BUILDING

215 East Ninth Street, Suite 200
Cincinnati, Ohio 45202

Non-Profit Org.
U.S. Postage
PAID
Cincinnati, OH
Permit No. 7022

---

# MSD Water-in-Basement Response Program

## CLEAN UP
If your basement backs up because of a problem with the public sewer system MSD will clean up the mess. If you have a backup, call (513) 352-4900 and MSD will send someone to determine the cause of the backup. Call within 24 hours or as soon as you realize you have a backup.

## PROPERTY DAMAGE CLAIMS
Property owners who experience a basement backup caused by the public sewer system can now be reimbursed for most property losses. Claims forms are available at (513) 352-4900 or msdgc.org.

## PREVENTION PROGRAM
To prevent backups from happening again MSD will install devices or systems in your building or home. If you wish to be considered for the Prevention Program please call (513) 352-4900.

**LEGAL AID SOCIETY OF GREATER CINCINNATI**