## ATTACHMENT C

MessageFrom: Campbell, Bob [Bob.Campbell@cincinnati-oh.gov]
Sent: Thursday, December 15, 2005 2:06 PM
To: 'marilyn.wall@env-comm.org'; Mallory, Mark; Cole, Laketa; Cranley, John; Crowley, David; Tarbell, James; Berding, Jeff; Bortz, Chris; Ghiz, Leslie; Monzel, Chris; Thomas, Cecil; Portune, Todd; Heimlich, Phil; Dewine, Pat; Campbell, Bob; Sieving, Michael; Rager, David
Subject: RE: MSD consent decree

The program that is referred to in this email is our Wet Weather Program.  We are currently in development of this major program, and as such can not address most of the questions outlined below.  We have a target date of January 31, 2006 to present a draft Wet Weather Program to the Hamilton County Commissioners.  The Commissioners have requested that we have public comment on the plan and we intend to have several public meetings, through out the service area, to receive public comment on the plan.  A plan must be submitted to USEPA, as required under the Consent Decrees, no later than June 30, 2006.  We anticipate that USEPA approval of the plan early in 2007.

Once the plan is developed, we will be in a better position to address the questions outlined below.

Bob Campbell, PE, DEE
Director
MSD of Greater Cincinnati
1600 Gest Street
Cincinnati, OH  45204
513-244-5120

-----Original Message-----
From: marilyn.wall@env-comm.org [mailto:marilyn.wall@env-comm.org]
Sent: Monday, December 05, 2005 12:43 PM
To: mark.mallory@cincinnati-oh.gov; 'Cole, Laketa'; John Cranley; 'Crowley, David'; james.tarbell@cincinnati-oh.gov; jeff.berding@cincinnati-oh.gov; chris.bortz@cincinnati-oh.gov; leslie.ghiz@cincinnati-oh.gov; chris.monzel@cincinnati-oh.gov; cecil.thomas@cincinnati-oh.gov; todd.portune@hamilton-co.org; Phil.Heimlich@hamilton-co.org; pat.dewine@cincinnati-oh.gov; Campbell, Bob; Michael.sieving@hamilton-co.org; citymanager@cincinnati-oh.gov
Subject: MSD consent decree


To:  Mayor Mallory, Cincinnati City Council, Hamilton County Commission, Metropolitan Sewer District



December 5, 2005



From: Marilyn Wall, Ohio Chapter Sierra Club Conservation Chair

Sierra Club asked Lynn Frock, a planning professional, for a framework for Sierra Club and others to use to evaluate progress and plans for the implementation of the Metropolitan Sewer District Consent Decrees. We have attached a list of questions. The response to these questions will assist us as well as city and county policy makers in evaluating progress with the Consent Decrees and in our role serving on the Long Term Control Plan Steering Committee.

We appreciate your assistance in responding to these questions. If you have questions, Lynn Frock can be reached at 321-3187.

Thank you.

Marilyn Wall

761-6140 ext 10

*******************************************************************************
********************************************

TO:   Marilyn Wall

FR:   Lynn Frock, PMP

DT:   December 1, 2005

SB:   Questions Regarding MSD Partial Interim and Final Global Consent Decree

Having attended the presentation to the Cincinnati City Council hearing on November 1, 2005 and the community meeting on November 15, 2005, and understanding the great importance of success of this undertaking to all stakeholders, I have the following questions.

Regarding the over all Program, which for purposes of this memo I define to including both the projects in the Partial Interim Decree and the Global Consent Decree:

1.   What are the Program's quality, scope, time and cost target values and target dates?

2.   What is the Program's relative priority between quality, scope, time and cost?

3.   Who are the Program stakeholders?

4. What are the communication needs of each Program stakeholder?

5. How are these stakeholder communication needs met with what, when?

6. What are the Program assumptions?

7. What are the Program constraints?

8. What is the Program Risk Management Plan?

9. What synergies exist between the Program and other MSD projects?

10. What synergies exist within the Program?

11. What is the prioritization process for sequencing projects?

12. Is process improvement applied to program and project management? How?


Regarding individual projects in both the Partial Interim Decree and the Global Consent Decree:

1. What was the final quality, time, cost and scope variance for completed projects?

2. How many risks with unacceptable impact were realized?

3. What is the relative priority between quality, time, cost and scope for each project?

4. Who are the stakeholders for each individual project?

5. What are the communication needs of each project stakeholder?

6. How are these stakeholder communication needs met, with what, when?

7. How is the quality, time, cost and scope estimates categorized?

8. What are the assumptions for each project?

9. What are the constraints for each project?


Regarding both the City of Cincinnati and Hamilton County governments:

1. What is the role of each government in this Program?

2. How and when will that role be undertaken?


Thank you.

Lynn Frock, PMP

3689 Kendall Ave.

Cincinnati, OH 45208

513-321-3187