UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,
    Plaintiff(s),

v.

Bd of Comm Hamilton County, et al.,
    Defendant(s).

2006 SEP 12 PM 3: 51

Case No. 1:02cv0107
(J. Spiegel ;Hogan, M.J)

## CIVIL MINUTES
for an
Informal Conference/planning meeting pursuant to Doc.154
before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** September 12, 2006      **TIME:** 1:30 pm

Attorney for Plaintiff(s): _____
Donetta Wiethe

Attorney for Defendant(s): _____
Mary Asbury
Jessica Powell

## PROCEDURES

__✓__ Counsel Present.      _____ Pro-Se Party Present

Remarks: _____
_____
_____
_____
_____
_____