UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,

    Plaintiff(s),

    v.                        Case No. 1:02cv0107
                                  (J. Spiegel ; Hogan, M.J)

Bd of Comm Hamilton County, et al.,
    Defendant(s).

### NOTICE

Please take notice that the above-captioned case has been set for a Status Conference (re: Water in Basement Program) before the Honorable Timothy S. Hogan on:

**Tuesday, November 7, 2006 at 2:00 pm**

**in chambers Room 706, U.S. Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio.  (513) 564-7650.**

                              Timothy S. Hogan
                              United States Magistrate Judge


                              s/Arthur W. Hill
                              Courtroom Deputy

cc:    All Counsel
      awh      October 10, 2006