**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

USA,

    Plaintiff(s),

2006 NOV -7 PM 2:48

v.

Case No. 1:02cv0107
(J. Spiegel ;Hogan, M.J)

Bd of Comm Hamilton County, et al.,
    Defendant(s).

## CIVIL MINUTES
### for an
### Informal Status Conference re: WIB Program
### before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:**
**COURT REPORTER:** none present
**DATE:** November 7, 2006      **TIME:** 2:00 pm

Attorney for Plaintiff(s): _____

David Altman

Justin Newman

Donetta Wiethe

Attorney for Defendant(s): _____

Mark Newman

Mary Asbury

Terry Nester   Jessica Powell

**PROCEDURES**

✓ Counsel Present.      _____ Pro-Se Party Present

Remarks: _____