# LEGAL AID SOCIETY OF GREATER CINCINNATI

LEGAL SERVICES IN BROWN, BUTLER, CLERMONT, CLINTON, HAMILTON, HIGHLAND AND WARREN COUNTIES

**DONALD P. KLEKAMP COMMUNITY LAW CENTER BUILDING**

215 East Ninth Street
Suite 200
Cincinnati, Ohio
45202

Telephone
(513) 241-9400
(800) 582-2682

Facsimile
(513) 241-0047

TTD
(513) 241-1390

November 20, 2006

Honorable S. Arthur Spiegel
United States District Court
for the Southern District of Ohio
838 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Dear Judge Spiegel:

I assigned Jessica Powell as the Ombudsman prior to Gary's departure from Legal Aid. Gary assisted her in getting started on the project before he left. Gary was also to have submitted an Order for your signature, appointing Jessica; I did not realize until I received your recent letter that he had not done so, and I apologize for the oversight. Please be assured that Jessica has been diligently performing her Ombudsman assignment in the meantime.

I have asked Jessica to prepare an Ombudsman Report covering the time period since the last report. We will file the report on or before December 15, 2006. In the meantime, we will prepare an Order appointing Jessica Powell as the Ombudsman.

We are also involving a 2006 law graduate, Rickell Howard, as Jessica's assistant on the project. The three of us have attended two meetings with Magistrate Judge Hogan, and the other parties, to work out a streamlined appeal process for cases where the homeowner disagrees with the City's disposition of its claim. Jessica has taken the lead in getting this done. She and Rickell Howard continue to assist individuals, and we have made plans for another round of publicity including a media strategy.

Overall, the claims and prevention programs are running smoothly, and there are presently no unresolved programmatic disputes between the Ombudsman and the MSD.

Truly yours,

*Mary Asbury* (signature)

Mary Asbury
Executive Director
*Direct-Dial (513) 362-2800*

**APPOINTMENTS AVAILABLE**

Batavia
Cincinnati
Georgetown
Hamilton
Hillsboro
Lebanon
Middletown
Wilmington

LSC

MA/paa

S:\PAA\WIB\Spiegel lt 112006.doc