## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | |
| | | JUDGE S. ARTHUR SPIEGEL |
| -vs- | : | |
| BOARD OF COUNTY COMMISSIONERS, et al., | : | **MOTION TO REDESIGNATE OMBUDSMAN** |
| Defendants. | : | |
| | : | |

    Jessica L. Powell hereby moves the Court for an Order appointing her to replace Gary J. Pieples to serve in the role of the Ombudsman in the Water-in-Basement (WIB) program. A copy of the proposed order is attached hereto.

    Respectfully submitted,

*/s/ Jessica L. Powell*
Jessica L. Powell
Legal Aid Society of Greater Cincinnati
215 East Ninth Street, Suite 200
Cincinnati, Ohio 45202
(513) 241-9400
(513) 241-7871 (fax)
jpowell@lascinti.org

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on the following parties by electronic mail on this 13th day of December, 2006.

| | |
|---|---|
| Leslie Allen: | leslie.allen@usdoj.gov |
| Deborah Allison | deborah.allison@cincinnati-oh.gov |
| Dennis David Altman: | daltman@one.net |
| Christopher J. Buckley: | cbuckley@gibsondunn.com |
| Nee Fong Chin: | nchin@prosecutor.hamilton-co.org |
| Diana Christy | dchristy@environlaw.com |
| Lance D. Himes: | lhimes@environlaw.com |
| Joseph Steven Justice: | justice@taftlaw.com |
| Margaret Ann Malone: | mmalone@ag.state.oh.us |
| Peter P. Murphy: | pmurphy@gibsondunn.com |
| Terrance A. Nestor: | terry.nestor@cincinnati-oh.gov |
| Mark Norman | manorman@vssp.com |
| Gary Prichard: | prichard.gary@epa.gov |
| Albert J. Slap: | albertslap@slaplaw.com |
| Donetta Donaldson Wiethe: | donetta.wiethe@usdoj.gov |

*/s/ Jessica L. Powell*
Jessica L. Powell
Attorney at Law