UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. 1:02-cv-00107 |
| Plaintiffs, | : | |
| -vs- | : | JUDGE S. ARTHUR SPIEGEL |
| BOARD OF COUNTY COMMISSIONERS, et al., | : | ORDER |
| Defendants. | : | |
| | : | |

The Court hereby appoints Jessica L. Powell as designated counsel to replace Gary J. Pieples to serve in the role of the Ombudsman in the Water-in-Basement (WIB) program.

IT IS SO ORDERED.

_____
JUDGE S. ARTHUR SPIEGEL
United States District Court

12/14/06
_____
DATE

S:\LRF\WIB\Order 121306.doc