| Date | Total Ombudsman Hours | | |
|---|---|---|---|
| | Attorney Time (In Hours) | Legal Assistant Time (In Hours) | Total (In Hours) |
| Dec 2005-Feb 2006 | 73.9 | 13.75 | 87.65 |
| Mar 2006-May 2006 | 74.78 | 24 | 98.78 |
| Jun 2006 - Aug 2006 | 100.25 | 66 | 166.25 |
| Sep 2006 - Nov 2006 | 36.75 | 37 | 73.75 |
| Total Time | 285.68 | 140.75 | 426.43 |

EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |

I, _____, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_____
Signature

_____
Name (print)

_____
Date



EXHIBIT B

# INFORMATION FOR REQUEST FOR REVIEW

Name: _____

Address: _____

_____

Phone: _____

Nature of dispute and description of your disagreement (attach additional pages if necessary):

_____

_____

_____

_____

_____

_____

_____

Date of City's decision (please attach): _____

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

_____

_____

_____

_____

_____

Check one:

☐ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: _____

Date: _____

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*

# CLAIMS REVIEW INFORMATION
# (MSD WATER-IN-BASEMENT PROGRAM)

- The Metropolitan Sewer District (MSD) created a Water-in-Basement (WIB) response program as part of a Federal Court Order to address problems with the Hamilton County sewer system.

- Under the WIB program, homeowners may have rights if they have sewer-related backups in their homes. For example, the City of Cincinnati and MSD must pay damages to homeowners caused by capacity-related backups.

- If you disagree with the City's decision on your claim, you may request a review of the decision by the Judge in Federal Court. Attached is a form that you can use to request a review.

- Information about completing the form:
  - You should file your Request for Review within **90 days** from the date of the City's decision to file a Request for Review.
  - If you need more than 90 days to prepare and file your Request for Review, contact the Legal Aid Ombudsman at (513) 362-2801 for information on how to request more time.
  - To prepare and file your Request for Review form, you need to:
    - Describe the nature of your dispute;
    - Attach a copy of the City's decision;
    - Specify the part of the City's decision that you disagree with;
    - Attach any relevant information or documents that support your position (receipts, photos, etc.);
    - Indicate whether you want a hearing before the Judge, or whether you want to submit a claim on the documents alone. (Note: the City might request a hearing even if you don't want one!)
    - **File your form in Room 103 of the Federal Courthouse at 100 E. 5th Street, Cincinnati, 45202, and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.**

- The City has 30 days to file a response to your request for review.

- The Court should give you a hearing (if you want one) within 30 days of your request and a decision within 10 days of your hearing.

- The Ombudsman will not represent you at your Review Hearing. You can appear on your own, or you can bring an attorney.

- The Court will review all of the evidence presented by you and by the City or MSD. The Court can only consider your claim based on evidence you present (e.g., photos, receipts, etc.).

- **Call the Legal Aid Ombudsman at (513) 362-2801 if you have any questions or for more information.**

S:\LRF\WIB\Pro se\Request for Review Info 112106.doc

**EXHIBIT C**