FILED
JAMES BONINI
CLERK

07 JAN 29 AM 11: 47

<div style="text-align:center">

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO**

</div>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |

I, *Pauline Meisenhelder*, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

<div style="margin-left:50%">

Respectfully submitted,

*Pauline Meisenhelder*
Signature

PAULINE MEISENHELDER
Name (print)

January 26, 2007
Date

</div>

S:\LRF\WIB\Pro se\Request For Review 112106.doc

## INFORMATION FOR REQUEST FOR REVIEW

Name: Pauline Meisenhelder
Address: 363 Princess Court, Cincinnati, Ohio 45215

Phone: 513-771-4656

Nature of dispute and description of your disagreement (attach additional pages if necessary):

It has been 4 years and I am not any further than I was 4 years ago. All I can tell you is on January 4, 2004, my basement had 4 inches of water backup due to rain. At the time the Metropolitan Sewer District was working on sewers in the street. My plumber said, after digging up my front yard, that there was eventually a problem, but my dispute is why did the backup happen at the same time the sewers were being worked on.

Date of City's decision (please attach): March 19, 2004

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

Some reimbursement for my trouble and repairs to put things back in order. MSD and Legal Society of Greater Cincinnati has all the information, photos necessary. Can't you get this from them? Jessica Powell was helping me from Legal Aid. Too much to mail.

Check one:

☐ I would like to appear in person to explain my position to the Court.

☒ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Pauline Meisenhelder
Date: January 26, 2007

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.