

# FAX TRANSMISSION
## CITY OF CINCINNATI
## LAW DEPARTMENT
ROOM 214 CITY HALL
801 PLUM STREET
PHONE: 513-352-3334
FAX: 513-352-1515

To: Jessica Powell          Date: 12/14/06

Fax #: 241-7871          Pages: 4
(INCLUDING THIS PAGE)

From: Deb Allison

Phone #: 513-352- 3337

Subject: Meisenhelder Claim

COMMENTS:

Let me know if you need anything else. Thanks!
Deb

1:02CV10 87 FEB -1 PM 2:35
FILED JAMES BONINI CLERK

This message may constitute privileged attorney-client communication or attorney work product, and unauthorized use or disclosure is prohibited. If you are not the intended recipient of this message, please advise us by calling (513)352-3334 and forward the received material to us by mail at the address above.

# City of Cincinnati



Office of City Solicitor
Courts Division
Claims/Collections
and Revenue Recovery

1/21/2004

Room 126, City Hall
801 Plum Street
Cincinnati, Ohio 45202-5705
Phone   (513) 352-3334
FAX     (513) 352-3306

J. Rita McNeil
*City Solicitor*

Ernest F. McAdams, Jr.
*City Prosecutor*

Pauline Meisenhelder
`363 Princess Court
Cincinnati, Ohio 45215

Dear Mr./Ms. Meisenhelder:

This letter is to acknowledge that the City Solicitor's Office has received your claim for damages.

We are sensitive to your situation, however, as with all claims, the City of Cincinnati must conduct a full investigation.

While we are conducting our investigation, if you have not already done so, please send the following information to the Office of the City Solicitor, Attention: Claims Administrator, 801 Plum Street, Room 214, Cincinnati, Ohio 45202:

1.  Any documentation related to the amount of your damages (receipts, estimates, bills, etc.).

2.  A copy of your insurance coverage related to your claim.

Please be informed that pursuant to Section 2744.05(B) of the Ohio Revised Code, if the City of Cincinnati is liable for the claimed damages, it is only liable for the amount that is not covered by insurance. If you need further explanation concerning the above, please call me at 352-1577.

The Claims Administrator will notify you by mail of the decision regarding your claim at the completion of the investigation.

Sincerely yours,

Anita A. Boulmetis
Claims Administrator

AAB/lm

**Boulmetis, Anita**

| | |
|---|---|
| **From:** | Madden, Dennis |
| **Sent:** | Friday, February 06, 2004 8:08 AM |
| **To:** | Boulmetis, Anita; Johnson, Julia; Campbell, Bob; Pat Esposito (E-mail) |
| **Cc:** | Minges, G Stephen; Johnstone, Ralph |
| **Subject:** | Response RE: 363 Princess Court - Claim for WIB #94 |

Anita,

We discussed this claim yesterday. I want to confirm the conversation and provide you documentation for this case. The documents submitted by Pauline Meisenhelder of 363 Princess Court in Woodlawn, Ohio 45215 clear identify that the blockage and the broken pipe were on private property. Specifically, the AA Plumbing Inc. receipt, #20230, states that roots were found in the private lateral. The second receipt, #20231, states that the private lateral was replaced form the clean out, "outside the building up to sidewall." This repair is also on private property. Both the cleaning of the lateral and the replacement of the lateral from the house to the sidewalk are property owner responsibility.

We note that MSD responded to this Water In the Basement (WIB) and approved that clean up services be performed at that site. We have been performing an audit of the January 2 - 4 rain event and have found that we inadvertently performed a WIB clean-up. We are evaluating our procedures and will make corrections to avoid this conflict. If you need additional information or have questions, please call or email me.

Dm²



# City of Cincinnati





Office of City Solicitor
Courts Division
Claims/Collections
and Revenue Recovery

Room 126, City Hall
801 Plum Street
Cincinnati, 45202-7705
Phone   (51 ) 352-3334
FAX     (51 ) 352-   06

J. Rita McNe
City Solicitor

Ernest F. McAdams, Jr.
City Prosecutor

March 19, 2004

Pauline Meisenhelder
363 Princess Court
Cincinnati, Ohio  45215

Dear Ms. Meisenhelder:

We have completed our review of your claim for damage to your property on January 4, 2004, at 363 Princess Court, in Cincinnati, Ohio.

The Metropolitan Sewer District (MSD) reports that the cause of your sewer backup was a problem in your house lateral.  Under the Metropolitan Sewer District's Regulation, the property owner is responsible for the maintenance of the building lateral from the building to the public sewer line.  Metropolitan Sewer District is only responsible for the replacement of the building lateral that is located in the right of way.

Therefore, based upon the facts, the City of Cincinnati Metropolitan Sewer District cannot be responsible for your damages.  We must deny your claim   If you wish to appeal this decision, you may do so though the State of Ohio court system.

Sincerely,

Anita A. Boulmetis
Claims Administrator

cc:  MSD

Enclosure

Equal Opportunity Employer

# City of Cincinnati



Office of City Solicitor

December 12, 2006

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

Jessica Powell
201 East Ninth Street, Suite 200
Cincinnati, OH 45202

RE:   Meisenhelder WIB Claim - 363 Princess Court

Dear Jessica:

Pursuant to your email request of December 11, 2006, enclosed please find all of the original documents provided Ms. Pauline Meisenhelder, of 363 Princess Court, to the City of Cincinnati relating to her WIB claim stemming from an incident on or around January 4, 2004.

Please do not hesitate to contact me if you should need further assistance.

Very truly yours,

Deborah Wyler Allison
Assistant City Solicitor

Cc:    Shirley Lenzly

RECV'D

DEC 1 3 2006

Equal Opportunity Employer

SOLICITOR'S OFFICE

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI
## WATER-IN-BASEMENT (WIB) CLAIM FORM

You should complete this claim form if you experienced property damage in connection with a flooded basement, also known as a "water-in-basement occurrence" or "WIB", and believe that the flooding was the result of negligence on the part of the Metropolitan Sewer District of Greater Cincinnati ("MSD").

If the WIB was the result of MSD's negligence, MSD and the City of Cincinnati want to see that you are compensated fairly and in accordance with the law for any property damage that may have resulted.

Once you submit this claim, the Claims Section of the City of Cincinnati's Law Department will investigate the cause of the WIB. If the Claims Section determines that MSD was negligent, the Claims Section will attempt to settle your claim by offering you a reasonable sum of money. The amount of money the Claims Section offers you will be based on your documented damages. For that reason, it is to your benefit to cooperate in providing the information requested on this form and in responding to any additional requests from the Claims Section for information about your damages.

If you have questions at any time regarding the status of your claim, please call the Law Department Claims Section at (513) 352-3334.

---

***GENERAL INFORMATION****. To be completed by claimant.*

Name of Claimant: *Pauline Meisenhelder*

Address of WIB: *363 Princess Court*

City, Village or Township: *Woodlawn, Ohio*     Zip Code: *45215*

Unit #, if applicable: _____     Day time phone number: *513-771-4656*

Type of property:     __X__ Single Family Residence
(check one)

_____ Multi-Family Residence (# of Units:_____)

_____ Business

When did this WIB occurrence begin?     *January 4, 2004*

Did you report this WIB incident to MSD?     __X__ Yes _____ No

If you reported this WIB incident, when did you report it? *January 4, 2004*

*DAMAGES INFORMATION. To be completed by claimant.*

(1)    Is your basement:        _____ Unfinished

                                _____ Partly Finished

                                ___X___ Completely Finished

(2)    If your basement was partially or completely finished, please indicate the square footage of finished square feet.

       *400 square* finished sq. ft.                    _____ unfinished sq. ft.

(3)    Please indicate the type of floor covering that was in your basement prior to the WIB:

       _____ Bare floors    ___X___ Carpeting    ___X___ Tile / linoleum

(4)    Please indicate what your basement is used for:

       ___X___ Storage         ___X___ Bathroom        _____ Study / Den

       ___X___ Laundry         _____ Bedroom         _____ Family Room

       _____ Workbench       _____ Bar

       _____ Other (please specify)

(5)    Please attach an inventory of damaged property, using the attached instructions.

---

*INSURANCE INFORMATION. To be completed by all claimants.*

Do you have insurance on the property that has experienced the WIB?    _____ Yes
                                                                       ___X___ No

If you have insurance on the property, please provide the following information:

       The name of your insurance carrier: *Gross Insurance Agency, Inc.*

       Your policy number:    *DHW08251569H*

       The amount of your deductible:    *$500.00*

**Please attach a copy of your policy's Declarations Sheet and / or a letter from your carrier indicating that these damages are not covered.**

---

### *OTHER POTENTIAL CLAIMANTS.*

*We request this information in order to identify any other persons who may have claims for damages as the result of the WIB. Please complete any applicable section.*

(A)    **RENTERS.** If you rent the property that experienced the WIB, please provide the following information about your landlord:

Name: _____

Address: _____

City: _____    State: _____

Phone Number: _____

(B)    **LANDLORDS:** If you own the property that experienced the WIB:

(1) Please provide the following information about each tenant whom you believe may have incurred damage to personal property as a result of the WIB (attach a separate sheet of paper if necessary):

Name: _____

Address: _____

Telephone Number: _____    Unit #: _____

(2)    Please also provide the following information:

Is the property held in the name of a corporation, partnership,    _____ Yes
or other entity, rather than by individuals?    _____ No

If yes, provide the name of the entity that owns the property:

_____

(3)    Please provide the following information about how we can contact you:

Address: _____

City: _____     State: _____

Phone Number(s): _____

**VERIFICATION.** *To be completed by all claimants.*

I hereby certify that the information I have provided on this form, as well as the information contained on my inventory of damaged property, is true and accurate to the best of my knowledge.

*Pauline Meisenhelder* _____     *January 15, 2004*

Signature of Claimant                                     Date

**FOR OFFICIAL USE:  To be completed by MSD and / or City Claims personnel.**

Form received in Claims Section on _____ by _____

Acknowledgment letter sent to claimant on _____ by _____ (copy file)

Internal Claims Determination Form sent to MSD on _____
                                  received back in Claims Section on _____
                                  follow up calls made _____

Further information requested from MSD?  _____ Yes  _____ No

     Date of request:_____     Mode: ____Email ____Memo ____Oral
                                (copy file)

     Type of info.
     requested: _____

     Response to request rec'd on: _____

Further information requested from claimant? _____ Yes  _____ No

     Date of request: _____

     Type of info.
     requested: _____

     Response to request rec'd on: _____

Determination: _____ Approved    (Amount_____)
                                  (Letter w/release sent on:_____)
                                  (Signed release rec'd on:_____)
                                  (Payment sent on: _____)

              _____ Denied      (Letter sent on: _____)

Additional Notes or Comments:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Instructions for Providing**
**Inventory of Damaged Property**

If the sewage backup in your basement was the result of negligence on the part of the Metropolitan Sewer District of Greater Cincinnati ("MSD"), MSD and the City of Cincinnati want to see that you are compensated fairly and in accordance with the law for any property damage that may have resulted.

If MSD was negligent, the Claims Section of the City of Cincinnati's Law Department will attempt to settle your claim by offering you a reasonable sum of money. The amount of money the Claims Section offers you will be based on your documented damages. For that reason, it is to your benefit to carefully follow these instructions and to respond to any additional requests from the Claims Section for information about your damages.

Instructions

On a separate sheet of paper, make a list of all the items for which you are claiming damages as the result of the WIB. Your list should also include:

For every ELECTRONIC DEVICE or APPLIANCE (e.g., washer, lamp, television):

- Manufacturer
- Model Number, if available
- Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

For every piece of FURNITURE (e.g., couch, chair, etc.)

- Appropriate descriptive information (e.g., size, type of fabric, etc.)
- Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

For every other item,

- Appropriate descriptive information
- Approximate age
- Cost when purchased

- A description of the damage the item sustained
- Whether the item is still useable
- Receipt, if available
- Picture

Mail to:    City of Cincinnati
            Attn: City Solicitor's Office – MSD Claims
            801 Plum Street
            Cincinnati, OH 45202

3259 HOMEWARD WAY
FAIRFIELD, OHIO 45014

# A A Plumbing Inc.

**INVOICE NO.**
20230

## *"Our business has been built on satisfied customers."*

(513) 771-1888 • (513) 863-8181 • (513) 874-1888 • (513) 984-1881
aacincinnati.com

Sold To: MR.S Pauline Meisenhelder    Invoice Date: 1-4-0 3 4

363 Princess ct

STREET

Cin        oH      45215    Phone #: 771-4656

CITY              STATE    ZIP

**PAST DUE CHARGES — 1½% per month**

Work Order # _____    Referred by: ☐Yellow Pages  ☐Yellow Book
☐Friend/Relative  ☐ Other_____

| WORKMAN | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---------|-------------|-----------|-------------|
|  | Emergency Service for | | 149. ºº |
|  | clean main Drain. | | |
|  | Tacke Toilet out and snake Threw | | |
|  | heavy Roots find. | | |
|  | Find out clean out and snke out main Drain | | |
|  | All The Way Threw To main - line full off | | |
|  | Roots. Replace closet flange and set Toilt | | |
|  | T.v. sewer line line old full off Roots | | 200. |
|  | and Damage with Belley need To be Replace | | |
|  | Labor & Parts         tea     Hours 7 2men | | |

**EXTRA CHARGES**

The above prices, specifications, and conditions are satisfactory and are hereby accepted.

Customer Signature *Pauline Meisenhelder*    *Thank you*

| | |
|---|---|
| SALES TAX | |
| TOTAL | 1200. ºº |

| Method of Payment | FOR COMPANY USE ONLY – DO NOT WRITE IN THIS SECTION |
|---|---|
| Cash _____ | Recd. _____ |
| CC _____  EXP. DATE_____ | TD _____ |
| Check No. 9707 | |

3259 HOMEWARD WAY
FAIRFIELD, OHIO 45014

# A A Plumbing Inc.

INVOICE NO.

## 20231

*"Our business has been built on satisfied customers."*

(513) 771-1888 • (513) 863-8181 • (513) 874-1888 • (513) 984-1881

aacincinnati.com

Sold To: MR'S *Pauline Meisenhelder*     Invoice Date: *1-5-04*

*363 Princess ct*     Phone #: *771-4656*

STREET

*Cin oh     45215*     PAST DUE CHARGES — 1½% per month

CITY          STATE    ZIP    Referred by: ❑Yellow Pages  ❑Yellow Book

Work Order # _____    ❑Friend/Relative  ❑Other_____

| WORKMAN | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---------|-------------|------------|-------------|
| | Plumbing Service for Replace main sewer line from cleen out, outside Building up To side walk Diging, and Instal New P.V.C SDR-356" pipe. Back Sill Dirt, pile Dirt on Top of The Ditch, Extra Dirt Stay on site. if we hit Gas line will be extra charge for Replacement. if we need To cut Trees will be Extra (No) no Responsibilities for Damge The Yard or Concreat | | |

**EXTRA CHARGES**

The above prices, specifications, and conditions are satisfactory and are hereby accepted.     SALES TAX

Customer Signature *Pauline Meisenhelder*   *David Engel*     TOTAL   *4,200.00*

| Method of Payment | | FOR COMPANY USE ONLY – DO NOT WRITE IN THIS SECTION |
|---|---|---|
| Cash _____ | | Recd. _____ |
| CC _____  EXP. DATE_____ | | TD _____ |
| Check No. *9710* | | |

**GROSS INSURANCE AGENCY, INC.**
PO BOX 75249
FORT THOMAS, KY 41075-0249
Phone: 859-781-0434   Fax: 859-781-1780

| M E M O | | | Page 1 |
|---|---|---|---|
| **ACCOUNT NO.** | **OP.** | **DATE** | |
| MEISJO1 | RS | 01/12/2004 | |
| **POLICY INFORMATION** | | | |
| **POLICY #** | | | |
| DHW08252569H | | | |
| **TYPE** | | **EFFECTIVE** | **EXPIRATION** |
| HOME | | 10/14/2003 | 10/14/2004 |

**Joseph & Pauline Meisenhelder**
363 Princess Court
Cincinnati, OH 45215

| Joe & Pauline | Re: HOMEOWNERS | |
|---|---|---|

Per your request, attached please find a copy of your current homeowners declaration page.  As we explained on the phone, you do not have the endorsement on your policy to cover Water Damage from Sewers/Drains backup.

Thanks.

**RHODA STRASSEL**

AGENT

SYSTEM 08/25/03

# West American Insurance Company

9450 SEWARD ROAD, FAIRFIELD, OHIO 45014          1-800-345-6664

## HOMEOWNER RENEWAL CERTIFICATE

| | | | POLICY PERIOD | | |
|---|---|---|---|---|---|
| POLICY NO. | ST. TERR. AGENT | | FROM | TO | TERM |
| DHW 08252569 | 34 55 7508 | | 10/14/2003 | 10/14/2004 | ONE YEAR |

**INSURED**

JOSEPH M. MEISENHELDER
& PAULINE L.
363 PRINCESS CT
CINCINNATI OH 45215-1038

**AGENT**    TELEPHONE: (859)781-0434

JOSEPH P. SINGLER
C/O GROSS INSURANCE
PO BOX 75249
FT THOMAS KY 41075-0249

**FIRST MORTGAGEE**

THE CENTRAL TRUST CO N A CENTRAL I
NE DEPT
201 E 5TH ST
CINCINNATI          OH 45202-4152

**SECOND MORTGAGEE**

**1ST LOAN NUMBER**

**2ND LOAN NUMBER**

D-HO-1-L (7-91)

THE DESCRIBED INSURED LOCATION IS LOCATED AT: 363 PRINCESS CT          CINCINNATI          OH 45215-1038

| PROPERTY COVERAGE | | | | | LIABILITY COVERAGE | |
|---|---|---|---|---|---|---|
| A.DWELLING | B.OTHER STRUCTURES | C.PERSONAL PROPERTY | D.LOSS OF USE | | E. PERSONAL LIABILITY EACH OCCURRENCE | F .MEDICAL PAYMENTS TO OTHERS EACH PERSON |
| $103,624 | $10,362 | $72,536 | $31,087 | | $100,000 | $1,000 |
| BASIC PREMIUM | ADDITIONAL PREMIUM | | | | TOTAL PREMIUM | |
| $321.00 | $48.00 | | | | $369.00 | |

DEDUCTIBLE - PROPERTY COVERAGE, IN CASE OF LOSS WE COVER ONLY THAT PART OF THE LOSS OVER THE DEDUCTIBLE STATED.

CURRENT EDITION OF FORMS WILL BE SUBSTITUTED AT EACH RENEWAL DATE FOR EARLIER EDITIONS IF REVISED DURING THE PREVIOUS POLICY TERM.

$500 FLAT ALL PERILS.

| TERR | PREM GROUP | PROT CLASS | NO. OF FAMILIES | TOWN | YEAR CONST |
|---|---|---|---|---|---|
| 43 | 65 | 5 | 1 | | 1955 |

CONSTRUCTION:    FRAME

| | | |
|---|---|---|
| * | HO-0003 | 10-00 |
| * | HO-0496 | 10-00 |
| * | OCH-52 | 10-00 |
| * | OCH-2444 | 10-00 |
| * | OCH-231 | 11-01 |
| * | OCH-163 | 10-00 |
| * | OCH-0134 | 08-01 |
| * | AO-8717 | 04-02 |
| * | OCH-147 | 05-00 |
| * | OCH-772 | 10-00 |

48.00

COVERAGE A HAS BEEN INCREASED FROM   $101,124 TO
REFLECT THE CURRENT CONSTRUCTION COST IN YOUR AREA.
PLEASE CONTACT YOUR AGENT IF YOU HAVE ANY QUESTIONS.

THERE IS A CHANGE IN THE DEDUCTIBLE PROVISION
OF YOUR POLICY.

IMPORTANT COVERAGE CHANGES HAVE BEEN MADE TO YOUR
POLICY. SEE ATTACHED NOTICE TO POLICYHOLDERS,
OCH-164, FOR DETAILS.

MARKET 9

INSURANCE IS PROVIDED ONLY WITH RESPECT TO THE
COVERAGES FOR WHICH A LIMIT OF LIABILITY IS SPECIFIED,
SUBJECT TO ALL CONDITIONS OF THIS POLICY.

YOUR BUSINESS IS APPRECIATED. CONSULT YOUR AGENT ON ALL INSURANCE MATTERS.



**M S D**

**WIB PROPERTY DAMAGE REPORT**
WIB Incident No. _094_

Customer Service Respresentative: _T Giacobbe_

Customer Name: _Pauline Meisenhelder_

Address: _363 Princess Ct._ City: _Cincinnati_  Zip: _45215_

Room ____

| Item Description | Quantity | To Be Cleaned & Saved | To be Disposed of Offsite | Comments |
|---|---|---|---|---|
| Drywall | | | ✓ | |
| baseboards | | | ✓ | |
| carpet | | | ✓ | |
| books | 1 box | | ✓ | |
| baskets | 2 4 | | ✓ | |
| basket of books | 1 | | ✓ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The items above were checked against the WIB Incident Report completed on
Date: _01_/_11_/_04_ and there were no significant differences.

Customer Signature: _Pauline Meisenhelder_

Printed Name: _PAULINE MEISENHELDER_

Date: _Jan. 21, 2004_

# WIB PROPERTY DAMAGE REPORT
## WIB Incident No. _094_

Customer Service Representative: _TGieabse_

Customer Name: _P. Meisenhelder_

Address: _363 Princess_    City: _Cinti_    Zip: _45215_

| Photo # | Room | Item Description | Manufacturer / Model # | Quantity | Comments |
|---------|------|------------------|------------------------|----------|----------|
| 201 | 1 | overall | | | |
| 202 | 2 | " | | | |
| 203 | 2 | " | drywall | | To be disposed |
| 204 | 2 | " | | | |
| 205 | 3 | " | | | |
| 206 | 3 | " | | | |
| 207 | 3 | " | | | |
| 208 | 3 | baseboards | | | to be disposed |
| 209 | 4 | overall | | | |
| 210 | 4 | overall | | | |
| 211 | 4 | carpet | | | to be disposed |
| 212 | 4 | dryer – H₂O level | | | |
| 213 | 4 | water – H₂O level | | | |
| 214 | 4 | W/D – H₂O level | | | |

The items above were checked against the WIB Incident Report completed on
Date: _10/11/04_ and there were no significant differences.

Customer Signature: _X Pauline Meisenhelder_

Printed Name: _Pauline Meisenhelder_

Date: _10/11/04_

# WIB PROPERTY DAMAGE REPORT
## WIB Incident No. 094

Customer Service Representative: _T Giratto_

Customer Name: _P. Meisenhelder_

Address: _363 Pincen Ct_ City: _Cinti_ Zip: _45215_

| Photo # | Room | Item Description | Manufacturer / Model # | Quantity | Comments |
|---|---|---|---|---|---|
| 215 | 4 | door (sunllar) | | | |
| 216 | 1 | baseboards | | | to be disposed |
| 217 | 1 | wall - w/o clsh | | | |
| 218 | 1 | wall w/ flch | | | |
| 220 | 4 | books - box | | 1 | to be disposed |
| 221 | 4 | box of sentimental items | | 1 | keep items |
| 222 | 4 | books clsd?) | | | to be disposed |
| 223 | 4 | baskets | | 2 | to be disposed |
| 224 | 4 | basket of books | | 1 | " |
| 225 | 4 | misc items (rubbish, paper bags) | | | |
| 226 | 4 | bag of old soda cans | | | |
| 227 | — | lawn | | | |
| 228 | — | lawn | | | |
| | | | | | |

The items above were checked against the WIB Incident Report completed on
Date: _0/11_    and there were no significant differences.

Customer Signature: X_Pauline Meisenhelder_

Printed Name: _P Meisenhelder_

Date: _0 / 11 / 04_

Damages as a result of water in basement
unless otherwise mentioned, all articles were discarded

1   entire front yard torn up and destroyed
(2)  rug completely destroyed
3   toilet broken when plumber removed it to find
    reason for water backup kept toilet
(4)  baseboards removed and some of dry wall in
    bathroom removed and need to be replaced
(5)  post cards bought during travel on vacations
(6)  Children's books, bible, history, geography and
    religious and other important reading all gone
(7)  baskets received at Christmas over many years
    from Procter and Gamble destroyed
8   homemade bow and arrow destroyed
9.  tiles loose and cracked, worse in bathroom area (tiles still in place)
(10) 4 rolls wrapping paper, 2 rolls paper towels, 2
    packages toilet tissue
(11) door to utility room will not shut, but still in
    place

photo enclosed showing replaced pipe in street.
This turned out to be the cause of sewer back up
into basement.

Note: plumber had replaced all pipes in yard
and discovered that it was not the cause of flooding.



Damages as a result of water in basement
unless otherwise mentioned, all articles were discarded

1   entire front yard torn up and destroyed
2   rug completely destroyed
3   toilet broken when plumber removed it to find
    reason for water back up kept toilet
4   baseboards removed and some of dry wall in
    bathroom removed and need to be replaced
5   post cards bought during travel on vacations
6   Children's books, bible, history, geography and
    religious and other important reading all gone
7   baskets received at Christmas over many years
    from Procter and Gamble destroyed
8   homemade bow and arrow destroyed
9.  tiles loose and cracked, worse in bathroom area (tiles still in place)
10  4 rolls wrapping paper, 2 rolls paper towels, 2
    packages toilet tissue
11  door to utility room will not shut, but still in
    place

photo enclosed showing replaced pipe in street.
This turned out to be the cause of sewer back up
into basement.

Note: plumber had replaced all pipes in yard
and discovered that it was not the cause of flooding.











