



















Case 1:02-cv-00107-SAS    Document 164-2    Filed 02/01/2007    Page 14 of 17





