

FILED
JAMES BONINI
CLERK

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

07 FEB -8 AM 11: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |
| | : | |

I, _____Al Gammarino_____, request that the Court review my Water-in-

Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the

information detailing the nature of my dispute.


Respectfully submitted,

_____
Signature

Al Gammarino
_____
Name (print)

February 8, 2007
_____
Date

## INFORMATION FOR REQUEST FOR REVIEW

Name:      Al Gammarino

Address:      3700 E. Galbraith Road, Cincinnati, Ohio 45236


Phone:      (513) 791-2018

Nature of dispute and description of your disagreement (attach additional pages if necessary):

1.    Complainant is or was the owner of 3291 Beekman Street, Cincinnati, OH.

2.    On or about January 3, 2004, M.S.D. sewers backed up into Complainant's

     real property, causing sewage and water to enter through the floor drains.

3.    Complainant's real property was damaged by the back up of the raw

     sewage and water, causing damages or devaluation to the real property.

4.    M.S.D. was negligent and wreckless in her failure to properly care

     and maintain her sewer lines, which caused damages to Complainant.

     (continued on attached page)

Date of City's decision (please attach):     July 1, 2005

Describe the Relief that you are seeking and any evidence that you have to support your claim.
Please attach your original claim and other documents (receipts, photos, videos, etc.) that you
would like the Court to review:


     Complainant, Al Gammarino, prays that this Court grant judgment against

     M.S.D. and/or the Board of County Commissioners in the sum of $9,632.45,

     together, with pre judgment interest at the legal rate from January 4,

     2004, until paid, plus post judgment interest and any or all other

     relief that the Court deems fair, just, of which Complainant is entitled.

Check one:

     ☒    I would like to appear in person to explain my position to the Court.

     ☐    I do not need to appear in person. I would like the Court to issue a decision based
          on its review of this form and the attached documents.


Signature:

Date:      February 8, 2007

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the
Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of
Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax:
513-352-1515.*

S:\LRF\WIB\Pro se\Request For Review 112106.doc

(continued from page line)

5.   M.S.D. is responsible for Complaint's damages due to the fact that she controls the sewers. The Board of County Commissioners is responsible for the damages due to the fact that they own the sewers.

6.   On or about January 12, 2004, M.S.D. accepted full responsibility and retained the services of Brock Restoration to clean the basement and removed the walk in cooler, attached hereto as Exhibit "A".

7.   Pursuant to the "Water In Basement" decree, the Board of County Commissioners and/or M.S.D. is liable to Complainant or Complainant's real property for damages, cleanup services and reimbursement for property damages.

8.   With credit to any payment made, M.S.D. and/or the Board of County Commissioners owe Complainant the sum of $9,632.45 for damages. the City offered on July 1, 2005, the sum of $2,213.00, attached hereto and marked as Exhibit "B". Demands upon the City for payment has proved to be fruitless.

-2-

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing was served upon

Terry Nestor, attorney for the City of Cincinnati, at 801 Plum Street,

Room 214, Cincinnati, Ohio 45202, by ordinary mail, on February ___8th___, 2007.


_____
Al Gammarino

-3-