Brock Restoration

| Customer Name: | Gamarino | | WIB No: | 099 |
|---|---|---|---|---|
| Address: | 3291 beckman | | Appt. Time: | 8am |
| City, State, Zip: | chncinnati,oh | | Cleanup Start | 9am |
| Phone # | | | Date: | 1/12/04 |

| IICRC CATEGORY | IICRC CODE | DESCRIPTION | UNIT | UNIT COST 1st Qtr 04 | NO. UNITS | EST COST |
|---|---|---|---|---|---|---|
| **CLEAN** | | | | | | |
| CLN | FCC | Clean and deodorize carpet | SF | $ 0.28 | | $ - |
| CLN | FCCSTP | Clean carpet - cleaning charge per step | EA | $ 2.70 | | $ - |
| CLN | LAB | Cleaning Technician - per hour | HR | $ 25.11 | | $ - |
| CLN | LABF | Floor Cleaning Technician - per hour | HR | $ 26.38 | | $ - |
| CLN | LABR | Cleaning - Remediation Technician - per hour | HR | $ 30.16 | | $ - |
| CLN | LABS | Cleaning - Supervisory/Administrative - per hour | HR | $ 32.60 | | $ - |
| CLN | PWASH | Clean with pressure/chemical spray | SF | $ 0.23 | 858 | $ 197.34 |
| CLN | PWASH+ | Clean with pressure/chemical spray - Heavy | SF | $ 0.36 | | $ - |
| CLN | PWASH++ | Clean with pressure/chemical spray - Very heavy | SF | $ 0.54 | | $ - |
| | | | | $ - | | |
| | | | | | | |
| **CONTENT MANIPULATION** | | | | | | |
| CON | LAB | Content Manipulation charge - per hour | HR | $ 27.04 | | $ - |
| CON | LABA | Content Manipulation charge - per hour - after hours | HR | $ 38.63 | | $ - |
| CON | PROT | Protect contents - Cover with plastic | SF | $ 0.12 | | $ - |
| CON | ROOM< | Contents - move out then reset - Small room | EA | $ 29.78 | | $ - |
| CON | ROOM> | Contents - move out then reset - Large room | EA | $ 59.53 | | $ - |
| CON | ROOM>> | Contents - move out then reset - Extra large room | EA | $ 119.05 | | $ - |
| | | | | | | |
| | | | | | | |
| **WATER EXTRACTION AND REMEDIATION** | | | | | | |
| WTR | BAG | Plastic bag - used for disposal of contaminated items | EA | $ 0.23 | | $ - |
| WTR | BLK< | Block and pad furniture in room - Small amount | EA | $ 19.69 | | $ - |
| WTR | BLK> | Block and pad furniture in room - Large amount | EA | $ 32.36 | | $ - |
| WTR | BLKA< | Block and pad furniture in room - Small amount - after hrs | EA | $ 29.61 | | $ - |
| WTR | BLKA> | Block and pad furniture in room - Large amount - after hrs | EA | $ 48.60 | | $ - |
| WTR | DHM | Dehumidifier unit (per day) - No monitoring | EA | $ 40.00 | | $ - |
| WTR | DHM> | Dehumidifier unit (per day) - Large - No monitoring | EA | $ 65.00 | | $ - |
| WTR | DHM>> | Dehumidifier unit (per day) - XLarge - No monitoring | EA | $ 95.00 | 2 | $ 190.00 |
| WTR | DRY | Air mover (per day) - No monitoring | EA | $ 24.50 | 4 | $ 98.00 |
| WTR | DRYW | Tear out wet drywall, cleanup, bag for disposal | SF | $ 0.41 | 608 | $ 249.28 |
| WTR | DRYWA | Tear out wet drywall, cleanup, bag - after business hours | SF | $ 0.54 | | $ - |
| WTR | EQ | Equipment setup, take down, and monitoring (hourly charge) | HR | $ 31.72 | 2 | $ 63.44 |
| WTR | EQA | Equip. setup, take down & monitoring - after hrs | HR | $ 45.28 | | $ - |
| WTR | EQD | Equipment decontamination charge - per piece of equipment | EA | $ 23.40 | 3 | $ 70.20 |
| WTR | ESRV | Emergency service call - after business hours | EA | $ 125.00 | | $ - |
| WTR | ESRVD | Emergency service call - during business hours | EA | $ 80.42 | 1 | $ 80.42 |
| WTR | EXT | Water extraction from floor | SF | $ 0.37 | | $ - |
| WTR | EXT+ | Water extraction from floor - Heavy | SF | $ 0.46 | | $ - |
| WTR | EXTA | Water extraction from floor - after business hours | SF | $ 0.54 | | $ - |
| WTR | EXTS | Water extraction from floor - Black water | SF | $ 0.93 | | $ - |
| WTR | EXTSA | Water extract from floor - Black wtr. - after business hrs | SF | $ 1.31 | | $ - |
| WTR | FCCGDS | Tear out wet non-salv. gluedn. cpt, cut/bag - Black water | SF | $ 0.72 | | $ - |
| WTR | FCCGDSA | Tear out wet non-salv.gluedn.cpt,cut/bg-Black wtr-aft. hrs | SF | $ 1.08 | | $ - |
| WTR | FCCS | Tear out wet non-salvage. carpet, cut/bag - Black water | SF | $ 0.31 | | $ - |
| WTR | FCCSA | Tear out wet non-salv. cpt, cut/bag-Black wtr-aft bus. hrs | SF | $ 0.50 | | $ - |
| WTR | FCVS | Tear out non-salv vinyl, cut & bag - Black water | SF | $ 1.01 | | $ - |
| WTR | FCVSA | Tear out non-salv vinyl, cut & bag - Black water-after hrs | SF | $ 1.57 | | $ - |
| WTR | FCWLS | Tear out non-salv laminate floor & bag-Black water | SF | $ 1.90 | | $ - |
| WTR | FCWLSA | Tear out non-salv lam. flr & bag-Black water-aft hrs | SF | $ 2.95 | | $ - |
| WTR | FCWS | Tear out non-salv wood flr & bag - Black water | SF | $ 2.62 | | $ - |
| WTR | FCWSA | Tear out non-salv wood floor & bag-Black water-aft hrs | SF | $ 4.09 | | $ - |
| WTR | NAFAN | Negative air fan/Air scrubber (per day) - No monitoring | DA | $ 73.84 | | $ - |
| WTR | NAFAN> | Neg. air fan/Air scrub. - Large (per day) - No monitoring | DA | $ 123.84 | | $ - |
| WTR | FHEPA | Add for HEPA filter (for negative air exhaust fan) | EA | $ 106.70 | | $ - |
| WTR | FHEPA> | Add for HEPA filter (for negative air exhaust fan - Large) | EA | $ 205.70 | | $ - |
| WTR | GRM | Apply anti-microbial agent | SF | $ 0.16 | 858 | $ 137.28 |
| WTR | GRMA | Apply anti-microbial agent - after hours | SF | $ 0.23 | | $ - |
| WTR | HEPAVAS | HEPA Vacuuming - Detailed - (PER SF) | SF | $ 0.52 | | $ - |
| WTR | LAB | Water Extraction & Remediation Technician - per hour | HR | $ 30.16 | | $ - |
| WTR | LABA | Water Extraction & Remediation Technician - after hours | HR | $ 45.28 | | $ - |

*Exhibit "A"*

**Brock Restoration**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WTR | LABCA | Cleaning Technician - after hours | HR | $ | 39.34 | | $ | - |
| WTR | LABS | Cleaning & Remediation - Supervisory - per hr | HR | $ | 32.60 | | $ | - |
| WTR | LABSA | Cleaning & Remediation - Supervisory - after hrs. | HR | $ | 48.96 | | $ | - |
| WTR | PAD | Tear out wet carpet pad and bag for disposal | SF | $ | 0.26 | | $ | - |
| WTR | PADS | Tear out wet carpet pad, cut/bag - Black water | SF | $ | 0.38 | | $ | - |
| WTR | PADSA | Tear out wet carpet pad, cut/bag - Black wtr - aft.bus.hrs | SF | $ | 0.57 | | $ | - |
| WTR | PPE | Add for personal protective equipment (hazardous cleanup) | EA | $ | 9.50 | | $ | - |
| WTR | PPEB | Boots - waterproof latex - Disposable (per pair) | EA | $ | 5.75 | | $ | - |
| WTR | TRIM | Tear out trim/base and bag for disposal | LF | $ | 0.40 | | $ | - |
| WTR | TRIMA | Tear out trim/base and bag for disposal - after bus. hours | LF | $ | 0.58 | | $ | - |
| WTR | EXTWPC | 2" Submersible pump with hose | DA | $ | 115.42 | | $ | - |
| | | | | | | | | |
| | | | | | | | | |
| **DEMOLITION** | | | | | | | | |
| DMO | DTRUCK | Single axle dump truck - per load - including dump fees | EA | $ | 157.49 | 1 | $ | 157.49 |
| DMO | PU | Haul debris - per pickup truck load - including dump fees | EA | $ | 90.52 | | $ | - |
| DMO | DUMP< | Dumpster load - Approx. 12 yards, 1-3 ton of debris | EA | $ | 267.83 | | $ | - |
| DMO | DUMP> | Dumpster load - Approx. 30 yards, 5-7 tons of debris | EA | $ | 353.00 | | $ | - |
| DMO | DUMP>> | Dumpster load - Approx. 40 yards, 7-8 tons of debris | EA | $ | 465.00 | | $ | - |
| | | | | | | | | |
| **OTHER** | | **Non Chargeable Items** | | | | | | |
| N/A | N/A | Electric Reducer/Splitter Box-per day | N/A | $ | - | | | |

**TOTAL COST ESTIMATE**                                                                                   $1,243.45

| | Name | Signature | Date | Time | |
|---|---|---|---|---|---|
| CSR | | | | | am / pm |
| Contractor | _Brock Restoration_____ | | | | am / pm |

part of Exhibit "A"

*Exhibit "B"*

# City of Cincinnati




---

Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

July 1, 2005

Al Gammarino
3700 E. Galbraith
Cincinnati, Ohio 45236

Dear Mr. Gammarino:

In response to the re-submittal of your original claim of January 5, 2004, received in our office on March 7, 2005, for damage to property located at 3291 Beekman Street, we have enclosed a Release for our final settlement offer of <u>$2,213.00.</u>

<u>Williamson Gas Furnace</u>
- Model 724-20   from 1954 to 1968.  60 to 36 yrs old.          Value 0

<u>Walk-in cooler</u>
- Nonfunctioning                                                        Value 0

<u>Painting of basement.</u>
- Basement walls                      75% of 2,150.00      1,650.00

Hot water heater
- 3 yrs. Old                full payment                          563.00

After you have met your obligations to the City of Cincinnati in the amount of <u>$5,050.14</u> for Office of Administration unpaid fines, and returned the enclosed Release to me, I will forward the City of Cincinnati's check in settlement of your claim to you.  Please do not alter the Release, as it will delay settlement of your claim.

Sincerely

Anita A. Boulmetis
Claims Administrator

enclosures

<u>MSD-WIB 099</u>

*Exhibit    C*

## RELEASE

THAT, Al Gammarino, 3700 E. Galbraith, Cincinnati, Ohio 45225, for the sole consideration of **TWO THOUSAND TWO HUNDRED THIRTEEN AND 00/100 DOLLARS ($2,213.00)**, received by him to his satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on January 2, 2004, at 3291 Beekman Street, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2005.


_____

Al Gammarino


WITNESSED BY:

_____

*Exhibit "D"*

# LEGAL AID SOCIETY OF
# GREATER CINCINNATI

LEGAL SERVICES IN BROWN, BUTLER, CLERMONT, CLINTON, HAMILTON, HIGHLAND AND WARREN COUNTIES

June 21, 2005

**DONALD P. KLEKAMP
COMMUNITY LAW
CENTER BUILDING**

**215 East Ninth Street
Suite 200
Cincinnati, Ohio
45202**

Telephone
(513) 241-9400
(800) 582-2682

Facsimile
(513) 241-0047

TTD
(513) 241-1390

Deborah Wyler
City Law Department
City of Cincinnati
801 Plum Street
Cincinnati, OH 45202

     **RE:    Delays in Claims Processing**

Dear Deborah:

     It has come to my attention that the City Law Department has failed to comply with the claims processing portion of the consent decree. As you know, Exhibit 8 to this consent decree outlines Hamilton County and the City of Cincinnati's agreement to process Water-In-Basement claims under Section 4. The agreement states that, "the office of the Solicitor will make a final written decision regarding payment of claims made under this plan within sixty days of receiving such claims."

     On or about February 25, 2005, Lisa and Ryan Lehan submitted a claim for damages to their home at 619 Genenbill Drive, Cincinnati, Ohio 45238. According to Neal Frink, attorney for the Lehans, the Solicitor's office has failed to issue a decision on that claim. It is well over sixty days since the claim was submitted. The Metropolitan Sewer District and the City Solicitor's office has known for a long time that problems that the Lehans have faced because of the water backups in their basement over a number of years.

     On or about March 7, 2005, Al Gammarino submitted a claim for the backup at his former property at 3291 Beekman, Cincinnati, Ohio 45225. This was an amended claim from a previous application. As of June 14, Mr. Gammarino has yet to receive a decision from the City Solicitor's office.

     While I understand these two examples are merely anecdotal evidence of what may be a systemic problem, I am concerned that the City is dragging its feet on large and/or controversial claims. There is no exception in the consent decree to difficult cases, expensive cases, or cases involving homeowners who have retained counsel.

**APPOINTMENTS
AVAILABLE**

Batavia
Cincinnnati
Georgetown
Hamilton
Hillsboro
Lebanon
Middletown
Wilmington

     Thus, I would like you to review the situation and get back to me concerning immediate resolution to these two homeowner's claims and what steps will be taken to ensure that the City Solicitor's office remains in compliance with the consent decree.

Sincerely,

Gary J. Pieples
Attorney at Law
Ombudsman, MSD Water In Basement Program

LSC

GJP/jag
c:   Neal Frink
     Al Gammarino

*Exhibit E"*

*Photo log*

**WIB PROPERTY** ▮▮▮▮▮▮▮▮▮▮

**WIB Incident No.** _____

Customer Service Representative: Kate + Martie

Customer Name: _____

Address: 3291 Bekman   City: Cinti  OH   Zip: 45228

| Photo # | Room | Item Description | Manufacturer / Model # | Quantity | Comments |
|---|---|---|---|---|---|
| 1 | 1 | Height of water | | | |
| 2 | 1 | Furnace | Williamson 724-80 | Style 2111 | |
| 3 | 1 | Water level on furnace | | | |
| 4 | 1 | Debris from drain | | | |
| 5 | 1 | overview | | | |
| 6 | 1 | overview | | | |
| 9 | 1 | Front of building | | | |
| 7 | 1 | walk-in cooler | | | |
| ? | 1 | water heater | US Craftmaster GIE40SHTSNV | | Water heater may not work if not discard |
| 8 | 1 | Asphalt on ground | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The items above were checked against the WIB Incident Report completed on
Date: _____ and there were no significant differences.

Customer Signature: _____

Printed Name: _____ AL Gammalino

Date: 1-12-04

*Exhibit "F"*



**M S D**

PHOTO LOG FOR WIB # _99_    ADDRESS _3291 Beekman_

PHOTOGRAPHED BY: _Marie Thompson_    DATE: _1-13-04_.

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 1 | | Cobwebs in beam |
| 2 | | grime on wall |
| 3 | | cobwebs in corner |
| 5 | | dirt on chairs |
| 6 | | Water line still present |
| 7 | | overview |
| ~~8~~ | | ~~IN CLAIMED PAPER 1-13-04~~ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

















2004.01.13 11.26.25
WIB-099 Follow up 001.JPG

3291 Beekman St.



2004.01.13 11.36.34
WIB-099 Follow up 002.JPG

3291 Beekman St.



2004.01.13 11.37.34
WIB-099 Follow up 003.JPG

3291 Beekman St.



2004.01.13 11.38.18
WIB-099 Follow up 004.JPG

3291 Beekman St.





Exhibit "G"

Statement

1. Craftmaster gas water heater    40gal
   Model  GIE4034T3NL    apprx. 3year old
   cost new at time of purchase $199.00 plus labor to install
   not useable  — total lost

2. Williamson Gas Furnace    200,000 BTU
   Model  724-20
   not useable — total lost

3. Walk in Cooler    8' x 7½' x 6'
   removed by MSD due to contamination caused
   by raw sewage

Damages

1. Furnace and water heater replacement

2. Walk in Cooler

3. Basement wall preparation and painting

Balance Due  $9,362.45

December 12, 2005

CERTIFIED MAIL # _____
AND
REGULAR MAIL DELIVERY

Al Gammarino
3700 E. Galbraith Rd.
Cincinnati, Ohio 45236
(513) 791-2018

FINAL DEMAND FOR FULL PAYMENT
for M.S.D. damages at:
3291 Beekman St.
Cincinnati, Ohio 45224

Ms. Anita A. boulmetis
Metropolatin Sewer District
City of Cincinnati
City Hall, Room 214
801 Plum Street
Cincinnati, Ohio

Dear Ms. Boulmetis,

Please take notice that herein letter will serve as a "final demand" for
full payment of the damages caused by the negligenceand over-flow of your
County/City ·sewers at 3291 Beekman Street.

Despite repeated demands for full restitution, you have not only breached
the "decree" entered by and between M.S.D and the Sierra Club through
and approved by Judge Speigel but you have intentional failed to pay the
claim of $9,632.42. It has been nearly two (2) years, yet you refuse to
pay for the damages, however, M.S.D. accepted full responsibility on
January 12, 2004, attached Exhibit"A".

NOW TAKE NOTICE:

Unless full payment in the amount of $9,632.42 is received by the undersigned
on or before December 22, 2005, a suit will be filed against M.S.D
together with a demand for damages, not limited to pre-judgment interest
pursuant to O.R.C. Section 1343.03(C), from the time the cause of action
arose to the date of which the money is full paid. Andre v. Case Design,
154 Ohio App. 3d, 2003-Ohio 4960 (1st Appellate Court).

Guide yourself accordingly,

Al Gammarino

AMENDED CLAIM

## METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI
## WATER-IN-BASEMENT (WIB) CLAIM FORM

You should complete this claim form if you experienced property damage in connection with a flooded basement, also known as a "water-in-basement occurrence" or "WIB", and believe that the flooding was the result of negligence on the part of the Metropolitan Sewer District of Greater Cincinnati ("MSD").

If the WIB was the result of MSD's negligence, MSD and the City of Cincinnati want to see that you are compensated fairly and in accordance with the law for any property damage that may have resulted.

Once you submit this claim, the Claims Section of the City of Cincinnati's Law Department will investigate the cause of the WIB. If the Claims Section determines that MSD was negligent, the Claims Section will attempt to settle your claim by offering you a reasonable sum of money. The amount of money the Claims Section offers you will be based on your documented damages. For that reason, it is to your benefit to cooperate in providing the information requested on this form and in responding to any additional requests from the Claims Section for information about your damages.

If you have questions at any time regarding the status of your claim, please call the Law Department Claims Section at (513) 352-3334.

*GENERAL INFORMATION. To be completed by claimant.*

Name of Claimant:     AL Gammarino

Address of WIB:     3291 Beekman Street

City, Village or Township:  Cincinnati, OH     Zip Code: 45225

Unit #, if applicable: _____     Day time phone number:  791 - 2018

Type of property:   _____ Single Family Residence
(check one)
            _____ Multi-Family Residence (# of Units: _____)

            ✓ Business

When did this WIB occurrence begin?     On or about January 2, 2004

Did you report this WIB incident to MSD?     ✓ Yes _____ No

If you reported this WIB incident, when did you report it?  January 5, 2004

*DAMAGES INFORMATION. To be completed by claimant.*

(1)    Is your basement:    ____✓ Unfinished

____ Partly Finished

____ Completely Finished

(2)    If your basement was partially or completely finished, please indicate the square footage of finished square feet.

_____ finished sq. ft.    _____ unfinished sq. ft.

(3)    Please indicate the type of floor covering that was in your basement prior to the WIB:

____✓ Bare floors    ____ Carpeting    ____ Tile / linoleum

(4)    Please indicate what your basement is used for:

____✓ Storage    ____ Bathroom    ____ Study / Den

____ Laundry    ____ Bedroom    ____ Family Room

____ Workbench    ____ Bar

____✓ Other (please specify) *location of walk in cooler 8'x7½'x6'*

(5)    Please attach an inventory of damaged property, using the attached instructions.

_____

*INSURANCE INFORMATION. To be completed by all claimants.*

Do you have insurance on the property that has experienced the WIB?    ____✓ Yes    ____ No

If you have insurance on the property, please provide the following information:

The name of your insurance carrier:    *Erie Ins,*

Your policy number:    _____

The amount of your deductible:    *$250 or $500*

*On or about August 2004, I discovered at the time of policy renewal that there was limited coverage of $5,000.*

Please attach a copy of your policy's Declarations Sheet and / or a letter from your carrier indicating that these damages are not covered.

*OTHER POTENTIAL CLAIMANTS.*

*We request this information in order to identify any other persons who may have claims for damages as the result of the WIB. Please complete any applicable section.*

(A)     **RENTERS**. If you rent the property that experienced the WIB, please provide the following information about your landlord:

Name: _____

Address: _____

City: _____     State: _____

Phone Number: _____

(B)     **LANDLORDS**: If you own the property that experienced the WIB:

(1) Please provide the following information about each tenant whom you believe may have incurred damage to personal property as a result of the WIB (attach a separate sheet of paper if necessary):

Name: _____

Address: _____

Telephone Number: _____     Unit #: _____

(2)     Please also provide the following information:

Is the property held in the name of a corporation, partnership,     _____ Yes
or other entity, rather than by individuals?                       ___✓___ No

If yes, provide the name of the entity that owns the property:

_____

(3)     Please provide the following information about how we can contact you:

Address:     *3700 E. Galbraith Road*
             *Cincinnati, OH  45236*

City: *Cincinnati*    State: *OH  45236*

Phone Number(s): *791-2018*

**VERIFICATION.** *To be completed by all claimants.*

I hereby certify that the information I have provided on this form, as well as the information contained on my inventory of damaged property, is true and accurate to the best of my knowledge.

Signature of Claimant    Date *March 7, 2005*

**FOR OFFICIAL USE:  To be completed by MSD and / or City Claims personnel.**

Form received in Claims Section on _____ by _____

Acknowledgment letter sent to claimant on _____ by _____ (copy file)

Internal Claims Determination Form sent to MSD on _____
received back in Claims Section on _____
follow up calls made _____

Further information requested from MSD?  _____ Yes  _____ No

Date of request:_____    Mode: ____Email ____Memo ____Oral
(copy file)

Type of info.
requested:    _____

Response to request rec'd on: _____

Further information requested from claimant?  _____ Yes  _____ No

Date of request: _____

Type of info.
requested:    _____

Response to request rec'd on: _____

*Amount claimed for damages*

Determination: _____ Approved    (Amount $ *14,632.45* )
                                   (Letter w/release sent on: _____ )
                                   (Signed release rec'd on: _____ )
                                   (Payment sent on: _____ )

              _____ Denied      (Letter sent on: _____ )

Additional Notes or Comments:

1. Craftmaster gas water heater   40gal
   Model  G1E4034T3NL    apprx. 3 year old
   cost new at time of purchase $199.⁰⁰ plus labor to install
   not useable  — total lost

2. Williamson Gas Furnace   200,000 BTU
   Model  724-20
   not useable — total lost


3. Walk in Cooler   8' X 7½' X 6'
   removed by MSD due to contamination caused
   by raw sewage

        Damages

1. Furnace and water heater replacement        $ 5,697.00

2. Walk in Cooler                                6,785.45

3. Basement wall preparation and painting        2,150.00

              Total Due                        $ 14,632.45

**Instructions for Providing**
**Inventory of Damaged Property**

If the sewage backup in your basement was the result of negligence on the part of the Metropolitan Sewer District of Greater Cincinnati ("MSD"), MSD and the City of Cincinnati want to see that you are compensated fairly and in accordance with the law for any property damage that may have resulted.

If MSD was negligent, the Claims Section of the City of Cincinnati's Law Department will attempt to settle your claim by offering you a reasonable sum of money. The amount of money the Claims Section offers you will be based on your documented damages. For that reason, it is to your benefit to carefully follow these instructions and to respond to any additional requests from the Claims Section for information about your damages.

Instructions

On a separate sheet of paper, make a list of all the items for which you are claiming damages as the result of the WIB. Your list should also include:

For every ELECTRONIC DEVICE or APPLIANCE (e.g., washer, lamp, television):

- Manufacturer
- Model Number, if available
- Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

For every piece of FURNITURE (e.g., couch, chair, etc.):

- Appropriate descriptive information (e.g., size, type of fabric, etc.)
- Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

For every other item,

- Appropriate descriptive information
- Approximate age
- Cost when purchased

- A description of the damage the item sustained
- Whether the item is still useable
- Receipt, if available
- Picture



Mail to:   City of Cincinnati
           Attn: City Solicitor's Office – MSD Claims
           801 Plum Street
           Cincinnati, OH 45202

# Proposal

## THOMPSON
### Heating - Cooling
800 E. Ross Avenue
Cincinnati, OH 45217
513-242-4450    513-271-6258    513-232-4450
859-261-4450    513-251-4450    513-851-4411

| | | |
|---|---|---|
| **PROPOSAL SUBMITTED TO** AL GAMMARINO | **PHONE** 791-3018 | **DATE** 1-13-04 |
| **STREET** 3700 E GALBRAITH | **JOB NAME** SAME | |
| **CITY, STATE and ZIP CODE** CINCINNATI OH 45236 | **JOB LOCATION** 3291 BEEKMAN COL PARK | |
| **ARCHITECT** RON BRESSLER  **DATE OF PLANS** 1-13-04 | **JOB LOCATION** CINCI OH 45225 | **JOB PHONE** 677-4512 |

We hereby submit specifications and estimates for:

1- 125,000 BTU HEIL PREMIER
UPFLOW FURNACE WITH
LIFETIME WARRANTY ON THE
HEAT EXCHANGERS 5 YR
PARTS AND LABOR
1- PROGRAMMABLE THERMOSTAT
WE WILL REMOVE OLDER
WILLIAMSON FURNACE AND HAUL IT AWAY
1- 50 GALLON RUUD HOT WATER HEATER
WITH 6 YR WARRANTY ON THE TANK

**YOU HAVE A 3 DAY CANCELLATION PERIOD PROVIDED BY STATE LAW. TO CANCEL, MAIL ONE COPY OF THIS CONTRACT TO THE ABOVE ADDRESS WITHIN 3 DAYS OF THIS TRANSACTION.**

**We Propose** hereby to furnish material and labor — complete in accordance with above specifications, for the sum of:

CHECK ON COMPLETION _____ dollars ($ 5677 ).

Payment to be made as follows:

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature _____

Note: This proposal may be
withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal — The above prices, specifications
and conditions are satisfactory and are hereby accepted. You are authorized
to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance: _____        Signature _____

To Reorder:

# PROPOSAL

**Hamilton County**
**Refrigeration Co.**
Commercial Refrigeration Equipment
Sales • Service • Rentals
6195 Colerain Avenue  Cincinnati, Ohio 45239

Phone (513) 923-1962  Fax (513) 923-1964

Proposal Number:   012004

Sales Rep   MDL

TO:    **AL GAMMARINO**
3700 E. Galbraith Rd.
Cincinnati, OH  45236

Fax Number

| PHONE | DATE |
|---|---|
| (513) 791-2018 | Jan 20, 2004 |

JOB NAME / LOCATION

3291 Beekman St. - Basement
Cincinnati, Ohio 45255

| JOB NUMBER | JOB PHONE |
|---|---|
|  |  |

Customer ID GAM001

**We hereby submit specifications and estimates for:**

> 3291 Beekman Street  Cincinnati, Ohio  45255
One New Norlake Indoor Walk In Cooler w/o floor
8' x 6' x 7'4"H Floorless
Freight is included.
Standard walk in cooler door, centered on 6' side.
Side mounted refrigeration system, 115 volt.
Proposal includes delivery, installation and start up.
Ohio sales tax additional if applicable.

8' x 6' x 7'4"H Indoor Walk In Cooler                                              6,785.45

**WE PROPOSE** hereby to furnish material and labor — complete in accordance with the above specifications, for the sum of:

Six thousand seven hundred eighty five 45/xx ———————— dollars ($     6,785.45     ).

Payment to be made as follows:

1/2 w/order, bal on completion

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Worker's Compensation insurance.

Authorized
Signature    *Michelle D. Leurck*
Michelle D. Leurck

Note: This proposal may be
withdrawn by us if not accepted within      30      days.

**ACCEPTANCE OF PROPOSAL** — The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Signature _____

Date of Acceptance: _____

# HOUSE PRO'S

**5243 GLOBE AVENUE**
**CINCINNATI, OHIO 45212**
**513-631-0337**

**FAMILY OWNED AND OPERATED**
**SINCE 1983**



**631-0337**

**SERVICE ✦ REPAIR ✦ REMODEL**

AL GAMMARINO                                                      1-24-04
3700 EAST GALBRAITH ROAD
CINCINNATI, OHIO 45236


DEAR MR. GAMMARINO,

  BELOW YOU WILL FIND OUR ESTIMATE FOR THE PROPERTY LOCATED AT:
3291 BEEKMAN STREET
CINCINNATI, OHIO 45225



CLEAN, DISINFECT, SANITIZE, SCRAPE, PRIME AND PAINT BASEMENT WALLS AT
THE ABOVE LOCATION. TOTAL AREA TO BE COMPLETED WILL BE 962 S. F.


            TOTAL DUE UPON COMPLETION  $2,150.00