**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO**

FILED
JAMES BONINI
CLERK

07 MAR -2 AM 11:00

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL<br>MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| Defendants. | : | |
| | : | |

I, _Katherine Dolwig_, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_Katherine Dolwig_
Signature

_Katherine Dolwig_
Name (print)

_2/28/07_
Date

S:\LRF\WIB\Pro se\Request For Review 112106.doc

## INFORMATION FOR REQUEST FOR REVIEW

Name: Katherine Dolwig

Address: 1332 Ault View Ave.
Cincinnati, OH 45208

Phone: 513 321-7412

Nature of dispute and description of your disagreement (attach additional pages if necessary):

City's decision was based on incorrect property address. My daughter, Liz McGovran, owns my house, but she lived at 2500 Perkins Ln. at the time of the flooding. (See letter)

The neighbors & I had similar flooding in 1997 & 2003.

Date of City's decision (please attach): April 8, 2004

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

To be reimbursed for the ($2135.47) money I paid to have the back up repaired. My next door neighbor, Jim May, also had water in his basement at the same time and the City offered to repair his basement. I feel that I am being unfairly treated for fixing it myself.

Check one:

☐ I would like to appear in person to explain my position to the Court.

☑ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Katherine Dolwig

Date: 2/28/07

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.

# City of Cincinnati



Office of City Solicitor
Courts Division
Claims/Collections
and Revenue Recovery

Room 126, City Hall
801 Plum Street
Cincinnati, Ohio 45202-5705
Phone   (513) 352-3334
FAX      (513) 352-3306

J. Rita McNeil
*City Solicitor*

Ernest F. McAdams, Jr.
*City Prosecutor*

April 8, 2004

Liz McGavran
2560 Perkins Lane
Cincinnati, Ohio 45208

Dear Ms. McGavran:

We have completed a review of your claim for damage to your property on May 9, 2003, at 2560 Perkins Lane, in Cincinnati, Ohio.

The Greater Cincinnati area experienced heavy rains that caused flooding. The damage to your property was from the heavy rains, which is outside the City of Cincinnati control. The City of Cincinnati cannot be liable for damages that result from events that are outside the City's control.

Therefore, we must deny your claim. If you wish to appeal this decision, you may do so though the State of Ohio court system.

Sincerely,

Anita A. Boulmetis
Claims Administrator

cc: MSD

Equal Opportunity Employer

| | | | |
|---|---|---|---|
| **A-AMERISTAR** <br> PENDLETON SERVICES <br> CARPET & UPHOLSTERY CLEANING <br> EMERGENCY WATER EXTRACTION <br> Phone: (513) ~~576-6889~~ 625-6884 | | 11-1 <br> 1K | |
| • COMMERCIAL <br> • RESIDENTIAL <br> • INSURANCE WORK <br> • 30 YEARS EXPERIENCE | | | |

| | | | |
|---|---|---|---|
| NAME | Katherine Deluvig | DATE ORDERED 5/10/03 | DATE SCHEDULED 5/11/03 + 5/12/03 |
| ADDRESS | Hyde Park | TECHNICIAN | |
| | | SOURCE | Liz McGauran |
| PHONE | 321 7412 | 871-4840 | |
| TERMS | Sewer Backup | 509-1930 | |

| DESCRIPTION | | REGULAR PRICE | DISCOUNT PRICE |
|---|---|---|---|
| Remove & sanitize sewer Debris. | | | |
| 5/11 Bio scrub .30 | | (R) | 493.80 |
| 5/11 micro-pave .18 | | (T) | 297.54 |
| Sanitize Furniture | | N/C | |
| Completed | | sprayed w/ioo 1st Day (5lbs) will return tomorrow. K.D | |
| 17 x 32 | ✓ 13 x 6 | | |
| 15 x 20 | ✓ 9 x 15 | | |
| 12 x 19 | ✓ 8 x 11 | | |
| | | paid check 0093 | |

Job of observatory

Katherine Deluvig

TO CUSTOMER:
• Surfaces may be slippery.
• Our company is not responsible for loose and/or worn carpeting.
• Some pet odors may be intensified by steam cleaning. Deodorizer is recommended.

☑ CARPET AND/OR FURNITURE HAS PERMANENT STAINS OR WEAR DISCOLORATION FOR WHICH WE CANNOT GUARANTEE.

Sub-Total 791.34
No tax
TOTAL 791.34
COUNTY

I hereby acknowledge the satisfactory completion of the above described work.

X Katherine Deluvig    5-12-03    Thank You
SIGNATURE    DATE