Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

Date: 01/06/04
Time: 10:08
Received: CTK

## CALLER INFORMATION

**Name:** AL GAMMARINO
**Agency:**
**Address:**
**Business Phone:**
**Home Phone:** 791-2018

## PROBLEM LOCATION

**Address:** 3291 BEEKMAN ST     45225     **City/Township:** CINC
**Nearest Intersection:** NEYER AV     MILLVA
**Detailed Location Information:** USNG 1M:GJ1158335637
**Condition Reported:** Water - In - Basement
**Comments:** wib  NP call cell # he will meet you he is 1/2 hr. away   791-2018

**Current Condition:** Water - In - Basement

## ON SITE INSPECTION

**Date:** 01/06/04                                                               **Unit Number:** 445
**Dispatch Time:** 10:18     **Arrival Time:** 10:45     **Completion Time:** 11:20
**Condition Found:** No Main Sewer Trouble
**Action Taken:**

**Comments:** G ROGERS CALLED COMP  ARRIVED ON SITE . I  PULLED US MH # 2908002 AND DS MH # 29601018 OVER 30' COMB LINE.  I ALSO PULLED US MH # 28405012 AND DS MH # 29608001. OVER 15" COMB LINE. THERE WERE NMST NBUIM'S .  I WENT INTO RESIDNECE * OBSERVED SAMLL SIGNS OF B/U IN BASEMENT I A/C THAT WE WOULD HAVE ROD CREW OUT.  COMP WOULD LIKE A CALL WHEN ROD CREW IS ONTHE WAY G ROGERS 1-6-2004
REFER TO RERUN AND ROD 1-6-2004 KENNETH RUSSELL ROD TAP 72 ML ON NEYER 15" COULD HEE CHAINS IN MAIN C/O HAS INETR  W/ FLOOR DRAINS NEVER BEEN CLEAN HIT NOTHING W /3" SPEAR CAME BACK W / NOTHING ON 3'SPEAR TAP OPEN & RUNNING 1-9-2004 ROGER JONE  SENT TO ETC JHW 1-10-2004



EXHIBIT A

**Job Order:**

**Last Referral:**            **Last Referral Date:**    /  /

**For:**

Final Disposition   _____

**By:** JHW            **Date:** 01/10/04            **Responsibility Of:** Private

# City of Cincinnati



Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

July 1, 2005

Al Gammarino
3700 E. Galbraith
Cincinnati, Ohio 45236

Dear Mr. Gammarino:

In response to the re-submittal of your original claim of January 5, 2004, received in our office on March 7, 2005, for damage to property located at 3291 Beekman Street, we have enclosed a Release for our final settlement offer of $2,213.00.

### Williamson Gas Furnace
- Model 724-20   from 1954 to 1968.   60 to 36 yrs old.           Value 0

### Walk-in cooler
- Nonfunctioning                                                  Value 0

### Painting of basement.
- Basement walls                    75% of 2,150.00    1,650.00

Hot water heater
- 3 yrs. Old                        full payment         563.00

After you have met your obligations to the City of Cincinnati in the amount of $5,050.14 for Office of Administration unpaid fines, and returned the enclosed Release to me, I will forward the City of Cincinnati's check in settlement of your claim to you. Please do not alter the Release, as it will delay settlement of your claim.

Sincerely,

Anita A. Boulmetis
Claims Administrator

enclosures

MSD-WIB 099

**EXHIBIT B**

Equal Opportunity Employer