| Customer Name: | Gamarino | | WIB No: | | 099 | | |
| Address: | 3291 beckman | | Appt. Time: | | 8am | | |
| City, State, Zip: | cincinnati, oh | | Cleanup Start | | 9am | | |
| Phone # | | | Date: | | 1/12/04 | | |

| IICRC CATEGORY | IICRC CODE | DESCRIPTION | UNIT | UNIT COST 1st Qtr 04 | | NO. UNITS | EST COST | |
|---|---|---|---|---|---|---|---|---|
| **CLEAN** | | | | | | | | |
| CLN | FCC | Clean and deodorize carpet | SF | $ | 0.28 | | $ | - |
| CLN | FCCSTP | Clean carpet - cleaning charge per step | EA | $ | 2.70 | | $ | - |
| CLN | LAB | Cleaning Technician - per hour | HR | $ | 25.11 | | $ | - |
| CLN | LABF | Floor Cleaning Technician - per hour | HR | $ | 26.38 | | $ | - |
| CLN | LABR | Cleaning - Remediation Technician - per hour | HR | $ | 30.16 | | $ | - |
| CLN | LABS | Cleaning - Supervisory/Administrative - per hour | HR | $ | 32.60 | | $ | - |
| CLN | PWASH | Clean with pressure/chemical spray | SF | $ | 0.23 | 858 | $ | 197.34 |
| CLN | PWASH+ | Clean with pressure/chemical spray - Heavy | SF | $ | 0.36 | | $ | - |
| CLN | PWASH++ | Clean with pressure/chemical spray - Very heavy | SF | $ | 0.54 | | $ | - |
| | | | | | | | | |
| **CONTENT MANIPULATION** | | | | | | | | |
| CON | LAB | Content Manipulation charge - per hour | HR | $ | 27.04 | | $ | - |
| CON | LABA | Content Manipulation charge - per hour - after hours | HR | $ | 38.63 | | $ | - |
| CON | PROT | Protect contents - Cover with plastic | SF | $ | 0.12 | | $ | - |
| CON | ROOM< | Contents - move out then reset - Small room | EA | $ | 29.78 | | $ | - |
| CON | ROOM> | Contents - move out then reset - Large room | EA | $ | 59.53 | | $ | - |
| CON | ROOM>> | Contents - move out then reset - Extra large room | EA | $ | 119.05 | | $ | - |
| | | | | | | | | |
| **WATER EXTRACTION AND REMEDIATION** | | | | | | | | |
| WTR | BAG | Plastic bag - used for disposal of contaminated items | EA | $ | 0.23 | | $ | - |
| WTR | BLK< | Block and pad furniture in room - Small amount | EA | $ | 19.89 | | $ | - |
| WTR | BLK> | Block and pad furniture in room - Large amount | EA | $ | 32.36 | | $ | - |
| WTR | BLKA< | Block and pad furniture in room - Small amount - after hrs | EA | $ | 29.81 | | $ | - |
| WTR | BLKA> | Block and pad furniture in room - Large amount - after hrs | EA | $ | 48.60 | | $ | - |
| WTR | DHM | Dehumidifier unit (per day) - No monitoring | EA | $ | 40.00 | | $ | - |
| WTR | DHM> | Dehumidifier unit (per day) - Large - No monitoring | EA | $ | 65.00 | | $ | - |
| WTR | DHM>> | Dehumidifier unit (per day) - XLarge - No monitoring | EA | $ | 95.00 | 2 | $ | 190.00 |
| WTR | DRY | Air mover (per day) - No monitoring | EA | $ | 24.50 | 4 | $ | 98.00 |
| WTR | DRYW | Tear out wet drywall, cleanup, bag for disposal | SF | $ | 0.41 | 608 | $ | 249.28 |
| WTR | DRYWA | Tear out wet drywall, cleanup, bag - after business hours | SF | $ | 0.54 | | $ | - |
| WTR | EQ | Equipment setup, take down, and monitoring (hourly charge) | HR | $ | 31.72 | 2 | $ | 63.44 |
| WTR | EQA | Equip. setup, take down & monitoring - after hrs | HR | $ | 45.28 | | $ | - |
| WTR | EQD | Equipment decontamination charge - per piece of equipment | EA | $ | 23.40 | 3 | $ | 70.20 |
| WTR | ESRV | Emergency service call - after business hours | EA | $ | 125.00 | | $ | - |
| WTR | ESRVD | Emergency service call - during business hours | EA | $ | 80.42 | 1 | $ | 80.42 |
| WTR | EXT | Water extraction from floor | SF | $ | 0.37 | | $ | - |
| WTR | EXT+ | Water extraction from floor - Heavy | SF | $ | 0.46 | | $ | - |
| WTR | EXTA | Water extraction from floor - after business hours | SF | $ | 0.54 | | $ | - |
| WTR | EXTS | Water extraction from floor - Black water | SF | $ | 0.93 | | $ | - |
| WTR | EXTSA | Water extract from floor - Black wtr. - after business hrs | SF | $ | 1.31 | | $ | - |
| WTR | FCCGDS | Tear out wet non-salv. gluedn. cpt, cut/bag - Black water | SF | $ | 0.72 | | $ | - |
| WTR | FCCGDSA | Tear out wet non-salv.gluedn.cpt,cut/bg-Black wtr-aft. hrs | SF | $ | 1.06 | | $ | - |
| WTR | FCCS | Tear out wet non-salvage. carpet, cut/bag - Black water | SF | $ | 0.31 | | $ | - |
| WTR | FCCSA | Tear out wet non-salv. cpt, cut/bag-Black wtr-aft bus. hrs | SF | $ | 0.50 | | $ | - |
| WTR | FCVS | Tear out non-salv vinyl, cut & bag - Black water | SF | $ | 1.01 | | $ | - |
| WTR | FCVSA | Tear out non-salv vinyl, cut & bag - Black water-after hrs | SF | $ | 1.57 | | $ | - |
| WTR | FCWLS | Tear out non-salv laminate floor & bag-Black water | SF | $ | 1.90 | | $ | - |
| WTR | FCWLSA | Tear out non-salv lam. flr & bag-Black water-aft hrs | SF | $ | 2.95 | | $ | - |
| WTR | FCWS | Tear out non-salv wood flr & bag - Black water | SF | $ | 2.62 | | $ | - |
| WTR | FCWSA | Tear out non-salv wood floor & bag-Black water-aft hrs | SF | $ | 4.09 | | $ | - |
| WTR | NAFAN | Negative air fan/Air scrubber (per day) - No monitoring | DA | $ | 73.84 | | $ | - |
| WTR | NAFAN> | Neg. air fan/Air scrub. - Large (per day) - No monitoring | DA | $ | 123.84 | | $ | - |
| WTR | FHEPA | Add for HEPA filter (for negative air exhaust fan) | EA | $ | 106.70 | | $ | - |
| WTR | FHEPA> | Add for HEPA filter (for negative air exhaust fan - Large) | EA | $ | 205.70 | | $ | - |
| WTR | GRM | Apply anti-microbial agent | SF | $ | 0.16 | 858 | $ | 137.28 |
| WTR | GRMA | Apply anti-microbial agent - after hours | SF | $ | 0.23 | | $ | - |
| WTR | HEPAVAS | HEPA Vacuuming - Detailed - (PER SF) | SF | $ | 0.52 | | $ | - |
| WTR | LAB | Water Extraction & Remediation Technician - per hour | HR | $ | 30.16 | | $ | - |
| WTR | LABA | Water Extraction & Remediation Technician - after hours | HR | $ | 45.28 | | $ | - |

*Exhibit  "A"*

| WTR | LABCA | Cleaning Technician - after hours | HR | $ | 39.34 | | $ | - |
|-----|-------|-----------------------------------|-----|---|-------|---|---|---|
| WTR | LABS | Cleaning & Remediation - Supervisory - per hr | HR | $ | 32.60 | | $ | - |
| WTR | LABSA | Cleaning & Remediation - Supervisory - after hrs. | HR | $ | 48.96 | | $ | - |
| WTR | PAD | Tear out wet carpet pad and bag for disposal | SF | $ | 0.26 | | $ | - |
| WTR | PADS | Tear out wet carpet pad, cut/bag - Black water | SF | $ | 0.38 | | $ | - |
| WTR | PADSA | Tear out wet carpet pad, cut/bag - Black wtr - aft.bus.hrs | SF | $ | 0.57 | | $ | - |
| WTR | PPE | Add for personal protective equipment (hazardous cleanup) | EA | $ | 9.50 | | $ | - |
| WTR | PPEB | Boots - waterproof latex - Disposable (per pair) | EA | $ | 5.75 | | $ | - |
| WTR | TRIM | Tear out trim/base and bag for disposal | LF | $ | 0.40 | | $ | - |
| WTR | TRIMA | Tear out trim/base and bag for disposal - after bus. hours | LF | $ | 0.58 | | $ | - |
| WTR | EXTWPC | 2" Submersible pump with hose | DA | $ | 115.42 | | $ | - |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **DEMOLITION** | | | | | | | | |
| DMO | DTRUCK | Single axle dump truck - per load - including dump fees | EA | $ | 157.49 | 1 | $ | 157.49 |
| DMO | PU | Haul debris - per pickup truck load - including dump fees | EA | $ | 90.52 | | $ | - |
| DMO | DUMP< | Dumpster load - Approx. 12 yards, 1-3 ton of debris | EA | $ | 207.83 | | $ | - |
| DMO | DUMP> | Dumpster load - Approx. 30 yards, 5-7 tons of debris | EA | $ | 353.00 | | $ | - |
| DMO | DUMP>> | Dumpster load - Approx. 40 yards, 7-8 tons of debris | EA | $ | 465.00 | | $ | - |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | **Non Chargeable Items** | | | | | | |
| N/A | N/A | Electric Reducer/Splitter Box-per day | N/A | $ | - | | | |

| **TOTAL COST ESTIMATE** | | | | | | | **$1,243.45** |
|---|---|---|---|---|---|---|---|

|  | Name | Signature | Date | Time |
|---|------|-----------|------|------|
| CSR | _____ | _____ | _____ | _____ am / pm |
| Contractor | __Brock_____ Restoration_____ | _____ | _____ | _____ am / pm |

M S D