UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. 1:02-cv00107 |
| | : | |
| Plaintiff | : | JUDGE S. ARTHUR SPIEGEL MAGISTRATE HOGAN |
| | : | |
| vs. | : | |
| | : | AFFIDAVIT OF AL GAMMARINO |
| | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |

Now comes Al Gammarino, Affiant, after being first have been duly sworn and cautioned, does hereby state the following:

1. Affiant states that Defendants sanitary sewers backed up into affiant's real property on or about January 3, 2004.

2. Affiant states that Martie Thompson of M.S.D or its associates hired the services of Brock Restoration to clean or sanitize the basement of affiant on or about January 12, 2004. Affiant states that he was present during the cleaning and debris removal.

3. Affiant states that Brock Restoration removed and hauled away, a walk in refrigeration unit from Affiant's basement, of which contained raw sewage.

4. Affiant states that he received the attached estimates from contractors or serviceman for repairing or replacing the damaged equipment.

5. Affiant states that theattached Exhibits are a true copy of the originals.

6. Affiant authenticates these attached exhibits.

7. Affiant states that Defendants owe for the damages pursuant to the Water In Basement Decree.

8. Affiant states that after credit, Defendants owe Affiant $9,632.45 for the damages to his property.

9. Affiant states that he has not received one penny from Defendants. Affiant Further Sayeth Not.

_____
Al Gammarino
Affiant

STATE OF OHIO, COUNTY OF HAMILTON, SS:

Sworn to and subscribed before me, a notary public in the State of Ohio, this 29th day of March, 2007.

_____
Notary Public

BLAIR DAVIS
Notary Public, State of Ohio
My Commission Expires 09-21-2011

-2-

**Hamilton County**
**Refrigeration Co.**
Commercial Refrigeration Equipment
Sales • Service • Rentals
6195 Colerain Avenue  Cincinnati, Ohio 45239

Phone (513) 923-1962  Fax (513) 923-1964

**PROPOSAL**

Proposal Number: 012004
Sales Rep  MDL

TO:  AL GAMMARINO
     3700 E. Galbraith Rd.
     Cincinnati, OH 45236

Fax Number
PHONE  (513) 791-2018
DATE  Jan 20, 2004
JOB NAME / LOCATION  3291 Beekman St. – Basement  Cincinnati, Ohio 45255
JOB NUMBER
JOB PHONE

Customer ID  GAM001

**We hereby submit specifications and estimates for:**

> 3291 Beekman Street  Cincinnati, Ohio 45255
> One New Norlake Indoor Walk In Cooler w/o floor
> 8' x 6' x 7'4"H Floorless
> Freight is included.
> Standard walk in cooler door, centered on 6' side.
> Side mounted refrigeration system, 115 volt.
> Proposal includes delivery, installation and start up.
> Ohio sales tax additional if applicable.

8' x 6' x 7'4"H Indoor Walk In Cooler                                              6,785.45

**WE PROPOSE** hereby to furnish material and labor — complete in accordance with the above specifications, for the sum of:
Six thousand seven hundred eighty-five 45/xx ———  dollars ($  6,785.45  ).

Payment to be made as follows:

    1/2 w/order, bal on completion

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Worker's Compensation insurance.

Authorized Signature  *Michelle D. Leurck*
Michelle D. Leurck

Note: This proposal may be withdrawn by us if not accepted within  30  days.

**ACCEPTANCE OF PROPOSAL** — The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance: _____

Signature _____

PRODUCT 13126T  NEBS Inc., Groton, MA 01471 To order Phone Toll Free 1-800-225-9550.   FOLD AT (<) TO FIT COMPANION 771 DU-O-VUE ENVELOPE   PRINTED IN U.S.A   A

# Proposal

## THOMPSON
### Heating - Cooling
800 E. Ross Avenue
Cincinnati, OH 45217
513-242-4450   513-271-6258   513-232-4450
859-261-4450   513-251-4450   513-851-4411

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| AL GAMMARINO | 791-2018 | 7-13-04 |

| STREET | JOB NAME |
|---|---|
| 3700 E GALBRAITH | SAME |

| CITY, STATE and ZIP CODE | JOB LOCATION |
|---|---|
| CINCINNATI OH 45236 | 3291 BEEKMAN |

| ARCHITECT | DATE OF PLANS | | JOB PHONE |
|---|---|---|---|
| RON BRESSLER | 7-13-04 | CINCI OH 45225 | 677-4512 |

We hereby submit specifications and estimates for:

1 - 125,000 BTU HEIL PREMIER UPFLOW FURNACE WITH LIFETIME WARRANTY ON THE HEAT EXCHANGERS, 5 YR PARTS AND LABOR
1 - PROGRAMMABLE THERMOSTAT
WE WILL REMOVE OLDER WILLIAMSON FURNACE AND HAUL IT AWAY
1 - 50 GALLON RUUD HOT WATER HEATER WITH 6YR WARRANTY ON THE TANK

YOU HAVE A 3 DAY CANCELLATION PERIOD PROVIDED BY STATE LAW. TO CANCEL, MAIL ONE COPY OF THIS CONTRACT TO THE ABOVE ADDRESS WITHIN 3 DAYS OF THIS TRANSACTION.

**We Propose** hereby to furnish material and labor — complete in accordance with above specifications, for the sum of:

CHECK ON COMPLETION _____ dollars ($ 5697 ).

Payment to be made as follows:

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature  Ron Bressler

Note: This proposal may be withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal
— The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance: _____   Signature _____

To Reorder:

# HOUSE PRO'S

**5243 GLOBE AVENUE**
**CINCINNATI, OHIO 45212**
**513-631-0337**

FAMILY OWNED AND OPERATED
SINCE 1983



631-8337

SERVICE • REPAIR • REMODEL

AL GAMMARINO  
3700 EAST GALBRAITH ROAD  
CINCINNATI, OHIO 45236

1-24-04

DEAR MR. GAMMARINO,

BELOW YOU WILL FIND OUR ESTIMATE FOR THE PROPERTY LOCATED AT:  
3291 BEEKMAN STREET  
CINCINNATI, OHIO 45225

CLEAN, DISINFECT, SANITIZE, SCRAPE, PRIME AND PAINT BASEMENT WALLS AT THE ABOVE LOCATION. TOTAL AREA TO BE COMPLETED WILL BE 962 S. F.

TOTAL DUE UPON COMPLETION $2,150.00