**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |

I, __Robert W. Duell Jr__, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_____
Signature

__Robert W. Duell Jr.__
Name (print)

__3-27-07__
Date

S:\LRF\WIB\Pro se\Request For Review 112106.doc

## INFORMATION FOR REQUEST FOR REVIEW

Name: Robert W. Duell Jr.

Address: 545 Burr Oak ST.
Cincinnati Ohio 45232

Phone: (513) 541-4348

Nature of dispute and description of your disagreement (attach additional pages if necessary):

The city offered $18,000.00 for damages to my house and equipment. I have lowered the amount from 50,000.00 to 40,171.98 by cutting the used items to half price.

Date of City's decision (please attach): 2-2-07

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

I need to have my walls and floor repaired. I also need to replace items that were destroyed ie: audio equipment, weight equipment, wedding gifts etc.

Check one:

☑ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Robert W. Duell Jr.

Date: 3-27-07

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.