Terry Nestor
City of Cincinnati Solicitor's Office
801 Plum St, Room 214
Cincinnati, Ohio 45202
Fax: (513) 352-1515

Dear Mr. Nestor:

      I live at 545 Burr Oak St. I am writing to follow up on my damages claim with the
City/MSD because of the sewage backup in my basement on 2006

      On February 2, 2007, I received an offer of $18,000.00 on my damages claim
from the City. I disagree with the amount offered. I have enclosed photos of the walls in
my basement that were removed by the workers hired by the City/MSD. This action has
caused my family and I to go through these subzero temperature days in a very cold state.
I also had a door removed and two others soaked in sewage. My furnace and hot water
heater were also damaged. These items alone will cost more than the offer given by the
city.

      I am a disabled veteran and a kidney transplant patient. A lot of the equipment
that we had was soaked in sewage that entered in our basement. My immune system as a
kidney transplant patient is already compromised. With the sewage entering into our
basement this could further compromise my health. So with the basement, audio and
weight equipment, tools and more that were damaged I would like to make a counter-
offer. My counter-offer is $41,000.00. I would like to also inform you that we did not
receive any compensation from our insurance company.

      If I do not hear back from the City by ten business days March 20, 2007, I intend
to file my Request for review on this issue with the Federal Court.

                Sincerely,

                Robert W. Duett
                545 Burr Oak St.
                (513) 541- 4348

RELEASE

THAT, **Robert Duett**, 545 Burr Oak Street, Cincinnati, Ohio 45232, for the sole consideration of **EIGHTEEN THOUSAND AND 00 /100 DOLLARS ($18,000.00),** received by him to his satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on June 23, 2006, at 545 Burr Oak Street, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007.

_____
Robert Duett

WITNESSED BY:

_____

# City of Cincinnati



Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

February 2, 2007

J. Rita McNeil
*City Solicitor*

Robert Duett
545 Burr Oak Street
Cincinnati, Ohio 452323

Dear Mr. Duett:

Enclosed is a release for your signature. Please sign this release and return it to me at your convenience. The second copy is for your records.

After you have signed and returned this release to me, I will forward the City of Cincinnati's check in settlement of your claim to you. Please do not alter the release, as it will delay settlement of your claim.

**If you disagree with the City's disposition of your claim, you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas, both of which are located at 1000 Main Street, Cincinnati, Ohio 45202.**

**Alternatively, in accordance with an order in the Consent Decree case, Federal Case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within 90 DAYS (by April 26, 2007) with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the Ombudsman at (513) 362-2801 (Legal Aid Society) for further information concerning your rights.**

Sincerely,

Shirley Lenzly
Claims Administrator

enclosures

Equal Opportunity Employer

# City of Cincinnati



Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

February 2, 2007

J. Rita McNeil
*City Solicitor*

Robert Duett
545 Burr Oak Street
Cincinnati, Ohio

## Re:   Water in Basement Claim

Dear Mr. Duett:

This office is charged with reviewing damage claims related to the Metropolitan Sewer District's water in basement program. Your claim was sent to the MSD, but it appears that your damages were the result of a failed fire hydrant. Fire hydrants are not maintained by the MSD.

Considering that you did have numerous items removed and cleaned through the water in basement program, the City has considered your damaged items and is offering a settlement of $18,000.00. I have enclosed a copy of the release. The second copy is for your records.

If you disagree with the City's disposition of your claim, you may appeal the decision through the standard legal process in the courts of Hamilton County, located at 1000 Main Street, Cincinnati, Ohio 45202.

Alternatively, in accordance with an order in the Consent Decree case, Federal Case #c-1-02-107, you may file a request for review with the Federal Court in Cincinnati, Ohio. You should file your request with 90 DAYS (by May 2, 2007) with the Clerk's Office of the Federal Court located in the Potter Steward U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the Ombudsman at (513) 362-2801 (Legal Aid) for further information concerning your rights.

Very truly yours,

Terrance A. Nestor
Assistant City Solicitor

Enclosures

Equal Opportunity Employer

| ITEMS | MODEL | PRICE | AMOUNT | Half the Price |
|---|---|---|---|---|
| Power Amplifier | Peavey CS 800 | $ 999.00 | 1 | $ 499.99 |
| Guitar Amplifier | Peavey | $ 199.00 | 1 | $ 99.99 |
| Mid Range Speakers | | $ 839.94 | 6 | $ 419.97 |
| Bass Speakers | Peavey MB-2 | $1190.00 | 2 | $ 595.00 |
| Control Board | Peavey Mark III | $ 999.99 | 1 | $ 499.99 |
| Speakers w/3 horn | Gemini | $ 719.98 | 2 | $ 359.99 |
| Speakers w/1 horn | Yamaha | $ 958.00 | 2 | $ 479.00 |
| Microphone Stands | Groove Pak | $ 119.98 | 2 | $ 59.99 |
| Digital Cassette Player | Phillips DCC | $ 599.99 | 1 | $ 299.99 |
| Control Board | Teavey 8, Channel | $ 599.99 | 1 | $ 299.99 |
| Amplifier PA | SP 80 300 watts | $ 599.00 | 1 | $ 299.99 |
| Microphone | Realistic | $ 29.00 | 1 | $ 14.50 |
| Graphic Equalizer | Biamp EQ270A | $ 89.99 | 1 | $ 44.99 |
| Monitors Speakers | Peavey | $ 499.98 | 2 | $ 249.99 |
| Power Amplifier | Peavey M-3000 | $ 899.99 | 1 | $ 449.99 |
| Timer | | $ 50.00 | 1 | $ 25.00 |
| Speakers w/o Case | 18in | $ 339.98 | 2 | $ 169.99 |
| Speakers w/o Case | 15in | $ 279.98 | 2 | $ 139.99 |
| Case on wheels | | $ 399.99 | 1 | $ 169.99 |
| | | | **TOTAL** | $ 5,008.34 |
| | | | | |
| Ski Machine | Precor USA 515e | $399.99 | 1 | $ 169.99 |
| Exercise Bike | Lifestyler Cardio Fit | $299.99 | 1 | $ 149.99 |
| Weight Machine | 200lbs Power Booster | $599.99 | 1 | $ 299.99 |
| Treadmill Electric | Power Tac DP | $549.99 | 1 | $ 274.99 |
| Stairmaster Machine | DP Fit For Life Step n Twist | $249.99 | 1 | $ 124.99 |
| Weight Beach | Body by Jake | $ 99.99 | 1 | $ 49.99 |
| Stair Stepper Plates | | $ 69.99 | 1 | $ 34.99 |
| Exercise Mat | | $ 50.00 | 1 | $ 25.00 |
| Table Tennis | | $249.99 | 1 | $ 124.99 |
| Weight Set Women's | | $ 29.99 | 1 | $ 14.99 |
| Weight Set Men's | Weight Set 150 pd | $145.00 | 1 | $ 72.50 |
| Baseball Bats | 3 metal | $207.00 | 3 | $ 103.50 |
| Exercise Tapes | Exercise ball, Yoga, Pilates | $ 89.70 | 6 | $ 44.85 |
| Running Machine | Breeze Pro | $399.99 | 1 | $ 199.99 |
| Exercise Ball | | $ 69.99 | 1 | $ 34.99 |
| | | **TOTAL** | $ 1725.74 | |
| Washer | Kenmore Elite Oasis | $ 999.99 | 1 | $ 499.99 |
| Records | Footlocker | 1650 albums $ 2.50 ea | $4125.00 | $2062.50 |
| Records | Creates | 400 albums $ 2.50 ea | $1000.00 | $ 500.00 |
| | | **TOTAL** | $ 2562.50 | |

## USED ITEMS FROM THE FLOOD DAMAGE LIST.

| Item | Make | Amount | Price | Half the Price |
|------|------|--------|-------|----------------|
| Computer | Macintosh/Apple | 1 | $899.00 | $ 449.50 |
| Bunk Bed | Solid Oak wood | 1 | $500.00 | $ 250.00 |
| Suitcase | Black | 1 | $ 49.99 | $ 24.99 |
| CD Stands | Assorted holds 200 each | 3 | $ 90.00 | $ 45.00 |
| Pictures | Black Art | 5 | $ 40.00 | $ 20.00 |
| Folding Chair | Walgreen's | 1 | $ 25.00 | $ 12.50 |
| Tree Trimmer | | 1 | $ 48.99 | $ 24.49 |
| Army Duffle bag | US Army | 1 | $ 34.95 | $ 17.48 |
| VHS Tapes | Assorted | 20 | 5.00ea (100.00) | $ 50.00 |
| Box of Tide | Procter and Gamble | 1 | $ 16.95 | $ 8.48 |
| Sleeping Bag Large | Slumberjack | 1 | $ 63.99 | $ 32.00 |
| Sleeping Bag | Green Bay Packers | 1 | $ 35.99 | $ 18.00 |
| Blanket 7 colors | | 1 | $ 45.00 | $ 22.50 |
| Ear Rings | Gold | 8 sets | $250.00 | $ 125.00 |
| Curtains | | 4 sets | $ 90.00 | $ 45.00 |
| Computer Chair | | 1 | $ 79.00 | $ 39.50 |
| CD/Video Cabinet | | 1 | $ 30.00 | $ 15.00 |
| Computer | Compaq | 1 | $1329.97 | $664.99 |
| White Rocking Chair | | 1 | $300.00 | $ 150.50 |
| Navy Pea Coat | | 1 | $144.99 | $ 72.50 |
| Timer | | 1 | $ 30.00 | $ 15.00 |
| Printer | Apple Laser Writer 520 | 1 | $ 149.99 | $ 75.00 |
| Printer | H.P. Office Jet 6310 | 1 | $ 279.99 | $ 140.00 |
| Scanner | H.P. | 1 | $ 119.99 | $ 60.00 |
| Baseball Bats | Assorted | 11 | $ 55.00 | $ 27.50 |
| Living Room Table | Table w/four glass tops | 1 | $699.00 | $ 349.50 |
| Kitchen Table | | 1 | $450.00 | $ 225.00 |
| Printer | H.P. Office | 1 | $149.99 | $ 75.00 |
| Bookshelf | 3 shelf's 1drawer | 1 | $ 70.00 | $ 35.00 |
| Handmade Cane | Cane Handmade | 1 | $ 15.00 | $ 7.50 |
| Metal Shelve | Space Solutions | | $ 25.00 | $ 12.50 |
| CD Holder | Oak Wood | 1 | $ 30.00 | $ 15.00 |
| Bookshelf | 4 shelf's 1drawer | 1 | $ 50.00 | $ 25.00 |
| Christmas Tree | | 1 | $249.00 | $ 124.50 |
| Car Jack | | 1 | $250.00 | $ 125.00 |
| | | TOTAL | $ 3,353.93 | |
| | | | | |
| | | | | |
| | | | | |

## NEW ITEMS ON THE FLOOD DAMAGE LIST.

| Item | Make | Amount | Price | Store |
|---|---|---|---|---|
| White Wedding shoe | | 1pr | $ 75.00 | New |
| Suit Light Blue | | 2 | $ 150.00 | New |
| Exercise Tapes | Balance Ball, Yoga, Pilate's | 6 | $ 90.00 | New |
| Duffle Bag (multi color) | Tommy Hillfiger | 1 | $ 65.00 | New |
| Ink Jet | Hewlett Packard | 1 | $ 35.99 | New |
| Speaker 18in. | Gemini 18in | 1 | $159.00 ea. | New |
| 35mm Film | Fuji Film | 20 rolls | $ 99.80 | New |
| Plastic House Plant | | 1 | $ 48.00 | New |
| 5 pc. Picture Frame | Home Collection antique gold | 1 | $ 50.00 | New |
| 4pc Salad Set | Lipper | 1 | $ 40.00 | New |
| Porcelain Enamel Strainer | Progressive Inter. Corp. | 1 | $ 50.00 | New |
| Dinner Plate Set | Pfaltzgraff Amalfi Classic | 1 | $ 40.00 | New |
| Large Bowl | Pfaltzgraff Amalfi Classic | 1 | $ 20.00 | New |
| Wooden Tray | The Main Ingredients | 1 | $ 18.75 | New |
| Speakers | 18in Speakers Assorted | 6 | $1,019.94 | New |
| Dyer | Kenmore Elite Oasis | 1 | $ 729.99 | New |
| Candle Sets | Brass Holder w/scented candle | 1 | $200.00 | New |
| Glass Candle Holders | International Silver Co. | 1 | $100.00 | New |
| Elizabeth Taylor | Fine Fragrance Collection | 1 | $ 75.00 | New |
| Candle Gift Set | Gold Studded candles w/Trivet | 1 | $ 50.00 | New |
| Bathroom Cabinet | | 1 | $ 55.00 | New |
| Elite Barbeque Grill | Silverado Smoker Big Pro | 1 | $350.00 | New |
| | | | | |
| | | | | |
| | | TOTAL AMOUNT | $   3521.47 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |


**M S D**

PHOTO LOG FOR WIB # _____1391_____    ADDRESS __545 Burr Oak St.__

PHOTOGRAPHED BY: __Chris Sundman__ DATE: __6.24.6__

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 1 –11 | | Martie + Tera's overviews from 6.23.6 |
| 12 –20 | | overviews |
| 21 –42 | | items removed of no value (same) |
| 43 | | Bunk bed |
| 44 | | Mac CPU |
| 45 | | lucas suitcase |
| 46 | | no value pile |
| 47 | | limb trimmer |
| 48 | | Gree chair |
| 49 | | duffle bag |
| 50 | | bats |
| 51 | | car item |
| 52 | | Jacket and sweater |
| 53 | | light and cord |
| 54 | | Display stand |
| 55 | | shower kit |
| 56 | | scooter |
| 57 | | Hockey table legs |


**M S D**

PHOTO LOG FOR WIB # ___1891___ ADDRESS 545 Burr Oak St

PHOTOGRAPHED BY: Chris Sandman DATE: 6.24.6

| Photo # | Room # | Comments: |
|---|---|---|
| 58 | | tools |
| 59 | | bag of videos |
| 60 | | Bunk bed parts |
| 61 | | Ski machine |
| 62 | | Ski machine maker |
| 63 | | sheet of paneling |
| 64 | | weights |
| 65 | | screen door |
| 66 | | Basement poor |
| 67 | | overview of cleaned garage |
| 68 | | no value pile |
| 69 | | Garage door |
| 70 | | Blanket |
| 71 | | hose wheel |
| 72 | | small bag of tools |
| 73 | | more tools - Jig saw, hole saw, Duck tape, chisel, blades |
| 74 | | clothes |



**M S D**

PHOTO LOG FOR WIB # ___1891___ ADDRESS _545 Burr Oak St._

PHOTOGRAPHED BY: _Chris Sandman_ DATE: _6.24.6_

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 75 | | Clothes |
| 76 | | Jacket |
| 77 | | Dining chair |
| 78 | | saw |
| 79 | | exercise bike |
| 80 | | " " in Ro |
| 81 | | " " maker |
| 82 | | grinder |
| 83 | | Tide soap |
| 84 | | pile of clothes |
| 85 | | sleeping bag |
| 86 | | togs |
| 87 | | Yoga tapes |
| 88 | | suit |
| 89 | | Green Bay blanket |
| 90 | | smoker |
| 91 | | suit, park |
| 92 | | crayon blanket |



**M S D**

PHOTO LOG FOR WIB #____1291_____  ADDRESS____545 Burr Oak St.____

PHOTOGRAPHED BY:__Chris Sandman__  DATE:____6.04.4_____

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 93 | | Jewelry ( left on-site ) |
| 94 | | Dryer tray |
| 95 | | hilfiger bag |
| 96 | | curtain |
| 97 | | cabinet , press board |
| 98 | | office chair |
| 99 | | rocking chair |
| 100 | | keyboard |
| 101 | | printer cartridge |
| 102 | | monitor (part of mac system) |
| 103 | | film |
| 104 | | pea coat |
| 105 | | speaker |
| 106 | | timer clock |
| 107 | | plant |
| 108 | | Mirror + frame set |
| 109 | | Colander |
| 110 | | salad bowl |

**M S D**

PHOTO LOG FOR WIB # ___1891_____ ADDRESS 545 burr Oak st

PHOTOGRAPHED BY: Chns Sandman  DATE:  6.24.6

| Photo # | Room # | Comments: |
|---|---|---|
| 111 | | serving bowl |
| 112 | | 5 piece setting |
| 113 | | bed drag |
| 114 | | Gateway monitor |
| 115 | | " "     "   I.D. |
| 116 | | Weights |
| 117 | | hair Dryer |
| 118 | | weight machine |
| 119 | | "     "  Identification |
| 120 | | Gravy boat |
| 121 | | tread mill |
| 122 | | "     " maker |
| 123 | | step n' twist machine |
| 124 | | ..          .. |
| 125 | | Breeze pro machine |
| 126 | | "       ..       .. |
| 127 | | weight bench |
| 128 | | printer , mac lazerwriter 320 |



**M S D**

PHOTO LOG FOR WIB # ___1291___    ADDRESS ___545 Burr Oak St___

PHOTOGRAPHED BY: ___Chris Sandman___ DATE: ___6.24.6___

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 129 | | Scanner |
| 130 | | 1+p printer |
| 131 | | coffee table |
| 132 | | Speakers, (more). |
| 133 | | 2 pots |
| 134 | | 4 pictures |
| 135 | | steam express |
| 136 | | Coleman lamp |
| 137 | | ball |
| 138 | | crack Grill, po |
| 139 | | table tennis |
| 140 | | Weigh set, green |
| 141 | | 2 door, tall, shelf |
| 142 | | candle set |
| 143 | | 1+p printer |
| 144 | | Taylor Fragrance |
| 145 | | candles |
| 146 | | 3' high table |



**M S D**

PHOTO LOG FOR WIB # ___1091___ ADDRESS ___545 Bull Oak st___

PHOTOGRAPHED BY: ___Chris Sandman___ DATE: ___6.04.6___

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 147 | | cant |
| 148 | | shelf, press board |
| 149 | | Dryer |
| 150 | | Dryer maker |
| 151 | | washer |
| 152 | | washer maker |
| 153 | | digital cassette player |
| 154-55 | | " "           "      " info. |
| 156 | | metal shelf |
| 157 | | no value pile |
| 158 | | tall shelf |
| 159 | | Clothes rack |
| 160 | | CD rack |
| 161 | | albums |
| 162 | | wedding shoes |
| 163 | | 2 CD racks |
| 164-167 | | overview of emptied areas |
| 168 | | overview of saved items |

**M S D**

PHOTO LOG FOR WIB #_____1891_____ ADDRESS 545 Burr Oak St.

PHOTOGRAPHED BY: Chris Sandman   DATE: 6.24.6

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 169 | | Monitor AMP |
| 170 | | AMP, again |
| 171. | | AMP INFO. |
| 172 | | micro wave |
| 173 | | "    "    INFO |
| 174 | | MAC Keyboard and component |
| 175 | | speaker |
| 176 | | PA system |
| 177 | | "    "    INFO |
| 178 | | "    "    inside |
| 179 | | ? |
| 180 | | speaker |
| 181 | | speaker |
| 182 | | "    "    INFO |
| 183 | | MIC stands |
| 184 | | Mixing board |
| 185 | | "    "    INFO. |
| 186 | | AMP case |
| 187 | | 8 channel mixer |
| 188 | | power AMP |


**M S D**

PHOTO LOG FOR WIB # 1291 _____ ADDRESS 545 Burr Oak St

PHOTOGRAPHED BY: Chns Sandman _____ DATE: 6.24.6

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 189 | | speaker |
| 190 | | " " information |
| 191 | | monitors |
| 192 | | Power Amp  M-3000 |
| 193 | | P.A. Amp by stage |
| 194 | | 8 Channel mixer |
| 195 | | M B-2  mid bass enclosure |
| 196 | | "                       "     info |
| 197 | | mic |
| 198 | | Yamaha speaker |
| 199 | | "              "     info. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# COMPLAINT FORM

Complaint #:   **125365**   Maximo #:**183491**          Received: GMI

## CALLER INFORMATION

Name: DUETT KIMBERLY

Agency: Private                                     Business Phone:

Address:                                            Home Phone:   541-4348

## PROBLEM LOCATION

Address:   545  BURR OAK ST                 45232    City/Township: CINC

Nearest Intersection:  CHICKERING AV                         WNTPLA

Detailed Location Information: USNG 1M:GJ1475438874

Condition Reported: Water - In - Basement

Comments: WIBNow:Y SRC:Fldrain Freq:1st P:N. NO PRIORS.

Current Condition:   Water - In - Basement

## ON SITE INSPECTION

Date:  06/23/2006                                    Unit Number: 443

Dispatch Time: 08:30        Arrival Time: 09:00        Completion Time: 10:30

Condition Found: Main Line Clog or Blockage

Action Taken:

Comments: CWW FIRE HYDRANT SERVICE VALUE FAILRD & BACKED UP 12" COMBINATION ML.BACK UP THRU FLOOR
DRAIN IN BASEMENT. MHS FROM 34116003 TO 32512026 WERE SURCHARGED. WATER IN BASEMENT WENT
OUT WHEN CWW TURNED OFF WATER ML. ADVISED ABOUT ML BACK UP & ETC WILL BE CALLING. DMR
6-23-06
GARY MILLER SENT FLUSH VAC & ETC AT 12:30 PM. JOE HOMER 6-23-06

# Damage Claims   AHC

Procedure for filing a claim with the city of Cincinnati:
1. Send a letter describing the incident.
2. A statement of the cost incurred.
3. A copy of your insurance coverage relevant to the claim.*
4. Send to:



**City Solicitor**
**City of Cincinnati**
**801 Plum Street**
**City Hall, Room 214**
**Cincinnati, Ohio 45202**
**(phone 352-4518)**

* Section 2744.05(B) of the Ohio Revised Code limits the rights of a person who has a claim against a
municipal corporation to the amount of the loss sustained less the total of all insurance benefits the
person is entitled to receive under all applicable insurance policies. The net effect of this provision is
that the city of Cincinnati is liable only for the payment of your insurance deductible and any other
item of damage of expense not covered by your insurance policy.

Job Order:

Last Referral:                         Last Referral Date: 06/27/2006

For:

## Final Disposition

By: AKR                   Date: 06/26/2006         Responsibility Of: Metropolitan Sewer Distri



BURR OAK ST

<<--545 BURR OAK ST, CINC



**I CB**
*Audio & Video Equipment*

1738 TENNESSEE AVE, CINCINNATI OH 45229
PHONE 513-242-7400      FAX 513-482-3332
sales@icbaudio.com      www.icbaudio.com

| RECORD# | PAGE# | CUSTOMER | INITIALS | DATE | REVISION DATE |
|---|---|---|---|---|---|
| 6420 | 1 | ROBERT DUETT | KK | 7/7/06 | |

## PA SYSTEM

REPLACEMENT EQUIPMENT FOR WATER DAMAGED OLD EQUIPMENT

| QTY | INVENT# | PRODUCT | LIST$EA | LIST $ QTY | SELL $ QTY |
|---|---|---|---|---|---|
| 1.00 | 10301 | MACKIE 1642-VLZ PRO   16 CH MIXER 8 | 749.00 | 749.00 | 561.75 |
| 1.00 | 8444 | BEHRINGER CX3400   STEREO 2-WAY/ 3-WAY | 159.99 | 159.99 | 129.99 |
| 2.00 | 15114 | JBL JRX 112M   12" TWO-WAY MONITOR | 450.00 | 900.00 | 461.25 |
| 2.00 | 15115 | JBL JRX 115   15" TWO-WAY SPEAKER | 379.00 | 758.00 | 473.75 |
| 2.00 | 15117 | JBL JRX118S   18" SUBWOOFER | 529.00 | 1058.00 | 686.25 |
| 2.00 | 16008 | COMMUNITY MVP15M   15" MONITOR WEDGE | 448.00 | 896.00 | 447.50 |
| 2.00 | 13293 | QSC RMX 1850HD   360 WATTS @ 8 OHMS | 649.00 | 1298.00 | 972.50 |
| 2.00 | 10674 | QSC RMX 2450   AMP 475W/CH@8OHMS | 899.00 | 1798.00 | 1172.50 |
| 1.00 | 9187 | TASCAM CD-A500   RK MOUNT CD-CASSETTE | 450.00 | 450.00 | 351.25 |
| 1.00 | 10794 | DBX 1215   DUAL 15 BAND EQ | 349.95 | 349.95 | 237.48 |
| 1.00 | 505 | SHURE SM58-LC   DYNAMIC, UNIDIRECTIONAL | 188.00 | 188.00 | 99.00 |
| 2.00 | 14122 | ON-STAGE MS7701B   TRI-POD W/ BOOM MIC | 32.49 | 64.98 | 39.99 |
| 1.00 | 17339 | LM ENGINEERING ATA 24-U   3/8" W/CASTERS | 899.00 | 899.00 | 681.25 |
| | | | | | |
| | | | | | |
| 1.00 | 16490 | FURMAN M-8L   8 OUTLET W/ LIGHTS | 89.95 | 89.95 | 69.95 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TOTAL | | |
|---|---|---|
| | 9658.87 | 6384.41 |

THE ABOVE PRICING INFORMATION IS SUBJECT TO OUR STANDARD CONDITIONS, A COPY OF WHICH IS ATTACHED.

# DAVIS REMODELING & CONSTRUCTION

PAINTING*PLUMBING *CARPENTRY* INSULATION * WINDOWS* REPAIRS * ROOFING* WIRING* CONCRETE

### Estimate

**Date: September 26, 2006**

**Name: Mr, Mrs Duett**
 **Contact Phone: (513) 541-4348**

**Worksite Location: 545 Burr Oak St, Cincinnati, OH 45232**
**Billing Address: 545 Burr Oak St, Cincinnati, OH 45232**

## Scope of Work to be performed

**Basement**
Remove all water damage drywall thru out basement and garage, remove all panel remove all floor tiles, remove all wood framing,
Remove all base boards, remove all trim, remove garage door, remove laundry room screen door, and basement entry door, remove
hot water tank with expanded tank, and remove furnace, remove all things due to sewer break and water back up to two feet deep at a
cost of $2600.00
Install new furnace install every thing that was damage and destroy and remodeling whole basement and laundry room and some of
garage areas remove all water damage things in basement. Install new hot water tank; install every thing that I list above.
Install new furnace at a cost of $5000.00
Install new hot water tank at a cost of $ 700.41
Install new two-car garage door at a cost of $ 1500.00
Install new basement laundry room entry door and screen door at a cost of $ 750.23
Framed the whole basement and one wall in garage at a cost of $4000.00
Install all new insulation at a cost of $ 1875.17
Install all new floor tiles at a cost of $ 1200.00
Install all new baseboards around the whole basement at a cost of $700.00
Install all new trim around doors opening at a cost of $350.00
Install all new drywall and panel at a cost of $4000.00
Prime and paint entire whole basement and doors and trim and baseboards at a cost of $1750.00

**Total Cost: $ 24425.81**

| | **We guarantee labor** |
|---|---|
| **Thank you for your business!!!** | **We are fully insured** |

As full and complete consideration DAVIS REMODELING & CONSTRUCTION (DRC) has calculated this estimate based on a
visual walk through of the above-mentioned property. If extra work is needed, a second cost proposal will be submitted to the property
owner or authorized agent, which must be approved prior to the work being completed.

By signing this estimate you agree to accept the bid and authorize the Contractor to begin work upon receipt of the required deposit of
$13000.00 Balance due upon completion. $11425.81
The undersigned agrees and accepts these conditions described herein this _____ day of _____ 2006, thereby
acknowledging their acceptance of the terms and conditions set forth herein.

By: _____          _____
Property Owner (Authorized Agent)                              Date

By: _____          _____
Davis Remodeling & Construction (Contractor)                    Date

P.O. BOX 37017 * CINCINNATI, OHIO 45222 * OFFICE (513) 281-1083     FAX (513) 281-1057



## THOMPSON
### HEATING-COOLING
### PLUMBING

800 E. Ross Cincinnati, OH 45217
513-242-4450 • 859-261-4450
Licence #'s 22084 • M00530-34273

**NO. 0791608**

| LOC. | JOB START TIME | COMPLETION TIME |
|---|---|---|

**CUSTOMER NAME (Financially Responsible Party)** — **JOB CONTACT NAME**

**JOB ADDRESS** — **CITY** — **STATE** — **ZIP**

**BILLING ADDRESS (If Different)** — **PH1** — **PH2**

**E-MAIL ADDRESS** — **CLUB MEMBER?** ☐ YES ☒ NO

**ORIGINAL REASON FOR THE CALL:** *Check water heater / furace + A/C / Manage Own in basement*

**SUMMARY:**

**CONDITION OF EQUIPMENT:** GOOD   FAIR   POOR     **AGE** _____ ☐ See attached sheet for additional information

**WORK AUTHORIZATION:** I, the undersigned, am owner/authorized representative/tenant of the premises at which the work above is being done. I hereby authorize you to perform recommendations, and to use such labor and materials as you deem advisable. Unless prior-authorization for billing, payment for all work done is due upon completion (C.O.D.). A $10.00 BILLING CHARGE is due thereafter. An office billing charge and/or finance charge of 2% per month (24% per annum) will be added after 10 days past due. I agree to pay reasonable attorney's fees, court costs and collection fees in the event of legal action. I have read this contract, and agree to be bound by all the terms contained herein. All old parts will be removed from premises and discarded, unless otherwise specified herein.
I HEREBY AUTHORIZE YOU
TO PROCEED WITH THE
ABOVE WORK AT THE UP
FRONT FEE OF   $ _____   Signature: _____

**I RECOMMEND A FREE SYSTEM EVALUATION BY OUR COMFORT CONSULTANT.**
Initial ONE [ ]

| Qty. | Task# | Description | Standard Rate | Value Rate |
|---|---|---|---|---|
| 1 | | Diagnostic Charge | 995 | |
| | | Club Membership | 229.00 | |
| 0 | 79981 | | | |
| 0 | | | 279.71 | 534.71 |
| 0 | | | 950.00 | 750.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 99.95 |

☐ **Pre-Approved Financing Terms:** ____   ☐ Please pay from this document - Work performed C.O.D.

**CLUB MEMBER SAVINGS**

## PAYMENT METHOD

Cash ☒   Check ☐     MC ☐   Visa ☐   Disc ☐   AmEx ☐

Check #: _____
Auth #: _____   Security Code: _____
Card #: _____   Exp: [ ][ ]

### WANT TO PAY LESS?
My Service Technician presented me with a Club Member Program and explained the benefits
Initial ONE
I want to save money and become a Club Member [ ]
OR
At this time I decline the offer [ ]

**$** _____

**CUSTOMER SERVICE IS OUR #1 FOCUS**

If you are not completely satisfied for any reason, please call and ask to speak with the Customer Service Manager. Your feedback is very important to us.

**THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS!**

**ACCEPTANCE OF WORK PERFORMED:** I acknowledge satisfactory completion of the above described work and that the premises has been left in satisfactory condition. I understand that if my check does not clear, I am liable for the check and any charges from the bank. I agree to pay 2% per month for past due contracts (minimum charge $15). In the event that collection efforts are initiated against me, I shall pay for all associated fees at the posted rates as well as all cost of collection fees and reasonable attorney fees. I agree that the amount set forth in the space marked "TOTAL COST" is the total flat price I have agreed to.

**SIGNATURE** _____

**SERVICE TECHNICIAN ACKNOWLEDGEMENT** Prior to the customer entering into the contract, I have discussed the nature of the service and cost and I have given a copy of the contract to the customer. All work I have done has been in compliance with company standards in a workmanship manner, to building codes when applicable.

**SIGNATURE** _____

I decline to have the recommended work performed at this time.   **SIGNATURE** _____   **DATE** _____

To reorder call The Prism Marketing Company at 800-358-7776




Customer: _Dye??_

Date: _07/01/06_

**Observations:**

1 - had to look over the _furnace_ A/C + water heater

2 - The basement had 12-18" of water in it that would
have went along the water heater, gas valve and the furnace
blower motor

3 -

**Solutions:**

1. The furnace + water were effected due to water
level. Operational The capacity has been
compromised. A safety and reliability issue

2 - The gas valve on the water heater and the
pilot assembly is been individually. It is safer
and effective _for_ a greater to replace the
and _bring it safe_ reasons. To replacing the
water heater. Fixing it may not solve all
the issues. The furnace is older and it has
a lot of rust in the lower section and in
the heat exchanger.

3 - The Main Blower Motor has been submerged
and the _electrical wiring_ has rubbish in it.
The Motor being taken apart and the procedure
left over had also compromised the furnace + A/C
operation. Potential blower failure

4 - the A/C was _ffected_ from damage

**Summary of findings**

**KOEHLER CONSTRUCTION, INC.**
Remodeling Specialist
~~3151 Terra Aqua Ln.~~ 3169 Heron
GOSHEN, OHIO 45122            Cove

(513) 827-6800
(513) 625-3654

# Remodeling Proposal

Page No. ___1___ of ___1___ Pages

| CONTRACTOR LICENSE NO. | JOB PHONE NO. |
|---|---|

Submitted To: Robert Duett

| JOB NAME / NO. | |
|---|---|

545 Burr Oak St

JOB LOCATION
Same

Cinti OH 45232

| ARCHITECT | DATE OF PLANS |
|---|---|

| PHONE | DATE |
|---|---|
| 541- 4348 H | 8/18/06 |

| APPROXIMATE STARTING DATE | APPROXIMATE COMPLETION DATE |
|---|---|

We hereby submit specifications and estimates for:

(Basement) Demo + Trash Haul, Permit, 8'x7' Garage Door, 30"
Entry Door w/ screen, 12"x12" Vinyl Floor, Frame All walls +
Insulate xterior walls, Drywall All walls, Electric Plugs
To Code, Soffitt Drywall, All Base + Trim, 2 Heat Vents,
Paint All walls + Trim.

1 year warranty on Workmanship, Fully Insured

This Proposal does not include:

No Ceiling Work

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices.

Any alteration or deviation from the above specifications involving extra costs will be done only upon a written change order. The costs will become an extra charge over and above the estimate. This is to include, but is not limited to, hidden damages that are uncovered during the course of the job and additional work required by local building inspectors.

All elements of this agreement are contingent upon strikes, accidents or delays beyond our control. The estimate does not include material price increases, or additional labor and materials which may be required should unforeseen problems arise after the work has started.

**You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. Cancellation must be done in writing.**

**We Propose** hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

Twenty three thousand four hundred _____ 00/100 _____ dollars ($ 23,400 ).

Payment to be made as follows:

10% Down

1/2 @ Start

1/2 @ Completion

_____
Authorized Signature

Note: This proposal
may be withdrawn
by us if not accepted within 30 days.

**Acceptance of Proposal:** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____   Date _____   Signature _____   Date _____

# Basement Damage






Basement Damage






# Basement Damage






# Basement Damage









Basement Damage




# Basement Damage







Terry Nestor
City of Cincinnati Solicitor's Office
801 Plum St, Room 214
Cincinnati, Ohio 45202
Fax: (513) 352-1515

Dear Mr. Nestor:

I live at 545 Burr Oak St. I am writing to follow up on my damages claim with the City/MSD because of the sewage backup in my basement on 2006

On February 2, 2007, I received an offer of $18,000.00 on my damages claim from the City. I disagree with the amount offered. I have enclosed photos of the walls in my basement that were removed by the workers hired by the City/MSD. This action has caused my family and I to go through these subzero temperature days in a very cold state. I also had a door removed and two others soaked in sewage. My furnace and hot water heater were also damaged. These items alone will cost more than the offer given by the city.

I am a disabled veteran and a kidney transplant patient. A lot of the equipment that we had was soaked in sewage that entered in our basement. My immune system as a kidney transplant patient is already compromised. With the sewage entering into our basement this could further compromise my health. So with the basement, audio and weight equipment, tools and more that were damaged I would like to make a counter-offer. My counter-offer is $41,000.00. I would like to also inform you that we did not receive any compensation from our insurance company.

If I do not hear back from the City by ten business days March 19, 2007, I intend to file my Request for review on this issue with the Federal Court.

Sincerely,


Robert W. Duett
545 Burr Oak St.
(513) 541- 4348


























































