


















































































































































































































































































