Arthur W. Harmon, Jr., (0022221)
Attorney for Plaintiff, Kelvin Jenkins

UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF OHIO

07 APR 19 PM 3: 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| | : | |
| | : | JUDGE S. ARTHUR SPIEGEL |
| Plaintiffs, | : | MAGISTRATE HOGAN |
| | : | |
| vs. | : | |
| | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al. | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants | : | |

Now comes the Plaintiff, Kelvin Jenkins, by and through counsel, request that the Court review his Water-in Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of the dispute.

Respectfully submitted,

**Arthur W. Harmon, Jr. (#0022221)**
1200 Cypress Street
Cincinnati, Ohio 45206
Telephone: 513-241-1991
Facsimile: 513-333-4768
Email: justinharm@aol.com
*Attorney for Plaintiff,*
*Kelvin Jenkins*

## INFORMATION FOR REQUEST FOR REVIEW

Name: KELVIN JENKINS

Address: 3012 WEST KNOLLS

CINCINNATI, OHIO 45211

Phone: _____

Nature of dispute and description of your disagreement (attach additional pages if necessary):

See attached complaint.

Date of City's decision (please attach): _____

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

See attached complaint and documents.

Check one:

☒ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Kelvin Jenkins

Date: April 16, 2007

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*

S:\LRF\WIB\Pro se\Request For Review 112106.doc

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served upon the following by regular U.S. Mail, postage prepaid, this 18TH day of April, 2007.

City of Cincinnati
c/o Terry Nestor
801 Plum Street, Room 214
Cincinnati, Ohio 45202

*Arthur W. Harmon, Jr.* (signature)
Arthur W. Harmon, Jr.