# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : : : | CASE NO.: 1:02-cv-00107 |
| **Plaintiffs,** | : : | JUDGE S. ARTHUR SPIEGEL MAGISTRATE HOGAN |
| v. | : : : | RESPONSE TO DUETT MOTION FOR REVIEW |
| **BOARD OF HAMILTON COUNTY COMMISSIONERS, et al.** | : : : | |
| **Defendants.** | : | |

The City and County Defendants ("the MSD") respond to Robert W. Duett Jr.'s Motion for a Review (Doc #171) as follows:

1. The City of Cincinnati has settled Mr. Duett's claim as set forth in the attached Exhibits for the amount previously offered by the City. (Exhibits A & B).

2. As the attached correspondence indicates, Mr. Duett has been advised that this response is to inform the Court that the matter is resolved. (Exhibit A).

3. Defendants request the Court enter an order disposing of Document #171 as moot.

**Respectfully submitted,**

**JULIA L. MCNEIL (0043535)**
**City Solicitor**

*/s/ Terrance A. Nestor*
Terrance A. Nestor (0065840)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Ph.    (513) 352-3327
Fax.   (513) 352-1515
E-mail:  terry.nestor@cincinnati-oh.gov
Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify on May 3, 2007 a true and accurate copy of the foregoing Response was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

  */s/ Terrance A. Nestor*
**Terrance A. Nestor**  (0065840)
Sr. Assistant City Solicitor