# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | : | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |

I, _Wardell W. Hill III_, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_Wardell W Hill III_
Signature

_Wardell W. Hill III_
Name (print)

_5/14/07_
Date

**INFORMATION FOR REQUEST FOR REVIEW**

Name: Wardell W. Hill III.

Address: 1046 Lockman Ave
Cincinnati, Ohio 45238

Phone: 513-921-0613

Nature of dispute and description of your disagreement (attach additional pages if necessary):

MSD has not accepted responsibility for the damages I sustained due to sewage back up on my property in april 2006, and since april 2006 everytime there was a surge, raw sewage and debris backed up in my yard and caused damage to my central air unit and in an area of my basement that destroyed an oriental rug. My lateral lines were clear. Please see letter + documentation enclosed.

Date of City's decision (please attach): _____

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

I am seeking reimbursement for my damages of $6776.71 to cover cost to replace central air unit and the rug and landscaping.

Check one:

☐ I would like to appear in person to explain my position to the Court.

☑ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Wardell W Hill III

Date: 5/14/07

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*