April 21, 2007

Terry Nestor
City of Cincinnati Solicitor's Office
801 Plum St, Room 214
Cincinnati, Ohio 45202
Fax 513-352-1515

Dear Mr. Nestor:

    I live at 1046 Lockman Avenue. This is my second follow up request regarding my claim for damages with MSD because of sewage backup in my basement and on my property in April 2006. Since April 2006, every time there was a surge, raw sewage and debris backed up in my yard and caused damage to my central air unit and in an area in my basement that damaged an oriental rug. MSD has not accepted responsibility for the damages I sustained.

    A plumber I hired confirmed that my lateral lines were clear. The sewage back up occurred every time there were surges. In February/March 2007 MSD sent someone out to investigate the problem and discovered that the installers they hired in 2005, to install my sump pump, failed to remove a shut off valve. Once they realize the problem they sent someone out to fix the problem and remove the shut off valve. Please see copies of the plumber's statement, and an estimate to replace the AC unit and the rug enclosed.

    I believe that MSD is responsible for the backup. Thus, I am once again requesting reimbursement for my damages in the amount of $6776.71. If I do not hear back by April 30, 2007, I intend to file my request for review on this issue with the Federal Court.

Sincerely,

*Wardell Hill*

Wardell Hill
1046 Lockman Avenue
Cincinnati, Ohio 45238
513-921-0613

March 8, 2007

Terry Nestor
City of Cincinnati Solicitor's Office
801 Plum St., Room 214
Cincinnati, OH 45202
Fax: (513)352-1515

Dear Mr. Nestor:

    I live at 1046 Lockman Avenue. I am writing to follow up on my damages claim with the City / MSD because of the sewage backup in my basement and on my property in April 2006. MSD denies responsibility for my backup and hence, the City denied my claim for damages. I believe that MSD is responsible for the backup. Thus, I am once again requesting reimbursement for my damages in the amount of $6776.71.

    If I do not hear back from the City by April 8, 2007, I intend to file my Request for Review on this issue with the Federal Court.

                                      Sincerely,

                                      Wardell Hill
                                      1046 Lockman Avenue
                                      Cincinnati, OH 45238
                                      513-921-0613

September 11, 2006

City Solicitor
801 Plum Street
City of Cincinnati
City Hall Room 214
Cincinnati, Ohio 45202

Dear City Solicitor:

    This letter is to advise that we have not heard anything in regards to the April 2006 flooding. We reported the incident to MSD on the day of occurrence and completed the water-in-basement claim form but have not heard anything in regards to this claim. We had many similar incidents with flooding the most recent prior to April 2006 was back on June 7, 2005.

    We had damage to one area rug in our basement and outside the house our air conditioner compressor was damaged and needs to be replaced. Also the downspouts were cracked and broken, bushes, shrubs and other landscape was destroyed due to the raw sewage, waste and debris and clean up. We are seeking damages in the amount of $6,776.71.

| | |
|---|---|
| Area Rug............................................................................................ | $1450.00 |
| Air conditioner compressor (replace)............................................. | $3100.00 |
| Replace down spouts......................................................................... | $ 750.00 |
| Replace bushes, shrubs & landscaping............................................ | $1150.00 |
| Clean up.............................................................................................. | $ 326.71 |
|   Total................................................................................................ | $6776.71 |

Thank you for your attention to this matter and we look forward to hearing from you.

Sincerely,

*Wardell Hill* (signature)

Wardell Hill
1046 Lockman Avenue
Cincinnati, Ohio 45238
513-921-0613

## Scope of Work

**SITE INSPECTION:** (explain responses in the Scope of Work section below)

| | YES | NO |
|---|---|---|
| ACCA Manual J Load calculation performed | | |
| Equipment listed in this proposal will satisfy the load requirements determined in load calculation performed for this structure | | |
| Are existing system components compatible with refrigerant type and efficiency of the new equipment listed in the proposal? | | |
| Is the existing ductwork properly sized to meet the requirements of: | | |
|    System Airflow (400 cfm/ton) | | |
|    Standard Velocity in branch and main ducts | | |
|    (If any deficiencies in existing ductwork, explain in the Scope of Work section below) | | |
| What existing system components will remain a part of this system: | | |
|    Outdoor Condensing Unit *(explanation REQUIRED in the Scope of Work section below)* | | |
|    Refrigerant Lines | | |
|    Furnace | | |
|    Evaporator Coil | | |

**SCOPE OF WORK:** (attach additional description and/or drawings if necessary)

[handwritten notes — illegible]

Proposed start date _____   Expected completion date _____

# Home Improvement Agreement: HVAC Installation

The Installation Professional named below will furnish, install and service the equipment listed below at the price, terms and conditions as outlined on this form

| Installation Professional: Willis HVAC | Installation Professional's License #/Exp. Date | Proposal Date: 10-16-96 |
|---|---|---|
| Address: 54 Oak St Pt 79 | City, State, Zip: Cincinnati OH 45045 | |

**Home Depot Information:**

| Prospect # | Store #: 5872 | THD License # | THD Installer # |
|---|---|---|---|

**Customer Information:**

| Name: Wendell Hill | Address: 1046 Lexington Ave |
|---|---|
| Phone #'s: Day 921-0013  Evening | City, State, Zip: ___, OH 45238 |

**Equipment Information:** (attach additional list of equipment if necessary)

- [x] Condenser/Heat Pump #1  Model # 27X6036A1000A
- [x] Condenser/Heat Pump #2  Model # 27X3036A1000A
- [x] Furnace/Air Handler #1  Model # TEXO80R1D3
- [ ] Furnace/Air Handler #2  Model # _____
- [ ] Extended Warranty  Model # TAYWAR-
- [ ] Resistance Heater  Model # _____

- [ ] Coil  Model # _____
- [ ] Thermostat  Model # _____
- [ ] Air Cleaner  Model # _____
- [ ] Humidifier  Model # _____
- [ ] Other  Model # _____
- [ ] Other  Model # _____

Check all that apply:
- [ ] New _____ Amp electric service/disconnect
- [ ] Clean work area to customer's satisfaction
- [ ] Complete system startup
- [ ] Remove existing equipment from premises
- [ ] 33 point installation audit
- [ ] Other _____

Prices quoted will be VALID for a period of 60 days from the proposal date of this contract.

NOTICE TO OWNER: DO NOT SIGN THIS CONTRACT IF BLANK.

YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME YOU SIGN.

Total Investment $ _____
Taxes $ _____
*Total Amount $ _____
Down Payment (due immediately) $ _____
Balance Due (upon finish date of installation) $ _____

<u>Payment Schedule:</u> You agree Your payments will become due on the dates indicated below and, if You are paying other than by check or money order, may be automatically charged or debited (as applicable) to Your designated account(s) when due.

Payment to be made upon job completion and final inspection as required as follows:
- [ ] Personal Check or Money Order
- [ ] Visa
- [ ] Mastercard
- [ ] Discover
- [ ] American Express
- [ ] Home Depot Home Improvement Loan
- [ ] Home Depot Charge

*Any finance charges will be determined by your separate cardholder or loan agreement. Home Depot is NOT a party. Please see this Agreement's General Terms and Conditions for more details as to other charges that may apply.

**Home Depot or Installation Professional Use Only**

Authorized Licensed HVAC
Installation Professional's Signature _____  Date _____

Account Number: _____  Date of expiration: _____
Account Number: _____  Date of expiration: _____
Name as it appears on account: _____  Account approval/Authorization #: _____
Government issued ID # (last 4 digits): _____  State: _____  Date of expiration: _____
Card Holder's Signature: _____

**Permit/Inspection Information:**

| Permit Required? [ ] Yes  [ ] No | Permit Number: _____ |
|---|---|
| City/County Issuing Permit: _____ | Scheduled Inspection Date/Time: _____ |

For further information in the event of problems call:

**The Home Depot Comfort Center, 1-800-HOME-DEPOT** or _____
(Installation Professional's Phone #)