# City of Cincinnati



Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

July 21, 2005

Kelvin Jenkins
3012 Westknolls Lane
Cincinnati, Ohio 45211

Dear Mr. Jenkins:

Enclosed are a release and an affidavit for your signature. Please have the affidavit notarized. The copies are for your records.

Return the release and affidavit to me, and I will forward the City of Cincinnati's check in settlement of your claim to you. Please do not alter the release, as it will delay settlement of your claim.

Sincerely,

Anita A. Boulmetis
Claims Administrator

Enclosures



Equal Opportunity Employer




no dry wall
between walls

6 walls of paneling
put -


EXHIBIT B















# Harmon, Davis & Associates
## A Legal Professional Association

1200 Cypress Street
Cincinnati, Ohio 45206
hda.cinci.rr.com
Fax (513) 333-4768
(513) 241-1991

*Attorneys*
Perry Davis, Jr.
Arthur W. Harmon, Jr.

**March 6, 2006**

Ms. Geri Hernandez Geiler
Sr. Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re:   **Claim of Kelvin Jenkins**
      **Date of Incident: October 18, 2004**

**Dear Ms. Hernandez Geiler:**

I have finished my review of the above-captioned matter.

There are four items of damages due Mr. Jenkins regarding his loss of October 18, 2004.

First, Mr. Jenkins has submitted to you a statement from Abel Construction setting forth the cost to repair the damage done to his basement by the surcharge. As of May, 2005 the amount for repair was **$27,581.88**. I have enclosed an updated estimate from Abel in the amount of **$28,921.53**.

The surcharge also damaged furniture in the basement. The cost to replace the furniture is **$2,500.00**.

He has been unable to use his basement since this incident. I estimate the value of the loss of use of his basement for a year and a half to be in the range of **$5,000.00**.

The installation of the sewage pumps in his front yard has reduced the value of his property by as little as much as **$5,000.00**. This is the opinion of an appraiser that I employed to determine the value of the property prior to the surcharge and its value after the surcharge.

In summary, the Mr. Jenkins' damages are recapitulated as follows:

    Cost to repair basement:    $28,921.53
    Value of damaged furniture:    $2,500.00

EXHIBIT C



       Loss of use of property & furniture: **$8,000.00**
       Reduced value of property: **$5,000.00**
                 Total: **$44,421.53**

    My client has authorized me to accept the amount of **$45,000.00** in full settlement of his claim against MSD. I look forward to your response.

Sincerely,

*[signature]*

**Arthur W. Harmon, Jr.**
Awh

*Harmon, Davis & Associates*

# City of Cincinnati



Department of the City Solicitor
Courts Division

Room 226, City Hall
801 Plum Street
Cincinnati, Ohio 45202-5705
Phone   (513) 352-5333
Fax      (513) 352-5217

J. Rita McNeil
*City Solicitor*

March 23, 2006

Ernest F. McAdams, Jr.
*City Prosecutor*

Arthur W. Harmon, Jr.
Harmon, Davis & Associates
1200 Cypress Street
Cincinnati, Ohio 45206

Re:  Your client Kelvin Jenkins

Dear Mr. Harmon:

Our offer of $13,280.00 for Mr. Jenkins damages is a final offer.

Please advise your client and if he is willing to accept this final offer of settlement, I will process the necessary paperwork and send you a Release for your client's signature.

Sincerely,

Geri Geiler
Sr. Assistant Solicitor

**EXHIBIT D**

Equal Opportunity Employer