UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff,

v.

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
    Defendants.

### SCHEDULING ORDER re: Water in Basement Program

This matter has been set for a Hearing regarding Requests for Review of Water-in-Basement claims related to requestors:

Al Gammarino (Doc. 165); Kelvin Jenkins (Doc. 172).

The hearing will be held on **Thursday, June 21, 2007 at 10:00 am** before U.S. Magistrate Judge Timothy S. Hogan in Courtroom Room 701, US Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513) 564-7650.

It is so ordered.

| | |
|---|---|
| 5/25/2007 | s/Timothy S Hogan |
| Date | Timothy S. Hogan |
| | United States Magistrate Judge |

cc:    All Counsel
        Pro-Se Parties
awh

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kelvin Jenkins<br>3012 West Knoll<br>Cinti, OH 45211 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0000 1409 5925 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-01-M-2509 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Al Gammarino<br>3700 E. Galbraith Rd.<br>Cinti, OH 45236 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0000 1409 5918 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-01-M-2509 |

1:02cv107 (Doc. 176)

1:02cv107 (Doc.176)

Arthur W. Harmon, Jr. attorney for
Kelvin Jenkins
1200 Cypress Street
Cincinnati, Ohio 45206