| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Kelvin Jenkins C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kelvin Jenkins<br>3012 West Knoll<br>Cinti, OH<br><br>RECEIVED<br>JUN 1 1 20..<br>1:02-cv-107, Doc.176 SAS<br>JAMES BONINI<br>CINCINNATI, OHIO | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☒ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 5925 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-01-M-2509 |