**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

CERTIFIED MAIL

7002 0860 0000 1409 5938



Al Gammarino
3700 E. Galbraith Rd.
Cincinnati, Ohio 45236

JUN 1 8

JAMES B
CINCIN

NIXIE        450    SE  1        25   06/15/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 45202397699      *2915-01338-15-24

45202@3978

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Al Gammarino
3700 E. Galbraith Rd.
Cinti, OH 45236

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7002 0860 0000 1409 5918

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509