UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

07 JUN 12 PM 1:36

UNITED STATES OF AMERICA
*Plantiffs*,

CASE NO. C-1-02-107
Judge S. Arthur Spiegel
Magistrate Hogan

Mr. John W. Rosewood
Mrs. Anita Ann Rosewood
2784 Morningridge Drive
Cincinnati Ohio 45211
    vs.
*Defendant*
Cincinnati Water Sewage in Basement
801 Plum Street
Cincinnati Ohio 45201

Review
Total lost of $31,366.00.
Payment issue $10,000 - 2004
United States IRS audit prove
to them a lost $31,366.00.
In 2006-07 The Legal –Aid
Ombudsman program
Contacted us inform us of
Rights to have our case
Appeal we want the balance
$17, 366.00

I, _Anita Ann Rosewood_____ request that the Court review my Water – in-basement claim, pursuant to the Court. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_Anita Ann Rosewood_
Signature

_Anita Ann Rosewood_
Name (print)

_June 11, 2007_
Date

# INFORMATION FOR REQUEST FOR REVIEW

Name: Mr. Mrs. John William Rosewood Jr
Address: 2784 Morningridge Drive
Cincinnati Ohio 45241
Phone: (513) 389-1988 \ John Cell (513) 886-4240

Nature of dispute and description of your disagreement (attach additional pages if necessary):

2004 A. The Dispute WSB didn't use the standard Reduction system 10% - 5 - 2%. There method was on E-Bay scale. We provide records of recipets of equipments, items lost in basement. The total lost of $31,683.00. Nov\Dec of 2004 a payment of $10.000..

2005 - In year 2005 we file taxing for $2004. Wrote it off as a lost 2006 - We're audit and U.S. IRS proven we had a lost of 17,

Date of City's decision (please attach):

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

A. We have provide two notebooks contains photos, letter records and LBS statements.
B. Legal - Aid contact us and inform us to continue process to get the balance of monies because we were not inform us of our Ombudsman Program.

Check one:

☑ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Anita Ann Rosewood   John W. Rosewood Jr
Date: 6\8\07

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.

S:\LRF\WIB\Pro se\Request For Review 112106.doc