If yes, explain: _____

_____

Do you have personal property in the basement? (Y) N

List the most significant property in the basement:

washer/dryer, furnace and water heater

_____

Are there known hazards or unsafe conditions on the property? Y (N)

*Please sketch layout of basement, including all drains. Use additional sheets if necessary.*

**BASEMENT LAYOUT**

[Hand-drawn sketch showing: stairs with "drain" labeled in center, "Water heater" (oval) at left, "Furnace" (square) at right, "Washer" and "Dryer" (squares) at bottom right]

Outer wall material – (concrete block, brick, stucco, wood etc…) __concrete__

Basic floor material. Please describe general condition of basement and of materials/possessions that have been affected by flooding. __concrete__

_____

_____

_____




















