




# A Notch Above

(Estimate)

**fery N. Boggs**

1014 Blossom Heath  Lebanon, OH  45036  Office: 513-836-6094 or 513-228-0925 / Fax: 513-228-0925

Water Restoration, Home Remodeling & Repairs

Job Address:

| | |
|---|---|
| Customer : Rosewood, John & Anita | |
| Address : 1929 Fairmount Ave. | Loss Date:    January |
| City, St, Zip : Cincinnati, OH  45214 | Insurance : |
| Contact : | Adjuster : |
| Phone : 513-921-6978 | Adjuster Ph : |
| Fax # : 513-921-1697 | Adjuster Fax : |
| Work : | Claim # : |
| A Notch Above Tax ID # 05-0542925 | Terms: Payment Due Upon Completion |

| ITEM | DESCRIPTION | QTY | QTY | PRICE | PER | TOTAL |
|---|---|---|---|---|---|---|
| | **Bathroom** | | | | | |
| 1 | Install New Fiberglass Shower | | | $635.00 | Total | $635.00 |
| 2 | Install New Sink, Faucet & Cabinet | | | $541.35 | Total | $541.35 |
| 3 | Install New Toilet | | | $220.00 | Total | $220.00 |
| 4 | Replace/Finish Drywall | | 63 Sq.Ft. | $116.00 | Total | $116.00 |
| | (Tape, Skim Coat, Texture) | | | | | |
| 5 | Install New Plywood (4'x8'x1/2") | | 3 Sheets | $113.00 | Total | $113.00 |
| 6 | Install New Subfloor | | | $171.65 | Total | $171.65 |
| | **Rec Area** | | | | | |
| 7 | Replace/Finish Drywall | | 216 SFW | $156.00 | Total | $156.00 |
| 8 | Cut Drywall Around Electrical Outlets | | 6 | $36.15 | Total | $36.15 |

Note:
Price may vary depending upon style/type of materials selected.
If unforeseen difficulties occur additional charges may apply.

| | |
|---|---|
| **Subtotal** | $1,989.15 |
| **10% Profit and 10% Overhead** | $397.83 |
| **Total Due Upon Receipt** | $2,386.98 |

* All prices are based on the 2003 BLUEBOOK of Cleaning, Restoration and Repair Costs *
* All prices include Labor and Materials




Home | Logout | My Account | Order Tracking

SYSTEMS    STORAGE    COMPONENTS    PERIPHERALS    NE

RESOURCES
- Site Map
- Shop By Brand
- My Favorite Items
- My Orders
- Save Cart
- Retrieve Cart
- Account Information
- Contact Information
- E-Mail List

DOCUMENTS
- Applications
- Price Lists
- Policy and Procedures





Microsoft
Gold Certified Partner
Gold Partner 2005

## Order Status

**All Shipped Orders** are shown here. To view the detailed order click on the **Invoice #**. status click on the link under **Order Status** column.

| Order # | Invoice # | PO# | Date | ▽ Amount | Paid |
|---|---|---|---|---|---|
| 175485 | 172112 | JOHN | 5/5/2000 | 5,309.50 | 0 |
| 234982 | 229043 |  | 6/17/2002 | 2,504.00 | 0 |
| 318078 | 310137 |  | 11/11/2005 | 1,321.00 | 0 |
| 183642 | 179905 | JOHN | 8/25/2000 | 1,248.50 | 0 |
| 186720 | 182794 | JOHN | 10/2/2000 | 835.00 | 0 |
| 174603 | 171216 | JOHN | 4/22/2000 | 695.00 | 0 |
| 201639 | 197079 |  | 3/23/2001 | 614.00 | 0 |
| 223883 | 218373 | JOHN | 1/15/2002 | 497.00 | 0 |
| 171160 | 168014 | JOHN | 3/10/2000 | 489.00 | 0 |
| 201822 | 197206 |  | 3/26/2001 | 418.00 | 0 |
| 217977 | 212747 |  | 10/30/2001 | 384.00 | 0 |
| 227633 | 222025 |  | 3/1/2002 | 376.00 | 0 |
| 238620 | 232554 |  | 8/9/2002 | 374.50 | 0 |
| 238248 | 232218 |  | 8/5/2002 | 360.00 | 0 |
| 185860 | 181985 | JOHN | 9/21/2000 | 354.50 | 0 |
| 161003 | 158272 | JOHN | 11/19/1999 | 313.50 | 0 |
| 318082 | 310138 |  | 11/11/2005 | 308.00 | 0 |
| 293857 | 285467 | JOHN | 10/1/2004 | 305.00 | 0 |
| 297737 | 289413 |  | 11/24/2004 | 304.00 | 0 |
| 190954 | 187014 | JOHN | 11/29/2000 | 290.00 | 0 |





SYSTEMS    STORAGE    COMPONENTS    PERIPHERALS    NE

RESOURCES
- Site Map
- Shop By Brand
- My Favorite Items
- My Orders
- Save Cart
- Retrieve Cart
- Account Information
- Contact Information
- E-Mail List

> DOCUMENTS
- Applications
- Price Lists
- Policy and Procedures





Microsoft
OEM System Builder
Gold Member 2005

## Order Status

**All Shipped Orders** are shown here. To view the detailed order click on the **Invoice #**. status click on the link under **Order Status** column.

| Order # | Invoice # | PO# | Date | Amount | Paid |
|---|---|---|---|---|---|
| 175668 | 172348 | JOHN | 5/9/2000 | 289.00 | Ö |
| 176120 | 172669 | JOHN | 5/13/2000 | 285.00 | Ö |
| 225343 | 219798 |  | 2/1/2002 | 280.00 | Ö |
| 174987 | 171622 | JOHN | 4/28/2000 | 280.00 | Ö |
| 197396 | 192900 |  | 2/5/2001 | 274.00 | Ö |
| 178888 | 175459 | JOHN | 6/24/2000 | 269.00 | Ö |
| 290208 | 282114 |  | 8/5/2004 | 242.00 | Ö |
| 164487 | 161575 | JOHN | 12/30/1999 | 231.75 | Ö |
| 225980 | 220408 |  | 2/8/2002 | 219.00 | Ö |
| 234991 | 229553 |  | 6/24/2002 | 202.00 | Ö |
| 189425 | 185372 | JOHN | 11/6/2000 | 202.00 | Ö |
| 208963 | 204071 | JOHN | 7/3/2001 | 201.00 | Ö |
| 155075 | 152579 | JOHN | 9/3/1999 | 201.00 | Ö |
| 177701 | 174158 | JOHN | 6/6/2000 | 195.00 | Ö |
| 158863 | 156254 | JOHN | 10/23/1999 | 195.00 | Ö |
| 233153 | 227337 | JOHN | 5/20/2002 | 190.50 | Ö |
| 217568 | 212720 | HERSHEL | 10/29/2001 | 185.00 | Ö |
| 197699 | 193138 | JOHN | 2/8/2001 | 184.00 | Ö |
| 175806 | 172349 | JOHN | 5/9/2000 | 180.00 | Ö |
| 235514 | 229551 |  | 6/24/2002 | 168.00 | Ö |


← Previous



Home | Support | My Account | Order Tracking

SYSTEMS · STORAGE · COMPONENTS · PERIPHERALS · NE

## Order Status

**All Shipped Orders** are shown here. To view the detailed order click on the **Invoice #**. status click on the link under **Order Status** column.

| Order # | Invoice # | PO# | Date | Amount | Paid |
|---------|-----------|-----|------|--------|------|
| 175488 | 172346 | JOHN | 5/8/2000 | 164.00 | ☼ |
| 183643 | 179992 | JOHN | 8/25/2000 | 160.00 | ☼ |
| 187949 | 183964 | JOHN | 10/17/2000 | 153.00 | ☼ |
| 183806 | 180095 | JOHN | 8/28/2000 | 150.00 | ☼ |
| 211030 | 206054 | JOHN | 8/1/2001 | 149.00 | ☼ |
| 203251 | 198591 | | 4/12/2001 | 145.00 | ☼ |
| 187405 | 183454 | EDWARD | 10/10/2000 | 130.00 | ☼ |
| 176445 | 172987 | JOHN | 5/18/2000 | 125.00 | ☼ |
| 234984 | 229044 | | 6/17/2002 | 123.00 | ☼ |
| 199535 | 195039 | | 2/28/2001 | 123.00 | ☼ |
| 183893 | 180092 | JOHN | 8/28/2000 | 121.00 | ☼ |
| 184820 | 181015 | JOHN | 9/9/2000 | 114.00 | ☼ |
| 235973 | 229982 | | 7/1/2002 | 112.00 | ☼ |
| 298667 | 292238 | | 12/9/2004 | 108.00 | ☼ |
| 196762 | 192306 | RMA | 1/30/2001 | 108.00 | ☼ |
| 320803 | 311629 | | 12/12/2005 | 106.00 | ☼ |
| 204883 | 200193 | JOHN | 5/3/2001 | 105.00 | ☼ |
| 197564 | 193197 | JOHN | 2/8/2001 | 105.00 | ☼ |
| 225543 | 219994 | ART | 2/4/2002 | 100.00 | ☼ |
| 295247 | 286937 | JOHN | 10/18/2004 | 89.00 | ☼ |

**RESOURCES**
- Site Map
- Shop By Brand
- My Favorite Items
- My Orders
- Save Cart
- Retrieve Cart
- Account Information
- Contact Information
- E-Mail List

**DOCUMENTS**
- Applications
- Price Lists
- Policy and Procedures





Microsoft
OEM System Builder
Gold Member 2005


Previous





Home | Logout | My Account | Order Tracking

SYSTEMS    STORAGE    COMPONENTS    PERIPHERALS    NE

**RESOURCES**
- Site Map
- Shop By Brand
- My Favorite Items
- My Orders
- Save Cart
- Retrieve Cart
- Account Information
- Contact Information
- E-Mail List

**DOCUMENTS**
- Applications
- Price Lists
- Policy and Procedures





Microsoft
Gold Member 2005

## Order Status

**All Shipped Orders** are shown here. To view the detailed order click on the **Invoice #**. status click on the link under **Order Status** column.

| Order # | Invoice # | PO# | Date | Amount | Paid |
|---|---|---|---|---|---|
| 315994 | 307053 | JOHN | 9/19/2005 | 85.00 | 0 |
| 199313 | 194772 |  | 2/26/2001 | 85.00 | 0 |
| 191544 | 187385 |  | 12/2/2000 | 84.00 | 0 |
| 219793 | 214188 | JOHN | 11/21/2001 | 83.00 | 0 |
| 175528 | 172115 | JOHN | 5/5/2000 | 83.00 | 0 |
| 105711 | 105281 | JOHN | 12/16/1997 | 81.00 | 0 |
| 131023 | 129403 |  | 11/5/1998 | 80.00 | 0 |
| 166494 | 163502 |  | 1/21/2000 | 78.00 | 0 |
| 159271 | 156609 | JOHN | 10/28/1999 | 78.00 | 0 |
| 192763 | 188500 | EDWARD | 12/15/2000 | 64.00 | 0 |
| 219450 | 214168 |  | 11/17/2001 | 62.00 | 0 |
| 183710 | 179903 | RMA | 8/25/2000 | 62.00 | 0 |
| 185196 | 181344 | JOHN | 9/13/2000 | 61.00 | 0 |
| 298756 | 290272 |  | 12/10/2004 | 59.00 | 0 |
| 201323 | 196700 | JOHN | 3/20/2001 | 58.00 | 0 |
| 197447 | 192943 |  | 2/6/2001 | 53.00 | 0 |
| 183711 | 179906 | JOHN | 8/25/2000 | 45.00 | 0 |
| 219621 | 214334 | JOHN | 11/20/2001 | 39.50 | 0 |
| 233159 | 227696 |  | 5/24/2002 | 38.00 | 0 |
| 176446 | 172936 | RMA | 5/18/2000 | 37.00 | 0 |

 Previous





**SYSTEMS    STORAGE    COMPONENTS    PERIPHERALS    NE**

- RESOURCES
  - Site Map
  - Shop By Brand
  - My Favorite Items
  - My Orders
  - Save Cart
  - Retrieve Cart
  - Account Information
  - Contact Information
  - E-Mail List

- DOCUMENTS
  - Applications
  - Price Lists
  - Policy and Procedures





Microsoft

## Order Status

**All Shipped Orders** are shown here. To view the detailed order click on the **Invoice #**. status click on the link under **Order Status** column.

| Order # | Invoice # | PO# | Date | ▽ Amount | Paid |
|---------|-----------|-----|------|----------|------|
| 215937 | 210768 |  | 10/3/2001 | 36.00 | Ó |
| 185441 | 181571 |  | 9/16/2000 | 35.00 | Ó |
| 203315 | 198680 |  | 4/12/2001 | 34.00 | Ó |
| 203633 | 198936 | EDWARD | 4/17/2001 | 33.00 | Ó |
| 187426 | 183475 |  | 10/10/2000 | 32.00 | Ó |
| 199316 | 194760 |  | 2/26/2001 | 30.00 | Ó |
| 293843 | 285700 |  | 9/28/2004 | 29.00 | Ó |
| 196512 | 192094 |  | 1/26/2001 | 27.00 | Ó |
| 187251 | 183393 | JOHN | 10/10/2000 | 25.00 | Ó |
| 217287 | 212070 |  | 10/20/2001 | 24.00 | Ó |
| 221625 | 216717 |  | 12/21/2001 | 20.00 | Ó |
| 216122 | 210941 | JOHN | 10/5/2001 | 20.00 | Ó |
| 188299 | 184317 |  | 10/20/2000 | 20.00 | Ó |
| 138622 | 136701 | JOHN | 2/8/1999 | 20.00 | Ó |
| 137286 | 135467 |  | 1/22/1999 | 20.00 | Ó |
| 232237 | 226460 |  | 5/6/2002 | 18.25 | Ó |
| 201924 | 197200 |  | 3/26/2001 | 18.00 | Ó |
| 223237 | 217774 |  | 1/8/2002 | 15.00 | Ó |
| 196416 | 191991 |  | 1/25/2001 | 15.00 | Ó |
| 290249 | 282543 |  | 8/12/2004 | 12.00 | Ó |



← Previous





**SYSTEMS** — **STORAGE** — **COMPONENTS** — **PERIPHERALS** — NE

**RESOURCES**
- Site Map
- Shop By Brand
- My Favorite Items
- My Orders
- Save Cart
- Retrieve Cart
- Account Information
- Contact Information
- E-Mail List

**DOCUMENTS**
- Applications
- Price Lists
- Policy and Procedures







## Order Status

**All Shipped Orders** are shown here. To view the detailed order click on the **Invoice #**. status click on the link under **Order Status** column.

| Order # | Invoice # | PO# | Date | ▽ Amount | Paid |
|---------|-----------|------|-----------|---------|------|
| 237479 | 231433 | JOHN | 7/24/2002 | 10.00 | Ô |
| 233520 | 227697 |      | 5/24/2002 | 10.00 | Ô |
| 196595 | 192176 | JOHN | 1/27/2001 | 10.00 | Ô |
| 227298 | 221699 |      | 2/26/2002 | 8.00  | Ô |
| 208965 | 204075 | JOHN | 7/3/2001  | 7.50  | Ô |
| 238622 | 232555 |      | 8/9/2002  | 6.00  | Ô |
| 183864 | 180090 | JOHN | 8/28/2000 | 6.00  | Ô |
| 166499 | 163505 | JOHN | 1/21/2000 | 6.00  | Ô |
| 185867 | 181987 | RMA  | 9/21/2000 | 5.00  | Ô |

  Previous

- $ Partially Paid    Ô Fully Paid
- All currencies are in **"$"**
- ▽ Indicates sorted in descending order (You can sort Orders by Order Numb Number, Date & Amount by clicking on column header)

Winotek is not responsible for typographical or photographical errors. Prices and specificati



**WINOTEK LIMITED**
10825 MEDALLION DRIVE
CINCINNATI, OHIO 45241
UNITED STATES

Thank you for shopping at WINOTEK LIMITED. Don't forget to come back for more great deals and products. WINOTEK LIMITED is here to help you buy better.

This is your receipt. Please print it for your records.

### INVOICE # : 172112
Placed on Friday, May 05, 2000

| Customer ID | ROSCOM |
|---|---|
| Shipping Method | WILL |
| Purchase Order No. | JOHN [ ] |

**Billing Address**
ROSEWOOD COMPUTERS*
JOHN ROSEWOOD
1929 FAIRMOUNT AVE.
QUEEN CITY, OH 45214
UNITED STATES
Tel : (513) 921-3759

**Shipping Address**
CUSTOMER PICKUP

| Line# | Item Code | Item Description | Qty | Measure | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | CPU-AK7-550 | * Amd K7 Athlon 550mhz Slot A 512k Cache | 2 | EACH | 164.00 | 328.00 |
| 2 | MEM-8X64PC-MIC | * 8x64pc 64mb Pc100 100mhz | 3 | EACH | 60.00 | 180.00 |
| 3 | HDD-WD153AA | * Wd 153aa 15.3g Eide 5400 Rpm 2mb Cache | 3 | EACH | 127.00 | 381.00 |
| 4 | CAS-HCB04 | * Hc-B04 Atx Full Tower W/ 235w Ps | 1 | EACH | 52.00 | 52.00 |
| 5 | PWR-320ATX-2 | 320 Watt Atx-2 Power Supply | 1 | EACH | 43.00 | 43.00 |
| 6 | CAS-HCB03+ | * Hc-B03+ Atx Mid Twr 2 X Fan 350w Ps | 4 | EACH | 53.00 | 212.00 |
| 7 | MTB-GBSA7IXE | * Gigabyte Ga-7ixe Slot A Atx Mtb | 5 | EACH | 135.00 | 675.00 |
| 8 | VGA-AVTGF256 | * Visiontek 32mb Gforce 256 Agp 4x/2x | 1 | EACH | 205.00 | 205.00 |

| 9 | VGA-AAEX2000 | * Ati Expert 2000 32mb Video Card Agp 2x | 2 | EACH | 79.00 | 158.00 |
|---|---|---|---|---|---|---|
| 10 | VGA-AAR2C-8 | * Agp Oem Ati Rage Iic 8mb Video Card | 3 | EACH | 29.50 | 88.50 |
| 11 | MOD-LT5690-PV | * Lucentagere Pci 56k Modem V.90 W/voice | 5 | EACH | 19.00 | 95.00 |
| 12 | SND-ESS1869-2 | * Ess 1869 16 Bit 3d Sound Card | 5 | EACH | 11.00 | 55.00 |
| 13 | CDR-52IDEL | * 52x Delta Ide Cd-Rom Retail | 5 | EACH | 39.00 | 195.00 |
| 14 | HDD-ST-320430 | * Seagate 20g 7200rpm Ide Ata/66 | 1 | EACH | 180.00 | 180.00 |
| 15 | HDD-WD205AA | * Wd 205aa 20.5g Eide 5400rpm 2mb Cache | 1 | EACH | 138.00 | 138.00 |
| 16 | MEM-16X64PC-MIC | * 16x64pc 128mb Pc100 100mhz | 2 | EACH | 120.00 | 240.00 |
| 17 | COL-SECC-LP | * Low Profile Secc Cooling Fan For K7 & | 5 | EACH | 7.00 | 35.00 |
| 18 | CPU-AK7-700 | * Amd K7 Athlon 700mhz Slot A 512k Cache | 2 | EACH | 220.00 | 440.00 |
| 19 | NET-PPM-GFA7000 | Phoebe Micro Pci 10/100 Nic | 6 | EACH | 9.00 | 54.00 |
| 20 | FDD-144M | 1.44 Mitsumi Floppy - White | 5 | EACH | 12.00 | 60.00 |
| 21 | KYB-ST295 | * St-295 Ps/2 104 Key Windows 98 Keyboar | 5 | EACH | 7.00 | 35.00 |
| 22 | MOU-A4-WS-9 | * Mouse A4tech Ps/2 Winscroll Ws-92 | 5 | EACH | 4.00 | 20.00 |
| 23 | MON-15GEM281 | * 15" Gemstar 15281 .28dp 1024 X 768 | 4 | EACH | 140.00 | 560.00 |
| 24 | MON-17GEM-7027 | * 17" Gemstar .27 1280 X 1024 Ni Svga | 1 | EACH | 205.00 | 205.00 |
| 25 | SOF-MSW2KPRO | Ms Windows 2000 Pro Oem | 3 | EACH | 135.00 | 405.00 |
| 26 | CDR-8X4X32PAN-I | * Panasonic 8x4x32 Ide Cd-Rw Bare Drive | 1 | EACH | 195.00 | 195.00 |
| 27 | NET-OLHUB16 | * Ovislink 16 Port 10mb Rackmount Hub | 1 | EACH | 75.00 | 75.00 |
| 28 | PDH | * Picked By Dh | 1 | EACH | 0.00 | 0.00 |

**Invoice Serial Numbers**

| Item Code | Winotek SN | Mfg. Serial # |
|---|---|---|
| CAS-HCB03+ | 1061253 | |
| CAS-HCB03+ | 1061254 | |
| CAS-HCB03+ | 1066826 | |
| CAS-HCB03+ | 1066827 | |
| CAS-HCB04 | 938309 | |
| CDR-52IDEL | 1062587 | 0I1009134846 |
| CDR-52IDEL | 1062590 | 0I1009134843 |
| CDR-52IDEL | 1062591 | 0I1009134842 |
| CDR-8X4X32PAN-I | 1067662 | 0330ZJB95931 |
| COL-SECC-LP | 1058835 | |
| COL-SECC-LP | 1058836 | |
| COL-SECC-LP | 1058837 | |
| COL-SECC-LP | 1058838 | |
| COL-SECC-LP | 1058839 | |
| CPU-AK7-550 | 1009205 | |
| CPU-AK7-550 | 1009206 | |
| CPU-AK7-700 | 1066072 | |
| CPU-AK7-700 | 1066073 | |
| FDD-144M | 1063315 | D359M322009L18QM0540 |
| FDD-144M | 1063321 | D359M322009L18QM0534 |
| FDD-144M | 1063322 | D359M322009L18QM0533 |
| FDD-144M | 1063323 | D359M322009L18QM0532 |
| FDD-144M | 1063336 | D359M322009L18MN0039 |
| HDD-ST-320430 | 1067144 | 7BX0A0FP |
| HDD-WD153AA | 1061810 | WMA0R1070931 |
| HDD-WD153AA | 1061811 | WMA0R1070068 |
| HDD-WD205AA | 1067081 | WMA0W1395775 |
| KYB-ST295 | 1019870 | |
| KYB-ST295 | 1019871 | |
| KYB-ST295 | 1019872 | |
| KYB-ST295 | 1019873 | |
| KYB-ST295 | 1019874 | |
| MEM-16X64PC-MIC | 1065786 | |
| MEM-16X64PC-MIC | 1065788 | |
| MEM-8X64PC-MIC | 1072553 | |
| MEM-8X64PC-MIC | 1072554 | |

| | | |
|---|---|---|
| MEM-8X64PC-MIC | 1072555 | |
| MOD-LT5690-PV | 1058299 | 5010113308 |
| MOD-LT5690-PV | 1058300 | 5010113309 |
| MOD-LT5690-PV | 1058301 | 5010113310 |
| MOD-LT5690-PV | 1058306 | 5010113315 |
| MOD-LT5690-PV | 1058311 | 5010113320 |
| MON-15GEM281 | 1048152 | BDK008B00037 |
| MON-15GEM281 | 1048154 | BDK008B00709 |
| MON-15GEM281 | 1048221 | BDK008B00667 |
| MON-15GEM281 | 1048222 | BDK008B00321 |
| MON-17GEM-7027 | 1061473 | GRNAM00202256 |
| MOU-A4-WS-9 | 1058674 | |
| MOU-A4-WS-9 | 1058675 | |
| MOU-A4-WS-9 | 1058676 | |
| MOU-A4-WS-9 | 1058677 | |
| MOU-A4-WS-9 | 1058678 | |
| MTB-GBSA7IXE | 1059117 | 0013130761 |
| MTB-GBSA7IXE | 1059118 | 0013130762 |
| MTB-GBSA7IXE | 1059119 | 0013130763 |
| MTB-GBSA7IXE | 1059120 | 0013130764 |
| MTB-GBSA7IXE | 1059121 | 0013130765 |
| NET-OLHUB16 | 1067184 | H16+9070282 |
| NET-PPM-GFA7000 | 1041295 | D9130TXL03C010096 |
| NET-PPM-GFA7000 | 1041296 | D9130TXL03C010095 |
| NET-PPM-GFA7000 | 1041297 | D9130TXL03C010094 |
| NET-PPM-GFA7000 | 1041298 | D9130TXL03C010093 |
| NET-PPM-GFA7000 | 1041299 | D9130TXL03C010092 |
| NET-PPM-GFA7000 | 1041300 | D9130TXL03C010091 |
| PWR-320ATX-2 | 1020663 | |
| SND-ESS1869-2 | 1059172 | REZ91203067 |
| SND-ESS1869-2 | 1059173 | REZ91203066 |
| SND-ESS1869-2 | 1059174 | REZ91203068 |
| SND-ESS1869-2 | 1059175 | REZ91203069 |
| SND-ESS1869-2 | 1059176 | REZ91203070 |
| SOF-MSW2KPRO | 1056794 | 00019006079514 |
| SOF-MSW2KPRO | 1056807 | 00019007909273 |
| SOF-MSW2KPRO | 1056808 | 00019007909252 |
| GA-AAEX2000 | 1067675 | |

| | | |
|---|---|---|
| VGA-AAEX2000 | 1067676 | |
| VGA-AAR2C-8 | 1066094 | HR000201882 |
| VGA-AAR2C-8 | 1066096 | HR000201884 |
| VGA-AAR2C-8 | 1066098 | HR000201886 |
| VGA-AVTGF256 | 1065935 | 1366406 |



**WINOTEK LIMITED**
10825 MEDALLION DRIVE
CINCINNATI, OHIO 45241
UNITED STATES

Thank you for shopping at WINOTEK LIMITED. Don't forget to come back for more great deals and products. WINOTEK LIMITED is here to help you buy better.

This is your receipt. Please print it for your records.

**INVOICE # : 229043**
Placed on Monday, June 17, 2002

Customer ID              ROSCOM

Shipping Method          CUSTOMER PICK-UP

**Billing Address**          **Shipping Address**
ROSEWOOD COMPUTERS*   CUSTOMER PICKUP
JOHN ROSEWOOD
1929 FAIRMOUNT AVE.
QUEEN CITY,OH 45214
UNITED STATES
Tel : (513) 921-3759

| Line# | Item Code | Item Description | Qty | Measure | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | SOF-CYBER4 | * Cyberlink Powerdvd V4.0 | 1 | EACH | 6.00 | 6.00 |
| 2 | CPU-I478-16AB | * Intel P4 1.6a Ghz S478 512k Cache Box | 1 | EACH | 150.00 | 150.00 |
| 3 | MTB-GB8IE | * Gb Ga-8ie 845e 533fsb S478 Usb2/snd | 1 | EACH | 102.00 | 102.00 |
| 4 | VGA-GBAP64D | * Gb Ap64d 64mb Ddr Radeon 8500le W/ Tvo | 1 | EACH | 152.00 | 152.00 |
| 5 | MEM-DDR256-P21 | * 256mb Ddr Pc2100/266 184 Pin Dimm | 6 | EACH | 40.00 | 240.00 |
| 6 | HDD-WD1200JB | * Wd 120g Se 8mb Cache 7200 Ata/100 3 Yr | 1 | EACH | 200.00 | 200.00 |
| 7 | LCD-17GEM-821A | * 17" Gemstar Gl-821a 1280x1024 W/spk | 1 | EACH | 545.00 | 545.00 |
| 8 | CDR-56IAF | * Afreey 56x Eide Cd-Rom Retail | 1 | EACH | 28.00 | 28.00 |
| 9 | FDD-144M | 1.44 Mitsumi Floppy - White | 1 | EACH | 9.00 | 9.00 |

http://www.winotek.com/printSerial.asp?order=++229043&type=I (1 of 3)1/23/2006 1:24:17 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SND-SBAUD | * Sound Blaster Audigy 5.1 Ch Oem | 1 | EACH | 65.00 | 65.00 |
| 11 | KYB-LGCOMBO | * Logitech Office Kyb And Optical Mouse | 1 | EACH | 25.00 | 25.00 |
| 12 | CAS-WINO703-1+ | 703-1+ Atx Mid 350w P4 W/ Filter | 1 | EACH | 53.00 | 53.00 |
| 13 | COL-CF8CM-B | 80mm Case Fan 4 Pin W/ Ball Bearings | 1 | EACH | 4.00 | 4.00 |
| 14 | COL-CF8CM-B1 | 80mm Case Fan 3 Pin W/ Ball Bearings | 1 | EACH | 4.00 | 4.00 |
| 15 | SPK-JUS-3D109 | *juster 3d-109 3pc Wooden Subwoofer | 1 | EACH | 26.00 | 26.00 |
| 16 | NET-POL-8139 | * Ovislink 10/100 Pci Wol Retail | 1 | EACH | 12.00 | 12.00 |
| 17 | NET-PM5SW | Phoebe 5 Port 10/100 Switch | 2 | EACH | 23.00 | 46.00 |
| 18 | SOF-MSW2KSVR | Ms Windows 2000 Server W/5 Cal Oem | 1 | EACH | 710.00 | 710.00 |
| 19 | CAR-DL1394 | Pci To Firewire 1394 3+1 | 2 | EACH | 29.00 | 58.00 |
| 20 | HDD-WD200BB | * Wd 20g 7200 Rpm Ata/100 2mb 1 Yr | 1 | EACH | 69.00 | 69.00 |
| 21 | PEY | * Picked By Ey | 1 | EACH | 0.00 | 0.00 |

**Invoice Serial Numbers**

| Item Code | Winotek SN | Mfg. Serial # |
|---|---|---|
| CAR-DL1394 | 1467985 | |
| CAR-DL1394 | 1467986 | |
| CAS-WINO703-1+ | 1419325 | |
| CDR-56IAF | 1471208 | 9105611001B23 2140049683 |
| COL-CF8CM-B | 1466958 | |
| COL-CF8CM-B1 | 1466713 | |
| CPU-I478-16AB | 1472174 | 3213A016-4 |
| FDD-144M | 1464328 | D359M3D40502A09AF1316 |
| HDD-WD1200JB | 1470632 | WMA8C1963150 |
| HDD-WD200BB | 1472156 | WMA8J2119519 |
| KYB-LGCOMBO | 1438375 | |
| LCD-17GEM-821A | 1471373 | A1C70786B |
| MEM-DDR256-P21 | 1472098 | |
| MEM-DDR256-P21 | 1472099 | |
| MEM-DDR256-P21 | 1472100 | |
| MEM-DDR256-P21 | 1472101 | |

| | | |
|---|---|---|
| MEM-DDR256-P21 | 1472102 | |
| MEM-DDR256-P21 | 1472103 | |
| MTB-GB8IE | 1471120 | 010471933181701521SN0220000340 |
| ET-PM5SW | 1468196 | 0218D1A15431 |
| NET-PM5SW | 1468197 | 0218D1A15432 |
| NET-POL-8139 | 1451568 | 39A20309242 |
| SND-SBAUD | 1471293 | MSB00090210093543 |
| SOF-CYBER4 | 1447816 | |
| SOF-MSW2KSVR | 1468944 | 00019057543935 |
| SPK-JUS-3D109 | 1426524 | |
| VGA-GBAP64D | 1447482 | 010471933130601421SN0212000285 |