# City of Cincinnati





Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

November 17, 2006

Wardell Hill
1046 Lockman Avenue
Cincinnati, Ohio 45238

Dear Mr. Hill:

We have completed our review of your claim for reimbursement of a plumbing expense you incurred in April 2006, at 1046 Lockman Avenue, in Cincinnati, Ohio.

Metropolitan Sewer District (MSD) responded to a call from Mr. Hill in, April 2006, concerning sewer backup at 1046 Lockman Avenue. An MSD crew rodded the lateral and cleared two obstructions in the house lateral.

We are sensitive to your situation, but the MSD Regulation states the finding of the two obstructions in the house lateral is a concern of the property owner.
Therefore, based upon the facts, the City of Cincinnati must deny your claim.

**If you disagree with the City's disposition of your claim, you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas, both of which are located at 1000 Main Street, Cincinnati, Ohio 45202.**

**Alternatively, in accordance with an order in the Consent Decree case, Federal Case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within 90 DAYS (by [fill in appropriate date 90 days from date of letter]) with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the Ombudsman at (513) 362-2801 (Legal Aid Society) for further information concerning your rights.**

Sincerely,

Shirley Lenzly
Claims Administrator



EXHIBIT
A

Equal Opportunity Employer

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

Date: 04/01/06
Time: 12:32
Received: RSO

## CALLER INFORMATION

Name: HILL WARDELL W III & JANET M
Agency: Private
Address:

Business Phone: CELL 264 4587
Home Phone: 921 0613

## PROBLEM LOCATION

Address: 1046 LOCKMAN AV        45238    City/Township CINC
Nearest Intersection: HIGHRIDGE AV                       WPRICE
Detailed Location Information: USNG 1M:GJ0790231840
Condition Reported: Water - In - Basement
Comments: WIBNow:Y SRC:Fldrain Freq:1st P:N WIBPP:Y

Current Condition: Water - In - Basement

## ON SITE INSPECTION

Date: 04/01/06                                           Unit Number: 442
Dispatch Time: 14:45    Arrival Time: 15:25    Completion Time: 16:40
Condition Found: No Main Sewer Trouble
Action Taken:

Comments: CK'D 24" ML IN FRONT OF ADDRESS FROM U/S MH 24106008 TO D/S 24106016 & CK'D 36" ML IN FRONT OF ADDRESS 24106015 & 36" ML ON SIDE & REAR OF ADDRESS FROM U/S MH 24106037 TO D/S 24106017. THERE IS SIGN OF SURCHARGE IN MH'S. OWNER IS IN THE WIB PROGRAM. MSD HAS BEEN OUT HERE AT LEAST 5 TIMES SINCE 2003. C/ HAS NO B/U AT PRESENT TIME. NO SEWAGE COMES UP IN BASEMENT. THERE IS SEWAGE ON SIDE OF HOUSE THAT CAME UP OUT OF DOWN SPOUT PIPE. SPOKE W/ MY SUPERVISOR MR. WUEST ABOUT PROBLEM & NO NEED TO ROD H/T. WE RODDED H/T IN 6/05 & HIT NOTHING. THIS IS AN ON GOING PROBLEM HERE. A/C OF MY FINDINGS & LEFT WIB & R/W SHEETS & C/ CARD.   D. LUMPKIN  4/1/06
D. EDWARDS 4/1/06  RE-RUN
RAKED PAPER & SOLIDS UP FROM AROUND DOWNSPOUT WHERE SEWAGE WAS SURFACING. HOSED AREA TO CLEAN UP DEBRIS. HOME OWNER USED FACILITIES & SEWAGE STARTED COMING OUT OF DOWNSPOUTS. CK'D ML, NMST & NBUIMH @ PRESENT. A/ HOME OWNER & CALLED 440 TO ROD H/T.
D. REIMAN 4/1/06
CK'D 24" COMB ML O&R, NMST & NBUIMH. HAD SEWAGE COMING UP FROM DOWNSPOUT. LOCATED C/O STACK IN BASEMENT & RODDED FROM 4" C/O STACK. HIT SOME OBSTRUCTION AT 17' ON P/P. RODDED 90' W/ A 3.5" SPEAR CUTTER TO ML. BROUGHT BACK FEMALE NAPKIN.    DEREK THOMPSON 4/1/06

EXHIBIT B

**JOB INVOICE**

**DICK SCOTT PLUMBING, INC.**
619 Delhi Avenue
CINCINNATI, OHIO 45204
Phone 921-2254

**65955**

| CUSTOMERS ORDER NO. | DATE ORDERED |
| --- | --- |
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

BILL TO
ADDRESS: 1840 Lockman
CITY
PHONE
MECHANIC
HELPER

JOB NAME AND LOCATION
☑ DAY WORK
☐ CONTRACT
DESCRIPTION OF WORK
☐ EXTRA

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
| --- | --- | --- | --- |

Received / Arrived / Finished

| HOURS | LABOR | AMOUNT | | |
| --- | --- | --- | --- | --- |
| MECHANICS | | | TOTAL MATERIALS | |
| HELPERS | | | TOTAL LABOR | |
| | TOTAL LABOR | | TAX | |
| SIGNATURE | | DATE COMPLETED | TOTAL | |



EXHIBIT C