UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

v.

Board of Hamilton County Commissioners, et al.,

    Defendants.

Case No.: 1:02-cv-00107

**ORDER**

The above styled case is before the Court on Motion for Review of Water in Basement Claim (doc. 177 ). Upon review of the pleading, the Court notes that this pleading contains personal identifiers.

Accordingly, the Clerk of Courts is hereby directed to SEAL exhibit #2 to the above referenced pleading.

SO ORDERED.

Date: 6/13/07

S. Arthur Spiegel
United States Senior District Judge