AH

2007 JUN 21  AM 10: 46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA, et al.,
    Plaintiff(s),

v.

Case No.  1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissioners, et al.,
    Defendant(s)

## CIVIL MINUTES

Hearing on Request for Review by Al Gammarino (Doc.165), and Kelvin Jenkins (Doc.172) re: Water in Basement Program.
before the
HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Linda Smith
COURT REPORTER: Official Reporter, Mary Ann Maffia
DATE:  June 21, 2007                          TIME: 10:00 am

Attorney for Plaintiff(s): _____
Al Gammarino, Pro-se

Attorney for Defendant(s): _____
Terry Nester (City of Cincinnati)

### WITNESSES

### PROCEDURES

[X] Counsel Present
[ ] Arguments heard on _____
[X] Court's decision to follow on Mr. Gammarino's claim
[ ] Court ordered in open court that _____

Remarks: Counsel for Mr. Jenkins not present so matter was continued to Friday, August 3, 2007 at 10:00 am.