UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff,

v.                                Case No. 1:02cv0107
                                    (J. Spiegel ; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
    Defendants.

_____

**SCHEDULING ORDER re: Water in Basement Program**
_____

    This matter has been set for a Hearing regarding Requests for Review of Water-in-Basement claims related to requestor:

Kelvin Jenkins (Doc. 172).

    The hearing will be held on **Friday, August 3, 2007 at 10:00 am** before U.S. Magistrate Judge Timothy S. Hogan in Courtroom Room 701, US Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202.  (513) 564-7650.


    It is so ordered.


 6/21/2007                                 s/Timothy S Hogan
Date                                    Timothy S. Hogan
                                          United States Magistrate Judge

cc:    All Counsel

awh