JUL 11 2007

JAMES BONINI, Clerk
CINCINNATI, OHIO

Al Gammarino
3700 E. Galbraith Road
Cincinnati, Ohio 45236

ED STATES DISTRICT COURT
OUTHERN DISTRICT OF OHIO
INCINNATI, OHIO 45202-3988
OFFICIAL BUSINESS

NW 6-23-07
Ben

RECEIVED
JUL 11 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO

7002 0860 0000 1409 5970

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/STREET ☒ OTHER
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

UNCLAIMED

RTS
RETURN TO SENDER

6-28
7-8

US POSTAGE




