

LN 6-28-07
BR

7-3

R7-13

RETURN TO SENDER
RTS
X OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD

7002 0860 0000 1409 5987

RECEIVED
JUL 1 7 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO

JAMES BONINI, Clerk
CINCINNATI, OHIO