# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA, ET AL.,**
    **PLAINTIFFS**

**VS.**

**BOARD OF HAMILTON COUNTY**
**COMMISSIONERS, ET AL.,**
    **DEFENDANTS**

**CASE NO. C-1-02-107**
**(SPIEGEL, J.)**
**(HOGAN, M.J.)**

## REPORT AND RECOMMENDATION

## RESOLUTION OF THE CLAIM OF WARDELL W. HILL III

Unlike the appeal of Katherine Dolwig, which raised the issue of *when* the loss must occur in order to be compensable, the resolution of this claim depends on *where* the obstruction causing the sewage backup took place. Mr. Hill lives on Lockman Ave. in Cincinnati. Claimant Hill asserts that his basement sewer has backed up on multiple occasions since April, 2006. Claimant Hill seeks the payment of $6,776.71, approximately 1/3 of which is for the replacement of down spouts and bushes. Claimant Hill attaches a copy of a repair estimate from The Home Depot Comfort Center, but the document is generally unreadable. We can detect that the estimate relates to the installation of either a new furnace and air conditioning unit or the replacement of the air conditioning unit only. Mr. Hill states that his "lateral lines were clear," but MSD disputes that fact and asserts that the problem was caused by two obstructions, baby wipes and female appliances in the house lateral, which is the homeowner's responsibility to maintain. The City's position is supported by Defense Exhibits B and C, statements from the MSD crew and Dick Scott Plumbing, Inc. There is no statement from a plumber to the contrary.

The City's denial of this claim is entirely proper.

June 25, 2007

Timothy S. Hogan
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING THE FILING
## OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten (10) days after being served with this Report and Recommendation. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen (13) days (excluding intervening Saturdays, Sundays, and legal holidays) in the event this Report is served by mail, and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation are based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten (10) days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Warden W. Hill III<br>1046 Lockman Ave.<br>Cinti, OH 45238 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

1:02cv107 (Doc. 184)