SENDER: COMPLETE THIS SECTION

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert W. Duett, Jr.
545 Burr Oak St.
Cinti, OH 45232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kimberly Duett_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  
K. Duett

C. Date of Delivery  
JUN 26 2009-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7002 0860 0000 1409 6014

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540