| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Pauline Meisenhelder*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>2/6/07 |
| 1. Article Addressed to:<br><br>Pauline Meisenhelder<br>363 Princess Court<br>Cinti, OH 45215<br><br>1:02-CV-107 SAS #188 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7002 0860 0000 1409 6021 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |