UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | No. 1:02-CV-00107 |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, et al., | : | |
| Defendants. | : | |

Unless objected to by any of the parties to this litigation within ten days from the date of this proposed Order, the Court hereby AMENDS its February 3, 2006 Order, which appointed the Magistrate Judge to conduct review of any dissatisfied homeowner's claim under the WIB Program. The Court CLARIFIES that the Magistrate Judge's decision as to any such claim is binding on the parties and not subject to any further judicial review.

SO ORDERED.

Dated: July 19, 2007            /s/ S. Arthur Spiegel
                                S. Arthur Spiegel
                                United States Senior District Judge