UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff(s),

v.

Case No. 1:02cv0107
(Spiegel, J.; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
    Defendant(s).

---

SCHEDULING ORDER RE: Water in Basement Program

---

This matter has been set for a Hearing regarding Request for Review of Water-in-Basement claim related to requestor:

John W. and Anita Ann Rosewood (Doc.177).

The hearing will be held Friday, August 3, 2007 at 10:00 am before U.S. Magistrate Judge Timothy S. Hogan in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513)564-7650.

IT SO ORDERED.

7/20/2007
Date
awh   July 20, 2007

s/Timothy S. Hogan
TIMOTHY S. HOGAN
U.S. Magistrate Judge

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br>John + Anita Rosewood<br>2784 Morningridge Drive<br>Cinti, OH 45211 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0000 1409 6137 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

1:02cv107 Doc. 191