UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO


CASE NO. C-1-02-107


REQUEST FOR REVIEW

WIB CLAIM 12-30-2004

DOCUMENTS- BETTY J. BROWN

① On 12-30-04 The House at
6423 Lisbon Ave (45213)
Belonging to Betty J Brown



**M S D**
**CUSTOMER**
**SERVICE**

02/08/2004

Linda Brown
6423 Lisbon Avenue
Cincinnati, Ohio 45213

Linda Brown,

Enclosed, please find the information you requested.

Sincerely,

Christopher Sandman
MSD Water in Basement
Customer Service Program/Claims



**M S D**
**CUSTOMER**
**SERVICE**

07/08/2005

Mrs. Brown
6423 Lisbon Avenue
Cincinnati, Ohio 45213

Dear Mrs. Brown,

     Enclosed, please find the information you requested. If you have any further
questions or problems, don't hesitate to call me.

Sincerely,

Christopher Sandman
MSD Water in Basement
Customer Service Program/Claims

(513)771-9424
Metropolitan Sewer District Customer Service Center • 31 Triangle Park Dr. Suite 3102 • Cincinnati, Ohio 45246

**M S D**

**WIB PROPERTY OFFSITE DISPOSAL REPORT**
**WIB No.** 50l

Customer Service Representative: Tina Baltimore / Jeff Abbott

Customer Name: Betty Brown

Address: 6473 Gisbon     City: Cinti     Zip: 4521̲3̲

| Item Description | Quantity | Comments |
|---|---|---|
| love seat | 1 | |
| couch | 1 | |
| mirror | 1 | |
| freezer | 1 | Norge Model #C-8 AALAL |
| washer | 1 | General Electric |
| dryer | 1 | Maytag model # DE180 Serial: 74086̲1̲ LV |
| paint brush | 1 | one coat plus  3inch |
| paint roller | 1 | one coat plus |
| Kirby vacuum attachment set | 1 | 15 pieces |
| table runner | 1 | |
| fitted sheet | 1 | TWIN size |
| wash rag | 1 | |
| rug | 1 | 2 X 1.5 |
| carpet | 447 sq ft | |
| socks | 4 pairs | |
| coat rack | 1 | |

Cleanup Contractor: _____  Date: _____

Employee Signature: _____

Customer Signature: _Linda Brown_

Printed Name: _LINDA BROWN_  Date: _1-17-05_

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page ____ of ____                    Revised 8/9/2004

**M S D**

## WIB PROPERTY OFFSITE DISPOSAL REPORT
### WIB No. _501_

Customer Service Representative: _Tim Baltimore / Jeff Abbott_

Customer Name: _Betty Brown_

Address: _6483 Gibson_    City: _Cinti_    Zip: _45213_

| Item Description | Quantity | Comments |
|---|---|---|
| table leaves | 2 | |
| mirror | 1 | |
| X-Mas tree stand | 1 | |
| X-Mas wrapping paper | 4 | |
| pillows | 2 | |
| 150 X-Mas lights | 2 boxes | |
| X-Mas ribbons, etc name tags | 1 bag | |
| clothes | 1 box | Cintas uniform 2 pants, skirt, shirt |
| computer work station | 1 | never opened, unassembled |
| stereo receiver | 1 | JVC RX44 |
| sheet | 1 | |
| towel | 1 | |
| pictures + frames | @12 | |
| mirrors | 3 | small |
| ab roller | 1 | |
| teddy bear | 1 | |

Cleanup Contractor: _Wacas_    Date: _____

Employee Signature: _____

Customer Signature: _Linda Brown_

Printed Name: _Linda Brown_    Date: _1-17-05_

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

**M S D**

# WIB PROPERTY OFFSITE DISPOSAL REPORT
WIB No. _501_

Customer Service Representative: _Tean Baltimore / Jeff Abbott_
Customer Name: _Betty Brown_
Address: _6423 Gisbon_    City: _Cinti_    Zip: _45213_

| Item Description | Quantity | Comments |
|---|---|---|
| book bag | 1 | |
| tread mill | 1 | m#21-6100  Bionix |
| bag | 1 | |
| picture frame | 1 | |
| portfolio | 1 | |
| pom poms | 1 | |
| Braids magazine | 1 | |
| bowling bag | 1 | Brunswick |
| gift bags | 5 | |
| shoes | 3 | |
| ladies robe | 1 | |
| | | |
| | | |
| | | |
| | | |

Cleanup Contractor: _____    Date: _____
Employee Signature: _____
Customer Signature: _Barb Brown_
Printed Name: _LINDA Brown_ Date: _1-12-05_
*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

**Page ____ of ____**    Revised 8/9/2004



**M S D**

PHOTO LOG FOR WIB # ____*501*____ ADDRESS____*6473 Lisbon*

PHOTOGRAPHED BY: _*Jeff Abbott /Tara Baltimore*_DATE: ___*1/17/05*___

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 1 | 1 | Overview |
| 2 | 1 | " |
| 3 | 1 | " |
| 4 | 2 | " |
| 5 | 4 | " |
| 6 | 1 | Love Seat |
| 7 | 1 | Couch |
| 8 | 1 | " Label |
| 9 | 1 | Mirror |
| 10 | 1 | " Rear |
| 11 | 3 | Washer |
| 12 | 3 | " Close up |
| 13 | 3 | Dryer |
| 14 | 3 | " Close up |
| 15 | 3 | Freezer |
| 16 | 3 | Freezer - Close-up |
| 17 | 3 | Paint Brush, Roller |
| 18 | 3 | Drywall |


**M S D**

PHOTO LOG FOR WIB # _____5 0 1_____    ADDRESS _6923 Lisbon_

PHOTOGRAPHED BY: _Jeff Abbott / Tena Bolton_ DATE: _1/7/05_

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 19 | 3 | Vacuum cleaner tools |
| 20 | 3 | Rug |
| 21 | 3 | Table runner |
| 22 | 3 | Socks |
| 23 | 3 | ~~sheet~~ wash cloth |
| 24 | 3 | Sheet |
| 25 | 1 | Coat rack |
| 26 | 1 | Table Leaves |
| 27 | 1 | Mirror |
| 28 | 1 | '' rear |
| 29 | 1 | Pillows |
| 30 | 1 | Wrapping Paper |
| 31 | 1 | Christmas Lights |
| 32 | 1 | Bag of Christmas decorations |
| 33 | 2 | Carpet |
| 34 | 1 | '' |
| 35 | 1 | Uniform |
| 36 | 1 | Computer workstation |


**M S D**

PHOTO LOG FOR WIB # _____ 501 _____   ADDRESS _____ 6423 Lisbon _____

PHOTOGRAPHED BY: _Jeff Abbott /Kevin Baltimore_ DATE: _1/17/05_

| Photo # | Room # | Comments: |
|---------|--------|-----------|
| 37 | 1 | Computer Workstation Instructions |
| 38 | 1 | JVC ~~Receiver~~ Receiver |
| 39 | 1 | " " - Close up |
| 40 | 1 | Sheet |
| 41 | 1 | Box of Trophies |
| 42 | 1 | Towel |
| 43 | 1 | Framed Photos |
| 44 | 1 | Oil Paintings |
| 45 | 1 | Ab Roller |
| 46 | 1 | Back pack |
| 47 | 1 | Teddy Bear |
| 48 | 1 | Treadmill |
| 49 | 1 | " Close up |
| 50 | 4 | Canvas bag |
| 51 | 4 | Photo Frame |
| 52 | 4 | Portfolio |
| 53 | 4 | Magazine |
| 54 | 4 | Bowling Ball Bag |
| 55 | 4 | Gift Bags |
| 56 | 4 | Shoes |
| 57 | 4 | Robe |











2005:01:17 11:03:49
WIB-501 045 JPG                              6423 Lisbon



2005:01:17 11:03:58
WIB-501 047.JPG                              6423 Lisbon



2005:01:17 10:54:22
WIB-501 044 JPG                              6423 Lisbon



2005:01:17 11:03:54
WIB-501 046 JPG                              6423 Lisbon



2005.01.17 09:22:28
WIB-501 001.JPG                    6423 Lisbon



2005.01.17 09:22:49
WIB-501 003.JPG                    6423 Lisbon





2005.01.17 09:22:38
WIB-501 002.JPG                    6423 Lisbon











2005.01.17 09:31:15
WIB-501 009.JPG

6423 Lisbon



2005.01.17 09:42:09
WIB-501 011.JPG

6423 Lisbon



2005.01.17 11:06:14
WIB-501 008.JPG

6423 Lisbon



2005.01.17 09:31:26
WIB-501 010.JPG

6423 Lisbon



2005.01.17 09:42:16
WIB-501 013 JPG                    6423 Lisbon



2005.01.17 09:42:25
WIB-501 015 JPG                    6423 Lisbon



2005.01.17 09:42:46
WIB-501 012 JPG                    6423 Lisbon



2005.01.17 09:52:07
WIB-501 014 JPG                    6423 Lisbon



2005.01.17 10:02:31
WIB-501 017 JPG
6423 Lisbon



2005.01.17 10:09:49
WIB-501 019 JPG
6423 Lisbon



2005.01.17 09:57:05
WIB-501 016 JPG
6423 Lisbon



2005.01.17 10:07:40
WIB-501 018 JPG
6423 Lisbon














































# *A Notch Above*

( Estimate )

Jeffery N. Boggs

Date: 1-28-05

1014 Blossom Heath  Lebanon, OH  45036 Office: 513-836-6094 or 513-228-0925 / Fax: 513-228-0925

## Home Remodeling & Repairs/Mold Removal / Plumbing

|  |  |
|---|---|
| | Job Address:  6423 Lisbon Ave.  Cincinnati, OH 45213 |

| | | | |
|---|---|---|---|
| Customer : | Linda Brown | | |
| Address : | 6423 Lisbon Ave. | Loss Date: | |
| City, St, Zip : | Cincinnati, OH 45213 | Insurance : | MSD (Job) |
| Contact : | | Adjuster : | |
| Phone : | 751-1835 | Adjuster Ph : | |
| Fax # : | | Adjuster Fax : | |
| Work : | | Claim # : | |
| Cell Phone : | 289-7237 | A Notch Above Tax ID # 05-0542925 | |

| ITEM | |
|---|---|
| 1 | Services Call |
| 2 | General Cleanup |
| 3 | Install / Build a Platform In Basement Area (Pressure Treated Wood) |

### Total Due Upon Receipt                     $880.00

Note:

1) Price may vary depending upon style / type
 of materials selected.

2) If unforeseen difficulties occur additional
 charges may apply.

* All prices include Labor and Materials *

* * * Estimates are NOT Valid after 30 Days !!! * * *                     ** Fully Insured For Your Protection **

*Customers Signature :* _____

Terms :     Pay In Full Upon The (Date) OF Job Completion

Payments received more than 5 days beyond due date will be assessed a 5% late charge.