# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

---

UNITED STATES OF AMERICA,
et. al.,

      Plaintiff

    VS.

BOARD OF HAMILTON COUNTY
COMMISSIONERS, et. al.,
      Defendants

Case No. 1:02CV0107

(Spiegel, J.)

(Hogan, M.J.)

---

## ORDER

---

Pursuant to the Court's Order dated July 19, 2007 (Doc. 190), the Court hereby WITHDRAWS the Reports and Recommendations of June 27, 2007(Docs. 183, 184, 185, 187, 188) and reissues such rulings as Orders.

SO ORDERED.

Date: 7.30/07

Timothy S. Hogan
United States Magistrate Judge

J:\SMITHLE\TSHORDER\WIBreissue.ord.wpd