art

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 AUG -3 AM 11: 32

United States of America, et al.,
    Plaintiff(s),

v.

Case No.  1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
    Defendant(s)

CIVIL MINUTES / Hearing on claimant's
Jenkins (Doc. 172) + Rosewoods (Doc. 177) Water in basement claims
before the
HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Linda Smith
COURT REPORTER: Official Reporter, Mary Ann Maffia
DATE: August 3, 2007    TIME: 10:00 am

Attorney for Plaintiff(s): Arthur Harmon for claimant Kelvin Jenkins
John + Anita Rosewood Pro-Se

Attorney for Defendant(s): Terrance Nestor, City of Cinti

**WITNESSES**

**PROCEDURES**

✓ Counsel Present
___ Arguments heard on _____
✓ Court's decision to follow. Court will hold matter in abeyance for one week
___ Court ordered in open court that to allow additional documentation to be submitted.

Remarks: