UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff,

v.                                    Case No. 1:02cv0107
                                      (J. Spiegel ; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
Commissioners, et al.,
    Defendants.

_____

**SCHEDULING ORDER RE: Water in Basement Program**
_____

    This matter has been set for a Hearing regarding Request for Review of Water-in-Basement claim related to requestor:

Betty J. Brown (Doc.192).

    The hearing will be held Thursday, **September 27, 2007 at 10:00 am** before U.S. Magistrate Judge Timothy S. Hogan in Courtroom Room 701, US Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202.  (513) 564-7650.

    It is so ordered.


 8/3/2007                              s/Timothy S Hogan
Date                                   Timothy S. Hogan
                                       United States Magistrate Judge


cc:    All Counsel & claimant
awh    Betty J. Brown

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Betty J. Brown<br>428 Glenwood Ave<br>Cinti, OH 45224 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1409 6212 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

1:02 cv 107    Doc. 195