Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

Date: 12/30/04
Time: 14:11
Received: GMI

## CALLER INFORMATION

**Name:** CHRIS SPENCER
**Agency:** Private
**Address:**
**Business Phone:**
**Home Phone:** 531-0145

## PROBLEM LOCATION

**Address:** 6423 LISBON AV    45213    **City/Township:** CINC
**Nearest Intersection:** LOSANTIVILLE AV    PLEASA
**Detailed Location Information:** USNG 1M:GJ2149940554
**Condition Reported:** Water - In - Basement
**Comments:** WIB, N/P. NO PRIORS.

**Current Condition:** Water - In - Basement

## ON-SITE INSPECTION

**Date:** 12/30/04    **Unit Number:** 440
**Dispatch Time:** 17:15    **Arrival Time:** 17:46    **Completion Time:** 22:00
**Condition Found:**
**Action Taken:**
**Comments:** CHK'D 8" SAN LINE AT U/S MH#42816015 AND D/S MH#42816016. NMST/NBUIMH'S. RODDED LATERAL FROM STK C/O IN REAR 94'. COULD NOT PASS, USED 2 1/2" ROOT SAW AND 3" SPEAR. UPON ARRIVAL FOUND 1 1/2" OF WATER STANDING THRUOUT BASEMENT. ATTEMT TO LOCATE PROBLEM SPOT, BUT COULD NOT GET ANY TYPE OF SIGNAL FROM LOCATOR. TRYED WALKING CABLE THRU BUILDING AND DID NOT PICK UP SIGNAL. NOTIFIED TLM OF SITUATION, SUGGEST LATERAL BE LAUNCHED WITH CAMERA THRU 8" M/L, ASAP. LEFT WIB SHEET, A/C. NOTE: 90' IS IN R/W. WOODY KENNEDY 12/30/04
BOB KELLER TO LAUNCH TAP: K. RUSSELL  12/31/04
REFER TO J. WIEMER
TV'D 8" UNSD PIPE 151' U/S FROM MH#42816016 TO LAUNCH TAP FOR 6423 LISBON AVE. UNABLE TO LAUNCH TAP. HEAVY ROOTS COMING OUT OF TAP. R. KELLER 12/31/04
8" TO 10" OF WATER IN BASEMENT. PUMPED WATER OUT OF BASEMENT. RODDED H/T W/PIGTAIL90'. WATER DRAINED. 90' PUTS CHAINS AT M/L. BUT COULD NOT HEAR CHAINS. PIGTAIL CAME BACK WITH ROOTS AND SHINEY. LOCATED THAT SPOT. REFER TO HAVE TAP LAUNCHED OR TV'D FROM INSIDE HOUSE. A/C. PER WIEMER. R. KELLER 12/31/04
REFER TO J. WIEMER: K. RUSSELL 12/31/04
ASSIGNED TO M# 02005-05 TO JBH TO TV TAP. JFZ 1/4/05
SENT TO E.T.C. PER M.L. MITCHELL. GARY MILLER 1-14-05


EXHIBIT A

Job Order:
    Last Referral: JHW    Last Referral Date: 01/03/05
    For:

Final Disposition _____
    By: JFZ    Date: 01/04/05    Responsibility Of: Private

**Lenzly, Shirley**

| | |
|---|---|
| From: | Lenzly, Shirley |
| Sent: | Thursday, April 19, 2007 9:51 AM |
| To: | Nestor, Terry |
| Subject: | FW: Update for Betty & Linda Brown/Woodford |

*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513) 352-1515*

-----Original Message-----
From: Isaacs, Cherie
Sent: Wednesday, April 18, 2007 4:35 PM
To: Lenzly, Shirley
Subject: RE: Update for Betty & Linda Brown/Woodford

The cause of the WIB was roots in the public right of way. MSD also repaired the house tap (lateral) on January 5, 2005.

---

**From:** Lenzly, Shirley
**Sent:** Wednesday, April 18, 2007 3:46 PM
**To:** Isaacs, Cherie
**Cc:** Madden, Dennis
**Subject:** RE: Update for Betty & Linda Brown/Woodford

*Thanks Cheri. Please keep me posted of your findings.*

*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513) 352-1515*

-----Original Message-----
From: Isaacs, Cherie
Sent: Wednesday, April 18, 2007 2:42 PM
To: Lenzly, Shirley
Cc: Madden, Dennis
Subject: RE: Update for Betty & Linda Brown/Woodford

This was WIB 501. It did occur on December 30, 2004 and it was cleaned on January 17, 2005. It is my understanding that the customer has 2 years from the date of the incident to file a claim.

The cause of the back up appears to have been roots in the right of way. I will have to get clarification on that because the complaint is not clear to me.

---

**From:** Lenzly, Shirley

1

2

**Sent:** Tuesday, April 17, 2007 4:17 PM
**To:** Isaacs, Cherie
**Cc:** Madden, Dennis
**Subject:** Update for Betty & Linda Brown/Woodford

Will you give me an update please on this claim.
I requested information on this claim on 3/23/07,
and she's already calling for the status of her claim.
From what we can tell she missed the statute of Limitations,
but Terry would like to get your input anyway.

Linda Woodford and Betty Brown
Date of Incident 12/30/2004
6423 Lisbon
Cinti 45213

Thanks

Shirley Lenzly
Support Services Specialist
City of Cincinnati
Law Department
(513) 352-1577
(513) 352-1515

2