UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Sierra Club, *et al.*, ) | |
| ) | **Case No. 1:02cv00107** |
| Intervenors, ) | (Consol. with C-1-02-108 and |
| v. ) | C-1-02-135) |
| ) | Judge S. Arthur Spiegel |
| The Board of County Commissioners, ) | Magistrate Judge Timothy S. Hogan |
| Hamilton County, Ohio, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### NOTICE OF WITHDRAWAL AS OF COUNSEL

Pursuant to Local Rule 83.4(c) of the Local Rules of Civil Practice of the Southern District of Ohio, Christopher H. Buckley, Jr. and Gibson, Dunn & Crutcher LLP respectfully withdraw as Of Counsel for Defendants Board of County Commissioners for Hamilton County, the City of Cincinnati, and the Metropolitan Sewer District of Greater Cincinnati (collectively, the "Defendants") in the above-captioned matter. The Defendants have consented to the withdrawal of counsel, and they remain represented by Nee Fong Chin from the Hamilton County Prosecutor's Office and Terrance A. Nestor from the City of Cincinnati Solicitor's Office. Nee Fong Chin remains Trial Attorney for this matter pursuant to Local Rule 83.4(a). Accordingly, please remove myself, Peter P. Murphy, and Kevin St. John from the service list.

Respectfully Submitted,

Dated this 4th day of September, 2007.


___/s/ Christopher H. Buckley, Jr._____
Christopher H. Buckley, Jr., Of Counsel
Gibson, Dunn and Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2007, a copy of the forgoing Notice of Withdrawal as Of Counsel was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties my access this filing through the Court's system.

                                                   __/s/Michael K. Murphy__
                                                   Michael K. Murphy
                                                   Gibson, Dunn & Crutcher LLP
                                                   1050 Connecticut Ave., N.W.
                                                   Washington, DC 20036
                                                   E-mail: mmurphy@gibsondunn.com