UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 SEP 27 AM 11: 16

USA, et al.,
    Plaintiff(s),

v.

Case No.  1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissioners, et al.,
    Defendant(s)

## CIVIL MINUTES

Hearing on Claimant Betty J. Brown's (Doc.192) Request for Review of Water in Basement claim.

before the
HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: none present
COURT REPORTER: ~~Official Reporter~~ Barlow Rptg; Lois Roell
DATE: September 27, 2007          TIME: 10:00 am

Attorney for Plaintiff(s): Caleb Brown

Attorney for Defendant(s): Terrance Nestor

### WITNESSES

Linda Brown, claimant's daughter
Exhibits used/identified: #1, #2, #3, #4, #5

Howard Hughes, Owner of Hughes+sons plumbing
ΔA
videotape of claimant's sewer line

### PROCEDURES

[X] Counsel Present
[X] Arguments heard on Doc. 192 Betty Brown's WIB claim
[X] Court's decision to follow.
[ ] Court ordered in open court that_____

Remarks: Case cont'd to 3:00pm 10/25/07 in order for MSD to view π's videotape used at this hearing.