**INFORMATION FOR REQUEST FOR REVIEW**

JACKSON JM
CLER.

Mrs.

Name: _FDA WASHINGTON_                    07 OCT 11 PM 12: 38

Address: _11667 MILL ROAD_

_CINCINNATI OH. 45240_ ———— MEI

Phone: _(513) 648-078_

Nature of dispute and description of your disagreement (attach additional pages if necessary):

_SEE ATTACHED LETTER AND ITEMIZED LIST OF_

_DAMAGES AND COSTS._

Date of City's decision (please attach): _August 27, 2007_

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

_SEE ATTACHED_

Check one:

☒ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: _Ada W Ashington_

Date: _10-16-07_

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO    07 OCT 11   PM 12: 38

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| | | M(1 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY | : | **REQUEST FOR REVIEW** |
| COMMISSIONERS, et al., | | |
| | : | |
| Defendants. | | |
| | : | |

I, _Ada WASHINGTON_, request that the Court review my Water-in-

Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the

information detailing the nature of my dispute.

Respectfully submitted,

Ada W ashington
Signature

ADA WASHINGTON
Name (print)

10-10-07
Date

11667 Mill Road
Cincinnati, OH. 45240
October 8, 2007

Administrative Judge
U.S. Federal Court
550 Main Street
Cincinnati, OH. 45202

Dear Sir or Ms.:

They all start alike. Water rising at the lowest levels of a home. But, depending on the interactions between local governments and their citizens, floods can be a lasting legacy of community involvement, support, and rebuilding, or one of interminable delays, frustrated citizens, and government mismanagement. August 2005 revealed the latter display between local governments and their citizens in Hurricane Katrina. And sadly, New Orleans and the Gulf Coast cities surrounding it still lie in disrepair.

On May 11, 2007, Mrs. Ada Washington also faced water rising in her basement. Not due to an act of God, but due to the city of Cincinnati's failure to repair sewer line problems from a similar incident that occurred in the fall of 2005.

Some twenty-two items, valued at over $27,000 were damaged during that May 2007 second occurrence of sewer water backing up into Mrs. Washington's basement (see the attached itemized list). In 2005, the city of Cincinnati refused to cover the damages from the first incidence of sewer water in her basement (reneging from its initial $38,000 offer to no offer at all); but now, Mrs. Washington argues that the city of Cincinnati should pay both the full reimbursement costs for the 2007 damaged items in her home and the full costs for the already-approved contractors' bids that were sent to the city by her.

The city's initial $2,000 offer for the May 2007 occurrence is a grossly low figure, and even its second offer of $9,593.51 (which is about four and a half times the amount of the first offer) is less than one-fourth the total costs of the furniture and other items damaged in this second occurrence of sewer lines' backing up into her basement ( in less than one and a half years after the 2005 incident). Informed recently that the city of Cincinnati has taken "full responsibility" for this 2007 incident, Mrs. Washington wonders why the city, in reneging on paying her the $38,000 it initially offered for the 2005 incident, now believes that the low $9,593.51 figure suffices for this second occurrence. Several months ago, in a call to city offices to assess the progress on the city's reimbursing her for damaged items and on its authorizing repairs to her home, Mrs. Washington encountered a Ms. Shirley Linzley (a city employee), who laughingly stated that Mrs. Washington would be paying the repair costs herself. Sewage backing up into

Damaged Items During 2007 Water in Basement Incident

1. Kenmore sweeper -$499.00

2. Christmas ornaments - $950.00

3. Men's clothing items - $1500.00

4 & 5. 2 round Persian rugs - $1500.00

6 & 7. 2 piece bathroom set - $65.00

8. Locker bag - $209.00

9. Light bulbs & sweeper bags inside locker bags - $275.00

10. Heatsafe electric heater - $325.00

11. Money inside bank book - $2500.00

12. Food within freezer -$2800.00

13 & 14. Home Furnishings custom-made 6 foot secretary's desk and custom-made mahogany executive desk with built in bookcase. **$11,000.00**

15. Hand made rug at the end of basement landing

16. Cost for checking furnace for air conditioning operation after flood - $92.00

17. Cocktail table damage repair

18. 50 year collection of pictures from bakery business -$1595.00

19. 864 square feet of carpet

20. 864 square feet of carpet padding

21. 52 square feet of drywall

22. 1 alarm clock

23. Out of pocket unreimbursed labor expense for cleaning furniture after 2005 flood - $2000.00 (111 hours of work by 4 people at $18.00 per hour).

**TOTAL REPLACEMENT COSTS: $27,095.00**

**ESTIMATED REPAIR COSTS FOR 2007 FLOOD: $13,000.00**

**GRAND TOTAL OF REIMBURSEMENT COSTS: $40,095.00**

RELEASE

THAT, Ada Washington, 11667 Mill Road, Cincinnati, Ohio 45240, for the sole consideration of **TWO THOUSAND AND 00 /100 DOLLARS ($2,000.00)**, received by her to her satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on May 11, 2007, at 11667 Mill Road, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007.

_____ _____
Ada Washington

WITNESSED BY:

_____

•

RELEASE

THAT, Ada Washington, 11667 Mill Road, Cincinnati, Ohio 45240, for the sole consideration of **NINE THOUSAND FIVE HUNDRED NINETY-THREE AND 51 /100 DOLLARS ($9,593.51),** received by her to her satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on May 11, 2007, at 11667 Mill Road, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007.

_____
Ada Washington

WITNESSED BY:

_____

10/1/07 NOTE: 1205/7602 a Document 201a w Filed 10/11/2007 Page 8 of 32 ITEMS ON
5/11/07 AND NO REIMBURSEMENT HAS BEEN MADE BY CITY OF
CINCINNATI. DRYWALL WAS REMOVED COUNTER MILDEW/FUNGI
GROWTH &
STILL IS
UNREPAIR.
AS OF
10/11/07

# WIB PROPERTY OFFSITE DISPOSAL REPORT
M S D
WIB No. 1758

Customer Service Representative: K.S.  T.G.
Customer Name: Ada Washington
Address: 11068 Mill Rd.            City: Forest Park        Zip:

| Item Description | Quantity | Comments |
|---|---|---|
| Carpet | 864 sq Gt | |
| Pad | 824 sq ft | |
| Rugs | 2 | 3 ft round |
| frame | 1 | H&5 14x14 |
| Rug | 2 | flour mat, bathroom rug |
| KS Bible w/ leather case | 1 | |
| Soft cooler | 1 | Locker Bag |
| Stereo equip. | | |
| heater | 1 | heatsafe |
| respirater | 1 | Laboratory Services (I dont Know |
| inhaler | 1 | Inhaler  I dont know |
| Alarm clock | 1 | Alarm clock |
| baseboards | | |
| Xmas decor | 1 | |
| Men's Clothing | 1 bag | underparts, socks, pjs |
| vacuum | 1 | Remove powernate |
| Drywall | 84 ft 2 | |

Cleanup Contractor: Restoraid                Date: 5/11/07
Employee Signature:
Customer Signature: Ada W Ashington
Printed Name: A DA WASHINGTON  Date: 5 11 07
By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.

Page ___ of ___                          Revised 1/16/2006

* Frame of photo members of Ashleybrook Baptist Church Praise Study & Bible Study (ones I questioned.)
























































.4 FAX 513 772 1616          S&S FLOORING INC.                      ☑002

**CY CARPETS Unlimited, Inc.**
.J270 Spartan Drive
Suite M
Cincinnati, OH 45215

# Sales Contract/Estimate

| Phone 513-782-0071 | Date |
| Fax   513-782-0072 | 8-15-07 |

| Customer | ADA WASHINGTON |
|---|---|
| Street Address | 11667 MILL RD |
| City FOREST PARK | State OH Zip 45240 |
| Phone | 648-0785 |

| Description | Cost |
|---|---|
| CARPET: MOHAWK CV20 #27 w/½" 6LB PADDING INSTALLED IN LOWER LEVEL, REC ROOM, STEPS, LANDING & ½ LAUNDRY AREA | # 3,936⁰⁰ |
| VINYL: ARMSTRONG CANYON CREEK # 9H610 INSTALLED IN LAUNRY AREA & BATH | # 1299.²³ |
| Notes | |
| | **Subtotal** |
| **Price valid for 30 days** **50% deposit required** **Balance due on project completion** | **Sales Tax** |
| | **Total** |
| This contract, made and agreed upon this _____, | **Deposit** |
| Between Cincy Carpets (Seller) and __ _____ (Buyer) | **Amt Due** |

avis Restoration Tri Sta  To:95133521515          08/15/2007 14:34    #049 P.006/007



## Paul Davis Restoration & Remodeling

4395 Boron Drive
Latonia, Kentucky 41015
(KY) 859-655-8300

### Summary for Water Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 1,589.38 |
| Total Adjustments for Base Service Charges | | | | 371.24 |
| Material Sales Tax | @ | 6.500% x | 422.23 | 27.44 |
| Subtotal | | | | 1,988.06 |
| Overhead | @ | 10.0% x | 1,988.06 | 198.81 |
| Profit | @ | 10.0% x | 1,988.06 | 198.81 |
| Replacement Cost Value | | | | 2,385.68 |
| Net Claim | | | | 2,385.68 |

2,385.68
27.44

2,358.24

_____
Doug Hoffman

THE FOLLOWING ARE THE
FORMS ON FILE WITH THE
CITY OF CINCINNATI THAT
WERE ON FILE WITH THE
CITYS OFFICE OF METROPOLITAN
SEWER DISTRICT / CINCINNATI
WATER DEPARTMENT. Mrs
WASHINGTON FILED THESE WITH
THE CITY.

# City of Cincinnati



Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX  (513) 352-1515

J. Rita McNeil
*City Solicitor*

August 27, 2007

Ada Washington
11667 Mill Road
Cincinnati, Ohio 45240

Dear Ms. Washington:

Enclosed is a release for your signature.  Please sign this release and return it to me at your convenience.  The second copy is for your records.

After you have signed and returned this release to me, I will forward the City of Cincinnati's check in settlement of your claim to you.  Please do not alter the release, as it will delay settlement of your claim.

**If you disagree with the City's disposition of your claim, you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas, both of which are located at 1000 Main Street, Cincinnati, Ohio 45202.**

**Alternatively, in accordance with an order in the Consent Decree case, Federal Case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within 90 DAYS (November 25, 2007) with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the Ombudsman at (513) 362-2801 (Legal Aid Society) for further information concerning your rights.**

Sincerely,

Shirley Lenzly
Claims Administrator

Enclosures-MSD/WIB# 1758

RELEASE

THAT, Ada Washington, 11667 Mill Road, Cincinnati, Ohio 45240, for the sole consideration of **NINE THOUSAND FIVE HUNDRED NINETY-THREE AND 51 /100 DOLLARS ($9,593.51),** received by her to her satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on May 11, 2007, at 11667 Mill Road, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007.


_____
Ada Washington


WITNESSED BY:

_____

9:15AM    SULLIVAN INS AGY                    4192293219              P.2

# HOMEOWNERS POLICY

ERN RESERVE MUTUAL CASUALTY
OSTER, OH

| 08216 999 | SULLIVAN INS AGENCY INC | |
|---|---|---|
| | LIMA            OH | (419) 229-5010 |

**DECLARATIONS**

**NAMED INSURED AND ADDRESS**

WASHINGTON, JESSE

11667 MILL RD

CINCINNATI, OH                    45240-1615

LEGAL DESCRIPTION/LOCATION OF RESIDENCE PREMISES IF OTHER THAN ABOVE.
(NO., STREET, CITY, STATE, ZIP)

| POLICY NUMBER |
|---|
| WSH 3400928409-0 |

FROM: 10-31-2006 TO: 10-31-2007

ACCOUNT #    849100370

EFFECTIVE DATE OF AMENDMENT

PREVIOUS POLICY NUMBER

**TO BE PAID BY NAMED INSURED**

**THIS IS NOT A BILL - SEE YOUR BILLING STATEMENT**

## COVERAGE AND LIMITS OF LIABILITY

| SECTION I | | | | SECTION II | |
|---|---|---|---|---|---|
| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | E. PERSONAL LIABILITY | F. MEDICAL PAY EACH PERSON |
| $ 234,000 | $ 23,400 | $ 163,800 | $ 46,800 | $ 300,000 | $ 1,000 |

UNDER SECTION I, WE WILL PAY LOSSES ONLY IN EXCESS OF $1,000.

| COVERAGE | | DESCRIPTION | PREMIUM | COVERAGE | DESCRIPTION | PREMIUM |
|---|---|---|---|---|---|---|
| HO0003 | 04/91 | 3-Special Form | 1,039.00 | | HO ENHANCEMENT | |
| HM0127 | 11/05 | Sect I & II Cond | | | *Replacement Cost Dwelling | |
| HO0134 | 01/01 | Special Prov Oh | | | *Pers Prop Replacement Cost | |
| HM0120 | 12/98 | Inflation Guard | | | *Landslide | |
| HO0496 | 04/91 | No Home Day Care | | | *$ 500 Refrigerated Property | |
| HO0432 | 05/02 | Limited Fungi | | | *$1000 Credit Card | |
| HO0416 | 04/91 | Prem Alarm Prot | 38.00CR | | *Inc Special Limits - Cov C | |
| HM0124 | 11/05 | Home Enhancement | 153.00 | | $ 500 Money | |
| | | | | | $2000 Jewelry | |
| | | | | | $3000 Silverware | |
| | | | | | $3000 Bsns Prop | |
| | | | | | *Extended Golf Cart Liability | |
| | | | | | *Watercraft Liab up to 50 HP | |
| | | | | | *Personal Injury Liability | |
| | | | | | *Additional Coverages | |
| | | | | | **TOTAL PREMIUM** | **$ 1,154.00** |

SEE REVERSE SIDE FOR MORTGAGEE/OTHER PAYOR INFORMATION

PLEASE NOTE: NO WATER BACKUP OR FLOOD
COVERAGE IS PROVIDED BY THIS POLICY

Authorized Representative
849100370   01    02510

DIRECT BILL    V65    06304                    INSURED COPY

# Home Furniture Co.

143 Court St.
Hamilton, OH. 45011
Tel (513) 868-2232
Fax (513) 868-2409

## SALES ORDER

Order No **28922**
Order Date **1/5/2006**
Sold By **John**

Delivery Date
**7/29/2006**
**Saturday**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Mrs. Ada Washington<br>11667 Mill Rd.<br>Cincinnati, OH 45240<br>(513) 742-4199 | Mrs. Ada Washington<br>11667 Mill Rd.<br>Cincinnati, OH 45240<br>(513) 742-4199 |

| Qty Ord | Description | Price | Extended |
|---|---|---|---|
| 1 | Lancer 3201 Chair Pasha Scarlet | $1,039.99 | $1,039.99 |
| 1 | Pulaski Furniture Corporation 531143 Secretary Base 43x18x40 Pearl Essence | $1,729.99 | $1,729.99 |
| 1 | Pulaski Furniture Corporation 531144 Secretary Deck 38x12x46 Pearl Essence | $1,149.99 | $1,149.99 |
| 1 | Universal Furniture 609340 Executive Credenza 75Wx25Dx30H Rich Brown Mahogany | $2,989.99 | $2,989.99 |
| 1 | Universal Furniture 609320 Credenza Hutch 78Wx17Dx55H Rich Brown Mahogany | $2,489.99 | $2,489.99 |
| 1 | Silver 2468-08 Square End Table Cherry/Chrome | $400.00 | $400.00 |
| 1 | Don Scharnhorst 13710 Curio Cherry | $1,042.00 | $1,042.00 |

**Special Order**

## SPECIAL ORDERS ARE NOT SUBJECT TO CANCELLATION

Availability of merchandise is estimated according to information on hand at the time order is written. · Seller shall not be responsible for delays in delivery of merchandise occasioned by manufacturer's scheduling, stock on hand, availability of materials, transportation difficulty or any other cause beyond the control of the seller.

### ALL SALES ARE FINAL • NO REFUNDS

ALL EXCHANGES AND CANCELLATIONS ARE SUBJECT TO SELLER APPROVAL A minimum fee of 15% of the purchase price will be assessed (re-stocking fee) on seller approved returns, exchanges or cancellations. · Buyer assumes all risks associated with transportation of merchandise picked up. · Buyer agrees to measure doorways and stairways before ordering, as seller is not responsible for merchandise purchased that is too large to fit. · SELLER CAN DESIGNATE A DAY FOR DELIVERY, but not a specific time · Seller cannot move, haul, or rearrange old furniture. · Seller makes no warranty beyond any written description itemized on this order. · Such disclaimer does not affect manufacturer warranty, if any. Seller will assist the buyer in the exercise of all factory warranties · BUYER LAYAWAYS ARE NOT SUBJECT TO CANCELLATION · Buyer agrees to complete payment on schedule, or proceeds of prior payment(s) towards layaway may be forfeited.

| HOW PAID | DATE PAID | AMT PAID |
|---|---|---|
| Check | 1/5/2006 | $11,546.68 |

| | |
|---|---|
| SUBTOTAL: | $10,841.95 |
| DELIVERY: | $0.00 |
| TAX: | $704.73 |
| INVOICE TOTAL: | $11,546.68 |
| AMOUNT PAID: | $11,546.68 |
| TOTAL DUE: | $0.00 |

| BUYER AUTHORIZES ABOVE ORDER | MERCHANDISE RECEIVED IN GOOD CONDITION |
|---|---|
| X _Ada Washington_ | X _Ada Washington_ |

**ANDERSON AUTOMATIC HEATING & COOLING**
5741 Harrison Avenue
CINCINNATI, OHIO 45248

**(513) 574-0005**

# HVAC SERVICE ORDER INVOICE

## PLEASE PAY FROM THIS INVOICE  1300

BILL TO

*Ada Washington*
*11667 Mill Rd.*
*Cincinnati, OH 45240*

THIS WORK IS TO BE
☐ C.O.D.    ☐ CHARGE    ☐ NO CHARGE

| MAKE | MAKE |
|---|---|
| MODEL | MODEL |
| SERIAL NUMBER | SERIAL NUMBER |

| NAME | | | |
|---|---|---|---|
| STREET | | DATE 7-14-07 | |
| CITY | | PROMISED | |
| PHONE 742-4179 | CALL BEFORE ☐ A.M. ☐ P.M. | | |
| TECHNICIAN Donny + Dave | AUTHORIZED BY | | |
| WORK TO BE PERFORMED A/C | | | |

### ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED ☐ CHANGED OUT/REPLACED | | **TOTAL $** |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-       LBS. | | |
| | | | |
| | | | |
| | | | |
| | FILTERS   x      x | | |
| | FILTERS   x      x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | |

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| 7 | A/C | | 72 00 |
| | | | |
| MATERIALS & LABOR MAY BE CONTINUED ON OTHER SIDE | **TOTAL LABOR** | | 72 |

**TERMS**

**DESCRIPTION OF WORK PERFORMED**

Found that breaker
on air handler was off
Turned on breaker,
A/C came on working
fine. that pump+
condensor 16-18 years old
Furnace in other box
which needs furnace also
2.5 ton. Worn floor

**RECOMMENDATIONS**

**WORK PERFORMED**

| CONDENSING UNIT | | COND'SATE DRAINS | |
|---|---|---|---|
| LEVELED | | CLEANED MAIN DRAIN | |
| CLEANED COIL | | REPAIRED MAIN DRAIN | |
| CHECKED CHARGE | | CLEANED PAN DRAIN | |
| REPAIRED LEAK IN COIL | | REPAIRED PAN DRAIN | |
| REPAIRED LEAK IN COPPER | | **FURN. OR FAN COIL** | |
| # REF | | REPLACED BELT | |
| CHECKED MOTOR | | ADJUSTED BELT | |
| CHANGED MOTOR | | REPLACED PULLEY | |
| REPLACED BELT | | ADJUSTED PULLEY | |
| ADJUSTED BELT | | CLEANED BLOWER | |
| REPLACED CONTACTOR | | REPLACED BEARINGS | |
| REPL. START RELAY | | OILED MOTOR | |
| REPL. START CAPACITOR | | OILED BEARINGS | |
| REPLACED RUN CAPACITOR | | CLEANED HEAT EXCH | |
| CLEANED OR ADJ. CONTACTOR | | REPLACED HEAT EXCH | |
| REPAIRED WIRING | | CLEANED OR ADJ. PILOT | |
| REPLACED FUSE | | REPLACED THERMOCOUPLE | |
| REPLACED COMPRESSOR | | REPAIRED VALVE | |
| **EVAPORATOR COIL** | | REPLACED VALVE | |
| REPLACED EXP VALVE | | CLEANED BURNERS | |
| ADJUSTED EXP VALVE | | **DUCT** | |
| REPLACED CAP TUBE | | REPAIRED | |
| CLEANED CAP TUBE | | ADJUSTED | |
| REPAIRED COIL LEAK | | **THERMOSTAT** | |
| REPAIRED COPPER CONN | | REPLACED | |
| CLEANED COIL | | ADJUSTED | |
| LEVELED COIL | | | |
| **ELECT. HTR.** | | **CLG TOWER** | |
| REPLACED LINK | | CLEANED | |
| REPLACED KLIX | | | |
| REPAIRED WIRE | | **PUMP(S)** | |
| REPLACED CONT | | GREASED | |
| | | REPAIRED | |
| FILTERS | ☐ CLEANED ☐ REPLACED | | |

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

**TOTAL SUMMARY**

| TOTAL MATERIALS | |
|---|---|
| TOTAL LABOR | 72 00 |
| TRAVEL CHARGE | |

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

PAGE (1) OF (2)

LABOR for the YR. 2005

YR. BOTH SIDES $2,000 PAID OUT OF POCKET.

2005 - LABOR FOR CLEANING FURNITURE.

YR. 2001 - BOTH SIDES for

$2500 - CLEANING

$499 - SWEEPER

MAY 18th 2007

950 - XMAS ORNAMENTS

1500 - MENS CLOTHING, A HUGE BAG.

1500 - (2) PERSIAN RUGS (ROUND RUG.)

65 - BATHROOM ( @PIECES SET)

269 - LOCKER BAG, (1

$275 - ITEMS THAT WERE INSIDE LOCKER BAGS. (LIGHT BULBS, SWEEPER BAGS)

325 - ELECTRIC HEATER

2500 - MONEY INSIDE BANK BOOK

2800 - FREEZER REF. FOOD

11,500 - HOME FURNITURE (NEW FURNITURE (ATTACH YOU WILL FIND A FORM,

595 - HAND MADE RUG. RUG @t the END OF the LANDING.

for the YR. 2007

THE Total AMt.

$25003 - THE total AMt. +$92 FOR CHECKING FURNACE for A/C.

THE total - $25095

for THE YEAR

P.S. 2005,

PLEASE INCLUDE (2)

LONG COCKTAIL TABLE WAS GLUED, WIRED togEtHER. MY HUSBAND HAD to glue this BACK togEtHER. THIS HAPPENED AFTER the ClAim was

together. THIS HAPPENED AFTER the CLaim was
FILED.

P.S. FOR THE
2 YEAR.

THE BIG MIRROR CAME Apart AFTER THEY lEFT.
MY HUSBAND glued it BACK together

PlEASE REINBERSE the MIRROR

PAGE ② OF ②

YR. 2007

MY HUSBANDS

PICTURES OF HIS BAKERY —

$1595

MAY 18th
2007

ALL OF his PICTURES OF his

BAKERY IN PICTURES.

SO XRS WAS INCLUDED.

*Case no.*
*C-1-02-107*

*(EXAMPLE)*

CERTIFICATE OF SERVICE

I CERTIFY THAT THE A COPY OF THE FOREGOING DOCUMENT WAS SERVED ON ALL PARTIES AND/OR THEIR COUNSEL ON __10/11/07__ *PERSONALLY* ~~VIA REGULAR FIRST~~
__Date__
~~CLASS MAIL.~~ *DELIVERED BY ME.*

_____ (*Mrs. Ada Washington's godson*)
SIGNATURE