UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
OCT 18 2007
LEONARD GREEN, Clerk

No. 05-4437

THE SIERRA CLUB and MARILYN WALL,
    Plaintiffs - Appellees,

v.

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS
and CITY OF CINCINNATI,
    Defendants - Appellants.

Before: MARTIN and DAUGHTREY, Circuit Judges; REEVES, District Judge.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's decision to award litigation costs to the Sierra Club is AFFIRMED; however, the case is REMANDED for clarification as to the amount of the award.

**ENTERED BY ORDER OF THE COURT**

_Leonard Green_
Leonard Green, Clerk