FILED
JAMES BONINI
CLERK

07 OCT 25 PM 4: 54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA, et al.,
    Plaintiff(s),

v.

Case No.  1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissioners, et al.,
    Defendant(s).

## CIVIL MINUTES

Hearing continued on claimant Betty J. Brown's (Doc.192) Request for Review of Water in Basement claim.
before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** none present
**COURT REPORTER:** Mary Ann Ranz, Official Reporter
**DATE:** 10/25/2007     **TIME:** 3:00 pm - 4:50

Attorney for Plaintiff(s): _____

Caleb Brown

Attorney for Defendant(s): _____

Terrance Nestor

**WITNESSES**

Betty Brown

Jerome Weimer - M.S.D.
Exhibits A, B, C, D, E, F
ΔExh G Video/DVD of 12/31/2004 upstream TV inspection
ΔExh H Video/DVD of 1/5/2005 Downstream TV inspection

**PROCEDURES**

✓ Counsel Present.
___ Arguments held on Doc. 192 Betty Brown's Water In Basement claim. Hrg cont'd from 9/27/07
✓ Court's decision to follow.
___ Court ordered in open court that _____

___ Case continued to _____.
___ Exhibits admitted Δ Exhibits A, B, C, D, E, F, G, H. Π's Exhibit 6 - Video Tape
Remarks: _____