Unit 1

# WIB PROPERTY OFFSITE DISPOSAL REPORT

WIB No. 1830

Customer Service Representative: Chris, Dana, Martie

Customer Name: Stephanie Mueller

Address: 3153 Mayridge City: Cinti Zip: 45211

| Item Description | Quantity | Comments |
|---|---|---|
| couch | 1 | Blue |
| Jacket Saville Row | 1 | |
| hair dryer | 1 | conair |
| hair straightener | 1 | |
| snowman in rug | 1 | |
| AC unit | 1 | GE 5000 btu |
| TV stand | 1 | black partical board |
| rugs | 8 | |
| vera bradley | 1 | |
| orange bag | 1 | |
| [illegible] | [illegible] | |
| [illegible] | 1 | |
| shirts | | 1 small boxes |
| snack master nintendo game cube, mixer, & hand | | |
| controls to game | | |
| leisure [illegible] | 1 | [illegible] |

Cleanup Contractor: [signature] Date: ______

Employee Signature: ______

Customer Signature: [signature]

Printed Name: Stefanie Mueller Date: 6/7/07

***By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.***

 ***Revised 4/5/2006***

UNIT 1

MSD

# WIB PROPERTY OFFSITE DISPOSAL REPORT

WIB No. 1830

Customer Service Representative: Martie, Dana, Chris

Customer Name: ~~Step~~ Stefanie Mueller

Address: 3153 Mayridge City: Cinti Zip: 45211

| Item Description | Quantity | Comments |
|---|---|---|
| VHS Tapes | 71 | |
| Burnable CD's | 1 pack | |
| tennis shoes | 2 pair | Nike |
| pillows | 2 | |
| dictionary | 1 | |
| Snow boots | 1 pair | |
| CD carrying case | 1 | |
| posters | 2 | |
| make up bag | $3 | |
| hygiene products | 1 duffle bag full | shampoo body spray hair spray soap |
| duffle bag | 1 | |
| [illegible] | 1 | |
| misc. paper | 1 box | [illegible] paper [illegible] leaf paper |
| hard back book | 1 | |
| casual shoes | 1 pair | |
| bath mat | 1 | |

Cleanup Contractor: [signature] Date: ______

Employee Signature: [signature]

Customer Signature: [signature]

Printed Name: Stefanie Mueller Date: 6/7/07

***By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.***

***Page ___ of ___*** ***Revised 4/5/2006***

MSD

unit 1

# WIB PROPERTY OFFSITE DISPOSAL REPORT

**WIB No.** 1830

Customer Service Representative: Chris, Dana, Martie

Customer Name: Stefanie Mueller

Address: 3153 Mayridge City: Zip: 45211

| Item Description | Quantity | Comments |
|---|---|---|
| end table | 1 | |
| head board | | footboard, frame |
| split queen box spring | 1 set | |
| comforter, | | bed skirt |
| computer desk + chair | 1 e | |
| Dresser mirror | 1 | |
| Dresser | | |
| 2 drawer end table | | |
| microwave cart | | |
| Dresser | | 4 drawer |
| [illegible] | [illegible] | |
| [illegible] | [illegible] | |
| food in refrigerator | | and freezer |
| | | |
| | | |
| | | |

Cleanup Contractor: Scott [illegible] Date:

Employee Signature:

Customer Signature: [signature]

Printed Name: Stefanie Mueller Date: 6/7/07

***By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.***

 ***Revised 4/5/2006***

2007 06 07 14 47 07
MB 1830 003 JPG

2007 08 07 14 43 19
2007 08 07 15 09 17
2007 08 07 14 45 42

2007 06 07 14 48 08
WIB-1830 005 JPG
3153 Mayridge

Mayridge

2007 06 07 14 47 33
WIB-1830 004 JPG
3153 Mayridge

2007 06 07 14 49 46
WIB-1830 008 JPG

2007 06 07 14 59 29
WIB-1830 017.JPG
3153 Mayndge

2007 06 07 14 55 31
WIB-1830 016.JPG
3153 Mayndge

2007 06:07 15:08:40
WIB-1830 020.JPG
3153 Mayridge

2007 06 07 15:13 06
WIB-1830 026.JPG
3153 Mayridge

Mayridge

2007 06 07 15:11 08
WIB-1830 025.JPG
3153 Mayridge

Mayridge

2007 06 07 15 15 33
WIB-1830 030 JPG
3153 Mayridge

Mayridge

2007 06 07 15 14 29
WIB-1830 029 JPG
3153 Mayridge

Mayridge

2007 06 07 15 17 34
WIB-1830 034 JPG
3153 Mayridge

2007 06 07 15 15 32
WIB-1830 036 JPG

2007 06 07 15 17 04
WIB-1830 033 JPG
3153 Mayridge

3153 Mayridge

3153 Mayridge

2007 06 07 15 20 21
WIB-1830 042 JPG
3153 Mayridge

2007 06 07 15
WIB-1830 044
199

2007 06 07 15 20 06
WIB-1830 041 JPG
3153 Mayridge

2007 06 07 15 20 57
WIB-1830 043 JPG

2007 06 07 15 24 54
WIB 1830 046 JPG
3153 Mayridge

WIB 1830 048 JPG
Mayridge

2007 06 07 15 24 46
WIB-1830 045 JPG
3153 Mayridge

HEALTHY CHOICE
Mayridge

2007 06 07 15 26 12
WIB-1830 050 JPG
3153 Mayndge

Mayndge

2007 06 07 15 26 08
WIB-1830 049 JPG
3153 Mayndge

Mayndge

2007 06 07 15 26 25
WIB-1830 054 JPG
3153 Mayridge

2007 06 07 15 26 22
WIB-1830 053 JPG
3153 Mayridge

2007 06 07 15 26 34
WIB-1830 055 JPG

2007 06 07 15 26 47
WIB-1830 058 JPG
3153 Mayridge

2007 06 07 15 26 42
WIB-1830 057 JPG
3153 Mayridge