Terry Nestor
City of Cincinnati Solicitor's Office
801 Plum St., Room 214
Cincinnati, OH 45202

*Copy of counter offer*

Dear Mr. Nestor:

    I lived at 3153 Mayridge Ct. Apt. 1 (prior to flood). I am writing to follow up on my damages claim with the City / MSD because of the sewage backup (~ three feet deep) in my basement apartment on June 2, 2007. MSD inspectors upon inspection deemed my apartment uninhabitable. They demanded immediate disposal of all of my furniture and personal belongings that came in contact with raw sewage. I lost many irreplaceable items such as; family photographs, diploma, year books, etc,. This was my very first apartment. I recently graduated from college prior to moving in, and had to purchase new furniture. I only lived there for six months when the flood forced me out. This rendered me financially and emotionally devastated.

    On August 3, 2007, I received an offer of $1000.00 on my damages claim from the City. I disagree with this amount. My counter-offer is $7500.00. I am enclosing receipts for items I have had to replace along with receipts of items I can not afford to replace. I do have renters insurance through State Farm. My policy does *not* cover flooding caused by sewage backup, therefore, they will not compensate me for the damages.

    If I do not hear back from the City by October 1, 2007, I intend to file my Request for Review on this issue with the Federal Court.

*Sincerely,*

*Stefanie A. Mueller*
Stefanie Mueller
3225 Westbrook Dr. Apt. 1
Cincinnati, OH 45238
(513) 503-5470

Dear Mr Nestor

I have enclosed 3 separate lists of items and receipts.

① Copies of receipts for items I have already replaced or repaired. These items are out of pocket Expenses.

$5250.84

② These are items which I have receipts showing them being purchased shortly before moving into my Apartment 11/01/06. I have not had the funds to replace, due to financial hardship.

$509.78

③ This is a list of items destroyed by sewage back up and most of these items are on the list submitted by the MSO (with pictures), which were ordered destroyed due to waste water back up. I cannot afford to replace these on my own.

$2940.98

The total comes to $8701.60.
I will settle for $7,500.00

```
                              R E P R I N T   R E C E I P T
 DATE:06/04/07    6:31 PM                        CUSTOMER RECEIPT #:060474XMAYH
MATTRESS FIRM                                            CUSTOMER #:9347336298
4X WESTERN HILLS 2002                                          TYPE CODE:SAL
5555 GLENWAY AVE                                         PICKUP OR DELIVERY?:P
CINCINNATI              OH 45238                                      STATUS:F
513-922-6979

DELIVER TO:                              SOLD TO:
MUELLER            STEFANIE              MUELLER              STEFANIE
3225 WESTBROOK #1                        5586 CHILDS AVE
CINCINNATI              OH 45238         CINCINNATI              OH 45248
HOME:513-503-5470 ALT:NA                 HOME:513-503-5470 ALT:NA
================================================================================
QTY    SKU#     DESCRIPTION/STOCK                        UNIT PRICE      AMOUNT
================================================================================

 2    52B16705 TRUE FORM SPLIT REG BOX        REGULAR       113.00       226.00
      SPLIT             BSEA          4X      STOCK
```

```
================================================================================
COMMENTS: COMPLETED CUSTOMER PICKUP A
REPEAT CUSTOMER. APT. FLOODED. DISCOUNT GIVEN FOR A VALUED
CUSTOMER.


SALES ASSOCIATE:   GARY COOPER

                              DEPOSIT:
FIN TERMS:                                               NET SALE:      226.00
PICKUP/DELIVERY DATE:                                    SALES TAX:      14.69
06/05/07                                                 TOTAL SALE:    240.69
TIME ZONE:                    FIN APP COD:               DEPOSIT:       240.69
                              ACTION DATE:06/05/07       FINANCED AMT:     .00
                                                         COD AMT:          .00

SIGNATURE:_____
```

# FURNITURE Fair

| | | |
|---|---|---|
| ☐ PHONE: (513) 874-5553<br>FAIRFIELD, OH 45014 | ☐ PHONE: (513) 274-9591<br>9591 FIELDS ERTEL ROAD<br>LOVELAND, OH 45140 | ☐ PHONE: (513) 753-8555<br>1007 EASTGATE SQUARE DRIVE<br>CINCINNATI, OH 45245 | ☐ PHONE: (859) 525-7911<br>5018 HOUSTON ROAD<br>FLORENCE, KY 41042 |
| ☐ PHONE: (513) 385-6600<br>SUPERSTORE<br>8760 COLERAIN AVENUE<br>CINCINNATI, OH 45251 | ☐ PHONE: (859) 342-7221<br>CLEARANCE CENTER<br>3992 DIXIE HIGHWAY<br>ERLANGER, KY 41018 | ☐ PHONE: (859) 647-8800<br>39 SPIRAL DRIVE<br>FLORENCE, KY 41042 | ☐ PHONE: (513) 772-9700<br>12030 MONTGOMERY ROAD<br>LOVELAND, OH 45249 |
| ☐ PHONE: (859) 572-6800<br>3710 ALEXANDRIA PIKE<br>COLD SPRINGS, KY 41076 | ☐ PHONE: (513) 631-3500<br>4825 MARBURG AVENUE<br>CINCINNATI, OH 45209<br>BEDDING STORE | ☐ PHONE: (513) 474-2500<br>7900 BEECHMONT AVENUE<br>CINCINNATI, OH 45255<br>BEDDING STORE | ☐ PHONE: (513) 202-1430<br>10663 HARRISON AVENUE<br>HARRISON, OH 45030<br>BEDDING STORE |

```
DELIVERY ADDRESS:
MUELS31536           NG              DATE 06/05/07    TYPE: SAL
STEFANIE    MUELLER                  SALES ORDER #: 0S057NGKVGB
3225 WESTBROOK                       P/D  D              06/08/07
DELHI                  OH 45238      SOLD BY
513-503-6470    513-451-4525         STEVEN SCHAEFER
SHIP TO ZONE: Z1
                                     STE
```

***** S A L E S   O R D E R   R E C E I P T *****

| QTY | SKU # | DESCRIPTION | ST/LOC | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 1.00 | OTL402 | 5/0 HD/FT/RAIL/DRES/MIRR | PKGSKU | 949.99 | 949.99 |
| 1.00 | OTL344 | 5/0 HEADBOARD | WH 170401 | .00 | .00 |
| 1.00 | OTL346 | 5/0 FOOTBOARD | WH 240601 | .00 | .00 |
| 1.00 | OTL348 | 5/0 RAILS | WH 711801 | .00 | .00 |
| 1.00 | OTL350 | TRIPLE DRESSER | WH 621304 | .00 | .00 |
| 1.00 | OTL349 | MIRROR | WH 510904 | .00 | .00 |
| 1.00 | OTL351 | NIGHTSTAND | WH 551105 | .00 | .00 |
| 1.00 | NG0379 | reclining sofa | | 892.99 | 892.99 |
| 1.00 | SPCL | SPECIAL ORDER NON-CANCEL | | .00 | .00 |
| 1.00 | OTL353 | 5 DRW CHEST | WH 351002 | 360.99 | 360.99 |
| 1.00 | REFUSE | PROTECTION DECLINED | | .00 | .00 |

*Exact same sofa as original and Replacement Bedroom furniture*

| | |
|---|---|
| | SUBTOTAL : 2203.97 |
| THANK YOU !<br>FROM STEVEN | DELIVERY : 69.99 |
| | SET-UP |
| | TAX : 147.81 |
| | TOTAL : 2421.77 |
|     &       MOP  CS | DEPOSIT : 2421.77 |
|         MOP | COD AMT : .00 |
| THANK YOU !<br>FROM ALL OF US AT<br>FURNITURE FAIR  MOP | FINANCED : .00 |

*********** DELIVERY INSTRUCTIONS ***********

```
CASH 2421.77
FROM WH GO 275SB TO 75 TO HARRISON TO UP QUEEN CITY
 TO PAST BOUDINOT TO LT ON WESTBRROOK
06-08-2007
RECENTLY RE-BOUGHT BEDDING
.**CUSTOMER CALLED STATE SAFE LOOKING FOR HELP OF SOME TYPE.
```

CUSTOMER COPY



# FURNITURE Fair

Receipt — Furniture Fair

1-877-520-2773

Fabric # 0192-9001-0611-044

| | |
|---|---|
| SUBTOTAL | 1009.98 |
| DELIVERY | 69.99 |
| SET-UP | |
| TAX | 78.20 |
| TOTAL | 1158.17 |
| DEPOSIT | 1158.17 |
| DUE AMT | .00 |
| FINANCED | .00 |

THANK YOU !!
FROM STEVEN

THANK YOU
FROM ALL OF US AT
FURNITURE FAIR

VT 1158.17
FROM MAIN ST WB 275EB TO 75NB TO HARRISON TO US HARRISON TO
HERR RD MARTINSVILLE
ETA WEEK OF DEC 13TH/NOT GUARANTEED

CUSTOMER COPY



This is your RECEIPT  
Electronic Certified Copy

# NO PAYMENT IS DUE WITH THIS RECEIPT

● Download

| | | | |
|---|---|---|---|
| **FID Number:** 74-2616805 | **Customer Number:** 70042922 | **Receipt Number:** M53305328 | |
| **Sales Rep:** BENJAMIN LYMAN | **Purchase Order:** | | |
| **For Sales:** (800)695-8133 | **Order Number:** 907662086 | **Receipt Date:** 04/06/06 | |
| **Sales Fax:** (877)204-8109 | **Order Date:** 04/05/06 | **Payment Type:** Dell Financial Services | |
| **Customer Service:** (800)695-8133 | | **Shipped Via:** UPS COMMERCIAL | |
| **Technical Support:** (800)695-8133 | 17 01 R 01 00 N | **Waybill Number:** E72A804217384804 | |
| **Dell Online:** http://www.dell.com | | | |

SHIP TO:  
BENJAMIN MUELLER  
MUELLER BENJAMIN  
NATIONAL CITY CORP EMPLOYEES O  
1085 TONY COURT  
CINCINNATI, OH 45238

PLEASE REVIEW DELL'S TERMS AND CONDITIONS OF SALE, WHICH GOVERN THIS PURCHASE.  
If you cannot view the terms and conditions by viewing the link, visit WWW.DELL.COM/terms or call Customer Service at the number shown on this rece

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-9946 | Dimension XPS 400, Intel Pentium D 820 (2.8GHz) w/Dual Core Technology | EA | 1,356.55 | 1,356.55 |
| 1 | 1 | 464-5277 | 1GB DDR2 SDRAM at 533MHz | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5324 | Dell USB Keyboard | EA | 0.00 | 0.00 |
| 1 | 1 | 465-0609 | 19 in (19 in viewable) E196FP Flat Panel Display | EA | 0.00 | 0.00 |
| 1 | 1 | 320-4293 | 256MB PCI Express x16 (DVI/VGA/TV-out) nVidia GeForce 6800 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1058 | 250GB Serial ATA Hard Drive (7200RPM) | EA | 0.00 | 0.00 |
| 1 | 1 | 341-2457 | No Floppy Drive Requested | EA | 0.00 | 0.00 |
| 1 | 1 | 420-4838 | Microsoft Windows XP Professional,Service Pack 2, English | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0688 | Image Restore | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0721 | Dimension Dell Support | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0870 | Dell Media Experience 3.1 Basic | EA | 0.00 | 0.00 |
| 1 | 1 | 420-4927 | Windows Media Player 10 | EA | 0.00 | 0.00 |
| 1 | 1 | 420-5460 | Complimentary courses: Look for EU icon | EA | 0.00 | 0.00 |
| 1 | 1 | 420-5476 | Dell Direct Download | EA | 0.00 | 0.00 |
| 1 | 1 | 420-5769 | Internet Search and Portal | EA | 0.00 | 0.00 |
| 1 | 1 | 463-2262 | Dell Owners Manual installed on your system,click on icon after system set-up to access | EA | 0.00 | 0.00 |
| 1 | 1 | 310-6836 | Backup media for XP Pro Dimension | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4037 | Dell USB Optical Mouse | EA | 0.00 | 0.00 |
| 1 | 1 | 430-1455 | Integrated 10/100/1000 Ethernet | EA | 0.00 | 0.00 |
| 1 | 1 | 313-3840 | 56K PCI Data Fax Modem | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0705 | Adobe Acrobat Reader 6.0 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-4134 | 16X DVD-ROM and 16X DVD+/-RW | EA | 0.00 | 0.00 |
| 1 | 1 | 420-5781 | Sonic Cineplayer | EA | 0.00 | 0.00 |
| 1 | 1 | 420-5790 | Roxio Creator Basic/MyDVD Basic | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2758 | Integrated Audio | EA | 0.00 | 0.00 |
| 1 | 1 | 313-3485 | AS501 10W Flat Panel Stereo Speakers with Power Adapter for E153,E173,E193 Flat Panels | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0851 | Network Associates McAfee 7.0, English, 15-Month Subscription | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0787 | AOL for Broadband | EA | 0.00 | 0.00 |
| 1 | 1 | 420-3224 | Broadband Icon for Inspiron | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0687 | NETZERO ISP | EA | 0.00 | 0.00 |
| 1 | 1 | 420-5256 | Netscape ISP | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0858 | MS Worksuite 2006 | EA | 0.00 | 0.00 |
| 1 | 1 | 950-3339 | *3 Year Limited Warranty | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0359 | Soft Contracts - Qualxserve | EA | 0.00 | 0.00 |
| 1 | 1 | 902-4502 | *Type 15- Third Party At Home Service with Nights and Week ends, 24x7 Technical Support, 2 Year Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 960-6160 | *Type 15- Third Party At Home Service | EA | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with Nights and Wee kends, 24x7 Technical Support, Initial Year | | | |
| 1 | 1 | 960-8680 | *Warranty Support,Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 960-3642 | *Warranty Support,2 Year Extend ed | EA | 0.00 | 0.00 |
| 1 | 1 | 983-2207 | *Thank You for buying Dell | EA | 0.00 | 0.00 |
| 1 | 1 | 983-2217 | *Please visit WWW.Dell.COM | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9987 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0856 | Paint Shop Pro Standard | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0865 | Basic digital Music,Photo and Game experience | EA | 0.00 | 0.00 |
| 1 | 1 | 464-6538 | 72206 ($50 MAIL-IN DPA REBATE) within 30 days of ship date at www.dell.com/epprebates MANREQ$20.00 JLO | EA | 0.00 | 0.00 |

System Service Tags   9YNZR91

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE, ONLINE CUSTOMER C
ARE INFORMATION AND ASSISTANCE IS A CLICK AWAY AT
WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

| | |
|---|---|
| Ship and/or Handling | $0.00 |
| Subtotal | $1,356.55 |
| Taxable: $1,356.55 | Tax: $88.17 |
| ENVIRO FEE | $0.00 |
| Receipt Total | $1,444.72 |

You will receive your monthly billing statement in
approximately 30 days from Dell Financial Services (DFS).
For payment remittance information, please contact DFS at (877)-577-3355.

NO PAYMENT IS DUE WITH THIS RECEIPT

*Stefanie's College Graduation Present*

# RETAIL INVOICE

**CUSTOM-PC COMPUTERS**
5964 GILENWAY AVE
7185 BEECHMONT AVE
513-661-4333

| Date | Invoice # |
|---|---|
| 6/11/2007 | 3079 |

| Customer | Terms |
|---|---|
| BEN MUELLER<br>1085 TONY CT.<br>CINTI. OH. 45238 | DUE WHEN COMPLETE |

| Rep | PC MODEL |
|---|---|
| RH | DELL XPS400 |

| Item | Quantity | Description | Amount |
|---|---|---|---|
| DIAGNOSTIC | 0 | WATER DAMAGE EVALUATION. NEEDS VARIOUS PARTS REPLACED. | 0.00T |
| DATA BACKUP |  | DATA BACKUP : NOT POSSIBLE, HDD BAD | 0.00T |
| MISC |  | HDD320GB SAMSUNG SATA HARD DRIVE | 140.00T |
| MOTHERBOARD |  | DELL REPLACEMENT MOTHERBOARD | 240.00T |
| REPAIR | 1.5 | CLEAN OUT CASE, INSTALL FACTORY SOFTWARE | 119.99T |
| COMPLETED |  | COMPLETED BY :    RH    DATE:  6/28/07 | 0.00T |
| PICKUP1 |  | SO, WHERE DID YOU HEAR ABOUT US?? | 0.00 |
|  |  | I HAVE RECEIVED #___1___DRIVER OR SOFTWARE DISC(S). I HAVE HAD THE OPPORTUNITY TO TEST MY SYSTEM AND I AM SATISFIED WITH THE WORK DONE. |  |

THANK YOU FOR YOUR BUSINESS, REFER A FRIEND

PLEASE SEE COMPLETE LIST OF POLICIES AT http://icustom-pc.com/pricingpolicies.html. STORAGE FEE OF $10.00 PER DAY FOR ITEMS NOT PICKED UP AFTER 7 DAYS. ITEMS LEFT OVER 25 DAYS WILL BE SOLD. 1 YR WARRANTY ON NEW PARTS. NO RETURNS ON USED PARTS OR SPECIAL ORDERS. WARRANTY DOES NOT COVER ANY TYPE OF VIRUS OR SPYWARE INFECTIONS. 15% RESTOCKING FEE ON ALL NON-DEFECTIVE RETURNS.

CUSTOMER RESPONSIBLE FOR ALL COLLECTION FEES.

THANK YOU, COME AGAIN. WE LOVE REFERALS.

| | |
|---|---|
| **Subtotal** | $499.99 |
| **Sales Tax (6.5%)** | $32.50 |
| **Payments/Credits** | $-532.49 |
| **Balance** | $0.00 |



**meijer**
Higher Standards · Lower Prices

Harrison Ave.
Cincinnati, OH - # 223
(513) 598-2000     meijer.com

The Meijer Team appreciates your business
06/21/07
Your fast and friendly checkout was
provided by KEVIN

```
88590910965   4GB NANO          199.99 CT
4732342807    IPOD SPEAKER       49.99 CT
  => FREE item                   -49.99 CT
70882014754   CM PROMO              .00
70882014754   CM PROMO              .00
70882014754   CM PROMO              .00
1 OFF GAS
  => 3 @ 1.00 off                 -3.00
              TOTAL TAX           12.80
              TOTAL              209.79
VISA Payment        TENDER       209.79
Acct:XXXXXXXXXXXX2008
```

NUMBER OF ITEMS        5



A02230A2PI5BVRS

x:70   Op:354   Tm:47   St:223   16:39:15

Rate Your Shopping
Experience and You
May Win a $1000
Meijer Gift Card!

Visit us at
www.meijer.com/ratemeijer
or call 1-888-Meijer1

User ID:00700223

Password:01720047

urvey should be completed within 72 hrs

---



**that was easy.**

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6180 West Glenway Ave
Cincinnati, OH 45211
(513) 481-3978

SALE              286885 9 001 16691
                  0642 06/28/07 08:37
QTY SKU                      OUR PRICE

1   STAPLES COMP STATI
    430593                       159.99
    Price Override  $149.99      -10.00
    Reason 07
SUBTOTAL                         149.99
    Standard Tax 6.50%             9.75
TOTAL                          $159.74

Visa                            159.74
Card No.: XXXXXXXXXXXX2008 <S>
Auth No.: 028495


TOTAL ITEMS   1


Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Save 20-40% on all ink
1. Get 10% back in Staples Rewards
2. Buy multipacks or 2 of a kind
3. Recycle HP, Dell and Lexmark cartridges



0 6 4 2 0 6 2 8 0 7 1 6 6 9 1 0 1

<mark>Page 10 of 19</mark>



```
           6550 Harrison Rd.
           Cincinnati, OH  45247
               (513) 598-2000
         Visit Starbucks Coffee,
        located right inside our store.
                 St:  #223

Cashier: PHILLIP C.

10/30/06                         16:01:54


GENERAL  MERCHANDISE
 THE BOSS 4D    2016911722    149.99 CT
    Gen Mdse Sub (before tax)-   149.99

TOTAL
         TOTAL TAX            9.75
         TOTAL              159.74
PAYMENTS
  CASH           TENDER     170.00
     Payment Total          170.00
  CASH           CHANGE      10.26

         NUMBER OF ITEMS          1
```



```
            A022302SFN9DFOS

  :249     Tm:13   St:223   16:38:57


          HIRING SEASONAL HELP.
         IT AN APPLICATION AND ASK
          IT AN INTERVIEW TODAY!
```

---

```
          WELCOME TO BEST BUY #394
             CINCINNATI, OH 45238
                (513)347-3457

              Keep your receipt!


       Val #: 0539-2824-7670-0333

       0394 003 3502 04/05/07    21 07 0999713


                    SALE

       7686042    PET724/37              113.99
         7" PORTABLE DVD PLAYER
           REG 119.99 WITH 6 00 PACKAGE PRICE DISC
       7887469    NT-DV112                 0 00
         PORTABLE DVD TRAVEL KIT
           REG 49.99 WITH 49.99 PACKAGE PRICE DISC
                                       -----------
                    SUBTOTAL            113.99
               SALES TAX 6.50 %           7.41
                                       ===========
                       TOTAL            121.40

       xxxxxxxxxxxx2008      VISA       121.40
       STEFANIE A MUELLER
       APPROVAL 005140


       ******************************************
       QUALIFYING REBATES SUMMARY:
       NO QUALIFIED REBATES
       ******************************************




              YOUR CUSTOMER SERVICE PIN IS.
                 0394 003 3502 040507

                <<<<< CUSTOMER COPY >>>>>




          -----------------------------------
             BEST BUY VALUES YOUR FEEDBACK!!
          TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
            WIN A $10,000 BEST BUY SHOPPING SPREE!!

              Visit http://www.bestbuycares.com

                & enter the following codes

                     Group A:   399549
                     Group B:   0439
```



```
Northgate Mall
9605 Colerain Ave
Cincinnati, OH 45251
(513)741-3019

Date 6/13/2007  Time 7:45 pm
Reg#  Session#  Salesperson  Trans#  Store
 3     1392      061277      474608   205

***** SALE *****

Style/Desc Color      Size       Amount

316064        161     11.0        49.99
DART V EXTRA          217458
091209903339

SX1804        986     NO          18.00
6 PK GRAPHIC NS       217458
640135555527

       Subtotal              67.99
       Sales Tax              4.42
       Total                 72.41

       Master Card          (48.00)
       *XXXXXXXXXXXX6385
       Visa                 (24.41)
       *XXXXXXXXXXXX2008

       Item Count: 2

Credit Card: Returns refunded to card
within 45 days with valid receipt.

       CUSTOMER COPY

  - Earn rewards, get the magalog and
other exclusive perks - FREE! Join the
WINNERS CIRCLE Preferred Customer Program
today.  Ask any store associate or go to
      www.finishline.com to sign up.
```





```
              Western Hills
           Western Hills, OH 45247
              (513) 598-8600

06-21-07 5:25P    0584/0007/8038/8 1629XXX
ID# 999-9378-9282-7451-9415-9219-6127

DECORATIVE PILL 047218001610  *   11.99 T1
DECORATIVE PILL 047218001832  C    7.99 T1
DECORATIVE PILL 047218001832  C    7.99 T1
WOMENS BOTTOMS  822982096327  *   21.99 T1
FOUNDATIONS     085447689858  *   21.00 T1

                   SUBTOTAL       70.96
T1=   70.96 @      6.5% TAX        4.61
                   TOTAL          75.57

GIFT CARD      2064158048947     75.00
 APPROVED         007500
NEW BALANCE ON 2064158048947      0.00
CASH                              1.00
                   CHANGE         0.43-

  FOR RETURNS WITH A KOHL'S MDSE RETURN
CREDIT CARD OR GIFT CARD, A KOHL'S MDSE
 RETURN CREDIT WILL BE ISSUED FOR THE
          VALUE OF YOUR RETURN.
```

THANK YOU FOR SHOPPING AT KOHL'S

```
BED BATH & BEYOND #595
   6068 GLENWAY AVENUE
    CINCINNATI, OH. 45211
         513-661-2978

00595 10 06/04/07-1815 319895 01-6447

 RVN # 0059-5644-7001-0604-0700

VNYL ZIP Q MAT CVR      1T
2241593474   OUR PRICE        17.99
     SUBTOTAL                 17.99

     OH 6.50% SALES TAX        1.17
     TOTAL                    19.16

     CASH                     20.00

     CHANGE                     .84
```



```
 RVN # 0059-5644-7001-0604-0700

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
       GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00595 10 06/04/07-1815 319895 01-6447
```



```
       KMART STORE 3411
       5750 HARRISON AVE
       CINCINNATI, OH. 45211
          (513)574-4300

       ** WELCOME TO YOUR **
       ** KMART STORE 3411 **

CASHIER: SARAH
GENERAL MERCHANDISE
05026728671    3/4 NAILS         1.19 T
05113183027    CMD INTRLCK       2.99 T
63676503277    BATH RUGS    A   14.39 T

       *** TAX      1.21  BAL    19 78
    XXXXXXXXXXX2008
    VS  APPROVAL 006748
    VF      VS                   19 78
            CHANGE                  00

       YOUR TOTAL SAVINGS:        1 60

TOTAL NUMBER OF ITEMS = 3
```



```
   05Q QGB ZWZ 00W NUV PKU

06/06/07  7:19 PM 3411 05 4083 0065
```

```
Merchandise included in today's
transaction may be returned or
exchanged before 09/04/07 with
this receipt.

The complete return & exchange policy
is available at the Service Desk

********************************
   Sign-up for store and online
   savings & promotions delivered
   directly to your email inbox
              visit
         kmart.com/savings
********************************
********************************
```



Coordinating bras & panties

## TARGET
### EXPECT MORE. PAY LESS.

```
WESTERN HILLS - 513-347-3388
   08/20/2007    05:52 PM
  RECEIPT EXPIRES ON 11/18/07
```

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

```
234240541    MINI GLUE GU   T    2.50
234070114    WOOD FRAME     T    1.00
052060376    JESSICA NAIL   T    3.99
063090484    REVLON         T   16.99
                   SUBTOTAL      24.48
T = OH TAX  6.5000% on  24.48    1.59
                      TOTAL      26.07

             *2008 VISA CHARGE   26.07

RECEIPT ID# 2-7232-1093-0082-0028-5
   VCD# 751-255-643  TM#****6615

      . INDICATES SALE PRICE


            Save ALL Receipts
       Give Gift Receipts & GiftCards
          Ask about Receipt Lookup
```

<-----  CUT HERE  ----->



Your ticket to gift perfection.

To: _____

From: _____



A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

Gift receipts are linked to the
  original purchase. Bring the item
     and receipt back after the
  purchase date and before 11/18/07
    for a gift card. Some items
    cannot be returned if opened

```
RECEIPT ID# 5-7232-1093-0082-0028-5
            TM#****6615
         VCD# 751-255-643
```

---

```
               1 @ 3 / 5.00              1.67 F
20000000282    BROCCOLI
               1 @ 3 / 5.00              1.67 F
200000030D4    RICE MEDLEY
               1 @ 3 / 5.00              1.66 F
4280010700     TOTINO PIZZA
               1 @ 5 / 5.00              1.00 F
4280011400     TOTINO PIZZA
               2 @ 5 / 5.00              2.00 F
4280011525     FROZEN PIZZA
               2 @ 5 / 5.00              2.00 F
4440015450     GRTN FSH FLT              5.99 F
1111161266     BAR SOAP                  6.59 T
3700008814     STARTER KIT               7.99 T
3700011623     FEBREZE                   7.99 T
21223700000    CAB TOP SRLN             11.92 F
4125056939     MJR CHK BRST             12.98 F
*4125010041    HAMBURG BUNS
               was  1.34       now        .79 F
*4125010051    HOT DOG BUNS
               was  1.34       now        .79 F
               1.76 lb @   1 lb /   .99
*4036          NECTARINES                1.74 F
*7010001643    J MORL FRANK
               was  1.50       now        .99 F
*7045900549    GARLIC TOAST
               was  2.09       now       1.00 F
*4460000933    CLOROX
               was  1.79       now       1.66 T
               2.18 lb @   1 lb /  2.99
*4045          CHERRIES                  6.52 F
*3338340240    WATERMELON
               was  5.99       now       3.99 F
*2740022401    SHEDD SPREAD
               1 @ 2 / 4.00
               was  2.09       now       2.00 F
*4125067838    SHRED CHEESE
               1 @ 3 / 4.00
               was  2.59       now       1.33 F
*7294560134    WHEAT BREAD
               1 @ 2 / 4.00
               was  2.89       now       2.00 F
*71928313546   CHEESE
               1 @ 3 / 4.00
               was  2.59       now       1.34 F
*4125006669    MEIJERGRCHK3
               was  6.99       now       4.99 F
*71631096184   TOMATOES
               1 @ 3 / 5.00
               was  2.50       now       1.67 F
*2100012277    COTTAGE CHSE
               1 @ 2 / 6.00
               was  3.69       now       3.00 F

COUPONS
53700026976    Vendor Coupon           -1.00 N
57033025000    Vendor Coupon           -1.00 N

TOTAL
          TOTAL TAX              8.64
          TOTAL                260.85
PAYMENTS
   CASH              TENDER    260.85

           NUMBER OF ITEMS        79
```



A022302CYX4T1MS

Tx:121   Op:253    Tm:11   St:223   17:46:57

```
       Rate Your Shopping
       Experience and You
       May Win a $1000
       Meijer Gift Card!
```

```
WELCOME TO BEST BUY #394
    CINCINNATI, OH 45238
       (513)347-3457

      Keep your receipt!
```



Val #: 0830-8961-3848-5078

0394 055 0063 06/24/07    10:59 0554994

```
              SALE

8008559   RVLSWC              249.99
  WII HARDWARE
  SERIAL # LU516344551
8212677   RVLPRM8E             49.99
  WII-MARIO PARTY 8
5426639   RZ CARD               0.00
  REWARD ZONE CARD
  SERIAL # 0423754351
                         -----------
           SUBTOTAL       299.98
      SALES TAX 6.50 %     19.50
                         ===========
              TOTAL       319.48

              CASH        300.00
xxxxxxxxxxxx5871
              VISA         19.48
CHRISTOPHER M WHITE
APPROVAL 955311


BEN.
```



**Circuit City Stores, Inc.**
Store 3165
5455 GLENWAY AVE
CINCINNATI, OH 45238-3401
(513) 451-5600                    19:05:40   07/20/0

Sold to:                          Orig Date 07/20/0
BERND MUELLER
                                  Ticket
CUSTOMER COPY                     316502501379

| Salesperson | | | | Register | Cashier |
|---|---|---|---|---|---|
| H. TUBBS | | | | 03 | 312568 |
| Item | Qty | Model | Description | Tax | Amount |
| 1 SL | 1 PKG | 000000002140B | PROMO PACKAGE | N | .00 |
| 2 SL | 1 CAN | SD1000K | DIGITAL CAMERAS | Y | 237.49 |
| 3 SL | 1 SDK | SDSDB1024A10 | FLASH MEMORY | Y | 12.50 |

```
         Total Taxable    $   249.99
         Sales Tax        $    16.25
         TOTAL PURCHASE   $   266.24
         CGC              $   125.00
         CGC              $    16.24
         CGC              $   125.00
         BALANCE          $     0.00
```

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item

** A Promotional Discount has been applied
   to item   2

You may be eligible to earn Circuit City Reward Points!
Apply for a Circuit City Rewards Credit Card today. See
a store associate for details.

Shop with us online at circuitcity.com.

| CGC Customer Card Number | Remaining Balance |
|---|---|
| 603659036949xxxx | $   0.00 |
| 603306196550xxxx | $   8.76 |
| 603659036950xxxx | $   0.00 |

CM THANK YOU FOR SHOPPING AT THE WESTERN HILLS CIRCUIT

  CITY

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333


**Get a Chance to Win One of Five $1,000 Gift Cards!**
**Take Circuit City's "Customer First" Survey**

**Queremos saber su opinion**

Contacto nuestro

```
Case 1:02-cv-00107-SAS   Document 208-4   Filed 10/25/2007   Page 15 of 19
```



```
                that was easy.
   Low prices. Every item. Every day.
       110% Price-Match. Guaranteed.
            6180 West Glenway Ave
              Cincinnati, OH 45211
                 (513) 481-3978
SALE                   285927 3 002 22616
                 0642 06/30/07 04:27

*******************************************

     $5,000 SHOPPING SPREE AT STAPLES!
              ENTER TO WIN!

       We care about what you think!
     Take a short survey and be entered
     into a monthly drawing. Just log on to
            www.staples-survey.com
             or call 1-800-890-7305

    Your survey code: 0100 0555 3597 6729

    ***Tome nuestra encuesta en español en
     la página del Internet o por teléfono.
      Consiga las reglas en la tienda.***

            See store for rules.
        Survey code expires 07/07/2007.
*******************************************

QTY SKU                          OUR PRICE


1   STAPLES RUSHMORE B
    570616                           89.99
    Price Override  $84.99          -5.00
    Reason 02
1   CHAIR ASSEMBLY-FEE
    451363                            5.00
SUBTOTAL                             89.99
    Standard Tax 6.50%                5.85
TOTAL                               $95.84

Visa                                 95.84
Card No.: XXXXXXXXXXXX8568 <S>
Auth No.: 030850


        TOTAL ITEMS    2


            Compare and Save
          with Staples-brand products.

    THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com

         Save 20-40% on all ink
```

```
                 THE HOME DEPOT 3822
                   6300 GLENWAY AVENUE
              CINCINNATI, OH 45211  (513)661-2413

                  3822 00002 85643      06/05/07
SALE                      61 JDROAO     08:20 PM
```



```
843623004068 84-120STCRTS <A>
 2@4.96                             9.92
843623004396 ROD BRKT. <A>
 3@0.87                             2.61
722868589526 12 OUTLET <A>
 2@49.97                           99.94
049437396935 1/2X48FSCDWL <A>
 3@1.39                             4.17
              SUBTOTAL            116.64
              SALES TAX             7.59
              TOTAL              $124.23
XXXXXXXX 944  STORE CREDIT         85.14
CARD BALANCE                        0.00
                                     TA
XXXXXXXXXXXX8568 VISA              39.09
AUTH CODE 005903/0025376             TA
```



```
    3822 02 85643 06/05/2007 7664

         RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
     A            1   90       09/03/2007

    THE HOME DEPOT RESERVES THE RIGHT TO
    LIMIT / DENY RETURNS. PLEASE SEE THE
      RETURN POLICY SIGN IN STORES FOR
                  DETAILS.

    CREATE THE ULTIMATE BACKYARD. YOU CAN,
    AT OUR OUTDOOR LIVING EVENT.  VISIT THE
     HOME DEPOT FROM APRIL 23 - MAY 13
    *****************************************

          ENTER FOR A CHANCE
           TO WIN A $5,000
          HOME DEPOT GIFT
               CARD!

       Your Opinion Counts! Complete
      the brief survey about your store visit
       and enter for a chance to win it.

             www.homedepotopinion.com


           ¡PARTICIPE EN UNA
       OPORTUNIDAD DE GANAR
           UNA TARJETA DE
         REGALO DE HD
            DE $5,000!

      ¡Su Opinión Cuenta! Complete una breve
      encuesta sobre su visita a la tienda y
        tenga la oportunidad de ganar en.

           www.homedepotopinion.com


              User ID:
```



#2



```
WE SELL
  FOR LESS
MANAGER TIM ALLISON
( 513 ) 922 - 8881
WAL-MART STORE # 2447
CINCINNATI, OH., OH

ST# 2447 OP# 00004220 TE# 91 TR# 09266
    MERCHANT# 0000123424471
              VISA

*** CREDIT ISSUED ***
GENERAL MDSE TOTAL
ACCOUNT #8568              25.92-
APPROVAL #
Name                       REFUND
```

```
WE SELL
  FOR LESS
MANAGER TIM ALLISON
( 513 ) 922 - 8881
ST# 2447 OP# 00003976 TE# 06 TR# 08917
SHELF LINER  007535326396    4.98 X
SHELF LINER  007535326396    4.98 X
SHELF LINER  007535326396    4.98 X
TV SG MUSK   002413179169    3.97 X
KNIFE        004867631635    0.94 X
COV COLANDER 007891501615    4.97 X
SLOT TURNER  002413183031    2.94 X
TURNER       002413183032    2.94 X
CAKE PAN     007095064970    3.64 X
CAKE PAN     007095064970    3.64 X
BS 12IN PIZZ 007095064590    4.97 X
STEAK KNIVES 004590877176    8.96 X
DRAINER TRAY 007169111102    5.97 X
BAKEWARE     007286741146    4.64 X
FLEX MAT     008429711435    3.86 X
DISH DRAINER 007152101372    6.97 X
SLCN SPT     007651852       1.47 X
SLCN SPAT    007675324851    1.97 X
LIGHT BERRY  004650061649    9.92 X
COASTER      007503456500    0.94 X
BUSTER PAN   006521603075    2.84 X
SCOOP        085149733012    3.56 X
CAN OPENER   085149732812    6.43 X
SWIFFER      003700030942    9.86 X
LLIFE BULB   004316889449    1.88 X
PLUNGER      066316600378    2.88 X
PT HOLDER    003753144733    4.46 X
NOTICEABLES  003700008812    3.96 X
24PCFLTWRCDY 004867625769    9.88 X
MESS CENTER  003753144768   10.92 X
SWIFFER RFL  003700031821    3.94 X
PIZZA CUTTER 085149732912    3.88 X
6PK MULTI KT 007857411557    5.96 X
DRY ERASE    007234807760    4.92 X
SWIFFER WET  003700037623    3.94 X
GLADTRASH13G 001258770303    5.70 T
   WAS 6.98 YOU SAVED 1.28
ALUMINM FOIL 001090000015    2.67 X
GV FRZ GAL30 007874209539    2.16 X
FREEZER BAGS 060538818861    1.12 X
DAWN 25      003700035986    1.97 X
DISHWAND     002120050625    2.23 X
CLEAR POLY T 007535307408    4.77 X
DELUXE CADDY 066316600544K   5.68 X
CASC ACTPACS 003700043121    3.54 X
BOUNTY 8RL   003700040748    6.50 T
   WAS 7.48 YOU SAVED 0.98
WASTEBASKET  007314910928    5.97 X
TORCHIERE    004766923401   12.84 X
TORCHIERE    004766923401   12.84 X
```

```
6550 Harrison Rd
Cincinnati, OH  45247
   (513) 598-2000
Visit Starbucks Coffee,
located right inside our store
       St: #223

Cashier: TRISTAN C.

11/01/06                          17:06:52


YOUR SAVINGS TODAY!!!!            5.00

GENERAL  MERCHANDISE
*DINNERWARE      7116003106      19.99 CT
   Original Price
   Gen Mdse Sub (before tax)      19.99


TOTAL AD/IN-STORE SAVINGS OF      5.00
TOTAL
         TOTAL TAX                1.30
         TOTAL                   21.29
PAYMENTS
  VISA Payment        TENDER     21.29
  Acct:XXXXXXXXXXXX8568
         Payment Total           21.29
  CASH               CHANGE        .00

     NUMBER OF ITEMS                1
```



```
Tx:42   Op:231   Tm:21  St:223  17:07:10

      NOW HIRING SEASONAL HELP.
   FILL OUT AN APPLICATION AND ASK
      ABOUT AN INTERVIEW TODAY!
```



That was easy.

6180 West Glenway Ave
Cincinnati, OH 45211
(513) 481-3978
SALE                292904 1 001 69289
                    0642 11/05/06 04:25

***************************************

$5,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing. Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0100 2600 7540 8649

***Tome nuestra encuesta en español en
la página del Internet o por teléfono.
Consiga las reglas en la tienda.***

See store for rules.
Survey code expires 11/12/2006.
***************************************

QTY SKU                          OUR PRICE

1   MEDIUM PILE CARPET
    027386113216
                                     44.99
SUBTOTAL                             44.99
    Standard Tax 6.50%                2.93
TOTAL                               $47.92

Visa                                 47.92
Card No.: XXXXXXXXXXXX8568 <S>
Auth No.: 005033


TOTAL ITEMS       1


Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Save big on color copies and prints!

39¢ COLOR COPIES
On 8 1/2 x 11 standard white paper



6550 Harrison Rd.
Cincinnati, OH 45247
(513) 598-2000
Visa Starbucks Coffee
located right inside our store
St: #223

Cashier: RONNA M.

10/31/06                          22:51:17

YOUR SAVINGS TODAY!!!!              0.00
GENERAL     MERCHANDISE
  CUP         70882081907      1.79 CT
  CUP         70882081907      1.79 CT
  CUP         70882081907      1.79 CT
  CUP         70882081907      1.79 CT
  SPATULA     7675324831       1.99 CT
  CUP         70882081908      1.99 CT
  CUP         70882081908      1.99 CT
  CUP         70882081908      1.99 CT
  CUP         70882081908      1.99 CT
  PLACEMAT    70882057876      2.00 CT
  PLACEMAT    70882057876      2.00 CT
  PLACEMAT    70882057876      2.00 CT
  PLACEMAT    70882057876      2.00 CT
  CUBE TRAYS  5159601022       2.49 CT
  MEASURES    7675319860       2.49 CT
  MEAS SPOONS 7063677752       2.99 CT
  WASHCLOTH   70882058770      2.99 CT
  PITCHER     7169130651       3.99 CT
  TONGS       7675342412       3.99 CT
  HAND TOWEL  70882058759      3.99 CT
  BATH TOWEL  70882058748      5.99 CT
  MIXING BOWLS 7675311809      6.99 CT
  MEASURE CUP 7198120085       6.99 CT
  UTENSIL TRAY 7041952910      9.99 CT
  BORDER      70882055415     14.99 CT
  *SWAG       7038903753      10.39 CT
     Original Price    12.99
  *DINNERWARE  7116003106    19.99 CT
     Original Price    24.99
  *FLOOR PLANT 3344414800    22.49 CT
     Original Price    29.99
  *SUNFLOWER   3008389686    10.49 CT
     Original Price    14.99
     Gen Mdse Sub (before tax)     156.35

GROCERY
  Taxable Grocery        10    2.50 T
     Grocery Sub (before tax)        2.50

TOTAL AD/IN-STORE SAVINGS OF        19.60
TOTAL
     TOTAL TAX              10.33
     TOTAL                 169.18
PAYMENTS
  VISA Payment       TENDER    169.18
  Acct: XXXXXXXXXXXX8568
     Payment Total           169.18
  CASH              CHANGE        .00

     NUMBER OF ITEMS            30

||||||||||||||||||||||||||||
A022303UYS9EU6S

Tx:100  Op:205  Tm:18  St:223  22:54:55

NOW HIRING SEASONAL HELP

③

69.99 Pots & Pans ordered to destroy by MSD

39.00 cookie Sheets x 3  "

300.00 Kitchen table & chairs (4 chairs)

50.00 End table

180.00 Television    20" Magnavox (Surge from water)

40.00 Metal Pole Lamps x 2   (metal base is rusted)

500.00 Mattress Queen Size Pillowtop (soaked up water from box springs)

30.00 Hair Dryer   (surge from water)

30.00 Straightener ( .11    "   ).

89.00 Night Stand (wooden)

49.99 Comforter Set for Bed

70.00 Dresser     (wooden)

65.00 Microwave Cart (wooden

65.00 Luggage Set    3 PC

190.00 Shoes    2 pr Nike Running

75.00 Leather Winter Boots
290.00 Suede Leather Jacket
59.00 Plastic Chair Carpet Pad
129.00 Air Conditioner Still in Box in Closet
55.00 Queen Size Jersey Sheet Set
30.00 Area Rugs x 2
70.00 TV Stand (wooden)
65.00 Vera Bradley Purse
65.00 Webster's Dictionary (Engraved)
35.00 Mixer + Stand
100.00 Books in book rack
200.00 DVD Movies in DVD Rack bottom 3 Rows water damaged