# City of Cincinnati



Office of City Solicitor

October 12, 2007

*Counter Offer by City*

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

Stefanie Mueller
3153 Mayridge Court, Apt 1
Cincinnati, Ohio 45211

Dear Ms. Mueller:

Enclosed is a release for your signature. Please sign this release and return it to me at your convenience. The second copy is for your records.

After you have signed and returned this release to me, I will forward the City of Cincinnati's check in settlement of your claim to you. Please do not alter the release, as it will delay settlement of your claim.

**If you disagree with the City's disposition of your claim, you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas, both of which are located at 1000 Main Street, Cincinnati, Ohio 45202.**

**Alternatively, in accordance with an order in the Consent Decree case, Federal Case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within 90 DAYS (by January 11, 2008) with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the Ombudsman at (513) 362-2801 (Legal Aid Society) for further information concerning your rights**

Sincerely,

Shirley Lenzly
Claims Administrator

Enclosures-MSD/WIB#1830

RELEASE

THAT, Stefanie Mueller, 3153 Mayridge Court, Ohio 45211, for the sole consideration of **ONE THOUSAND EIGHT HUNDRED SIXTY ONE AND 00 /100 DOLLARS ($1,861.17),** received by her to her satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on June 7, 2007, at 3153 Mayridge Court, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007

_____
Stefanie Mueller

WITNESSED BY:

_____

RELEASE

THAT, Stefanie Mueller, 3153 Mayridge Court, Ohio 45211, for the sole consideration of ONE THOUSAND EIGHT HUNDRED SIXTY ONE AND 00 /100 DOLLARS ($1,861.17), received by her to her satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on June 7, 2007, at 3153 Mayridge Court, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007

_____
Stefanie Mueller

WITNESSED BY:

_____