Original Estimate Sent to City

## Total Losses

9705.86

Plus

* 4 Family and Friend Labor for Entire Sunday and Part of Monday to Remove and Go through Apartment to try and Clean & Salvage, & Survey Damage

* Gas to Haul away

* Food

* Spent 2 Days to try to Replace Most needed items

* Lost 3 Days of work Full time Job

# List of Items Removed from Apartment

**Nintendo Wii** $299.99
- model # RVL-001
- water ruined microchip
- purchased 12/2006

**Nintendo Wii controller** $39.99
- purchased 12/2006
- water ruined battery (battery leaked)

**Dell Computer** $1,444.72
- purchased 4/6/06
- Model XPS intel pentium (2.8 GHz)
- water ruined motherboard, Hardrive, Case, Fans, Video Card

**Ihome radio** $99.99
- Purchased June/2006
- water ruined connection/Antenna
- Circuit City

**iPod + headphones + case** $240.00
- purchased Dec/2005
- ipod/headphone/Leather case ruined by water
- Lost over 300 songs

**Wii games** x 8 $39.99 a piece
- paper Mario
- Trauma Center
- Metal Slug
- Sonic the Hedgehog
- Rayman
- Wario Challenge
- Wii Play sports

②

[Charger - cell phone] $18.99
- Motorolla Razr
- purchased 5/2007
- ruined (plugged in under water)

[Computer Games] $39.99 a piece
- purchased 6/06 total $159.96
  ○ Sims 2
  ○ Sims 2 (glamour stuff) expansion
  ○ Sims 2 (family stuff)
  ○ Sims 2 (college life)

[Vacuum] $158.00
○ Eureka Boss (yellow)
○ purchased Nov/2006
○ Soaking in water (belt ruined)

[Surge Protectors] $90.00
○ Belkin strips x 2
○ $49.99 a piece
○ purchased Nov/2006
○ water fryed strips

[Portable DVD player] $121.40
○ Panasonic 7 inch
○ purchased 4/5/07

[DVD case] $49.99
○ Travel Kit
○ purchased 4/5/07

③

[Pots and Pans] $69.99
- TFAL Blue with glass lids
- purchased 11/06 Walmart
- 6 set (various sizes)
- Soaked in water/mold/mud

[Cookie sheets] x 3 $12.99 a piece
- various sizes
- soaked in water (mold)
- total $39.00

[Clothes] $400.00
- Ruined by mud/water
- some dry clean only
- blue jeans 6 prs

[Canvas] $9.99
- Studio edge stretch canvas's
- wood frame ruined by water
- purchased 12/06

[Medicine (prescriptions)] $40.00
- Asthma inhalers x 2
- Albuterol
- purchased 3/2006

[Birth Control] $75.00
- 3 month supply
- ruined in fridge (no electricity)
- must be refridgerated

**Mattress Protector** $17.99
- purchased 2/2007
- Bed-Bath-Beyond
- Queen size (vinyl)

**Pole lamps** $40.00
- 2 purchased 04/06
- Meijer
- water is rusting metal stand

**Television** $180.00
- Magnavox
- Flat screen 20 inch
- water ruined bottom of screen

**Extension cords** $18.00
- 2 purchased 2004
- Meijer

**Kitchen Table and chairs** $300.00
- 4 chairs purchased / 1 folding end Table
- purchased 2003

**End Table** $50.00
- glass
- purchased 2004

**Toilet paper / Paper Towels** $30.00
- purchased 2/2007
- Meijer
- Thrown away immediately

⑤

Matress

Queen #16" Pillowtop $500
Mattress Warehouse
June 2006

List of Items
Left in the Apartment                    ①

**Game Cube** $100.00
- purchased 2003
- water ruined Micro-chip

**Game cube game** $49.99
- 1 purchased 2006
- Zelda twighlight princess
- game in system @ time of flood

**Game Cube Controllers** $60.00
- 3 purchased 2003/2004
- ruined by water

**Blow dryer | Hair straightener** $80.00
- plugged in @ time of flood
- purchased 2004

**Computer Desk** $99.99
- purchased June 2006
- Staples
- wood ruined / metal rusted

**Nightstand** $89.00
- purchased 2004
- Ruined by water/mold

**Headboard | Footboard** $60.00
- purchased 2001
- Furniture Fair

②

- **DRESSER w/mirror** $360.00
  - purchased 2001
  - ply wood bottoms of drawers ruined
  - Furniture Fair

- **VHS TAPES** x 60  $500.00
  - 8.99 a piece
  - purchased between 2000/2003
  - Ribbon ruined

- **Comfortor Set** $49.99
  - Shams/skirt/sheets/comfortor
  - purchased 9/2006
  - walmart online

- **Dresser drawers** $70.00
  - purchased June 2005
  - Staples
  - cardboard ruined by water

- **Computer chair** $80.00
  - Staples
  - mud/mold on seat
  - purchased June 2005

- **Groceries** $200.00
  - No electric to fridge
  - lost all perishable foods
  - mold in fridge ruined boxes/fruit

③

**Microwave Cart** $65.00
- purchased 2005
- Value City Furniture
- water ruined wood

**Luggage Set** $65.00
- 3 piece set
- water damaged cloth
- purchased June/2006

**Shoes** x 2 $190.00
- Nike
- purchased 2006
- water damaged shoes/moldy smell

**Box Springs** $224.00
- 2 split Queen
- mattress warehouse
- purchased June 2006

**Boots** $75.00
- 2 prs dress boots
- purchased 2005
- DSW warehouse

**Blank CD's** $39.99
- Set of 50
- purchased 2006
- Best Buy

**Suede Jacket** $290.00
- purchased 2006
- water ruined suede

④

**Couch** $1,150.00
- purchased 10/2006 (new)
- Furniture Fair
- water ruined Microfiber

**Plastic carpet protector** $59.00
- purchased 10/2006
- Staples
- covered in mold/water damage

**King size Jersey pillows** $50.00
- 2 purchased 3/2006
- Meijer

**Air Conditioner** $129.00
- purchased June 2006 Circuit City
- window unit
- ruined by water

**Sheets** $55.00
- Queen size Jersey sheets
- purchased 2005-2006
- 2 sets

**Rugs** $30.00
- 2 purchased 2006
- Bathroom/Frontdoor
- color bled due to water

**TV stand** $70.00
- purchased 2003
- metal ruined by rust/mud

⑤

[Vera Bradley] $65.00
- purse purchased 7/2006
- Hallmark
- ruined by water

[Designer purse] $50.00
- purse purchased 3/2006
- ruined by water

[Jewelry + Cosmetics] $60.00
- various pieces washed away
- ruined by water

[Websters] $65.00
- Dictionary Personally engraved
- ruined by water

[Books] $100.00
- various books
- purchased between 2004 & 2007
- Ruined by water

[Mixer] $35.00
- Hand mixer
- purchased before 2000
- ruined by mold & rust

[Sandwich maker] $35.00
- electric
- purchased before 2000

[Bed Frame] $60.00
- Purchased 6/2002 - Matthews warehouse

| DVD - Movies | 129.90 | ⑥ |

10 Movies 12.99 Each
Purchased 2003 to 2007