UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff,

v.                        Case No. 1:02cv0107
                             (J. Spiegel ; Hogan, M.J.)

Ada Washington,
    Defendants.

_____

**ORDER SETTING HEARING ON claimant Ada Washington's Request for Review (Doc.201) re: Water in Basement Program.**

_____

This matter has been set for a Hearing regarding Request for Review of Water-in Basement claim related to claimant:

Mrs. Ada Washington (Doc.201).

The hearing will be held on **Thursday, December 6, 2007 at 10:00 am** before U.S. Magistrate Judge Timothy S. Hogan in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513) 564-7650.

It is so ordered.

| | |
|---|---|
| 11/5/2007 | s/Timothy S Hogan |
| Date | Timothy S. Hogan |
| | United States Magistrate Judge |

cc:   Counsel
       Claimant Ada Washington

awh

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mrs. Ada Washington<br>11667 Mill Rd.<br>Cinti, OH 45240 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0001 0562 5298 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-01-M-2509 |

1:02cv107 Doc. 209