*$2,000.00*
*Ltr - MSDWIB13*
*Counter Offer 9,593.51*

## Lenzly, Shirley

**From:** Isaacs, Cherie
**Sent:** Friday, July 06, 2007 12:56 PM
**To:** Lenzly, Shirley
**Subject:** RE: MSD/WIB Claims: Ada Washington

WIB-1758; cleaned 5/11/07. (You probably didn't get the claim on the very date it was received. If you have a slightly later date, it might make more sense. Otherwise, this offer is due Tuesday.)

The MSD crew found signs of surcharging (which is main line overload and capacity related). Grease was also found in the line and that has been referred for investigation.

It appears that the main item she lost was carpet and padding. Some items were damaged but she kept them.

---

**From:** Lenzly, Shirley
**Sent:** Tuesday, July 03, 2007 12:56 PM
**To:** Isaacs, Cherie
**Subject:** RE: MSD/WIB Claims: Ada Washington

*I have two received dates, but I'm going to go with 5/11/07.*

*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513) 352-1515*

-----Original Message-----
**From:** Isaacs, Cherie
**Sent:** Tuesday, July 03, 2007 12:43 PM
**To:** Lenzly, Shirley
**Subject:** RE: MSD/WIB Claims: Ada Washington

Yes, I can send info on both. The first incident was in 2005 and the second in May of this year.

Can you provide the date you received this claim?

---

**From:** Lenzly, Shirley
**Sent:** Tuesday, July 03, 2007 12:41 PM
**To:** Isaacs, Cherie
**Subject:** RE: MSD/WIB Claims: Ada Washington

*Cherie;*

*Will you send me information on both incidents please.*
*This a "repeat offender". We paid a claim for $15, 120.00 in Jan '06- for a claim from Dec. '05.*

*Thanks For Your Help.*

*Shirley Lenzly*
*Support Services Specialist*



1

City of Cincinnati
Law Department
(513) 352-1577
(513)352-1515

-----Original Message-----
**From:** Isaacs, Cherie
**Sent:** Tuesday, July 03, 2007 12:23 PM
**To:** Lenzly, Shirley
**Subject:** RE: MSD/WIB Claims: Ada Washington

Can you provide me the date of receipt and date of occurrence, please?  We have 2 WIB incidents at this address.

---

**From:** Lenzly, Shirley
**Sent:** Monday, July 02, 2007 1:00 PM
**To:** Isaacs, Cherie; Madden, Dennis
**Subject:** MSD/WIB Claims: Ada Washington

Please send any information/reports on the WIB claim:

Ada Washington
11667 Mill Road
Cincinnati 45240


Shirley Lenzly
Support Services Specialist
City of Cincinnati
Law Department
(513) 352-1577
(513)352-1515

*Is this for Ada Washington*

## Lenzly, Shirley

| | |
|---|---|
| **From:** | Isaacs, Cherie |
| **Sent:** | Monday, July 09, 2007 4:16 PM |
| **To:** | Lenzly, Shirley |
| **Subject:** | RE: MSD/WIB Claims: Ada Washington |

No, not yet.  Those studies can take a very long time.

I realized I did not send any info on the earlier WIB.  WIB-946; cleaned 12/10/2005.  The MSD crew found the main line blocked and had to call for flusher.  There was grease in the main line then also.

Based on legal opinion, MSD's permission to enter form obligates us to consider damage claims.   Documents for both WIBs are available electronically.

---

**From:** Lenzly, Shirley
**Sent:** Monday, July 09, 2007 9:42 AM
**To:** Isaacs, Cherie
**Subject:** RE: MSD/WIB Claims: Ada Washington

*Do you have any word on the investigation of grease found in the line?*

*You are correct, 5/11/2007 is the date for cleaning, not the date we received the claim.*
*We don't have a WIB "claim form" on file from Ms. Washington, so I'll go with the information*
*that we have date stamped as 5/30/07 from the insurance co.*

*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513)352-1515*

-----Original Message-----
| | |
|---|---|
| **From:** | Isaacs, Cherie |
| **Sent:** | Friday, July 06, 2007 12:56 PM |
| **To:** | Lenzly, Shirley |
| **Subject:** | RE: MSD/WIB Claims: Ada Washington |

WIB-1758; cleaned 5/11/07.  (You probably didn't get the claim on the very date it was received.  If you have a slightly later date, it might make more sense.  Otherwise, this offer is due Tuesday.)

The MSD crew found signs of surcharging (which is main line overload and capacity related).  Grease was also found in the line and that has been referred for investigation.

It appears that the main item she lost was carpet and padding.  Some items were damaged but she kept them.

---

**From:** Lenzly, Shirley
**Sent:** Tuesday, July 03, 2007 12:56 PM
**To:** Isaacs, Cherie
**Subject:** RE: MSD/WIB Claims: Ada Washington

*I have two received dates, but I'm going to go with 5/11/07.*

*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513)352-1515*

-----Original Message-----
**From:**   Isaacs, Cherie
**Sent:**   Tuesday, July 03, 2007 12:43 PM
**To:**     Lenzly, Shirley
**Subject:** RE: MSD/WIB Claims: Ada Washington

Yes, I can send info on both.  The first incident was in 2005 and the second in May of this year.

Can you provide the date you received this claim?

_____

**From:** Lenzly, Shirley
**Sent:** Tuesday, July 03, 2007 12:41 PM
**To:** Isaacs, Cherie
**Subject:** RE: MSD/WIB Claims: Ada Washington

*Cherie;*

*Will you send me information on both incidents please.*
*This a "repeat offender". We paid a claim for $15, 120.00 in Jan '06- for a claim from Dec. '05.*

*Thanks For Your Help.*

*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513)352-1515*

-----Original Message-----
**From:**   Isaacs, Cherie
**Sent:**   Tuesday, July 03, 2007 12:23 PM
**To:** Lenzly, Shirley
**Subject:**   RE: MSD/WIB Claims: Ada Washington

Can you provide me the date of receipt and date of occurrence, please?  We have 2 WIB incidents at this address.

_____

**From:** Lenzly, Shirley
**Sent:** Monday, July 02, 2007 1:00 PM
**To:** Isaacs, Cherie; Madden, Dennis
**Subject:** MSD/WIB Claims: Ada Washington

*Please send any information/reports on the WIB claim:*

*Ada Washington*

2

*11667 Mill Road*
*Cincinnati 45240*


*Shirley Lenzly*
*Support Services Specialist*
*City of Cincinnati*
*Law Department*
*(513) 352-1577*
*(513)352-1515*

# Home Furniture Co.

143 Court St.
Hamilton, OH. 45011
Tel (513) 868-2232
Fax (513) 868-2409

## SALES ORDER

Order No **28922**
Order Date **1/5/2006**
Sold By **John**

Delivery Date
**7/29/2006**
**Saturday**

*1758*
*5/11/07*

**SOLD TO:** Mrs. Ada Washington
11667 Mill Rd.
Cincinnati, OH 45240
(513) 742-4199

**SHIPPED TO:** Mrs. Ada Washington
11667 Mill Rd.
Cincinnati, OH 45240
(513) 742-4199

*The Following Items Are Listed on the Property Release Form*
*Claimant Kept Furniture*

| Qty Ord | Description | Price | Extended |
|---|---|---|---|
| 1 | Lancer 3201 Chair Pasha Scarlet | $1,039.99 | $1,039.99 |
| 1 | Pulaski Furniture Corporation 531143 Secretary Base 43x18x40 Pearl Essence | $1,729.99 | $1,729.99 |
| 1 | Pulaski Furniture Corporation 531144 Secretary Deck 38x12x46 Pearl Essence | $1,149.99 | $1,149.99 |
| 1 | Universal Furniture 609340 Executive Credenza 75Wx25Dx30H Rich Brown Mahogany | $2,989.99 | $2,989.99 |
| 1 | Universal Furniture 609320 Credenza Hutch 78Wx17Dx55H Rich Brown Mahogany | $2,489.99 | $2,489.99 |
| 1 | Silver 2468-08 Square End Table Cherry/Chrome | $400.00 | $400.00 |
| 1 | Don Scharnhorst 13710 Curio Cherry | $1,042.00 | $1,042.00 |

*This Furniture Stood in Water.*
*Husband Had Paid Balance (it was Recorded*
*in Check Book*

**Special Order**

**SPECIAL ORDERS ARE NOT SUBJECT TO CANCELLATION**

Availability of merchandise is estimated according to information on hand at the time order is written. · Seller shall not be responsible for delays in delivery of merchandise occasioned by manufacturer's scheduling, stock on hand, availability of materials, transportation difficulty or any other cause beyond the control of the seller.

**ALL SALES ARE FINAL · NO REFUNDS**

ALL EXCHANGES AND CANCELLATIONS ARE SUBJECT TO SELLER APPROVAL A minimum fee of 15% of the purchase price will be assessed (re-stocking fee) on seller approved returns, exchanges or cancellations. · Buyer assumes all risks associated with transportation of merchandise picked up. · Buyer agrees to measure doorways and stairways before ordering, as seller is not responsible for merchandise purchased that is too large to fit. · SELLER CAN DESIGNATE A DAY FOR DELIVERY, but not a specific time. · Seller cannot move, haul, or rearrange old furniture. · Seller makes no warranty beyond any written description itemized on this order. · Such disclaimer does not affect manufacturer warranty, if any. · Seller will assist the buyer in the exercise of all factory warranties. · BUYER LAYAWAYS ARE NOT SUBJECT TO CANCELLATION. · Buyer agrees to complete payment on schedule, or proceeds of prior payment(s) towards layaway may be forfeited.

| HOW PAID | DATE PAID | AMT PAID |
|---|---|---|
| Check | 1/5/2006 | $11,546.68 |



EXHIBIT
**B**

| | |
|---|---|
| SUBTOTAL: | $10,841.95 |
| DELIVERY: | $0.00 |
| TAX: | $704.73 |
| INVOICE TOTAL: | $11,546.68 |
| AMOUNT PAID: | $11,546.68 |
| TOTAL DUE: | $0.00 |

| BUYER AUTHORIZES ABOVE ORDER | MERCHANDISE RECEIVED IN GOOD CONDITION |
|---|---|
| X *Ada Washington* | X *Ada Washington* |

Metropolitan
Wastewater Collection Division

## COMPLAINT FORM

Date: 05/10/2007

Time: 23:40

Complaint #:    131174    Maximo #:211049    Received: RSO

## CALLER INFORMATION

Name: WASHINGTON JESSE SR & ADA

Agency: Private                                          Business Phone:

Address: 11667 MILL RD CINCIN                     Home Phone:    742-4199

## PROBLEM LOCATION

Address: 11667  MILL RD                              City/Township:FRSTPK

Nearest Intersection: MILL RD & MANDARIN DR

Detailed Location Information: USNG 1M:GJ1183352180

Condition Reported: Water - In - Basement

Comments: Water - In - Basement    SEE ACTION COMMENTS


Current Condition:  Water - In - Basement

## ON SITE INSPECTION

Date:  05/10/2007                                                    Unit Number: 433

   Dispatch Time: 23:47          Arrival Time: 00:05          Completion Time: 02:45

Condition Found: No Main Sewer Trouble

Action Taken:

Comments: WIBNow:Y P:N
CK'D 8'' SAN ML @ U/S MH 30911009 & D/S 30911004.  LINE SHOWS SIGNS OF SURCHARGE, BUT IS
DOWN NOW.  U/ SMH HAS LARGE CHUNKS OF GREASE IN MH & D/S MH HAS GREASE DEPOSITS.  A/ J.
HOMER OF SITUATION.  J. HOMER IS SENDING A F/V TO FLUSH ML.  WE PULLED C/'S O/S C/O &
C/O SHOWS SIGNS OF SURCHARGE ALSO.  WHILE WAITING FOR F/V WE RODDED C/'S H/T FROM O/S
C/O W/ A 3'' CUTTER.  WE DID NOT H/H.  WENT 30', WELL INTO ML WITH NO TROUBLE.  TOOL
CAME BACK EMPTY.  THE GREASE SEEMS TO BE COMING FORM KENSINGTON PARK LUXURY APARTMENTS.
REFER TO BE INVESTIGATED.  ERIC WITHERS  5/11/07
FLUSH VAC ARRIVED & FLUSHED ML & HEAVY GREASE WAS COMING INTO MH.  F/V MADE 3 PASSES &
GOT ML FLOWING.  ML WILL NEED TO BE CLEANED & TV'D.  ERIC WITHERS  5/11/07
SENT TO ETC FOR CLEANING @ 00:33.  JOE HOMER  5/11/07
REF. TO J. WEIMER FOR F/V, TV & GREASE INVESTIGATION.  E. REYNOLDS  5/11/07
ASSIGNED M # 01422-07 TO JJS TO F/V. ALSO TO MLM TO FV MLM. 5-15-07 TONY ROLLISON


Job Order:

   Last Referral:  JHW               Last Referral Date: 05/15/2007

          For:  Tv Main Line

## Final Disposition

By:                          Date:  /  /              Responsibility Of: Pending



EXHIBIT
C