FILED
JAMES BONINI
CLERK

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

07 NOV 20  PM 1: 29

UNITED STATES OF AMERICA, et al.,          :    CASE NO. C-1-02-107

       Plaintiffs,          :    JUDGE S. ARTHUR SPIEGEL
                                                                MAGISTRATE HOGAN

       -vs-          :

BOARD OF HAMILTON COUNTY          :    **REQUEST FOR REVIEW**
COMMISSIONERS, et al.,
                                                        :
       Defendants.
                                                        :

I, _Charles Thompson_ , request that the Court review my Water-in-

Basement claim, pursuant to the Court's February 2, 2006, Order.  Attached hereto is the

information detailing the nature of my dispute.

Respectfully submitted,

_Charles J. Thompson_
Signature

_Charles J. Thompson_
Name (print)

_11·10·07_
Date

*(EXAMPLE)*

CERTIFICATE OF SERVICE

I CERTIFY THAT THE A COPY OF THE FOREGOING DOCUMENT WAS SERVED ON
ALL PARTIES AND/OR THEIR COUNSEL ON __11/19/07__ VIA REGULAR FIRST
                                        *Date*
CLASS MAIL.

SIGNATURE

## RELEASE

THAT, Chuck Thompson, 3294 Greenway Avenue,  Cincinnati,OHio 45248, for the sole consideration of **ONE THOUSAND FOUR HUNDRED FOURTEEN AND  00 /100 DOLLARS ($1,414.00)**, received by her to her satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on June 2, 2007, 3294 Greenway Avenue, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2007.


_____
Chuck Thompson


WITNESSED BY:


_____

## CLAIMS REVIEW INFORMATION
## (MSD WATER-IN-BASEMENT PROGRAM)

➤ The Metropolitan Sewer District (MSD) created a Water-in-Basement (WIB) response program as part of a Federal Court Order to address problems with the Hamilton County sewer system.

➤ Under the WIB program, homeowners may have rights if they have sewer-related backups in their homes. For example, the City of Cincinnati and MSD must pay damages to homeowners caused by capacity-related backups.

➤ If you disagree with the City's decision on your claim, you may request a review of the decision by the Judge in Federal Court. Attached is a form that you can use to request a review.

➤ Information about completing the form:
- You should file your Request for Review within **90 days** from the date of the City's decision to file a Request for Review.
- If you need more than 90 days to prepare and file your Request for Review, contact the Legal Aid Ombudsman at (513) 362-2801 for information on how to request more time.
- To prepare and file your Request for Review form, you need to:
  - ❖ Describe the nature of your dispute;
  - ❖ Attach a copy of the City's decision;
  - ❖ Specify the part of the City's decision that you disagree with;
  - ❖ Attach any relevant information or documents that support your position (receipts, photos, etc.);
  - ❖ Indicate whether you want a hearing before the Judge, or whether you want to submit a claim on the documents alone. (Note: the City might request a hearing even if you don't want one!)
  - ❖ **File your form in Room 103 of the Federal Courthouse at 100 E. 5th Street, Cincinnati, 45202, and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.**

➤ The City has 30 days to file a response to your request for review.

➤ The Court should give you a hearing (if you want one) within 30 days of your request and a decision within 10 days of your hearing.

➤ The Ombudsman will not represent you at your Review Hearing. You can appear on your own, or you can bring an attorney.

➤ The Court will review all of the evidence presented by you and by the City or MSD. The Court can only consider your claim based on evidence you present (e.g., photos, receipts, etc.).

➤ **Call the Legal Aid Ombudsman at (513) 362-2801 if you have any questions or for more information.**

S:\LRF\WIB\Pro se\Request for Review Info 112106.doc

Dear Mr. Nelson:

On June 2, 2007 our basement, along with several others in our neighborhood was flooded with sewer back up. The City admitted being at fault for this flood. Our home owners insurance does not cover flooding or sewer back up. The city sent a letter that clearly states they will be responsible for the cost of what insurance does not cover, meaning the entire cost in our case.

MSD came and took thousands of dollars worth of our personal items saying they were unfit for us to keep. They kept a running list of the items and took pictures. While cleaning, the company took other items that MSD told me to record and turn the information in. I turned in the list and photos and the estimates for replacing or fixing the damage. My submission was approximately $18,000. Imagine my complete surprise when I was offered $1,414.00 for my claim. That amount will not even replace the FOUR-YEAR-old carpet in my basement!

My husband and I tried to be very fair with our claim, I did not claim some items that I had decided I no longer wanted and was going to sell or donate to charity, we got claims from the cheaper carpet and furniture stores rather than the expensive chains and we even got a friend to give us a very low quote to fix our walls as we are going to help with that (I then did not submit the $3000.00 quote from another contractor). However, had I known that we would be taken by the city; I would have gotten quotes for the most expensive things I could find!!! I even told my husband while our items were being bagged and placed in the garbage that I wondered if we would ever see the money the things were worth and should I not allow them to take everything without payment.

Last week we went to the courthouse and discuss the offer with Shirley (who sent the offer). She informed us that the items depreciate at 20% per year but that she had overlooked the carpet estimate, dry wall estimate and the tile removal estimate. I think she may have also overlooked a zero in her offer and meant to offer us $10,414.00 which we would have accepted and been happy with. I am not comfortable that she did not "overlook" other items and charges. We also received photos in our file that were not ours!

I have calculated, based on the 20% per year depreciation, that our actual offer should have been $10,484.00. Please see the attached information on the actual calculations. Shirley did inform us that carpet and dry wall and tile removal were not subject to the depreciation. We also lost some antiques that do NOT depreciate, rather appreciate. Some of the items were irreplaceable because of what they represent (such as our wedding 2 years prior).

I would also like to state that our closet in the basement still smells of mold and ick and my wedding dress, which was stored in there, is ruined. Obviously, that is not an item I can replace! I am also unhappy that the smell remains even after being cleaned by the city. The workers that they sent to dry the basement also broke our utility sink while removing our chest freezer that stopped working the day after the flood. I did not submit the freezer or the sink and I have only recently discovered my wedding dress has been ruined. If I had known of these items at the time, I would have submitted them. The chest freezer is shown in some of the pictures that are being submitted. I am including a photo of the wedding dress and the broken sink.

Because this has taken so long (over 5 months now), we would like to have at least the $10,484 that is the true depreciation calculation and I would like to have the chest freezer, which was 2 years old, my wedding dress, the utility sink, the closet cleaning and installation of the electronic eye included. (When I submitted my claim, I indicated that installation was not included, but that was ignored). This would add an additional $3200.00 to the claim.

We would like to have this settled as soon as possible as it has taken so long already, preferably on or before December 12, 2007.

Please contact me for clarification or further information.

Sincerely,

Jennifer L. Thompson
3294 Greenway Ave.
Cincinnati OH 45248
513-478-6187

| ITEM | COST | AGE | DEPRICIATION | FINAL VALUE |
|---|---|---|---|---|
| Carpet | 3600 | 4 | none | 3600 |
| Tile removal | 700 | | None | 700 |
| Walls | 460 | | None | 460 |
| Garage Eye | 180 | | None | 180 |
| Garage Carpet | 75 | | None | 75 |
| Furniture | 2300-2600 | 2 (one chair was 4) | | 2300 |
| Canned food | 32.80 | New | None | 32.80 |
| Sprite | 1.00 | New | None | 1.00 |
| Litter | 9.00 | New | None | 9.00 |
| Litter | 12.00 | New | None | 12.00 |
| Poster Frame | 18.00 | New | None | 18.00 |
| Holiday Light System | 75.00 | New | None | 75.00 |
| Shirts/underwear | 25.00 | New | None | 25.00 |
| Dog Food | 56.66 | New | None | 56.66 |
| Cat Food | 38.67 | New | None | 38.67 |
| Tent | 165.00 | New | None | 165.00 |
| Tic-Tac-Toe game | 25.00 | New | None | 25.00 |
| Longaberger Bskt X2 | 300.00 | | Appreciates | 300.00 |
| Pictures/artwork | 30.00 | | Appreciates | 30.00 (I went very low on these!) |
| Antique game | 25.00 | Antique | Appreciates | 25.00 |
| Wedding Flip-Flops | 25.00 | New | Irreplaceable | 25.00 |
| Futsul Table | 275 | Less 1 yr | None | 275 |
| Travel golf bag | 175 | Less 1 yr | None | 175 |
| Skate board | 50 | New | None | 50 |
| Bearing | 15 | New | None | 15 |
| Wheels | 50 | New | None | 50 |
| Snow boots | 45 | 6 mos | None | 45 |
| Hamper | 15 | New | None | 15 |
| Leather garment bag | 275 | 8-cannot get leather | 175 | 100 |
| Leather suitcases X2 | 200-260 each | 8 cannot get leather | 220 | 300 |
| Samsonite luggage | 260 | 5 | 60 | 200 |
| Tennis racquets X 2 | 175 each | 2 | 140 | 210 |
| Roller blades X2 | 320 | 1 | 195 | 120 |

| Nike tennis shoe | 75 | 1 | | Worth $7 |
|---|---|---|---|---|
| Loafers | 40 | 2 | | Worth $12 |
| Candles multi | 20-40 ea | Varies | If I totaled the value it would be MUCH higher | 50.00 |
| Jewelry cleaner | 40 | 2 | | 40 |
| Pillow | Gift | 3 | | Worth $5 |
| Hats | Varies | Varies | | Worth $3 |
| Sewing Machine | 400 | 2 | 160 | 240 |
| Entertainment Sys | 675 | 2 | 270 | 405 |
| Timberland boots | 125 | 3 | 75 | 50 |
| Snow Boots | | 50 | | 15 |
| Toys | | | Will accept | 25 |
| Cow Chair Cover | | | Will accept | 10 |
| Golf Umbrella | 25 | 1 | 5 | 20 |
| Hot Wheel city | 50 | 2 | 20 | 30 |
| Can Opener | 50 | 3 | Will accept | 5 |
| Legos | | | Will accept | 15 |
| Tupperware box X2 | Varies | Varies | If I totaled the value it would be MUCH higher | 30 |
| Misc Boxes | Varies | Varies | See above | 30 |
| Metal Fan | Cannot get metal | 2 | Will accept | 12 |
| Summer Clothes | Varies | Used one season | Will accept | 160.00 |
| Ladder | | 2 | Will accept | 4.00 |
| Ping Golf Covers-Cannot get | 25 ea | 4 | | 5.00 |
| Bowling Shoes | 35 | 4 | Will accept | 7.00 |
| Bowling Bag | 40 | 4 | Will accept | 8.00 |
| Shower Curtain | 75 | 1 | 15 | 60 |
| Leather Golf bag full size Cannot get leather | 200 | 4 | Do not make any longer | 150 |
| Leather golf bag Tour | 400 | 4 | Do not make any longer | 275 |
| Total: | | | | $10,484.00 |

This does not even list my wedding dress as I did not discover that it was ruined until later when the closet smell got so bad. It also doesn't cover getting the smell out of the closet! The men who cleaned the basement also broke the connection on my utility sink while removing the chest freezer that stopped working the day after the flood. These items are: Wedding dress-irreplaceable cost me $3000.00, Chest freezer, 2 years old- $550, Sink repair $250, Closet mold removal $300-500, Garage door installation 1-3 hours at $150/hour.

# City of Cincinnati



---

Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

October 30, 2007

J. Rita McNeil
*City Solicitor*

Charles J. Thompson
3294 Greenway
Cincinnati, Ohio 45248

### Re: MSD/WIB CLAIM

Dear Mr. Thompson:

Please allow this to serve as a response to your request related to your Metropolitan Sewer District/ Water-In-Basement claim.

If you have any questions, please do not hesitate to call me at 513-352-1577.

Sincerely,

Shirley Lenzly
Claims Manager

Equal Opportunity Employer

## INFORMATION FOR REQUEST FOR REVIEW

Name: Charles J. Thompson

Address: 3294 Greenway Ave.
Cin OH 45248

Phone: 513·478·6187

Nature of dispute and description of your disagreement (attach additional pages if necessary):

The city admitted fault & The paperwork states we will receive reasonable amounts to repair & replace our property. 81,414.00 is not even enough to get the walls replaced, painted & tile removed. We lost carpet, personal items, etc.

All Estimates were only good for 90 Days!!!

Date of City's decision (please attach): 10·30 - 2007

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

I want my basement back to normal according to their admission & " will pay to replace/repair any lost property".

Check one:

☒ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Charles J Thompson

Date: 11·10·07

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.

S:\LRF\WIB\Pro se\Request For Review 112106.doc



**METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI**

1600 Gest Street
Cincinnati, Ohio 45204
513·244·1300
www.msdgc.org

Robert J. Campbell, P.E., DEE
*Director*

James A. Parrott
*Deputy Director*

November 6, 2007

Dear MSD Customer,

On June 2, 2007, areas on the west side of Hamilton County experienced a major rain event that caused the sewer system in some of those areas to become overloaded. As a result, multiple homes experienced water-in-basement through floor drains or toilets. The rain event that occurred on that day was well beyond what the sewer system was originally designed to handle. In January 2004 MSD created a program called the "Water in Basement Prevention Program" or WIBPP to protect properties that suffer from chronic sewer back ups or whenever the public main sewer system would become overloaded due to a lack of capacity.

The June 2, 2007 storm was determined to be greater than a "100-year Storm". This means that statistically, there is less than a 1% chance of a storm of this magnitude occurring in a given year. MSDGC sewers are typically built to convey smaller, more frequent storms. Subsequent to the June 2, 2007 storm, your property was reviewed to determine if it met criteria that would make it eligible for inclusion into the WIBPP. Your home and the sewer system in the area affected on June 2 have no previous MSD complaint history of capacity problems, from the public main sewer. MSD is currently performing a "Level of Service" study, which will help us to determine if the sewer system in your area is adequately sized to convey the stormwater.

MSD is offering a solution until the "Level of Service" issue is resolved for your home, and others, that did experience a back up because of the June 2 rain event. This solution is considered a "temporary" solution, in that if the sewer system in your area is deemed to not meet an appropriate "Level of Service", a capital project would be initiated to upgrade the sewers. If you are interested in this solution to protect your home, please contact the MSD consultant that manages the WIBPP for MSD, R.D. Zande and advise them you would like to consider the temporary protection MSD is offering.

R.D. Zande & Associates Inc.
Contact person: Mandy Geier
Phone: 769-5009

Sincerely,

*Gary H. Mills*

Gary H. Mills
Engineering Technical Supervisor
Metropolitan Sewer District of Greater Cincinnati
Water In Basement Prevention Program
1600 Gest St.
Cincinnati, Ohio 45202
513-244-1358

*Customer Service*
513·352·4900

*Emergency Service*
513·352·4900



*Equal Opportunity Employer*

Proposal

# P 1 COMPANY, INC.

## MOLD REMEDIATION

*ASBESTOS ABATEMENT•LEAD PAINT ABATEMENT*

07/...2. ... 1:34

### 5178 CROOKSHANK • CINCINNATI, OHIO 45238 • 513/615-9224 • FAX 513/922-1193

| PROPOSAL SUBMITTED TO | | PHONE | DATE |
|---|---|---|---|
| Chuck Thompson | | 513 478 6187 | 6-27-07 |
| STREET | | JOB NAME | |
| 3294 Greenway | | Same | |
| CITY, STATE AND ZIP CODE | | JOB LOCATION | |
| Cincinnati, Ohio 45248 | | Basement | |
| ATTENTION | DATE OF PLANS | | JOB PHONE |
| *Chuck* | | | |

We hereby submit specifications and estimates for:


    P 1 Company will provide all labor and material to perform the following work:


           Set up area .
           Remove and dispose of damaged floor tile in basemen
           Clean up upon completion


           **TOTAL QUOTE**------------------------------------------------**$ 700.00**


**We Propose** hereby to furnish material and labor - complete in accordance with above specifications (all options extra),  for the sum of:

                    dollar    ($    **700.00**    ).

Payment to be made as follows:
  Due upon completions


All material is guaranteed to be as specified.  All work to be completed in a workmanlike manner according to standard practices.  Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents or delays beyond our control.  Owner  to carry fire, tornado, and other necessary insurance .  Our workers are fully covered by Workmens Compensation insurance.

Authorized
Signature

                Roy Rodgers

Note:  This proposal may be
withdrawn by us if not accepted within   **Twenty (20)**   days.

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and are hereby accepted.  You are authorized to do the work as specified.  Payment will be made as outlined per terms & conditions on reverse side.

Signature

Date of Acceptance:                                   Signature

(7)    **Diminution in Value:** Did you sell or have you tried to sell the property since the WIB? Do you believe that you received or were offered less than the full value because of the WIB incident? If so, please provide a report from an appraiser or other qualified professional quantifying the reduction in value attributable to the property's WIB status. Please also include any sale contracts or offers, as well as any declarations, documents or other evidence the you believe supports your claim.

N/A

*Additional Diminution in Value Claim Questions*:

Have you applied for MSD's WIB Prevention Program? If so, what was the result of your application? If not, why not?

Unaware of program until now.

In connection with the WIB situation that has given rise to your diminution in value claim, have you undertaken any other mitigation measures? If so, please describe below and attached any reports from engineers or other qualified professionals documenting the mitigation measures.

1/1/2006

## *OTHER POTENTIAL CLAIMANTS.*

*We request this information in order to identify any other persons who may have claims for damages as the result of the WIB. Please complete any applicable section.*

(A)     **RENTERS.** If you rent the property that experienced the WIB, please provide the following information about your landlord:

Name: _____

Address: _____

City: _____     State: _____

Phone Number: _____

(B)     **LANDLORDS:** If you own the property that experienced the WIB:

(1)     Please provide the following information about each tenant, **co-owners, land contract holders** whom you believe may have incurred damage to personal property as a result of the WIB (attach a separate sheet of paper if necessary):

Name: _____

Address: _____

Telephone Number: _____     Unit #: _____

(2)     Please provide the following information:

Is the property held in the name of a corporation, partnership,     _____ Yes
or other entity, rather than by individuals?     _____ No

If yes, provide the name of the entity that owns the property?

_____

(3)     Please provide the following information about how we can contact you:

Address: 3294 Green way Ave

City: Cincinnati     State: OH   45248

Phone Number(s): 513·478·6187
513·478·3358

7





**CINCINNATI REGIONAL OFFICE**
300 E-Business Way, Suite 250
Cincinnati, Ohio 45241-2383

Mail: PO Box 621106, Cincinnati, OH 45262-1106
Toll-free: 1-888-648-6422
Claims Fax: 1-866-847-1554
Sales/Service Fax: 1-513-489-3943

July 18, 2007

Mr. Charles J. Thompson
Mrs. Anna Thompson
3294 Greenway
cincinnati OH 45248


        Homeowners Policy: 680234-20QU

Dear Mr. Thompson:

        This will confirm our recent telephone conversation.  Be
advised your homeowners insurance policy does not have coverage
for flood or water back up of sewers and drains.


                    Very truly yours,



                    Sandra L. Smith
                    Account Representative
                    Amica Mutual Insurance Company
                    ssmith5@amica.com

*22D7

# CUSTOMER COPY

## McSwain Carpets

*Thank you for selecting McSwain Carpets to provide your floor covering needs.*

**DATE WRITTEN** 6/19/07

**SALESPERSON** Brian Carter

**CUSTOMER ACCOUNT #**

| | |
|---|---|
| NAME | CHUCK Thompson |
| ADDRESS | 3287 Greenway |
| CITY | ST | ZIP 4528 |
| HOME PHONE | 478-8.91 |

SHIP TO:
JOB # OR NAME
ADDRESS

TAXABLE Y / N   AUTH   ST   COUNTY   CITY

AUTH: YES / NO   X
ST: YES / NO
COUNTY: YES / NO

PRE INSTALLATION
CHECKLIST DISCUSSED
MAXCARE EXTENDED SERVICE AGREEMENT   YES / NO

| PAD | DESCRIPTION | FIBER | COLOR | MILL | DESC. | COLOR | SIZE | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Install Berber Carpet & Hall | | | | | 154 SF | | 4.13 | | |
| | Install Berber Func | | | | 765 59 65 | | | | 3694.95 | |

| | |
|---|---|
| SUB TOTAL | |
| TAX | 76.3 % |
| SUB TOTAL | |

## Locations Serving You:

### Greater Cincinnati

| | |
|---|---|
| Blue Ash | (513) 786-8444 |
| Eastern Hills | (513) 474-5900 |
| Western Hills | (513) 451-9700 |
| Tylersville | (513) 759-8400 |
| Forest Fair | (859) 851-6977 |
| Florence, KY | (859) 525-8788 |

### Dayton

| | |
|---|---|
| Beavercreek | (937) 427-1930 |
| Centerville | (937) 433-6622 |

### RETAIL DIV. TERMS OF SALE

☐ 100% DEPOSIT   X

☐ CREDIT CARD
PAYMENT UPON
COMPLETION   X

☐ FINANCING

**ADDITIONAL ORDER FOR THIS CUSTOMER?**   YES ☐   NO ☐

**MY, CASH & CARRY REQUIREMENTS MET?**

**LEASE READ REVERSE.** Terms and conditions contained on reverse side are an integral part of this contract which purchaser agrees to. Purchaser's cancellation of this order is subject to a cancellation charge of 15% of the purchase price in accordance with the terms and conditions on the reverse side. **URCHASE CONTRACT.** By signing this form, purchaser enters into a binding contract with seller, subject to adjustments for current sales tax, estimates and conditions not covered under this agreement. This order is subject to the additional terms and credit approval if credit is applied for. The credit application is an integral part of this order. A service charge of 1.5% will be added to unpaid accounts.

The sewer back up damaged our garage and basement. We have not even lived in this house for a year yet. Most of our property was 2 years or less old as we just got married. There were several items that the men found that needed removed while cleaning that were not documented. When the ladies returned for the follow up they told us to list the items and to submit photos, I have them attached. There are some items in the photos that were removed that were not written down, and I have made notes on the photos of those items. Several of the items are irreplaceable in the form that we had. Some of the items I did not think were worth anything any longer.

Thank you,

Jennifer Thompson

## WIB PROPERTY OFFSITE DISPOSAL REPORT

**M S D**

WIB No. _181_

Customer Service Representative: _____

Customer Name: _Thompson_

Address: _3294 Greenway_  City: _____  Zip: _45294_

| Item Description | Quantity | Comments |
|---|---|---|
| Sprite (1) | 2 liter | ✓ |
| canned food | 41 cans | ✓ |
| holiday lights | 3 packs | ✓ |
| walls | | ✓ |
| carpet | | ✓ |
| padding | | ✓ |
| boots | 1 | timberland ✓ |
| tennis shoes | 1 | Nike ✓ |
| trophey | 1 | — |
| tupperware | 1 | half box full ✓ |
| pots/pans/misc | 1 | half box full ✓ |
| hatbox/hats rack | 1 | ✓ |
| box fan | 1 | ✓ |
| cat litter | 1 box | ✓ |
| magazines | 3 | — |
| can opener | 1 | ✓ |

Cleanup Contractor: _Berg_____  Date: _6-5-__

Employee Signature: _____

Customer Signature: _Jennifer S Thompson_

Printed Name: _Jennifer Thompson_  Date: _6-5-07_

By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.

Page ___ of ___

Revised 4/3/2006

# WIB PROPERTY OFFSITE DISPOSAL REPORT

**M S D**

WIB No. _1811_

Customer Service Representative: _____

Customer Name: _Thompson_

Address: _3274 Greenway_  City: _____  Zip: _95098_

| Item Description | Quantity | Comments | |
|---|---|---|---|
| garmet bag | 1 | | ✓ |
| suitcases | 2 | a set Ventura | ✓ |
| ~~carry ons suitcases~~ | | | |
| suitcase | 1 | Samsonite | ✓ |
| tennis rackets | 2 | | ✓ |
| roller blades | 2 | Chicago + Hotwheels | ✓ |
| snow boots | 1 | | ✓ |
| gym shoes | 1 | Nike | ✓ |
| flip flops | 1 | | ✓ |
| loafers | 1 | | ✓ |
| tic tac toe/bowling game | 1 | | ✓ |
| candles | 8 | | ✓ |
| jewelry cleaner | 1 | jewelite | ✓ |
| stuffed animal | 1 | | ✓ |
| lamp | 1 | | ✓ |
| straw hats | 2 | | ✓ |

Cleanup Contractor: _Buck Lee_  Date: _6·5·07_

Employee Signature: _____

Customer Signature: _Jennifer L Thompson_

Printed Name: _Jennifer L Thompson_  Date: _6·5·07_

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page ___ of ___

Revised 4/5/2006

# WIB PROPERTY OFFSITE DISPOSAL REPORT

WIB No. 1311

Customer Service Representative: Marcie + Tera
Customer Name: Charles Thompson
Address: 3594 Greenway    City: Green Twp    Zip: 45248

| Item Description | Quantity | Comments |
|---|---|---|
| Chairs | 2 | ✓ |
| Golf bags | 2 | Ping ✓ |
| Club covers | 38 | ✓ |
| Football table | 1 | pressed board legs ✓ |
| boxing game | 1 | electronic ✓ |
| Chair | 1 | ✓ |
| lamp shade | 1 | ✓ |
| Shelving unit | 1 | ✓ |
| end table | 1 | ✓ |
| hamper | 1 | ✓ |
| Shower curtain | 1 | ✓ |
| Cat litter | 1 bag | Tidy cat ✓ |
| Floor mat | 1 | — |
| dog toys | 3 | — |
| gloves | 2 | — |
| Cat food/dog food | CF → 1/4 bag Science diet | dog food 1/2 1b Science diet bag 1b prescription diet ✓ |

Cleanup Contractor: Brent Ley    Date: 5-5-07
Employee Signature: 
Customer Signature: Jennifer L Thompson
Printed Name: Jennifer L Thompson    Date: 6-5-07

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page ___ of ___    Revised 4/5/2006

*Friday → 4:00*
*follow-up*

# WIB PROPERTY OFFSITE DISPOSAL REPORT

**M S D**

WIB No. _1811_

Customer Service Representative: _____

Customer Name: _Thompson_

Address: _3194 Greeley_    City: _____    Zip: _45248_

| Item Description | Quantity | Comments |
|---|---|---|
| Knee pad | 1 kid | — |
| toys | sm. amount | ✓ |
| dress shoes | 2 pair | — |
| rubber boots | 1 pair | ✓ |
| wicker basket | 1 | — |
| Lite brite | 1 | ✓ |
| ~~toys~~ clothin | 1 | kid game ✓ |
| Hanes T-shirt + under wear | 1 | grocery bag unopened ✓ |
| tupperware + coffee mugs | 1 | Large box ✓ |
| nic-nacs | 2 Large box | miscellaneous ✓ |
| Candle holders | 1/4 Large box | ✓ |
| Craft supplies | 2 items | twine + fabric |
| rag sack | 2 | — |
| umbrella | 1 | ✓ |
| Shoes | 1 | mens tennis shoes ✓ |
| Sewing machine | 1 | White - heavy duty ✓ |

Cleanup Contractor: _Brockfest_    Date: _6-5-07_

Employee Signature: _____

Customer Signature: _Jennifer L Thompson_

Printed Name: _Jennifer L. Thompson_ Date: _6·5·07_

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page ___ of ___

Revised 4/11/2006

# M S D

## WIB PROPERTY OFFSITE DISPOSAL REPORT
### WIB No. _1811_

Customer Service Representative: _____

Customer Name: _Thompson_

Address: _3274 Greenlawn_   City: ____   Zip: _45211_

| Item Description | Quantity | Comments | |
|---|---|---|---|
| Bowling bag ball | 1 | | ✓ |
| Bowling Shoes | 1pr | Sportster | ✓ |
| Tent | | | ✓ |
| Stereo/Disc System | | | ✓ |
| Garage Carpet | | | ✓ |
| Golf travel bag | | | ✓ |
| Skateboard | | | ✓ |
| - trucks | | | ✓ |
| - wheels | | | ✓ |
| Pictures | | | ✓ |
| Poster Frame | | expensive | ✓ |
| Longaberger Baskets x2 | | | ✓ |
| | | | |
| | | | |
| | | | |
| | | | |

Cleanup Contractor: _____   Date: _6-6-07_

Employee Signature: _____

Customer Signature: _Jennifer D. Thompson_

Printed Name: _Jennifer Anthony-Thompson_   Date: _6-5-07_

By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.

Page ___ of ___   Revised 4/11/2006





Chest
Freezer
died








Tent
Unopened!













New, unopened



8/03



$20.00

$5.00






























$10.00

$20























Cannot purchase any longer
(Ping)
































## Services in Progress

**GLENWAY ANIMAL HOSPITAL**

Mrs. Jennifer Thompson

Patient: NOAH

Account:    6489
Date:   07/02/2007
Page:        1

| Date | Service/Item | Qty | | Price | Amount |
|------|--------------|-----|---|-------|--------|
| 07/02/2007 | CANINE T/D 25# | 1.00 | T | 56.66 | 56.66 |
| | | Tax | | | 3.68 |
| | | Net Total | | | 60.34 |

M+M painting Drywall Finishing
3547 Potomac Ave
Cincti, Ohio

| | PROPOSAL NO. |
|---|---|
| | SHEET NO. |
| | DATE |

**PROPOSAL SUBMITTED TO:**

NAME    Chuck Jennifer Thompson

ADDRESS    3294    Greenway St

Cincinnati, Ohio    45248

PHONE NO.    513 - 478 - 6187

**WORK TO BE PERFORMED AT:**

ADDRESS    3294    Greenway st

Cincinnati, Ohio    45248

DATE OF PLANS    June    24 - 2007

ARCHITECT

---

We hereby propose to furnish the materials and perform the labor necessary for the completion of _____ All Drywall

① to be Repaired in basement family Area And wash Room Area

② Prime And Paint all new dry wall to color

③ Replace paneling hang new up and trim

④ Replace trim Around Door

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work, and completed in a substantial workmanlike manner for the sum of $1,460.00

_____ Dollars ($ _____

with payments to be made as follows:    When work is completed

Respectfully submitted _____

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Per _____

Note - This proposal may be withdrawn
by us if not accepted within 30 day

---

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date

**Services in Progress**                                    **GLENWAY ANIMAL HOSPITAL**

Mrs. Jennifer Thompson                                      Account:    **6489**
                                                            Date:    07/02/2007
Patient: BUFFY                                              Page:    1

| Date | Service/Item | Qty | | Price | Amount |
|------|--------------|-----|---|-------|--------|
| 07/02/2007 | FELINE T/D 10# | 1.00 | T | 38.18 | 38.18 |
| 07/02/2007 | FELINE MAINT. PROF. PACK #20 | 1.00 | T | 38.67 | 38.67 |
| | | Tax | | | 4.99 |
| | | Net Total | | | 81.84 |

| | | | | | |
|---|---|---|---|---|---|
| **Customer** | | | | | |
| **Address** | Jennifer & Chuck Thompson | | **Home #** | | |
| | | | **Work #** | | |
| **City** | 3294 Greenway Ave | | **Cell #** | | |
| **State** | Center Ohio | **Zip** 45248 | **E-mail** | | |
| **Reservation #** 513 | | **Delivery** $ | | **Date** | |
| **Acct #** 478-6187 | | **Payment** HCS Code: | | or Citi: | |

| QTY | VENDOR | SKU or Merchandise Group # | DESCRIPTION | OA (✓) | PRICE |
|---|---|---|---|---|---|
| 1 | | 12513168 7 | classic chair | | 449.00 |
| 2 | | 135011455 | wing bk chair | | 369.00 |
| 1 | | 040061351 | book shelf | | 399.00 |
| 1 | | 185016719 | scroll lamp | | 129.00 |
| 1 | | 140022078 | end table | | 289.00 |
| | | | | | ~~~~~~ |
| | | | | | 1964.00 |
| | | Gold plan | | | 249.95 |
| | | | | | 2213.95 |
| | | | | | 143.90 |
| | | | Total | | 2357.85 |

Set up + delivery $79.95

2437.80

**DELIVERY INSTRUCTIONS:**

**SALES ASS**

**HAVERTYS®**
FURNITURE

**THERESA CIANCIOLO**
SALES CONSULTANT

11444 PRINCETON PIKE
CINCINNATI, OH 45246

Office: 513-671-4920
Fax: 513-671-4921

www.havertys.com

FORM #1022

Off
monday
+
Thursday



*[handwritten: for 5 years ... repair ... to ... replace]*
*[handwritten: My furniture was stained]*
*[handwritten: ??? $249.95]*

# HAVERTYS®
### MAKES IT HOME

## Gold In Home™
### FURNITURE PROTECTION
by GUARDSMAN

## HOUSEHOLD STAINS

**All Household Stains, such as:**
Food Stains
Beverage Stains
Human Bodily Fluids Stains
Pet Bodily Fluids Stains
Cosmetics/Lotion
Nail Polish
Nail Polish Remover
Bleach/Glue
Grease/Motor Oil
Paint/Crayon
Gum
Tar/Wax
Ink/Marker/Dye
Grass/Mud Stains

## HOUSEHOLD ACCIDENTS

Breakage
Burns
Chips*
Gouges*
Cracking and Peeling (leather)
Liquid Rings or Marks
Heat Marks
Cuts
Punctures
Rips
Tears

*Notify Guardsman within five business days of a stain or damage occurrence*

\* Must penetrate the finish

## STRUCTURAL DAMAGES

Checking or Bubbling of Finish
Cracking or Peeling of Finish
Breakage
Warping
Seam Separation

Loss of Silvering on Mirrors
Integral Electrical Components
Breakage, Chips, or
   Scratching of Mirrors

Lists are not all-inclusive. Refer to your Guardsman Protection Plan for details.
Notify Guardsman within five business days of a stain or damage occurrence. Contact Guardsman at 1-800-482-7340
to request service for the stain or damage.  Have your furniture sales receipt and the Protection Plan number ready.

#8687HAV   03/05
©2005 The Valspar Corporation