UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  Water in basement Request for Review by Claimant, Stefanie A. Mueller

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

_____

**ORDER SETTING HEARING ON claimant Stephanie A. Mueller's Request for Review (Doc.208) re: Water in Basement Program.**
_____

This matter has been set for a Hearing regarding Request for Review of Water-in Basement claim related to claimant:

Stefanie A. Mueller (Doc.208).

The hearing will be held on **Thursday, December 27, 2007 at 10:00 am** before U.S. Magistrate Judge Timothy S. Hogan in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513) 564-7650.

It is so ordered.

| | |
|---|---|
| 11/26/2007 | s/Timothy S Hogan |
| Date | Timothy S. Hogan |
| | United States Magistrate Judge |

cc:  Counsel
    Claimant Stefanie A. Mueller

awh

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Stefanie Mueller<br>3225 Westbrook Drive<br>Apartment 1<br>Cincinnati, OH 45238 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |  |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0001 0562 6486 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509

1:02cv107    (Doc. 213