

AH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

2007 DEC -6  10:42

USA, et al.,
    Plaintiff(s),

v.

Case No.  1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissioners, et al.,
    Defendant(s).

## CIVIL MINUTES

Hearing continued on claimant Ada Washington's (Doc.201) Request for Review of Water in Basement claim.
**before the**
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** Barlow Reporting Services, Lois Roell
**DATE:** 12/6/2007                **TIME:** 10:00 am

Attorney for Plaintiff(s): _____           Attorney for Defendant(s): _____

Ada Washington - Pro-Se π                    Terrance Nestor

### WITNESSES

### PROCEDURES

✓ Counsel Present.
✓ Arguments held on _claimant's Water-in basement claim (Doc. 201)_.

✓ Court's decision to follow.
___ Court ordered in open court that _____

___ Case continued to _____.
___ Exhibits admitted _____
Remarks: _____