

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-4437

Filed: December 05, 2007

UNITED STATES OF AMERICA, et al.,;

   Plaintiffs

THE SIERRA CLUB; MARILYN WALL

   Plaintiffs - Appellees

   v.

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF CINCINNATI

   Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 10/18/2007 the mandate for this case hereby issues today.

COSTS:  NONE

Filing Fee ........................$
Printing ..........................$

   Total ....................$