UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | Consolidated Case No. 1:02cv00107 |
| THE SIERRA CLUB; MARILYN WALL, | Judge Spiegel |
| Plaintiffs, | |
| v. | |
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF CINCINNATI, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Mark. A. Norman, Phillip J. Smith, Theodore A. Boggs and the law firm of Vorys, Sater, Seymour and Pease LLP hereby give notice of their appearance as trial counsel on behalf of defendant, the Board of County Commissioners of Hamilton County, Ohio.

Respectfully submitted,


s/Phillip J. Smith
Mark A. Norman      (0012033)
Phillip J. Smith       (0062942)
Theodore A. Boggs    (0032905)
VORYS, SATER, SEYMOUR AND PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, Ohio  45202
(513) 723-4000
(513) 723-4056 (Facsimile)
manorman@vorys.com
pjsmith@vorys.com
taboggs@vorys.com

Trial Attorneys for Defendant,
The Board of County Commissioners of
Hamilton County, Ohio

**OF COUNSEL:**

Nee Fong Chin        (0038095)
William P. Heile     (0024210)
HAMILTON COUNTY PROSECUTOR'S OFFICE
230 E Ninth Street
Suite 4000
Cincinnati, OH 45202-2151
(513) 946-3000
(513) 946-3017(Facsimile)
neefong.chin@hcpros.org
peter.heile@hcpros.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel, this 11th day of December 2007:

| | |
|---|---|
| D. David Altman<br>Amy J. Leonard<br>D. DAVID ALTMAN CO., LPA<br>15 East Eighth Street<br>Suite 200 W<br>Cincinnati, OH 45202 | Rita J. McNeil<br>Terrance A. Nestor<br>CITY OF CINCINNATI<br>801 Plum Street<br>Room 214 City Hall<br>Cincinnati, OH 45202 |
| Albert J. Slap<br>LAW OFFICE OF ALBERT J. SLAP<br>816 Glen Eagle Drive<br>Aspen, CO 81611 | Leslie Allen<br>Environmental Enforcement Section<br>Environment and Natural Resources Div<br>UNITED STATES DEPARTMENT OF JUSTICE<br>P.O. Box 7611<br>Washington, DC 20044-7611 |
| Gregory Lockhart<br>UNITED STATES ATTORNEY'S OFFICE<br>PO Box 280<br>200 W Second Street<br>Room 602<br>Dayton, OH 45402 | Thomas L Sansonetti<br>Assistant Attorney General<br>Environment and Natural Resources Div<br>UNITED STATES DEPARTMENT OF JUSTICE<br>10th & Pennsylvania Avenue N.W.<br>Washington, DC 20530 |
| Gary Prichard<br>Associate Regional Counsel<br>US EPA<br>Region 5 (C-14J)<br>77 West Jackson Blvd<br>Chicago, IL 60604-3590 | Donetta D. Wiethe<br>U.S. DEPARTMENT OF JUSTICE<br>Suite 400, Atrium Two<br>221 East Fourth Street<br>Cincinnati, OH 45202 |
| Caleb Brown, Jr.<br>527 Linton Street<br>Cincinnati, OH 45219 | J. Steven Justice<br>TAFT, STETTINIUS & HOLLISTER<br>110 North Main St., Suite 900<br>Dayton, OH 45402 |

Arthur W. Harmon, Jr.
HARMON, DAVIS & ASSOCIATES
1200 Cypress Street
Cincinnati, OH 45206

Margaret A. Malone
OHIO ATTORNEY GENERAL
Environmental Enforcement Section
30 East Broad Street
25th Floor
Columbus, OH 43215-3428

Jessica L. Powell
LEGAL AID SOCIETY OF CINCINNATI
215 East Ninth Street
Suite 200
Cincinnati, OH 45202-2122

      s/Phillip J. Smith
      Phillip J. Smith    (0062942)