UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | : |
| Plaintiffs, | : Consolidated Case No. 1:02cv00107 |
| THE SIERRA CLUB; MARILYN WALL, | : Judge Spiegel |
| Plaintiffs, | : |
| v. | : |
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF CINCINNATI, | : |
| Defendants. | : |

### NOTICE OF SETTLEMENT OF ALL ISSUES PERTAINING TO APPEAL OF ORDER GRANTING MOTION FOR ATTORNEYS' FEES

Plaintiffs, Sierra Club and Marilyn Wall, and defendants, the Hamilton County Board of County Commissioners and the City of Cincinnati, hereby give notice that they have settled all issues pertaining to the Motion For Attorney Fees And Costs By Plaintiffs The Sierra Club And Marilyn Wall (Doc. 136), the Opinion And Order Granting Motion For Attorney Fees And Costs (Doc. 144), and raised in the Notice of Appeal (Doc. 146). The claims of the plaintiffs having been compromised and satisfied, the parties stipulate and agree that the Court need not take any further action pursuant to the remand from the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

<div style="column-count:2">

s/D. David Altman by Phillip J. Smith per authorization
D. David Altman     (0021457)
Amy J. Leonard      (0040611)
Amy M. Hartford     (0074836)
D. DAVID ALTMAN CO., LPA
15 E. Eighth Street
Suite 200W
Cincinnati, OH 45202
Telephone: 513-721-2180
Facsimile: 513-721-2299

Albert J. Slap, Esq.
LAW OFFICE OF ALBERT J. SLAP
36 Glengarry Drive
Aspen, CO 81611

Attorneys for Plaintiffs,
Sierra Club and Marilyn Wall

s/Phillip J. Smith
Mark A. Norman      (0012033)
Phillip J. Smith    (0062942)
Theodore A. Boggs   (0032905)
VORYS, SATER, SEYMOUR AND
  PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, Ohio 45202
Telephone: 513-723-4000
Facsimile: 513-723-4056
manorman@vorys.com
pjsmith@vorys.com
taboggs@vorys.com

Nee Fong Chin       (0038095)
William P. Heile    (0024210)
HAMILTON COUNTY PROSECUTOR'S
  OFFICE
230 E Ninth Street
Suite 4000
Cincinnati, OH 45202-2151
Telephone: 513-946-3042
Facsimile: 513-946-3018
E-mail: neefong.chin@hcpros.org

Attorneys for Defendant,
The Board of County Commissioners of
Hamilton County, Ohio


s/Julia L. McNeil by Phillip J. Smith per authorization
Julia L. McNeil     (0043535)
Terrance A. Nestor  (0065840)
CITY OF CINCINNATI
801 Plum Street
Room 214 City Hall
Cincinnati, OH 45202
Telephone: 513-352-3334
E-mail: terry.nestor@cincinnati-oh.gov

Attorneys for Defendant,
The City of Cincinnati

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel, this 11th day of December 2007:

Gregory Lockhart
UNITED STATES ATTORNEY'S OFFICE
PO Box 280
200 W Second Street
Room 602
Dayton, OH 45402

Leslie Allen
Environmental Enforcement Section
Environment and Natural Resources Div
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC 20044-7611

Gary Prichard
Associate Regional Counsel
US EPA
Region 5 (C-14J)
77 West Jackson Blvd
Chicago, IL 60604-3590

Thomas L Sansonetti
Assistant Attorney General
Environment and Natural Resources Div
UNITED STATES DEPARTMENT OF JUSTICE
10th & Pennsylvania Avenue N.W.
Washington, DC 20530

Caleb Brown, Jr.
527 Linton Street
Cincinnati, OH 45219

Donetta D. Wiethe
U.S. DEPARTMENT OF JUSTICE
Suite 400, Atrium Two
221 East Fourth Street
Cincinnati, OH 45202

Arthur W. Harmon, Jr.
HARMON, DAVIS & ASSOCIATES
1200 Cypress Street
Cincinnati, OH 45206

J. Steven Justice
TAFT, STETTINIUS & HOLLISTER
110 North Main St., Suite 900
Dayton, OH 45402

Margaret A. Malone
OHIO ATTORNEY GENERAL
Environmental Enforcement Section
30 East Broad Street
25th Floor
Columbus, OH 43215-3428

Jessica L. Powell
LEGAL AID SOCIETY OF CINCINNATI
215 East Ninth Street
Suite 200
Cincinnati, OH 45202-2122

                                                s/Phillip J. Smith
                                                Phillip J. Smith