# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In re: Water in Basement Request for Review by Claimant, Charles Thompson,

Case No. 1:02cv107

**ORDER SETTING HEARING ON claimant Charles Thompson's Request for Review (Doc.212) re: Water in Basement Program.**

This matter has been set for a Hearing regarding Request for Review of Water-in-Basement claim related to claimant:

Charles Thompson (Doc.212).

The hearing will be held on Wednesday, January 16, 2008 at 10:00 am before U.S. Magistrate Judge Timothy S. Hogan in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513)564-7650.

It is so ordered.

Date: 12/13/2007        s/Timothy S. Hogan
awh    December 13, 2007    TIMOTHY S. HOGAN
                            United States Magistrate Judge

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Charles Thompson<br>3294 Greenway Ave.<br>Cinti, OH 45248 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 1490 0001 0562 6523 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509

1:02cv107 - Doc. 223