**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO.: C-1-02-107 |
| | : | |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | : | MAGISTRATE HOGAN |
| v. | : | |
| | : | REQUEST TO VACATE THE |
| | : | HEARING DATE FOR THE |
| BOARD OF HAMILTON COUNTY | : | CHARLES THOMPSON |
| COMMISSIONERS, et al. | : | REQUEST FOR REVIEW |
| | : | |
| Defendants. | : | |

The City and County Defendants respectfully request this Court vacate the January 16, 2008 hearing date for the following reasons:

1. Mr. Thompson filed a Request for Review with the United States District Court Southern District of Ohio on November 7, 2007.

2. The City of Cincinnati, re-evaluated Mr. Thompson's claim and responded to his Request for Review on December 7, 2007 with a new offer.

3. Mr. Thompson called the City of Cincinnati on December 14, 2007 and accepted the City's new offer of $7,000.00 for full and final settlement of his Water In Basement claim.

4. The City of Cincinnati respectfully requests this Court vacate the January 16, 2008 hearing and allow the City to tender its settlement for $7,000.00.

**Respectfully submitted,**


**JULIA L. MCNEIL (0043535)**
**City Solicitor**

/s/ Nicole L. Sanders
Nicole L. Sanders, (0077186)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3327
Fax (513) 352-1515
E-Mail:Nicole.sanders@cincinnati-oh.gov.
Trial attorney for Defendants


**CERTIFICATE OF SERVICE**

    I hereby certify that on December 16, 2007 a true and accurate copy of the foregoing Response was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

   /s/ Nicole L. Sanders
   Nicole L. Sanders  (0077186)
   Assistant City Solicitor

2