UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | : : : |
| *Plaintiffs*, | : Consolidated Case No. 1:02cv00107 : : Judge Spiegel |
| THE SIERRA CLUB; MARILYN WALL, | : : : |
| *Plaintiffs*, | : : |
| v. | : : : |
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF CINCINNATI, | : : : : |
| *Defendants*. | : |

**NOTICE OF SETTLEMENT OF ALL ISSUES PERTAINING TO
APPEAL OF ORDER GRANTING MOTION FOR ATTORNEYS' FEES**

Plaintiffs, Sierra Club and Marilyn Wall, and defendants, the Hamilton County Board of County Commissioners and the City of Cincinnati, hereby give notice that they have settled all issues pertaining to the Motion For Attorney Fees And Costs By Plaintiffs The Sierra Club And Marilyn Wall (Doc. 136), the Opinion And Order Granting Motion For Attorney Fees And Costs (Doc. 144), and raised in the Notice of Appeal (Doc. 146). The claims of the plaintiffs having been compromised and satisfied, the parties stipulate and agree that the Court need not take any further action pursuant to the remand from the United States Court of Appeals for the Sixth Circuit.

220