UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : : : | CASE NO.: 1:02-cv-00107 |
| Plaintiffs, | : : | JUDGE S. ARTHUR SPIEGEL MAGISTRATE HOGAN |
| v. | : : | NOTICE OF SETTLEMENT |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al. | : : : | |
| Defendants. | : | |

The City and County Defendants ("the MSD") hereby notify the Court that the issues raised by Stefanie Muller in her Motion for Review (Doc #208) have been resolved. The City's letter confirming the settlement is attached as Exhibit A. The City of Cincinnati respectfully requests that the court vacate the hearing set for tomorrow at 10:00 a.m.

          **Respectfully submitted,**

          **JULIA L. MCNEIL (0043535)**
          City Solicitor

          */s/ Terrance A. Nestor*
          Terrance A. Nestor (0065840)
          Assistant City Solicitor
          Room 214, City Hall
          801 Plum Street
          Cincinnati, Ohio 45202
          Ph.   (513) 352-3327
          Fax.  (513) 352-1515
          E-mail: terry.nestor@cincinnati-oh.gov
          Trial Attorney for Defendants

**CERTIFICATE OF SERVICE**

  I hereby certify on December 26, 2007 a true and accurate copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                 */s/ Terrance A. Nestor*
                 **Terrance A. Nestor** (0065840)
                 Sr. Assistant City Solicitor