# City of Cincinnati



---

Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX  (513) 352-1515

J. Rita McNeil
*City Solicitor*

December 26, 2007

Stefanie A. Mueller
3225 Westbrook Dr., Apt. 1
Cincinnati, Ohio 45238

      **Re:  Request for Review/Federal Court**

Dear Ms. Mueller:

Per our discussion earlier today, I am writing to confirm that you have accepted the City's offer to resolve this case.  Also, at your request the check will be sent to the following address:

      Stefanie Mueller
      1085 Tony Court
      Cincinnati, Ohio 45238

I will notify the Court by an electronic filing.  Thank you for your patience as this matter was resolved.

Very truly yours,

Terrance A. Nestor
Assistant City Solicitor



Equal Opportunity Employer