UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff(s),

v.

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
    Defendant(s).

---

### ORDER

---

    The matter is before the Court on the City and County defendants' Notice of Settlement of Water in Basement claim filed by Stefanie A. Mueller (Doc.226). This court having been contacted telephonically by City counsel (Terrance Nestor) indicating that this matter has been settled, the Court hereby vacates the December 27, 2007 hearing date set in this matter. Claimant Stefanie A. Mueller's Motion for Review shall be terminated upon the docket of this Court (Doc.208).

IT SO ORDERED.

12/27/07
Date

TIMOTHY S. HOGAN
U.S. Magistrate Judge

awh    December 27, 2007