**CERTIFIED MAIL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS



7007 1490 0001 0562 6486



016H26506354

$05.38⁰
11/26/2007
Mailed From 45202
US POSTAGE

L/N 11/27/07

 UNCLAIMED

Stephanie Mueller
3225 Westbrook Drive
Apartment #1
Cincinnati, OH 45238

NIXIE      450  DC 1       00 12/26/07
        RETURN TO SENDER
           UNCLAIMED
        UNABLE TO FORWARD
BC: 45202397699      *2115-18704-26-35

UNCLAIMED