UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,
    Plaintiff(s),

v.

Board of Commissioners Hamilton
County, Ohio, et al.,
    Defendant(s)

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

## CIVIL MINUTES

Hearing re: Claimant Charles Thompson's Water in Basement claim (Doc.212)

before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** Official Reporter, LaCartha Pate – Draper + Destricher Rptg.
**DATE:** January 16, 2008      **TIME:** 10:00 am

Attorney for Plaintiff(s): Charles Thompson, claimant

Attorney for Defendant(s): Terrance Nester, City of Cinti; Nicole Sanders

### WITNESSES

### PROCEDURES
_X_ Counsel Present + claimant Charles Thompson
_X_ Arguments heard on Claimant's Water in basement claim (Doc 212)
_X_ Court's decision to follow.
___ Court ordered in open court that _____

Remarks: