# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA, et al.

    V.

HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS, et al.

Case Number: 1:02-cv-00107

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers, Room 838 |
| | DATE AND TIME<br>APRIL 3, 2008 at 2:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Donetta Wiethe, Esq.   Gregory Lockhart, Esq.   Leslie Allen, Esq.   Thomas Sansonetti, Esq.
 Margaret Malone, Esq.   Gary Pritchard, Esq.   Albert J. Slap, Esq.   Amy Leonard, Esq.
 Dennis Altman, Esq.   Lance Himes, Esq.   Joseph Justice, Esq.   Nee Fong Chin, Esq.
 William Heile, Esq.   Christopher Buckley, Esq.   Peter Murphy, Esq.