IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>THE STATE OF OHIO AND OHIO )<br>VALLEY WATER SANITATION )<br>COMMISSION, )<br>  ) <br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>THE BOARD OF COUNTY  )<br>COMMISSIONERS OF  )<br>HAMILTON COUNTY, OHIO  )<br>AND THE CITY OF CINCINNATI, )<br>  )<br>  Defendants.  ) | Civil Action No. C-1-02-107<br><br>Judge S. Arthur Spiegel<br><br><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Louis L. McMahon, Esq. hereby appears as one of the attorneys of record for the City of Cincinnati, Ohio in the above captioned case. Please direct all future pleadings, filings, notices and correspondence to Mr. McMahon at the address listed below.

Respectfully submitted,

*/s/ Louis L. McMahon*
Louis L. McMahon (#0067378)
Louis.McMahon@Thompsonhine.com
THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500 - Phone
(216) 566-5800 – Fax

*One of the Attorneys for*
*City of Cincinnati, Ohio*

11331115.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2008, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

                                          */s/Louis L. McMahon*
                                          *One of the Attorneys for*
                                          *City of Cincinnati, Ohio*