UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : : : | NO. 1:02-CV-00107 |
| Plaintiffs, | : : : | **OPINION AND ORDER** |
| v. | : : : | |
| BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, et al., | : : : | |
| Defendants. | | |

Pursuant to the Consent Decree in this matter, Defendants agreed to submit a "Long Term Control Plan Update Report" by June 30, 2006, to U.S. EPA/OHIO EPA/ORSANCO for review, comment, and approval (doc. 131).  The Court now ORDERS counsel for Defendants to submit a status report with the Court detailing their compliance with this deadline, as well as the status of the Long Term Control Plan.  This report shall be filed no later than May 1, 2008.

SO ORDERED.

Dated: April 9, 2008        /s/ S. Arthur Spiegel

                            S. Arthur Spiegel
                            United States Senior District Judge