UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, et al.,

       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF HAMILTON COUNTY, OHIO, et al.,

       Defendants.

NO. 1:02-CV-00107

**OPINION AND ORDER**

Due to the Court's recent Order (doc. 235), requiring defense counsel to submit a status report by May 1, 2008, the Court finds it proper to VACATE the status conference currently scheduled for April 17, 2008. After reviewing the status report, the Court will reschedule the conference, if necessary.

SO ORDERED.

Dated: 4/10/08

S. Arthur Spiegel
United States Senior District Judge