**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

08 MAY 14  AM 9: 07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |
| | : | |

I, _Victoria Patman_ _Mario Harris_ , request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order.   Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_Victoria Patman_
_Mario Harris_
Signature

_Victoria Patman_
_MARIO HARRIS_
Name (print)

_4-18-08_
Date

# Declarations

**POLICY NUMBER** 71.938525-50

**EFFECTIVE DATE** 05/08/07

**ISSUE** 01 (05/18/07)



**PAGE** 1

**STANDARD TIER**

---

**NAMED INSURED**

VICTORIA PATMAN
1252 ROSS AVE
CINCINNATI OH 45205-1356

This Declarations together with the forms listed in the Schedule of Forms and Endorsements complete the above numbered policy.

**POLICY PERIOD**
From    05/08/07    to    05/08/08

This policy period begins and ends at 12:01 A.M. Standard Time at the residence premises as stated in the policy.

---

| *Insured Residence Premises* | *Description of Dwelling* | |
|---|---|---|
| 1252 ROSS AVE<br>CINCINNATI OH 45205<br><br>County: HAMILTON | Year Built | 1945 |
| | Construction | MASONRY |
| | Number of Families | 001 |

---

## *Coverage Description and Limits of Liability*

| Section I Coverages | Limit | Section II Coverages | Limit |
|---|---|---|---|
| A. Dwelling | $ 95,000 | E. Personal Liability | $ 100,000 Each Occurrence |
| B. Other Structures | 9,500 | F. Medical Payments to Others | 2,000 Each Person |
| C. Personal Property | 66,500 | | |
| D. Loss of Use | 19,000 | | |
| **Section I Deductible** | 500 Per Occurrence | | |

---

| *Premium Summary* (This is not a billing) | *Activity* |
|---|---|
| BASIC POLICY PREMIUM                 555.00 | NEW POLICY |
| TOTAL ADDITIONAL PREMIUM             110.00 | |
| TOTAL POLICY PREMIUM                 665.00 | |
| CREDITS: PAYMENT RECEIVED            665.00 | |
| | |
| ACCOUNT NUMBER: AAAW251205 | |

HO 7001 01 95



**Motorists Mutual Insurance Company®**
471 East Broad Street, Columbus, Ohio 43215-3861

**TIM ZINSER INSURANCE AGCY**

5310 GLENWAY AVE
CINCINNATI OH 45238
(513)451-8898



# Metropolitan Sewer District of Greater Cincinnati
## Wastewater Collection Division
## Project Tracking Form

**M  S  D**

**Project No.** __00682-08__    **Priority: 1**    **Enter Date:** 01/31/2008

---

**Complaint Tracking Information**

**Date:**    **Address:** No Complaint Available

---

**Address:**

1252  ROSS AV

**Intersection:**

ROSS AV & MAYFIELD AV

**Mun_twnshp** CINC_____    **Sub_area** EPRICE____

**Location**
ALREADY LOCATED AND MARKED, SEE TAP LOCATION
SHEET.

**Manhole From:** 25005011____

**Manhole To:**  25012027____

**Condition Reported** (Max of 50 Char.)

WIB: BROKEN DOWN IN R/W.

**Charge_to:** _____
_____
_____

**Contractor:** _____

**Sub Contractor:** _____

**Contract No. /
Cost Center:** _____

**Project
Engineer
/Supervisor:** PHIL WEIMER

**Project
Inspector:** _____

**Crew Leader/
Foreman:** NATE POWERS

**Project Classification**

MSD Project

| | |
|---|---|
| ☐ Main Line New Installation | ☐ Manhole New Installation |
| ☐ Main Line Replacement | ☐ Manhole Replacement |
| ☐ Main Line Repair | ☐ Manhole Repair |
| ☐ Main Line Bulk Head | ☐ Manhole Rehabilitation |
| ☐ Main Line Fill, Seal and Abandon | |
| ☐ Force Main Replacement | ☐ Manhole Raise |
| ☐ Force Main Repair | ☐ Encasement Installation |
| ☐ Force Main Valve Replacement | ☐ Encasement Repair |
| ☐ Force Main Valve Repair | ☐ Cleanout Installed |
| ☐ Low Pressure Force Main Replacement | |
| ☐ Low Pressure Force Main Repair | |
| ☐ Low Pressure Force Main Valve Replacement | |
| ☐ Low Pressure Force Main Valve Repair | |
| ☐ Building Lateral New Installation | |
| ☒ Building Lateral Replacement | |
| ☐ Building Lateral Repair | |
| ☐ Building Lateral Relocate | |

**Other** _____

**Start:** __01/31/2008__   **Finish:** __02/04/2008__ ✓

**Estimated Days to Complete:**   3.0

**Cut Size: Length**    6    **Width**    4

**Number Of Cuts:**    1    **Avg_depth**    8.0

**Street Opening Permit:** T200800553

**Utilities:** _____

**Water Works:** _____

---

**OVERALL PROJECT DIFFICULTY:**  DIFFICULT_____ (Easy,Moderate,Difficult)

*Workers were out working for. Put in tap on the
last Day. was nt there at 1st. tap is located
on our property.*

**Project No. 00682-08**

Enter Date: 01/31/2008

## Restoration

Street Openin g Permit#: T200800553

| Material | Type | Address | | Qty | Unit |
|---|---|---|---|---|---|
| | | | | | |
| ASPHALT | PAVEMENT | 1252  ROSS AV,  CINCINNATI | | 48 | .S.F. |
| CONCRETE | SIDEWALK | 1252  ROSS AV,  CINCINNATI | | 48 | S.F. |

## Sketch





## Comments

EMERG. TAP REPAIR, WIB, TV CREW LOCATED BLOCKAGE IN R-O-W.  THE TAP RUNS FROM 1252 ROSS AV INTO MH 25012027.  UPON EXCAVTION TV UP AND DNSTM ON TAP FOR CONDITION IN R-O-W.  THE LATERAL BYPASSES A 12" SEWER THAT RUNS FROM 25012024-25012023.  IT MAY BE POSSIBLE TO TIE INTO THE 12" SEWER LINE AND FSA THE DS SECTION OF THE LATERAL, IF THIS OPTION IS CHOSEN MAKE NOTE THAT THE 12" SEWER IS LINED.Crew replaced 19' of 6" h/tand installed 2-way c/o



## INFORMATION FOR REQUEST FOR REVIEW

Name: MARIO HARRIS AND VICTORIA PATMAN

Address: 1252 ROSS AVE

CINCINNATI OHIO 45205

Phone: 513-240-6908    513-4983766

Nature of dispute and description of your disagreement (attach additional pages if necessary):

ROW SEWAGE WAS COMING UP IN MY BASEMENT MY DISAGREEMENT IS WHY DON'T THAY WON'T TO HOURNER THERE CLAIM WHEN THE PROBLEM WASENT ON MY PROPERTY IT WAS IN THE MIDDLE OF THE STREET. SO HOW CAN IT BE ON ME AND MY FAMILY MY PROPERTY ENDS AT THE PINK THE BRAKS WAS IN THE GREEN.

Date of City's decision (please attach): MARCH 28, 2008

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

Check one:

☑ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Mario Harris

Date: 4-20-08

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*

# Value City Furniture

VALUE CITY FURNITURE
4293 WINSTON AVENUE
COVINGTON, KY 41015
(859)491-1300

|  | 35 | DATE 2/04/2008 |
|--|--|--|
|  |  | TIME 12:42:48 |

FSO **650381** -01

Customer:   (H) 513-244-1007
VICKY/MARIO PATMAN
1252 ROSS AVE
CINCINNATI, OH 45205

Pickup..:

| # SKU FSO FSO | ORD QTY FSO | SHP QTY FSO | PRICE FSO FSO FSO | TOTAL FSO |
|--|--|--|--|--|
| 1 1001779 | 1 | | | 149.99 |
| ITEM #: 2753-105 | | | | |
| ET STAND-HERITAGE HILL | | | | |
| 2 800562 | 2 | | 149.99 | 299.98 |
| ITEM #: VC900AC-334 | | | | |
| SGL LEANING BKCASE-A&C NATL | | | | |
| Limited Lifetime Warranty | | | | |

| Merchandise Total. | 449.97 |
|--|--|
| KY KED7 Sales Tax @ 6.000% | 27.00 |
| Invoice Total.. | 476.97 |

PRICE QUOTE VALID FOR 14 DAYS
This IS NOT a Sales Receipt
No Payment has been Received

CUSTOMER COPY



NITRO NOTEBOOK
**$49.77**
0110-0004-0084
AD
000777356
00-065000    5080365000    1

3E BRATZ DOLL ASRT
**$19.93**
0055-0109-0063
AD
000715447
165419    3505136541    1  R

2 Box's of Toy's

20 INCHES LA BABY
**$16.83**
0140-0083-0042
AD
000705100
1530    4365701530    1

SUPER SKATERZ YASMIN
**$22.88**
0055-0106-0020
AD
000725011
069835    3505136903    2

$390.00

LOVE BUG DOLL
**$5.87**
0140-0082-0019
AD
000771468
21168    2888621160    2

LPS BIGGEST LITTLEST
**$39.94**
0050-0006-0073
AD
000746769
66765    65356931467    1

CPK BABIES
**$22.88**
0140-0082-0022
AD
000760106
12000    68720312800    1

COBRA 16 MI RADIOS
**$39.97**
0060-0009-0050
AD
000590704
PR4500-2 WX EVP    2837790763    1

LM REAL LOVING BABY
**$49.88**
0140-0082-0023
AD
000754271
L3034    2708449093    1

BRATZ CYBER LAPTOP
**$42.77**
AD
000777194
133241    3505133324    0  R

BRATZ MG NAIL SASHA
**$24.97**
0055-0108-0058
AD
000769481
368564    3505136856    2

3E BRATZ DOLL ASRT
**$19.93**
0055-0109-0068
AD
000715447
165419    3505136541    R

SPORTZ DANCE TESS
**$9.94**
0055-0108-0055
AD
000715329
362357P    3505136235    1

CPK BABIES
**$22.88**
0140-0082-0025
AD
000700106
12000    68720312800    2

**BIG BOB'S - COVINGTON**
**3819-21 WINSTON AVE**
**COVINGTON, KY**
Telephone: 859-261-8000 Fax: 859-655-6572

Page 1

ES800479

## *QUOTE*

**Sold To:**

PATMAN, VICTORIA AND MARIO
1252 ROSS
CINTI, 45205

**Ship To:**

| Quote Date | Tele. # | PO Number | Quote Number |
|---|---|---|---|
| 02/04/08 | 513-244-1007 | | ES800479 |

| Inventory | Style/Item | Color/Description | Quantity | Units | Price | Extension |
|---|---|---|---|---|---|---|
| | JAMBOREE | FAWN | 936.00 | SF | 1.00 | 936.00 |

— 02/04/08 —                                                          12:23PM —

Sales Representative(s):

JASON FLYNN

| | |
|---|---|
| Material: | 936.00 |
| Service: | 0.00 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 56.16 |
| Misc. Tax: | 0.00 |
| **QUOTE TOTAL:** | **$992.16** |

This is an estimate only. Sizes/Qty to be confirmed by customer or by customer's installer.

WE ARE ONLY RESPONSIBLE FOR LABOR PURCHASED THROUGH BIG BOB'S.

# Long's Wholesale Furniture

8451 Vine Street
Cincinnati, Ohio 45216
513-631-3555

6537 Dixie Highway
Fairfield, Ohio 45014
513-942-5550

Estimate For_____

Mattress   Series#_____
Size_____Set Price_____

Bunk Bed Model#_____
With Reg Matts_____(Complete)
With Innerspring Matts_____(Complete)

Living Room Sets:  Model#_____
Sofa/Loveseat set_____
Chair_____
Coffee and End Table sets:  Model#_____
Price_____
Lamps:  Model#_____
Price per lamp_____

Dinettes:  Model#_____
Price_____

Bedroom sets:  Model# _B338-31_   _$440_
Price includes (Dresser,) Mirror, Headboard
And Frame_____
Chest_____
Nightstand_____

Misc._____

DELIVERY COMPANY IS NOT EMPLOYED BY LONGS.  THEY ARE
SUBCONTRACTED FROM THE COMPANY.  DELIVERY WILL BE
AN ADDITIONAL FEE.  LONGS DOES NOT ASSEMBLE.
DELIVERY COST IS APPROXIMATELY _$70_

PIER 1 IMPORTS, #127
8068 MONTGOMERY ROAD
CINCINNATI, OHIO 45236

SKU

Papasan Chair Frame      2118057
Papasan Honey Chair Cushion  2170081

2 × Cushion @ 60.00 = #120.00
2 × Frame @ 69.00 = 138.00
                    _____
                     258.00

         Plus Tax    16.77
         6.5%  #_____
         Total = #274.77

**THE HOME DEPOT**

# QUOTE

Store 3832 PLEASANT RIDGE
3400 HIGHLAND AVE
CINCINNATI, OH 45213

Phone: (513) 631-1705
Salesperson: JBP4WH
Reviewer:

## SOLD TO

| | | | |
|---|---|---|---|
| Name **HARRIS** | | **MARIO & VICTORIA** | |
| Address 1252 ROSS AVE | | Work Phone ( ) - | Home Phone **(513) 244-1007** |
| City CINCINNATI | | Company Name | |
| State OH | Zip 45205 | County HAMILTON | Job Description **DEHUMIDIFIER** |

Page 1 of 2   No. 3832-211286

# QUOTE

**2008-02-04 14:28**
**Prices Valid Thru: 02/05/2008**

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers.

### CUSTOMER PICKUP

REF #W02   SKU #515-664   Customer Pickup / Will Call

| STOCK MERCHANDISE TO BE PICKED UP: | | | | | DESCRIPTION | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| REF # | SKU | QTY | UM | | | | | |
| R01 | 397-676 | 1.00 | EA | E/O LDH65EBL 65 PINT ENRGSTR DEHUM.B/ | | Y | $219.00 | $219.00 |

MERCHANDISE TOTAL: $219.00

END OF CUSTOMER PICKUP - REF #W02

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

| | |
|---|---|
| ORDER TOTAL | $219.00 |
| SALES TAX | $14.24 |
| TOTAL | $233.24 |
| BALANCE DUE | $233.24 |

END OF ORDER No. 3832-211286

NOT VALID FOR MERCHANDISE CARRY OUT

Page 1 of 2   No. 3832-211286

2  WICKER CHAIRS              1YR

CARPET          3month old   in A Roll NEVER US

2  box FANS  PURCHASED  in MAY for summer months

2  Shelfs        6 months Thay WEAR PURCHASED

STEREO CABINET  NEW NEVER USED

DEHUMIDIFIER  PURCHASED  MAY 07

4  TEXT books  PROPERTY of  C.P.S  DonT NO price

DRESSER  PURCHASED  MAY 07

2 BOXS  Toys 1 Box PURCHASED ON 12-07 OTHER BOX WAS
old Toys can'T REMEMBER what all the items
WAS THE Things I priceD WAS from ChrisTMAS
in 07, Child is 10 yrs old. All THESE Things
WAS PURCHASED AROUND the TimE WE MOVED
in with which WAS 7 OR 8 months Ago to
START finishing BASEMENT foR kids. Can'T
fine shelfs but but willing TO comprmise
for the shelfs i priceD.

Marie Marris

P.S.                                      $326 314

ESTIMATED price of
- documents for destroyed
property,

11 Jan 08

3 hrs Drain Cleaning
1¼ cables 105' Through main stack
1¼ cables 50' Through Floor Drain
1- 3½ Brass Cap

275⁰⁰ Paid in Full

James Kwiatkowski,
James M. Kwiatkowski    License # J610

*Copy of What was sign when cleaning Service cant to close basement. During the cleaning*

## PERMISSION TO ENTER

Property Address: _____

_____

Date: _____

I, _____, own/legally occupy
the property specified above, which has recently experienced basement flooding.

By my signature below, I hereby grant to the Metropolitan Sewer District of Greater
Cincinnati ("MSD"), the City of Cincinnati, the Board of County Commissioners of
Hamilton County, their employees, contractors, agents or other representatives,
permission to enter upon my property at the address specified above for the following
purposes, to be performed at MSD's expense:

- To visually inspect the property and / or to perform tests to determine the
  cause of the flooding in my basement.

- To clean the floor, walls, and other surfaces affected by the basement
  flooding. Cleaning may include wet vacuuming or other removal of
  spillage; mopping bare floors with cleaning solution and disinfectant;
  wiping walls with cleaning solutions and disinfectant; flushing out and
  disinfecting plumbing fixtures; removal of damaged and contaminated
  goods; and related other supporting services.

- To remove and dispose of any and all items of personal property which
  have been damaged by the flooding, except for the following items which
  I specifically direct shall be left in my basement (write on the back of this
  form if necessary):

_____  _____  _____

_____  _____  _____

_____  _____  _____

Revised March 2, 2004

Hear are some copys of the complaints and
the steps I had to take befor I got two
the bottom of the problem then it came out
to be M.S.D problem it wasen't on my
property.

Mario Harris

Call     513-240-6908

Home    513-244-1007

Cell     513-498-3766

**M S D**

## WIB PROPERTY OFFSITE DISPOSAL REPORT
### WIB No. 2157

Customer Service Representative: Kate & Tera
Customer Name: Mario Harris
Address: 1252 Ross Ave          City: Cint.          Zip: 45205

| Item Description | Quantity | Comments |
|---|---|---|
| Chairs-wicker | 2 | |
| Carpet | 2 BERI RED | Rouse Oright RM AREA 31X26 |
| box fans | 2 | |
| Shelf -small | 1 | CAnt find shelf very more But will |
| Shelf ~large | 1 | 3 compromise for these shelves |
| Stereo cabinet | 1 | |
| humidifer | 1 | |
| toys | 2 boxes | |
| text books | 4 | Math Spelling, Social Studies |
| dresser | 1 | |
| | | |
| | | |
| | | |
| | | |
| | | |

Cleanup Contractor: _____   Date: 2-1-08
Employee Signature: _____
Customer Signature: X Mario Harris
Printed Name: X Mario Harris   Date: X 2-1-08
*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page ___ of ___          Revised 4/5/2006



# City of Cincinnati



Office of the City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone    (513) 352-3334
Fax       (513) 352-1515

Patricia M. King
*Interim City Solicitor*

March 28, 2008

Victoria Patman & Mario Harris
1252 Ross
Cincinnati, Ohio 45205

**Re:    1252 Ross Avenue**

Dear Ms. Patman & Mr. Harris:

This office is charged with reviewing damage claims related to the Metropolitan Sewer District's water in basement program. Your claim was sent to the MSD, and an investigation was conducted based on the history at 1252 Ross Avenue.

Based on the investigation, the City is denying your claim. The Metropolitan Sewer District found Condoms and Sanitary Items within the building sewer that caused the back-up. MSD determined that maintenance of the entire house/building lateral rests with the property owner. MSD will repair or reconstruct that portion of house lateral within the street right-of-way that fails due to a broken or collapsed pipe.

The responsibility of each property owner is identified clearly within the Rules and Regulations of the Metropolitan Sewer District as set forth in Section 1207 thereto. (Please See Attached.)

Sincerely,

Shirley Lenzly
Claims Manager

Equal Opportunity Employer

# City of Cincinnati



---

Office of City Solicitor

2/14/2008

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

Victoria Patman
1252 Ross Avenue
Cincinnati, Ohio 45205

Dear Mr./Ms. Patman:

This letter is to acknowledge that the City Solicitor's Office has received your claim for damages.

We are sensitive to your situation, however, as with all claims, the City of Cincinnati must conduct a full investigation.

While we are conducting our investigation, if you have not already done so, please send the following information to the Office of the City Solicitor, Attention: Claims Administrator, 801 Plum Street, Room 214, Cincinnati, Ohio 45202:

    1.    Any documentation related to the amount of your damages (receipts, estimates, bills, etc.).

    2.    A copy of your insurance coverage related to your claim.

Please be informed that pursuant to Section 2744.05(B) of the Ohio Revised Code, if the City of Cincinnati is liable for the claimed damages, it is only liable for the amount that is not covered by insurance. If you need further explanation concerning the above, please call me at 352-1577.

The Claims Administrator will notify you by mail of the decision regarding your claim at the completion of the investigation.

Sincerely yours,

Shirley Lenzly
Claims Administrator

SL/jr
Ref #: 8264

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

**Date:** 01/31/08

**Time:** 12:00

**Received:** THA

## ALLER INFORMATION

**Name:** MARIO HARRIS

**Agency:** Private

**Business Phone:**

**Address:**

**Home Phone:** 240-6908

## PROBLEM LOCATION

**Address:** 1252 ROSS AV

**City/Township:** CINC

**Nearest Intersection:** ROSS AV & MAYFIELD AV

EAST P

**Detailed Location Information:** USNG 1M:GJ0984432436

**Condition Reported:** Water - In - Basement

**Comments:** Water - In - Basement     SEE ACTION COMMENTS

**Current Condition:** Water - In - Basement

## ON SITE INSPECTION

**Date:** 01/31/08

**Unit Number:** 422

**Dispatch Time:** 12:00        **Arrival Time:** 12:01        **Completion Time:** 12:02

**Condition Found:** No Main Sewer Trouble

**Action Taken:**

**Comments:** WIB.REFER TO J.WEIMER TO TV PER D.MADDEN.   TV LAUNCH FOUND REPAIR IN ROW PER D.MADDEN
REFERRED TO ETC TO CLEAN AT15:39.REFER TO J.WEIMER FOR TV INFO.        T.HAMBURG
1-31-08
ASSIGNED M # 01587-08 TO MLM TO TV LAUNCH HOUSE TAP. 2-1-08 TONY ROLLISON

**Job Order:**

**Last Referral:**

**Last Referral Date:** 02/01/08

**For:**

## Final Disposition

**By:**          **Date:** / /          **Responsibility Of:** Metropolitan Sewer Distri

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

**Date:** 01/29/08
**Time:** 15:43
**Received:** JKN

## ALLER INFORMATION

**Name:** MARIO HARRIS

**Agency:** Private                                    **Business Phone:**

**Address:** 1252 ROSS AVE CINCIN                      **Home Phone:** 240-6908

## ROBLEM LOCATION

**Address:** 1252  ROSS AV                              **City/Township** CINC

**Nearest Intersection:** ROSS AV & MAYFIELD AV                          EAST P

**Detailed Location Information:** USNG 1M:GJ0984432436

**Condition Reported:** Water - In - Basement

**Comments:** Water - In - Basement    SEE ACTION COMMENTS

**Current Condition:** Water - In - Basement

## N SITE INSPECTION

**Date:** 01/29/08                                      **Unit Number:** 444

**Dispatch Time:** 15:48      **Arrival Time:** 16:05      **Completion Time:** 16:20

**Condition Found:** No Main Sewer Trouble

**Action Taken:**

**Comments:** HAD PLUMBER. PRIORS.
MSD RODDED ON 1-7-08. CHECKED USMH 25012027 (C/ IS TAPPED DIRECTLY INTO THIS MH) & DSMH
25012023. BOTH ARE OPEN & RUNNING, NMST, NBUIMHS. ADVISED C/ OF FINDINGS. J. LOSEKAMP
1-29-08

**Job Order:**

**Last Referral:**                    **Last Referral Date:** 01/30/08

**For:**

## Final Disposition

**By:** WITHERS      **Date:** 01/30/08      **Responsibility Of:** Private

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

**Date:** 01/15/08

**Time:** 13:51

**Received:** ERE

## ‎LLER INFORMATION

**Name:** MARIO HARRIS

**Agency:** Private                                    **Business Phone:**

**Address:** 1252 ROSS AVE CINCIN                      **Home Phone:** 240-6908

## ‎ROBLEM LOCATION

**Address:** 1252  ROSS AV                              **City/Township:** CINC

**Nearest Intersection:** ROSS AV & MAYFIELD AV                      EAST P

**Detailed Location Information:** USNG 1M:GJ0984432436

**Condition Reported:** Water - In - Basement

**Comments:** Water - In - Basement   SEE ACTION COMMENTS


**Current Condition:** Water - In - Basement

## ‎N SITE INSPECTION

**Date:** 01/15/08                                              **Unit Number:** 442

**Dispatch Time:** 13:58        **Arrival Time:** 14:33        **Completion Time:** 14:55

**Condition Found:** No Main Sewer Trouble

**Action Taken:**

**Comments:** WIBNow:Y SRC:Fldrain P:N  PRIORS MSD RODDED 135' TO ML 1/7/08; TAMPONS & CONDOMES.  IT
WAS STILL B/U; INTERNAL.  CK ML ONLY.
CK'D 18'' U/S MH 25012023 & D/S 25012027.  O&R, NO SIGNS OF B/U.  NICE FLOW OF WATER IN
ML.  EVERYTHING IS OK.  J. ROBINSON 1/15/08


**Job Order:**

**Last Referral:**                          **Last Referral Date:** 01/16/08

            **For:**

## Final Disposition

**By:** WITHERS        **Date:** 01/16/08        **Responsibility Of:** Private

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

**Date:** 01/07/08
**Time:** 13:16
**Received:** ERE

## CALLER INFORMATION

**Name:** MARIO HARRIS

**Agency:** Private

**Address:** 1252 ROSS AVE CINCIN

**Business Phone:** 498-3766
**Home Phone:** 240-6908

## PROBLEM LOCATION

**Address:** 1252  ROSS AV

**Nearest Intersection:** ROSS AV & MAYFIELD AV

**Detailed Location Information:** USNG 1M:GJ0984432436

**Condition Reported:** Water - In - Basement

**Comments:** Water - In - Basement    SEE ACTION COMMENTS

**City/Township:** CINC

EAST P

**Current Condition:** Water - In - Basement

## ON SITE INSPECTION

**Date:** 01/07/08

**Unit Number:** 441

**Dispatch Time:** 16:00        **Arrival Time:** 16:42        **Completion Time:** 19:13

**Condition Found:** No Main Sewer Trouble

**Action Taken:**

**Comments:** WIBNow:Y SRC:Fldrain Freq:1st P:N  NO PRIOR OR PLUMBER, RUN AFTER 5PM.
CK'D 18'' ML U/S MH 25005011 & D/S 25012027 & 25012028.  NSMT & NBUIMH.  HAD TO CHISEL
OFF BASEMENT FLOOR C/O.  REPLACED W/ A 3.5'' THREADED CAP.  COULDN'T GET 3.5'', 2.5'' OR
NAKED CHAIN TO GO.  CHISELED OFF 3.5'' BRASS CAP ON STACK C/O.  REPLACED W/ A 3.5''
PLUG.  RODDED 135' TO ML.  COULDN'T HEAR CHAINS IN MH 425012027.  HIT A ROUGH SPOT AT
105' IN ROW.  NO OTHER OBSTRUCTIONS.  SEWAGE IS STILL HOLDING IN F/ DRAINS IN BASEMENT.
A/C THEY HAVE AN INTERNAL PROBLEM.  PULLED BACK TAMPONS & CONDOMES.  JOE HOMER  1/7/08

**Job Order:**

**Last Referral:**

**For:**

**Last Referral Date:** 01/15/08

## Final Disposition

**By:** WITHERS        **Date:** 01/15/08        **Responsibility Of:** Private

# Metropolitan Sewer District of Greater Cincinnati
## Wastewater Collection Division
## Project Tracking Form

## Project No.  00682-08

|  |  |
|---|---|
| **Address:** 1252  ROSS AV | **Project Classification**<br>MSD Project |
| **Intersection:** ROSS AV & MAYFIELD AV | **Contractor:** _____ |
| **Mun_twnshp**  CINC        **Sub_area** EPRICE | **Contract No. /**<br>**Cost Center:** _____ |
| **Location**  ALREADY LOCATED AND MARKED, SEE TAP<br>LOCA | **Project Engineer:**  PHIL WEIMER |
| | **Project Inspector:** _____ |
| **Manhole From:** 25005011 | **Start:**   01/31/08 |
| **Segment ID:**   25005011-25012027 | **Finish:**   02/04/08 |
| **Condition Reported** (Max of 50 Char.) | |
| WIB: BROKEN DOWN IN R/W. | **Cut Size: Length**      6 |
| | **Width**      4 |

**Comments:**

EMERG. TAP REPAIR, WIB, TV CREW LOCATED BLOCKAGE IN R-O-W.  THE TAP RUNS FROM 1252 ROSS AV
INTO MH 25012027.  UPON EXCAVTION TV UP AND DNSTM ON TAP FOR CONDITION IN R-O-W.  THE
LATERAL BYPASSES A 12" SEWER THAT RUNS FROM 25012024-25012023.  IT MAY BE POSSIBLE TO TIE
INTO THE 12" SEWER LINE AND FSA THE DS SECTION OF THE LATERAL, IF THIS OPTION IS CHOSEN
MAKE NOTE THAT THE 12" SEWER IS LINED.Crew replaced 19' of 6" h/tand installed 2-way c/o



Jessica Powell – Ombudsman  – Legal Aid Society
362-2801

Pete Caldwell @ MSD - WWE

Printed on                                                                                    Page 1