**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

08 MAY 20 PM 2:32

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY | : | **REQUEST FOR REVIEW** |
| COMMISSIONERS, et al., | | |
| | : | |
| Defendants. | | |
| | : | |

I, _MICHAEL D. HARRIS_ , request that the Court review my Water-in-

Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the

information detailing the nature of my dispute.

Respectfully submitted,

_Michael D. Harris_
Signature

MICHAEL D. HARRIS
Name (print)    ( mharris6 @ cincl.rr.com )

5/19-08
Date

S:\LRF\WIB\Pro se\Request For Review 112106.doc

## INFORMATION FOR REQUEST FOR REVIEW

Name: *MICHAEL & PATRICIA HARRIS*

Address: *6750 NORTH CLIPPINGER DR*

*CINCINNATI OHIO 45243*

Phone: *513-561-5535*

Nature of dispute and description of your disagreement (attach additional pages if necessary):

*SEE ATTACHED PAGE 1*

Date of City's decision (please attach): *APRIL 17, 2008*

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

*REIMBURSEMENT FOR LOSS OF $7,887.13 IN EXCESS OF INSURANCE*

*DOCUMENTATION & PHOTOS ATTACHED*

Check one:

☑ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: *[signature] (EMAIL mharris6@cinci.rr.com)*

Date: *5-19-08*

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*

S:\LRF\WIB\Pro se\Request For Review 112106.doc

SUPPLEMENT TO:  INFORMATION FOR REQUEST FOR REVIEW


Michael and Patricia Harris
6730 North Clippinger Drive
Cincinnati, Ohio 45243
513-561-5535


We were informed by letter from MSD dated 4/17/08 (copy attached) that MSD has no
responsibility for our loss due to water in our basement on 12/13/07.  As I understand it,
the denial by MSD is based on the rule that the property owner is responsible for
maintenance of the lateral.  However, at the time of the backup, I had a private contractor,
Roto-Rooter, attempt to clear my lateral and they were unable to locate an obstruction.  I
then had the contractor attempt to run a TV camera through the lateral to identify the
problem and their investigation indicated the blockage was at the connection of the lateral
to the main and I should call MSD as Roto-Rooter did not have a "rod" long enough to
reach the main.  I then called MSD for assistance and they attempted to "rod out" the
lateral.  After using the longest "rod" they had they were able to open the line but said
there was still a remaining obstruction.  MSD then called in their TV truck to run a
camera from a manhole in the street down the MAIN sewer.  This crew was not able to
navigate the camera from the main to my lateral and they told me there was an
obstruction where the lateral joined the main.  Therefore, MSD notified me they were
going to have to dig up the street to get to the sewer main some 17 feet beneath the street.

MSD then made arrangements with a private contractor to dig up the street.  In early
January, as the contractor was making repairs I asked him what was being done and he
told me they were replacing the lateral connection to the main to clean out roots growing
INTO THE MAIN SEWER.  Further, the contractor indicated to me the roots causing
the problem were from a tree in my neighbor's yard across the street from my property as
there were no obstructions caused by any trees in my yard and that in addition to
replacing my lateral connection due to the large root mass, they were also replacing the
lateral connection to my neighbor's house across the street.

I have maintained my lateral in the 8 years I have lived at this property and have had the
lateral cleaned.  It seems reasonable to expect that MSD has a responsibility to make
periodic inspection of their main which would have identified this problem.  Therefore, it
seems to me that a reasonable and fair handling of my out-of-pocket loss of $7,887 (see
claim calculation attached) would be at a minimum for MSD to share in this cost if not
reimburse in full since the sewer main and not simply my lateral was involved in this
problem.

Michael and Patricia Harris
May 9, 2008



**M S D**

METROPOLITAN SEWER DISTRICT
OF GREATER CINCINNATI

---

1600 Gest Street
Cincinnati, Ohio  45204
513•244•1300
www.msdgc.org

---

James A. Parrott
**Executive Director**

April 17, 2008

Michael D. Harris
6730 North Clippinger Drive
Indian Hill, Ohio  45243

     RE:  Water in Basement claim for 6730 North Clippinger

Dear Mr. Harris:

A review of your claim has determined that your Water in Basement incident on December 13, 2007 was caused by roots in your house lateral in the right-of-way. Though MSD is responsible for repair and reconstruction of that part of a house lateral in the right-of-way, the lateral is owned by the owner of the building served by the lateral.  Therefore, MSD must reject your claim for damages.

**If you disagree with the City's disposition of your claim you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas.  Both of these courts are located at 1000 Main Street.**

**Alternatively, in accordance with an order in the Consent Decree case, Federal District Court case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio.  You should file your Request within 90 days with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202.  You may call the court-appointed Ombudsman, the Legal Aid Society, at (513) 362-2891 for further information concerning your rights under the Consent Decree.**

Sincerely,

Michael Pittinger, Superintendent
Wastewater Collections

enc.

**Customer Service**
513•352•4900

**Emergency Service**
513•352•4900



*Equal Opportunity Employer*

BLOCKAGE @ CONNECTION OF LATERAL TO HOME ACROSS STREET

BLOCKAGE @ CONNECTION OF MY LATERAL



Did you know that regularly maintaining your lateral line is just as important as changing the oil in your car and replacing the filters on your furnace?

Keeping your lateral line — the sewer line that connects your home to the public sewer system — clean, open and in good repair reduces the risk of blockages and the aggravation that a clogged line or worse, a basement backup, would cause.

Maintaining your lateral line is easy. The key is understanding what a lateral line is, how it works, and what you can do to make sure it operates properly.

A lateral line is the private sewer line, sometimes called a house tap or building sewer, that connects your home to the public sewer system (see above illustration). Wastewater from your toilets, sinks, showers, washing machines and other appliances flows downstream through your lateral line to the public (or mainline) sewer system which carries it to the nearest wastewater plant for treatment.

Lateral line blockages are most often caused by excessive buildups of grease (a result of pouring cooking grease and oil down the kitchen sink) and tree roots that have grown into the sewer pipe. If flushed, plastics, and other non-soluble materials such as baby wipes, diapers and feminine products also can get caught in the line and block the flow of wastewater through the system, sometimes causing backups.

Water backing up in your floor drains, usually in the basement or lowest part of your house, is the most visible sign of a problem. Regularly rodding your lateral line, however, is the best way to detect problems before water backs up into your home.

Rodding your lateral line often removes blockages (see next question). However, more significant problems like a broken or collapsed pipe may require digging up the line to replace portions of the pipe. A professional plumber can help you address these problems.

To determine if there is a blockage in your lateral line, plumbers will thread a flexible metal rod or cable with a cutting tool attached to the end of the rod into your sewer line. This so-called rodding, or cabling. If the rod meets with resistance, chances are good that there is a blockage. With the correct cutting tool and rodding equipment, plumbers can generally cut through blockages. They also may be able to tell what's causing the blockage, depending on what's on the end of the rod once it's removed.

Yes, but MSD can only fix backups caused by the public sewer system. You are responsible for fixing your backup if it is caused by a problem with your lateral line, such as a clog or roots in the line. If you aren't sure what is causing your backup, call MSD at (513) 352-4900 and we may be able to help you identify the source of your problem.

No. If the broken section of your lateral is on your property, you are responsible for fixing it. However, MSD will fix breaks in the lateral line located within the public right-of-way (the area between your property line and the main line, sometimes in an sewer easement areas (see illustration above). Keep in mind though MSD is only responsible for keeping the entire length of your lateral line clear of clogs and blockages on the mainline



TV & LOCATE. TFS 12/14/07

# 220/970

**metropolitan Sewer District**
**Wastewater Collection**
**Request for Service**

Date: 12-14-07

Time: 9:4

**Caller Info**

Received by: BR

First Name MICHAEL    Last Name HARRIS

Agency _____    Phone: Business _____

Address _____    Home 56L-5535

**Location**

Address 6730 N. CLIPPINGER

Near Intersection _____

City/Township INDIAN HILL   Sub Area _____   Zip Code _____

Details _____

**Comments**

PICK UP
TAPE

**Job Order**

Address _____
Forman _____
Repair _____
ST ___ SW ___ SOD ___ RIW ___
Est. Days _____
Size of Cut _____
Number _____
UT# _____
_____ WW ___

**On Site**

Date: 12-14-07   Unit Responding: 444

Time  Received: 9:42   Arrived: 12:20   Finish: 12:30

**Condition Found and Temporary Action Taken**
( Make All Referrals by Name - Do Not Use Radio Numbers )

PICKED UP TAPE. SK/G 12-14-07
(CD)
Rfr to R. Schneider to Review.

NOR DUBBED VIDEO onto Li.... PLUMBER 12-14-07
VIDEO GOES DOWNSTREAM @ 98' out Flow C/O. REFER
TO DISPATCH TO RETURN VIDEO AND RED w/her
LARGEST Tool POSSIBLE. IF 24 clean this NEED
LOCATE & WITNESS, IF ML IS REACHED Rfr to P.J. Weaver    over

| Pumps# | PIU Pump | EIB | Other Use | MSD/PVT |
|---|---|---|---|---|
| **Final Disposition** | | **NFAW** | | |



**METROPOLITAN SEWER DISTRICT
OF GREATER CINCINNATI**

**Hamilton County – Managed
By the City of Cincinnati**

1600 Gest Street
Cincinnati, Ohio 45204
513-244-1300
www.msdgc.org

*Board Of
County Commissioners*

**Pat DeWine
David Pepper
Todd B. Portune**

*County Administrator*

**Patrick Thomson**

*City Manager*

**Milton Doheny Jr.**

**Executive *Director***

**James A. Parrott**

*Deputy Director*

**Biju George**

**W.W.C. Superintendent
Michael L. Pittinger**



Date: _____

Dear valued customer:
In order to ensure the safe and uninterrupted service of your public sewers, we have determined that certain repairs or modifications must be performed to the sewer system within the vicinity of your residence.

First and foremost, please be assured that any work performed will be funded by the sewer rates paid in conjunction with your regular Cincinnati Water Works bill. You will incur no additional cost. Please rest assured that upon completion of the work, any disturbed areas will be restored as closely as possible to their original condition.

You may soon notice the presence of multi-colored paint markings on the ground in your area. These markings do not necessarily indicate points of excavation or repairs. The sole purpose of these markings is to indicate the location of any nearby underground utilities in the area. With these markings, we can perform the necessary work while taking important precautions to protect your other public utilities.

Prior to, and during the completion of the necessary work, we may post "No Parking" signs in the area with the full approval of the local Police District. This will happen the evening prior to beginning our repair. While we recognize the inconvenience imposed by these restrictions, we must stress that they are important to the personal safety of our crews and the general public. Please cooperate with the posted parking restrictions.

Due to the large extent of the Metropolitan Sewer District's service area, the number of identified repairs often exceeds our available repair crew compliment. Out of necessity, we must occasionally secure a sunken area or cave-in with appropriate barricades, steel street plates, or placement of fill material until a crew becomes available. The interim safety of these sites is of utmost importance to the Metropolitan Sewer District. If you feel that such a site is becoming hazardous in any way, or if you have any other questions or concerns, please contact me immediately at (513) 931-4537 or our dispatch office at (513) 352-4900.

Thank you in advance for your cooperation.

Sincerely,

*Christopher P. Hoerlein*

**Chris Hoerlein
Emergency Repair Supervisor
MSD – Wastewater Collection Division
880 Reynard Ave.
Cincinnati, Ohio 45215
Chris.hoerlein@cincinnati-oh.gov**

931-4537

 *ORIGINAL CLAIM*

## METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI
### WATER-IN-BASEMENT (WIB) CLAIM FORM

*GENERAL INFORMATION.* *To be completed by claimant.*

Name of Claimant: **MICHAEL D HARRIS**

Address of WIB: **6730 NORTH CLIPPINGER DRIVE**

City, Village or Township **INDIAN HILL**       Zip Code: **45243**

Unit #, if applicable _____       Day time phone number: **561-5535**

Type of property:    **✓** Single Family Residence
(check one)
_____ Multi-Family Residence (# of Units: _____)

_____ Business

When did this WIB occurrence begin: **12-13-07**

Did you report this WIB incident to MSD?    **✓** Yes    _____ No

If you reported this WIB incident, when did you report it? **12-13-07**

Number of times you have had WIB incidents in the past **NONE**

Approximate dates of those incidents

_____

_____

Did a plumber or other qualified professional determine the cause of the back-up? If so, please provide
a copy of a report from the plumber or other qualified professional setting out the basis for his/her
conclusion. Please summarize that conclusion below.

**YES — MSD DETERMINED BACKUP CAUSED BY**
**FAILURE IN LATERAL CONNECTION TO MAIN SEWER —**
**(SEE ATTACHED)**

_____

_____

1/1/2006

**DAMAGES INFORMATION.** *To be completed by claimant*

(1)   Is your basement:          _____ Unfinished

_____ Partly Finished

✓ Completely Finished

(2)   If your basement was partially or completely finished, please indicate the square footage of finished square feet

*1150* finished sq. ft.                    _____ unfinished sq. ft.

(3)   Please indicate the type of floor covering that was in your basement prior to the WIB:

_____ Bare floors      ✓ Carpeting      _____ Tile / linoleum

(4)   Please indicate what your basement is used for:

_____ Storage      _____ Bathroom      _____ Study / den

_____ Laundry      ✓ Bedroom      ✓ Family Room

_____ Workbench Bar

_____ Other (please specify)

(5)   Please attach an inventory of damaged property, using the attached instructions.

*WALL - TO - WALL CARPET*

(6)   Do you believe that the WIB incident caused any structural damage to the premises?  If so, please provide a report from a structural engineer or other qualified professional describing the damage, its causes and proposed remedies for it.  Please summarize that information below.

*N/A*

_____

_____

_____

_____

_____

_____

4

(7)    **Diminution in Value:** Did you sell or have you tried to sell the property since the WIB? Do you believe that you received or were offered less than the full value because of the WIB incident? If so, please provide a report from an appraiser or other qualified professional quantifying the reduction in value attributable to the property's WIB status. Please also include any sale contracts or offers, as well as any declarations, documents or other evidence the you believe supports your claim.

N/A

*Additional Diminution in Value Claim Questions:*

Have you applied for MSD's WIB Prevention Program? If so, what was the result of your application? If not, why not?

N/A

In connection with the WIB situation that has given rise to your diminution in value claim, have you undertaken any other mitigation measures? If so, please describe below and attached any reports from engineers or other qualified professionals documenting the mitigation measures.

N/A

5

*INSURANCE INFORMATION. To be completed by all claimants.*

Do you have an insurance policy on the property that has experienced the WIB?
Yes        ✓

\_\_\_\_\_ No

If you have insurance on the property, please provide the following information:

The name of your insurance carrier        *STATE FARM*

Your policy number:        35 - KB - 5813 - 5

The amount of your deductible        $ 1,000

**Please attach a copy of your policy's Declarations Sheet and / or a letter from your carrier indicating that these damages are not covered.**

6

1/1/2006

*OTHER POTENTIAL CLAIMANTS.*    N/A

*We request this information in order to identify any other persons who may have claims for damages as the result of the WIB.  Please complete any applicable section.*

(A)    **RENTERS.**  If you rent the property that experienced the WIB, please provide the following information about your landlord:

Name: _____

Address: _____

City: _____    State: _____

Phone Number: _____

(B)    **LANDLORDS:**  If you own the property that experienced the WIB:

(1)    Please provide the following information about each tenant, **co-owners, land contract holders** whom you believe may have incurred damage to personal property as a result of the WIB (attach a separate sheet of paper if necessary):

Name: _____

Address: _____

Telephone Number: _____    Unit #: _____

(2)    Please provide the following information:

Is the property held in the name of a corporation, partnership,       _____ Yes
or other entity, rather than by individuals?                          _____ No

If yes, provide the name of the entity that owns the property?

_____

(3)    Please provide the following information about how we can contact you:

Address: 

City: _____    State: _____

Phone Number(s): _____

7

1/1/2006

**VERIFICATION:** To be completed by all claimants.

I hereby certify that the information provided on this form, as well as the information contained on my inventory of damaged property, is true and accurate to the best of my knowledge.

_____    3-4-08
Signature of Claimant                            Date

_____

**FOR OFFICIAL USE:** To be completed by MSD and / or City Claims Personnel.

Form received in Claims Section on _____ by _____

Acknowledgment letter sent to claimant on _____ by _____ (copy file)

Internal Claims Determination Form sent to MSD on _____
                              received back in Claims Section on _____
                              follow up calls made _____

Further information requested from MSD? _____ Yes _____ No
        Date of request: _____    Mode: _____ Email _____ Memo _____ Oral
                                        (copy file)

            Type of info
            requested: _____

            Response to request rec'd on: _____

Further information requested from MSD? _____ Yes _____ No
        Date of request:
            Type of info
            requested: _____

            Response to request rec'd on: _____

8

1/1/2006

### Instructions for Providing
Inventory of Damaged Property

If the sewage backup in your basement was the result of negligence on the part of the Metropolitan Sewer District of Greater Cincinnati ("MSD"), MSD and the City of Cincinnati want to see that you are compensated fairly and in accordance with the law for any property damage that may have resulted.

If MSD was negligent, the Claims Section of the City of Cincinnati's Law Department will attempt to settle your claim by offering you a reasonable sum of money. The amount of money the Claims Section offers you will be based on your documented damages. For that reason, it is to your benefit to carefully follow these instructions and to respond to any additional requests from the Claims Section for information about your damages.

Instructions

On a separate sheet of paper, make a list of all the items for which you are claiming damages as the result of the Will. Your list should also include:

For every ELECTRONIC DEVICE or APPLIANCE (e.g., washer, lamp, television):

- Manufacturer
- Model Number, if available
- Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable  .
- Receipt, if available
- Picture of the item

For every piece of FURNITURE (e.g., couch, chair, etc.)   ~~SEE ATTACHED~~

- Appropriate descriptive information (e.g., size, type of fabric, etc.) . Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

For every other item,   *SEE ATTACHED*

- Appropriate descriptive information Approximate age
- Cost when purchased
- A description of the damage the item sustained . Whether the item is still useable
- Receipt, if available
- Picture

10

1/1/2006

STATEMENT REGARDING CLAIM FOR ADDITIONAL LOSS
MICHAEL & PATRICIA HARRIS
W-I-B CLAIM 12-13-07

Invoice from Servpro of Southeast Ohio for services to clean up from
sewer backup                                                    $10,131.41

127.33 square yards of wall to wall carpeting in basement
 destroyed—removed and hauled away.  5 years old.
Original invoice not found---estimate cost to replace obtained
from original vendor, Prosource of Cincinnati for exact same
carpet and pad                                                  $7,169.72

Estimate from McDonough Flooring for carpet installation        $  785.00

Invoice from Roto-Rooter who was my first call to
deal with backup                                                $  301.00

                                        Total                   $18,387.13

Less:  Insurance Claim                                          ($10,500.00)

                        Net Claim to MSD                        $  7,887.13



**SERVPRO®**

Fire & Water - Cleanup & Restoration™

Tax ID Number
61-1264180

**Servpro of Southeast Cincinnati**
P.O. Box 8121
Cincinnati, OH 45208
Phone (513) 233-9550
Fax (859) 781-6288
stoffregend@zoomtown.com
Tax ID 61-1264180

## Loss Information

Michael Harris
8730 N Clippinger Dr
Cincinnati, OH 45243

Home: (513) 561-5535    Work:
Type: Sewage    Cause: Sewage Back-Up
Claim #:
Policy #: 35KB58135

## Loss Statistics

| | |
|---|---|
| FNOL Date: | 12/13/2007 |
| Loss Date: | 12/13/2007 |
| | |
| Company: | State Farm |
| Agent: | Ladringari, Dennis |
| Adjustor: | |
| Estimator: | David |

## Job

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| | sf/Floor | 757.49 | 0.00 | 0.00 | 757.49 |

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 1 | 9758 - Service Fee Service Call(S) | 2.00 | EA | $166.50 | $333.00 | T | Y |
| | (Note: 2 response teams were required due to the amount of standing sewer liquid in the house.) | | | | | | |
| 2 | 8210 - Disposal Debris | 3.00 | LD | $83.25 | $249.75 | T | Y |
| | (Note: Waste management fee to use dumpsite in the proper EPA regulated method to dispose of sewer contaminated liquid) | | | | | | |
| 3 | 7268 - Temp. Power Temporary Power Distribution Box | 5.00 | DAY | $52.17 | $260.85 | T | Y |
| | (Note: 30 amp power converter so 230 electric can be used to maximize drying and homeowners safety) | | | | | | |
| 4 | 7310 - Setup & Take down Equipment | 1.00 | EA | $99.90 | $99.90 | T | Y |
| | (Note: take down, remove and return to shop equipment by IICRC technician at structure) | | | | | | |
| 5 | 7291 - Decontamination Equipment | 3.75 | HR | $27.75 | $104.06 | T | Y |
| | (Note: Clean 4 pieces of equipment per hr. equipment was used in a Black water class 3 loss  Decontamination was need to not cross contaminate other clients) | | | | | | |
| 6 | 7410 - Health & Safety Personal Protective Equip. | 4.00 | SET | $13.88 | $55.52 | T | Y |
| 7 | 3011 - Pressure Wash Floor | 757.49 | SF | $0.33 | $249.97 | T | Y |
| | (Note: After carpet & pad removal we went back and power washed all the floor surfaces) | | | | | | |

| | | | |
|---|---|---|---|
| Mitigation: | $1,047.56 | Structure: | $1,353.05 |
| Restoration: | $305.49 | Contents: | $0.00 |
| Replacement: | $0.00 | Total: | $1,353.05 |

(c) SERVPRO® Intellectual Property, Inc.

Thursday, December 27, 2007
4:00 PM

## Family Room

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| Box | sfFloor | 271.53 | 0.00 | 0.00 | 271.53 |
| Length: 18 ft 10 in | sfWalls | 532.00 | 0.00 | 0.00 | 532.00 |
| Width: 14 ft 5 in | | | | | |
| Height: 8 ft 0 in | | | | | |

| Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|
| 8  3200 - Extraction, Black Carpet | 271.53 | SF | $0.58 | $157.49 | T | Y |
| 9  3310 - EPA Reg. Disinfectant Floor | 271.53 | SF | $0.28 | $76.03 | T | Y |
| 10  2080 - EPA Reg. Disinfectant Wall | 133.00 | SF | $0.28 | $37.24 | T | Y |
| 11  3080 - Remove/Cut & Bag Carpet | 271.53 | SF | $0.28 | $76.03 | T | Y |
| 12  3022 - Disposal Carpet | 271.53 | SF | $0.20 | $54.31 | T | Y |
| 13  3040 - Remove Pad | 271.53 | SF | $0.24 | $65.17 | T | Y |
| 14  8200 - Disposal Debris | 17.00 | BAG | $10.88 | $184.96 | T | Y |
| (Note: Pad disposal in trash bags) | | | | | | |
| 15  9420 - Manipulation Furniture/Contents | 3.00 | EA | $31.08 | $93.24 | T | Y |
| (Note: Sofa, 3 piece hutch, TV, TV Stand, Coffee Table, 2 end tables,) | | | | | | |
| 16  7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 17  7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 18  7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 19  7056 - Drying Dehu: Refrigerant 104-160 Pints AHAM | 5.00 | DAY | $138.75 | $693.75 | T | Y |
| 20  3260 - Antimicrobial Floor | 271.53 | SF | $0.19 | $51.59 | T | Y |

| | | | | |
|---|---|---|---|---|
| Mitigation: | $1,902.61 | Structure: | $1,809.37 |
| Restoration: | $0.00 | Contents: | $93.24 |
| Replacement: | $0.00 | Total: | $1,902.61 |

## Bedroom

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| Box | sfFloor | 162.23 | 0.00 | 0.00 | 162.23 |
| Length: 12 ft 2 in | sfWalls | 406.00 | 0.00 | 0.00 | 406.00 |
| Width: 13 ft 4 in | | | | | |
| Height: 8 ft 0 in | | | | | |

| Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|
| 21  3200 - Extraction, Black Carpet | 162.23 | SF | $0.58 | $94.09 | T | Y |
| 22  3310 - EPA Reg. Disinfectant Floor | 162.23 | SF | $0.28 | $45.42 | T | Y |
| 23  2080 - EPA Reg. Disinfectant Wall | 102.00 | SF | $0.28 | $28.56 | T | Y |
| 24  3080 - Remove/Cut & Bag Carpet | 162.23 | SF | $0.28 | $45.42 | T | Y |
| 25  3022 - Disposal Carpet | 162.23 | SF | $0.20 | $32.45 | T | Y |
| 26  3040 - Remove Pad | 162.23 | SF | $0.24 | $38.94 | T | Y |
| 27  8200 - Disposal Debris | 9.00 | BAG | $10.88 | $97.92 | T | Y |
| (Note: Pad disposal in trash bags) | | | | | | |
| 28  9420 - Manipulation Furniture/Contents | 4.00 | EA | $31.08 | $124.32 | T | Y |
| (Note: King Size Bed, Mattress, Springs, 2 night stands, Dresser, 2 lamps, Wood Chest, Rocking chair, 3 plastic totes) | | | | | | |
| 29  7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 30  7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 31  7056 - Drying Dehu: Refrigerant 104-160 Pints AHAM | 5.00 | DAY | $138.75 | $693.75 | T | Y |

(c) SERVPRO® Intellectual Property, Inc.

Thursday, December 27, 2007
4:00 PM

| | | | Mitigation: | $1,476.07 | Structure: | $1,351.75 |
| | | | Restoration: | $0.00 | Contents: | $124.32 |
| | | | Replacement: | $0.00 | Total: | $1,476.07 |

## Hallway

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| Box | sfFloor | 43.05 | 0.00 | 0.00 | 43.05 |
| | sfWalls | 218.72 | 0.00 | 0.00 | 218.72 |
| Length:  8 ft  9 in | | | | | |
| Width:  4 ft  11 in | | | | | |
| Height:  8 ft  0 in | | | | | |

| Description | | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 32 | 3200 - Extraction, Black Carpet | 43.05 | SF | $0.58 | $24.97 | T | Y |
| 33 | 3310 - EPA Reg. Disinfectant Floor | 43.05 | SF | $0.28 | $12.05 | T | Y |
| 34 | 2080 - EPA Reg. Disinfectant Wall | 54.68 | SF | $0.28 | $15.31 | T | Y |
| 35 | 3080 - Remove/Cut & Bag Carpet | 43.05 | SF | $0.28 | $12.05 | T | Y |
| 36 | 3022 - Disposal Carpet | 43.05 | SF | $0.20 | $8.61 | T | Y |
| 37 | 3040 - Remove Pad | 43.05 | SF | $0.24 | $10.33 | T | Y |
| 38 | 6200 - Disposal Debris | 3.00 | BAG | $10.88 | $32.64 | T | Y |
| 39 | 9420 - Manipulation Furniture/Contents | 1.00 | EA | $31.08 | $31.08 | T | Y |
| | (Note: Sofa Table) | | | | | | |
| 40 | 7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 41 | 7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |

| | | | Mitigation: | $422.24 | Structure: | $391.16 |
| | | | Restoration: | $0.00 | Contents: | $31.08 |
| | | | Replacement: | $0.00 | Total: | $422.24 |

## Storage Room

| | Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|---|
| Box | sfFloor | 105.14 | 0.00 | 0.00 | 105.14 |
| | sfWalls | 345.44 | 0.00 | 0.00 | 345.44 |
| Length:  14 ft  2 in | | | | | |
| Width:  7 ft  5 in | | | | | |
| Height:  8 ft  0 in | | | | | |

| Description | | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 42 | 3230 - Extraction, Black Floor | 105.14 | SF | $0.58 | $60.98 | T | Y |
| 43 | 3310 - EPA Reg. Disinfectant Floor | 105.14 | SF | $0.28 | $29.44 | T | Y |
| 44 | 2080 - EPA Reg. Disinfectant Wall | 86.36 | SF | $0.28 | $24.18 | T | Y |
| 45 | 7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 46 | 7056 - Drying Dehu: Refrigerant 104-160 Pints AHAM | 5.00 | DAY | $138.75 | $693.75 | T | Y |
| 47 | 9420 - Manipulation Furniture/Contents | 2.00 | EA | $31.08 | $62.16 | T | Y |
| | (Note: Paint Cans, Baby Crib, File Cabinet, Luggage, 2 folding tables) | | | | | | |

| | | | Mitigation: | $1,008.11 | Structure: | $945.95 |
| | | | Restoration: | $0.00 | Contents: | $62.16 |
| | | | Replacement: | $0.00 | Total: | $1,008.11 |

(c) SERVPRO® Intellectual Property, Inc.

## Laundry Room

| Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|
| Box | | | | |
| sfFloor | 125.16 | 0.00 | 0.00 | 125.16 |
| sfWalls | 358.56 | 0.00 | 0.00 | 358.56 |

Length: 11 ft 10 in
Width: 10 ft 7 in
Height: 8 ft 0 in

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 48 | 3230 - Extraction, Black Floor | 125.16 | SF | $0.58 | $72.59 | T | Y |
| 49 | 3310 - EPA Reg. Disinfectant Floor | 125.16 | SF | $0.28 | $35.04 | T | Y |
| 50 | 2080 - EPA Reg. Disinfectant Wall | 89.64 | SF | $0.28 | $25.10 | T | Y |
| 51 | 7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 52 | 7056 - Drying Dehu: Refrigerant 104-160 Pints AHAM | 5.00 | DAY | $138.75 | $693.75 | T | Y |

| | | | |
|---|---|---|---|
| Mitigation: | $964.08 | Structure: | $964.08 |
| Restoration: | $0.00 | Contents: | $0.00 |
| Replacement: | $0.00 | Total: | $964.08 |

## Bathroom

| Calculations | Room | Offset | Missing | Totals |
|---|---|---|---|---|
| Box | | | | |
| sfFloor | 50.38 | 0.00 | 0.00 | 50.38 |
| sfWalls | 228.00 | 0.00 | 0.00 | 228.00 |

Length: 6 ft 6 in
Width: 7 ft 9 in
Height: 8 ft 0 in

| | Description | Quantity | UOM | Unit Price | Total | Tax | O/P |
|---|---|---|---|---|---|---|---|
| 53 | 3230 - Extraction, Black Floor | 50.38 | SF | $0.58 | $29.22 | T | Y |
| 54 | 3310 - EPA Reg. Disinfectant Floor | 50.38 | SF | $0.28 | $14.11 | T | Y |
| 55 | 2080 - EPA Reg. Disinfectant Wall | 57.00 | SF | $0.28 | $15.96 | T | Y |
| 56 | 7000 - Drying Air Movers | 5.00 | DAY | $27.52 | $137.60 | T | Y |
| 57 | 7056 - Drying Dehu: Refrigerant 104-160 Pints AHAM | 5.00 | DAY | $138.75 | $693.75 | T | Y |

| | | | |
|---|---|---|---|
| Mitigation: | $890.64 | Structure: | $890.64 |
| Restoration: | $0.00 | Contents: | $0.00 |
| Replacement: | $0.00 | Total: | $890.64 |

(c) SERVPRO® Intellectual Property, Inc.

## Summary Totals

| | | | |
|---|---|---|---|
| Structure: | $7,706.00 | | |
| Contents: | $310.80 | S/C Total: | $8,016.80 |
| | | | |
| Overhead: | $801.71 | | |
| Profit: | $801.71 | O/P Total: | $1,603.42 |
| | | | |
| Non Taxable: | $1,603.42 | | |
| Taxable: | $8,016.80 | Sub Total: | $9,620.22 |
| | | 6.50% Sales Tax: | $521.09 |
| | | Total: | $10,141.31 |

Deductible NOT COLLECTED:

**PROSOURCE OF CINCINNATI**
**11489 ENTERPRISE PARK DR**
**CINCINNATI, OH 45241**
**Telephone: 513-772-7726  Fax: 513-326-3636**

Page  1

ES800577

**ESTIMATE**

| Sold To | Ship To |
|---|---|
| HARRIS, MICHAEL<br>6730 N. CLIPPINGER DR<br>CINCINNATI, OH 45243 | PROSOURCE OF CINCINNATI<br>11489 ENTERPRISE PARK DR<br>CINCINNATI, 45241 |
| Home:          Business: | |

| Order Date | Purchase Order | Order Number |
|---|---|---|
| | BASEMENT | ES800577 |

| Style/Item | Color/Description | Size | Quantity | Units | Price | Total |
|---|---|---|---|---|---|---|
| EXCEPTIONAL EXT | TAUPE SWIRL | 12X95.5 | 127.33 | SY | 45.36 | 5,775.84 |
| 3/8 ATLANTIS | 3/8 ATLANTIS | -------- | 5.00 | RL | 136.25 | 681.25 |
| FREIGHT | | -------- | 1,146.00 | SFT | 0.24 | 275.04 |

PROSOURCE does not install.  All material specifications including
manufacturers, styles, colors, and quantities are determined and approved by
the purchasing customer.

02/18/08                                                                11:53AM

| Sales Representative(s): | | Material: | 6,457.09 |
|---|---|---|---|
| HOUSE | | Service: | 275.04 |
| | | Misc. Charges: | 0.00 |
| No returns and no refunds for any non-stock/special order | | Sales Tax: | 437.59 |
| purchases.  Minimum 25% restock fee may apply to stock | | Misc. Tax: | 0.00 |
| merchandise. | | **QUOTE TOTAL:** | **$7,169.72** |
| | | Discount: | 0.00 |
| | | Less Payment(s): | 0.00 |
| | | **BALANCE DUE:** | **$7,169.72** |

# McDONOUGH FLOORING

Take-Off Date 2/14/0? by _____    Project Mike Harris _____

Architect Mike McDonough _____    Location 6730 N. Clippinger Dr.

Plans Dated 513 919-3845 _____    Due Date 561-5535 _____

Material Carpet _____    **Flooring Estimate Sheet**    Page ____ of ____

| oom # | Room Name | Dimensions | Area | Strips | Length | Balances | Needs | Door | Bas |
|---|---|---|---|---|---|---|---|---|---|
| Office | 1 | 12 X 26'3 | | | 26'3 | | | | |
| Reg Area | 2 | 12 X 9' | | | 9 | | | | |
| Rear Bath | 3 | 12 X 13'6 | | Fill flow 1 x 3 | 13'6 | | | 4'8 | |
| F.R. | 4 | 16 X 19'3 | | | 19'3 | | Labor | | |
| Hall | | 12 X 5'6 | | | 5'6 | | | | |
| | | | | | 12 X 73'.6" | 97.67 | yds | | |
| Bdrm Plush | | 14 X 13'6 | | 12 X 13 | | | | | |
| Cut to Fill | | 12 X 9' | | 9 | | | 2 yds 14'9" | | |
| | | | | 12 X 22 | | | 29, 33' | | |
| | | Take up of old carpet | | | | | | | |
| | | Cut for trash | | | | | 20.00 | | |
| | | step labor | | | | | 60.00 | | |
| | | Furn. moving | | | | | 70.00 | | |
| | | | | | | Total Labor | 785 | | |
| | | 6' | | | | | | | |
| | | 36" X 12' FOR STAIRS | | | | | | | |

# ROTO-ROOTER®
## PLUMBING & DRAIN SERVICE

# 1-800-GET-ROTO

**M D Y**

SERVICE TECHNICIAN'S NAME

INVOICE NO.

| | | | |
|---|---|---|---|
| SEWER & DRAIN ☐ | PLUMBING ☐ | PUMPING ☐ |
| INDUSTRIAL ☐ | EXCAVATION ☐ | DRAIN TILE ☐ |

CUSTOMER NAME

CUSTOMER NO.

CUSTOMER CLASS
RESIDENTIAL ☐    COMMERCIAL ☐

BILLING ADDRESS

APT. NUMBER

FEDERAL I.D. #

CITY    STATE/PROVINCE    ZIP/POSTAL    CUSTOMER PHONE NO.    P.O. NUMBER/AUTHORIZATION

JOB ADDRESS (IF DIFFERENT THAN BILLING ADDRESS)    CITY    STATE/PROVINCE    ZIP/POSTAL

**WORK ORDER AUTHORIZATION** I authorize the services below and agree to pay the amounts indicated. I have read and agree to the terms on the reverse side, including t limits on Roto-Rooter's responsibility specified in those terms.

(SIGNATURE) _____    (PRINT NAME) _____

| REPAIR CODE | ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED (The approximate starting date is _____, and the approxima completion date is _____. Neither date is guaranteed. Unexpected conditions or problems could cause delays.) | $ AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | ADJUSTMENTS/CHANGES IN WORK TO BE PERFORMED (Use additional invoice if needed to describe changes) | |
| | | |
| | | |

**RESIDENTIAL GUARANTEE**

| LABOR | |
|---|---|
| ☐ Main/Branch Lines | 6 months |
| ☐ Toilet Auger | 7 days |
| ☐ Plumbing Repair | 6 months |
| ☐ Plumbing Replacement | 1 year |
| ☐ Extended Guarantee | 1 year |
| REASON FOR NO GUARANTEE | |

**COMMERCIAL GUARANTEE**

| LABOR | |
|---|---|
| ☐ Main/Branch Lines | 30 days |
| ☐ Toilet Auger | 24 hours |
| ☐ Plumbing Repair | 90 days |
| ☐ Plumbing Replacement | 90 days |

**PAYMENT**

☐ CASH

☐ CHECK NO. _____

☐ CREDIT CARD

☐ NET 10 DAYS

OVER 30 DAYS = LATE CHARGE OF 1 1/2% PER MONTH
* In the event check is returned, the COMPANY will charge the CUSTOMER A $25.00 processing fee.

LABOR $ _____

PARTS $ _____

PRODUCTS $ _____

OTHER $ _____

TAX $ _____

INVOICE TOTAL $ _____

**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

(SIGNATURE) _____    (PRINT NAME) _____

(E-MAIL ADDRESS) _____

NEXT VISIT

Send plumbing tips, product/services information and coupons via email.

| SUGGESTIONS FOR REPAIR / REPLACEMENT | | | |
|---|---|---|---|
| ITEM | LOCATION | ESTIMATED COST | YOU SAVE TODAY |
| WATER HEATER | | | |
| DISPOSER | | | |
| SINK | | | |
| TOILET | | | |
| BATHTUB | | | |
| SHOWER | | | |
| FAUCET | | | |
| DRAIN | | | |
| OTHER | | | |

From fix-its to plumbing emergencies, call the experts at **Roto-Rooter**:

# 1-800-GET-ROTO

Check our Web site at _____ for discount coupons, helpful hints, fun trivia about plumbing and more!

New!
_____ your Customer Survey _____

Farm Fire and Casualty Company
Granville Road
ark, OH 43093-0001

B-16- 2412-F510 F  H

5113
HARRIS, MICHAEL & PATRICIA
6730 N CLIPPINGER DR
CINCINNATI OH  45243-3207

Location:  Same as Mailing Address

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Business Property $2,500 | OPT  BP |
| Jewelry and Furs $2,500/$5,000 | OPT  JF |
| Silverware Theft $10,000 | OPT  SG |
| Increase Dwlg up to $110,780 | OPT  IO |
| Ordinance/Law 10%/ $55,390 | OPT  OL |
| Amendatory Endorsement | FE-7265 |
| Policy Endorsement | FE-5320 |
| Back-Up Dwell/Listed Property | FE-5706.1 |
| Fungus (Including Mold) Excl | FE-5398 |
| Motor Vehicle Endorsement | FE-5452 |
| Telecommuter Coverage | * FE-5831 |

*Effective: JUN 30 2007

# RENEWAL CERTIFICATE

| POLICY NUMBER | 35-KB-5813-5 |
|---|---|

Homeowners Policy
JUN 30 2007 to JUN 30 2008

| DATE DUE | SEE BALANCE DUE NOTICE |
|---|---|
| JUN 30 2007 | $1,211.00 |

**Coverages and Limits**

**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $553,900 |
| Dwelling Extension | Up To | 55,390 |
| B  Personal Property | | 415,425 |
| C  Loss of Use | | Actual Loss |
| | | Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

**Section II**

| | |
|---|---|
| L  Personal Liability | $500,000 |
| Damage to Property of Others | 500 |
| M  Medical Payments to Others | 1,000 |
| (Each Person) | |

| | |
|---|---|
| **Annual Premium** | $1,211.0 |
| **Amount Due** | $1,211.0 |

**Premium Reductions**

| | |
|---|---|
| Home Alert Discount | 19.0 |
| Home/Auto Discount | 107.0 |
| Claim Free Discount | 266.0 |

Inflation Coverage Index:   188.0

NOTICE: Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

*Thanks for letting us serve you.  We appreciate our long term customers.*

5113
* RT    201B  1

**Agent** DENNIS LADRIGAN
**Telephone** (513) 271-5718 or (513) 271-5719

*If you have moved, please contact your agen
See reverse side for important information.*

REP          Prepared  MAY 16 2007

516  552  426  Q

NEWARK, OHIO

U.S. BANK
EAST GRAND FORKS, MINNESOTA

75-1592/0912

CLAIM NUMBER  35-E1226-86

DATE OF LOSS  12-13-87

NAME OF INSURED  Michael + Patricia Harris  6730 N Clippinger Rd. Cnti, Ohio

PAY TO THE ORDER OF  Michael + Patricia Harris

45243

Two thousand five hundred ................. DOLLARS  $ 10,500.00

516  552  426  Q

ISSUED DATE  1-9-08

AUTHORIZED SIGNATURE

☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
☒ STATE FARM FIRE AND CASUALTY COMPANY
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY

COL/LINE | AMOUNT | PAY TRANS CODE | REPORTING PARTY | CAT CODE | STATE | TLN | RSN CODE | PAY ID (WC ONLY) | EXP. (FLOOD ONLY)
--- | --- | --- | --- | --- | --- | --- | --- | --- | ---
4/7 c c 4 | 10,500.00 | 0 i | Michel Harris | | | | | |

REMARKS

## CLAIMS REVIEW INFORMATION
## (MSD WATER-IN-BASEMENT PROGRAM)

➢ The Metropolitan Sewer District (MSD) created a Water-in-Basement (WIB) response program as part of a Federal Court Order to address problems with the Hamilton County sewer system.

➢ Under the WIB program, homeowners may have rights if they have sewer-related backups in their homes. For example, the City of Cincinnati and MSD must pay damages to homeowners caused by capacity-related backups.

➢ If you disagree with the City's decision on your claim, you may request a review of the decision by the Judge in Federal Court. Attached is a form that you can use to request a review.

➢ Information about completing the form:
  - You should file your Request for Review within **90 days** from the date of the City's decision to file a Request for Review.
  - If you need more than 90 days to prepare and file your Request for Review, contact the Legal Aid Ombudsman at (513) 362-2801 for information on how to request more time.
  - To prepare and file your Request for Review form, you need to:
    ❖ Describe the nature of your dispute;
    ❖ Attach a copy of the City's decision;
    ❖ Specify the part of the City's decision that you disagree with;
    ❖ Attach any relevant information or documents that support your position (receipts, photos, etc.);
    ❖ Indicate whether you want a hearing before the Judge, or whether you want to submit a claim on the documents alone. (Note: the City might request a hearing even if you don't want one!)
    ❖ **File your form in Room 103 of the Federal Courthouse at 100 E. 5th Street, Cincinnati, 45202, and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.**

➢ The City has 30 days to file a response to your request for review.

➢ The Court should give you a hearing (if you want one) within 30 days of your request and a decision within 10 days of your hearing.

➢ The Ombudsman will not represent you at your Review Hearing. You can appear on your own, or you can bring an attorney.

➢ The Court will review all of the evidence presented by you and by the City or MSD. The Court can only consider your claim based on evidence you present (e.g., photos, receipts, etc.).

➢ **Call the Legal Aid Ombudsman at (513) 362-2801 if you have any questions or for more information.**





