UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff(s),

v.                                Case No. 1:02cv0107
                                  (Spiegel, J.; Hogan, M.J.)

Board of Hamilton County
Commissioners, et al.,
    Defendant(s).

_____

SCHEDULING ORDER RE: Water in Basement Program
_____

    This matter has been set for a Hearing regarding Request for Review of Water-in-Basement claim related to requestors:

Victoria Patman and Mario Harris (Doc.240)
Michael D. Darris (Doc.241)

    The hearing will be held Thursday, June 26, 2008 at 10:00 am before U.S. Magistrate Judge Timothy S. Hogan in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513)564-7650.

    IT SO ORDERED.


 6/2/2008                                                s/Timothy S. Hogan
Date                                                  TIMOTHY S. HOGAN
awh    June 2, 2008                               U.S. Magistrate Judge

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael D. Harris
   6730 North Clippinger Dr.
   Cinti, OH 45243

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                           ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0001 0562 6837

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Victoria Patman
   Mario Harris
   1252 Ross Ave
   Cincinnati, OH 45205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                           ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0001 0562 6844

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

1:02cv107
Doc. 244