**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael D. Harris
6730 North Clippinger Dr.
Cinti, OH 45243

SAS  1:02-CV-107 DN2 44

2. Article Number (Transfer from service label): 7007 1490 0001 0562 6837

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _R. Harris_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 6-3-08
D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Victoria Patman
Mario Harris
1252 Ross Ave
Cincinnati, OH 45205

SAS

2. Article Number (Transfer from service label): 7007 1490 0001 0562 6844

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Mario Harris_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 6/3/08
D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes