UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

     Plaintiff (s)

                             Case No. 1:02cv0107

v.                               (J. Spiegel ; J. Hogan)

Board of Hamilton County Commissioners, et al.,

     Defendant(s)

_____

**AMENDED SCHEDULING ORDER RE: Water in Basement Program**
_____

     This matter has been reset for a Hearing regrading Request for Review of Water-in-Basement claim related to requestors:

Victoria Patman and Mario Harris (Doc.240); and
Michael D. Harris (Doc.241)

     The hearing has been reset to **Wednesday, July 16, 2008 at 10:00 am** before U.S. Magistrate Judge Timothy S. Hogan in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202. (513) 564-7650.

     It is so ordered.

 6/16/2008                   s/Timothy S Hogan_____
Date                         Timothy S. Hogan
                              United States Magistrate Judge

awh