## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

08 JUN 19 AM 11: 27

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | | MAGISTRATE HOGAN |
| -vs- | : | |
| BOARD OF HAMILTON COUNTY | : | **REQUEST FOR REVIEW** |
| COMMISSIONERS, et al., | | |
| | : | |
| Defendants. | | |
| | : | |

I, _Walter Meinert_ , request that the Court review my Water-in-

Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the

information detailing the nature of my dispute.

Respectfully submitted,

_Walter Meinert_
Signature

_Walter Meinert, Jr._
Name (print)

_6/19/08_
Date

## INFORMATION FOR REQUEST FOR REVIEW

Name: _Walter Meinert, Jr_

Address: _530 Fortune Ave_

_Cinti, OH 45219_

Phone: _614-226-6683_

Nature of dispute and description of your disagreement (attach additional pages if necessary):

_Sewer break in street backed up sewage 2' in basement. I had items stored in basement which were ruined. I paid for proving it was their fault, cleanup, trash removal before city acted. They lost paperwork pictures of damage and offered $500. on my approx $16,000 loss._

Date of City's decision (please attach): _3/28/08_

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

_Relief of some kind please! This has been a real problem as I live in WCH, OH and had to drive 160 miles round trip to each event, plus loss of all my stored in basement items. See attached_

Check one:

☑ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: _Walter J Meinert_

Date: _6/19/08_

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.*

# City of Cincinnati



Office of the City Solicitor

**March 28, 2008**

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone   (513) 352-3334
Fax      (513) 352-1515

Patricia M. King
*Interim City Solicitor*

Walter Meinert, Jr.
1377 Courtney Drive
Washington Court House, Ohio  43160

Dear Mr. Meinert:

Enclosed is a release for your signature.  Please sign this release and return it to me at your convenience.  The second copy is for your records.

After you have signed and returned this release to me, I will forward the City of Cincinnati's check in settlement of your claim to you.  Please do not alter the release, as it will delay settlement of your claim.

**If you disagree with the City's disposition of your claim, you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas, both of which are located at 1000 Main Street, Cincinnati, Ohio 45202.**

**Alternatively, in accordance with an order in the Consent Decree case, Federal Case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within 90 DAYS (June 26, 2008) with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the Ombudsman at (513) 362-2801 (Legal Aid Society) for further information concerning your rights.**

Sincerely,

*Shirley Lenzly*

Shirley Lenzly
Claims Administrator

Enclosures- **MSD/WIB# 2020**

Equal Opportunity Employer

RELEASE

THAT, Walter Meinert, Jr., 1377 Courtney Drive, Washington Court House, Ohio 43160, for the sole consideration of **FIVE HUNDRED AND 00 /100 DOLLARS ($500.00),** received by him to his satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby, release and forever discharge said City of Cincinnati, its employees, successors and assigns to the date of these presents, from any and all claims, demands, actions and causes of actions whatsoever, or in any manner arising from an incident on October 29, 2007, at 530 Fortune Avenue, in Cincinnati, Ohio.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

IN WITNESS WHEREOF, I have hereunto set my hand at Cincinnati, Ohio
this _____ day of _____, 2008.


_____
Walter Meinert, Jr.



WITNESSED BY:


_____

## WALTER MEINERT, JR.

March 4, 2008

City of Cincinnati Law Department
Cincinnati City Hall, Room 214
Re: MSD/WIB
801 Plum Street
Cincinnati, Ohio 45202

Dear City of Cincinnati Law Department,

Enclosed please find my completed (WIB #2020) claim form, documents
and supporting pictures.

This is the cost to investigate the problem, clean and loss of items from our basement
at 530 Fortune Avenue Cincinnati, Ohio 45215. At this point I am ready to move on
with life, overlooking the damage to the property interior walls and floor should you
consider and settle this matter to my satisfaction in a timely manor.

I complement the staff of MSD in their prompt and courteous manor of handling things
so far. Kate Searpinski and Chris Sandman have been great during a very stressful
time.

Please call with any questions or should you need something else.

Sincerely,

Walter Meinert, Jr.
614-226-6683



 

Crappler + Clothes          Table piddy

# Sewage in the basement Record

### 530 Fortune Ave. Clull, OH 45219

| Date | Description | Vendor/Contact | Phone | Service Date | Other Costs | Total Cost |
|------|-------------|----------------|-------|--------------|-------------|------------|
| 10/27/2007 | paperwork 1 box | | | | | $85.00 |
| 10/29/2007 | Blanket Full size | | | | | $34.99 |
| 10/29/2007 | Oreck vacum | | | | | $299.95 |
| 10/29/2007 | Oreck bags 8 | | | | | $25.95 |
| 10/29/2007 | orech attachments 4 | | | | | $125.00 |
| 10/29/2007 | Folding table | | | | | $49.95 |
| 10/29/2007 | Bookcase | | | | | $89.95 |
| 10/29/2007 | Mission dining table | ethan allen | | | | $1,299.00 |
| 10/29/2007 | dining chairs 6 straight | ethan allen | | | | $1,614.00 |
| 10/29/2007 | dining chairs 2-arm | ethan allen | | | | $638.00 |
| 10/29/2007 | table pads | | | | | $100.00 |
| 10/29/2007 | Laptop computer | Apple | | | | $2,500.00 |
| 10/29/2007 | Laptop case | Apple | | | | $65.00 |
| 10/29/2007 | Clean furnace | Ruepert | | 11/15/2008 | | $247.69 |
| | travel to sight | 152 miles round trip | | | 10 @$.48 | $729.60 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

**Total expenses** | **$7,904.08**

# Sewage in the basement Record

### 530 Fortune Ave. Cinti. OH 45219

Page 1

| Loss / removal Date | Description | Vendor/Contact | Phone | Service Date | Other Costs | Total Cost |
|---|---|---|---|---|---|---|
| | auger pass break | Rotor Rooter | | 10/24/2007 | | $975.00 |
| 10/24/2007 | Camera break | Rotor Rooter | | 10/24/2007 | | $1,400.00 |
| 10/24/2007 | 8 x 11 Braided rug tan | JC Penny | | | | $350.00 |
| 10/24/2007 | 8x11 Braided Rug Blue | JC Penny | | | | $350.00 |
| | Cleaning supplies | Family Dollar | | 10/24/2007 | | $36.82 |
| 10/24/2007 | Futon | Norka | | | | $349.00 |
| 10/24/2007 | Futon Matress | Norka | | | | $189.00 |
| 10/24/2007 | Futon Cover | Norka | | | | $30.00 |
| 10/24/2007 | Futon sheets/comforter | Norka | | | | $105.00 |
| 10/24/2007 | 1600 ft oak trim | Home Depot | | | | $3,157.22 |
| 10/24/2007 | 12 ft hand rail | Home Depot | | | | $54.96 |
| 10/29/2007 | bed pan | | | | | $4.95 |
| 10/29/2007 | Sitz bath | | | | | $8.95 |
| 10/29/2007 | Canvas & vinyl bags 3 | | | | | $35.00 |
| 10/29/2007 | paint set & roller | Home depot | | | | $16.95 |
| 10/29/2007 | Scrabble 1977 | Toys r us | | | | $11.99 |
| 10/29/2007 | backgammon | Toys r us | | | | $49.99 |
| 10/29/2007 | box x-mas decorations | | | | | $45.00 |
| 10/29/2007 | video Cabnet & 10 videos | | | | | $55.00 |
| 10/29/2007 | Bedding 3-sets | | | | | $360.00 |
| 10/29/2007 | Clothing 2-bags | | | | | $450.00 |
| 10/29/2007 | Cookbooks | | | | | $55.00 |
| 10/29/2007 | pots & pans 1 lrg box | Macy's | | | | $250.00 |
| 10/29/2007 | Serving trays | | | | | $60.00 |
| 10/29/2007 | wood bowl | | | | | $19.99 |

Total expenses  $8,419.82

# ROTO ROOTER

## PLUMBING & DRAIN SERVICE

## 1-800-GET-ROTO

SEE BINDING TERMS ON REVERSE

Roto-Rooter Service Company
Remittance Address:
5672 Collections Center Drive
Chicago IL 60693
For Service Please Call:
(513) 541-3840
For Billing Inquiries Please Call
(513) 363-3930

CINCINNATI

SERVICE TECHNICIAN'S NAME

1036

INVOICE NO.

027  M254711

| SEWER & DRAIN ☐ | PLUMBING ☐ | PUMPING ☐ |
|---|---|---|
| INDUSTRIAL ☐ | EXCAVATION ☐ | DRAIN TILE ☐ |

**CUSTOMER NAME** WALTER MEIKERT

**CUSTOMER NO.**

**CUSTOMER CLASS**  RESIDENTIAL ☐  COMMERCIAL ☑

**BILLING ADDRESS** 536 FORTUNE PL

**APT. NUMBER**

**FEDERAL I.D. #** 42-0499300

**CITY** Cinti

**STATE/PROVINCE** OH

**ZIP/POSTAL** 45219

**CUSTOMER PHONE NO.**

**P.O. NUMBER/AUTHORIZATION**

**JOB ADDRESS (IF DIFFERENT THAN BILLING ADDRESS)**

**CITY**

**STATE/PROVINCE**

**ZIP/POSTAL**

**WORK ORDER AUTHORIZATION** I authorize the services below and agree to pay the amounts indicated. I have read and agree to the terms on the reverse side, including the limits on Roto-Rooter's responsibility specified in those terms.

(SIGNATURE)                        (PRINT NAME)

| REPAIR CODE | ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED (The approximate starting date is ___, and the approximate completion date is ___. Neither date is guaranteed. Unexpected conditions or problems could cause delays.) | $ AMOUNT |
|---|---|---|
| 1300 | AUGERED MAIN SEWER FROM STACK TO MAN HOLE IN STREET PULLED BACK ROOTS, PAPER TOWELS, CONDOMS, S.T.D. | 202.00 |
| 1310 | AUGERED MAIN (INSIDE) FROM FLOOR IN BASEMENT. PULLED BACK HEAVY PAPER TOWELS S.T.D. | 298.00 |
| 1605 | JETTED SEWER FROM MAN HOLE & STACK IN BASEMENT | 475.00 |

**ADJUSTMENTS/CHANGES IN WORK TO BE PERFORMED** (Use additional invoice if needed to describe changes)

PULLED BACK ROCKS, BROKEN CLAY TILE PIPE & MUD.
ALSO CAMERED LINE FOUND BREAK AT 30-35 FT

| RESIDENTIAL GUARANTEE LABOR | COMMERCIAL GUARANTEE LABOR | PAYMENT | |
|---|---|---|---|
| ☐ Main/Branch Lines 6 months | ☑ Main/Branch Lines 30 days | ☐ CASH  9932 | LABOR $ 975.00 |
| ☐ Toilet Auger 7 days | ☐ Toilet Auger 24 hours | ☑ CHECK NO. 9932 | PARTS $ |
| ☐ Plumbing Repair 6 months | ☐ Plumbing Repair 90 days | ☐ CREDIT CARD | PRODUCTS $ |
| ☐ Plumbing Replacement 1 year | ☐ Plumbing Replacement 90 days | ☐ NET 10 DAYS | OTHER $ |
| ☐ Extended Guarantee 1 year | | OVER 30 DAYS = LATE CHARGE OF 1 1/2% PER MONTH * In the event check is returned, the COMPANY will charge the CUSTOMER a $25.00 processing fee. | TAX $ |
| REASON FOR NO GUARANTEE | | | INVOICE TOTAL $ 975.00 |

**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

(SIGNATURE)                        (PRINT NAME)

(E-MAIL ADDRESS)

NEXT VISIT

### PLEASE PAY FROM THIS INVOICE

| SUGGESTIONS FOR REPAIR / REPLACEMENT | | | |
|---|---|---|---|
| ITEM | LOCATION | ESTIMATED COST | YOU SAVE TODAY |
| WATER HEATER | | | |
| DISPOSER | | | |
| SINK | | | |
| TOILET | | | |
| BATHTUB | | | |
| SHOWER | | | |
| FAUCET | | | |
| DRAIN | | | |
| OTHER | | | |

(Service Technician's Signature)

From fix-its to plumbing emergencies,
call the experts at **Roto-Rooter**:

# 1-800-GET-ROTO

Check our Web site at www.rotorooter.com for
discount coupons, helpful hints,
fun trivia about plumbing and more!

## New!

Complete your Customer Survey on-line!



**M S D**
**CUSTOMER**
**SERVICE**

11/14/2007

Walter Meinert
1377 Courtney Drive
Washington Courthouse, Ohio 43160

Dear Walter Meinert,

     Enclosed, please find a rewritten copy of your 2 disposal Reports, listing all the items of value that were removed from your home. From what I understand, the originals were lost and then rewritten, with your help, by Kate. Could you sign them and mail the white (top copy) back to me? I've enclosed a self addressed, stamped envelop for your convenience. Unfortunately, the pictures where lost, too, so, I won't be able to send you a copy of them. I sincerely apologize for an inconvenience this may have caused you.

Respectfully,

Christopher Sandman

MSD Water in Basement
Customer Service Claim
Representative



**WIB PROPERTY OFFSITE DISPOSAL REPORT**

M S D

WIB No. 2020

Customer Service Representative: Kate + Jeff

Customer Name: Mennet

Address: 530 Fortune    City: Cincinnati    Zip: 45219

| Item Description | Quantity | Comments |
|---|---|---|
| Vacuum | 1 | Oreck |
| Vacuum bag | 1 + 1 | |
| Attachments for Oreck | 4 | |
| folding table | 1 | |
| bookcase | 1 | |
| dining table | 1 | |
| chairs | 8 | 2 Armchairs + 6 Straight chairs |
| laptop computer | 1 | Apple 340G :c |
| Case for laptop | 1 | |
| table pads | 1 set | |
| futon mattress | 1 | |
| | | |
| | | |
| | | |
| | | |

Cleanup Contractor: Brock    Date: 10/29/07

Employee Signature: _____

Customer Signature: X _____ Mennet L.

Printed Name: X _____ Mennet    Date: 11/14/2007

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page 2 of 2

Revised 4/5/2006

**M S D**

# WIB PROPERTY OFFSITE DISPOSAL REPORT
## WIB No. 2020

Customer Service Representative: Kate Scarpinski  Jeff Ablott

Customer Name: Meinert

Address: 530 Purcell Ave.    City: Cint.    Zip: 45219

| Item Description | Quantity | Comments |
|---|---|---|
| Bed pan | 1 | |
| Sitz bath | 1 | |
| canvas + vinyl bags | 3 | |
| paint set + roller | 1 | |
| scrabble 1977 | 1 | |
| backgammon | 1 | |
| video cassettes | sm box full | |
| video cassette | 1 | VHS tapes + cassettes (10) |
| Bedding | 3 sets | Twin comforter sheet set JC Penny |
| Clothing | 2 bags | |
| coathooks | | |
| pots + pans | 1 box | |
| serving trays | 3 | wood + ceramic |
| wood bowl pineapple | 1 | |
| paperwork | 1 box | |
| blanket | full size | |

Cleanup Contractor: Brock    Date: 10/29/07

Employee Signature: K

Customer Signature: X Walter Meinert

Printed Name: X Walter Meinert Jr.   Date: X 11/14/2007

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.*

Page 1 of 2    Revised 4/5/2006



**METROPOLITIAN SEWER DISTRICT OF**

**GREATER CINCINNATI**

CUSTOMER SERVICE FAX COVER LETTER

DATE: _11/30/07_

PAGE _1_ OF _3_

TO: _Walter Meinart_

FAX # _614-777 0444_

FROM: _Kate Scarpinski_

PHONE # _614-226-6683_

COMMENTS: _Here is the form per our conversation. Thank you for your continued patience and understanding._

_Thanks!_

_Kate_



**CUSTOMER SERVICE PHONE   (513) 771-9424    FAX   (513) 771-9428**



## PERMISSION TO ENTER

Property Address: _____

_____


Date: _____


I, _____, own/legally occupy
the property specified above, which has recently experienced basement flooding.

By my signature below, I hereby grant to the Metropolitan Sewer District of Greater
Cincinnati ("MSD"), the City of Cincinnati, the Board of County Commissioners of
Hamilton County, their employees, contractors, agents or other representatives,
permission to enter upon my property at the address specified above for the following
purposes, to be performed at MSD's expense:

- To visually inspect the property and / or to perform tests to determine the
  cause of the flooding in my basement.

- To clean the floor, walls, and other surfaces affected by the basement
  flooding. Cleaning may include wet vacuuming or other removal of
  spillage; mopping bare floors with cleaning solution and disinfectant;
  wiping walls with cleaning solutions and disinfectant; flushing out and
  disinfecting plumbing fixtures; removal of damaged and contaminated
  goods; and related other supporting services.

- To remove and dispose of any and all items of personal property which
  have been damaged by the flooding, except for the following items which
  I specifically direct shall be left in my basement (write on the back of this
  form if necessary):

_____
_____
_____

Revised March 2, 2004

**METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI**
**WATER-IN-BASEMENT (WIB) CLAIM FORM**

*GENERAL INFORMATION. To be completed by claimant.*

Name of Claimant: Water Memph.

Address of WIB: 530 Fortune

City, Village or Township Certi    Zip Code: 45219

Unit #, if applicable _____    Day time phone number: 614-226-6683

Type of property: ✓ Single Family Residence
(check one)

_____ Multi-Family Residence (# of Units: _____)

_____ Business

When did this WIB occurrence begin: Oct 2007

Did you report this WIB incident to MSD? ✓ Yes ____ No

If you reported this WIB incident, when did you report it? around Oct 24th, 07

Number of times you have had WIB incidents in the past    0

Approximate dates of those incidents

Did a plumber or other qualified professional determine the cause of the back-up? If so, please provide a copy of a report from the plumber or other qualified professional setting out the basis for his/her conclusion. Please summarize that conclusion below.

yes See CD film of pipe break in street
Sewer Pipe in St broke by prior gas work
over summer. I bought hoe in Aug 07 moved in
Sept back up started a month later
4" in basement

1/1/2006

**DAMAGES INFORMATION.** *To be completed by claimant*

(1)    Is your basement:         _____ Unfinished

_✓_ Partly Finished

_____ Completely Finished

(2)    If your basement was partially or completely finished, please indicate the square footage of finished square feet

_100_ finished sq. ft.          _balance_ unfinished sq. ft.

(3)    Please indicate the type of floor covering that was in your basement prior to the WIB:

_____ Bare floors    _✓_ Carpeting    _____ Tile / linoleum

area

(4)    Please indicate what your basement is used for:

_✓_ Storage    _✓_ Bathroom    _✓_ Study / den

_✓_ Laundry    _____ Bedroom    _____ Family Room

_____ Workbench Bar

_✓_ Other (please specify)  Weight Room

(5)    Please attach an inventory of damaged property, using the attached instructions.

See "Sewage in Basement Record

(6)    Do you believe that the WIB incident caused any structural damage to the premises? If so, please provide a report from a structural engineer or other qualified professional describing the damage, its causes and proposed remedies for it. Please summarize that information below.

floor spalling cracks

4

1/1/2006

(7)    **Diminution in Value:** Did you sell or have you tried to sell the property since the WIB? Do you believe that you received or were offered less than the full value because of the WIB incident? If so, please provide a report from an appraiser or other qualified professional quantifying the reduction in value attributable to the property's WIB status. Please also include any sale contracts or offers, as well as any declarations, documents or other evidence the you believe supports your claim.

N/A

*Additional Diminution in Value Claim Questions:*

Have you applied for MSD's WIB Prevention Program? If so, what was the result of your application? If not, why not?

In connection with the WIB situation that has given rise to your diminution in value claim, have you undertaken any other mitigation measures? If so, please describe below and attached any reports from engineers or other qualified professionals documenting the mitigation measures.

5

***INSURANCE INFORMATION.*** *To be completed by all claimants.*

Do you have an insurance policy on the property that has experienced the WIB?          *Yes*
Yes

_____ No

If you have insurance on the property, please provide the following information:

The name of your insurance carrier          State Farm

Your policy number:          35 - BA- K976-5

The amount of your deductible          $ 500

**Please attach a copy of your policy's Declarations Sheet and / or a letter from your carrier indicating that these damages are not covered.**

enclosed

6

## OTHER POTENTIAL CLAIMANTS.

*We request this information in order to identify any other persons who may have claims for damages as the result of the WIB. Please complete any applicable section.*

(A)    **RENTERS.** If you rent the property that experienced the WIB, please provide the following information about your landlord:

Name: _____

Address: _____

City: _____    State: _____

Phone Number: _____

(B)    **LANDLORDS:** If you own the property that experienced the WIB:

(1)    Please provide the following information about each tenant, **co-owners, land contract holders** whom you believe may have incurred damage to personal property as a result of the WIB (attach a separate sheet of paper if necessary):

Name: _____

Address: _____

Telephone Number: _____    Unit #: _____

(2)    Please provide the following information:

Is the property held in the name of a corporation, partnership,           _____ Yes
or other entity, rather than by individuals?                              ✓ No

If yes, provide the name of the entity that owns the property?

_____

(3)    Please provide the following information about how we can contact you:

Address:    1377 Courtney

City:    Uch, Oh 43160    State: _____

Phone Number(s):    614-226-6683

1/1/2006

**VERIFICATION:** To be completed by all claimants.

I hereby certify that the information provided on this form, as well as the information contained on my inventory of damaged property, is true and accurate to the best of my knowledge.

_____        3/4/08
Signature of Claimant                   Date

FOR OFFICIAL USE: To be completed by MSD and / or City Claims Personnel.

Form received in Claims Section on _____ by _____

Acknowledgment letter sent to claimant on _____ by _____ (copy file)

Internal Claims Determination Form sent to MSD on _____
                    received back in Claims Section on _____
                    follow up calls made _____

Further information requested from MSD? _____ Yes _____ No

    Date of request: _____    Mode: _____ Email _____ Memo _____ Oral
                                  (copy file)

        Type of info
        requested:    _____

        Response to request rec'd on: _____

Further information requested from MSD? _____ Yes _____ No

    Date of request:

        Type of info
        requested:    _____

        Response to request rec'd on: _____

8

Determination:        _____ Approved      (Amount_____

                                           (Letter w/release sent on:_____)
                                           (Signed release rec'd on:_____)
                                           (Payment sent on:_____)

                      _____ Denied      (Letter sent on:_____)

Additional Notes or Comments:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9