AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

HAMILTON COUNTY BOARD OF COMMISSIONERS, et al.

Case Number: 1:02-cv-00107

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a HEARING RE RE STATUS OF WATER IN BASEMENT (WIB) PROGRAM in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME |
| | JULY 16, 2008 at 11:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Donetta Wiethe, Esq.    Gregory Lockhart, Esq.    Leslie Allen, Esq.    Thomas Sansonetti, Esq.
    Margaret Malone, Esq.    Gary Pritchard, Esq.    Albert J. Slap, Esq.    Amy Leonard, Esq.
    Dennis Altman, Esq.    Lance Himes, Esq.    Joseph Justice, Esq.    Jessica Powell, Esq.
    Terrance Nestor, Esq.    Nicole Sanders, Esq.    Louis McMahon, Esq.    Nee Fong Chin, Esq.
    Mark Norman, Esq.    Philip Jude Smith, Esq.