UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BOARD OF HAMILTON COUNTY COMMISSIONERS, et al.<br><br>    Defendants. | CASE NO.: C-1-02-107<br><br>JUDGE S. ARTHUR SPIEGEL<br>MAGISTRATE HOGAN<br><br>RESPONSE TO Walter MEINERT'S REQUESTS FOR REVIEW |

The City and County Defendants ("MSD") respond to Mr. Walter Meinert's Motion for Review (Doc #201) as follows:

1.  Ms. Victoria Patman and Mario Harris submitted water in basement claim in October 2007.

2.  The MSD investigated Meinert's claim through the City of Cincinnati claims department. The Claims Administrator is Shirley Lenzly.

3.  Ms. Lenlzy denied the water in the basement because it was determined the back-up was caused by roots, paper towels and prophylactics within the sewer. (Attached Complaint MSD Form Exhibit A and Exhibit B Plumber's Report from Roto-Rooter)

4.  MSD is will repair or reconstruction of the part of a house lateral in the right of way that fails because of a broken or collapsed pipe pursuant to section 1207 of the Rules and Regulations of MSD.

5. Mr. Meinert owns the property serviced by the lateral and as such is responsible for the lateral's maintenance.

Accordingly, the MSD defendants request that the Court separately review the claimed damages, and that thereafter the Court affirm City's determination.

Respectfully submitted,

Patricia M. King (0061464)
Interim City Solicitor

*Nicole L. Sanders*
Nicole L. Sanders (0077186)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-5255
Fax (513) 352-1515
E-Mail: Nicole.sanders@cincinnati-oh.gov.
Trial attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June , 2008 a true and accurate copy of the foregoing Response was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*Nicole L. Sanders*
Nicole L. Sanders (0077186)
Assistant City Solicitor

2

---

Job Order:
Last Referral:                    Last Referral Date: 10/25/2007
   For:
Final Disposition _____
   By: WITHERS, ERIC        Date: 10/25/2007      Responsibility Of: Private

EXHIBIT
A

ALSO CTNMAIN LINE FOUND BREAK AT 30-35 FT

| RESIDENTIAL GUARANTEE LABOR | COMMERCIAL GUARANTEE LABOR | PAYMENT | LABOR $ 975.00 |
|---|---|---|---|