UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

    Plaintiff (s)

v.

                          Case No. 1:02cv0107
                          (J. Spiegel ; J. Hogan)

Board of Hamilton County Commissioners, et al.,

    Defendant(s)

### SCHEDULING ORDER RE: Water in Basement Program

    This matter has been set for a Hearing regarding Request for Review of Water in Basement claim related to requestor:

Walter Meinert Jr. (Doc.247)

    The hearing will be held on Wednesday, July 30, 2008 at 10:00 am in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202.  (513) 564-7650.

    It is so ordered.

7/3/2008                            s/Timothy S Hogan
Date                               Timothy S. Hogan
                                    United States Magistrate Judge

awh

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Walter Meinert Jr.
530 Fortune Ave.
Cinti, OH 45219

4a. Article Number

7007 1490 0001 0562 6912

4b. Service Type
- ☐ Registered
- ☑ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

1:02 cv 107 (Doc. 250)