## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America, et al.,
          Plaintiff(s),

                    v.                                    Case No.   1:02cv107
                                                          (J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissoners, et al.,
          Defendant(s)

## CIVIL  MINUTES
**Oral Argument: Michael D. Harris request for review of Water-in-basement claim (Doc.241)**
**before the**
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER: Official Reporter,** Luke Lavin
**DATE:**  July 16, 2008                    **TIME:** 10:05 am — 11:00 am

Attorney for Plaintiff(s):_____          Attorney for Defendant(s):_____
Michael Harris - Pro-Se                     Nicole Sanders
_____                    _____

### WITNESSES

_____                    _____
_____                    _____
_____                    _____
_____                    _____
_____                    _____

### PROCEDURES
X  Counsel Present
X  Arguments heard on  Claimant's request for review (Doc. 241)
X  Court's decision to follow.
____ Court ordered in open court that_____
_____

Remarks: