UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,
    Plaintiff(s),

v.                              Case No.  1:02cv107
                                        (J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissoners, et al.,
    Defendant(s)

## CIVIL MINUTES
Oral Argument: Victoria Patman and Mario Harris request for review of
Water-in-basement claim (Doc.240)
before the
HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: none present
COURT REPORTER: Official Reporter, Luke Lavin
DATE: July 16, 2008           TIME: 10:00 am – 10:45am

Attorney for Plaintiff(s):               Attorney for Defendant(s):
Victoria Patman ) Pro-Se           Nicole Sanders
Mario Harris

### WITNESSES

### PROCEDURES
✓ Counsel Present
✓ Arguments heard on claimant's request for review (Doc. 240)
___ Court's decision to follow.
___ Court ordered in open court that_____

Remarks: Case cont'd for further testimony from MSD. Counsel for city will contact Court for a new hearing date.