UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA, et al.,
    Plaintiff(s),

v.

Board of Hamilton County Commissioners, et al.,
    Defendant(s).

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

## CIVIL MINUTES

Hearing on claimant Walter Meinert Jr.'s (Doc.247) Request for Review of Water in Basement claim.

before the
HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** Luke Lavin, Official Reporter
**DATE:** 7/30/2008          **TIME:** 10:00 am

Attorney for Plaintiff(s): _____          Attorney for Defendant(s): _____

Walter Meinert, Jr. (Pro-se)          Nicole Sanders - City of Cincinnati

### WITNESSES

### PROCEDURES

✓ Counsel Present. + Pro-se claimant
___ Arguments held on _____

✓ Court's decision to follow.
___ Court ordered in open court that _____

___ Case continued to _____.
___ Exhibits admitted _____
Remarks: _____