UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA, et al.,
    Plaintiff(s),

v.

Board of Hamilton County Commissioners, et al.,
    Defendant(s).

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

## CIVIL MINUTES

Hearing on claimants Elaine Howard's (Doc. 257) Request for Review of Water in Basement claim.

before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** Luke Lavin, Official Reporter
**DATE:** 8/4/2008    **TIME:** 10:00 am

Attorney for Plaintiff(s): _____

Elaine Howard, Pro-Se

Attorney for Defendant(s): _____

Nicole Sanders, City of Cincinnati

### WITNESSES

Dennis Madden, Supt. Cinti Waste Water

### PROCEDURES

✗ Counsel Present.
✗ Arguments held on _claimant's request for review Doc. 257_
✗ Court's decision to follow.
___ Court ordered in open court that _____
___ Case continued to _____
___ Exhibits admitted _____
Remarks: _____