# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

USA, et al.,
    Plaintiff(s),

v.

Board of Hamilton County Commissioners, et al.,
    Defendant(s).

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

## CIVIL MINUTES

Hearing on claimants Victoria Patman, and Mario Harris' (Doc.240) Request for Review of Water in Basement claim.
**before the**
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** Luke Lavin, Official Reporter
**DATE:** 8/4/2008     **TIME:** 10:00 am

Attorney for Plaintiff(s): _____
Victoria Patman, Pro-Se
Mario Harris, Pro-Se

Attorney for Defendant(s): _____
Nicole Sanders, City of Cincinnati

### WITNESSES
Nathaniel Powers, MSD Crew ~~Member~~

### PROCEDURES
✓ Counsel Present.
✓ Arguments held on claimant's request for review. Doc. 240
✓ Court's decision to follow.
___ Court ordered in open court that _____
___ Case continued to _____.
___ Exhibits admitted _____
Remarks: _____