**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

C8 AUG - 5   '' 10: 19

UNITED STATES OF AMERICA, et al.,      :    CASE NO. C-1-02-107

      Plaintiffs,      :    JUDGE S. ARTHUR SPIEGEL
                                MAGISTRATE HOGAN

      -vs-      :

BOARD OF HAMILTON COUNTY      :    **REQUEST FOR REVIEW**
COMMISSIONERS, et al.,

      Defendants.      :

                                :

I, _Katherine Schnur_, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_Katherine Schnur_
Signature

_Katherine Schnur_
Name (print)

_07/26/08_
Date

## INFORMATION FOR REQUEST FOR REVIEW

Name: Katherine Schnur

Address: 3110 Murdock Avenue

Cincinnati Ohio 45205

Phone: (513) 386-7894

Nature of dispute and description of your disagreement (attach additional pages if necessary):

On 3/18/08 my basement flooded. I called MSD they drained it by pump. the Water continued to come up through the drain eventually leading to MSD digging up the street and fixing a busted pipe. I was assured by all MSD employees I spoke with that I would be reimbursed for damages. I allowed the clean up crew to take all of my belongings that were ruined in the basement to the dump because I had 100% guarantee that they would be replaced.

Date of City's decision (please attach): _____

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

I am seeking roughly $4000.00 in compensation for the damaged personal items, electronics, Furnace, water heater, and washer.

Check one:

☒ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: Katherine Johnur

Date: 07/26/08

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

Date: 03/18/08

Time: 10:42

Received: ERE

## CALLER INFORMATION

Name: SCHNUR KATTI

Agency: Private

Address: 822 MARTINI RD CINCI

Business Phone:

Home Phone:  386-7894

## PROBLEM LOCATION

Address:  3110 MURDOCK AV

City/Township:CINC

Nearest Intersection: MURDOCK AV & HAWTHORNE AV

EAST P

Detailed Location Information: USNG 1M:GJ1068930446

Condition Reported: Water - In - Basement

Comments: Water - In - Basement    SEE ACTION COMMENTS


Current Condition: Water - In - Basement

## ON SITE INSPECTION

Date:  03/18/08

Unit Number: 434

Dispatch Time: 10:48          Arrival Time: 11:20          Completion Time: 11:40

Condition Found: No Main Sewer Trouble

Action Taken:

Comments: WIBNow:Y SRC:Fldrain Freq:1st P:N  NO PRIORS OR PLUMBER.
CK MHS US 28915000- DS 28915009 15ML OF R. C/ HAS WATER HOLDING @ FLOOR DRAIN IN
BASEMENT. WATER IS 1' DEEP ALSO C/ HAS NO PROPER C/O ON 4 STACK PIPE CALLED G MILLER TO
CALL FOR C/O TO BE INSTALLEDON ROD H/T A/C OF FINDING C/ WILL WAIT FOR CALL FROM
PLUMBER. JASON HARRIS   3-18-08
G MILLERCALLED DUKE ENERGY @ 11:50, SELENA SAID CREW WILL BE THERE IN 1 HOUR. DAVE BALL
WAS SENT TO PUMP OUT BASEMENT @ 12:00.
E-MAIL WAS SENT TO E.T.C. AS A POSSIBLE CLEANING @ 12:37 3-18-08. SHERRILL PLUMBING WAS
CALLED TO INSTALL C/O  ROD H/T @ 12:49 3-18-08. REFER TO TOM HAMBURG. ERIC  WEITHERS
3-18-08.
PLUMBER CALLED @ 17:51 3-18-08 & SAID HE INSTALLED C/O & RODDED H/T .
HE H/H @ 71' IN ROW & COULD NOT PASS, TOOL CAME BACK SHINEY. SENDING TV TRUCK TO LAUNCH
H/T . ERIC WEITHERS  3-18-08.
JOE JONES CALLED @ 19:15 & SAID THAT C/ H/T IS COMPLEATLY COLLAPSED. HE MARKED LOCATION
& MADE WITNESS SHEET. SENT TO E.T.C FOR CLEANING@ 19.30  3-18-08. CALLED GREG HOWARD &
GAVE HIM INFO COPIED TO RANDY SCHNEIDER FOR REPAIR. REFER TO JERRY WEIMER FOR TV INFO,
THEN REFER TO TOM HAMBURG. COPIED TO M MITCHELL & T ROLLISON. ERIC WEITHERS 3-18-08.


Job Order:

Last Referral:                    Last Referral Date: 04/16/08

For:

## Final Disposition

By:              Date:  /  /              Responsibility Of: Metropolitan Sewer Distri



**M S D**

**METROPOLITAN SEWER DISTRICT**
**OF GREATER CINCINNATI**

1600 Gest Street
Cincinnati, Ohio 45204
513•244•1300
*www.msdgc.org*

James A. Parrott
*Executive Director*

May 30, 2008

Katherine Schnur
3110 Murdock Avenue
Cincinnati, Ohio 45205

RE:  Water in Basement claim for 3110 Murdock

Dear Ms Schnur:

An investigation of your claim has determined that your Water in Basement incident was the result of a problem in your house lateral and not a problem in the public sewer.  MSD repaired that part of your lateral within the street; MSD is responsible for the repair of all house laterals within streets.  However, because the house lateral is owned by the owner of the building served by the lateral and not MSD, MSD must reject your claim for damages.

**If you disagree with the City's disposition of your claim, in accordance with an order in the Consent Decree case, Federal District Court case # C-1-02-107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within 90 days with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202.  You may call the court-appointed Ombudsman, the Legal Aid Society, at (513) 362-2801 for further information concerning your rights under the Consent Decree.**

**Alternatively, you may appeal the decision through standard legal process in the courts of Hamilton County in the Hamilton County Municipal Court or the Court of Common Pleas.  Both of these courts are located at 1000 Main Street.**

*Customer Service*
513•352•4900

*Emergency Service*
513•352•4900

Sincerely,

Dorothy Carman
Assistant City Solicitor



*Equal Opportunity Employer*

To whom it may concern,                                    08/04/08

On March 13, 2008, my basement flooded with water. I contacted MSD and they did a fine job of getting the water out and fixing the problem in the street, and it took them all night to do it. I was guaranteed by Dave Ball of MSD that my belongings would be replaced and the cost of the repair to my hot water heater and furnace would be paid for by MSD. He explained that if the break was in the hill of my front yard I would be responsible for fixing my things, but as soon as the pipe gets to the sidewalk it became MSD's problem to fix and that they would then be responsible for fixing and replacing my belongings. He repeatedly told me that MSD would pay for my ruined belongings in the basement. He was very reassuring. When the MSD claims man came the next day he told me that he would take a picture of everything I wanted replaced because of damages (pictures are enclosed). He told me MSD was going to replace everything that I needed to be replaced. A cleaning crew, brought in by MSD, removed the damaged items from my house and told me they were taking them to the dump because it was unsafe to salvage them. I feel completely misled because MSD denied my claim, after their employees guaranteed my reimbursment. I understand the break was in the lateral pipe and MSD said this is the homeowners responsibility, when they denied my claim. I don't think I can dispute that, but I am disputing the fact that $4000 of my personal property, baby toys, clothes, pianos, electronics etc.

were thrown away and I was completly misled as to what was going to happen to fix my things. I feel taken advantage of. I live in Price Hill and have two small children. I also go to Mount St. Joseph as a full time student. I am a low income resident trying to raise my children in a sound and secure environment. I do not have lots of money to buy extra things life has to offer, but the things we had were nice, quality items that we used on a daily basis. It is wrong to guarantee reimbursment, then not follow through. I am very dissapointed in MSD and I need to be reimbursed for my items, just as they promised. There is a $1800 bill to Reupert for fixing our furnace and hot water heater, and about $4000 worth of personal property was damaged and taken to the dump.

Sincerely,
Katherine Schnur
Katherine Schnur



2008:03:19 10:25:04
WIB-2264 010.JPG          3110 Murdock



2008:03:19 10:27:51
WIB-2264 012.JPG          3110 Murdock



2008:03:19 10:24:52
WIB-2264 009.JPG          3110 Murdock



2008:03:19 10:27:42
WIB-2264 011.JPG          3110 Murdock



2008:03:19 10:28:48
WIB-2264 014.JPG                    3110 Murdock



2008:03:19 10:37:05
WIB-2264 016.JPG                    3110 Murdock



2008:03:19 10:28:05
WIB-2264 013.JPG                    3110 Murdock



2008:03:19 10:36:49
WIB-2264 015.JPG                    3110 Murdock



2008:03:19 10:39:22
WIB-2264 018.JPG                    3110 Murdock



2008:03:19 10:39:29
WIB-2264 020.JPG                    3110 Murdock



2008:03:19 10:37:21
WIB-2264 017.JPG                    3110 Murdock



2008:03:19 10:39:25
WIB-2264 019.JPG                    3110 Murdock



2008:03:19 10:40:38
WIB-2264 022.JPG                     3110 Murdock



2008:03:19 10:42:29
WIB-2264 024.JPG                     3110 Murdock



2008:03:19 10:39:43
WIB-2264 021.JPG                     3110 Murdock



2008:03:19 10:41:59
WIB-2264 023.JPG                     3110 Murdock



2008:03:19 10:43:09
WIB-2264 026.JPG                     3110 Murdock



2008:03:19 10:45:40
WIB-2264 028.JPG                     3110 Murdock



2008:03:19 10:43:05
WIB-2264 025.JPG                     3110 Murdock



2008:03:19 10:45:06
WIB-2264 027.JPG                     3110 Murdock



















2008:03:19 10:18:39
WIB-2264 006.JPG                3110 Murdock



2008:03:19 10:24:30
WIB-2264 008.JPG                3110 Murdock



2008:03:19 10:18:21
WIB-2264 005.JPG                3110 Murdock



2008:03:19 10:18:55
WIB-2264 007.JPG                3110 Murdock



2008:03:19 10:57:14
WIB-2264 038.JPG    3110 Murdock



2008:03:19 10:59:16
WIB-2264 040.JPG    3110 Murdock



2008:03:19 10:52:53
WIB-2264 037.JPG    3110 Murdock



2008:03:19 10:59:00
WIB-2264 039.JPG    3110 Murdock











2008:03:19 11:05:11
WIB-2264 042.JPG                                3110 Murdock



2008:03:19 11:05:57
WIB-2264 044.JPG                                3110 Murdock



2008:03:19 10:59:41
WIB-2264 041.JPG                                3110 Murdock



2008:03:19 11:05:38
WIB-2264 043.JPG                                3110 Murdock



2008:03:19 11:07:21
WIB-2264 046.JPG          3110 Murdock



2008:03:19 11:08:37
WIB-2264 048.JPG          3110 Murdock



2008:03:19 11:06:05
WIB-2264 045.JPG          3110 Murdock



2008:03:19 11:07:37
WIB-2264 047.JPG          3110 Murdock



2008:03:19 11:11:00
WIB-2264 050.JPG
3110 Murdock



2008:03:19 11:12:41
WIB-2264 052.JPG
3110 Murdock



2008:03:19 11:09:13
WIB-2264 049.JPG
3110 Murdock



2008:03:19 11:12:21
WIB-2264 051.JPG
3110 Murdock



2008:03:19 11:14:58
WIB-2264 054.JPG    3110 Murdock



2008:03:19 11:17:07
WIB-2264 056.JPG    3110 Murdock



2008:03:19 11:13:39
WIB-2264 053.JPG    3110 Murdock



2008:03:19 11:16:14
WIB-2264 055.JPG    3110 Murdock



2008:03:19 11:19:48
WIB-2264 058.JPG          3110 Murdock



2008:03:19 11:20:07
WIB-2264 060.JPG          3110 Murdock



2008:03:19 11:19:39
WIB-2264 057.JPG          3110 Murdock



2008:03:19 11:19:55
WIB-2264 059.JPG          3110 Murdock



2008:03:19 11:20:24
WIB-2264 062.JPG          3110 Murdock



2008:03:19 11:21:19
WIB-2264 064.JPG          3110 Murdock



2008:03:19 11:20:18
WIB-2264 061.JPG          3110 Murdock



2008:03:19 11:20:28
WIB-2264 063.JPG          3110 Murdock



2008.03.19 11:23:05
WIB-2264 066.JPG          3110 Murdock



2008.03.19 11:23:34
WIB-2264 068.JPG          3110 Murdock



2008.03.19 11:21:28
WIB-2264 065.JPG          3110 Murdock



2008.03.19 11:23:29
WIB-2264 067.JPG          3110 Murdock

