UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

    Plaintiff (s)

v.

                                                Case No. 1:02cv0107
                                                (J. Spiegel ; J. Hogan)

Board of Hamilton County Commissioners, et al.,

    Defendant(s)

_____

**SCHEDULING ORDER RE: Water in Basement Program**
_____

    This matter has been set for continuation of Hearing regarding Request for Review of Water in Basement claim related to requestor:

Walter Meinert, Jr. (Doc. 247)

    The hearing will be held on Tuesday, August 26, 2008 at 10:00 am in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202.  (513) 564-7650.

    It is so ordered.

 8/5/2008                                         s/Timothy S Hogan
Date                                               Timothy S. Hogan
                                                     United States Magistrate Judge

awh