IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>THE STATE OF OHIO AND OHIO )<br>VALLEY WATER SANITATION )<br>COMMISSION, )<br>   ) <br>   Plaintiffs, )<br>   )<br>vs. )<br>   )<br>THE BOARD OF COUNTY )<br>COMMISSIONERS OF )<br>HAMILTON COUNTY, OHIO )<br>AND THE CITY OF CINCINNATI, )<br>   )<br>   Defendants. ) | Civil Action No. C-1-02-107<br><br>Judge S. Arthur Spiegel<br><br><br><br>**MOTION FOR ADMISSION PRO**<br>**HAC VICE OF ANDREW L. KOLESAR** |

Christopher D. Wiest, the undersigned counsel for the City of Cincinnati, Ohio respectfully requests that this Court admit attorney Andrew L. Kolesar to practice before this Court in the above-captioned case on behalf of the City of Cincinnati, Ohio, to have Mr. Kolesar admitted as an additional attorney of record on the Court's docket, and to have Mr. Kolesar receive electronic notices via Andrew.Kolesar@ThompsonHine.com.

Mr. Kolesar is a partner in the law firm of Thompson Hine LLP and is admitted to practice and is in good standing in the State of Ohio (Bar No. 0067927). *See* Affidavit of Andrew L. Kolesar, attached hereto as Exhibit A. Mr. Kolesar is also admitted to practice and is a member in good standing of the bars of Washington, D.C. and the Commonwealth of Kentucky. *Id*.

Based upon the foregoing, the undersigned requests an Order of this Court granting Andrew L. Kolesar admission to practice pro hac vice throughout the pendency of the instant case. A proposed Order is attached as Exhibit B.

Respectfully submitted,

*/s/ Christopher D. Wiest*
*Christopher D. Wiest (0077931)*
*THOMPSON HINE LLP*
*312 Walnut Street, Suite 1400*
*Cincinnati, OH   45202*
*Telephone: (513) 352-6600*
*Facsimile:  (513) 241-4771*
*Chris.Wiest@ThompsonHine.com*

*One of the Attorneys for the City of Cincinnati, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system. The following were served with the foregoing on August 11, 2008 by U.S. Mail:

Gregory Lockhart
U.S. Attorney's Office
P.O. Box 280
200 W. Second St., Rm. 602
Dayton, Ohio 45402

Thomas L. Sansonetti
Assistant Attorney General
Environmental and Natural Resource Division
U.S. Department of Justice
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Betty J. Brown
428 Glenwood Ave.
Cincinnati, Ohio 45229

Stephanie Mueller
3225 Westbrook Dr., Apt. 1
Cincinnati, Ohio 45238

Charles Thompson
3294 Greenway Ave.
Cincinnati, Ohio 45248

Ada Washington
11667 Mill Rd.
Cincinnati, Ohio 45240

Amy Jo Leonard
D. David Altman Co., LPA
15 East Eighth Street, Suite 200 W
Cincinnati, Ohio 45202

*/s/Christopher D. Wiest*
*One of the Attorneys for*
*City of Cincinnati, Ohio*