IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>THE STATE OF OHIO AND OHIO )<br>VALLEY WATER SANITATION )<br>COMMISSION, )<br>    ) <br>        Plaintiffs,    ) <br>    ) <br>    vs.    ) <br>    ) <br>THE BOARD OF COUNTY    ) <br>COMMISSIONERS OF    ) <br>HAMILTON COUNTY, OHIO    ) <br>AND THE CITY OF CINCINNATI, ) <br>    ) <br>        Defendants.    ) | Civil Action No. C-1-02-107<br><br>Judge S. Arthur Spiegel<br><br><br><br>**NOTICE OF APPEARANCE OF<br>ADDITIONAL COUNSEL** |

Please take notice that Andrew L. Kolesar, Esq. hereby appears as an additional attorney of record for the City of Cincinnati, Ohio in the above captioned case. Please direct all future pleadings, filings, notices and correspondence to Mr. Kolesar at the address listed below.

Respectfully submitted,

*/s/ Andrew L. Kolesar*
Andrew L. Kolesar (#0077931)
Andrew.Kolesar@ThompsonHine.com
THOMPSON HINE LLP
312 Walnut St., 14th Floor
Cincinnati, Ohio 45202
(513) 352-6545 - Phone
(513) 241-4771 – Fax

*One of the Attorneys for
City of Cincinnati, Ohio*

11331115.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system. The following were served with the foregoing on August 13, 2008 by U.S. Mail:

| | |
|---|---|
| Gregory Lockhart<br>U.S. Attorney's Office<br>P.O. Box 280<br>200 W. Second St., Rm. 602<br>Dayton, Ohio 45402 | Thomas L. Sansonetti<br>Assistant Attorney General<br>Environmental and Natural Resource Division<br>U.S. Department of Justice<br>10th & Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |
| Betty J. Brown<br>428 Glenwood Ave.<br>Cincinnati, Ohio 45229 | Stephanie Mueller<br>3225 Westbrook Dr., Apt. 1<br>Cincinnati, Ohio 45238 |
| Charles Thompson<br>3294 Greenway Ave.<br>Cincinnati, Ohio 45248 | Ada Washington<br>11667 Mill Rd.<br>Cincinnati, Ohio 45240 |
| Amy Jo Leonard<br>D. David Altman Co., LPA<br>15 East Eighth Street, Suite 200 W<br>Cincinnati, Ohio 45202 | |

/s/Andrew L. Kolesar
*One of the Attorneys for*
*City of Cincinnati, Ohio*