UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA, et al.,
    Plaintiff(s),

v.

Case No. 1:02cv0107
(J. Spiegel ; Hogan, M.J.)

Board of Hamilton County Commissioners, et al.,
    Defendant(s).

## CIVIL MINUTES

*Continued*
Hearing on claimant Walter Meinert's (Doc. 247) Request for Review of Water in Basement claim.

**before the**
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** *none present*
**COURT REPORTER:** *Luke Lavin, Official Reporter*
**DATE:** 8/26/2008      **TIME:** 10:00 am

Attorney for Plaintiff(s): _____      Attorney for Defendant(s): _____

*Walter Meinert, Pro Se claimant*      *Nicole Sanders, City of Cinti*

### WITNESSES

*Tom Coyne, MSD crew leader*

### PROCEDURES

✓ Counsel Present.
✓ Arguments held on *claimant's request for review (Doc. 247)*

✓ Court's decision to follow.
___ Court ordered in open court that ___

___ Case continued to ___
___ Exhibits admitted ___
Remarks: ___