UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

    Plaintiff (s)

v.

                                      Case No. 1:02cv0107
                                      (J. Spiegel ; J. Hogan)

Board of Hamilton County Commissioners, et al.,

    Defendant(s)

_____

**SCHEDULING ORDER RE: Water in Basement Program**
_____

    This matter has been set for Hearing regarding Request for Review of Water in Basement claim related to requestor:

Katherine Schnur (Doc. 270)

    The hearing will be held on Wednesday, October 8, 2008 at 10:00 am in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202.  (513) 564-7650.

    It is so ordered.

| | |
|---|---|
| 8/27/2008 | s/Timothy S Hogan |
| Date | Timothy S. Hogan |
| | United States Magistrate Judge |

awh