IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 1:02CV107 |
| Plaintiff, | ) | |
| vs. | ) | Judge S. Arthur Spiegel |
| | ) | |
| THE BOARD OF COUNTY | ) | |
| COMMISSIONERS OF | ) | |
| HAMILTON COUNTY, OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned counsel hereby notifies the Court and all parties in this litigation of a change of address.

Previous address:

THOMSPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291
(216) 566-5500- Phone
(216) 566-5800- Fax

New address:

MCMAHON DEGULIS LLP
812 Huron Rd., Suite 650
Cleveland, OH 44115
(216) 621-1312- Phone
(216) 621-0577- Fax

Respectfully submitted,

*/s/ Louis L. McMahon*
Louis L. McMahon (#0067378)
MCMAHON DEGULIS LLP
812 Huron Road, Suite 650
Cleveland, OH 44115
(216) 621-1312- Phone
(216) 621-0577- Fax
lmcmahon@mdllp.net

*One of the Attorneys for
City of Cincinnati, Ohio*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 8, 2008, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

                                                      */s/Louis L. McMahon*
                                                      *One of the Attorneys for*
                                                      *City of Cincinnati, Ohio*