UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  :  | CASE NO.: C-1-02-107 |
| Plaintiffs, : | JUDGE S. ARTHUR SPIEGEL |
| : | MAGISTRATE HOGAN |
| v. : | |
| : | RESPONSE TO KATHERINE |
| : | SCHNUR'S REQUESTS FOR |
| : | REVIEW |
| BOARD OF HAMILTON COUNTY  : | |
| COMMISSIONERS, et al. : | |
| Defendants. : | |

The City and County Defendants ("MSD") respond to Mr. Walter Meinert's Motion for Review (Doc #201) as follows:

1. Ms. Katherine Schnur submitted a water in basement claim in May 7, 2008.

2. The MSD investigated Schnur's claim through the City of Cincinnati claims department. The Water-in-Basement Claims Administrator is Dotty Carman.

3. Ms. Carman denied the water in the basement because it was determined the back-up was caused by a problem in the owner's house lateral. (Attached Complaint MSD Form and maps demonstrating where the break occurred and location of the right-of-way attaches as exhibits A-D)

4. MSD is will repair or reconstruction of the part of a house lateral in the right of way that fails because of a broken or collapsed pipe pursuant to section 1207 of the Rules and Regulations of MSD.

*Nicole L. Sanders*
Nicole L. Sanders (0077186)
Assistant City Solicitor