

# Metropolitan Sewer District of Greater Cincinnati
## Wastewater Collection Division
### Project Tracking Form

**Project No.** 00880-08    **Priority:** 1    **Enter Date:** 03/24/2008

---

### Complaint Tracking Information
Date:  /  /    Address:

---

**Address:** 3110 MURDOCK AV

**Intersection:** MURDOCK AV & HAWTHORNE AV

**Mun_twnshp** CINC    **Sub_area** EPRICE

**Location:** SEE WITNESS SHEET

**Manhole From:** 28915009

**Manhole To:** 28915008

**Condition Reported** (Max of 50 Char.)
COLLAPSED LATERAL:

**Charge_to:** _____

**Contractor:** HOWELL CONTRACTORS, INC.
**Sub Contractor:**
**Contract No. / Cost Center:** 081R015104
**Project Engineer /Supervisor:** GREG HOWARD
**Project Inspector:** MIKE BRADY
**Crew Leader/ Foreman:** BUTCH SCHERER

---

### Project Classification
Contractor - Open Trench Excavation

- [ ] Main Line New Installation
- [ ] Main Line Replacement
- [ ] Main Line Repair
- [ ] Main Line Bulk Head
- [ ] Main Line Fill, Seal and Abandon
- [ ] Force Main Replacement
- [ ] Force Main Repair
- [ ] Force Main Valve Replacement
- [ ] Force Main Valve Repair
- [ ] Low Pressure Force Main Replacement
- [ ] Low Pressure Force Main Repair
- [ ] Low Pressure Force Main Valve Replacement
- [ ] Low Pressure Force Main Valve Repair
- [ ] Building Lateral New Installation
- [X] Building Lateral Replacement
- [ ] Building Lateral Repair
- [ ] Building Lateral Relocate
- [ ] Manhole New Installation
- [ ] Manhole Replacement
- [ ] Manhole Repair
- [ ] Manhole Rehabilitation
- [ ] Manhole Raise
- [ ] Encasement Installation
- [ ] Encasement Repair
- [ ] Cleanout Installed

Other _____

**Start:** 03/18/2008    **Finish:** 03/22/2008
**Estimated Days to Complete:** 3.0
**Cut Size:** Length 8    Width 6
**Number Of Cuts:** 1    **Avg_depth** 4.0
**Street Opening Permit:** T200801948
**Utilities:**
**Water Works:** CWW

---

**OVERALL PROJECT DIFFICULTY:** EASY    (Easy, Moderate, Difficult)



EXHIBIT A

Project Address: 3110 Murdock
Contractor: Howell
MSD Inspector: GREG
Project Start Date: 3-18-08    Project Finish Date: 3-22-08
Priority 1    Working Days to Complete: 2 days
Project Tracking Number# 00880-08 Foreman Butch Scherer



Check the boxes below to ensure you have included these all on your sketch:
- ☑ North Arrow
- ☐ House Numbers
- ☐ US and DS MH #s
- ☑ Tap locations Distance
- ☑ Distance of the repair from a MH !
- ☑ Direction of flow
- ☑ Street names
- ☑ Number & Size OF Cuts
  1  5'x8'
- ☑ Distance from ml to tap repair.
- ☐ Was new Cleanout installed  NO
- ☐ Was Tap TV'D to R/W  NO

EXHIBIT B



