UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

    Plaintiff (s)

v.

                                    Case No. 1:02cv0107
                                    (J. Spiegel ; J. Hogan)

Board of Hamilton County Commissioners, et al.,

    Defendant(s)

_____

**SCHEDULING ORDER RE: Water in Basement Program**
_____

     This matter has been set for Hearing regarding Request for Review of Water in Basement claim related to requestors:

Eric Radtke (Doc. 285)
Bruce & Cheryl Patanelli (Doc.286)
Barbara Rainey (Doc.287)

     The hearing will be held on Wednesday, October 8, 2008 at 10:00 am in Courtroom 701, U.S. Courthouse Building, 100 E. Fifth Street, Cincinnati, Ohio 45202.  (513) 564-7650.

     It is so ordered.

 9/10/2008                                             s/Timothy S Hogan
Date                                                             Timothy S. Hogan
                                                 United States Magistrate Judge

awh