Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

Date: 03/19/2008
Time: 13:40

Complaint #: 137871    Maximo #: 232904    Received: TVO

## CALLER INFORMATION

Name: RADTKE ERIC & JAMES M MARTIN
Agency: Private
Address: 4203 BRANDONMORE DR

Business Phone:
Home Phone: 5137080140

## PROBLEM LOCATION

Address: 3377 BLUE ROCK RD
Nearest Intersection: BLUE ROCK RD & BLUEACRES DR
Detailed Location Information: USNG 1M:GJ0773342462
Condition Reported: Water - In - Basement
Comments: Water - In - Basement    SEE ACTION COMMENTS

City/Township: COLETP

Current Condition: Water - In - Basement

## ON SITE INSPECTION

Date: 03/20/2008
Dispatch Time: 08:51    Arrival Time: 09:45    Completion Time: 12:00
Unit Number: 441
Condition Found: No Main Sewer Trouble
Action Taken:
Comments: WIBNow:Y D:2 SRC:Fldrain P:N
HAS HAD WATER 3 TIMES IN LAST 8 MONTHS. HAD A PLUMBER IN THE PAST, THEY TV'D HIS LATERAL AND STATED THERE WAS NO PROBLEM ON THEIR SIDE.
CK'D 12 ML FROM MH# 23313008-23313009. NMST RODDED FROM S/C/O IN BASEMENT. RODDED 85'. H/H BROUGHT BACK SLUDGE. LOCATED AT SPOT IN ROW. WATER DID NOT LEAVE BASEMENT. CALLED GREG HOWARD FOR EMERGECY REPAIR. MADE WITNESS SHEET. M ELLIS 3-20-08
SENT ETC FOR CLEANING @ 20:10 3-20-08. COPIED TO RANDY SCHNEIDER FOR REPAIR. E WITHERS 3-20-08

Job Order:
Last Referral:    Last Referral Date: 04/16/2008
For:

## Final Disposition

By:    Date: / /    Responsibility Of: Metropolitan Sewer Distri

EXHIBIT A

