Metropolitan
Wastewater Collection Division

# COMPLAINT FORM

Date: 09/07/2007
Time: 10:44

Complaint #: 133505    Maximo #: 214450    Received: GMI

## CALLER INFORMATION

Name: BRUCE PATANELLI
Agency: Private
Address: 1623 KEMPER AVE CINC

Business Phone:
Home Phone: 522-1623

## PROBLEM LOCATION

Address: 1623 KEMPER AV                         City/Township: MNTHTY
Nearest Intersection: KEMPER AV & HARRISON AV
Detailed Location Information: USNG 1M:GJ1150644943
Condition Reported: Water - In - Basement
Comments: Water - In - Basement   SEE ACTION COMMENTS

Current Condition: Water - In - Basement

## ON SITE INSPECTION

Date: 09/07/2007                                          Unit Number: 445
Dispatch Time: 10:56    Arrival Time: 11:29    Completion Time: 12:09
Condition Found: No Main Sewer Trouble
Action Taken:
Comments: WIBNow:Y SRC:Fldrain P:N. MSD RODDED ON 7-5-07. H/H AT 30' ON P/P. CHECK ML ONLY.
G. ROGERS ARRIVED & PULLED U/S JUNC MH 30309012 & D/S JUNC MH 30310010 OVER 8'' SAN
LINE. THERE WERE NMST & NBUIMH. C/A HE THINKS PROBLEM IS A RESULT OF WORK BY DUKE IN
ROW. C/A PLUMBER HE CALLED STATED PROBLEM AT 30'. IT IS NEARLY 50' FROM ROW. I A/C TO
CALL PLUMBER. LEFT WIB PAMPLET & COMMENT CARD. G. ROGERS 9/7/07

Job Order:
Last Referral:                      Last Referral Date: 09/10/2007
For:

Final Disposition
By: HOMER, JOSEPH W.         Date: 09/10/2007    Responsibility Of: Private




EXHIBIT A

Metropolitan Sewer District
Wastewater Collection Division

# COMPLAINT FORM

Date: 12/06/2007
Time: 11:55

Complaint #: 135276   Maximo #: 220714   Received: GMI

## CALLER INFORMATION

Name: BRUCE PATANELLI

Agency: Private

Address: 1623 KEMPER AVE CINC

Business Phone:

Home Phone: 522-1623

## PROBLEM LOCATION

Address: 1623 KEMPER AV

City/Township: NTHTY

Nearest Intersection: KEMPER AV & HARRISON AV

Detailed Location Information: USNG 1M:GJ1150644943

Condition Reported: Water - In - Basement

Comments: Water - In - Basement   SEE ACTION COMMENTS

Current Condition: Water - In - Basement

## ON SITE INSPECTION

Date: 12/06/2007

Unit Number: 445

Dispatch Time: 12:29   Arrival Time: 13:03   Completion Time: 13:20

Condition Found: No Main Sewer Trouble

Action Taken:

Comments: PICK UP TAPE FOR REVIEW. DRAINS VERY SLOWLY. C/ THINKS TELEPHONE POLE HAS COLLAPSE HIS LATERAL. MSD REPAIRED ON 3-2-07 (204919) & RODDED ON 7-6-07 (212846).
I ARRIVED & PICKED UP TAPE. REFER TO R. SCHNEIDER TO REVIEW TAPE. G. ROGERS 12-6-07
REF TO R. SCHNEIDER. K. RUSSELL 12/6/07
WOG DUBBED VIDEO INTO PLUMBER'S VIDEO ON L DRIVE. COPIED M. MUELLER TO LAUNCH TO R/W & LOCATE & WITNESS DEFECT. REFER TO DISPATCH TO RETURN TAPE. RRS 12-10-07
12/10/07 #445 ARRIVED 18:23 FINISHED 18:33 I RETURNED TAPE. C/ WAS NOT HOME. I LEFT TAPE ON SHELF ON BACK PORCH, OUT OF THE RAIN. I A/C BY VOICEMAIL. G. ROGERS 12/10/07

Job Order:

Last Referral:   Last Referral Date: 12/12/2007

For:

## Final Disposition

By: WITHERS, ERIC   Date: 12/11/2007   Responsibility Of: District


EXHIBIT B

Project No. 02362-07                                              Enter Date: 12/10/2007

| Restoration Material | Type | Address | Street Opening Permit#: | Qty | Unit |
|---|---|---|---|---|---|
| ASPHALT | STREET | 1623 KEMPER AV, MOUNT HEALTHY | | 21 | S.F. |
| CONCRETE | CURB | 1623 KEMPER AV, MOUNT HEALTHY | | 12 | L.F. |

Sketch



Comments

EMERG. TAP REPAIR, W/B DUE TO BUILDING LATERAL BEING DISCONNECTED FROM OLD COMMON TAP, PROBABLY FROM WORK BY DUKE IN 2005. NOTE: THERE IS A POWER POLE DIRECTLY OVER THE REPAIR LOCATION. ALREADY LOCATED AND MARKED, SEE TAP LOCATION SHEET. -- crew laid 7.5' of 6" pipe.

EXHIBIT C

Submit By: RANDY                    Submit Date: 12/10/2007

Page 4

