## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA, et al.,        :    CASE NO. C-1-02-107

      Plaintiffs,        :    JUDGE S. ARTHUR SPIEGEL
                                    MAGISTRATE HOGAN

        -vs-        :

BOARD OF HAMILTON COUNTY        :    **REQUEST FOR REVIEW**
COMMISSIONERS, et al.,

                        :

      Defendants.

                        :

I, _Yarnell McKenzie_, request that the Court review my Water-in-Basement claim, pursuant to the Court's February 2, 2006, Order.   Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_(signature)_
Signature

Yarnell McKenzie
Name (print)

9-11-08
Date

## INFORMATION FOR REQUEST FOR REVIEW

Name: _Larnell McKenzie_

Address: _3490 Beech brook Dr_

_Cinti Oh 45231_

Phone: _513 349 8417_

Nature of dispute and description of your disagreement (attach additional pages if necessary):

_MSD offered me 1700.00 for 20000.00 worth of damages to conv. per appral prop party o. please see att achid_

_Disagree with amt. offered by MSD_

Date of City's decision (please attach): _____

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

_I definately am trying to recover from litigation and am in financial distress - not able to obtain replacement's for damaged items._

Check one:

[✓] I would like to appear in person to explain my position to the Court.

[ ] I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: _Larnell McK_

Date: _9-11-08_

** File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202; and send a copy to the City of Cincinnati, c/o Terry Nestor, 801 Plum St., Room 214, Cincinnati, OH 45202, and/or Fax: 513-352-1515.

# LEGAL AID SOCIETY OF
## SOUTHWEST OHIO, LLC

AN AFFILIATE OF THE LEGAL AID SOCIETY OF GREATER CINCINNATI

July 31, 2008

**DONALD P. KLEKAMP
COMMUNITY LAW
CENTER BUILDING**

**215 East Ninth Street
Suite 500
Cincinnati, Ohio
45202**

Telephone
(513) 241-9400
(800) 582-2682

Facsimile
(513) 241-0047

Ms. Yarnell McKenzie
2490 Berthbrook Drive
Cincinnati, OH  45231

Dear Ms. McKenzie:

You contacted Legal Aid in our capacity as Ombudsman for the Metropolitan
Sewer District (MSD) Water-In-Basement Program.

MSD has accepted responsibility for the backup in your basement. You
submitted a claim to MSD for damages to your basement and personal items. I
understand that you disagree with the amount that MSD offered to pay.

You have the right to have your claim reviewed in Federal Court under the WIB
case. The Magistrate Judge who oversees the WIB Consent Decree developed a new
procedure for homeowners to appeal MSD's decision. To exercise this right, you must
file a request to have your dispute reviewed in Federal Court. You would also need to
submit any additional information and documentation (photos, receipts, etc.) to support
your claim. The Court would review this information, provide you with a hearing (if
you want one), and assess whether the City's damage estimate is reasonable. If you are
going to exercise your right to the review process, you should file your request as soon
as possible.

Enclosed is the Right to Review form and information on the Federal Court
Review process. Feel free to contact me directly at 362-2871 if you need further
assistance to understand this process or your rights. Or, you may call the Ombudsman's
main number at 362-2801.

Sincerely,

Rickell Howard

Rickell Howard
Attorney at Law
Assistant to the Ombudsman
MSD Water-In-Basement Program
Direct Dial: (513) 362-2871

**LEGAL SERVICES IN**
Brown County
Butler County
Clermont County
Clinton County
Hamilton County
Highland County
Warren County

RH/lrf
Enclosures



S\_LRF\WIB\Corresp 2008\McKenzie, Yarnell ltr 073108.doc



**M S D**

Dear MSD Customer,

Enclosed you will find a detailed list of the items destroyed by your flooded basement and photos that were taken of the damages after the event. We appreciate your patience as we strive to serve so many across our city.

If you have questions or concerns regarding filing a claim, please don't hesitate to call our office. We can be reached at (513) 771-9424. Someone will be happy to assist you with the process.

Sincerely,

MSD Customer Service Representative

Tenant sheet

**M S D**

## WIB PROPERTY OFFSITE DISPOSAL REPORT
WIB No. 2402-

Customer Service Representative: Chris Dana
Customer Name: Tarnell McKenzie
Address: 2490 Bethrook    City: Colrain    Zip: 45231

| Item Description | Quantity | Comments |
|---|---|---|
| Entertainment Cabinet | 1 | Wood |
| mini fridge | 1 | Derby Millenium Brand |
| DVD's | Approx 30 | |
| Swivel chair + stool | 1 set | |
| Artificial Trees | 2 | 5 ft. |
| Laundry hamper | 1 | |
| Purses | 52 | photographed together 5 piles X 3 |
| Suitcase / Duffle Bag | 1 | Black - large |
| Clothing Armoire | 1 | White wood laminate |
| 4ft folding photo frame unit | 1 | Wood |
| Clothing / shoes | 1 pile | covering family room floor (3 photos) |
| Life gear treadmill | 1 | non-electric - SlimHealth SN 00264 |
| Clothing | 1 pile | covering storage room floor (3 photos) |
| Video VCR tapes | 1 Bag | |
| Bookcase in Box | 1 | Sauder Brand |
| | | |

Cleanup Contractor: Flood Restoration.    Date: 3 24 08
Employee Signature: _____
Customer Signature: _____
Printed Name: Tarnell McKenzie    Date: 3-24-08
By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim.

Revised 4/5/2006

Owner's sheet

**WIB PROPERTY OFFSITE DISPOSAL REPORT**

M S D

WIB No. 2402

Customer Service Representative: _____ Chris / Dana

Customer Name: _____ Yarnell McKenzie

Address: 2490 Berthbank   City: Cbham Tp   Zip: _____

| Item Description | Quantity | Comments |
|---|---|---|
| CARPET + PAD | 156 Sqft. | |
| Drywall | 60 feet. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Cleanup Contractor: FLOOD RESTORATION   Date: 3-24-08

Employee Signature: _____

Customer Signature: _____

Printed Name: _____   Date: 3-24-08

*By signing this report, I agree that the items listed above will be disposed of offsite and are eligible for inclusion in my claim*

*Page 2 of 2*          *Revised 4/5/2006*

Louis Vuitton Suitcase/Duffle bag        729.00
Armoire (clothes)                        917.00
1/4 photo frame (wood)                   46.29
Shoes (73 pair)                          5000.00
10 bags clothes covered family Rm Fl.    4200.00
Like new treadmill                       110.00
20 bags of clothes covered Storage Rm Fl. 7100.00
Garbage bag VCR Tapes    43×12,00        516.00
Bookcase (mine)                          120.00
motor scooter  ×2 & yellow & Red (just bought)   600.00
cell phone      (Sprint) Now Insured     69.00
I wireless phone                         170.00
Baby Monitor                             20.00
photos                                   30.00
Series 7 exam book (I now have to pay my job)   500.00
Cloth Flexi file cabinet                 23.00

entertainment cabinet
mini refridgerator
DVD's          2 box sets

          30+ DVD's cont.

700.00
84.00
34.99
4/7.99
21.99
14.99
19.99

19.99
X 11 movies          19.89
219.89          21.99
19.99
14.99
9.99
21.99
13.99
17.99
129.99
19.89 X2
12.99

Swivel chair & stool (1wk old)
Artificial TREES X2
Laundry hamper
Purses X 54 (Designer purse collectos)
          Gucci 259.00          Findi 469.00
          Guess 89.99          Coach hobo bag 378.00 hews
Bath 259.00 Dolce & Gabana 179.00          Fubu 89.99
GAP 9.00          wach 49.00          Guess 129.99
Danyobu 39.00 XOXO          Sav 5th Ave 259.00
XOXi 69.00 Prada 320.00          Old Navy 49.00
B dairy 340.00 Baby phat 178.00          Charlotte Ruse 52.00
L is leathe 559.00 west back 199.00          Kenneth Cole 179.00
Coach 179.00 Victoria Secret 49.00          Guess 69.99
Express 169.00 ma ma 79.00          Gucci 659.00
          Hush puppy 32.89          Dooney & Burke 349.00
          Coach 270.00
34X leather purses 2,000.00
















































