RELEASE

Barbara and Kevin Rainey, 12183 Elkwood Drive, Cincinnati, Ohio 45240, for the sole consideration of NINETEEN THOUSAND NINE HUNDRED SEVENTY-EIGHT AND 00/100 DOLLARS ($19,978.00), received by them to their satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati, its employees, successors and assigns, does hereby release and forever discharge said City of Cincinnati, its employees, success and assigns, from any and all claims, demands, actions and causes of action whatsoever or in any manner arising from a "Water-in-Basement" incident on or about March 18, 2008, at 12183 Elkwood Drive, Cincinnati, Ohio 45240.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of the City of Cincinnati, its employees, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

Signed by Barbara and Kevin Rainey on May 17, 2008.

_____
Barbara Rainey

_____
Kevin Rainey

EXHIBIT A

EXHIBIT B