UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>    Plaintiffs<br><br>vs<br><br>BOARD OF HAMILTON COUNTY<br>COMMISSIONERS, et al.,<br>    Defendants | Case No. 1:02-cv-107<br>Spiegel, J.<br>Litkovitz, M.J.<br><br><br>ORDER RE: REQUEST<br>FOR ANOTHER REVIEW BY<br>DARLENE HUGHES |

This matter is before the Court on the "Request for Another Review" of the Water-in-Basement ("WIB") claim by Darlene Hughes. (Doc. 527). This is Ms. Hughes' third request seeking compensatory damages from the Metropolitan Sewer District of Greater Cincinnati ("MSD") for basement flooding in December 2008. (*See* Docs. 424, 506, 527).

On May 28, 2010, Magistrate Judge Timothy S. Hogan denied Ms. Hughes' claim, finding that neither MSD nor the City of Cincinnati was responsible for the water damages to the subject property. (Doc. 438). The Sixth Circuit Court of Appeals dismissed Ms. Hughes subsequent appeal for lack of jurisdiction. (Doc. 498).

Ms. Hughes then filed another request for review in the district court. (Doc. 506). The undersigned construed Ms. Hughes' request as a motion for reconsideration of Magistrate Judge Hogan's decision and denied the motion as without merit. (Doc. 515).

In the instant request for review, Ms. Hughes fails to allege facts or present evidence suggesting that reconsideration of Magistrate Judge Hogan's previous Order denying her claim is warranted. See *Meekison v. Ohio Dept. of Rehabilitation and Correction*, 181 F.R.D. 571, 572

(S.D. Ohio 1998). Therefore, the Court denies Ms. Hughes' "Request for Another Review."

**IT IS SO ORDERED.**

Date: 12/12/12

Karen L. Litkovitz, Magistrate Judge
United States District Court