# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA, et al.,
    Plaintiffs

vs

BOARD OF HAMILTON COUNTY
COMMISSIONERS, et al.,
    Defendants

Case No. 1:02-cv-107
Spiegel, J.
Litkovitz, M.J.

**ORDER RE: REQUEST FOR REVIEW BY ROBERT HEDLESTEN**

This matter is before the Court on the Request for Review of the denial of a Sewer Back Up ("SBU") claim by Robert Hedlesten. (Doc. 512). Mr. Hedlesten seeks compensatory damages from the Metropolitan Sewer District of Greater Cincinnati ("MSD") for sewer backup into his basement.

Mr. Hedlesten's request for review was the subject of a hearing on October 13, 2011. At the hearing, it was discovered that another City of Cincinnati department (*e.g.*, Water Works or Transportation/Engineering), and not MSD, may be the correct entity to resolve Mr. Hedlesten's claim. Counsel for MSD, Mr. Nestor, agreed to assist Mr. Hedlesten with expediting and filing his claim through the appropriate City department and to provide the Court with a status report. To date, no status report has been filed with the Court.

It is **ORDERED** that Mr. Hedlesten and the City of Cincinnati provide a status report on Mr. Hedlesten's claim within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Date: 12/12/12

Karen L. Litkovitz, Magistrate Judge
United States District Court