UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

    Plaintiff (s)

                                            Case No. 1:02cv107

v.                                    (J. Spiegel ; M.J. Litkovitz)

Board of Hamilton County Commissioners, et al.,

    Defendant(s)

_____

**SCHEDULING ORDER**

_____

    This matter has been referred to the undersigned for hearing on Water in Basement / Sewer back-up claims filed by claimants:

Louis and Jane Kohus (Doc. 560)
Ada Barnes (Doc. 562)
Harry Pearce III (Doc. 583)

    The parties are hereby advised that a Hearing is hereby set for Friday, March 1, 2013 at 10:00 am in Courtroom 708, 100 East Fifth Street, Cincinnati, Ohio 45202.  (513)564-7690.

    It is so ordered.

| | |
|---|---|
| 1/9/2013 | s/Karen L. Litkovitz |
| Date | Karen L. Litkovitz |
| | United States Magistrate Judge |

awh