UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,

    Plaintiff (s)

v.

                              Case No. 1:02cv107
                              (J. Spiegel ; M.J. Litkovitz)

Board of Hamilton County Commissioners, et al.,

    Defendant(s)

_____

**SCHEDULING ORDER**

_____

This matter has been referred to the undersigned for hearing on Water in Basement / Sewer back-up claim filed by claimant:

Harry Pearce III (Doc. 583)

The parties are hereby advised that a Hearing is hereby reset for Friday, May 3, 2013 at 10:00 am in Courtroom 708, 100 East Fifth Street, Cincinnati, Ohio 45202.  (513)564-7690.

It is so ordered.

 3/1/2013                                    s/Karen L. Litkovitz
Date                                        Karen L. Litkovitz
                                            United States Magistrate Judge

awh