*Granted.
Karen L. Litkovitz
10/2/13*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. 1:02CV107 |
| | : | |
| Plaintiffs, | : | JUDGE S. ARTHUR SPIEGEL |
| | : | MAGISTRATE LITKOVITZ |
| | : | |
| vs. | : | |
| | : | |
| BOARD OF COUNTY COMMISSIONERS | : | |
| OF HAMILTON COUNTY, OHIO, et al., | : | JOINT MOTION TO DISMISS |
| | : | MICHAEL AND CHERYL ISAACS' |
| Defendants. | : | REQUEST FOR REVIEW |

---

Now come the City and County Defendants ("MSD") and Michael and Cheryl Isaacs (altogether "the Parties") and hereby jointly notify the Court that they have reached an agreement in settlement of the Isaacs' sewer backup claims for the April 21 and 24, 2011 incidents at their property located at 3801 Colerain Avenue, Cincinnati, Ohio 45223. No further review of the claim is required by this court, and the Parties therefore jointly respectfully request that the Request for Review of Michael and Cheryl Isaacs be dismissed.

Respectfully submitted,

JOHN P. CURP
City Solicitor

TERRANCE A. NESTOR (#0065840)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Ph. (513) 352-3327
Fax. (513) 352-1515
terry.nestor@cincinnati-oh.gov

*Michael Isaacs*
Michael Isaacs

*Cheryl Isaacs*
Cheryl Isaacs

*Claimants*

ERICA M. SPITZIG (#0085736)
McMahon DeGulis LLP
Of Counsel for City Solicitor
The Monastery, 1055 St. Paul Place
Cincinnati, Ohio 45202
(513) 898-1542 - Phone
(614) 485-9108 – Fax
espitzig@mdllp.net

*Attorneys for City of Cincinnati*

## CERTIFICATE OF SERVICE

I hereby certify that on _October 1_, 2013 a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

Erica M. Spitzig (#0086536)

*Attorney for Defendant City of Cincinnati*
*On behalf of the Parties*