# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>Plaintiffs,<br><br>vs.<br><br>BOARD OF HAMILTON COUNTY<br>COMMISSIONERS, et al.,<br>Defendants. | Case No. 1:02-cv-107<br>Barrett, J.<br>Litkovitz, M.J.<br><br>**ORDER ON REQUEST<br>FOR REVIEW BY<br>LAURA MCCREADIE** |

This matter is before the Court on the Request for Review of the denial of a Sewer Back Up ("SBU") claim by Laura McCreadie (Doc. 970) and the Metropolitan Sewer District of Greater Cincinnati ("MSD")'s response thereto (Doc. 1109). On October 3, 2017, the Court held a hearing on Ms. McCreadie's request for review.

For the reasons stated on the record at the hearing, the Court stays its decision on Ms. McCreadie's request for review. Ms. McCreadie has been directed to resubmit her SBU Claim Form to MSD and any other supplemental information she wishes MSD to consider in the claim. MSD shall make a decision on her SBU claim within 60 days. If Ms. McCreadie disagrees with MSD's decision on her claim, she may request, in writing, that her appeal to this Court be reopened. In such event, this matter will be scheduled for a supplemental hearing.

**IT IS SO ORDERED**.

Date: 10/3/17

Karen L. Litkovitz, Magistrate Judge
United States District Court