

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America, et al.,
    Plaintiff(s),

    v.

Hamilton County Board of Commissioners, et al.,
    Defendant(s).

Case No.: 1:02cv107
(J. Barrett ; Litkovitz, M.J.)

**CIVIL MINUTES**
Hearing SBU claim filed by John and Mary Graber - (Doc. 1692)
before the
**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Laura Ahern
**COURT REPORTER:** Julie Wolfer
**DATE:** 8-6-19      **TIME:** 10:00 am

**Attorney for Plaintiff(s):**
John Graber
Mary Graber / pro-se claimants

**Attorney for Defendant(s):**
Heather Hawkins

**WITNESSES**

Thomas Fronk, MSD Asst. Superintendent

**PROCEDURES**

[X] Arguments held on SBU request for review claim (Doc. 1692)

[ ] Court's decision to follow.

[X] Court ordered in open court that Parties attempt settlement of claims and report results within the next (30) days.

[ ] Case continued to _____
[ ] Exhibits admitted _____

Remarks: _____