# Exhibit D

**CONTENT ANALYSIS: Metropolitan Sewer District**

sedgwick

Claimant: Robin Harrison
Address: 3832 Ruebel Place, Cincinnati, OH, 45211
Sedgwick/VeriClaim #: CIN19018080
Date of Loss: 3/1/2017
W/O #: 312307

| Item | QTY | Price Per | Age/Yr | Claimed | Depreciation (%) | Adjusted | Comment |
|---|---|---|---|---|---|---|---|
| Queen Oak Bed | 1 | $ 1,200.00 | 15 | $ 1,200.00 | 75% | $ 300.00 | |
| Sleigh Bed Frame | 1 | $ 410.00 | 15 | $ 410.00 | 75% | $ 102.50 | |
| Posturepedic Mattress | 1 | $ 899.00 | 15 | $ 899.00 | 75% | $ 224.75 | |
| Oak Dresser | 1 | $ 399.00 | 15 | $ 399.00 | 75% | $ 99.75 | |
| Filing Cabinet | 1 | $ 400.00 | 15 | $ 400.00 | 75% | $ 100.00 | |
| TV Table | 1 | $ 498.00 | 15 | $ 498.00 | 75% | $ 124.50 | |
| End Table | 1 | $ 349.00 | 15 | $ 349.00 | 75% | $ 87.25 | |
| Cornhole | 1 | $ 189.00 | 15 | $ 189.00 | 75% | $ 47.25 | |
| Oak Dining Chairs | 1 | $ 400.00 | 15 | $ 400.00 | 75% | $ 100.00 | |
| Recliner | 1 | $ 299.00 | 15 | $ 299.00 | 75% | $ 74.75 | |
| Oil Painting | 1 | $ 155.00 | 15 | $ 155.00 | 75% | $ 38.75 | |
| Wall Hanging | 1 | $ 159.00 | 15 | $ 159.00 | 75% | $ 39.75 | |
| Glass Corner Shelves | 1 | $ 249.00 | 15 | $ 249.00 | 75% | $ 62.25 | |
| Washing Machine | 1 | $ 397.00 | 15 | $ 397.00 | 75% | $ 99.25 | |
| Dryer | 1 | $ 397.00 | 15 | $ 397.00 | 75% | $ 99.25 | |
| Rocking Chair | 1 | $ 99.00 | 15 | $ 99.00 | 75% | $ 24.75 | |
| Rocking Horse | 1 | $ 199.00 | 15 | $ 199.00 | 75% | $ 49.75 | |
| Wooden Stool | 1 | $ 13.00 | 15 | $ 13.00 | 75% | $ 3.25 | |
| Luggage Set | 1 | $ 99.00 | 15 | $ 99.00 | 75% | $ 24.75 | |
| Grocery Tote | 1 | $ 25.00 | 15 | $ 25.00 | 75% | $ 6.25 | |
| Nativity Scene | 2 | $ 159.00 | 15 | $ 318.00 | 75% | $ 79.50 | |
| Christmas light | 1 | $ 50.00 | 15 | $ 50.00 | 75% | $ 12.50 | |
| Cowboy Boots | 1 | $ 204.00 | 15 | $ 204.00 | 75% | $ 51.00 | |
| Shoes | 1 | $ 200.00 | 15 | $ 200.00 | 75% | $ 50.00 | |
| Christmas Tree | 1 | $ 139.00 | 15 | $ 139.00 | 75% | $ 34.75 | |
| Baby Stroller | 1 | $ 15.00 | 15 | $ 15.00 | 75% | $ 3.75 | |
| Electric Heater | 1 | $ 139.00 | 15 | $ 139.00 | 75% | $ 34.75 | |
| Shoes | 1 | $ 140.00 | 15 | $ 140.00 | 75% | $ 35.00 | |
| Picture Frames | 1 | $ 80.00 | 15 | $ 80.00 | 75% | $ 20.00 | |
| Twin Mattress and Box Spring | 1 | $ 120.00 | 15 | $ 120.00 | 75% | $ 30.00 | |
| Single Mattress | 1 | $ 60.00 | 15 | $ 60.00 | 75% | $ 15.00 | |
| 9 Drawer Dresser | 1 | $ 479.00 | 15 | $ 479.00 | 75% | $ 119.75 | |
| 6 Drawer Dresser | 1 | $ 250.00 | 15 | $ 250.00 | 75% | $ 62.50 | |
| Head Board | 1 | $ 85.00 | 15 | $ 85.00 | 75% | $ 21.25 | |
| Creeper | 1 | $ 20.00 | 15 | $ 20.00 | 75% | $ 5.00 | |
| Mason Jars | 1 | $ 15.00 | 15 | $ 15.00 | 75% | $ 3.75 | |
| Sub Speaker | 1 | $ 75.00 | 15 | $ 75.00 | 75% | $ 18.75 | |
| 32" Proscan Television | 1 | $ 179.99 | 15 | $ 179.99 | 75% | $ 45.00 | Price Researched |
| Pressure Washer | 1 | $ 50.00 | 15 | $ 50.00 | 75% | $ 12.50 | |
| Golf Bag | 1 | $ 35.00 | 15 | $ 35.00 | 75% | $ 8.75 | |
| Pool Float | 1 | $ 15.00 | 15 | $ 15.00 | 75% | $ 3.75 | |
| Framed Door | 1 | $ 75.00 | 15 | $ 75.00 | 75% | $ 18.75 | |
| Wall Hanging | 1 | $ 20.00 | 15 | $ 20.00 | 75% | $ 5.00 | |
| Red Mulch | 1 | $ 12.00 | 15 | $ 12.00 | 75% | $ 3.00 | |
| Atlas Maps | 1 | $ 300.00 | 15 | $ 300.00 | 75% | $ 75.00 | |
| Wicker Basket | 1 | $ 25.00 | 15 | $ 25.00 | 75% | $ 6.25 | |
| Roofing Nails | 1 | $ 50.00 | 15 | $ 50.00 | 75% | $ 12.50 | |
| Mason Jars | 1 | $ 15.00 | 15 | $ 15.00 | 75% | $ 3.75 | |
| | | | | $ - | 0% | $ - | |

Total Claimed $ 10,000.99

Depreciation $ 7,500.74

Net Adjusted ACV $ 2,500.25