# Exhibit B

SBU
SEWER BACKUP
RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

WO 290693

## GENERAL INFORMATION *(TO BE COMPLETED BY CLAIMANT)*

Claimant Name: Letitia James

Claimant Address: 3961 Vine St

City, State, Zip: Cincinnati OH

Daytime Phone: [redacted]

Address of SBU: Unit # ______

City, State, Zip: ______

Type of property: (please check one)
- [x] Single-family residence
- [ ] Multi-family residence: # of Units: ______
- [ ] Business
- [ ] Other (Please specify) ______

Date and time in which this SBU occurred: Aug 26. 2016 8/28-29/16 dae

Did you report this SBU incident to MSD? [x] Yes [ ] No

If you reported this SBU incident, when did you report it? Same Day (Next Day

Number of times you have had SBU incidents in the past: 1

Approximate dates of those incidents: 2015

Did a plumber or other qualified professional determine the cause of the back-up? If so, please provide a copy of a report from the plumber or other qualified professional setting out the basis for his/her conclusion. Please summarize that conclusion below.

Sewer Back-up

RECEIVED
AUG 27 2018
By dae *

* signature page & Affidavit of no Insurance received 2-6-19 dae

SBU
SEWER BACKUP
RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIMS INFORMATION & CLAIM FORM

## PLEASE NOTE THAT NOT ALL SEWER BACKUPS ARE ELIGIBLE FOR REIMBURSEMENT

Please fill out this form if you believe that you have suffered damage to your home or belongings because of a sewer backup in your home caused by a problem with the public sewer system operated by the Metropolitan Sewer District of Greater Cincinnati (MSD).

## PROPERTY OWNERS MAY BE REIMBURSED FOR THE FOLLOWING TYPES OF DAMAGES:

- The reasonable value of any property lost or destroyed in the backup.
- The depreciated cost of restoring your basement or other structural damage to your home.
- The documented reduced value of your real property at the time of sale of the property as a result of permanent impairment of the property due to public sewer capacity issues.

## HOW TO MAKE A CLAIM:

- Complete the claim form.
- Submit the form to:

**METROPOLITAN SEWER DISTRICT**
**MSD / SBU CLAIMS DEPT**
**225 W GALBRAITH RD**
**CINCINNATI OH 45215**

*PLEASE NOTE: Your claim must be received by MSD no later than two years after the date of your sewer backup.*

## CLAIM INVESTIGATION:

- If it has not already done so, MSD will determine whether your backup was caused by a problem in the public sewer system.
- In conducting such investigations, MSD will use good faith and reasonable engineering judgment.

## OTHER THINGS YOU SHOULD KNOW:

- Ohio law requires you to collect first from your homeowner insurance.
- The City of Cincinnati Law Department manages SBU claims for MSD.
- The City will pay the difference between what your insurance coverage pays and your total loss.
- Prior to processing and paying any claims, the City must have information regarding your insurance policy and any insurance claims that you have made.

## DECISIONS & QUESTIONS:

- The City of Cincinnati will send you a written decision within 60 days of receiving your claim.
- To check the status of your claim at any time, call the MSD/SBU Claims Department at (513) 244-5100.
- If you are not satisfied with the decision you can contact the SBU Ombudsman at the Legal Aid Society of Greater Cincinnati at (513) 362-2801.

## APPEALS:

If you disagree with the City's decision on your claim you may be able to file a case in either Hamilton County Municipal or Common Pleas Court, or file a Request for Review with the Federal Court in Cincinnati.

SEWER BACKUP
RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

## DAMAGES INFORMATION *(TO BE COMPLETED BY CLAIMANT)*

1. Please indicate what your basement is used for:

- [x] Storage
- [ ] Bathroom
- [ ] Study / Den
- [ ] Laundry Bedroom
- [ ] Family Room
- [ ] Workbench
- [ ] Bar
- [ ] Other (please specify) ____________________

2. Please attach an inventory of damaged property. Please see page 7 for instructions.

3. Do you believe that the SBU incident caused any structural damage to the premises? If so, please provide a report from a structural engineer or other qualified professional describing the damage, its causes and proposed remedies for it. Please summarize that information below.

SEWER BACKUP
RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

## DAMAGES INFORMATION *(CONTINUED FROM PREVIOUS PAGE)*

4. Diminution in Value: Did you sell or have you tried to sell the property since the SBU? Do you believe that you received or were offered less than the full value because of the SBU incident? If so, please provide a report from an appraiser or other qualified professional quantifying the reduction in value attributable to the property's SBU status. Please also include any sale contracts or offers, as well as any declarations, documents or other evidence that you believe supports your claim.

______________________________________________

______________________________________________

______________________________________________

## ADDITIONAL DIMINUTION IN VALUE CLAIM QUESTIONS

Have you applied for MSD's SBU Prevention Program? If so, what was the result of your application? If not, why not?

______________________________________________

______________________________________________

______________________________________________

______________________________________________

In connection with the SBU situation that has given rise to your diminution in value claim, have you undertaken any other mitigation measures? If so, please describe below and attach any reports from engineers or other qualified professionals documenting the mitigation measures.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

SBU
SEWER BACKUP
RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

## INSURANCE INFORMATION *(TO BE COMPLETED BY ALL CLAIMANTS)*

Do you have an insurance policy on the property that has experienced the SBU? ☐ Yes ☐ No

If you have insurance on the property, please provide the following information:

- The name of your insurance carrier: ____________________
- Your policy number: ____________________
- The amount of your deductible: ____________________

Please attach a copy of your policy's Declarations Sheet and/or a letter from your carrier indicating whether these damages are covered.

SBU
SEWER BACKUP
RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

## OTHER POTENTIAL CLAIMANTS

We request this information in order to identify any other persons who may have claims for damages as the result of the SBU. Please complete any applicable section.

A. **RENTERS** - If you rent the property that experienced the SBU, please provide the following information about your landlord:

Name: ______________________________

Address: ______________________________

City: State: ______________

Phone Number: ______________________________

B. **LANDLORDS** - If you own the property that experienced the SBU:

① Please provide the following information about each tenant, co-owners, and land contract holders whom you believe may have incurred damage to personal property as a result of the SBU (attach a separate sheet of paper if necessary):

Name: ______________________________

Address: ______________________________

City: State: ______________

Phone Number: Unit number: ______________

② Please provide the following information:

Is the property held in the name of a corporation, partnership, or other entity, rather than by individuals?

☐ Yes ☐ No

If yes, provide the name of the entity that owns the property:

______________________________

SBU
SEWER BACKUP
RESPONSE PROGRAM

REC'D FEB 06 2019

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

## INSTRUCTIONS FOR PROVIDING INVENTORY OF DAMAGED PROPERTY

If the sewage backup in your basement was the result of negligence on the part of the Metropolitan Sewer District of Greater Cincinnati (MSD), or the result of a sewer system capacity problem, you are entitled to be compensated fairly and in accordance with the law for any property damage that may have resulted.

If you are entitled to be compensated for your loss, an MSD Claims Representative will attempt to settle your claim by offering you a reasonable sum of money. The amount of money the MSD Claims Representative offers you will be based on your documented damages. For that reason, it is to your benefit to carefully follow these instructions and to respond to any additional requests from the MSD Claims Representative for information about your damages.

On a separate sheet of paper, make a list of all the items for which you are claiming damages as the result of the Sewer Backup (SBU). Your list should also include:

## FOR EVERY ELECTRONIC DEVICE OR APPLIANCE (E.G., WASHER, LAMP, TELEVISION):

- Manufacturer
- Model Number, if available
- Approximate Age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

## FOR EVERY PIECE OF FURNITURE (E.G., COUCH, CHAIR, ETC.):

- Approximate descriptive information (e.g., size, type of fabric, etc.)
- Approximate age
- Cost when purchased
- A description of the damage the item sustained in the flood
- Whether the item is still useable
- Receipt, if available
- Picture of the item

## FOR EVERY OTHER ITEM (E.G., ANYTHING ELSE):

- Appropriate descriptive information and approximate age
- Cost when purchased
- A description of the damage the item sustained
- Whether the item is still useable
- Receipt, if available
- Picture of the item

SBU SEWER BACKUP RESPONSE PROGRAM

# METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI SEWER BACKUP (SBU) CLAIM FORM

## VERIFICATION *(TO BE COMPLETED BY ALL CLAIMANTS)*

I hereby certify that the information provided with this form, as well as the information contained on my inventory of damaged property, is true and accurate to the best of my knowledge.

Letitia James     Timothy Frye

Name of Claimant

Timothy Frye     2/6/19

Signature of Claimant     Date

RECEIVED FEB 06 2019 By dse

290693
Sewer Backup Claim Number

REC'D FEB 06 2019

# AFFIDAVIT OF NO INSURANCE

I, Letitia James, of 3961 Vine St., being first duly
Claimant Name / Claimant Address

cautioned, swears or affirms as follows:

1. I submitted a claim under the Metropolitan Sewer District of Greater Cincinnati ("MSD") Sewer Backup Claims Process Plan ("SBU Program") because I believe that I have suffered damages to my property due to a sewer backup MSD that occurred on 08/28/2016 at 3961 Vine Street ("SBU Claim").
Date of SBU / Address Where SBU Occurred

2. I submit this affidavit in support of this SBU Claim.

3. I understand that Ohio law requires that I disclose any benefits I received or am entitled to receive from an insurance policy or any other source for the damages to my property set forth in the SBU Claim.[1]

4. I do not have an insurance policy covering the damages to my property for which I submitted the SBU Claim.

5. I have not received, and am not entitled to receive, insurance proceeds or benefits from any other source for the damages to my property for which I submitted the SBU Claim.

[signature]
Claimant Signature

Letitia A James
Claimant Printed Name

Sworn to or affirmed before me and subscribed in my presence the 6 day of FEB, 2018 19.

[signature]
Notary Public

NOTARIAL SEAL STATE OF OHIO

HEATH STEPHENS
Notary Public, State of Ohio
My Commission Expires 12-30-2023

[1]Reference: Ohio Rev. Code § 2744.05(B)(1)

*We do it right the first time!*

Date: 09/01/2016
Invoice # 13100

[TDF Construction and Remodeling]
[287 Dorchester Ave]
[Cincinnati,Ohio 45219]
(513)324-4990
Fax []
TDF007007@gmail.com

TO [Letitia James]
[3961 Vine Street]
[Cincinnati,Ohio 45217]
[redacted]
Customer ID [12847]

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Timothy Frye | Replace water heater | Due on receipt | Sep 14,2016 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Remove existing water heater due to water damage. Installed new water heater home owner purchased. | | 250.00 |
| | | SUBTOTAL | 250.00 |
| | | SALES TAX | 17.50 |
| | | TOTAL | $ 267.50 |

Make all checks payable to [TDF Construction and Remodeling]

**Thank you for your business!**

Paid Cash
9/14 ~~17~~

Water Heater

THE HOME DEPOT
More saving.
More doing.

3400 HIGHLAND AVENUE NOW HIRING!
CINCINNATI, OH 45213 (513) 631-1705

3832 00013 03098 09/13/16 06:21 PM
CASHIER ROXANNE

020352641089 50G 6 GWH N3 <A> 469.00
50GAL/38K BTU GAS TALL PERF W/H N3
RSN: 4 10% MKDN -46.90
MAX REFUND VALUE $422.10

| | |
|---|---|
| SUBTOTAL | 422.10 |
| SALES TAX | 29.55 |
| TOTAL | $451.65 |
| CASH | 451.75 |
| CHANGE DUE | 0.10 |

3832 13 03098 09/13/2016 6698

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 12/12/2016 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
***************************************

ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/survey

User ID:
WCW 10317 6498

Password:
16463 64185

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.

THE HOME DEPOT
More saving.
More doing.

3400 HIGHLAND AVENUE NOW HIRING!
CINCINNATI, OH 45213 (513) 631 1705

3832 00013 03072 09/13/16 06:09 PM
CASHIER ROXANNE

697285604582 1/2SBX24WH <A>
24" SST 1/2 SB X 3/4 FIP LINE
2@14.48 28.96
078864177282 TEFLON TAPE <A> 2.27
1/2"X260" PTFE THRD SEAL TAPE 5PK
070042190403 TORCH <A> 34.97
BERNZOMATIC TS4000I TORCH HEAD
021449256315 RECTORSEAL 5 <A> 7.25
4OZ THRD SEALANT NO. 5
038753313283 BRUSH <A> 2.98
3/4" HEAVY DUTY FITTING BRUSH
683264307162 3/4X1/2 CPLG <A> 2.53
3/4"X1/2" COP COUPLING CXC
683264301504 COP FEM ADPT <A> 4.07
3/4" COP FEMALE ADPTR CXFPT
014717150200 DRAIN PAN <A> 21.98
DRAIN PAN 26" ALUMINUM

| | |
|---|---|
| SUBTOTAL | 105.11 |
| SALES TAX | 7.36 |
| TOTAL | $112.47 |
| CASH | 112.47 |

3832 13 03072 09/13/2016 6698

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 12/12/2016 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
***************************************

ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/survey

User ID:
WCW 10265 6446

Password:
16463 64333

Entries must be completed within 14 days

# M E H Electric Service



NO JOB IS TOO SMALL

(513) 970-8194
(513) 827-8421

FREE ESTIMATES

Date: 12-27-16

INVOICE# 336

BILL TO:

Customer#

Name Ms Letitia James

Address 3961 Vine St

City, State, Zip Cin, OH, 45217

Contact

JOB:
Repair Flood Damage in Basement

| Sales Rep. Name | Terms | Due Date |
|---|---|---|
| MARC | INS | OPEN |

| Description | Quantity | Unit Price | Line Total |
|---|---|---|---|
| 19 outlets | | 9 EA | 171 |
| 6 Switches | | 7 EA | 42 |
| 1 Dimmer | | | 5 |
| 2 4sq Boxes + Devices + Cover Plates | | | 23 |
| LABOR | | | 400 |

| | | |
|---|---|---|
| | SUBTOTAL | 641 00 |
| Sales Tax | 7.000% | 44 .87 |
| | TOTAL | 685 87 |

*THANK YOU FOR YOUR BUSINESS!*

Hader Heating & Cooling
Trusted Comfort Solutions since 1883

3400 Gamble Avenue
Cincinnati, OH 45211
Office: 513-661-1910 Fax: 513-661-5371
info@hadersolutions.com
www.hadersolutions.com

# Risk-Free
# HOMEOWNER AGREEMENT

Medal of Excellence

Installation Date:________ thru ________
Job#________ AR#________

Customer Name: James Letitia
Job Address: 3961 Vine St
City: Cincinnati State: OH Zip: 45217
Home Phone: [redacted] Alternate Phone:________
Email Address:________

## EQUIPMENT

- [x] Furnace/Fan Coil: Boiler NW BANNOMS Capacity 160 BTU Efficiency 84 % AFUE
- [ ] AC Unit:________ Capacity____ Tons Efficiency____ SEER
- [ ] Heat Pump:________ Capacity____ Tons Efficiency____ SEER
- [ ] Evaporator Coil:________ Cased/Uncased [ ] Elec.Heat____ KW:____

## INDOOR AIR QUALITY

- [ ] Humidifier____
- [ ] Thermostat____
- [ ] Filters____
- [ ] Water Heater____ Gallons/E/G
- [ ] Air Purifier____
- [ ] UV Light____

## INSTALLATION COMPONENTS

- [x] Remove Old Equipment
- [x] Labor
- [x] Required Permits & Taxes
- [x] Electrical Included in price
- [ ] Install Combustion Air
- [ ] A/C or HP Pad
- [ ] Condensate Pump [ ] Drain
- [ ] Refrigerant Lineset
- [ ] Install Liquid Line Drier
- [ ] Lineset Nitrogen Purge
- [ ] Install Compressor Saver
- [ ] Install Surge Protection - Outdoor Unit
- [ ] Install Surge Protection - Indoor Unit
- [ ] ________
- [ ] ________
- [ ] Add Supply(s)____
- [ ] Head Pressure Duct Design
- [ ] Existing Plenum/New Transitional TKO Only
- [ ] New Plenum with New Transitional TKO
- [ ] Install New Return Air Drop with Filter Rack
- [ ] Install Flue Liner
- [ ] Flue Outside w/PVC____
- [ ] Install New Flue for____
- [ ] Add Return Air(s)____

## WARRANTY/GUARANTEES/REBATES

| Warranties | Guarantees | Rebates |
|---|---|---|
| [ ] Compressor: ____ (years) | ____ | Instant Rebate:$____ |
| [ ] Heat Exchanger: ____ (years) | ____ | Rebate*:____ |
| [ ] Parts: ____ (years) | ____ | Rebate*:____ |
| [ ] Labor: ____ (years) | ____ | Rebate*:____ |

**Rebates are based on projected project scope and may require meeting additional specifications and are not guaranteed*

## SPECIAL INSTRUCTIONS

## TOTAL INVESTMENT

**Hader Heating & Cooling hereby proposes to furnish the above equipment, materials and labor as specified above**

Total Investment: $ 4,989 Payment Terms:________
Comfort Specialist: [signature] Date 10/3
Homeowner Acceptance:________ Date____
Homeowner Acceptance:________ Date____

**All material is guaranteed as specified. All work will be performed in a professional manner with factory trained and certified technicians.**

**YOUR SATISFACTION IS GUARANTEED**

SPECIAL INSTRUCTIONS

JOB # | DATE

**CLIENT'S CONCERN:**

**EVALUATED SYSTEM, FOUND:**

**AGE OF EQUIPMENT:** Furnace ☐☐ Yrs. A/C ☐☐ Yrs.

Condition of Equipment: ☐ Good ☐ Fair ☐ Poor

**Recommend:**

I recommend a **FREE** SYSTEM EVALUATION by a Senior Service Specialist — Initial one: ☐ ☐

**Work Completed:** ☐ ☐ Return Date: ____/____/____

**ACCEPTANCE OF WORK PERFORMED:** I acknowledge satisfactory completion of the above described work and that the premises has been left in satisfactory condition. I understand that if my check does not clear, I am liable for the check and any charges from the bank. I agree to pay 2% per month for past due contracts (minimum charge $15). In the event that collection efforts are initiated against me, I shall pay for all associated fees at the posted rates as well as all cost of collection fees and reasonable attorney fees. I agree that the amount set forth in the space marked "TOTAL COST" is the total flat price I have agreed to.

We wish to provide the highest level of professionalism and quality service along with the best customer assurance policy in the industry. Our service repair warranty policy is: **All labor and parts replaced by us, from date of completion, will have a limited warranty to be free of defects for a period of one YEAR.**

Specialist's Name ____________________ (PRINT)

Revised 09/2014

# HELP™ 333-HELP (4357)

333HELP.com

PLUMBING · HEATING · COOLING · ELECTRIC

License #: 22059, M00530, 34273, M7165, EE17990

3 1 8 8 1 6

A: | D:

| | |
|---|---|
| OWNER'S NAME | EMAIL ADDRESS |
| STREET | BILLING ADDRESS |
| CITY STATE ZIP | CITY STATE ZIP |

HOME PHONE | CELL PHONE | WORK PHONE | *HELP* CLUB MEMBER? ☐ YES ☐ NO

| QTY | CODE | DESCRIPTION | ACCEPT | DECLINE | STANDARD RATE | CLUB RATE |
|---|---|---|---|---|---|---|
| | | DIAGNOSTIC FEE | | | | |
| | | *HELP* CLUB MEMBERSHIP | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I AM AWARE OF THE COST OF REPAIR AND GIVE PERMISSION TO COMPLETE.**

AUTHORIZATION SIGNATURE X ____________________

| | | |
|---|---|---|
| SUB-TOTAL | | |
| | | |
| TOTAL | | |
| *HELP* CLUB MEMBER SAVINGS | | $ |
| TOTAL AMOUNT DUE | $ | $ |

**ALL SERVICE WORK IS C.O.D.**

Type of payment: ☐ Cash ☐ Check ☐ Visa ☐ Mastercard ☐ Discover ☐ Amex ☐ Financing

CC #: ____________________

Authorization # ____________________ CK # ____________________

Name on CC: ____________________ Exp. Date: __________

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.

X ____________________ DATE ____/____/____

STOP **WANT TO PAY LESS? PAY MUCH LESS!**

*HELP* Club Members receive a discount off our standard price!

**CUSTOMER SERVICE IS OUR #1 FOCUS**

If you are not completely satisfied for any reason, please call and ask to speak with the Customer Service Manager.

**YOUR FEEDBACK IS VERY IMPORTANT TO US**

*THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS!*




Diagnostic Result For: [illegible]

Date: [illegible]

To Do List:

| | Standard | With Help |
|---|---|---|
| ☐ [illegible] | [illegible] | [illegible] |
| ☐ | | |
| ☐ [illegible] | | |
| ☐ | | |
| ☐ | | |
| ☐ [illegible] | | |
| ☐ [illegible] | | |

**DAWSON**
**HEATING & AIR Conditioning**
**7751 Stillwell Road, Suite B**
**Cincinnati, Ohio 45237**
**Phone: (513) 281-3311 • Fax: (513) 281-2393 • Email:** Dawsonhvac@yahoo.com

# PROPOSAL

Dawson Heating and Air Conditioning proposes to furnish, install, and service for the residence of:

**Name:** Latitia James
**Service Address: 3961 Vine Street**
Cell: (513)
**Phone:** [redacted]
**Billing Address:**_____

**Proposal Issued:** ..._11_/_02__/_16_
**City:** Cincinnati State: OH Zip: 45217
**Email address:** ____________________
**Fax:**

## EQUIPMENT TO BE INSTALLED

**Condensing Unit Model:** ______________________________
**Coil Model:** ______________ ______________________
**Furnace Model:** ______________________________
**Boiler:** One (1) Bryant Boiler 190,000 BTU - In, 160,000 BTU - Out _
**Thermostat:** New
**Refrigerant Line Length:**_

## INSTALLATION INCLUDES

Boiler damaged due to being submerged under water from flooding. The recommendation is to replace unit.

Hook to existing duct work

| | YES | NO | | YES | NO | | YES | No |
|---|---|---|---|---|---|---|---|---|
| New Plenum | | X | Breakers | | X | Removal of Old Equipment | X | |
| Return Drop | | X | Disconnect Box | | X | Recovery of Refrigerant | | X |
| Drain Lines | | X | Permits | X | | Equipment Foundation | | X |
| Condensate Pump | | X | Inside Gas Lines | X | | Wiring to Condenser | | X |
| Chimney Liner | | X | Wiring of Controls | | X | Cutting & Patching Holes | X | |
| PVC Venting | | X | Supply/Return Grilles | | X | External Filter Rack | | X |

## PAYABLE IN FULL TO INSTALLER UPON COMPLETION

## Warranty

Warranty on: 10 years parts & Dawson 1 year labor

__________________ /______/______ **Price** **$6,600.00**

**Tax** $ ______

**Purchaser's Signature (s)** **Date**

**Total Price $** including Tax

Less Service Charge

**Total Price $**

**Down Payment $** Arrival of Equipment

**Thaddaus E. Dawson, Sr., Owner** **Date**

**Balance Due $** Upon Completion

NOTE: The above price will be in effect for a period of thirty days (30) only.

**Date of Down Payment**
**Date of Final Payment** _

**Amount of Down Payment**
_ **Amount of Final Payment**

**Type of Down Payment**
**Type of Payment** ____

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment materials furnished until final payment is made. If payment is not made as agreed, seller can remove said equipment materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

**Customer Signature** **Date**

Gmail Letitia James [redacted]

**Thank you for making your final layaway payment!**
1 message

**Sears** <sears2@value.sears.com>
Reply-To: Sears <donotreply@customerservice.sears.com>
To: [redacted]

Wed, Nov 9, 2016 at 1:11 AM

Your layaway contract 093001463552 payment has been received

sears

Have Questions?
VIEW CUSTOMER SERVICE

Appliances Home Clothing Electronics Outdoor Tools Clearance

## Thanks for your final layaway payment, Letitia!

Thank you for your final layaway payment of $529.37 for contract #093001463552.

Your Payment Receipt number is 093000167170. Please keep/print this receipt for your records.

CONTRACT DETAILS:

| | |
|---|---|
| **Contract ID:** | #093001463552 |
| **Payment Receipt Number:** | 093000167170 |
| **Payment Amount:** | 529.37 |

Your contract details are below. If you have any questions regarding this or past contracts, please chat now.

Your order will be delivered to the address listed below. You will be receiving confirmation emails on the status of your delivery.

Best Regards,
Your Sears Customer Care

**Sign up today for Layaway Payment Reminders!***

Text LAYAWAY to 73277 to request text message alerts, and you'll be texted a link to easily and quickly complete the sign up process.

# Contract Details

view or manage your contract

DELIVERY - Letitia James

**Delivery Address**
Letitia James
3961 Vine st.
CINCINNATI, OH 45217
[redacted]

**Order Date**
Sep 15,2016

**Layaway Contract Details**
Contract: 093001463552
Down Payment: 0.01
Contract Balance: 0.00

| ITEM DETAILS | PRICE | QTY | ITEM SUBTOTAL |
|---|---|---|---|
| **GTW460ASJWW 42 cu ft Top Load Washer White**<br>UPC: 084691812005 | 479.99 | 1 | 479.99 |
| **GTD42EASJWW 72 cu ft Electric Dryer w Aluminized Alloy DrumWhite**<br>UPC: 084691814085 | 449.99 | 1 | 449.99 |
| **15000 3Prong 5 Flat Dryer Cord Gray**<br>UPC: 029892226930 | 29.88 | 1 | 29.88 |
| **1010 6 ft SnapLocktrade Flexible Pipe**<br>UPC: 722048101074 | 14.99 | 1 | 14.99 |
| **Aluminum Dryer Exhaust Close Elbow**<br>UPC: 722048101081 | 9.99 | 1 | 9.99 |

Get the Sears Mobile App

ANDROID APP ON Google play

Available on the App Store

learn more

## Order Summary

| | |
|---|---|
| **Item Level Discounts** | |
| Additional Discounts | 69.99 |
| **Shipping & Delivery** | |
| Delivery | 69.99 |
| **Sales Tax** | 68.94 |

You Paid: $1058.78

**Your Layaway Details**

| | |
|---|---|
| Contract Total | 1123.77 |
| Contract Initiation Fee | 5.00 |
| Down Payment | 0.01 |
| Payment Amount | 529.37 |
| Contract Balance | 0.00 |

# Cost to Install Wall Paneling

Updated: March 2018

## Wall Paneling Installation Calculator

| | Zip Code | Square Feet* | |
|---|---|---|---|
| | 45217 | 2250 | Update |

| Item details | Qty | Low | High |
|---|---|---|---|
| ☑ **Paneling Cost** Non-discounted retail pricing for: 3/4" x 6" wide solid wood tongue and groove paneling. Lengths to 16'. Nail down installation. Unfinished. Quantity includes typical waste overage, material for repair and local delivery. | 2402 SF | **$3,756** | **$5,370** |
| ☑ **Paneling Labor, Basic** Basic labor to install wall paneling with favorable site conditions. Layout seaming. Measure, fit, trim and secure wall panels. Fabricate 1 outlet/receptacle opening per 80 sf. Trim and base molding are separate. Includes planning, equipment and material acquisition, area preparation and protection, setup and cleanup. | 74.7 h | **$4,954** | **$8,041** |
| ☑ **Paneling Job Supplies** Cost of related materials and supplies typically required to install wall paneling including: fasteners, connectors, surface preparation and finishing materials. | 2402 SF | **$550** | **$626** |
| ☑ **Paneling Equipment Allowance** Job related costs of specialty equipment used for job quality and efficiency, including: Pneumatic finish nailer, 10" miter saw, electric jigsaw, 3" belt sander, 3 1/4" electric planer. Daily rental. Consumables extra. | 1 job | **$55** | **$79** |
| ☐ **Option: Remove Paneling** Detach from adjacent surfaces. Break into haul able pieces. Remove from home and dispose of legally. | 18.7 h | $349 | $2,012 |
| ☐ **Paneling Debris Disposal** Costs to load and haul away old materials, installation waste and associated debris. | 2250 SF | $402 | $458 |
| **Totals - Cost To Install Wall Paneling** | 2250 SF | **$9,315** | **$14,116** |
| **Average Cost per Square Foot** | | **$4.14** | **$6.27** |

For a basic project in zip code 47474 with 125 square feet, the cost to Install Wall Paneling starts at $4.60 - $6.95 per square foot*. Actual costs will depend on job size, conditions, size options.

To estimate costs for your project:

**1. Set Project Zip Code** Enter the Zip Code for the location where labor is hired and materials purchased.

**2. Specify Project Size and Options** Enter the number of "square feet" required for the project.

**3. Re-calculate** Click the "Update" button.

**NOTE: *Input the total of the finished surface area AND the area of any openings enclosed by the finished area.**

Share

51

Unit Costs: How Pros Price

Unlike sites which blend pricing from dissimilar jobs, homewyse estimates are based on the **Unit Cost** method. This method uses job specific detail for superior pricing accuracy and transparency - and has become an industry standard through publications and guidance of leading trade associations, including: PHCCA, the NKBA, the NECA, the AIA, and the ASPE.

## Cost to Install Wall Paneling - Notes and General Information

These estimates are for BASIC work performed in serviceable conditions by qualified trade professionals using MID GRADE materials. Work not mentioned on this page and/or work using master craftsman, premium materials and project supervision will result in HIGHER COSTS! Explore the full range of wood paneling new installation labor options and material prices here.

These estimates are NOT substitutes for written quotes from trade professionals. Homewyse strongly recommends that you contact reputable professionals for accurate assessments of work required and costs for your project - before making any decisions or commitments.

The cost estimate **includes:**

- Costs for local material / equipment delivery to and service provider transportation to and from the job site.
- Costs to prepare the worksite for Wall Paneling Installation, including costs to protect existing structure(s), finishes, materials and components.
- Labor setup time, mobilization time and minimum hourly charges that are commonly included for small Wall Paneling Installation jobs.

The cost estimate does **NOT include:**

- Costs for removing, relocating, repairing, or modifying existing framing, surfacing, HVAC, electrical, and plumbing systems - or bringing those systems into compliance with current building codes.
- Costs for testing and remediation of hazardous materials (asbestos, lead, etc).
- General contractor overhead and markup for organizing and supervising the Wall Paneling Installation. Add 13% to 22% to the total cost above if a general contractor will supervise this project.
- Sales tax on materials and supplies.
- Permit or inspection fees (or portion thereof) required by your local building department for your overall project.

## Cost to Install Wall Paneling - Unit Price References


Unit Pricing Data: Lowes Cabinets Lowes , Mar 2018, Website

Unit Pricing Data: Home Depot Cabinets Home Depot, Mar 2018, Website

Unit Pricing Data: Mycabinetplace Cabinets Mycabinetplace.com, Mar 2018, Website

Unit Pricing Data: Reeb Millwork Price Lists Reeb Millwork, Mar 2018, Website

Unit Pricing Data: Trimco Millwork Price Lists Trimco Millwork, Mar 2018, Website

Carpentry,4th Edition Amer Technical Pub; 4th edition, Sep 2003, Leonard Koel, ISBN 826907385

NKBA Kitchen Planner the National Kitchen and Bath Association, Jul 2012,

Carpentry and Building Construction, Student Text Glencoe/McGraw-Hill; 6th edition, Jan 2003, Mark Feirer, John Feirer, ISBN 007822702X

Cabinetmaking and Millwork MacMillan Publishing Company; 5 Revised edition, Jul 1989, John Feirer, ISBN 25373552

## Hiring Local Professionals



Our FREE homewyse hiring guide helps you find and hire great help, get quality craftsmanship and get a fair price on your project.

## Make homewyse Better

Share this calculator. Send us your comments, ideas or suggestions. Your feedback makes this site better for all users. Thank You!

- Send your feedback or questions.
- Share homewyse on Facebook, Twitter or Google+ using the buttons below:

©2006-2018

# PROPOSAL

TDF Construction and Remodeling
3961 Vine St #2
Cincinnati, OH 45217
(513) 324-4990

| | |
|---|---|
| PROPOSAL NO. | 100000 |
| SHEET NO. | 100101 |
| DATE | 8/1/18 |

| PROPOSAL SUBMITTED TO: | WORK TO BE PERFORMED AT: |
|---|---|
| NAME Letitia James | ADDRESS 3961 Vine St |
| ADDRESS 3961 Vine St | Cincinnati, OH 45217 |
| Cincinnati, OH 45217 | DATE OF PLANS ? ASAP |
| [redacted] | ARCHITECT Letitia James |

We hereby propose to furnish the materials and perform the labor necessary for the completion of Installation of 2250 QF of wall paneling (MDS), Install 2250 QF Batt Insulation & prep Top of wall with some existing paneling. Install Ex Door, install interior Door, repair door frame of interior door and replace 32 QF of B Board to steps.

All work to be performed in basement of said Home.

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of 13,557.00
thirteen thousand five hundred fifty seven Dollars ($ 13,557.00)
with payments to be made as follows. Ballance due opon completion

Respectfully submitted TDF

Per [signature]

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

[signature] 8/1/18

Note — This proposal may be withdrawn by us if not accepted within ______ days.

## ACCEPTANCE OF PROPOSAL

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature [signature] 8/1/18

Date 8/1/18. Signature Letitia James

adams NC 3818-50

PROPOSAL

Get a FREE Estimate

Home › Services › Cost to Install Wall Paneling

# Cost to Install Wall Paneling

Don't let your remodeling budget go over-board by hidden surprises – understand what the average Cost to Install Wall Paneling is in your zip code by using our easy to use calculator. If you're looking for 2018 breakdown Cost to Install Wall Paneling with materials, and how much a contractor might be, you've come to the right place.

As an experienced licensed home improvement contractor, I know first hand what it should cost for various levels — from Basic, Better, and of course the best. The Cost to Install Wall Paneling estimator will provide you with up to date pricing for your area. Simply enter your zip code and the number of square feet, next click update and you will see a breakdown on what it should Cost to Install Wall Paneling at your home

**Note* a 10' foot by 10' foot area equals 100 square feet.**

Full Service Paving - Paving Contractor
Concrete, Sealcoating, Striping. Free Estimate! 1.888.8Hi.Mark

45217 2250

| | Low | Mid | High |
|---|---|---|---|
| **Install Wall Paneling – Material Prices** | $3375.00 - $3937.50 | $5625.00 - $7875.00 | $10125.00 - $13500.00 |
| **Install Wall Paneling – Installation Cost** | $7875.00 - $9000.00 | $11250.00 - $12937.50 | $14625.0 $15750.00 |

| | | | |
|---|---|---|---|
| **Install Wall Paneling – Total** | $11250.00 - $12937.50 | $16875.00 - $20812.50 | $24750.00 - $29250.00 |
| **Install Wall Paneling – Total Average Cost per square ft.** | $5.38 | $8.38 | $12.00 |

SPONSORED SEARCHES
Contractors Board
Wall Paneling
Contractor Estimate
Panel Wall

# Install Wall Paneling – Pricing and Installation Cost Checklist

- Expect the Installation prices of Wall Paneling to fluctuate between various companies – each and every company have different operation expenses and over-head.
- Try to get prices in late Fall, early winter – you should expect aggressive pricing discounts by waiting for a contractor's down season.
- Try to budget and additional 7-15% more on top of what our calculator gives out to Install Wall Paneling cost.
- Installing Wall Paneling isn't an easy task to perform and can leave you with a sore back. You might find it more cost effective to hire a General Contractor to perform the work for you. General Contractors will most always do a better job on Installing Wall Paneling than a novice would — So save your back any additional costs of Wall Paneling materials, shop around, ask your neighbors if they can recommend someone.

**145** people found this helpful. Was this guide helpful to you?

accurate and up to date pricing information.

Last Updated: 8/22/18



We were in the planning stages of our exterior remodeling project that included New siding, windows, fencing, and a deck refacing. RemodelingExpense had pretty darn accurate cost calculators that helped us budget our projects, all relevant to our zipcode. I felt good knowing exactly how much I should pay without getting ripped off.
- Francesca, Charlotte, NC

Copyright © 2018 · Remodelingexpense.com

Privacy Policy · Terms & Conditions · Contact Us

Case: 1:02-cv-00107-MRB-KLL Doc #: 1768-2 Filed: 09/26/19 Page: 28 of 162 PAGEID #: 41273







## 27 DIY Home Repair Tips I Wish I knew Sooner

Remodeling Expense provides homeowners with accurate cost information on home services and level the playing field for consumers and service professionals. We aim to have data on all US zip codes, so homeowners from all over the country can lookup

Custom Search

LIKE US ON FACEBOOK

RE




Be the first of your friends to like this



## 24 Amazing Stamped Concrete Patio Design Ideas

Porch

Porch > Project Cost > Install Wall Paneling

# Cost To Install Wall Paneling Calculator

Tell us a little about your project size and location and we'll estimate your costs using trusted, up-to-date data.

## Cost Calculator

Zip code

45219

Calculations are dependent on where you live

Square Feet

2250

Square Feet

| STANDARD SERVICES | Quantity | Low | High |
|---|---|---|---|
| ☑ Paneling Cost | 2,402 SQ. FT. | $3,317 | $4,742 |

| WHAT YOU CAN EXPECT | | |
|---|---|---|
| Range per square foot: | $3.59 | $5.43 |
| Range for this type of project: | $8,078 | $12,225 |

**Estimate: $10,151**

| STANDARD SERVICES | Quantity | Low | High |
|---|---|---|---|
| ☑ Paneling Labor, Basic | 75 HRS | $4,226 | $6,861 |
| ☑ Paneling Job Supplies | 2,402 SQ. FT. | $486 | $552 |
| ☑ Paneling Equipment Allowance | 1 JOB | $48 | $70 |
| ☐ Paneling Debris Disposal | 2,250 SQ. FT. | $355 | $404 |
| **OPTIONAL SERVICES** | | | |
| ☐ Option: Remove Paneling | 19 HRS | $272 | $1,716 |

WHAT YOU CAN EXPECT

| | | |
|---|---|---|
| **Range per square foot:** | $3.59 | $5.43 |
| **Range for this type of project:** | $8,078 | $12,225 |

**Estimate: $10,151**

For your project in zip code 45219 with these options, the cost to install wall paneling starts at $3.59-$5.43 per square foot. Your actual price will depend on job size, conditions, finish options you choose.

## Cost Comparison

YOUR ESTIMATE
$10,151

NATIONAL AVERAGE RANGE
$9,061 -$13,713

Case: 1:02-cv-00107-MRB-KLL Doc #: 1768-2 Filed: 09/26/19 Page: 32 of 162 PAGEID #: 41277




**Ready to get started?**

Share a few additional details about your project and receive competitive quotes from local pros.

**More cost guides**

Install Carpet

Install Crown Molding

Install Drywall

Remove A Popcorn Ceiling

SEE ALL

## Top contractors in Cincinnati, OH

## Hartman Painting Company, Inc.

General Contractors • Cincinnati, Ohio

BBB Rating A+

Our friendly and professional staff is here to answer any questions you may have about our company or our services. We're fully licensed and insured and have over 26 years of experience in the painting industry. We do not sub-contract our... Read more

CONTACT



## Hatton General Contracting

General Contractors • Cincinnati, Ohio

BBB Rating A+

We provide creative building and design solutions to our customers. Matt Hatton Design and Construction works directly with their customers to collaborate and create building and design solutions that not only fit their needs, but also fit... Read more

CONTACT



## All About Painting

General Contractors • Cincinnati, Ohio

★★★★★ (12)

All About Painting covers the Tri-State area. Our services extends as far as Indian Hills, Loveland, Montgomery, Bridgetown, Amberly Village, Blue Ash, Mason, Hyde Park, Kenwood, Columbia and many more. We have proudly served the Tri-State... Read more

CONTACT

PRECISION PROFESSIONAL SERVICES

## Precision Professional Services

General Contractors • Cincinnati, Ohio

BBB Rating A+

CONTACT

Our goal at Precision Professional Services is to provide you with the best materials and the best craftsmanship available. With 30 years experience in home remodeling and renovation, you can trust that your home improvement project will be... Read more

Professional PAINT WORKS

## Professional Paint Works

General Contractors • Florence, Kentucky

BBB Rating A+

CONTACT

Professional Paint Works has been serving Greater Cincinnati and all of Butler and Warren counties for over 30 yeas. Since 1980, we have been providing reliable, top-quality home improvement and contracting services. Our craftsmen are skill... Read more

## Get inspired

### 7 Colorful Kitchens That Will Make You Want to Paint Your Cabinets

Tired of wood? Transform the look of your kitchen with a bright new hue.

Best Peel & Stick Products For The Home

Here are some great home improvement options using easy-to-install products.

6 Ways to Tell If Your Foundation Needs Fixing

Make sure your home has a stable foundation before it settles into a major problem.

How To Repair Pet Damage Before Moving Out

Pets make our lives complete, but they can do real damage to a house or apartment. Here are the best tips to help y Read more

Top cities for this service

Trim and Molding New York, NY
Trim and Molding Atlanta, GA
Trim and Molding Orlando, FL
Trim and Molding Denver, CO
Trim and Molding Minneapolis, MN
Trim and Molding Columbus, OH
Trim and Molding Miami, FL
Trim and Molding Dallas, TX
Trim and Molding Seattle, WA
Trim and Molding Nashville, TN
Trim and Molding Philadelphia, PA
Trim and Molding Tampa, FL
Trim and Molding Portland, OR
Trim and Molding St. Louis, MO
Trim and Molding Chicago, IL
Trim and Molding Charlotte, NC
Trim and Molding Phoenix, AZ
Trim and Molding Boston, MA
Trim and Molding Indianapolis, IN
Trim and Molding Omaha, NE
Trim and Molding Kansas City, MO
Trim and Molding Los Angeles, CA
Trim and Molding Washington, D.C.
Trim and Molding San Francisco, CA
Trim and Molding Detroit, MI
Trim and Molding Raleigh, NC
Trim and Molding Memphis, TN
Trim and Molding Sacramento, CA

COMPANY

About Porch
Careers at Porch
Lowe's
Lowe's For Pros
Affiliate Program
Porch Reviews

FOR HOMEOWNERS

Find home professionals
Find home professionals by state
Porch Guarantee
Advice blog
FAQ

FOR PROFESSIONALS

Join Porch
Enterprise
FAQ
Porch Reviews for Pros

NEED HELP FINDING A PRO?

(855) 494-5972

What's my project cost?

Ask A Pro

© 2018 Porch.com, Inc. Terms of use Privacy policy

Porch

Porch



# Cost To Install Batt Wall Insulation Calculator

Tell us a little about your project size and location and we'll estimate your costs using trusted, up-to-date data.

## Cost Calculator

Zip code

45219

Calculations are dependent on where you live

Square Feet

2250

Square Feet

| STANDARD SERVICES | Quantity | Low | High |
|---|---|---|---|
| ☑ Batt Insulation Cost | 2,402 SQ. FT. | $660 | $910 |

WHAT YOU CAN EXPECT

| | | |
|---|---|---|
| Range per square foot: | $0.62 | $1.15 |
| Range for this type of project: | $1,385 | $2,597 |

Estimate: $1,991

| STANDARD SERVICES | Quantity | Low | High |
|---|---|---|---|
| Batt Insulation Labor, Basic | 24 HRS | $664 | $1,618 |
| Batt Insulation Job Supplies | 2,402 SQ. FT. | $61 | $69 |

WHAT YOU CAN EXPECT

| | Low | High |
|---|---|---|
| **Range per square foot:** | $0.62 | $1.15 |
| **Range for this type of project:** | $1,385 | $2,597 |

**Estimate: $1,991**

For your project in zip code 45219 with these options, the cost to install batt wall insulation starts at $0.62-$1.15 per square foot. Your actual price will depend on job size, conditions, finish options you choose.

## Cost Comparison

YOUR ESTIMATE
$1,991

NATIONAL AVERAGE RANGE
$1,553 -$2,914




**Ready to get started?**

Share a few additional details about your project and receive competitive quotes from local pros.

## Cost to Install Batt Wall Insulation

Updated: March 2018

### Batt Wall Insulation Installation Calculator

Zip Code 45217 | Square Feet* 2250 | Update

| Item details | Qty | Low | High |
|---|---|---|---|
| **Batt Insulation Cost** Non-discounted retail pricing for: R11 15" x 40' insulation batt roll for friction fit installation between common framing. R 3.4 per inch of thickness. Quantity includes typical waste overage, material for repair and local delivery. | 2402 SF | $747 | $1,031 |
| **Batt Insulation Labor, Basic** Basic labor to install batt wall insulation with favorable site conditions. Fit and secure batt insulation between open wall joists. Includes planning, equipment and material acquisition, area preparation and protection, setup and cleanup. | 23.6 h | $779 | $1,896 |
| **Batt Insulation Job Supplies** Cost of related materials and supplies typically required to install batt wall insulation including: fasteners, vent flow baffles and sealing tape. | 2402 SF | $69 | $78 |
| **Totals - Cost To Install Batt Wall Insulation** | 2250 SF | $1,594 | $3,005 |
| **Average Cost per Square Foot** | | $0.71 | $1.34 |

For a basic project in zip code 47474 with 500 square feet, the cost to Install Batt Wall Insulation starts at $0.70 - $1.32 per square foot*. Actual costs will depend on job size, conditions, size options.

To estimate costs for your project:

1. **Set Project Zip Code** Enter the Zip Code for the location where labor is hired and materials purchased.
2. **Specify Project Size and Options** Enter the number of "square feet" required for the project.
3. **Re-calculate** Click the "Update" button.

**NOTE: *Input the total of the finished surface area AND the area of any openings enclosed by the finished area.**

Share

Roof Repair Specialist - Done Right the 1st Time
NGM Exterior House Mechanics

WEBSITE DIRECTIONS

### Unit Costs: How Pros Price

Unlike sites which blend pricing from dissimilar jobs, homewyse estimates are based on the **Unit Cost** method. This method uses job specific detail for superior pricing accuracy and transparency - and has become an industry standard through publications and guidance of leading trade associations, including: PHCCA, the NKBA, the NECA, the AIA, and the ASPE.

Cost Estimating Tool
Fast, Accurate and Easy to Use Construction Estimating Software

### Cost to Install Batt Wall Insulation - Notes and General Information

These estimates are for BASIC work performed in serviceable conditions by qualified trade professionals using MID GRADE materials. Work not mentioned on this page and/or work using master craftsman, premium materials and project supervision will result in HIGHER COSTS! Explore the full range of wall insulation new installation labor options and material prices here.

These estimates are NOT substitutes for written quotes from trade professionals. Homewyse strongly recommends that you contact reputable professionals for accurate assessments of work required and costs for your project - before making any decisions or commitments.

The cost estimate **includes:**

- Costs for local material / equipment delivery to and service provider transportation to and from the job site.
- Costs to prepare the worksite for Batt Wall Insulation Installation, including costs to protect existing structure(s), finishes, materials and components.
- Labor setup time, mobilization time and minimum hourly charges that are commonly included for small Batt Wall Insulation Installation jobs.

The cost estimate does **NOT include:**

- Costs for removing, relocating, repairing, or modifying existing framing, surfacing, HVAC, electrical, and plumbing systems - or bringing those systems into compliance with current building codes.
- Costs for testing and remediation of hazardous materials (asbestos, lead, etc).
- General contractor overhead and markup for organizing and supervising the Batt Wall Insulation Installation. Add 13% to 22% to the total cost above if a general contractor will supervise this project.
- Sales tax on materials and supplies.
- Permit or inspection fees (or portion thereof) required by your local building department for your overall project.

### Cost to Install Batt Wall Insulation - Unit Price References

Unit Pricing Data: Menards Insulation Materials and Supplies Menards, Mar 2018, Website
Unit Pricing Data: Home Depot Insulation Materials and Supplies Home Depot, Mar 2018, Website
Unit Pricing Data: Lowes Insulation Materials and Supplies Lowes , Mar 2018, Website
Unit Pricing Data: Exterior Paint and Supplies Catalog Do It Best, Mar 2018, Website
Insulation United States Department of Energy, Dec 2009, Editorial Staff
Air Sealing United States Department of Energy, Dec 2009, Editorial Staff
Insulation Handbook McGraw-Hill, Nov 2000, Richard T. Bynum, ISBN 71589856
Thermal Insulation Building Guide Krieger Publishing Company; Original edition, Feb 1990, Edin F. Strother, William C. Turner, ISBN 088275985X

### Hiring Local Professionals

Our FREE homewyse hiring guide helps you find and hire great help, get quality craftsmanship and get a fair price on your project.

### Make homewyse Better

Share this calculator. Send us your comments, ideas or suggestions. Your feedback makes this site better for all users. Thank You!

- Send your feedback or questions.
- Share homewyse on Facebook, Twitter or Google+ using the buttons below:

©2006-2018

(https://www.fixr.com/)

# Interior Door Cost

Indoor Cost Guides (https://www.fixr.com/costGuides.html#section_0) > **Interior Door**

**National average**

**$500**

(wood slab door plus painting)

**Low:** $200
(hollow door)

**High:** $1,400
(aluminum barn door & extras)

Cost to install an interior door varies greatly by region (and even by zip code).
Get free estimates from door contractors in your city.

Enter zip code **Get Local Cost**

## How much does it cost to install an interior door?

A common house upgrade is to replace or install a new interior door, which is cheaper than an exterior door, as it easier to install and that reduces the labor cost. For this example, we'll look at the cost of installing a common **wood slab door in an existing door frame**. The average cost of this project is **$500**.

## Cost breakdown

- **Materials:** the cost of the door is largely related to the material.
  - **Wood** interior doors (http://www.homedepot.com/s/interior+wood+doors?NCNI-5) average **$85-$125**.
  - **Aluminum** doors (http://www.homedepot.com/s/interior%2520aluminium%2520doors?NCNI-5) average **$200-$300**.
  - Basic hardware, including *hinges* [1], averages **$10-$20** per door.
- **Labor**: on average, contractors charge of average of **$150-$200** per door installation.

## Enhancement and improvement costs

- Doors with unique styles or details, such as *bi-fold doors* [2] or barn doors, tend to be more expensive to purchase and may require higher installation costs. For example, a **wood *bi-fold door*** [2] averages **$125-$175**, while a **barn door** averages **$700**. Doors with windows or other details are also more expensive.
- **Painting** an interior door can add additional **$75-$125** to the total cost.

# Additional considerations and costs

- Slab doors can be used if the existing door frame is in good shape. If not, a **pre-hung door** is also a good option, but it increases the cost to an average of **$100-$150**.
- ***Hollow-core doors***[3] tend to be much less expensive, but they aren't as sturdy as their solid-core counterparts. The cost of a *hollow-core door* costs as low as **$30**.
- **Constructing or repairing a door frame** can add an additional **$300-$700** to your cost, depending on the door location and the work required.
- If you need an old door removed, plan to add **$100** for **removal and disposal costs.**
- *Fiberglass*[4] is a cheap option, but it is not recommended, because normally they aren't fire-rated and some homeowners reported them being noisy.
- Many homeowners save money by purchasing the door on their own before installing it.
- Some contractors may offer a discount if you install multiple doors at once. Likewise, many hardware stores offer discounted installation services when you purchase a door at their store.

**101** people found this helpful. Was this guide helpful to you? Yes No

## REMODELING TERMS CHEAT SHEET

Definitions in laymen's terms, cost considerations, pictures and things you need to know.
See full cheat sheet (/glossary/).



(/glossary/hinge) [1] Hinges (/glossary/hinge): A type of joint that attaches two items together but allows one of them to swing back and forth, such as a door attached to a door frame



(/glossary/bi-fold-door) [2] Bi-fold doors (/glossary/bi-fold-door): A door with panels connected by hinges, that slide along a track and fold together when opened. They are often used for closets

[3] Hollow-core doors (/glossary/hollow-core-door): A door made from two thin exterior panels with some structural materials holding the two panels together. The rest of the space between the two panels is empty



(/glossary/fiberglass) [4] Fiberglass (/glossary/fiberglass): Plastic that is reinforced with glass fibers. The fibers may be mixed randomly throughout the plastic, or come in the form of a flat sheet, or be woven into a fabric

## How much does it cost to install an interior door in my city?

Cost to install an interior door varies greatly by region (and even by zip code). To get free estimates from local contractors, please indicate yours.

Enter zip code CONTINUE

| Alternatives | Cost |
|---|---|
| Interior Door | $200 - $1,400 |
| Door Trim (/costs/door-trim-installation) - Install | $155 |

| Related | Cost |
|---|---|
| Entry Door (/costs/entry-door-installation) | $350 - $1,000 |
| Security Entry Door (/costs/install-security-entry-door) - Install | $900 - $4,700 |
| Sliding Patio Door (/costs/sliding-patio-door-installation) - Install | $1,000 - $5,000 |
| Storm Door (/costs/install-storm-door) - Install | $200 - $800 |
| Paint Door (/costs/paint-exterior-doors) - Install | $20 - $300 |
| Weatherstripping (/costs/weatherstripping) - Install | $75 - $250 |

## Related comparison guides

Fiberglass vs Steel Entry Door (https://www.fixr.com/comparisons/fiberglass-vs-steel-entry-door)

## Labor cost by city and zip code

Compared to national average

| | |
|---|---|
| Alexandria, VA | +2% |
| Arlington, TX | +6% |
| Arlington, VA | +38% |
| Athens, GA | -9% |
| Atlanta, GA | +24% |
| Augusta, GA | -13% |
| Aurora, CO | +10% |
| Austin, TX | +13% |
| Baltimore, MD | +12% |
| Beaverton, OR | +15% |

# How Much Does It Cost To Install An Exterior Entry Door?

Change Location

## Find out how much your project will cost

Cost data is based on actual project costs as reported by 3706 HomeAdvisor members. How do we get this data? | Embed this data

$22.81 per month

Financing options provided in partnership with Prosper

# Average Cost to Install Exterior Door

Installing an exterior door costs an average of **$935**. Most surveyed homeowners report paying between **$536 and $1,373**. Many new, standard single styles cost **$150 to $600** for materials alone, but they can easily reach into the thousands. Pre-hung styles are about **$50 to $200 more than slab** varieties but reduce labor and frame installation costs by 30 to 50 percent.

Different types offer a range of styles and purpose. They include everything from ornate custom wood to simple glass patio and screen varieties. More specialized choices, such as sliding, French, and fire-rated all play a unique role in the look and comfort of your home. There are literally dozens of brands with thousands of choices, so costs estimates vary from **$150 to $20,000 or more**.

It's more than just an entry, it's the focal point for the first impression a visitor gets. This distinguishing characteristic of many homes increases curb appeal and protects you from the elements and intruders. For your homes weather and style needs, it's best to discuss this critical component with a professional designer or contractor.

## On This Page:


1. New Entry or Front Door Prices
    - Fiberglass Entry
    - Steel Front
    - Wooden Entrance
    - Entry with Sidelights Prices
    - Custom Builds
    - Back Doors
2. Labor Cost to Install Prehung Exterior Doors vs. Frames
3. Installation Costs
    - Installing a Walkout Basement Door
4. Exterior Door Prices by Type
5. Pella Entry
6. Maintenance & Repairs
7. FAQs
8. DIY vs. Hiring Contractors


## New Entry or Front Door Prices

| Front Door Prices | |
|---|---|
| Steel | $150 to $1,400 |
| Fiberglass | $150 to $2,000 |
| Wood | $500 to $3,000 |
| Any material with Sidelights | Add $700 to $3,000 |

Aside from materials, unique styles and designs can have a major impact on the look and overall effect. Options vary from simple solid steel, engineered wood or fiberglass to ornate double-entry wooden types with transoms, coordinating sidelights, and intricate glasswork. Most homeowners spend more money on their front doors than any other in their house. It□s both an accent and a focal point for the design of your home.

# How Much Does It Cost To Install Or Replace An Interior Door?

| | |
|---|---|
| National Average | [illegible] |
| Change Location | |
| Typical Range | [illegible] |
| Low End | [illegible] |
| High End | [illegible] |

## Find out how much your project will cost

Get Estimates Now

Cost data is based on actual project costs as reported by 2309 HomeAdvisor members. How do we get this data? | Embed this data

[illegible] $18.27 per month [illegible]

Financing options provided in partnership with Prosper

# Interior Door Installation Costs

Based on member reports, the cost to install an interior door averages **$749** nationwide. Many homeowners pay between **$416 and $1,152**. A bedroom or closet door replacement averages **$100 to $300 in labor** with door costs typically range from **$50 to $500**. High-end wood French doors can cost **$4,500 or more**.

Interior doors serve a variety of important purposes including room division, privacy, noise reduction and even fire safety. In addition, attractive and well-placed varieties can enhance the decor of your home without much fuss during installation.

Whether you are replacing the old or broken, or upgrading to premium models , there are several important choices to make regarding style and function. You□ll need to choose from simple pre-hung varieties for closets to elaborate custom wood French styles. Installation pricing varies according to the style as well as framing, sizing, and customization.

Hire a professional door installer for best results. Improper installation makes them stick and close improperly or not at all, which runs the risk of higher replacement and repair costs.

## On This Page:


1. New Interior Door Prices
    - Hollow vs Solid Composite
    - Solid Wood
    - Glass and Other Accents
    - Where to Buy
2. Pre-hung Interior Doors
3. Labor Costs to Install
4. Average Costs to Hang by Type
    - Pocket
    - French
    - Sliding
    - Single & Double Bi-fold
    - More
5. By Room
    - Bedroom & Bathroom
    - Closet Doors
6. Costs to Replace Doors, Frames, Trim, Knobs & Hinges
7. Maintenance & Common Repairs
8. DIY vs. Hiring a Pro
9. FAQs


## New Interior Door Prices

Interior doors range from hollow core slab types starting at **$30 up to $4,500** or more for wood and glass French varieties.

Given the low rates for labor , remaining in budget usually has more to do with the price of the door than any other factor. All styles come in a variety of materials, qualities, and designs. Most notably are hollow vs. solid and made of either composite or premium wood.

## Hollow vs. Solid Core Composite Doors

| Prehung Type | Cost Up to 80 by 36 inches |
|---|---|
| Hollow | $30 to $400 |
| Solid | $70 to $500 |

- **Hollow core** is the cheapest type ranging from **$30 to $400 each**, though most pay in the range of **$50 to $150**. These typically have a honeycomb of cardboard slats with thin wood veneer faces. These are good in areas where sound transfer isn□t a problem, like a closet or pantry.
- **Solid core** ranges from **$70 to $250** with higher-end models costing **$500 or more**. These styles are typically made from wood particles and glue or foam. These tend to be an excellent choice for privacy issues, like bedrooms and bathrooms. □Solid Core□ are not to be confused with solid wood.

## Solid Wood

Solid wood types come in a variety of styles, as slab or pre-hung and often with glass inserts. Premium pre-hung wood runs between **$150 to $1,000 or more** though most fall in the **$250 to $600 range.**

**Single Solid Wood Door Prices**

| Type | Slab | Frame | Total |
|---|---|---|---|
| Red Oak & Ash | $165 to $325 | $75 to $95 | $240 to $420 |
| Maple | $180 to $375 | $85 to $110 | $265 to $485 |
| Paint & Stain Grade Poplar and Maple | $100 to $250 | $60 to $90 | $160 to $340 |
| Cypress, American & Brazilian Cherry, Mahogany, Clear Pines, Birch, Cedar & Walnut | $250 to $450 | $105 to $140 | $355 to $590 |

**Standard single is 1 3/8-inch thickness, 80 inches high and between 24 and 36 inches wide.*

***Material only - not including removal and installation labor, glass or hardware.*

Return to Top

## Aluminum

Most aluminum interior doors □ typically sliding or bifold types for wardrobes □ cost **$300 to $2,000.** Aluminum provides a high-end modern finish to your home.

## Glass and Other Accents

Accents such as the number and design of the panels, the finishing and paint, any carved wood features, and any glass inserts all increase prices, regardless of the type. For example, composite bifold with hollow

Step Board

## Cost to Install a Subfloor

Updated: March 2018

### Subfloor Installation Calculator

Zip Code 45217 Square Feet* 32 Update

| Item details | Qty | Low | High |
|---|---|---|---|
| **Subfloor Labor, Basic** Basic labor to install subfloor with favorable site conditions. Layout, fabricate and install subfloor over existing joists. Glue and screw 5/4" tongue and grove subflooring. Includes planning, equipment and material acquisition, area preparation and protection, setup and cleanup. | 5.6 h | $183 | $447 |
| **Subfloor Job Supplies** Cost of related materials and supplies typically required to install subfloor including: fasteners, connectors and and dimensional lumber for openings. | 35 SF | $101 | $115 |
| **Subfloor Equipment Allowance** Job related costs of specialty equipment used for job quality and efficiency, including: Pneumatic framing nailer, 12" miter saw and 3 1/4" electric planer. Daily rental. Consumables extra. | 1 job | $29 | $48 |
| **Totals - Cost To Install Subfloor** | 32 SF | $313 | $610 |
| **Average Cost per Square Foot** | | $9.78 | $19.05 |

For a basic project in zip code 47474 with 120 square feet, the cost to Install a Subfloor starts at $8.40 - $16.31 per square foot*. Actual costs will depend on job size, conditions, size options.

To estimate costs for your project:

1. **Set Project Zip Code** Enter the Zip Code for the location where labor is hired and materials purchased.
2. **Specify Project Size and Options** Enter the number of "square feet" required for the project.
3. **Re-calculate** Click the "Update" button.

**NOTE: *Input the total of the finished surface area AND the area of any openings enclosed by the finished area.**

Share

69

**RECEIPT**

date ____ / ____ / ____ No.

received from ____ $ ____

____ dollars

for payment of ____

◯ cash ◯ money order ◯ credit card ◯ check # ____

| | |
|---|---|
| amount due | |
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

**RECEIPT**

date ____ / ____ / ____ No.

received from ____ $ ____

____ dollars

for payment of ____

◯ cash ◯ money order ◯ credit card ◯ check # ____

| | |
|---|---|
| amount due | |
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

**RECEIPT**

date ____ / ____ / ____ No.

received from ____ $ ____

____ dollars

for payment of ____

◯ cash ◯ money order ◯ credit card ◯ check # ____

| | |
|---|---|
| amount due | |
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

**RECEIPT**

date ____ / ____ / ____ No.

received from ____ $ ____

____ dollars

for payment of ____

◯ cash ◯ money order ◯ credit card ◯ check # ____

| | |
|---|---|
| amount due | |
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

**RECEIPT**

date 9 / 9 / 16 No.

received from ____ $ ____

____ dollars

for payment of ____

◯ cash ◯ money order ◯ credit card ◯ check # ____

| | |
|---|---|
| amount due | |
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

**RECEIPT**

date ____ / ____ / ____ No.

received from ____ $ ____

____ dollars

for payment of ____

☑ cash ◯ money order ◯ credit card ◯ check # ____

| | |
|---|---|
| amount due | |
| amount paid | 326 . 60 |
| balance | |

from ____ to ____

signature ____

DC2501WS

RECEIPT

date ____ / ____ / ____ No.

received from ____ $

____ dollars

for payment of ____

cash / money order / credit card / check # ____

| amount due | |
|---|---|
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

RECEIPT

date ____ / ____ / ____ No.

received from ____ $

____ dollars

for payment of ____

cash / money order / credit card / check # ____

| amount due | |
|---|---|
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

RECEIPT

date ____ / ____ / ____ No.

received from ____ $

____ dollars

for payment of ____

cash / money order / credit card / check # ____

| amount due | |
|---|---|
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

RECEIPT

date ____ / ____ / ____ No.

received from ____ $

____ dollars

for payment of ____

cash / money order / credit card / check # ____

| amount due | |
|---|---|
| amount paid | |
| balance | |

from ____ to ____

signature ____

DC2501WS

497-3316

8030 Reading Road suite 3
Cincinnati, OH 45237
(513) 383-2001
[illegible]
www.imprintkings.com

IMPRINT KINGS
8030 READING ROAD SUITE #3 - CINCINNATI, OHIO 45237
OFFICE: 513.621.4468 EMAIL: INFO@IMPRINTKINGS.COM

# INVOICE

**BILL TO**
Letitia James

**INVOICE #** 18722
**DATE** 08/24/2018
**DUE DATE** 08/24/2018
**TERMS** Due on receipt

**PMT METHOD**
Cash

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Set-Up** | 100 | 1.00 | 100.00 |
| **Xerox:Full Page (201 & Over)**<br>8.5x11 full color digital printing | 326 | 0.66 | 215.16 |
| **Rush fee** | 1 | 50.00 | 50.00 |

| | |
|---|---|
| TOTAL | 365.16 |
| DEPOSIT | 200.00 |
| BALANCE DUE | **$165.16** |

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Photo** | **Item** | **#** | **Description+** | **Est. High** | **Est.low** |
| 2 | 20160828-2001280,200129 | flood street view vine st | 1 | overall | | |
| 3 | 20160828-200134,200135 | flood street view side lot view | 1 | overall | | |
| 4 | 20160828-200135 | flood street view side lot w/truck | 1 | overall | | |
| 5 | 20160828-205211,205219 | stairwell flood top | 1 | overall | | |
| 6 | 20160828-205509,205541,205604 | flood neighbors yard | 1 | overall | | |
| 7 | 20160829-082024,082037 | stairwell water resended | 1 | overall | | |
| 8 | 20160828-132812,132817,132827 | back door busted | 1 | property | | |
| 9 | 20160905-170418 | flood staging basement-outside | 1 | overall | | |
| 10 | 20160905-170421 | wood chest-full contents(tim) | 1 | tdf | | |
| 11 | 20160905-170429 | flood staging basement-outside | 1 | overall | | |
| 12 | 20160905-170431 | flood staging basement-outside | 1 | overall | | |
| 13 | 20160905-170457 | breaker box and sheet metal | 1 | overall | | |
| 14 | 20160905-170500 | antique satee loveseat | 1 | overall | | |
| 15 | 20160905-171202 | flood staging basement-outside | 1 | overall | | |
| 16 | 20160905-171206 | flood staging basement-outside | 1 | overall | | |
| 17 | 20160905-171209 | flood staging basement-outside | 1 | overall | | |
| 18 | 20160905-171211 | flood staging basement-outside | 1 | overall | | |
| 19 | 20160905-171214 | flood staging basement-outside | 1 | overall | | |
| 20 | 20160905-171216 | flood staging basement-outside | 1 | overall | | |
| 21 | 20160905-171220 | flood staging basement-outside | 1 | overall | | |
| 22 | 20160905-171248 | flood staging basement-outside | 1 | overall | | |
| 23 | 20160905-171250 | flood staging basement-outside | 1 | overall | | |
| 24 | WP 20160905 – 09 – 49 – 16 | Flood staging backyard | 1 | Overall | | |
| 25 | 20160908-121838 | basement view corner | 1 | overall | | |
| 26 | 20180908-122143 | flood cleanout-drying | 1 | overall | | |
| 27 | 20160908-122151 | flood cleanout furnace area | 1 | overall | | |
| 28 | 2016-0908-122157 | flood cleanout furnace area | 1 | overall | | |
| 29 | 20160909-131233,131235,131239 | flood cleanout garbage | 1 | overall | | |
| 30 | photo0471 | paneling/down off wall | 1 | property | | |
| 31 | photo0472 | panling/insulation down | 1 | property | na | na |
| 32 | photo0474 | paneling/insulation down | 1 | property | na | na |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | 20160905-170437 | glassplate(blue)/glass bowl | 1 | h | $10.00 | $10.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 37 | 20160907-195343 | schwinn bicycle front view | 1 | laj | $399.00 | $199.00 |
| 38 | 20160907-195810 | new paint tray/with brush on computer desk | 1 | h | $8.99 | $4.99 |
| 39 | 20160907-195834 | 5 piece paint set (Ultimate Flush) | 1 | h | $8.99 | $4.99 |
| 40 | 20160907-2010309 | brass plated 2 shelf/miirrored stand | 1 | laj | $100.00 | $75.00 |
| 41 | 20160907-201159,201230,201246 | wood end table front/side views (antique) | 1 | laj | $220.99 | $89.00 |
| 42 | 20160908-121906,121913 | basement stairwell-wood trim paneled | 1 | property/contractor | | |
| 43 | 20160908-122058 | basement front right room wood trim | 1 | property | | |
| 44 | 20160908-133527 | hand painted with coins black flat platter-bowl | 1 | laj | $15.00 | |
| 45 | 20161117-170301 | towels/bath-hand | 3 | household | $19.99 | $40.79 |
| 46 | photo0305 | Zep | 1 | household | $15.00 | $11.37 |
| 47 | Photo 0307 | 4 number four ceiling fan with four blades fan blades | 1 | Household | $350.00 | $159.00 |
| 48 | Photo 0309 | Various stuffed animals children's toys | 1 | Household | $78.00 | $26.99 |
| 49 | Photo 0310 | Round wood toilet seat | 1 | Household | $35.00 | $7.99 |
| 50 | photo0355 | chest/w personal papers | 1 | tdf | $350.00 | $250.00 |
| 51 | photo0357 | polo personal body lotion | 1 | tdf | $45.00 | $30.00 |
| 52 | photo0359 | space heater | 1 | household | $35.00 | $25.00 |
| 53 | photo0359 | dehumidier | 1 | household | $126.11 | $69.85 |
| 54 | photo0447 | Ladies dress shoes blue-and-white Liz Claiborne spectators, black kitten hill slings, Navy blue and gray heel Rose Hill platform, Baker black wedge heels, black t-strap sandels, chocolate co, navy blue low heel eight | 8 | Household LAJ | $180.00 | $120.00 |
| 55 | photo0479 | brass plated bar glass shelf | 1 | household | $149.28 | $92.99 |
| 56 | wp20140521- | clothes-womens/sports/leggings | 1 | clothes-laj | $52.99 | $9.99 |
| 57 | wp20160903, wp20160903-12-48-28 | Washer top view basement (Kenmore 90 series Heavy Duty | 1 | household | $579.99 | $399.00 |
| 58 | wp20160903-11-25-21,11-25-26 | freezer -basement floor view | 1 | household | $700.00 | $500.00 |
| 59 | wp20160903-11-25-33,12-39-09 | wood casino stand | 1 | household | $139.99 | $45.50 |
| 60 | wp20160903-11-27-54 | suitcase | 1 | household | $159.99 | $49.99 |
| 61 | wp2016093-11-27-54 | cooler large orange | 1 | tdf | $52.99 | $39.99 |
| 62 | wp20160903-11-58-59 | queen bed ensemble 7pc set | 1 | household | $101.17 | $59.99 |
| 63 | wp20160903-12-05-59 | ge halogen flood light (2pk) 53W | 1 | household | $30.49 | $15.99 |
| 64 | wp20160903-12-08-13 | heritage queen bed spread | 1 | household | $116.99 | $89.98 |
| 65 | wp2016093-12-13-21 | queen bed spread | 1 | household | $99.79 | $59.99 |
| 66 | wp20160903-12-31-21 | bag area ktichen area rugs | 1 | household | $25.00 | $15.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 67 | wp20160903-2-14-20 | blankets | 1 | household | $32.00 | $4.98 |
| 68 | wp2016093-12-14-52 | large brown/white pet bed | 1 | household | $109.00 | $34.80 |
| 69 | wp20160903-12-15-25 | square/fringed black brown throw pillow | 1 | household | $33.99 | $14.99 |
| 70 | wp20160903-12-15-59 | white sheet | 1 | household | $11.39 | $4.97 |
| 71 | wp20160903-12-18-05 | 4 bamboo fans | 1 | laj | $140.88 | $35.99 |
| 72 | wp201609030-2-19-14 | curtains/drapes 2 sets | 1 | household | $69.95 | $37.99 |
| 73 | wp20160903-12-23-26 | blue/white infant sailboat jumper | 1 | laj | $99.00 | $49.99 |
| 74 | wp201660903-12-23-46 | white infants sweater outfit | 1 | laj | $47.99 | $32.00 |
| 75 | wp20160903-12-24-36 | earth little black duffle bag | 1 | tdf | $18.99 | $51.99 |
| 76 | wp20160903-12-25-46 | blue cooler | 1 | household | $59.99 | $19.99 |
| 77 | wp20160903-12-26-37 | undert the countr light | 1 | household | $27.11 | $15.00 |
| 78 | wp20160903-12-27-20 | thick white extension cord | 1 | household | $23.40 | $9.94 |
| 79 | wp20160903-12-32-11 | omega pride buttons/bows ct food | 1 | household | $10.00 | $10.00 |
| 80 | wp20160903-12-33-00 | orange mechanics pad with rollers | 1 | tdf | $118.99 | $51.99 |
| 81 | wp20160903-12-34-33 | rams blue/white football | 1 | laj | $35.00 | $24.99 |
| 82 | wp20160903-12-34-48 | purex/gain detergentbox (1 ea.) | 2 | household | $20.00 | $18.00 |
| 83 | wp20160903-12-35-00 | ace dryer deflector in box/duct/misc plastic bottles/detergents | 2 | house | $20.00 | $20.00 |
| 84 | wp20160903-12-35-50 | hoover steamer | 1 | household | $118.59 | $89.99 |
| 85 | wp20160903-12-36-01 | dirt devil tall vacuum | 1 | household | $116.80 | $49.99 |
| 86 | wp20160903-12-36-57 | black land line telephone | 1 | household | $29.69 | $26.92 |
| 87 | wp20160903-12-42-17 | mens desginer southpole hoodie | 1 | tdf | $48.00 | $25.00 |
| 88 | wp20160903-12-44-06 | aluminum folding step ladder | 1 | household | $56.00 | $45.74 |
| 89 | wp20160903-12-44-48 | green deep chest cooler | 1 | household | $59.99 | $39.99 |
| 90 | wp20160903-12-46-26 | upright yellow/black dolly | 1 | tdf | $112.99 | $69.99 |
| 91 | wp20160903-12-50-32 | shop vac 16 gal (gray) | 1 | tdf | $149.00 | $70.00 |
| 92 | wp20160903-2-50-45 | Emerson black mircowave | 1 | household | $174.88 | $65.88 |
| 93 | wp20160903-12-52-35 | stand-up /upright white fan | 1 | houshold | $42.99 | $18.84 |
| 94 | wp20160903-12-56-13 | perfection clotheslent remover | 1 | household | $12.99 | $9.61 |
| 95 | wp20160903-13-00-08 | mens desginer Coogi black/tan sweater | 1 | tdf | $540.00 | $350.00 |
| 96 | wp20160903-13-15-49 | nsa environmental air systems (model#1200A)/purifier | 1 | household | | $185.00 |
| 97 | WP 20160903 – 13 – 17 – 04 | Three-quarter inch plywood half a sheet | 1 | house | | $15.00 |
| 98 | wp20160903-13-19-52 | 100 index cards-new pkg | 1 | household | $1.00 | $1.00 |
| 99 | wp20160903-13-20-18 | 3m HD formatted diskettes | 1 | household | $18.78 | $8.85 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 100 | wp20160903-13-21-23,13-22-17 | box-books (Allen White religious/childrens hardback bible | 1 | household | $100.00 | $75.00 |
| 101 | wp20160903-13-24-55 | mens flannel plaid quitted jacket | 1 | tdf | $49.99 | $28.68 |
| 102 | wp20160903-13-25-33 | mens shirts (6 long tees) | 6 | tdf | $54.00 | $35.00 |
| 103 | wp20160903-13-28-19 | mens black sweatpants | 1 | tdf | $59.99 | $29.99 |
| 104 | wp20160903-13-29-51 | computer tower older model | 1 | household | $50.00 | $44.99 |
| 105 | wp20160903-13-43-18 | shoes.boots.houseshoes | 1 | mixed | $75.00 | $75.00 |
| 106 | wp20160903-13-53-29 | tape dispenser | 1 | household | $21.00 | $16.00 |
| 107 | wp20160903-13-53-29 | frost king double draft stop | 1 | household | $13.98 | $13.98 |
| 108 | wp20160903-13-54-37 | womens-box clothes | 1 | laj | $200.00 | $150.00 |
| 109 | wp20160903-13-59-43 | misc cleaning supplies | 1 | household | $75.00 | $50.00 |
| 110 | wp20160903-13-54-46 | windox 2 sided fan | 1 | household | $40.48 | $27.74 |
| 111 | wp20160903-13-59-54 | orange black & decker small heater fan | 1 | household | $35.00 | $24.44 |
| 112 | wp20160903-14-05-29 | blender top glass container | 1 | household | $38.63 | $34.95 |
| 113 | wp20160903-14-09-46 | pictures small black art(2) | 2 | household | $150.00 | $100.00 |
| 114 | wp20160903-14-10-00 | picture off white 3 window shadow box | 1 | household | | $45.00 |
| 115 | wp20160903-14-10-13 | small grandma picture keepsake plague | 1 | laj | $30.00 | $20.00 |
| 116 | wp20160903-14-28-36 | coffe mugs | 5 | household | $25.99 | $18.99 |
| 117 | wp20160903-14-28-36 | womens blazer | 1 | laj | $38.00 | $25.00 |
| 118 | wp20160903-14-28-36 | tea kettle | 1 | household | $24.84 | $12.75 |
| 119 | wp20160903-14-28-36 | outdoor lantern | 1 | household | $27.85 | $17.99 |
| 120 | wp20160903-14-28-36 | extensions cords (2) | 1 | household | $25.00 | $17.79 |
| 121 | wp20160903-14-34-14 | wood/rattan rocking chair | 1 | laj | $99.00 | $77.00 |
| 122 | wp20160903-14-35-42 | wood round 2 shelf table | 1 | laj | $189.00 | $125.99 |
| 123 | wp20160903-15-11-42 | mens old navy slippers | 1 | tdf | $25.00 | $14.90 |
| 124 | wp20160903-15-12-35 | ladies black riding boots | 1 | laj | $139.99 | $75.00 |
| 125 | wp20160903-15-12-35 | ladies tan/taupe heels, black fabric sling heels | 1 | laj | $50.00 | $25.00 |
| 126 | wp20160903-15-12-42 | navy blue ladies belt | 1 | laj | $19.99 | $14.99 |
| 127 | wp20160903-15-12-42 | off white keepsake jewelrybox | 1 | laj | $49.95 | $20.00 |
| 128 | wp20160903-18-20-09 | tv antenna | 1 | household | $34.95 | $11.77 |
| 129 | wp20160903-18-22-05,wp20160904-17-211-03 | ladies designed ves-elephant | 1 | laj | $100.00 | $50.00 |
| 130 | wp20160903-18-22-25 | ladies green blazer | 1 | laj | $59.99 | $29.99 |
| 131 | wp20160903-18-22-40 | mens black cordoroy jacket | 1 | tdf | $98.00 | $48.00 |
| 132 | wp20160903-18-22-54 | ladies purple knit sweater dress w/shawl | 1 | laj | $130.00 | $75.00 |
| 133 | wp20160903-18-23-06 | ladies dress blouse | 1 | laj | $79.00 | $31.29 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 134 | wp20160903-18-3-18 | ladies dress blouse | 1 | laj | $79.00 | $31.29 |
| 135 | wp20160903-18-29-01 | glass wine jug with grass cork | 1 | laj | $59.00 | $59.00 |
| 136 | wp20160903-18-29-01 | brass plated candle holder | 1 | laj | $10.00 | $3.85 |
| 137 | wp20160904-14-21-14 | mens designer FUBU jeans chocolate jacket | 1 | tdf | $289.99 | $169.00 |
| 138 | wp20160904-14-21-31 | mens designer jean jacket-multi color | 1 | tdf | $70.86 | $52.60 |
| 139 | wp20160904-14-21-45 | mens pants -white/blue | 2 | tdf | $105.00 | $45.97 |
| 140 | wp20160904-14-21-45,14-21-52 | mens white shorts | 1 | tdf | $48.75 | $29.99 |
| 141 | wp20160904-14-22-09,14-29-25 | mens dress pants-dark gray, light gray, off blue | 3 | tdf | $154.99 | $81.44 |
| 142 | wp20160904-14-22-32 | mens/womens clothes dress slacks olive | 1 | household-mix | $60.00 | $35.00 |
| 143 | wp20160904-14-22-54 | clothes mixed white (1 pink swea hoodie) | 1 | household-mix | $45.00 | $45.00 |
| 144 | wp20160904-14-23-03 | animal print shower curtian | 1 | household | $21.99 | $16.90 |
| 145 | wp20160904-14-28-19,14-29-10 | mens dress pants 100% pure virgin wool | 1 | tdf | $95.00 | $49.97 |
| 146 | wp20160904-14-28-29-25 | mens dress pants Traditional blue wool | 1 | tdf | $99.00 | $62.99 |
| 147 | wp20160904-14-30-50 | mens dress pants olive green (Christopher Hayes) | 1 | tdf | $42.99 | $29.99 |
| 148 | wp20160904-14-31-18 | men designer white FUBU jeans | 1 | tdf | $70.00 | $45.00 |
| 149 | wp20160904-14-49-47 | ladies desinger WHBM white jeans shorts | 1 | laj | $80.00 | $41.99 |
| 150 | wp20160904-14-52-20 | misc tools/buckets | | household | | $75.00 |
| 151 | wp20160904-15-56-55,15-57-06 | mens designer white VA Bene 100% pure silk pants | 1 | tdf | $225.00 | $79.50 |
| 152 | wp20160904-15-57-16 | ladies white shining star t-shirt | 1 | laj | $48.00 | $30.00 |
| 153 | wp20160904-15-57-41,15-57-58, | mens designer Air Jordan blue/green plaid swimshorts | 1 | tdf | $79.99 | $47.69 |
| 154 | wp20160904-15-57-41 | mens white monument long sleeve shirt 4x | 1 | tdf | $69.99 | $29.99 |
| 155 | wp20160904-15-59-25 | mens desinger Air Jordan white/black tee shirt | 1 | tdf | $40.00 | $24.99 |
| 156 | wp20160904-17-07-32 | white slacks | 1 | tdf | $14.99 | $10.99 |
| 157 | wp20160904-17-08-08 | towels-white,maroon,orange | 3 | household | $22.99 | $18.99 |
| 158 | wp20160904-17-18-52 | ladies black side button jumper dress | 1 | laj | $32.00 | $32.00 |
| 159 | wp2016904-17-22-35 | ladies night shirt-cotton | 1 | laj | $39.99 | $29.99 |
| 160 | wp20160904-17-23-32,17-23-51 | ladies Lee's off white demin jeans | 1 | laj | $29.99 | $24.99 |
| 161 | wp20160904-17-25-27 | mens NFL Authentic Pittsburgh Jersey #7 4xl equipment shirt | 1 | tdf | $324.99 | $99.99 |
| 162 | wp20160904-17-27-11 | mens designer Akcess black tee shirt 3xl | 1 | tdf | $39.99 | $11.47 |
| 163 | wp20160904-17-28-44,17-29-05 | mens dark gray jogging pants (Swagnificant RawBlue | 1 | tdf | $29.99 | $19.98 |
| 164 | wp20160904-17-30-33 | mens blue denimn jeans-relaaxed fit | 1 | tdf | $54.95 | $39.95 |
| 165 | wp20160904-17-32-04 | mens white tee shirt | 1 | tdf | $6.00 | $6.00 |
| 166 | wp20160904-17-32-24 | mens white tee graphics | 1 | tdf | $69.00 | $25.00 |
| 167 | wp20160904-17-33-00 | ladies Just Be white denimn jeans | 1 | laj | $79.90 | $36.99 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 168 | wp20160904-17-33-59 | ladies white tees | 4 | laj | $84.66 | $13.98 |
| 169 | wp20160904-17-34-58 | ladies white Authentic YYUMYum shirt | 1 | laj | $75.00 | $75.00 |
| 170 | wp20160904-17-37-17 | ladies white tees | 1 | laj | $19.00 | $16.00 |
| 171 | wp20160904-17-37-46 | ladies blue denimn shorts | 1 | laj | $26.97 | $19.99 |
| 172 | wp20160904-17-38-43 | ladies white tees | 1 | laj | $19.00 | $16.00 |
| 173 | wp20160904-17-40-30 | ladies white tank t-shirt(wife beaters)/green sports bra | 2 | laj | $27.99 | $16.00 |
| 174 | wp20160904-17-41-50 | mens white flannel long sleeve shirt | 1 | tdf | $29.90 | $29.90 |
| 175 | wp20160904-17-41-59 | ladies-chocolate tank tee shirt | 1 | laj | $7.96 | $7.96 |
| 176 | wp20160904-17-42-06 | ladies lime green tank t-shirt | 1 | laj | $7.49 | $6.89 |
| 177 | wp20160904-17-42-29 | ladies tahati style tank mid dress | 1 | laj | $26.00 | $19.99 |
| 178 | wp20160904-17-43-25 | ladies plaid pajama lounge pants | 1 | laj | $34.99 | $24.99 |
| 179 | wp20160904-17-43-48 | ladies black print maxi dress | 1 | laj | $34.99 | $24.99 |
| 180 | wp20160904-17-44-22 | ladies gray/white stripe takn mid dress | 1 | laj | $63.00 | $44.00 |
| 181 | wp20160904-17-44-57 | ladies blue/white plaid cotton sleeveless shirt | 1 | laj | $59.99 | $45.99 |
| 182 | wp20160904-17-45-36 | ladies purple/green floral smock | 1 | laj | $28.00 | $28.00 |
| 183 | wp20160904-17-46-19 | ladies white maxi crinkle skirt | 1 | laj | $39.95 | $24.49 |
| 184 | wp20160904-17-48-00 | ladies animal pint/solid color-purple leggins | 2 | laj | $69.30 | $40.00 |
| 185 | wp20160904-17-48-00 | ladies black/gray stripe sports bra, solid black bra | 2 | laj | $96.00 | $49.40 |
| 186 | wp20160904-17-50-16 | ladies-tan shawl/wrap cover | 1 | laj | $44.99 | $24.99 |
| 187 | wp20160904-17-51-48 | ladies designer white pants-Liz Claibornne | 1 | laj | $47.00 | $28.80 |
| 188 | wp20160904-17-51-48 | ladies designer white pants-Jones New York | 1 | laj | $79.50 | $29.99 |
| 189 | wp20160904-17-54-02 | mens black long sleev tee shirt | 1 | tdf | $24.95 | $16.24 |
| 190 | wp20160904-17-55-04, 17-55-12 | mens blue/white/yellow plaid short sleeve shirt(Evolution) | 1 | tdf | $44.99 | $26.99 |
| 191 | wp20160904-17-56-52 | ladies tan stripe cotton sweater | 1 | laj | $160.00 | $160.00 |
| 192 | wp20160904-17-57-37 | mens black denmin jeans (Faded Glory) | 1 | tdf | $25.00 | $17.00 |
| 193 | wp20160904-17-59-09 | mens maroon silk tie | 1 | tdf | $65.00 | $38.55 |
| 194 | wp20160904-18-02-18 | ladies undergarments | 10? | laj | $30.00 | $30.00 |
| 195 | wp20160904-18-02-25 | mens/ladies socks | ? | mixed | $40.00 | $30.00 |
| 196 | wp20160904-18-03-43 | mens designer RocaWear black jogging pants | 1 | tdf | $42.00 | $27.95 |
| 197 | wp2016-0904-18-04-50,18-05-09 | mens designer Air Jordan white shorts/w maroon leg | 1 | tdf | $55.00 | $29.99 |
| 198 | wp20160904-18-07-52 | ladies white tank wife beater | 1 | laj | $9.00 | $9.00 |
| 199 | wp20160904-1808-48 | ladies scoop neck mid dress Converse | 1 | laj | $92.00 | $44.78 |
| 200 | wp20160904-18-10-15 | queen size pastel/white bed spread cotton | 1 | laj | $119.99 | $63.99 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 201 | wp20160904-18-12-26 | bucket air gun nails,electrica outlets(2) | 1 | tdf | $55.00 | $45.00 |
| 202 | wp20160904-18-12-37 | quikrete concrete mix new (1 bag) | 1 | tdf | $4.47 | $4.47 |
| 203 | wp20160904-18-19-18 | mens leather tan work gloves | 1 | tdf | $49.25 | $49.25 |
| 204 | wp20160904-18-18-41 | 5-6" stud guards | 25 | tdf | $15.00 | $15.00 |
| 205 | wp20160904-18-19-50 | latch post safety post hinges | 1 | tdf | $50.00 | $8.27 |
| 206 | wp20160904-18-20-20 | Gate house swivel Hasp new (latch) | 2 | tdf | $25.00 | $25.00 |
| 207 | wp20160904-18-20-29 | misc hooks in pkg new | 2 | tdf | $54.00 | $54.00 |
| 208 | wp20160904-18-20-43 | deadbolt lock | 1 | tdf | $54.00 | $54.00 |
| 209 | wp20160904-18-20-50 | Phillips Rough Halogen bulb 2 pk new | 1 | tdf | $6.99 | $5.31 |
| 210 | wp20160904-18-21-01 | Pkg new screws | 1 | tdf | $6.00 | $6.00 |
| 211 | wp20160904-18-34-01 | shutoff valve/Scotch blue masking tape | 1 | household | $7.99 | $7.99 |
| 212 | wp20160904-19-10-53 | queen size white down comforter | 1 | laj | $134.95 | $79.00 |
| 213 | wp20160904-19-12-04 | mens fruit of loom gray jogging pants | 1 | tdf | $13.99 | $9.49 |
| 214 | wp20160904-19-13-48 | mens blue pajama pants | 1 | tdf | $36.00 | $16.00 |
| 215 | wp20160904-19-15-07 | basket-queens size sheets | ? | tdf | $20.00 | $20.00 |
| 216 | wp20160904-19-15-36 | Men's designer black shorts RG large | 1 | tdf | $18.99 | $14.12 |
| 217 | WP 20160904 – 19 – 17 – 01 | Men's hardwood classics official NBA bullets 23 jersey | 1 | Household TDF | $109.00 | $109.00 |
| 218 | WP 20160904 – 19 – 22 – 02 | Men's designer black Lacoste Denimn Jeans | 1 | Household TDF | $140.00 | $86.00 |
| 219 | WP 20160904 – 19 – 24 – 53 | Men's navy blue denim jeans Rue 21 | 1 | Household TDF | $34.99 | $24.99 |
| 220 | WP 20160904 – 19 – 25 – 00 | Men's black nylon jogging pants | 1 | Household TDF | $40.00 | $27.00 |
| 221 | WP 20160904 – 19 – 25 – 15 | Men's denim jeans work pants | 1 | Household TDF | $54.95 | $22.99 |
| 222 | WP 20160904 – 19 – 25 – 22 | Mens Nike jogging pants | 1 | Household | $40.00 | $27.00 |
| 223 | WP 20160904 – 19 – 26 – 27 | Men's navy blue nylon with white adjustable belt jogging pants | 1 | Household TDF | $40.00 | $27.00 |
| 224 | WP 20160904 – 19 – 26 – 35 | Men's black V-neck T-shirt | 1 | Household TDF | $16.00 | $6.00 |
| 225 | WP 20160904 – 19 – 27 – 21 | Man's black with red trim BYOSS bring your own swag T-shirt | 1 | Household TDF | $24.99 | $21.99 |
| 226 | WP 20160904 – 19 – 29 – 06 | Men's black party and bull ship T-shirt | 1 | Household TDF | $19.99 | $16.00 |
| 227 | WP 20160904 – 19 – 30 – 44 | Kitchen tan brown blue coffee curtains | 1 | Household | $20.00 | $15.00 |
| 228 | WP 20160904 – 19 – 31 – 51 | Ladies black lined skirt dress | 1 | Household L AJ | $125.00 | $75.00 |
| 229 | WP 20160904 – 19 – 32 – 43 | Ladies white robe | 1 | laj | $79.00 | $48.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 230 | WP 20160904 – 19 – 37 – 37 | Blue nylon chair cover | 1 | Household | $9.99 | $9.99 |
| 231 | WP 20160904 – 19 – 37 – 50 | Contractor work force leveler | 1 | Household TDF | $5.00 | $5.00 |
| 232 | WP 20160904 – 19 – 45 – 13 | Electrical outlet sockets with covers 2 pk | 1 | Household | $20.00 | $15.00 |
| 233 | WP 20160904 – 19 – 45 – 20 | Tan and white electrical outlet covers and metal containment box | | Household | | |
| 234 | WP 20160904 – 19 – 52 – 45 | Black Max gold insulated cooler | 1 | Household | $25.49 | $13.99 |
| 235 | WP 20160904 – 19 – 55 – 46 | Pink nylon outdoor portablet chair/ cover | 1 | Household | $9.99 | $9.99 |
| 236 | WP 20160904 – 19 – 56 – 04 | Red and white Coleman cooler | 1 | Household | $44.99 | $26.99 |
| 237 | WP 20160905 – 09 – 24 – 47 | Dual flan blower / black Decker heater Med size swivel base (inside Green cooler) | 2 | Household | $108.00 | $79.00 |
| 238 | WP 20160905 – 09 – 26 – 37 | Men's designer olive green leather jacket (J Walden) | 1 | Household TDF | $395.00 | $185.00 |
| 239 | WP 20160905 – 09 – 26 – 48 | Rattan swivel rocking chair | 1 | Household LAJ | $234.99 | $179.05 |
| 240 | WP 20160905 – 09 – 26 – 55 | Bronze metal barstool with seat cushion | 1 | Household | $129.99 | $53.54 |
| 241 | WP 20160905 – 09 – 27 – 40 | Men's designer green leather pants suit | 1 | Household TDF | $599.00 | $298.00 |
| 242 | WP 20160905 – 09 – 31 – 40 | One blanket inside blue black can | 1 | Household | $30.00 | $20.00 |
| 243 | WP 20160905 – 09 – 40 – 26 | DE W ALT toolbox heavy-duty | 1 | Household TDF | $149.00 | $56.99 |
| 244 | WP 20160905 – 09 – 41 – 18 | Cognac color leather briefcase | 1 | laj | $199.99 | $114.99 |
| 245 | WP 20160905 – 09 – 42 – 29 | Duffel bag with DE WA LT miscellaneous tools multiple | 1 | tdf | $144.95 | $108.00 |
| 246 | WP 20160905 – 09 – 44 – 58 | Blue brown storage totes with lids (20) extra extra large | 20 | h | $300.00 | $20.00 |
| 247 | WP 20160905 – 09 – 47 – 07 | Bosch electrical metal case | 1 | tdf | $42.22 | $42.22 |
| 248 | WP 20160905 – 09 – 47 – 07 | Black & Decker heater | 1 | h | $35.69 | $35.69 |
| 249 | WP 20160905 – 09 – 56 – 44 | Electrical cord | 1 | h | $49.99 | $49.99 |
| 250 | WP 20160905 – 09 – 59 – 43 | Bali six pair variety SIZES Mini blinds | 6 | h | $165.00 | $165.00 |
| 251 | WP 20160905 – 10 – 17 – 56 | Antique wooden mahogany dining chair | 1 | h | $89.00 | $89.00 |
| 252 | WP 20160905 – 10 – 38 – 13 | Three bath towels | 4 | h | $15.99 | $12.89 |
| 253 | WP 20160905 – 10 – 38 – 29 | Flushmate 503 Series Replacement systems | 1 | h | | |
| 254 | WP 20160905 – 10 – 38 – 48 | Bostitch nail gun | 1 | tdf | | |
| 255 | WP 20160905 – 10 – 38 – 48 | Metal recessed lamp cover | 1 | tdf | $12.00 | $12.00 |
| 256 | WP 20160905 – 10 – 38 – 48 | Tote -nail gun/paint rollers Record with paint rollers | 1 | Household TDF | | |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 257 | WP 20160905 – 10 – 40 – 36 | Black Fusion sub-woofer with gold rim | 1 | tdf | $200.00 | $150.00 |
| 258 | WP 20160905 – 10 – 45 – 28 | 7.25 tile wet saw | 1 | tdf | $64.99 | $64.99 |
| 259 | WP 20160905 – 10 – 45 – 38 | DeWalt extra capacity extra large tool chest | 1 | tdf | $69.00 | $69.00 |
| 260 | WP 20160905 – 10 – 54 – 15 | Upright freezer chest | 1 | h | $232.00 | $232.00 |
| 261 | WP 20160905 – 10 – 59 – 57 | KEnmore electrical stove | 1 | h | $600.00 | $418.00 |
| 262 | WP 201-6095 – 11 – 21 – 31 | Antique floral print settee would loveseat | 1 | laj | $500.00 | $250.00 |
| 263 | WP 20160905 – 11 – 22 – 40 | Blue with silver buckles chest storage | 1 | h | $102.00 | $102.00 |
| 264 | WP 20160905 – 11 – 22 – 40; WP20160905-13-100-29 | Woodgrain psychedelic party light | 1 | tdf | $15.00 | $10.00 |
| 265 | WP 20160905 – 11 – 22 – 40 | 50 foot pneumatic air hose | 1 | tdf | $35.00 | $35.00 |
| 266 | WP 20160905 – 11 – 24 – 22 | Full picture Kenmore Washer 90 Series | | h | $550.00 | $461.98 |
| 267 | WP 20160905 – 11 – 50 – 28 | GE super capacity eight cycle heavy duty dryer | 1 | h | $500.00 | $500.00 |
| 268 | WP 20160905 – 11 – 52 – 01 | Black leather office chair | 1 | h | $200.00 | $135.00 |
| 269 | WP 20160905 – 11 – 53 – 04 | Powder blue girls 10 d mountain bike | 1 | h | $100.00 | $100.00 |
| 270 | WP 20160905 – 11 – 54 – 18 | One black tool charger | 1 | tdf | $65.00 | $65.00 |
| 271 | WP 20160905 – 11 – 54 – 18 | Miscellaneous contractor supplies | 1 | h | $150.00 | $150.00 |
| 272 | WP 20160905 – 11 – 58 – 28 | wood dining chair with roven seat | 1 | h | $136.00 | $80.00 |
| 273 | WP 20160905 – 12 – 03 – 06 | Books real estate and contractors forms and letters legal forms for everyone coats for homeowners and simple will book | 1 | tdf | $150.00 | $75.00 |
| 274 | WP 20160905 – 12 – 03 – 25 | Standing black digital audio speakers | 2 | tdf | $260.00 | $260.00 |
| 275 | WP 20160905 – 12 – 09 – 25 | Men's safety work boots | 2 | tdf | $109.00 | $69.00 |
| 276 | WP 20160905 – 12 – 11 – 37 | blue yoga mat | 1 | laj | $17.95 | $17.95 |
| 277 | WP 20160905 – 12 – 11 – 37 | Heavy duty drill (green tote) | 1 | Household TDF | $79.00 | $79.00 |
| 278 | WP 20160905 – 12 – 11 – 37 | 10,000 pound limit Cargo tie down ratchet yellow nylon | 1 | Household TDF | $15.00 | $15.00 |
| 279 | WP 20160905 – 12 – 11 – 37 | White kneeling gardening pad | 1 | Household LAJ | $5.00 | $5.00 |
| 280 | WP 20160905 – 12 – 13 – 03 | Dell computer white | 1 | Household TDF | $400.00 | $250.00 |
| 281 | WP 20160905 – 12 – 19 – 44 | Dell computer black | 1 | Household TDF | $400.00 | $250.00 |
| 282 | WP 20160905 – 12 – 39 – 14 | Brass plated to shelf bar cart on wheels with guards | 1 | Household LAJ | $200.00 | $150.00 |
| 283 | WP 20160905 – 13 – 00 – 29 | Optimus 6x9 - 8 eight way speaker system car audio new in box | 1 | Household TDF | $69.00 | $50.00 |
| 284 | WP 20160906 – 001 | cleaning supplies and personal items | 14 | Household | $40.00 | $25.00 |
| 285 | WP 20160906 – 002 | Universal AW PW 12 power antenna | 1 | Household TDF | $67.96 | $4.99 |
| 286 | WP 20160906 – 002 | Glue gun | 1 | tdf | $14.00 | $14.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 287 | WP 20160906 – 10 – 06 – 16 | Bissel Steam mop | 1 | Household TDF | $79.99 | 79,99 |
| 288 | WP 20160906 – 10 – 06 – 16 | phone mate Message machines | 2 | Household TDF | $40.00 | $20.00 |
| 289 | WP 20160906 – 10 – 12 – 43 | Towels | 7 | Household | $50.00 | $50.00 |
| 290 | WP 20160906 – 10 – 15 – 58 | Zenith radio | 1 | Household TDF | $30.00 | $30.00 |
| 291 | WP 20160906 – 10 – 15 – 58 | Black desk lamp | 1 | Household | $29.99 | $15.90 |
| 292 | WP 20160906 – 10 – 15 – 58 | Belkin six prong electrical surger | 1 | Household | $24.99 | $24.99 |
| 293 | WP 20160906 – 10 – 23 – 19 | Welders torch | 1 | Household TDF | | |
| 294 | WP 20160906 – 10 – 23 – 19 | One heavy-duty flashlight | 1 | Household TDF | $25.00 | $15.00 |
| 295 | WP 20160906 – 10 – 23 – 19 | Six plug off-white surge or | 1 | Household | | |
| 296 | WP 20160906 – 10 – 23 – 19 | Handheld sander nail gun/drill/doorknob sockets package | 3 | Household TDF | | |
| 297 | WP 20160906 – 10 – 39 – 21 | Leveler/two extension cords/mechanics lights/Dewalt Battery Charger | 13 | Household TDF | | |
| 298 | WP 20160906 – 10 – 42 – 25 | RCA VHS player | 1 | Household TDF | | |
| 299 | WP 20160906 – 10 – 56 – 22 | 6 ft/6plug electrical breaker | 1 | Household TDF | | |
| 300 | WP 20160906 – 10 – 56 – 22 | Painters Touch Spray Paint | 4 | Household tdf | | |
| 301 | WP 20160906 – 10 – 56 – 22 | Slyvania Halogen 13w | 1 | household | $4.00 | $4.00 |
| 302 | WP 20160906 – 10 – 56 – 22 | 4" paint brush perdy | 1 | Household TDF | | |
| 303 | WP 20160906 – 10 – 56 – 22 | Metal Chalk Line | 1 | Household TDF | $9.00 | $4.00 |
| 304 | WP 20160906 – 10 – 56 – 22 | 2" PAINT BRUSH | 1 | Household TDF | $6.00 | 6,00 |
| 305 | WP 20160906 – 10 – 56 – 22 | One metal caulk gun | 1 | Household TDF | $25.00 | $15.00 |
| 306 | WP 20160906 – 10 – 56 – 22 | One Kiddle smoke detector | 1 | Household TDF | $12.00 | $8.00 |
| 307 | WP 20160906 – 10 – 56 – 22 | One showerhead | 1 | Household TDF | $20.00 | $16.00 |
| 308 | WP 20160906 – 10 – 56 – 22 | paint roller 9" | 1 | Household TDF | $2.00 | $2.00 |
| 309 | WP 20160906 – 10 – 56 – 22 | Tile and tub refinising kit (2 cans) | 2 | Household TDF | $45.98 | $45.98 |
| 310 | WP 206-0906 – 11 – 16 – 28 | Books- Hardback-Harry potter, Astrology, Arthur Ashe, Judy Garland | 1 | tdf | $75.00 | $45.00 |
| 311 | WP 20160906 – 11 – 22 – 34 | Living solutions coffee maker | 1 | tdf | $15.00 | $15.00 |
| 312 | WP 20160906 – 11 – 22 – 34 | Red remote control RS Hgh speed race car | 1 | tdf | $50.00 | $50.00 |
| 313 | WP 20160906 – 11 – 22 – 34 | Dell laptop computer with heavy duty carrying case | 1 | tdf | $250.00 | $250.00 |
| 314 | WP 20160916 – 11 – 22 – 34 | Lady slippers | 1 | laj | $25.00 | $8.00 |
| 315 | WP 20160916 – 11 – 22 – 34 | Camera black and red Polaroid with case | 1 | tdf | $89.00 | $89.00 |
| 316 | WP 20160916 – 11 – 22 – 34 | Air mattress pool air mattress | 1 | household | $14.99 | $12.99 |
| 317 | WP 20160916 – 11 – 22 – 34 | Icicle Christmas lights | | household | $20.00 | $15.00 |
| 318 | WP 206-0906 – 11 – 28 – 352 | two shelf filing cabinet with personal documents | 1 | Household TDF | $95.49 | $88.49 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 319 | WP 20160906 – 11 – 41 – 00 | eight game wooden box set | 1 | Household TDF | $60.00 | $60.00 |
| 320 | WP 20160906 – 11 – 41 – 00 | Plumbing book how to do | 1 | Household TDF | $17.39 | $17.39 |
| 321 | WP 20160906 – 11 – 41 – 00 | drywall tape tube wood filler | 1 | Household TDF | $7.99 | $4.98 |
| 322 | WP 20160906 – 11 – 41 – 00 | tube wood filler | 1 | household tdf | $7.99 | $7.99 |
| 323 | WP 20160906 – 11 – 41 – 00 | Black nylon CD case | 1 | Household TDF | $8.99 | $8.99 |
| 324 | WP 20160906 – 11 – 45 – 30 | Pioneer DVD recorder/player | 1 | Household TDF | $400.00 | $250.00 |
| 325 | WP 20160905 – 11 – 54 – 18 | Royal Sovereign automatic digital coin sorter model#FS-40A | 1 | Household TDF | $180.00 | $180.00 |
| 326 | WP 20160906 – 12 – 51 – 31 | Oster multipurpose blender | 1 | Household | $69.59 | $59.00 |
| 327 | WP 20160906 – 12 – 51 – 31 | Garden supplies preen lawn weed killer and all-purpose plant food | 2 | Household | $30.00 | $20.00 |
| 328 | WP 20160906 – 12 – 51 – 31 | 2 slice toaster | 1 | household | $19.99 | $10.00 |
| 329 | WP 20160906 – 12 – 51 – 31 | White electric can opener | 1 | Household TDF | $18.34 | $18.34 |
| 330 | WP 20160906 – 13 – 33 – 00 | Giorgio Brutini Men's red leather/suede open toe sling sandals new | 1 | Household TDF | $150.00 | $75.00 |
| 331 | WP 20160906 – 13 – 33 – 00 | Optimus AC/DC Portable Cassette recorder new in box | 1 | Household TDF | $30.00 | $20.00 |
| 332 | WP 20160906 – 14 – 48 – 47 | Metal bolt cutters | 1 | Household TDF | $17.48 | $17.48 |
| 333 | WP 20160906 – 14 – 48 – 47 | 6" Good 2pk paint rollers new in pkg | 1 | Household TDF | $3.46 | $3.46 |
| 334 | WP 20160906 – 14 – 48 – 47 | 2' paint brush, 3' paint brush, metal paint tray | 3 | Household TDF | $17.22 | $17.22 |
| 335 | WP 20160906 – 14 – 48 – 47 | Code Alarm Carbon monoxide detectors new in pkg | 1 | Household | $24.99 | $16.84 |
| 336 | WP 20160906 – 14 – 48 – 47 | Red halogen work light | 1 | | $14.64 | $14.64 |
| 337 | WP 20160907 – 002 | Miscellaneous tai chi books and DVDs | 14 | Household TDF | $30.00 | $21.00 |
| 338 | WP20160907-18-00-39 | AWP nylon gray work bag | 1 | Household TDF | $19.99 | $11.64 |
| 339 | WP 20160907 – 18 – 00 – 39 | Texas instrument calculator | | Household TDF | $20.99 | $16.00 |
| 340 | WP 20160907 – 18 – 00 – 39 | One burgundy chair pad | 1 | Household TDF | $14.00 | $14.00 |
| 341 | WP 201-6097 – 18 – 14 – 41 | One mirrored round | 1 | Household TDF | $40.00 | $20.00 |
| 342 | WP 20160907 – 18 – 15 – 05 | 2 saw circular saw blades | 1 | Household TDF | $20.00 | $20.00 |
| 343 | WP 20160907 – 18 – 15 – 05 | 18volt Dewalt set -1 zawsaw, 1 flashlight, | 1 | Household TDF | $299.00 | $175.00 |
| 344 | WP 20160907 – 18 – 15 – 05 | Dewalt Framing nailer | 1 | Household TDF | $254.00 | 254,00 |
| 345 | WP 20160907 – 18 – 15 – 05 | Dewalt electric adjustable Jig saw with laser | 1 | Household TDF | $99.00 | $99.00 |
| 346 | WP 20160907 – 18 – 15 – 05 | electric plainer | 1 | Household TDF | $40.00 | $40.00 |
| 347 | WP 20160907 – 18 – 15 – 05 | electric oscilliating tool set | 1 | Household TDF | $69.00 | $69.00 |
| 348 | WP 20160907 – 18 – 15 – 05 | large gray lantern flashlight | 1 | Household TDF | $20.00 | $15.00 |
| 349 | WP 20160907 – 18 – 15 – 05 | Skill electric router | 1 | Household TDF | $62.00 | $62.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 350 | Wp20160907-18-26-09 | Dewalt large tool case | 1 | Household TDF | $47.99 | $47.99 |
| 351 | WP 20160907 – 18 – 33 – 25 | Tools leveler 18 inch | 1 | Household TDF | $6.00 | $6.00 |
| 352 | WP 20160907 – 18 – 33 – 25 | 2 pair electrical pliers | | Household TDF | $10.00 | $10.00 |
| 353 | WP 20160907 – 18 – 33 – 25 | paint scraper | | Household TDF | $13.98 | $13.98 |
| 354 | WP 20160907 – 18 – 33 – 25 | Irwin drill bit set | | Household TDF | $25.00 | $25.00 |
| 355 | WP 20160907 – 18 – 33 – 25 | 10" flathead screwdriver | | Household TDF | $8.00 | $8.00 |
| 356 | WP 20160907 – 18 – 33 – 25 | 1 pr gutter pliers | | Household TDF | $32.60 | $32.00 |
| 357 | WP 20160907 – 18 – 33 – 25 | one adj wrench 8" | | Household TDF | $13.95 | $13.95 |
| 358 | WP 20160907 – 18 – 33 – 25 | 1 pk 1" PNEUMATIC STAPLES | 1 | Household TDF | $15.00 | $15.00 |
| 359 | WP 20160907 – 18 – 33 – 25 | 10" PHILLIP changeable tip SCREWDRIVER | 1 | Household TDF | $2.97 | $2.97 |
| 360 | WP 20160907 – 18 – 33 – 25 | 12" paint scraper | 1 | Household TDF | $5.00 | $5.00 |
| 361 | WP 20160907 – 18 – 33 – 25 | nails | | Household TDF | $15.00 | $15.00 |
| 362 | WP 20160907 – 18 – 51 – 39 | 100ft HD extension cord 10 gauge | 1 | Household TDF | $100.00 | $100.00 |
| 363 | WP 20160907 – 18 – 51 – 39 | 2 - 18 volt impact drills | 2 | Household TDF | $120.00 | $120.00 |
| 364 | WP 20160907 – 18 – 51 – 39 | 1 set of knee pads | 1 | Household TDF | $20.00 | $20.00 |
| 365 | WP 20160907 – 18 – 51 – 39 | heavy duty jumper cables | 1 | Household TDF | $16.95 | $16.95 |
| 366 | WP 20160907 – 18 – 51 – 39 | 18 inch pipe wrench | 1 | Household TDF | $42.00 | $42.00 |
| 367 | WP 20160907 – 18 – 51 – 39 | Skill impact drill 18V | 1 | Household TDF | $92.00 | $92.00 |
| 368 | WP 20160907 – 18 – 51 – 39 | Soldering kit in case | 1 | Household TDF | $30.00 | $20.00 |
| 369 | WP 20160907 – 18 – 51 – 39 | 100 misc screws | 1 | Household TDF | $100.00 | $50.00 |
| 370 | WP 20160907 – 18 – 51 – 39 | 2 wrenches | 1 | Household TDF | $13.97 | $13.97 |
| 371 | WP 20160907 – 18 – 51 – 39 | phillips halogen light bulbss-2pk | 1 | Household TDF | $1.98 | $1.98 |
| 372 | WP 20160907 – 18 – 51 – 39 | Milwaukee SAWZAW BLADE CASE | 1 | Household TDF | $229.00 | $100.00 |
| 373 | WP 20160907 – 18 – 51 – 39 | 14V RYOBI DRILL SET IN CASE | 1 | Household TDF | $79.00 | $50.00 |
| 374 | WP 20160907 – 18 – 51 – 39 | metal luggage rack/carrier | 1 | Household TDF | $30.00 | $20.00 |
| 375 | WP 20160907 – 18 – 51 – 39 | grout floats | 2 | Household TDF | $15.00 | $10.00 |
| 376 | WP 20160907 – 18 – 51 – 39 | 1 roll drywall tape | 1 | Household TDF | $2.18 | $2.18 |
| 377 | WP 20160907 – 18 – 51 – 39 | red caulk gun | 1 | Household TDF | $2.77 | $2.77 |
| 378 | WP 20160907 – 18 – 51 – 39 | rubber handle screwdriver set in black canvas bag includes star&hex bit sets | 1 | Household TDF | $13.99 | $13.99 |
| 379 | WP 20160907 – 18 – 51 – 39 | 5pc router tip set | 1 | Household TDF | $60.00 | $20.00 |
| 380 | WP 20160907 – 18 – 51 – 39 | 6 wayplug with breaker | 1 | Household TDF | $21.00 | $21.00 |
| 381 | WP 20160907 – 18 – 51 – 39 | roll of 2" masking tape | 1 | Household TDF | $5.00 | $3.00 |
| 382 | WP 20160907 – 18 – 51 – 39 | lint roller | 1 | Household TDF | $3.41 | $3.41 |
| 383 | WP 20160907 – 18 – 51 – 39 | 4 plastic storage containers with lid | 4 | Household TDF | $5.99 | $5.99 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 384 | WP 20160907 – 18 – 51 – 39 | paint mixing wand | 1 | Household TDF | $4.00 | $4.00 |
| 385 | WP 20100908 – 11 – 11 – 38 | Minuteman electric floor buffer model#715175 and 20"pad | 1 | Household TDF | $999.00 | $999.00 |
| 386 | WP 20160908 – 11 – 12 – 40, 11-14-24 | Wood dining room table leaf insert # 228-732-p6 | 1 | Household laj | $150.00 | $10.00 |
| 387 | WP 20160908 – 11 – 15 – 07 | Igloo blue-and-white retractable swinglid cooler | 1 | | $30.00 | $30.00 |
| 388 | WP 201-6098 – 11 – 23 – 00 | Three tier back mirrored brass plated corner shelf tall | 1 | Household | $60.00 | $35.00 |
| 389 | WP 20160908 – 11 – 27 – 41 | Two color handwoven yarn | 1 | household | $25.00 | $25.00 |
| 390 | WP 20160908 – 11 – 34 – 53 | Ruxul insulation | 1 | Property | $51.00 | $51.00 |
| 391 | WP 20160908 – 12 – 37 – 47 | Swivel Rattan Round chair | | household laj | $599.00 | $300.00 |
| 392 | WP 20160908 – 12 – 37 – 47 | Oak wooden chest set on table | 1 | household tdf | $97.00 | $50.00 |
| 393 | WP 20160908 – 12 – 37 – 47 | blue nylon portable chair | 1 | household | $10.00 | $10.00 |
| 394 | WP20160908 – 12 – 40 – 13 | Lionel Freight Flyer Train Set#70-1687-202 | 1 | Household laj | $150.00 | $100.00 |
| 395 | WP 20160908 – 12 – 40 – 37 | Train set details | 1 | Household laj | $30.00 | $25.00 |
| 396 | WP 20160908 – 12 – 42 – 36 | Extra/spare train tracks | 1 | Household laj | $45.00 | $25.00 |
| 397 | 1534486581010 | Lionel set of ten telephone poles | 1 | Household laj | $20.00 | $10.00 |
| 398 | 1534486581010 | Lionel Northern Pacific Observation car w/int. lights#6-16-039. new in box | 1 | Household laj | $299.99 | $269.00 |
| 399 | 1534486581010 | Lionel Alaska Square window caboose. #6-16-523. new in box .0-027 gauge | 1 | Household laj | $75.00 | $75.00 |
| 400 | 1534486581010 | Lionel B&O ore car with ore load. #6-19-313, new in box. 0-027 gauge | 1 | Household laj | $22.00 | $22.00 |
| 401 | 1534486581010 | Lionel ShortExtentsion Bridge #6-2716 | 1 | laj | $24.95 | $24.95 |
| 402 | 1534486581010 | Lionel Graduated Tressel set . #6-12754. 0-027 gauge | 1 | Household laj | $15.00 | $15.00 |
| 403 | WP 20160908 – 12 – 51 – 26 | Zep High traffic floor polish and stain resistant floor sealer | 2 | Household | $80.00 | $40.00 |
| 404 | WP20160908 – 12 – 55 – 26 | Mirrored would picture | 1 | Household | $70.00 | $25.00 |
| 405 | WP 20160908 – 13 – 00 – 40 | JCPenney white linen tablecloth | 1 | ho | $3.00 | $3.00 |
| 406 | WP 20160908 – 13 – 08 – 20 | Kudos Deluxe portable sprayer, slip on connecter (new) | 1 | Household | | $3.50 |
| 407 | WP 20160908-13-09-22 | Elecetric soldering guns | 3 | Household TDF | $25.00 | $20.00 |
| 408 | WP 20160908 – 13 – 10 – 37 | Ortho Roundup grab & go sprayer with Pump | 1 | house | $22.00 | $16.00 |
| 409 | WP 20160908 – 13 – 23 – 10 | Shop Vac wet/dry 16 gallon blue and gray | 1 | TDF | $150.00 | $99.00 |
| 410 | WP 20160908 – 13 – 23 – 10 | Shop Vac QSP 2.0 Peak Hp 6gal. Black | 1 | tdf | $62.00 | $40.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 411 | WP 20160908 – 13 – 27 – 18 | Various pet holiday ornaments/stockings | 3 | household | $15.00 | $15.00 |
| 412 | WP 20160908 – 13 – 42 – 40 | 4" paint brush | 1 | tdf | $7.58 | $5.53 |
| 413 | WP 20160908 – 13 – 43 – 43 | Miscellaneous tools | | tdf | $100.00 | $100.00 |
| 414 | WP 20160908 – 13 – 58 – 33 | Ladies dress shoes blue-and-white Liz Claiborne spectators, black kitten hill slings, Navy blue and gray heel Rose Hill platform, Baker black wedge heels, black t-strap sandels, chocolate co, navy blue low heel eight | 7pr | laj | $180.00 | $90.00 |
| 415 | WP 20160908 – 14 – 07 – 19 | Brass picture frames | 2 | household | $60.00 | $35.00 |
| 416 | WP 20160908 – 14 – 17 | Children's red blue coat rack | 1 | household | $50.00 | $26.99 |
| 417 | WP 20160908 – 14 – 17 – 35 | Wood and metal sliding baby gate | 1 | household | $75.00 | $50.00 |
| 418 | WP 20160908 – 14 – 21 – 27 | J. Marie Martin 100% Cotton/Napped finish, 3 piece table pad cover | 1 | laj | $150.00 | $124.99 |
| 419 | WP 20160908 – 14 – 36 – 52 | Bronze medal plant stand | 1 | household | $35.00 | $17.50 |
| 420 | WP 20160908 – 15 – 21 – 58 | one full size kictchen swing door brown | 2 | household | $109.00 | $98.00 |
| 421 | WP 20160908 – 15 – 30 – 20 | Yellow and blue Ram baseball cap/Reds red/white stripe baseball cap | 2 | laj | $109.00 | $86.00 |
| 422 | WP 20160908 – 15 – 31 – 29 | Blue St. Louis batters helmet | 1 | laj | $59.99 | $54.99 |
| 423 | WP 20160908 – 15 – 41 – 35 | Ladies dress shoes-2 -black, olive(Papagallo),1-white Evan Picone | 4 | laj | $300.00 | $235.00 |
| 424 | WP 20160908 – 15 – 54 – 18 | ZB300-258Small hand vac | 1 | tdf | $109.99 | $109.00 |
| 425 | WP 20160908 – 15 – 54 – 18 | Rust oleum universal metallic paint and primer and one spray can | 1 | laj | $33.48 | $27.98 |
| 426 | WP 20160908 – 15 – 54 – 18 | One packaging tape holder | 1 | laj | $2.00 | $12.00 |
| 427 | WP 20160908 – 15 – 54 – 18 | Glass vase | 2 | laj | $69.00 | $32.00 |
| 428 | WP 20160908 – 15 – 54 – 18 | Intertek Desk lamp#d1411a | 1 | tdf | $179.99 | $39.99 |
| 429 | WP 20160908 – 15 – 58 – 16 | Intertek Heater Fan#FH04 | 1 | house | $16.65 | $15.41 |
| 430 | WP 20160908 – 16 – 00 – 59 | Automotive amazing goop tube 3.7 fl oz | 1 | house | $3.98 | $3.49 |
| 431 | WP 20160908 – 16 – 00 – 59 | PlayStation 3 Greatest hits Mortal Kombat Komplete Edition Video Game | 1 | laaj | $22.70 | $17.99 |
| 432 | WP 20160908 – 16 – 03 – 05 | Ladies red strappy tie up sandal | 1 | laj | $43.20 | $34.20 |
| 433 | WP 20160908 – 16 – 29 – 08 | Preston De-Icer for windows and wipers | 2 | house | $15.98 | $8.99 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 434 | WP 20160908 – 16 – 29 – 08 | Winter warrior windshield deicer | 2 | house | $20.00 | $16.00 |
| 435 | WP 20160908 – 16 – 52 –51; | 7 inch Diamond Tile Blade New in pkg. | 1 | tdf | $23.99 | $18.87 |
| 436 | WP 20160908 – 16 – 58 – 32 | Sure stick Gibson no nail more 1 quart | 2 | tdf | $37.00 | $35.00 |
| 437 | WP 20160908 – 16 – 58 – 32 | Porter Acri-Shield Gloss Brilliant White 1qt | 1 | tdf | $21.00 | $18.00 |
| 438 | wp20160908-16-58-54 | Belkin adapter kit new in pkg cable converter | 1 | tdf | $19.99 | $18.99 |
| 439 | WP 20160908 – 16 – 59 – 04 | Do it best general-purpose sanding paper five sheets 9 x 11 new in package | 1 | tdf | $15.69 | $9.69 |
| 440 | WP 20160908 – 16 – 59 – 26 | Ladies dress shoes 1- gold; 1-black | 2 | | $129.50 | $75.00 |
| 441 | WP 20160908 – 16 – 59 – 50 | Brass plated café rod new size unknown adjustable | 1 | tdf | $6.00 | $4.00 |
| 442 | WP 20160908 – 17 – 00 – 36 | Chicago four-speed Rotary toolkit inbox | 1 | tdf | $59.49 | $25.35 |
| 443 | WP 20160908 – 18 – 41 – 29 | Pepsi souvenir bottle 1776 state of Kentucky | 1 | house | $9.00 | $5.00 |
| 444 | WP 20160908 – 19 – 14 – 42 | One box swift for dusters | 1 | house | $3.00 | $1.00 |
| 445 | WP 20160908 – 19 – 14 – 42 | One box one zip hefty freezer gallon bags 25 count | 1 | house | $9.99 | $7.99 |
| 446 | WP 20160908 – 19 – 14 – 42 | One role wax paper one box glad press and seal saran wrap | 1 | house | $5.00 | $4.85 |
| 447 | WP 20160908 – 19 – 14 – 42 | One box Glad press and seal saran wrap | 1 | house | $8.00 | $6.00 |
| 448 | WP 20160908 – 19 – 14 – 51 | Glass baking dish 9 x 9 | 1 | house | $14.95 | $13.39 |
| 449 | WP 20160908 – 19 – 15 – 02 | Mead 100 Clasp Envelopes, 28lb heavywt kraft, 10x15 | 1 | house | $6.49 | $4.32 |
| 450 | WP 20160908 – 19 – 31 – 01 | Plastic Sovenir Wall Map of Cancun Mexico | 1 | house | $23.00 | $17.00 |
| 451 | WP20160908-19-31-42 | Sovenir Wall Plaqgue Wood/Cloth/Silver Metallic, Country of England, Europe | 1 | laj | $29.85 | $19.95 |
| 452 | WP 20160908 – 19 – 34 – 56 | Four wall plaque Safari animals (Lions, Black Panther, Giraffes, Elephants) | 1 | laj | $84.90 | $50.00 |
| 453 | WP 20160910 – 13 – 29 – 47 | Vintage wood thread nail holder./stacker/organinzer | 1 | laj | $70.00 | $49.99 |
| 454 | WP 20160910 – 13 – 29 – 47 | Burgundy leather binder organizer | 1 | laj | $89.74 | $52.19 |
| 455 | WP 20160910 – 13 – 29 – 47 | 3M aluminum oxide 60 coarse sandpaper, 1pk | 1 | laj | $14.99 | $11.98 |
| 456 | WP 20160910 – 13 – 33 – 38 | Dr.Duarte's Health Alternatives /your health mgt, cassettes | 1 | laj | $27.00 | $25.00 |
| 457 | WP 20160910 – 13 – 44 – 38 | National geographic world globe desktop size | 1 | laj | $111.25 | $94.50 |
| 458 | WP 20160910 – 13 – 44 – 38 | Orange plastic Halloween candy bowl large | 1 | house | $5.00 | $2.00 |
| 459 | WP 20160910 – 15 – 04 – 01 | Nike T-R-A-I-N-I-N-G Performance Gear Orange puff jacket ladies | 1 | | $210.00 | $189.99 |
| 460 | WP 20161129 – 09 – 54 – 44 | Ladies two-piece ensembles Blouse/Blazer-with Skirt | 4 | laj | $300.00 | $144.99 |
| 461 | WP 20161129 – 09 – 54 – 58 | Ladies- 1 short blazer, 1 top, 1 multi colored dress, 1 blk long sleeve dress, 1 dress with sweater | 4 | laj | $6.00 | $4.99 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 462 | WP 20161129 – 10 – 00 – 51 | Ladies one skirt, four tops | 5 | laj | $62.00 | $49.99 |
| 463 | WPu 20161129 – 10 – 01 – 13 | ladies -One plaid blazer, one pink cotton blazer, one pale blue Spalding short sleeve shirt, 2-skirts | 5 | laj | $120.31 | $84.00 |
| 464 | WP 20161129 – 10 – 15-35 | Ladies black leather bomber fleece lined jacket | 1 | laj | $547.00 | $249.00 |
| 465 | WP 20161129 – 10 – 15-35 | Ladies off white long sleeve sweater | 1 | laj | $19.99 | $19.97 |
| 466 | WP 20161129 – 10 – 15-35 | ladies melon colored long sleeve sweater | 1 | laj | $65.99 | $39.00 |
| 467 | WP20161129 – 10 – 15 – 56 | Blanket Twin Size Space Jam Blanket | 1 | laj | $65.99 | $49.99 |
| 468 | WP 20161129 – 10 – 15-35 | Ladies Purses-1 burgandy; 1 taupe/cognac | 2 | laj | $399.00 | $258.90 |
| 469 | WP 20161129 – 10 – 15 – 49 | Ladies Nike athletic tennis shoes | 1 | laj | $84.99 | $52.50 |
| 470 | WP 20161129 – 10 – 21 – 31 | Ladies black ultra suede jacket | 1 | laj | $650.00 | $129.00 |
| 471 | WP 20161129 – 10 – 21-31 | ladies brown knee length dress | 1 | laj | $29.99 | $25.00 |
| 472 | WP 20161129 – 10 – 21 – 31 | ladies gold colored long dress | 1 | laj | $108.88 | $76.00 |
| 473 | WP 20161129 – 10-21-41 | one sheet set-queen size | 1 | house | $49.95 | $24.99 |
| 474 | WP20161129-10-21-41 | one cloth tablecloth | 1 | house | $32.30 | $9.99 |
| 475 | Wp20161129-10-26-43 | Ladies Blue Deninm crop jean(w/hole in knee) | 1 | laj | $58.50 | $35.90 |
| 476 | WP20161129-10-26-43 | Ladies gray jogging pant | 1 | laj | $20.99 | $12.99 |
| 477 | WP20161129-10-26-43 | Mens deninm jean | 1 | tdf | $122.69 | $35.00 |
| 478 | WP20161129-10-38-22 | socks-mens/womens | 30 | mixed | $50.00 | $25.99 |
| 479 | WP20161129-10-39-47 | ladies stockings/tights | 8 | laj | $50.00 | $25.00 |
| 480 | WP20161129-11-00-12 | ladies wool blazer blue/purple | 1 | laj | $125.00 | $75.00 |
| 481 | WP20161129-11-00-12 | ladies Giddian black blazer-black/gold | 1 | laj | $95.00 | $69.00 |
| 482 | WP20161129-11-00-24 | Ladies Olive Sweater one button SK Company | 1 | laj | $69.99 | $35.00 |
| 483 | WP20161129-11-00-24 | ladies yellow linen pants | 1 | laj | $59.00 | $29.97 |
| 484 | WP20161129-11-00-24 | Ladies tan corduroy jacket | 1 | laj | $69.00 | $25.00 |
| 485 | WP20161129-11-00-24 | Ladies wool plaid black blazer | 1 | laj | $125.00 | $75.00 |
| 486 | WP20161129-11-00-24 | Ladies khakis green one pair ladies purple three-quarter slave blouse | 1 | laj | $60.99 | $45.00 |
| 487 | WP20161129-11-00-24 | ladies purple three-quarter lentgh blouse | 1 | laj | $26.80 | $23.98 |
| 488 | WP20161129-11-02-55 | Ladies LL Bean All Weather jacket | 1 | laj | $175.00 | $99.00 |
| 489 | WP20161129-11-02-55 | Ladies off white all weather jacket | 1 | laj | $69.99 | $45.98 |
| 490 | WP20161129-11-03-00 | Ladies Teal Talbots Sweater | 1 | laj | $79.50 | $39.99 |
| 491 | WP20161129-11-03-00 | Ladies two-tone block blazer/jacket | 1 | laj | $88.99 | $49.00 |
| 492 | WP20161129-11-03-09 | Ladies Desinger Linen w/overlay stictch taupe 2 piece long vest/pants | 1 | laj | $130.00 | $89.00 |
| 493 | WP20161129-11-03-09 | Ladies Brown/black trench coat mid length | 1 | laj | $240.00 | $89.97 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 494 | WP20161129-11-03-09 | Ladies Blue/White stripe cotton button down long sleeve shirt | 1 | laj | $29.99 | $16.97 |
| 495 | WP-2016119-11-06-45 | Curtain panels-maroon set of 2 | 2 | laj | $79.99 | $40.00 |
| 496 | wp20161129-11-09-53 | Curtains-sheer w/floral rose | 1 | laj | $54.00 | $18.00 |
| 497 | wp20161129-11-09-53 | Curtains sheer-2 pr | 2 | laj | $32.00 | $20.99 |
| 498 | wp20161129-11-09-53 | Linnen/cotton dining table runner | 1 | laj | $39.50 | $29.99 |
| 499 | wp20161129-16-08-56 | Ladies USA Sweatshirt navy | 1 | laj | $59.00 | $31.54 |
| 500 | wp20161129-16-34-04 | ladies Designer liz clairborn taupe/white long sleeve | 1 | laj | $44.00 | $23.99 |
| 501 | wp20161129-16-34-04 | ladies gold multi print sleeveless shirt | 1 | laj | $32.88 | $24.00 |
| 502 | wp20161129-16-34-04 | Ladies white dress pants | 1 | laj | $69.00 | $39.98 |
| 503 | wp20161129-16-34-04 | ladies black dress pants | 1 | laj | $59.95 | $21.89 |
| 504 | wp20161129-16-34-11 | ladies denimn 1-black/1 blue jeans | 2 | laj | $36.99 | $29.99 |
| 505 | wp20161129-16-34-36 | Ladies navyblue jacket with back embellisment(white design) | 1 | laj | $69.00 | $41.99 |
| 506 | wp2016-1129-16-34-36 | ladie red print tee shirt | | | $32.99 | $18.00 |
| 507 | wp20161129-16-38-47 | Ladies scarfs | 2 | laj | $24.99 | $5.99 |
| 508 | wp20161129-16-39-08 | Ladies short sleeve tops mid button -cotton | 3 | laj | $40.99 | $20.78 |
| 509 | wp20161129-16-39-08 | ladies maxi skirt navel blue bottom florl print | 1 | laj | $98.95 | $19.98 |
| 510 | wp20161129-16-50-00 | ladies purple multi color silk jacket | 1 | laj | $259.00 | $100.00 |
| 511 | wp20161129-16-50-15 | Boys Baseball Cap-Florida Marlins. USA Ironkids, Usher, | 4 | laj | $215.00 | $135.00 |
| 512 | wp20161129-16-50-15 | Ladies white mock turtle long sleeve pullover | 1 | laj | $59.00 | $25.50 |
| 513 | wp20161129-16-50-35 | ladies small cross body bag with small emblishments | 1 | laj | $79.99 | $35.00 |
| 514 | wp20161129-16-56-01 | Lades silver sequined hat | 1 | laj | $18.00 | $3.66 |
| 515 | wp20161130-12-00-30 | Ladies Designer Black cocktail long dress-Jeffery and | 1 | laj | $100.99 | $89.00 |
| 516 | wp20161130-12-01-05 | Ladies Designer Red Wool Blaazer Herbert Grossman | 1 | laj | $85.00 | $44.00 |
| 517 | wp20161130-12-01-14 | Ladies designer Two tone black/choc suit Kaveninia by Georgina A. New. York | 1 | laj | $158.00 | $158.00 |
| 518 | wp20161130-12-01-28 | Ladies designer Navy Pin strip skirt suit-Liz Claiborne | 1 | laj | $98.00 | $60.00 |
| 519 | wp20161130-12-01-28 | Ladies designer med. Blue 2 pc skirt suit | 1 | laj | $99.00 | $60.00 |
| 520 | wp20161130-12-01-28 | Ladies Gray Plaid lined skirt long | 1 | laj | $100.00 | $69.00 |
| 521 | wp20161130-12-01-40 | ladies designer red 2 pc skirt suit with big red stone buttons | 1 | laj | $125.00 | $85.00 |
| 522 | wp20161130-12-02-08 | Ladies Purple leather short strappy dress | 1 | laj | $125.00 | $87.00 |
| 523 | wp20161130-12-02-08 | ladies lined denim jacket | 1 | laj | $69.98 | $44.98 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 524 | wp20161130-12-02-19 | Ladies designer black v-neck sweater dress | 1 | laj | $75.00 | $75.99 |
| 525 | wp20161130-12-02-19 | Ladies designer cross lapel black jacket | 1 | laj | $129.99 | $89.99 |
| 526 | wp20161130-12-04-44 | Ladies designer black/white checkered with solid black collar by Character; black and white plaid blazer | 2 | laj | $89.25 | $89.25 |
| 527 | wp20161130-12-04-56 | ladies Navy blue andWhite sweater by Dana Scott | 1 | laj | $70.00 | $45.99 |
| 528 | wp20161130-12-05-10 | Ladies Designer -Casual Corner 2 pc wool skirt suite gray | 1 | laj | $89.49 | $67.99 |
| 529 | wp20161130-22-05-20 | Ladies Designer Jones New York 2 pc skirt suit | 1 | laj | $89.99 | $45.00 |
| 530 | wp20161130-12-05-45 | ladies designer Jessica Ward Coat | 1 | laj | $250.00 | $200.00 |
| 531 | wp20161130-12-05-52 | ladies designer red wool blazer jacket by Sheri | 1 | laj | $100.00 | $80.00 |
| 532 | wp20161130-12-05-59 | Mens Blue Spaulding Athletic jacket | 1 | tdf | $44.99 | $39.99 |
| 533 | wp20161130-12-06-12 | Ladies Desiger Dark Green Leather Wrap Car Coat | 1 | laj | $260.00 | $260.00 |
| 534 | wp20161130-12-06-25 | Ladies Designer Black and Gold Sweater Dress Knee length | 1 | laj | $138.00 | $42.00 |
| 535 | wp20161130-12-06-50 | Ladies Designer Black Cocktail dress w/shoulder bow | 1 | laj | $99.00 | $65.00 |
| 536 | wp20161130-12-07-02 | Ladies Designer black crop blazer | 1 | laj | $79.99 | $40.00 |
| 537 | wp201611-30-2-07-13 | Ladies Designer Harris Wallace New York Blazer | 1 | laj | $39.00 | $25.00 |
| 538 | wp20161130-12-57-38 | ladies designer Desing Loft lined pants | 1 | laj | $28.00 | $18.99 |
| 539 | wp20161130-12-57-52 | Ladies Designer Michael Taylor Fuscha pleated skirt | 1 | laj | $45.00 | $45.00 |
| 540 | wp20161130--12-58-24 | ladies designer Liz Clairborne white sweater | 1 | laj | $20.00 | $18.99 |
| 541 | wp20161130-12-58-51 | Mens designer Talha mock turtle white long sleeve shirt | 1 | laj | $69.00 | $30.00 |
| 542 | wp20161130-12-59-06 | ladies gray/taupe/white flannel acrylic/wool scarf by Cashmink | 1 | laj | $50.00 | $50.00 |
| 543 | wp20161130-12-59-16 | Ladies Mothers Work black/white jacket | 1 | laj | $270.00 | $79.00 |
| 544 | wp20161130-12-59-45 | Ladies Designer Carol Little burnt orange sleevless tank | 1 | laj | $20.00 | $13.96 |
| 545 | wp20161130-12-59-59 | Ladies Unity Casuals black maxi skirt | 1 | laj | $48.00 | $20.81 |
| 546 | wp20161130-13-00-31 | Ladies skull caps | 2 | laj | $30.00 | $15.00 |
| 547 | wp20161130-13-00-42 | Ladies Designer Red blazer by Michelle | 1 | laj | $39.99 | $30.99 |
| 548 | wp20161130-13-00-42 | Ladies floral navy print bandu tank dress | 1 | laj | $22.00 | $22.00 |
| 549 | wp20161130-13-00-42 | Ladies Olive Green Ultra Suede skirt | 1 | laj | $27.99 | $27.99 |
| 550 | wp20161130-13-01-12 | Ladies Jean Michelle (Paris) Green White Scraf | 1 | laj | $150.00 | $150.00 |
| 551 | wp20161130-13-01-31 | Ladies navy blue crinkle maxi skirt | 1 | laj | $99.00 | $59.00 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 552 | wp20161201-1012-10- | Ladies Denimn blue Jeans Claudio Nucci | 1 | laj | $30.00 | $16.99 |
| 553 | wp20161201-1012-10- | Ladies Bugle Boy classics Khakis pants | 1 | laj | $27.00 | $20.40 |
| 554 | wp20161201-10-12-38 | Ladies Claudio Nucci classic taupe khakis pants | 1 | laj | $15.00 | $13.49 |
| 555 | wp20161201-10-12-38 | Ladies Neuf nuef jeans blue demnim | 1 | laj | $98.00 | $50.00 |
| 556 | wp20161201-10-13-02 | Ladies Nine West Cognac flat boots | 1 | laj | $40.00 | $36.99 |
| 557 | wp20161201-10-13-19 | Ladies Shoes navy flat loafer -Bally | 1 | laj | $99.99 | $43.95 |
| 558 | wp20161201-10-13-19 | Ladies shoes white sandels | 1 | laj | $39.99 | $12.99 |
| 559 | wp20161201-10-13-41 | Ladies shoes black thong sandels _cherokee | 1 | laj | $69.00 | $20.99 |
| 560 | wp20161201-10-13-41 | ladies shoes navy flat slings-High Lights | 1 | laj | $20.00 | $20.00 |
| 561 | wp20161201-10-14-01 | Ladies dress silver mesh mules(Holiday by Wise) | 1 | laj | $42.00 | $32.74 |
| 562 | wp20161201-10-14-01 | Ladies Red woven tie up heels Andreasous made in spain) | 1 | laj | $69.99 | $69.99 |
| 563 | wp20161201-10-14-18 | Ladies BlackPatent gold/black ring t-thong flat sandal by West Avenue | 1 | laj | $25.00 | $20.00 |
| 564 | wp20161201-10-14-18 | ladies Black Cowboy Boots by Splash new) | 1 | laj | $99.99 | $99.00 |
| 565 | wp20161201-10-14-40 | Ladies Black Nine West booties | 1 | laj | $149.00 | $110.00 |
| 566 | wp20161201-10-15-07 | Ladies Dress Bandolino(Italy) White Sling heels | 1 | laj | $60.00 | $60.00 |
| 567 | wp20161201-10-15-07 | Ladies Teal flat sandals by Unisa | 1 | laj | $45.00 | $28.99 |
| 568 | wp20161201-10-15-07 | Ladies Brown Dress Mules by Nicole | 1 | laj | $36.00 | $21.77 |
| 569 | wp20161201-10-15-35 | ladies brown Loafer by Van Eli | 1 | laj | $79.00 | $79.00 |
| 570 | wp20161201-10-15-35 | Ladies black loafer by Mootsie/Tootsie | 1 | laj | $59.00 | $59.00 |
| 571 | wp20161201-10-15-50 | Ladies sandals(2 brown/2 black | 4 | laj | $80.00 | $80.00 |
| 572 | wp20161201-10-15-50 | Ladies boots/booties(brown, off white, navy suede,gold) | 4 | laj | $160.00 | $160.00 |
| 573 | wp2016201-10-25-42 | Queen sz Burgandy down bed spread | 1 | laj | $150.00 | $120.00 |
| 574 | wp20161201-10-25-53 | Ladies Animal Print Headwrap/Muffler | 1 | laj | $50.00 | $25.00 |
| 575 | wp20161201-10-25-53 | Ladies Brown Velor Hat | 1 | laj | $35.00 | $25.00 |
| 576 | wp20161201-10-25-53 | Ladies Purple Fuzzy Scarf | 1 | laj | $35.00 | $25.00 |
| 577 | wp20161201-10-26-07 | Ladies Black Screenprint Nashville Sovenir Tee Shirt | 1 | laj | $25.00 | $25.00 |
| 578 | wp20161201-10-26-07 | Ladies Scarfs-navy/lt blue plaid; Red/blue/black plaid | 1 | laj | $20.00 | $20.00 |
| 579 | wp20161201-10-26-07 | Ladies Scarf-Red/black/green strip | 1 | laj | $20.00 | $20.00 |
| 580 | wp20161201-10-30-39 | Ladies ds purple Connie silk Bow Dressy Sling | 1 | laj | $59.45 | $55.43 |
| 581 | wp20161201-10-30-39 | ladies ds Bandolino(Italy) black taupe diamond cutout | 1 | laj | $49.99 | $44.99 |
| 582 | wp20161201-10-46-42 | ladies orange Bengals tee shirt | 1 | laj | $29.99 | $21.99 |
| 583 | wp20161201-10-46-52 | ladies blue denimn jean | 1 | laj | $79.99 | $29.99 |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 584 | wp20161201-10-46-52 | ladies black denim shorts | 1 | laj | $29.97 | $10.00 |
| 585 | wp20161201-10--46-52 | ladies black floral sunflower short ss strap dress (Anxiety) | 1 | laj | $40.00 | $20.00 |
| 586 | wp20161201-10-47-49 | ladies blue denimn jeans by BaBy Phat | 1 | laj | $45.00 | $20.00 |
| 587 | wp20161201-10-47-49 | ladies black denimn jeans by Northwest | 1 | laj | $79.00 | $4,000.00 |
| 588 | wp20161201-10-47-58 | ladies blue denimn jeans by Lei | 1 | laj | $20.00 | $13.99 |
| 589 | | Plastic Totes 25 gal ./20gal | 15 | house | $300.00 | $200.00 |
| 590 | wp20160905_125629 | A/C unit 10,000 BTU | 1 | house | $599.99 | $299.00 |
| 591 | wp20160905_131018;20160903-11-27-54 | Igloo Large round work cooler w/white lid | 1 | house | $42.50 | $19.86 |
| 592 | wp20160903-18-29-08 | 5 gal gas can | 1 | house | $12.79 | $7.99 |
| 593 | wp20160904-14-21-14 | mens ds FUBU Hip Hop Heavy chocolate Jean Jacket | 1 | tdf | $55.00 | $45.00 |
| 594 | wp20160904-14-53-22 | Shop vac QSP 8gal. | 1 | tdf | $109.00 | $89.00 |
| 595 | wp20160905_125839 | Yard Blower | 1 | tdf | $50.00 | $25.00 |
| 596 | wp20160905_130510 | large purple/white decorative pillow | 1 | laj | $49.99 | $39.99 |
| 597 | | Porter Acri-Shield Gloss Brilliant White 1qt | 1 | house | $10.00 | $10.00 |
| 598 | wp20160905_130615 | Potporri Fragance Electric pot (Rival) | 1 | laj | $34.99 | $20.99 |
| 599 | wp20160905_130648 | Anheuser Busch EmployeeWood Box w/calculator | 1 | laj | $41.00 | $41.00 |
| 600 | 1534486613077 | Swiss Gear Navy Blue Luggage | 1 | house | $79.00 | $69.00 |
| 601 | 15344866116005 | Boss Sound Speakers Black (2) | 2 | tdf | $158.99 | $94.99 |
| 602 | 1534639031365 | Mens DS taupe Khakis slacks | 1 | tdf | $122.50 | $59.99 |
| 603 | 1534639031365 | mens ds olive green slacks | 1 | tdf | $122.50 | $59.99 |
| 604 | 1534639032046 | Mens ds blue jeans | 1 | tdf | $85.00 | $45.00 |
| 605 | 1534639032046 | Mens ds Tommy Hilfilger Vintage button down Blue jean shirt | 1 | tdf | $79.50 | $44.95 |
| 606 | 1534639032046 | mens ds maroon jogging pants | 1 | tdf | | |
| 607 | | | | | | |
| 608 | | | | | | |
| 609 | | | | | | |
| 610 | | | | | | |
| 611 | | | | | | |
| 612 | | | | | | |
| 613 | | | | | | |
| 614 | | | | | | |
| 615 | | | | | | |
| 616 | | | | | | |
| 617 | | | | | | |



**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E + | F — |
|---|---|---|---|---|---|---|
| 633 | 1534639032046 | mens ds And one black/silver shorts | 1 | | 29.17 | 12.66 |
| 634 | 1534639032876 | mens ds gray 2pc jogging suit #G408321 | 1 | | 50.00 | 45.00 |
| 635 | 1534639032876 | mens white long sleeve thermal | 1 | | | 10.89 |
| 636 | 1534540239156 | mens ds shirts red/blue polo stripe collar short sleeve | 1 | | $125.00 | $65.99 |
| 637 | 1534540239156 | mens ds green/white polo lgs shirt | 1 | | $ 65.00 | $ 50.00 |
| 638 | 1534540239156 | mens ds yellow/blue polo collar ss shirt | 1 | | $ 80.00 | $ 76.00 |
| 639 | 1534540239156 | mens ds plaid polo/ dark green ss shirt | 1 | | $ 35.99 | $ 30.00 |
| 640 | 1534540239156 | SILK VERSACE mens ds 2pc Black w/ Checkered Lgs Jacket & Shorts | 1 | | $ 1,300.00 | $ 500.00 |
| 641 | 1534540239527 | Mens Ds Fatfarm Grey Metalic BurgendyTrim Jean Jeacket | 1 | | $95.00 | $ 69.00 |
| 642 | | Mens Ds Burgendy Hat | 1 | | $ 25.00 | $ 20.00 |
| 643 | 1534540239943 | Mens Ds Cargo Jeans Blue | 1 | | $ 50.00 | $ 39.00 |
| 644 | | Mens DsPowder Blue LgS Shirt | 1 | | $143.00 | $68.00 |
| 645 | 1534540240308 | Mens Ds Pink buttondown shirt | 1 | | $82.66 | $75.00 |
| 646 | | Mens DsWhite Vneck green Black & White Front | 1 | | $168.00 | $135.00 |
| 647 | 1534540240725 | Mens Ds ? All star ? Ss Vintage Jersey | 1 | | $279.99 | $130.00 |
| 648 | | Mens Ds Blue Jeans | 1 | | $122.69 | $98.00 |
| 649 | 1534540238259 | Mens Ds Izod Pink & Blue Collard Ss | 1 | | $44.99 | $28.00 |
| 650 | | Mens Green White Chaps R L Shirt | 1 | | $89.50 | $53.70 |
| 651 | 1534540238643 | Mens Ds Yellow Black & white Stripe Shirt | 1 | | $275.00 | $54.50 |
| 652 | | Mens Ds Yellow & Blue Plaid Shirt | 1 | | $119.00 | $59.99 |
| 653 | 1534540236779 | 2 bath rugs 1 animal print 1 Ruby Stripes | 2 | | $72.99 | $35.00 |
| 654 | | 1 Full Size Blanket / Throw White | 2 | | $128.00 | $70.00 |
| 655 | 1534538173109 | Mens Ds Black Thermal Long sleeve button down | 1 | tdf | $98.00 | $29.00 |
| 656 | '1534538173109 | Mens Ds Wife Beaters | 1 | tdf | $39.99 | $19.99 |
| 657 | '1534538173109 | Mens OffWhite Thermal Lgs | 1 | tdf | $18.99 | $8.50 |
| 658 | 1534486617180 | Faux fur 60inch throw/area rug | 2 | House | $116.01 | $79.90 |
| 659 | 1534486610348 | Car 2 Screen Dvd Player | 1 | Tdf | $146.77 | $109.00 |
| 660 | 1534486610852 | RCA Computer Speakers 4 set | 1 | Tdf | $79.99 | $24.99 |
| 661 | 1534486607373 | Stir Airpop Popcorn Maker | 1 | House | $99.00 | $68.98 |
| 662 | 1534486608633 | Black K&G Garment Bag | 1 | House | $175.00 | $59.00 |
| 663 | 1534466801996 | Blacker& Decker Hedge Trimmer Battery Powered | 1 | House | $129.99 | $69.98 |
| 664 | 1534486599619 | Ventalator Portable Dvd Player & Alarm Clock | 2 | TDF | $179.99 | $124.99 |

21

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 665 | 1534486600130 | Potting Soil , Tree & Shrug Food , Summer Fertilizer | 3 | House | $17.99 | $10.00 |
| 666 | 1534486597341 | | | | | |
| 667 | 1534486597973 | Mens Ds Coogi Graphic T's Short Sleeve | 1 | | $25.00 | $10.00 |
| 668 | | Mens Ds Coogi Graphic Front Design | 1 | | $17.00 | $10.00 |
| 669 | 1534486598459 | | | | | |
| 670 | 1534486596025 | | | | | |
| 671 | 1534486593588 | 2 Red Mens Long Sleeve T's | 2 | | $15.99 | $9.99 |
| 672 | | Mens White Lgs T | 1 | | $6.99 | $3.89 |
| 673 | 1534486594247 | Mens Orange Plaid Lgs Button Down | 1 | | $90.00 | $60.00 |
| 674 | 1534486594247 | Mens Olive Green Lsg Button Down | 1 | | $50.00 | $30.00 |
| 675 | 1534486594247 | Mens Solid Blue Lgs Button Down | 1 | | $200.00 | $98.00 |
| 676 | 1534486594247 | Mens Blue Pinstripe Lsg Button Down | 1 | | $169.86 | $86.90 |
| 677 | 1534486594247 | Mens White Plaid Shirt Button down | 2 | | $100.00 | $85.00 |
| 678 | 1534486594247 | Mens Tan Lgs Button Down | 1 | | $80.00 | $68.98 |
| 679 | 1534486594906 | Mens Designer Khakis Varius Colors | 9 | | $200.00 | $135.00 |
| 680 | '1534486591231 | Mens Pants White | 2 | | 87.99 | 79.99 |
| 681 | '1534486591231 | Mens Pants Blck | 2 | | $100.00 | $50.00 |
| 682 | '1534486591231 | Mens Ds Grey & Black Polo Hoodie | 1 | Tdf | $50.00 | $45.00 |
| 683 | 1534486591715 | Mens Ds Grey Multistripe Lgs T FootLocker | 1 | Tdf | $30.00 | $25.99 |
| 684 | 1534486590483 | mens ds 3 Pc Grey & Blck Joggin Suit Fubu | 1 | Tdf | $80.00 | $38.99 |
| 685 | '1534486592941 | Mens Designer Valvoline Racing Jacket | 1 | Tdf | $165.00 | $65.00 |
| 686 | 1534486592941;1534486589792 | Mens Ds Bogner Red Multi Sripe W/ White Emblem | 1 | Tdf | $1,500.00 | $1,000.00 |
| 687 | 1534486587560 | | | | | |
| 688 | 1534486587560 | | | | | |
| 689 | 1534486588073 | 1 Ladies Long Skirt | 1 | $ | $84.95 | $44.50 |
| 690 | '1534486588073 | Mens Carpententer Pants Tan , White | 2 | Tdf | $69.50 | $30.00 |
| 691 | 1534486588670 | Mens 2 Piece Grey Suit | 1 | Tdf | $595.00 | $95.00 |
| 692 | 1534486585180 | Nike Ss Dri Fit Tshirt Grey , white | 2 | Tdf | $65.00 | $40.99 |
| 693 | 1534486585701 | Mens weight belt | 1 | Tdf | $51.00 | $50.00 |
| 694 | 1534486585701 | Mens Camo Ss Tshirt | 1 | Tdf | $20.00 | $10.00 |
| 695 | 1534486585701 | Charcoal line nike shorts | 1 | Tdf | 49.50 | $45.00 |
| 696 | 1534486585701 | Mens Socks 6 White 1 Charcoal & 1 Black | 8 | Tdf | $20.00 | $15.00 |
| 697 | 1534486586266 | Mens Ds Fubu Red Lgs | 1 | Tdf | | |
| 698 | 1534486586896 | Purple Stripe/Green Solid Bath Towel | 2 | | $30.00 | $20.00 |

22

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E + | F – |
|---|---|---|---|---|---|---|
| 699 | 1534486586896 | 1 Orange Hand Towel | 1 | | $3.00 | $3.00 |
| 700 | 1534486583325 | DeHumindifer ION Small | 1 | Tdf | $120 | $89 |
| 701 | 1534486583956 | Mens Ds White Nike Ss Collard | 1 | Tdf | $65.00 | $59.95 |
| 702 | 1534486583956 | Mens Ds Black Air Jordan Graphic T | 1 | Tdf | $40.00 | $35.00 |
| 703 | 1534486584579 | Mens ds Nike Ss soccer Shirt | 1 | Tdf | $140.00 | $70.00 |
| 704 | 1534486584579 | Mens Ds Graphic T Shirt "LivingLarge" | 1 | Tdf | $60.00 | $40.00 |
| 705 | 1534486582672 | Saw Blades 10in | 2 | | 59.99 | 29.99 |
| 706 | 1534486582672 | 5 pound weight dumbell | 1 | | $19.99 | $6.99 |
| 707 | 1534486579710 | Mens Ds Black Multi Stripe Coogi Button Down | 1 | | $98.50 | $31.00 |
| 708 | 1534486579710 | Nike Basketball Shorts Red With Side Trim | 3 | | $40.00 | $24.99 |
| 709 | 1534486578092 | Queen Size Denim Blue Comforter | | tdf | $136.00 | $69.99 |
| 710 | 1534486575697 | 5 Pack Of XL Fruit of the loom Tshirt White | 4 | | $28.80 | $15.00 |
| 711 | 1534486576196 | Polo Ralph Lauren Shirt Black Special edition 1 Shirt | 2 | VINTAGE. | 130.00 | $98.00 |
| 712 | 1534486576899 | Gallon Of Tan Paint | 1 | | $69.00 | $47.00 |
| 713 | 1534486576899 | Small tube of kitchen & Bath Caulk | 1 | | $53.89 | $35.89 |
| 714 | 1534486576899 | Tube of painters caulk | 1 | | $9.78 | $3.49 |
| 715 | 1534486576899 | 9in roller nap roller | 1 | | $7.65 | 2.79 |
| 716 | 1534486576899 | pint of stain | | | $16.99 | $9.99 |
| 717 | 1534486576899 | Grounded Outlet | 1 | Tdf | $8.99 | $6.00 |
| 718 | 1534486573812 | Pairs Of White Tube Socks 6pk. $20.00 @ 10pk | 59 | Tdf (10pk) | $120.00 | $120.00 |
| 719 | 1534486574427 | fruit of the loom boxer briefs 5pk. 15.68 - 28.80pk. | 14 | Tdf (3pk | $86.40 | $41.04 |
| 720 | 1534486572192 | Dark Blue Jean Levi's Shorts Sz40 | | Tdf | $45.00 | $24.00 |
| 721 | 1534486572192 | 1 Leather Belt Mens | 1 | Tdf | $30.00 | $20.00 |
| 722 | 1534486572872 | 3 wife beaters 4 t shirts $30. | 7 | Tdf | $50.00 | $40.00 |
| 723 | 1534486567176 | 10in Delta Miter Saw | | Tdf | $459.00 | $219.00 |
| 724 | 1534486568292 | 11 Packs of Christmas Wrap | | Tdf | $36.00 | $25.00 |
| 725 | 1534486565603 | 11 Pairs Of Shoes /Georgio Butini | | Tdf > | $1,782.00 | $938.95 |
| 726 | '1534486565603 | Blue Havanna Joe, Eastland ,Nylon Moccasion $49.95 | 3 | Tdf | | |
| 727 | '1534486565603 | House Shoes ,Eastland tie Ups with tassel, Loafers with gold tassel, leather loaferwith tie Mauri Blue Suade Net Style sadals with hill | | Mauri Blue suede $1087- 550 EASTLAND 105-99 HAVANNA JOE. $175.00 - 150.00. Tdf | | |
| 728 | '1534486565603 | .eather Timberand Green & white, leather boots timberland | 2. | Tdf | $215.00 | $169.99 |
| 729 | '1534486565603 | Air force ones White & White & Blue | 3 | Tdf | | |
| 730 | '1534486565603 | Leather Gun Holster | 1 | Tdf | $149.00 | $66.00 |
| 731 | '1534486565603 | leather belts | 2 | Tdf | $60.00 | $38.00 |

Leather loafer with Gold 10550 $180.00 LOW $395.00 High

24 23

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E (EST +) | F (—) |
|---|---|---|---|---|---|---|
| 732 | '1534486565603 | Fubu metal style link belt | 1 | Tdf | $98.95 | $65.00 |
| 733 | 1534486563757 | Pairs Of Silk Dress Pants | 10 | Tdf | $200.00 | $150.00 |
| 734 | | Levi dark blue jean , levi white jean | 2 | Tdf | $55.00 | $45.00 |
| 735 | 1534486564427 | pairs of nike hitop special ed . Classic | 6 | Tdf | $120.00 | $90.00 |
| 736 | | lowtop airforce ones orange & White | 1 | Tdf | $115.00 | $92.50 |
| 737 | 1534486561275 | White Navy Blue Pinstripe Linen Lined CoatDress | 1 | | $250.00 | $150.00 |
| 738 | 1534486559548 | Black & White Hounds tooth skirt suit wool skirt suit | 1 | laj | $100.00 | $80.00 |
| 739 | 1534486559548 | Ladies Winter White Wool Skirt Suit | 1 | laj | 408.75 | 188.99 |
| 740 | 1534486559548 | Ladies grey white pinstripe skirt suit | 1 | laj | $198.00 | $100.00 |
| 741 | 1534486559548 | Ladies Fleece Sheperd Suade & Leather Lamb Fur | 1 | laj | 695.00 | $429.00 |
| 742 | 1534486559548 | Ladies Navy Blue Block Pinstripe Wool Blazer | 1 | laj | $71.00 | $60.00 |
| 743 | 1534486559548 | Ladies All Weather Trench Coat | 1 | laj | $160.00 | $96.00 |
| 744 | 1534486560189 | Ladies Lavender Off the shoulder Bridal dress | 1 | laj | $200.00 | $125.00 |
| 745 | '1534486560189 | Ladies Grey Skirt 1 Black Tank Blouse | 2 | laj | 150.00 | $75.00 |
| 746 | '1534486560189 | Ladies 10 Pair over the rack shoe orginizer | 4 | laj | 18.99 | $15.04 |
| 747 | '1534486560189 | Ladies Orange & Black Design Tapastry Line Jacket | 1 | laj | $75.00 | 25.00 |
| 748 | '1534486560189 | Ladies 2 piece skirt & Blouse | 2 | laj | 100.00 | 35.00 |
| 749 | 1534486557653 | 100% cotton Deceased Veteran U.S Flag (5ftx9' 6" | 1 | | $89.00 | $62.00 |
| 750 | 1534486558260 | Mens Ds Fubu Fat Albert Shorts | 1 | Tdf | $49.99 | $30.00 |
| 751 | 1534486558260 | MensDs Dickies Jeans Sz40 | 1 | Tdf | $32.99 | $24.99 |
| 752 | 1534486551274 | Mens Ds Vintage Genelli 100% silk Lgs | 1 | Tdf | $250 | $180 |
| 753 | 1534486551916 | Mens Mucci Silk Shirt 2XL Blue & Sliver | 1 | Tdf | $270 | 100 |
| 754 | 1534486552437 | MensDs Versace Blck&White Chckered Buttn Dwn | 1 | tdf | $1,200.00 | $695.00 |
| 755 | 1534486552437 | Rebok wife beater | 1 | tdf | $10.00 | $5.00 |
| 756 | 1534486552437 | Micheal jordan nike absrtact shirt | 1 | tdf | $80.00 | $30.99 |
| 757 | 1534486549380 | Tommy Hilliger corduroy painter paints | 1 | tdf | $100.00 | 86.99 |
| 758 | 1534486550624 | MensDs Plaid & Jean Button Up | 1 | tdf | $150.00 | $89.98 |
| 759 | 1534486547288 | Mens Air Jordan sz40 | 1 | tdf | $50.00 | $32.89 |
| 760 | 1534486547811 | Mens 6 Silk Ties | 6 | tdf | 30.00 | $25.00 |
| 761 | 1534486547811 | mens 2 Pair of mens Pajamas | 2 | tdf | 22.00 | $15.00 |
| 762 | 1534486547811 | Mens Ds Khaki Pants | 1 | | $140.00 | $65.00 |
| 763 | 1534486547811 | Dress Slacks | 1 | tdf | $80.00 | $70.00 |
| 764 | 1534486547811 | Mens ds Karl Kanie Safari Vest 4 Pocket Jacket | 1 | tdf | 100$ | $99.00 |
| 765 | 1534486547811 | Mens Plaid Fubu Shirt | 1 | tdf | $40.00 | $35.00 |
| 766 | 1534486545252 | Mens Fila Ski Jacket Yellow & Black | 1 | tdf | $108.00 | $75.00 |

25 34

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

EST + —

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 767 | 1534486543338 | MensDn Coat LeatherCollardPlaid Lined Sport Jacket | 1 | tdf | $399.00 | $129.98 |
| 768 | 1534486539915 | MensDs Jean Shorts | 1 | tdf | $74.99 | $39.99 |
| 769 | 1534486544590 | mens dsLama lined LeatherCoat Orange | 1 | tdf | $898.00 | $299.95 |
| 770 | 1534486541102 | Mens DS Eddie Bauers Blue Jean Jacket | 1 | tdf | $111.99 | $78.00 |
| 771 | 1534486542338 | Mens ds Fubu Sweatshirt Fleece,2Pc Jean Suit | 1 | tdf | $125.00 | $90.00 |
| 772 | 1534486539288 | mens ds Lama lined LeatherCoat Blue | 1 | tdf | $245.00 | $190.98 |
| 773 | 1534486535649 | Mens Ds Polo polkadot shirt | 1 | tdf | $119.99 | $80.00 |
| 774 | 1534486539915 | Mens 2 Pair Of Eight Pants | 8 | tdf | $80.00 | $60.00 |
| 775 | 1534486537342 | mens Foot Locket Quilted down jacket xxxl | 1 | tdf | $180.00 | $159.99 |
| 776 | 1534486518085 | Multi colored hand crothched throw/blanket | 2 | laj | $129.99 | $44.00 |
| 777 | | queen size white chennele bedspread | 1 | laj | $109.95 | $54.00 |
| 778 | 1534486533595 | Mens ds White Nike Air Jordan LS tee graphic | 1 | Tdf | $45.50 | $35.00 |
| 779 | 1534486533595 | mens ds xxxl t-shirts | 3 | tdf | $210.00 | $78.00 |
| 780 | 1534486531855 | mens ds Azzure ss gray shirt | 1 | Tdf | $98.00 | $79.50 |
| 781 | 1534486531259 | mens ds silk ties multiple colors | 17 | Tdf | $455.00 | $209.00 |
| 782 | 1534486531855 | mens ds red ls "graphic design | 1 | | $40.00 | $34.99 |
| 783 | 1534486527501 | mens ds yellow silk suit pants/shirt | 1 | | $149.00 | $85.00 |
| 784 | 1534486528426 | mens ds polo khakis gray/yellow | 2 | | $250.00 | $109.00 |
| 785 | 1534486528426 | mens ds button down ls dress shirts (white/blue) | 2 | Tdf | $149.99 | $65.00 |
| 786 | 1534486525212 | mens ds blacklined hoodie with zipper | 1 | Tdf | $59.99 | $39.00 |
| 787 | 1534486525212 | mens wools bomber hat | 1 | Tdf | $125.00 | $49.00 |
| 788 | 1534486525212 | mens boxer brief | 1 | tdf | $38.99 | $12.99 |
| 789 | 1534486526822 | mens ds ss plaid button down shirt | 1 | tdf | $41.94 | $29.00 |
| 790 | 1534486523399 | Ladies Jean-levis/lee | 3 | laj | $135.99 | $105.00 |
| 791 | 153448652399 | ladies navy/gray striped pants/top 2 pcs | 1 | laj | $59.99 | $39.00 |
| 792 | 1534486524441 | ladies brlack suede kickpleat long skit | 1 | laj | $898.00 | $185.00 |
| 793 | 1534486524441 | Ladies black/gold graphic Paris t-shirt | 1 | laj | $25.00 | $25.00 |
| 794 | 1534486553442 | Curtains black sheers 1pr | 1 | laj | $25.99 | $17.79 |
| 795 | 1534486553442 | ladies undergarments | 5 | laj | $15.00 | $15.00 |
| 796 | 1534486554005 | mens white t-shirts/one graphics ls | 4 | tdf | $30.00 | $30.00 |
| 797 | 1534486555841 | mens ds Cargo FUBU Carpenter pants suit brown | 1 | tdf | $189.99 | $75.00 |
| 798 | 1534486555841 | mens ds White jeans | 1 | tdf | $165.00 | $66.96 |
| 799 | 1534486556570 | mens ds 3 button ls shirt black | 1 | tdff | $78.98 | $59.99 |
| 800 | 1534486558260 | mens ds Nike Cotton sweat pants graay | 1 | tdf | $60.00 | $34.98 |
| 801 | 1534486558260 | mens ds FUBU jeans | 1 | tdf | $54.00 | $35.00 |

25

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

EST + —

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 802 | 1534486558260 | mens ds FUBU shorts (1-khakis/2-jean) | 3 | tdf | $300.00 | $155.00 |
| 803 | 1534486575697 | mens white tank(wife beaters) | 8 | tdf | $75.00 | $35.00 |
| 804 | 1534486596025 | mens ds Roca Wear jean shorts | 1 | tdf | $40.00 | $29.00 |
| 805 | 1534486596025 | mens ds black ss t-shirt | 1 | tdf | $54.00 | $32.00 |
| 806 | 1534486596683 | mens DICKEy shorts | 1 | tdf | $22.99 | $15.99 |
| 807 | 1534486558260 | mens ds button down | 1 | tdf | $89.50 | $18.30 |
| 808 | 1534486558260 | mens ds burnt multi button down ss shirt | 1 | tdf | $105.99 | $41.99 |
| 809 | 1534486597341 | mens denimn blue jean | 1 | tdf | $64.00 | $39.00 |
| 810 | 1534486597973 | mens ds fubu "fat albert" graphics ss shirt | 1 | tdf | $105.50 | $89.00 |
| 811 | 1534486521366 | ladies Swimwear cover-up purple | 1 | laj | $49.00 | $29.99 |
| 812 | 1534486521366 | ladies levi jean shorts | 1 | laj | $40.80 | $24.98 |
| 813 | 1534486521366 | ladies purple/black flower print short buttondown dress | 1 | laj | $49.00 | $26.99 |
| 814 | 1534486521366 | ladies multicolor sports bra | 1 | laj | $30.00 | $16.99 |
| 815 | 1534486521366 | ladies green wedge hill thong sandals | 1 | laj | $89.97 | $34.00 |
| 816 | 1534486521914 | ladies salmon/peach linen long dress button down | 1 | laj | $319.00 | $79.99 |
| 817 | 1534486521914 | ladies peach leather salmon bag | 1 | laj | $189.00 | $115.00 |
| 818 | 1534486522556 | laadies pullover fleece sweat top | 1 | laj | $79.00 | $19.00 |
| 819 | 1534486522556 | ladies grey jogging sweatpants | 1 | laj | $49.99 | $20.00 |
| 820 | 1534486522556 | ladies lime green hobo bag | 1 | laj | $159.00 | $53.11 |
| 821 | 1534486522556 | ladies black woven with leather strap bag | 1 | laj | $150.00 | $49.90 |
| 822 | 1534486598459 | queen size blue jean comforter | 1 | tdf | $149.99 | $89.00 |
| 823 | 1534486590925 | Samsonite large luggage bags/with wheels | 1 | tdf | $199.99 | $109.99 |
| 824 | 1534486513084 | mens ds Nautica cordoroy slacks | 1 | tdf | $65.99 | $35.99 |
| 825 | 1534488497005 | King sz Burgandy down bed spread/gold strip comforter set w/mattres cover and sheets | 1 | tdf | $169.99 | $72.99 |
| 826 | 153448643729 | linens multiple - flats, fitted | 6 | h | $499.00 | $305.00 |
| 827 | 1534486512592 | mens ds"Canopy" 2 pc blue button down ss shorts set | 1 | tdf | $38.50 | $18.99 |
| 828 | 1534486512592 | mens ds fubu "fat albert" white denimn shorts | 1 | tdf | $54.98 | $38.99 |
| 829 | 1534486512592 | mens ds Fubu olive green cargo sweat pants | 1 | tdf | $60.00 | $52.99 |
| 830 | 1534486503231 | mens ds akademiks frayed white multicolor strip ls shirt | 1 | tdf | $35.00 | $17.99 |
| 831 | 1534486503878 | Mens ds Coogi ls multicolor teal/taupe/white sweater 3xl | 1 | tdf | $527.00 | $220.00 |

2f 3lo

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E (EST) | F |
|---|---|---|---|---|---|---|
| 832 | 1534486482419 | mens ds 'Timberland" Cognac sweat pants/graphic front design ss shirt | 1 | tdf | $210.99 | $159.00 |
| 833 | 1534486482419 | mens ds Polo plaid blue/black/white button down ss | 1 | tdf | $100.00 | $69.90 |
| 834 | 1534486481700 | mens ds Burt Pultizer dark brown cordoroy slacks | 1 | tdf | $108.99 | $88.99 |
| 835 | 1534486480305 | mens ds Nike Red/black 3/4 zipper nylon lined jogging suit | 1 | tdf | $95.00 | $78.00 |
| 836 | 1534486479619 | mens ds leather/suede black button ls shirt | 1 | tdf | $117.95 | $55.50 |
| 837 | 1534486477707 | mens ds black cordory slacks | 1 | tdf | $45.31 | $29.75 |
| 838 | 1534486475949 | mens ds gray button down ls shirt | 1 | tdf | $39.99 | $19.99 |
| 839 | 1534486475949 | mens ds yellow ls shirt | 1 | tdf | $21.99 | $14.50 |
| 840 | 1534486475949 | mens ds black ls 3 button shirt | 1 | tdf | $34.50 | $26.99 |
| 841 | | mens boxer briefs multiple | 5 | tdf | $23.99 | $12.99 |
| 842 | 1534486475040 | Mens Socks 8 White, 2 blue(new w/tags) dress socks, | 10 | tdf | $32.99 | $23.99 |
| 843 | 1534486473285 | mens ds button down pleated pocket white, 1 taupe, black ls shirt | 1 | tdf | $98.00 | $56.00 |
| 844 | 1534486472604 | queen size gray,white,black square block comforter | 1 | tdf | $171.95 | $68.99 |
| 845 | 1534486468856 | mens ds Guess denimn vest short set | 1 | tdf | $56.96 | $39.00 |
| 846 | 1534486468220 | Genelli black multicolor-black/gold/green 100% silk ls shirt | 1 | tdf | $169.99 | $139.99 |
| 847 | 1534486467199 | mens ds white w/thin black stipe-cotton lined nylon sweatsuit | 1 | tdf | $68.99 | $46.98 |
| 848 | 1534486466524 | mens ds fubu snowflake lt. blue/navy/gray/white ls turtleneck sweater | 1 | tdf | $78.99 | $45.00 |
| 849 | 1534486465487 | mens ds Rebok red /navy white stripe nylon jogging suit | 1 | tdf | $89.99 | $59.99 |
| 850 | 1534486465487 | mens ds two tone brown buttondown ss shirt | 1 | tdf | $49.99 | $24.00 |
| 851 | 1534486458230 | mens ds Fubu black/blue/white argyle vneck sweater vest | 1 | tdf | $35.99 | $29.00 |
| 852 | 1534486457625 | mens ds Edward DeBaron white ls button down dress shirt | 1 | tdf | $48.99 | $26.99 |
| 853 | 1534486456985; 1534486456364 | mens ds 1020 Blues dennim shorts | 1 | tdf | $74.99 | $24.99 |
| 854 | 1534486456364 | mens ds black yellow/white strip Avirex ls sweater | 1 | tdf | $95.99 | $25.91 |

25 27

**all estimates reflect the low value of individual items

3961 Vine St./August 26, 2018
(L. James - owner)/

| | A | B | C | D | E (EST +) | F (—) |
|---|---|---|---|---|---|---|
| 855 | 1534486448539 | mens ds Saxony olive green lether/suede brown multi tie neck sweater | 1 | tdf | $895 | $315 |
| 856 | 1534486448539 | mens ds 3 neck ties/3 silk tie(geen)/purple | 6 | tdf [illegible] | $90/$540 | $51/234 [illegible] |
| 857 | 1534486447855 | mens ds Fubu red denim jacket | 1 | tdf | $120 | $70 |
| 858 | 1534486447234 | mens ds Moda Seta Blue 100% silk jacket | 1 | tdf | $90 | $29.99 |
| 859 | 1534486446562 | mens ds white turleneck ls sweater | 1 | tdf | $462 | $79.95 |
| 860 | 1534486445882 | mens ds Fubu silk ls shirt maroon | 1 | tdf | $25 | $10.95 |
| 861 | 1534486444033 | mens ds Southpole gray/blue cotton sweatsuit | 1 | tdf | $39.50 | $26.95 |
| 862 | 1534486443351 | mens ds Beverly Hills Polo Club blue denimn pants | 1 | tdf | $40 | $15 |
| 863 | 1534486442635 | mens ds Faded Glory Gray Fleece ls Shirt | 1 | tdf | $65 | $20 |
| 864 | 1534486441989 | mens ds Eddie Bauer black khakis slacks | 1 | tdf | $59.99 | $39.99 |
| 865 | 1534486441016 | mens ds Eddie Bauer olive khakis slacks | 1 | tdf | $59.99 | $39.99 |
| 866 | 1534486441016 | mens ds black bath robe | 1 | tdf | $112.77 | $35.89 |
| 867 | 1534486441016 | mens ds 1020 Blue denimn pants | | | $54 | $14.67 |
| 868 | 1534486499504 | linens multiple - flats, fitted | 1 | tdf | $149 | $120 |
| 869 | 1534486439503 | mens ds khakis pants gray,blue jean pants | 2 | tdf | $34.99/54.95 | 16.99/24.99 |
| 870 | 1534486437479 | mens hats -2 caps, 4 knitted, 1 pr black dress socs, | 1 | tdf | $168 | $98 |
| 871 | 1534486436719 | mens ds Roca Wear black/gold 99th ss shirt | 1 | tdf | $16.99 | $15.99 |
| 872 | 1534486436080 | mens ds Harley Davidson ss shirt | 1 | tdf | $55.95 | $19.99 |
| 873 | 1534486436080 | mens ds black denimn shorts | 1 | tdf | $40 | $21.91 |
| 874 | 1534486432831 | mens ds tall ss black t-shirt | 3 | tdf | $30 | $15.97 |
| 875 | 1534486462318 | mens ds white button shirt ls | 1 | tdf | $48 | $11.73 |
| 876 | 1534486462318 | mens ds plaid pajama pants faded glory | 1 | tdf | $24 | $18 |
| 877 | 1534486423280 | mens ds blue denimn shorts | 1 | tdf | $74.99 | $19.99 |
| 878 | 1534486423280 | mens ds yellow/gray ss shirt | 1 | tdf | $49.50 | $10.91 |
| 879 | 1531720281636 | Parson Dining Chairs (2) | 2 | tdf | $177.54 | $59.99 |
| 880 | 1531720281383 | Queen size bed railing | 1 | h | $74.85 | $52.95 |

29 98

**all estimates reflect the low value of individual items

Perl Timothy Fugate rep

MSD CHECKLIST

- Claim # 192020
- (Part 1 of 2)
- Attachments:
- 1) SBU Response Form
- 2) Home Depot Receipt (Hot water tank)
- 3) TDF Receipt
- 4) MEH Elect. Svc Estimate
- 5) HET Service Call Receipt
- 6) HET Service Recomm.
- 7) Dawson Boiler Repl. Est
- 8) Harder Boiler Repl. Est.
- 9) Sears Washer/Dryer Receipt
- Contractor Estimate
- 1~~7~~ Pages of Pics ~~18~~
- 36 Page X 32 per page
- 1305 pictures
- ~~[illegible]~~
- 175 Photo's in folder
- 1417 total picture
- 3 Folders of photos
- with details
- Receipts for all
- reimburstments
- of payments
- We have all
- Copies

- 3961 Vine St
- Cinc OH 45217


20160828_205219.jpg


20160828_205509.jpg


20160828_205541.jpg


20160829_132827.jpg


20160829_140500.jpg


20160830_130303.jpg


20160830_163142.jpg


20160830_163146.jpg


20160830_163158.jpg


20160830_163727.jpg


20160901_110045.jpg


20160901_110049.jpg


20160901_110050.jpg


20160903_124825.jpg


20160903_194021.jpg


20160903_200527.jpg


20160903_200602.jpg


20160903_200804.jpg


20160903_200807.jpg


20160905_112555.jpg


20160905_112652.jpg


20160905_112703.jpg


20160905_112707.jpg


20160905_112956.jpg


20160905_113332.jpg


20160905_113339.jpg


20160905_113344.jpg


20160905_113348.jpg


20160905_125612.jpg


20160905_125625.jpg


20160905_125629.jpg


20160905_125748.jpg


20160905_125759.jpg


20160905_125811.jpg


20160905_125817.jpg


20160905_125823.jpg


20160905_125839.jpg


20160905_125844.jpg


20160905_125848.jpg



20160905_125854.jpg


20160905_125924.jpg


20160905_125951.jpg


20160905_130019.jpg


20160905_130038.jpg


20160905_130054.jpg


20160905_130118.jpg


20160905_130154.jpg


20160905_130203.jpg


20160905_130210.jpg


20160905_130340.jpg


20160905_130448.jpg


20160905_130457.jpg


20160905_130510.jpg


20160905_130615.jpg


20160905_130648.jpg


20160905_130840.jpg


20160905_131018.jpg


20160905_131027.jpg


20160905_131230.jpg


20160905_135435.jpg


20160905_135442.jpg


20160905_135443.jpg


20160905_135955.jpg


20160905_135957.jpg


20160905_140002.jpg


20160905_140007.jpg


20160905_140013.jpg


20160905_140049.jpg


20160905_140100.jpg


20160905_140106.jpg


20160905_140257.jpg


20160905_140303.jpg


20160905_140318.jpg


20160905_140353.jpg


20160905_140358.jpg


20160905_140403 - Copy.jpg


20160905_140403.jpg


20160905_140413 - Copy.jpg


20160905_140413.jpg


20160905_140421.jpg


20160905_140438.jpg


20160905_140449.jpg


20160905_140939.jpg


20160905_141106.jpg


20160905_141123.jpg


20160905_141142.jpg


20160905_141150.jpg


20160905_141156.jpg


20160905_141205.jpg


20160905_141210.jpg


20160905_141634.jpg


20160905_141640.jpg


20160905_141648.jpg


20160905_142758.jpg


20160905_145155.jpg


20160905_145207.jpg


20160905_145509.jpg


20160905_145518.jpg


20160905_145526.jpg


20160905_145530.jpg


20160905_145546.jpg


20160905_145656.jpg


20160905_145838.jpg


20160905_145917.jpg


20160905_150157.jpg


20160905_161936.jpg


20160905_164751.jpg


20160905_164801.jpg


20160905_164802.jpg


20160905_164808(0).jpg


20160905_164809.jpg


20160905_164840.jpg


20160905_165931.jpg


20160905_165933.jpg


20160905_165935.jpg


20160905_165936.jpg


20160905_165938.jpg


20160905_170035.jpg


20160905_170038.jpg


20160905_170040.jpg


20160905_170044.jpg


20160905_170050.jpg


20160905_170053.jpg


20160905_170058.jpg


20160905_170102.jpg


20160905_170105.jpg


20160905_170113.jpg


20160905_170116.jpg


20160905_170119.jpg


20160905_170122(0).jpg


20160905_170122.jpg


20160905_170125.jpg


20160905_170128(0).jpg


20160905_170128.jpg


20160905_170137.jpg


20160905_170142.jpg


20160905_170151.jpg


20160905_170155.jpg


20160905_170156.jpg


20160905_170211.jpg

h


20160905_170214.jpg


20160905_170221.jpg


20160905_170225.jpg


20160905_170228.jpg


20160905_170231.jpg


20160905_170236(0).jpg


20160905_170236.jpg


20160905_170238.jpg


20160905_170244.jpg


20160905_170246.jpg


20160905_170251.jpg


20160905_170253.jpg


20160905_170257.jpg


20160905_170300.jpg


20160905_170303.jpg


20160905_170305.jpg


20160905_170309.jpg


20160905_170332.jpg


20160908_122131.jpg


20160909_131233.jpg


20160909_131235.jpg



20160912_183306.jpg


20160912_183314.jpg


20160915_175813.jpg


20160915_175857.jpg


20160928_100755.jpg


20160928_100807.jpg


20161116_153427.jpg


20161116_154223.jpg


20161116_155114.jpg


20161117_131032.jpg


20161117_132014.jpg


20161117_133239.jpg


20161117_134342.jpg


20161117_134532.jpg


20161117_135605.jpg


20161117_135705.jpg


20161117_135936.jpg


20161117_141237.jpg


20161117_141824_Burst01.jpg


20161117_141833.jpg


20161117_160308.jpg


20161117_160321.jpg


20161117_160326.jpg


20161117_160405.jpg


20161117_160409.jpg


20161117_160421.jpg


20161117_160425.jpg


20161117_160615.jpg


20161117_161530.jpg


20161117_161846.jpg


20161117_162443.jpg


20161117_162448.jpg


20161117_163212.jpg


20161117_163222.jpg


20161117_164103.jpg


20161117_164127.jpg


20161117_164142.jpg


20161117_164951.jpg


20161117_164957.jpg


20161117_165001.jpg


20161117_170301.jpg


20161117_170306.jpg


20161117_171006.jpg


20161117_171013.jpg


20161117_171019.jpg


20161117_171022.jpg


20161117_171452.jpg


20161118_110232.jpg


20161118_110515.jpg


20161118_110521.jpg


20161118_112656.jpg


20161118_120529.jpg


20161118_120536.jpg


20161118_120546.jpg


20161118_121816.jpg


20161118_123059.jpg


20161118_124230.jpg


20161118_133006.jpg


20161118_133018.jpg


20161118_133022.jpg


20161118_133345.jpg


20161118_134036.jpg


20161118_134306.jpg


20161118_140023.jpg


20161118_152421.jpg


20161118_152727.jpg


20161118_152735.jpg


20161118_155900.jpg


20161118_155916.jpg


20161118_162445.jpg


20161118_162500.jpg


20161127_101058.jpg


20161127_101108.jpg


20161127_101113.jpg


20161127_101131.jpg


20161127_102921.jpg


20161127_102927.jpg


20161127_102933.jpg


20161127_102940.jpg


20161127_102944.jpg


20161127_104545.jpg


20161127_110921.jpg


20161127_111012.jpg


20161127_111134.jpg


20161127_111824.jpg


20161129_104458.jpg


20161129_104502.jpg


20161129_104507.jpg


20161129_104518.jpg


20161129_104521.jpg


20161129_104535.jpg


20161129_104539.jpg


20161129_105928.jpg


20161129_111318_Burst01.jpg


20161129_112132.jpg


20161129_112137.jpg


20161129_112146.jpg


20161129_112240.jpg


20161129_114833.jpg


20161129_114838.jpg


20161129_114849.jpg


20161129_114932.jpg


20161129_121425.jpg


20161129_121427.jpg


20161129_121434.jpg


20161129_121447.jpg


20161129_121454.jpg


20161129_132242.jpg


20161129_132248.jpg


20161129_132252.jpg


20161129_132257.jpg


20161129_132421.jpg


20161129_134532.jpg


20161129_142609.jpg


20161129_142618.jpg


20161129_142624.jpg


20161129_142630.jpg


20161129_143108.jpg


20161129_143145.jpg


20161129_143150.jpg


20161129_143200.jpg


20161129_143204.jpg


20161129_143208.jpg


20161129_144141.jpg


20161129_144149.jpg


20161129_144333.jpg


20161129_144341.jpg


20161129_144345.jpg


20161129_144350.jpg


20161129_144532.jpg


20161129_150414.jpg


20161129_150427.jpg


20161129_150433.jpg


20161129_150437.jpg


20161129_150943.jpg


20161129_150947.jpg


20161129_150951.jpg


20161129_150955.jpg


20161129_152143.jpg


20161129_152157.jpg


20161129_152206.jpg


20161129_152210.jpg


!0161129_152226_Burst01.jpg


20161129_152251.jpg


20161129_152729.jpg


20161129_152733.jpg


20161129_153342.jpg


20161129_153346.jpg


20161129_153351.jpg


20161129_153403.jpg


20161129_153406.jpg


20161129_153411.jpg


20161129_153930.jpg


20161129_153934.jpg


20161129_153938.jpg


20161129_155202.jpg


20161129_155207.jpg


20161129_155210.jpg


20161129_155219.jpg


20161129_155225.jpg


20161129_155240.jpg


20161129_155244.jpg


20161129_155249.jpg


20161129_155306.jpg


20161129_155334.jpg


20161129_155521.jpg


20161129_155526.jpg


20161129_155802.jpg


20161129_155807.jpg


20161129_155812.jpg


20161129_155816.jpg


20161129_155832.jpg


20161129_155847.jpg


20161129_160607.jpg


20161129_160704.jpg


20161129_160708.jpg


20161129_160715.jpg


20161129_161611.jpg


20161129_161617.jpg


20161129_161621.jpg


20161129_161640.jpg


20161129_161650.jpg


20161129_161706.jpg


20161129_161711.jpg


20161129_162449.jpg


20161129_162455.jpg


20161129_163011.jpg


20161129_163029.jpg


20161129_163124.jpg


20161129_164424.jpg


20161129_164438.jpg


20161129_164451.jpg


20161129_165238.jpg


20161129_165244.jpg


20161130_121833.jpg


20161130_121836.jpg


20161130_121845.jpg


20161130_121851.jpg


20161130_121854.jpg


20161130_121858.jpg


20161130_121907.jpg


20161130_121916.jpg


20161130_121924.jpg


20161130_121932.jpg


20161130_122915.jpg


20161130_122919.jpg


20161130_122922.jpg


20161130_122929.jpg


20161130_122932.jpg


20161130_122941.jpg


20161130_122948.jpg


20161130_123028.jpg


20161130_123039.jpg


20161130_123046.jpg


20161130_123226.jpg


20161130_123241.jpg


20161130_123355.jpg


20161130_123926.jpg


20161130_123938.jpg


20161130_123958.jpg


20161130_124221.jpg


20161130_124226.jpg


20161130_124237.jpg


20161130_124252.jpg


20161130_125246.jpg


20161130_125250.jpg


20161130_125258.jpg


20161130_125307.jpg


20161130_125319.jpg


20161130_125334.jpg


20161130_125342.jpg


20161130_125355.jpg


20161130_125429.jpg


20161201_105123.jpg


20161202_150526.jpg


20161202_150531.jpg


20180709_104808.jpg


20180709_105133.jpg


20180709_202048.jpg


20180709_202058.jpg


20180709_202104.jpg


20180709_204212.jpg


20180709_204221.jpg


20180709_211207.jpg


20180713_131016.jpg


20180714_194002.jpg


20180714_194042.jpg


20180714_194101.jpg


20180714_194121.jpg


20180714_194136.jpg


20180714_194142_Burst01.jpg


20180714_194211.jpg


20180714_194221.jpg


20180714_194245.jpg


20180714_194257.jpg


20180714_194636.jpg


20180714_194700.jpg


20180714_194738.jpg


20180714_202637_Burst01.jpg


20180714_202712.jpg


1531148022182.jpg


1531183324102.jpg


1531185120286.jpg


1531338293599.jpg


1531611632648.jpg


1531611712173.jpg


1531611960679.jpg


1531614390137.jpg


1531614409107.jpg


1531700163658.jpg


1531720271168.jpg


1531720271462.jpg


1531720271784.jpg


1531720272086.jpg


1531720272382.jpg


1531720275194.jpg


1531720277965.jpg


1531720278265.jpg


1531720278504.jpg


1531720280806.jpg


1531720281383.jpg


1531720281636.jpg


1534486423280.jpg


1534486423816.jpg


1534486424385.jpg


1534486425148.jpg


1534486425669.jpg


1534486426318.jpg


1534486432831.jpg


1534486433487.jpg


1534486436080.jpg


1534486436719.jpg


1534486437479.jpg


1534486438135.jpg


1534486438909.jpg


1534486439503.jpg


1534486440335.jpg


1534486441016.jpg


1534486441989.jpg


1534486442635.jpg


1534486443351.jpg


1534486444033.jpg


1534486445263.jpg


1534486445882.jpg


1534486446562.jpg



1534486447234.jpg



1534486447855.jpg


1534486448539.jpg


1534486449034.jpg


1534486449651.jpg


1534486456364.jpg


1534486456985.jpg


1534486457625.jpg


1534486458230.jpg


1534486458760.jpg


1534486459416.jpg


1534486460057.jpg


1534486465487.jpg


1534486466524.jpg


1534486467199.jpg


1534486468220.jpg


1534486468856.jpg


1534486469400.jpg


1534486469998.jpg


1534486470537.jpg


1534486471209.jpg


1534486471945.jpg


1534486472604.jpg


1534486473285.jpg


1534486473931.jpg


1534486474419.jpg


1534486475040.jpg


1534486475949.jpg


1534486476587.jpg


1534486477100.jpg


1534486477707.jpg


1534486478536.jpg


1534486479040.jpg


1534486479619.jpg


1534486480305.jpg


1534486481700.jpg


1534486482419.jpg


1534486482877.jpg


1534486483384.jpg


1534486483850.jpg


1534486484422.jpg


1534486487293.jpg


1534486493729.jpg


1534486494386.jpg


1534486497005.jpg


1534486499504.jpg


1534486500180.jpg


1534486500866.jpg


1534486501491.jpg


1534486503231.jpg


1534486503878.jpg


1534486507220.jpg


1534486507852.jpg


1534486511889.jpg


1534486512592.jpg


1534486513084.jpg


1534486513678.jpg


1534486515647.jpg


1534486518085.jpg


1534486518755.jpg


1534486520756.jpg


1534486521366.jpg


1534486521914.jpg


1534486522556.jpg


1534486523399.jpg


1534486523897.jpg



1534486524441.jpg


1534486525212.jpg


1534486526822.jpg


1534486527501.jpg


1534486528426.jpg


1534486529089.jpg


1534486530104.jpg


1534486531259.jpg


1534486531855.jpg


1534486532941.jpg


1534486533595.jpg


1534486534328.jpg


1534486535029.jpg


1534486535649.jpg


1534486536281.jpg


1534486536810.jpg


1534486537342.jpg


1534486537993.jpg


1534486538642.jpg


1534486539288.jpg


1534486539915.jpg


1534486540585.jpg


1534486541102.jpg


1534486541675.jpg


1534486542338.jpg


1534486543338.jpg


1534486543935.jpg


1534486544590.jpg


1534486545252.jpg


1534486545957.jpg


1534486546576.jpg


1534486547288.jpg


1534486547811.jpg


1534486548296.jpg


1534486548810.jpg


1534486549380.jpg


1534486549997.jpg


1534486550624.jpg


1534486551274.jpg


1534486551916.jpg


1534486552437.jpg


1534486552889.jpg


1534486553442.jpg


1534486554005.jpg


1534486554607.jpg


1534486555193.jpg


1534486555841.jpg


1534486556570.jpg


1534486557108.jpg


1534486557653.jpg


1534486558260.jpg


1534486558888.jpg


1534486559548.jpg


1534486560189.jpg



1534486560696.jpg


1534486561275.jpg


1534486561907.jpg


1534486562543.jpg


1534486563757.jpg


1534486564427.jpg


1534486564945.jpg


1534486565603.jpg


1534486566531.jpg


1534486567176.jpg


1534486567648.jpg


1534486568292.jpg


1534486572192.jpg


1534486572872.jpg


1534486573812.jpg


1534486574427.jpg


1534486575098.jpg


1534486575697.jpg


1534486576196.jpg


1534486576899.jpg


1534486577461.jpg


1534486578092.jpg


1534486579039.jpg


1534486579710.jpg


1534486580355.jpg


1534486581010.jpg


1534486581501.jpg


1534486582166.jpg


1534486582672.jpg


1534486583325.jpg


1534486583956.jpg


1534486584579.jpg


1534486585180.jpg


1534486585701.jpg


1534486586266.jpg


1534486586896.jpg


1534486587560.jpg


1534486588073.jpg


1534486588670.jpg


1534486589792.jpg


1534486590483.jpg


1534486591231.jpg


1534486591715.jpg


1534486592941.jpg

18


1534486593588.jpg


1534486594247.jpg


1534486594906.jpg


1534486595532.jpg


1534486596025.jpg


1534486596663.jpg


1534486597341.jpg


1534486597973.jpg


1534486598459.jpg


1534486598925.jpg


1534486599111.jpg


1534486599619.jpg


1534486600130.jpg



1534486600740.jpg


1534486601337.jpg


1534486601996.jpg


1534486602655.jpg


1534486603257.jpg


1534486605586.jpg


1534486607373.jpg


1534486607980.jpg


1534486608633.jpg


1534486610348.jpg


1534486610852.jpg


1534486611005.jpg


1534486613077.jpg


1534486617180.jpg


1534538173109.jpg


1534540236779.jpg


1534540238259.jpg


1534540238643.jpg


1534540239156.jpg


1534540239527.jpg


1534540239943.jpg


1534540240308.jpg

19


1534540240725.jpg


1534639031365.jpg


1534639032046.jpg


1534639032480.jpg


1534639032876.jpg


P_20140521_22_51_00_Pro.j


P_20160829_14_05_45_Pro.j


P_20160829_14_06_10_Pro.j


P_20160829_14_06_27_Pro.j


P_20160829_14_06_38_Pro.j


P_20160829_14_06_54_Pro.j


P_20160829_14_07_12_Pro.j


P_20160829_14_10_14_Pro.j


P_20160829_14_11_12_Pro.j


P_20160829_14_12_00_Pro.j


P_20160829_14_12_17_Pro.j


P_20160903_11_17_17_Pro.j


P_20160903_11_17_31_Pro.j


P_20160903_11_17_37_Pro.j


P_20160903_11_17_45_Pro.j


P_20160903_11_17_53_Pro.j


P_20160903_11_18_06_Pro.j


P_20160903_11_18_17_Pro.j


P_20160903_11_18_27_Pro.j


P_20160903_11_23_41_Pro.j


P_20160903_11_24_02_Pro.j


P_20160903_11_24_09_Pro.j


P_20160903_11_24_35_Pro.j


P_20160903_11_24_45_Pro.j


P_20160903_11_24_55_Pro.j


P_20160903_11_25_04_Pro.j


P_20160903_11_25_21_Pro.j


P_20160903_11_25_33_Pro.j


P_20160903_11_25_48_Pro.j


P_20160903_11_26_07_Pro.j

20


P_20160903_11_26_26_Pro.j


P_20160903_11_26_48_Pro.j


P_20160903_11_27_10_Pro.j


P_20160903_11_27_34_Pro.j


P_20160903_11_27_54_Pro.j


P_20160903_11_28_57_Pro.j


P_20160903_11_54_48_Pro.j


P_20160903_11_58_59_Pro.j


P_20160903_12_05_59_Pro.j


P_20160903_12_07_34_Pro.j


P_20160903_12_08_13_Pro.j


P_20160903_12_10_16_Pro.j


P_20160903_12_10_26_Pro.j


P_20160903_12_11_27_Pro.j


P_20160903_12_13_21_Pro.j


P_20160903_12_14_20_Pro.j


P_20160903_12_14_45_Pro.j


P_20160903_12_14_52_Pro.j


P_20160903_12_15_25_Pro.j


P_20160903_12_15_59_Pro.j


P_20160903_12_18_05_Pro.j


P_20160903_12_19_14_Pro.j


P_20160903_12_23_26_Pro.j


P_20160903_12_23_46_Pro.j


P_20160903_12_24_36_Pro.j


P_20160903_12_25_39_Pro.j


P_20160903_12_25_46_Pro.j


P_20160903_12_26_37_Pro.j


P_20160903_12_27_20_Pro.j



P_20160903_12_32_11_Pro.j


P_20160903_12_33_00_Pro.j


P_20160903_12_34_33_Pro.j


P_20160903_12_34_48_Pro.j


P_20160903_12_35_00_Pro.j


P_20160903_12_35_50_Pro.j

21


P_20160903_12_36_01_Pro.j


P_20160903_12_36_57_Pro.j


P_20160903_12_39_09_Pro.j


P_20160903_12_42_17_Pro.j


P_20160903_12_44_06_Pro.j


P_20160903_12_44_48_Pro.j


P_20160903_12_46_26_Pro.j


P_20160903_12_48_19_Pro.j


P_20160903_12_48_28_Pro.j


P_20160903_12_48_35_Pro.j


P_20160903_12_50_32_Pro.j


P_20160903_12_50_45_Pro.j


P_20160903_12_51_26_Pro.j


P_20160903_12_52_35_Pro.j


P_20160903_12_54_16_Pro.j


P_20160903_12_56_13_Pro.j


P_20160903_12_56_55_Pro.j


P_20160903_13_00_08_Pro.j


P_20160903_13_15_49_Pro.j


P_20160903_13_16_04_Pro.j


P_20160903_13_17_04_Pro.j


P_20160903_13_19_11_Pro.j


P_20160903_13_19_36_Pro.j



P_20160903_13_19_52_Pro.j


P_20160903_13_20_18_Pro.j



P_20160903_13_20_42_Pro.j


P_20160903_13_21_23_Pro.j


P_20160903_13_22_00_Pro.j


P_20160903_13_22_17_Pro.j


P_20160903_13_24_55_Pro.j


P_20160903_13_25_33_Pro.j


P_20160903_13_28_19_Pro.j


P_20160903_13_29_51_Pro.j


P_20160903_13_32_45_Pro.j


P_20160903_13_32_53_Pro.j

22


P_20160903_13_36_17_Pro.j


P_20160903_13_39_14_Pro.j


P_20160903_13_43_18_Pro.j


P_20160903_13_53_29_Pro.j


P_20160903_13_54_37_Pro.j


P_20160903_13_54_43_Pro.j


P_20160903_13_57_07_Pro.j


P_20160903_13_59_46_Pro.j


P_20160903_13_59_54_Pro.j


P_20160903_14_05_13_Pro.j


P_20160903_14_05_29_Pro.j


P_20160903_14_07_23_Pro.j


P_20160903_14_09_46_Pro.j


P_20160903_14_10_00_Pro.j


P_20160903_14_10_13_Pro.j


P_20160903_14_28_36_Pro.j


P_20160903_14_34_14_Pro.j


P_20160903_14_35_42_Pro.j


P_20160903_15_11_42_Pro.j


P_20160903_15_12_35_Pro.j


P_20160903_15_12_42_Pro.j


P_20160903_18_20_09_Pro.j


P_20160903_18_21_16_Pro.j


P_20160903_18_22_05_Pro.j


P_20160903_18_22_16_Pro.j


P_20160903_18_22_25_Pro.j


P_20160903_18_22_40_Pro.j


P_20160903_18_22_54_Pro.j


P_20160903_18_23_06_Pro.j


P_20160903_18_23_18_Pro.j


P_20160903_18_29_01_Pro.j


P_20160903_18_29_08_Pro.j


P_20160903_18_38_13_Pro.j


P_20160903_18_38_30_Pro.j


P_20160903_18_38_45_Pro.j

23


P_20160903_18_38_56_Pro.j


P_20160903_18_39_10_Pro.j


P_20160903_18_39_31_Pro.j


P_20160903_18_42_19_Pro.j


P_20160904_14_21_14_Pro.j


P_20160904_14_21_31_Pro.j


P_20160904_14_21_45_Pro.j


P_20160904_14_21_52_Pro.j


P_20160904_14_22_09_Pro.j


P_20160904_14_22_32_Pro.j


P_20160904_14_22_40_Pro.j


P_20160904_14_22_54_Pro.j


P_20160904_14_23_03_Pro.j


P_20160904_14_28_19_Pro.j


P_20160904_14_29_10_Pro.j


P_20160904_14_29_25_Pro.j


P_20160904_14_30_50_Pro.j


P_20160904_14_31_18_Pro.j


P_20160904_14_49_47_Pro.j


P_20160904_14_52_20_Pro.j


P_20160904_14_52_27_Pro.j


P_20160904_14_52_44_Pro.j



P_20160904_14_53_11_Pro.j


P_20160904_14_53_22_Pro.j


P_20160904_15_56_55_Pro.j


P_20160904_15_57_06_Pro.j


P_20160904_15_57_16_Pro.j


P_20160904_15_57_41_Pro.j


P_20160904_15_57_49_Pro.j


P_20160904_15_57_58_Pro.j


P_20160904_15_58_15_Pro.j


P_20160904_15_59_25_Pro.j


P_20160904_15_59_46_Pro.j


P_20160904_17_07_32_Pro.j


P_20160904_17_08_08_Pro.j

24


P_20160904_17_18_52_Pro.j


P_20160904_17_21_10_Pro.j


P_20160904_17_22_35_Pro.j


P_20160904_17_23_32_Pro.j


P_20160904_17_23_51_Pro.j


P_20160904_17_25_27_Pro.j


P_20160904_17_25_45_Pro.j


P_20160904_17_27_39_Pro.j


P_20160904_17_28_44_Pro.j


P_20160904_17_29_05_Pro.j


P_20160904_17_30_33_Pro.j


P_20160904_17_30_46_Pro.j


P_20160904_17_32_04_Pro.j


P_20160904_17_32_24_Pro.j


P_20160904_17_33_00_Pro.j


P_20160904_17_33_59_Pro.j


P_20160904_17_34_58_Pro.j


P_20160904_17_35_38_Pro.j


P_20160904_17_37_17_Pro.j


P_20160904_17_37_46_Pro.j


P_20160904_17_38_43_Pro.j


P_20160904_17_40_30_Pro.j


P_20160904_17_41_32_Pro.j


P_20160904_17_41_50_Pro.j


P_20160904_17_41_59_Pro.j


P_20160904_17_42_06_Pro.j


P_20160904_17_42_29_Pro.j


P_20160904_17_43_25_Pro.j


P_20160904_17_43_48_Pro.j


P_20160904_17_44_22_Pro.j


P_20160904_17_44_57_Pro.j


P_20160904_17_45_36_Pro.j


P_20160904_17_46_19_Pro.j


P_20160904_17_48_00_Pro.j


P_20160904_17_50_16_Pro.j

25


P_20160904_17_51_23_Pro.j


P_20160904_17_51_48_Pro.j


P_20160904_17_51_57_Pro.j


P_20160904_17_52_50_Pro.j


P_20160904_17_52_59_Pro.j


P_20160904_17_54_02_Pro.j


P_20160904_17_55_12_Pro.j


P_20160904_17_56_52_Pro.j


P_20160904_17_57_37_Pro.j


P_20160904_17_58_05_Pro.j


P_20160904_17_59_09_Pro.j


P_20160904_18_02_03_Pro.j


P_20160904_18_02_18_Pro.j


P_20160904_18_02_25_Pro.j


P_20160904_18_03_43_Pro.j


P_20160904_18_03_55_Pro.j


P_20160904_18_04_50_Pro.j


P_20160904_18_05_09_Pro.j


P_20160904_18_06_39_Pro.j


P_20160904_18_07_52_Pro.j


P_20160904_18_08_48_Pro.j


P_20160904_18_10_15_Pro.j


P_20160904_18_12_26_Pro.j


P_20160904_18_12_37_Pro.j


P_20160904_18_14_44_Pro.j


P_20160904_18_19_18_Pro.j


P_20160904_18_19_41_Pro.j


P_20160904_18_19_50_Pro.j


P_20160904_18_19_59_Pro.j


P_20160904_18_20_08_Pro.j


P_20160904_18_20_20_Pro.j


P_20160904_18_20_29_Pro.j


P_20160904_18_20_43_Pro.j


P_20160904_18_20_50_Pro.j


P_20160904_18_21_01_Pro.j

26


P_20160904_18_30_21_Pro.j


P_20160904_18_30_29_Pro.j


P_20160904_18_30_37_Pro.j


P_20160904_18_30_44_Pro.j


P_20160904_18_30_53_Pro.j


P_20160904_18_31_03_Pro.j


P_20160904_18_31_12_Pro.j


P_20160904_18_33_45_Pro.j


P_20160904_18_34_01_Pro.j


P_20160904_18_34_12_Pro.j


P_20160904_18_34_30_Pro.j


P_20160904_19_09_55_Pro.j


P_20160904_19_10_53_Pro.j


P_20160904_19_12_04_Pro.j


P_20160904_19_12_17_Pro.j


P_20160904_19_13_48_Pro.j


P_20160904_19_15_07_Pro.j


P_20160904_19_15_36_Pro.j


P_20160904_19_15_49_Pro.j


P_20160904_19_16_09_Pro.j


P_20160904_19_17_09_Pro.j


P_20160904_19_17_59_Pro.j


P_20160904_19_21_06_Pro.j


P_20160904_19_22_02_Pro.j


P_20160904_19_22_20_Pro.j


P_20160904_19_22_26_Pro.j


P_20160904_19_24_53_Pro.j


P_20160904_19_25_00_Pro.j


P_20160904_19_25_22_Pro.j


P_20160904_19_26_27_Pro.j


P_20160904_19_26_35_Pro.j



P_20160904_19_27_21_Pro.j


P_20160904_19_29_06_Pro.j


P_20160904_19_29_31_Pro.j


P_20160904_19_30_44_Pro.j

27


P_20160904_19_31_51_Pro.j


P_20160904_19_32_07_Pro.j


P_20160904_19_32_43_Pro.j


P_20160904_19_34_32_Pro.j


P_20160904_19_35_13_Pro.j


P_20160904_19_36_08_Pro.j


P_20160904_19_37_37_Pro.j


P_20160904_19_37_50_Pro.j


P_20160904_19_38_59_Pro.j


P_20160904_19_42_22_Pro.j


P_20160904_19_44_26_Pro.j


P_20160904_19_45_06_Pro.j


P_20160904_19_45_13_Pro.j


P_20160904_19_45_20_Pro.j


P_20160904_19_45_32_Pro.j


P_20160904_19_52_45_Pro.j


P_20160904_19_53_20_Pro.j


P_20160904_19_55_53_Pro.j


P_20160904_19_56_04_Pro.j


P_20160905_09_19_55_Pro.j


P_20160905_09_24_47_Pro.j


P_20160905_09_24_56_Pro.j


P_20160905_09_25_11_Pro.j


P_20160905_09_25_33_Pro.j


P_20160905_09_26_01_Pro.j


P_20160905_09_26_37_Pro.j


P_20160905_09_26_48_Pro.j


P_20160905_09_26_55_Pro.j


P_20160905_09_27_40_Pro.j


P_20160905_09_30_11_Pro.j


P_20160905_09_30_25_Pro.j


P_20160905_09_31_40_Pro.j


P_20160905_09_31_55_Pro.j


P_20160905_09_33_33_Pro.j


P_20160905_09_34_37_Pro.j

28


P_20160905_09_37_53_Pro.j


P_20160905_09_40_26_Pro.j


P_20160905_09_41_18_Pro.j


P_20160905_09_42_29_Pro.j


P_20160905_09_44_43_Pro.j


P_20160905_09_44_58_Pro.j


P_20160905_09_47_07_Pro.j


P_20160905_09_49_16_Pro.j


P_20160905_09_56_36_Pro.j


P_20160905_09_56_44_Pro.j


P_20160905_09_57_59_Pro.j


P_20160905_09_59_43_Pro.j


P_20160905_10_00_13_Pro.j


P_20160905_10_17_56_Pro.j


P_20160905_10_34_35_Pro.j


P_20160905_10_38_13_Pro.j



P_20160905_10_38_29_Pro.j


P_20160905_10_38_48_Pro.j


P_20160905_10_40_36_Pro.j


P_20160905_10_45_28_Pro.j


P_20160905_10_45_38_Pro.j


P_20160905_10_53_50_Pro.j


P_20160905_10_54_15_Pro.j


P_20160905_10_59_45_Pro.j


P_20160905_10_59_57_Pro.j


P_20160905_11_21_35_Pro.j


P_20160905_11_22_40_Pro.j


P_20160905_11_24_22_Pro.j


P_20160905_11_49_46_Pro.j


P_20160905_11_50_28_Pro.j


P_20160905_11_52_01_Pro.j


P_20160905_11_53_04_Pro.j


P_20160905_11_53_19_Pro.j


P_20160905_11_54_18_Pro.j


P_20160905_11_58_28_Pro.j

29


P_20160905_11_58_39_Pro.j


P_20160905_12_03_06_Pro.j


P_20160905_12_03_25_Pro.j


P_20160905_12_03_43_Pro.j


P_20160905_12_09_25_Pro.j


P_20160905_12_11_37_Pro.j


P_20160905_12_12_48_Pro.j


P_20160905_12_13_03_Pro.j


P_20160905_12_19_44_Pro.j


P_20160905_12_39_14_Pro.j


P_20160905_13_00_29_Pro.j


P_20160905_17_21_46_Pro.j


P_20160905_17_21_54_Pro.j


WP_20160906_001.jpg


WP_20160906_002.jpg


P_20160906_09_28_56_Pro.j


P_20160906_10_06_16_Pro.j


P_20160906_10_08_56_Pro.j


P_20160906_10_12_43_Pro.j


P_20160906_10_15_58_Pro.j


P_20160906_10_23_19_Pro.j


P_20160906_10_39_21_Pro.j


P_20160906_10_42_25_Pro.j


P_20160906_10_56_22_Pro.j


P_20160906_11_16_01_Pro.j


P_20160906_11_16_28_Pro.j


P_20160906_11_22_34_Pro.j


P_20160906_11_28_35_Pro.j


P_20160906_11_41_00_Pro.j


P_20160906_11_45_30_Pro.j


P_20160906_12_51_31_Pro.j


P_20160906_13_33_00_Pro.j


P_20160906_14_48_47_Pro.j


WP_20160907_001.jpg


WP_20160907_002.jpg

30


P_20160907_18_00_39_Pro.j


P_20160907_18_00_51_Pro.j


P_20160907_18_14_32_Pro.j


P_20160907_18_14_41_Pro.j


P_20160907_18_15_05_Pro.j


P_20160907_18_26_09_Pro.j


P_20160907_18_32_01_Pro.j


P_20160907_18_32_13_Pro.j


P_20160907_18_32_30_Pro.j


P_20160907_18_32_38_Pro.j


P_20160907_18_33_25_Pro.j


P_20160907_18_51_39_Pro.j


P_20160907_19_15_25_Pro.j


P_20160907_19_15_36_Pro.j


P_20160908_11_11_38_Pro.j



P_20160908_11_11_55_Pro.j


P_20160908_11_12_40_Pro.j


P_20160908_11_12_55_Pro.j


P_20160908_11_13_13_Pro.j


P_20160908_11_14_24_Pro.j


P_20160908_11_15_07_Pro.j


P_20160908_11_15_35_Pro.j


P_20160908_11_17_45_Pro.j


P_20160908_11_23_00_Pro.j


P_20160908_11_27_41_Pro.j


P_20160908_11_28_56_Pro.j


P_20160908_11_34_18_Pro.j


P_20160908_11_34_31_Pro.j


P_20160908_11_34_53_Pro.j


P_20160908_11_35_05_Pro.j


P_20160908_11_35_20_Pro.j


P_20160908_11_35_33_Pro.j


P_20160908_11_35_48_Pro.j


P_20160908_11_35_55_Pro.j


P_20160908_11_36_08_Pro.j

31


P_20160908_11_36_18_Pro.j


P_20160908_11_36_39_Pro.j


P_20160908_11_42_01_Pro.j


P_20160908_11_42_54_Pro.j


P_20160908_12_37_47_Pro.j


P_20160908_12_40_13_Pro.j


P_20160908_12_40_37_Pro.j



P_20160908_12_40_54_Pro.j


P_20160908_12_42_36_Pro.j


P_20160908_12_51_26_Pro.j


P_20160908_12_55_26_Pro.j


P_20160908_13_00_40_Pro.j


P_20160908_13_04_37_Pro.j


P_20160908_13_08_09_Pro.j


P_20160908_13_08_20_Pro.j


P_20160908_13_08_29_Pro.j


P_20160908_13_09_22_Pro.j


P_20160908_13_10_37_Pro.j


P_20160908_13_23_10_Pro.j


P_20160908_13_27_18_Pro.j


P_20160908_13_27_36_Pro.j


P_20160908_13_38_22_Pro.j


P_20160908_13_42_40_Pro.j


P_20160908_13_43_43_Pro.j


P_20160908_13_58_33_Pro.j


P_20160908_14_07_19_Pro.j


P_20160908_14_17_24_Pro.j


P_20160908_14_17_35_Pro.j


P_20160908_14_21_27_Pro.j


P_20160908_14_22_53_Pro.j


P_20160908_14_30_36_Pro.j


P_20160908_14_36_52_Pro.j


P_20160908_14_41_24_Pro.j


P_20160908_14_43_53_Pro.j


P_20160908_15_21_58_Pro.j

32


P_20160908_15_22_09_Pro.j


P_20160908_15_22_30_Pro.j


P_20160908_15_23_38_Pro.j


P_20160908_15_30_47_Pro.j


P_20160908_15_31_29_Pro.j


P_20160908_15_32_18_Pro.j


P_20160908_15_39_46_Pro.j


P_20160908_15_41_35_Pro.j


P_20160908_15_41_49_Pro.j


P_20160908_15_41_55_Pro.j


P_20160908_15_42_05_Pro.j


P_20160908_15_54_18_Pro.j


P_20160908_15_57_39_Pro.j


P_20160908_15_57_53_Pro.j


P_20160908_15_58_16_Pro.j


P_20160908_16_00_59_Pro.j


P_20160908_16_01_22_Pro.j


P_20160908_16_03_05_Pro.j


P_20160908_16_29_08_Pro.j


P_20160908_16_49_41_Pro.j


P_20160908_16_52_37_Pro.j


P_20160908_16_58_32_Pro.j



P_20160908_16_58_54_Pro.j


P_20160908_16_59_04_Pro.j


P_20160908_16_59_13_Pro.j


P_20160908_16_59_26_Pro.j


P_20160908_16_59_43_Pro.j


P_20160908_16_59_50_Pro.j


P_20160908_17_00_36_Pro.j


P_20160908_17_19_33_Pro.j


P_20160908_17_24_45_Pro.j


P_20160908_17_26_46_Pro.j


P_20160908_18_41_29_Pro.j


P_20160908_18_41_51_Pro.j


P_20160908_19_14_42_Pro.j

33


P_20160908_19_14_51_Pro.j


P_20160908_19_15_02_Pro.j


P_20160908_19_15_16_Pro.j


P_20160908_19_17_50_Pro.j


P_20160908_19_31_01_Pro.j


P_20160908_19_31_42_Pro.j


P_20160908_19_34_56_Pro.j


P_20160910_13_29_47_Pro.j


P_20160910_13_30_13_Pro.j


P_20160910_13_33_38_Pro.j


P_20160910_13_44_38_Pro.j


P_20160910_13_53_27_Pro.j


P_20160910_14_41_43_Pro.j


P_20160910_14_59_22_Pro.j


P_20160910_15_01_39_Pro.j


P_20160910_15_04_01_Pro.j


P_20160910_15_04_41_Pro.j


P_20160910_15_36_10_Pro.j


P_20161129_09_54_44_Pro.j


P_20161129_09_54_58_Pro.j


P_20161129_10_00_51_Pro.j


P_20161129_10_01_13_Pro.j


P_20161129_10_05_04_Pro.j


P_20161129_10_05_15_Pro.j


P_20161129_10_10_07_Pro.j


P_20161129_10_10_15_Pro.j


P_20161129_10_12_02_Pro.j


P_20161129_10_15_35_Pro.j


P_20161129_10_15_49_Pro.j


P_20161129_10_15_56_Pro.j


P_20161129_10_21_31_Pro.j


P_20161129_10_21_41_Pro.j


P_20161129_10_26_43_Pro.j


P_20161129_10_26_51_Pro.j


P_20161129_10_29_20_Pro.j

34


P_20161129_10_38_22_Pro.j


P_20161129_10_39_47_Pro.j


P_20161129_11_00_12_Pro.j


P_20161129_11_00_24_Pro.j


P_20161129_11_02_55_Pro.j


P_20161129_11_03_00_Pro.j


P_20161129_11_03_09_Pro.j


P_20161129_11_03_19_Pro.j


P_20161129_11_06_45_Pro.j


P_20161129_11_09_53_Pro.j


P_20161129_16_08_46_Pro.j


P_20161129_16_08_56_Pro.j


P_20161129_16_09_07_Pro.j


P_20161129_16_09_15_Pro.j


P_20161129_16_10_39_Pro.j


P_20161129_16_11_15_Pro.j


P_20161129_16_11_34_Pro.j


P_20161129_16_11_45_Pro.j


P_20161129_16_34_04_Pro.j


P_20161129_16_34_11_Pro.j


P_20161129_16_34_36_Pro.j


P_20161129_16_38_35_Pro.j


P_20161129_16_38_47_Pro.j


P_20161129_16_39_08_Pro.j


P_20161129_16_39_19_Pro.j


P_20161129_16_39_29_Pro.j


P_20161129_16_50_00_Pro.j


P_20161129_16_50_15_Pro.j


P_20161129_16_50_35_Pro.j


P_20161129_16_56_01_Pro.j


P_20161130_12_00_30_Pro.j


P_20161130_12_00_45_Pro.j


P_20161130_12_01_05_Pro.j


P_20161130_12_01_14_Pro.j


P_20161130_12_01_28_Pro.j

35

| | | | | |
|---|---|---|---|---|
|  P_20161130_12_01_40_Pro.j |  P_20161130_12_02_08_Pro.j |  P_20161130_12_02_19_Pro.j |  P_20161130_12_02_28_Pro.j |  P_20161130_12_04_44_Pro.j |
|  P_20161130_12_04_56_Pro.j |  P_20161130_12_05_10_Pro.j |  P_20161130_12_05_20_Pro.j |  P_20161130_12_05_45_Pro.j |  P_20161130_12_05_52_Pro.j |
|  P_20161130_12_05_59_Pro.j |  P_20161130_12_06_12_Pro.j |  P_20161130_12_06_25_Pro.j |  P_20161130_12_06_43_Pro.j |  P_20161130_12_06_50_Pro.j |
|  P_20161130_12_07_02_Pro.j |  P_20161130_12_07_13_Pro.j |  P_20161130_12_57_38_Pro.j |  P_20161130_12_57_52_Pro.j |  P_20161130_12_58_07_Pro.j |
|  P_20161130_12_58_17_Pro.j |  P_20161130_12_58_24_Pro.j |  P_20161130_12_58_51_Pro.j |  P_20161130_12_59_06_Pro.j |  P_20161130_12_59_16_Pro.j |
|  P_20161130_12_59_45_Pro.j |  P_20161130_12_59_59_Pro.j |  P_20161130_13_00_10_Pro.j |  P_20161130_13_00_31_Pro.j |  P_20161130_13_00_42_Pro.j |
|  P_20161130_13_01_12_Pro.j |  P_20161130_13_01_20_Pro.j |  P_20161130_13_01_31_Pro.j |  P_20161130_13_04_48_Pro.j |  P_20161201_10_12_10_Pro.j |


P_20161201_10_12_38_Pro.j


P_20161201_10_13_02_Pro.j


P_20161201_10_13_19_Pro.j


P_20161201_10_13_41_Pro.j


P_20161201_10_14_01_Pro.j


P_20161201_10_14_18_Pro.j


P_20161201_10_14_40_Pro.j


P_20161201_10_15_07_Pro.j


P_20161201_10_15_35_Pro.j


P_20161201_10_15_50_Pro.j


P_20161201_10_15_58_Pro.j


P_20161201_10_25_42_Pro.j


P_20161201_10_25_53_Pro.j


P_20161201_10_26_07_Pro.j


P_20161201_10_30_39_Pro.j


P_20161201_10_30_50_Pro.j


P_20161201_10_31_12_Pro.j


P_20161201_10_32_05_Pro.j


P_20161201_10_32_18_Pro.j


P_20161201_10_46_30_Pro.j


P_20161201_10_46_42_Pro.j


P_20161201_10_46_52_Pro.j


P_20161201_10_47_01_Pro.j


P_20161201_10_47_49_Pro.j


P_20161201_10_47_58_Pro.j





68 Photos

# ADDENDUM #1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | ID# | Item Desription | QTY | Est. + | Est. lo |
| 2 | Pg 1 | JH Collectables TShirt/Flwer | | 115.00 | $70.00 |
| 3 | Pg | Harvé benard leather Coat | | $200.00 | $150.00 |
| 4 | Pg | Model number - WSP-150 | | $155.00 | 100.00 |
| 5 | Pg | JVC Radio/cd/Tape (Stereo) | | 80.00 | 65.00 |
| 6 | Pg | labtec headphones - MP 350 | | $29.99 | $19.99 |
| 7 | Pg | Dual head Spinning fan) | | | |
| 8 | | 3 Remotes | | | |
| 9 | | Lasko E20734 | | | |
| 10 | | | | | |
| 11 | Pg | Tool Bag | | ↑ | ↑ |
| 12 | | ~~Tool Bag?~~ | | | |
| 13 | | ~~Yellow [illegible] tri Pod [illegible]~~ | | | |
| 14 | | ~~Case [illegible]~~ | | Total | Total |
| 15 | Pg | Pine sol, Rustoleam, starting fluid) | | $450.00 | $250.00 |
| 16 | | Etc. | | | |
| 17 | | Natural twine, Window Wipes | | | |
| 18 | | Paint Brushes | 4 | | |
| 19 | | Workforce tile cutter | | | |
| 20 | | Tool Bag CLC | | | |
| 21 | | Ryobi Model - RJC186 | | | |
| 22 | | Samsung DVD Player | | | |
| 23 | | Model number - DVD-M101 XAA | | | |
| 24 | Pg | PQH307 | | | |
| 25 | | Niltone ? | | | |
| 26 | | ? | | | |
| 27 | | issue No. Model - 86,174 | | | |
| 28 | Pg | Ryobi RJC186 | | | |
| 29 | | Esquire shoe Chest | | | |
| 30 | | Angle Grinder 4-1/2" | | | |
| 31 | | Ryobi Bag | | | |
| 32 | Pg | Carpet for Bathroom | | | |
| 33 | | Vintage Reds jersey | | | |
| 34 | | Floral Curtains Kitchen | | | |
| 35 | | Carbon Monoxide Alarm | 3 | | |
| 36 | Pg | Toshiba Model - DKT2010-SD | | | |
| 37 | | V-tech Model #1773 | | | |
| 38 | | | | | |
| 39 | Pg | Smith-Corona typewriter | | | |
| 40 | | [illegible]d ↓ | | | |
| 41 | | Corded Blower - Extension cord | | | |
| 42 | | AtLinks USA Inc. Model No. | | | |
| 43 | | 26998GE1-B | | | |
| 44 | Pg | 38, 20V Circut Breaker | | 3.94 Each | 149.72 |
| 45 | | 15, 30V Circut Breaker | | 3.37 Each | 50.00 |
| 46 | | 5 100V circut Breaker | | | |
| | | 9 30 Amp Breakes | | 15.84 E | 142.00 |

Total Etimated Value $3000

984.0

# ADDENDUM #2

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | ID# | Item Desription | QTY | Est. + | Est. lo |
| 47 | Pg | Sylvania Video casset | 1 | $50.00 | $35.00 |
| 48 | | ~~Ge Model #7A645A~~ | | | |
| 49 | | Motorola Cell Phone | | 50.00 | $44.99 |
| 50 | | | | | |
| 51 | Pg | Red folding chair | | $30.00 | $15.99 |
| 52 | | | | | |
| 53 | ~~Pg~~ | ~~GE Refridgerator~~ | | ~~169.89~~ | ~~$150.00~~ |
| 54 | Pg | | | | |
| 55 | | ~~Washer & Dryer Sets~~ | | Duplicate | |
| 56 | | ~~Kenmore Deep Freezer~~ | | Duplicate | |
| 57 | Pg | De-Icer, Weed Killer (EM) | | 45.00 | 30.00 |
| 58 | | Husky Diamond Blade 7" | | | |
| 59 | ~~Pg~~ | ~~Dog Bed~~ | | | ~~20.00~~ |
| 60 | | | | | |
| 61 | ~~Pg~~ | ~~Comforter Set Queen~~ | | | ~~99.00~~ |
| 62 | | ~~Sunset Beach towel~~ | | | ~~15.00~~ |
| 63 | | ~~Igloo Cooler~~ | | | |
| 64 | | | | | |
| 65 | Pg 2 | Various Electronics | | | |
| 66 | Pg 4 | Tool Belt | | | |
| 67 | | | | | |
| 68 | Pg 10 | Smith Corona Type | | 250.00 | 150.00 |
| 69 | | writter | | | |
| 70 | | | | | |
| 71 | | | | | |
| 72 | | | | | |
| 73 | | | | | |
| 74 | | | | | |
| 75 | | | | | |
| 76 | | | | | |
| 77 | | | | | |
| 78 | | | | | |
| 79 | | | | | |
| 80 | | | | | |
| 81 | | | | | |
| 82 | | | | | |
| 83 | | | | | |
| 84 | | | | | |
| 85 | | | | | |
| 86 | | | | | |
| 87 | | | | | |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| 91 | | | | | |

Estimate of unmarked Items

($1,20

1




2



3961 Vine St

3




4



1 

 2

3961 Vine St

3 

 4.

3 of 17

✓

1



2



3961 Vine St

3



4



1



2



3961 Vine St

3



4



5 of 17

1



2



3961 Vine St

3



4



6 of 17

1



2



3961 Vine St

3



4



1






2

3961 Vine St

3






4

8 of 17



1




2

3961 Vine St



3



4

1






2

3961 Vine St

1 ✓

3



VTech
1733
Stereo



4

1




2



3961 Vine St

3



4



4





3

3961 Vine St

2





1

1




2




3961 Vine St

3




4



13 of 17 Duplicate

1



2



3961 Vine St

3



4



1



2



3961 Vine St

3




4



1



2




3961 Vine St

3




4



16 of 17

1





2

3961 Vine St

3





4

17 of 17

1





2

3961 Vine St

3





4

297 45 records, 148 DVDs, 82 CDs, 20 PC programs, various nails and screws, one box of 2 inch finish nails, two boxes of the new grounded Outlets, one set of large Domino, 32 Sawzall blades, 6 hammers, 1 RotoZip Electric model rz2, 1 7 inch wet tile saw, 920 boxes various sizes 4 large one extra large metal, 30 screwdrivers various sizes, two boxes of one and a quarter inch staples two boxes of framing nails 3 in, 3 PVC pipe cutters, one Oro bike one tube of Henry roof patch, 5 pair of scissors, four Wiese, it was more than one platform snips, two pair of metal shears, 30 garden tools, various Plumbing tubes, various gutter tools, one medium Vice, various siding tools, 45 small light bulbs, 1 brass plumb bob, 1 7 inch saw blade new, one box of 1 inch brad nails, one bottle jack, 1 pack of ring terminals new to 10000 pound ratchet and wrenches, 2 wood hand saws, 1 10 inch framing blade, 1 10 in finishing blade, 1 rivet gun and rivets, 5 boxes various size screws, 65 way scrapers, 6 razor knives, 1 contractor pack of new blades razor, various concrete hand tools, 2 boxes light switches new, 100 plus drill bits various sizes, 8 hammer drill bits, 6 wood files, three pair of contractor scissors, 6 Autolite spark plugs new two sets of hole saw blades, five designer watches, one GFCI outlet tester, 20 + hand riches two sides various sizes, 1 pool stick, 1 pack PVC primer and glue, one set of Star Bits 3-8 ratchet size, one set of Allen wrenches 3/8 ratchet size, one box 3 inch finish nails new, 1 wood chisel set, very size screw clamps, 3 tile glass drill bits various sizes, 2 cabinet clamps, 150 + drill bit various sizes large small medium, three flashlights to big one small, two canvas tool bags one large one small, 2 wallpaper removal tools, three cans of Plumbing flux, one large Samsonite suitcase with extra storage and wheels, one large light weight suitcase, miscellaneous nuts bolts and screws. Two boxes of books, 25 picture frames with pictures, personal documents and business documents, thousands of keepsake photos. We come right back we need a ride though

Estimate 15,000




THD550
TILE SAW
Serial #
67078279
WARNING










PORTER CABLE














Henry
RUBBERIZED
WET PATCH




CROWN BOLT
Self-Drilling Screws
Tornillos Autorroscantes
100
#8 x 3/4"
Head Phillips


NIBCO
CROWN BOLT
Self-Drilling Screws
8 x 3/4"


Self-Drilling Screws
8 x 3/4"













NIBCO
AUTO PERFORANTES















Autolite
































Slight Head Brads


LOWE'S


























VOICE PILOT


















IRWIN




VECTOR
1,000,000
POWER SERIES
SPOTLIGHT
















































LIGHT WEIGHT












The Saturday Evening Post
Norman Rockwell




LIONEL MEANS TOY TRAINS!
A complete, 5-unit electric train set built in the Lionel tradition of durability and quality.


























HUSKY
The Toughest Name In Tools
5000 Running Watts
6250 Starting Watts
Portable Generator
POWERED BY SUBARU


























DADDY'S LITTLE GIRLS
Love Jams
Vol 3












KING BOXER











