UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, et al.,<br>　　　Plaintiffs, | Case No. 1:02cv107<br>(Barrett, J.; Litkovitz, MJ) |
| v. | |
| Board of Hamilton County<br>Commissioners, et al.,<br>　　　Defendants. | |

_____

ORDER

_____

This matter is before the Court on request by claimant Robert Wassler to dismiss his request for review of sewer backup claim filed in this matter. (Doc. 1830).

For good cause shown, claimant Robert Wassler's request to dismiss his sewer backup claim is **hereby Granted**. The hearing in this matter set for August 4, 2020 is hereby Vacated, and the matter shall be removed from the active sewer backup docket of this Court.

**IT IS SO ORDERED.**

Date **May 29, 2020**

awh　　May 29, 2020

*/s/ Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge