## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CASE NO. C-1-02-107 |
| Plaintiffs, | : | JUDGE MICHAEL R. BARRETT |
| -vs- | : | MAGISTRATE JUDGE LITKOVITZ |
| BOARD OF HAMILTON COUNTY COMMISSIONERS, et al., | : | **REQUEST FOR REVIEW** |
| | : | |
| Defendants. | : | |
| | : | |

I, _Karl Rinzel_ , request that the Court review my Sewer Backup claim, pursuant to the Court's February 2, 2006, Order. Attached hereto is the information detailing the nature of my dispute.

Respectfully submitted,

_____
Signature

_Karl Rinzel_
Name (print)

_August 22, 2021_
Date

## INFORMATION FOR REQUEST FOR REVIEW

Name: _Karl Rinzel_

Address: _2917 Losantiville Ave_

_Cincinnati, OH 45213_

Phone: _(614) 353-6505_

Nature of dispute and description of your disagreement (attach additional pages if necessary):

_Please see attached letter and documentation._

_Case NO. C-1-02-107 / 1:02-cv-00107-MRB-KLL_
_Judge Michael R Barrett_
_Magistrate Judge Litkovitz_

Date of City's decision (please attach): _May 25, 2021_

Describe the Relief that you are seeking and any evidence that you have to support your claim. Please attach your original claim and other documents (receipts, photos, videos, etc.) that you would like the Court to review:

_Please see attached letter, documentation and the USB Flash Drive for Photos._

Check one:

☒ I would like to appear in person to explain my position to the Court.

☐ I do not need to appear in person. I would like the Court to issue a decision based on its review of this form and the attached documents.

Signature: _Karl Rinzel_

Date: _August 22, 2021_

** *File this form and any relevant documents at the Clerk of Court's office in Room 103 of the Federal Courthouse, 100 E. 5th Street, Cincinnati, OH 45202*

Case No. 1:02-cv-00107-MRB-KLL
Judge Michael R. Barrett
Magistrate Judge Litkovitz

## INFORMATION FOR REQUEST FOR REVIEW

Karl Rinzel
2917 Losantiville Ave.
Cincinnati, OH 45213

614-353-6505

**Nature of dispute and description of your disagreement (attach additional pages if necessary):**

Case No. 1:02-cv-00107-MRB-KLL
Judge Michael R. Barrett
Magistrate Judge Litkovitz

a. Please see attached information and documentation about sewer claim #379089:
   - I dispute the amount offered of $68.00 from the decision made by MSD attorney and outside counsel to MSD. Page 58 and 59.
   - I would like a hearing before the Judge and for the documents to be reviewed.
   - Taft Law never provided the federal guidelines requested that are to be followed for reimbursement of claims to MSD. Page 55.
   - Please see Flash Drive "_CaseNo-1-02-cv-00107-MRB-KLL" documents and photos showing sewer backup issues since 2011 for the property at 2917 Losantiville Ave. There is a 2019 sewer backup claim to MSD on USB Flash Drive in the "2019-MSD-ClaimForms" folder.
   - Documents showing MSD was aware of the City sewer issues and did not inform Karl Rinzel, 2917 Losantiville Ave. to submit information for the Sewer Prevention Program until 2020. They denied it was MSD's issue until their float was proved defective after the May 2020 flood. Emails 07/02/2020 and 08/09/2020. Page 17, 21 and 22 respectively. Please note it took them over 4 years to install a float. Page 9.
   - I will have additional information as soon as Public Records are provided. Please see request dated August 17, 2021 letter. The Public Records attorney is reviewing the request. The information provided with this request will show MSD was aware of the issues of other properties and still denied any responsibility. Pages 62-63.
   - Damage to Basement Steps was not included previously. Some contractor estimates are still pending for the Basement Stairs to be replaced due to high demand for contractors. Our estimate for this task is included below. Text Messages with Contractor explain the steps were damaged and needed at least a temporary fix in order for the MSD contractor to complete the sewer prevention device. Page 60-61.
   - Damage to bathroom floor was not included previously. You cannot replace the bathroom shower without replacing the floor. Pages 87-93.
   - Not able to sell the house at 2917 Losantiville Ave. in 2014 and 2015 based on feedback partly due to sewer issues. Pages 14-16.
   - Installed Sump Pump in 2019 because MSD prevention program takes approximately a year to complete. This would prevent our basement from having more than a small

Case No. 1:02-cv-00107-MRB-KLL
Judge Michael R. Barrett
Magistrate Judge Litkovitz

# INFORMATION FOR REQUEST FOR REVIEW

amount of sewage on the floor due to a sewer backup (no more 4 to 6 inches of sewage water in the basement). Also, MSD denied it was their issue until may of 2020 and the Sump Pump was already purchased on 04/10/20 (Page 47) because we did not know we could be in the MSD Sewer Program until late 2020.
- ○ Photos of all the issues that need to be remediated on the USB Flash Drive.

b. Contradiction from Taft Law stating:
- ○ We need to refrain from making repairs to the basement for 2 years after the 2020 claim was paid (Agreement signed September 18, 2020). Pages 48-50.
- ○ However, MSD will not pay the 2019 claim because it is an estimate and they request an invoice that verifies the cleaning and mitigation expense as repairs (October 27, 2020). Pages 43-44.
- ○ The issue is the first agreement prohibits the second agreement due to the time that the first agreement was signed. Page 43.
- ○ Also if I read the letter from Julie Sperige (Taft Law) the letter attempts to make it sound like Taft Law is impartial counsel for awarding the finances from the sewer program. I don't believe this is the case and could even be a misrepresentation of the facts and who is represented. Previous letters are unclear about who Taft Law represents. MSD is responsible for the claims submitted to MSD from my understanding:
  - ▪ Email from Julie Sperige (Taft Law) on Oct 27, 2020 states that Letter from Julie Sperige (Taft Law) on Oct 30, 2020 states that "We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati." Page 54.
  - ▪ Email from Julie Sperige (Taft Law) on Oct 30, 2020 states that "Thank you for your response but I would like to clarify that we do not represent the City or MSD. Because the sewer backup program is mandated by a federal consent decree and ratepayers' money covers the cost of the claims, our role as outside counsel is to review claims independently to ensure that the claims process is consistent with and adheres to the guidelines as mandated by the decree." Page 55.
  - ▪ Please see the letter from Sanna-Rae Taylor, Attorney and outside counsel to MSD. This letter is the City's decision on 05/25/21 and makes it clear Taft Law represents MSD. Page 58.

**Date of City's decision (please attach):  May 25, 2021 - This is the date of the City's letter.  Page 58.**
- - We did NOT receive a copy of this letter until June 21, 2021 at 4:46 PM.
- - PFA letter from Sanna-Rae Taylor, Attorney and outside counsel to MSD.

Case No. 1:02-cv-00107-MRB-KLL
Judge Michael R. Barrett
Magistrate Judge Litkovitz

## INFORMATION FOR REQUEST FOR REVIEW

## Requested Relief from the Court: $100,000.00 – Information below.

Completed Task Costs from 2014 through 2021:
    $425.00 - MIT – Mold Inspection and Testing– Completed 08/19/21. Pages 70-83.
  $4,863.00 - Sump Pump Install to remediate total flooding – Completed 08/17/20. Pages 46-47.
    $264.00 - Scope basement sewer pipe – Completed 07/10/14. Page 13 and 28.
    $459.00 - Scope basement sewer pipe – Completed 04/02/20. Pages 84-85.
    $35.00 – Paid for Estimate-descale and hydro jet sewer pipe– Completed 04/09/20. Page 86.
$6,046.00 – Total Costs already spent on fixing the bathroom and basement.

Estimates for the 2019 Claim to be completed:
$12,934.00 - Improve it! Home Remodeling - Entire Bathroom Remove and Replace. Pages 87-93.
  $4,732.07 - Puro Clean Estimate – Cleaning of the Basement and Dry. Pages 94-100.
  $3,500.00 - Basement Steps – Need Confirmed Contractor Estimate.
  $2,500.00 - Bathroom Floor – Need Confirmed Contractor Estimate.
$23,666.07 – Total Estimates to fix the bathroom and basement.

Estimates for the Previous Sewer Back Ups where MSD denied any responsibility or negligence on their part. When I use the Puro Clean Estimate (above) as a basis for clean up for the following years: 2011, 2013, 2014, 2016, and 2018. (Five other claims denied).
  $4,732.07 - Puro Clean Estimate – Cleaning of the Basement and Dry. Pages 94-100.
    x5 - The number of times MSD denied claims for clean up.
$23,660.35 – Total Estimates for Previous Years.

Estimate for Negligence on MSD's part, also pain and suffering due to Negligence. This includes NOT being able to sell the property in 2014 and 2015 because of the Sewer Issues that MDS denied were their fault. Pages 14-16.
$22,961.51 – Estimate for issues and dealing with the Negligence by MSD.

Total Request that the court award for remediating all issues:
$100,000.00 – This includes Receipts, Estimates, Issues, and Negligence.

P. 001 of 100



From: **Karl W-AK** knightdancer@gmail.com
Subject: Metropolitan Sewer District of Greater Cincinnati (MSD)
Date: May 19, 2020 at 10:12 AM
To: Sarah Rose sarahjeanrose28@gmail.com, KarlRinzel knightdancer@gmail.com, Karl Rinzel karlrinzel.us@gmail.com

# Metropolitan Sewer District of Greater Cincinnati (MSD)

Over Flow from the Sewer on 2917 Losantiville.

Sewer Confirmation Number 19309
Service Number 43477

Best Regards,
Karl Rinzel / 614-353-6505

Pg. 001 of

P. 020 of 100



# Case History Report

*City of Cincinnati, Department of Buildings & Inspections, Housing Inspections*

| | |
|---|---|
| **CASE NO:** | **B201407740** |
| **ORDER ISSUE DATE** | **12/31/2014** |
| **ADDRESS:** | **2917 LOSANTIVILLE AV CINC St: 0 Fl: 0 Unit: 0** |
| PARCEL NUMBER: | 012200010072 |
| DWELLING UNITS: | 0 |
| DATE PRINTED: | 11-14-2017 |
| CENSUS TRACT: | |
| INSPECTOR: | Scott Ryan , Phone #-352-1937 , Hours- 8:00 - 10:00 a.m. |

CALLER      AREA INSPECTOR
            12/22/2014
MAIL AUD    EQUITY TRUST TR
            12/22/2014
            1 EQUITY  WAY
            WESTLAKE, OH
            44145-1050
OWNER       EQUITY TRUST TR
            12/22/2014
            C/O RICHARD DESICH
            225 BURNS RD
            ELYRIA  OH 44035
OWNER       EQUITY TRUST  TR
            12/30/2014
            309 S. PHILLIPS AVE.  STE. 201
            SIOUX FALLS, SD 57104
OWNER       EQUITY  TRUST  TR
            12/30/2014
            C/O DAVID HANICK
            1270 QUEEN ANNE GATE
            WESTLAKE, OH 44145
OWNER       EQUITY    TRUST TR
            07/21/2015
            C/O KARL RINZEL
            225 BURNS RD
            ELYRIA OH 44035
OWNER       EQUITY    TRUST  TR
            07/21/2015  Phone: 614-353-6505
            C/O KARL A RINZEL
            2096 BROOKHURST AV
            COLUMBUS OH 43229-1545

## ORIGINAL COMPLAINT
Inspect to re-issue and update B201103639.

## COMMENTS

## APPROVALS
B201407740

Item: 05000 Ownership Diligence Check
    12/30/2014 lwise        Action: AP    Ohio SOS & Accurint

**INSPECTION RECORD**
Item: 06188 INTAK Contact    Non-Insp
    01/14/2015  By: JJ       Action: COMP Comments: Address Updated
    07/21/2015  By: wcohn    Action: AP   Comments: spoke with Karl Rinzel owner - added addresses to case
    - he stated he was in Buffalo NY - accurint shows he lives in Columbus OH based on drivers license -
    614-353-6505
Item: 06190 INSPECT Complaint Insp. (Y=Com
    12/26/2014 8 By: TLANGSTO Action: AP  Time Exp: 00:00 Comments: C10- Reissue orders to update
    conditions, compliance time, and/or ownership.
Item: 06206 INTAK Orders Recmd(Y=recmnd)
    12/26/2014 8 By: TLANGSTO Action: AP  Time Exp: 00:00 Comments: C10- Reissue orders to update
    conditions, compliance time, and/or ownership.
Item: 06208 INTAK Orders Print Letter
    12/30/2014  By: LWISE     Action: Y    Comments: Orders printed
    12/30/2014  By: EB        Action: COMP
    12/31/2014  By: JJ        Action: COMP Comments: Notice of violation mailed to owner(s), copy to
    scanner and inspector.
Item: 07063 ORD-Supervisor Status App
    12/30/2014  By: LWISE     Action: Y    Comments: Entered at Supevisr Status Chng
Item: 06240 ORD Service of Ntce Ords(Y-Com
    01/14/2015 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: C210-I posted a copy of orders on the
    premises.
Item: 06242 INSPECT Re-Inspect Orders(Y=Co
    02/02/2015 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: no change in condition since last
    inspection.
    03/23/2015 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: no change in condition since last
    inspection.
Item: 06252 ORD Rec Final Notice Ltr(Y=Rec
    03/23/2015 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: no change in condition since last
    inspection.
Item: 06253 ORD Print Final Notice Ltr
    03/27/2015  By: LWISE     Action: Y    Comments: Final Notice ltr printed @ORDERS
    03/30/2015  By: EB        Action: COMP
    03/30/2015  By: JJ        Action: COMP Comments: Final notice mailed to owner(s), copy to scanner.
Item: 06260 ORD-Issued Rental Reg. Refer.
    12/30/2014  By: LWISE     Action: Y    Comments: E-Mail Sent to Auditor
Item: 07064 FINAL- Supervisor Status App.
    03/27/2015  By: LWISE     Action: Y    Comments: Entered at Supevisr Status Chng
Item: 06342 INSPECT Ntc Insp (Y=Complete)
    04/30/2015 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: no change in condition since last
    inspection. spoke with owner on the phone(614-353-6505) and told him I need to get into the property to
    reinspect; he said the would call me back to set a appointment, have had any contact. that was over a
    month ago.
Item: 06343 FINAL Rec. Civil1 Fine(Y=Rec)
    04/30/2015 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: no change in condition since last
    inspection. spoke with owner on the phone(614-353-6505) and told him I need to get into the property to

B201407740

reinspect; he said the would call me back to set a appointment, have had any contact. that was over a month ago.

Item: 06344 FINAL Civil1 Print
    05/01/2015  By: LWISE   Action: Y   Comments: Civil 1 Notice printed@FNLNOTC
    05/04/2015  By: EB     Action: COMP Comments: Mailed Civil 1 to Equity Trust TR 309 S Phillips Ave Ste 201 Sioux Falls SD 57104, Equity Trust TR c/o David Hanick 1270 Queen Anne Gate Westlake OH 44145,
    Equity Trust TR c/o Richard Desich 225 Burns Rd Elyria OH 44035; copy to OAH, inspector & scan.

Item: 07073 1CIVIL- Supervisor Status App.
    05/01/2015  By: LWISE   Action: Y   Comments: Entered at Supevisr Status Chng

Item: 06376 INSPECT C1Service of Ntc (Y=Co
    05/04/2015 7 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: C210-I posted a copy of orders on the premises.

Item: 06384 INSPECT  Re-Inspect(Y=Comp)
    07/01/2015 7 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    07/07/2015 7 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    08/12/2015 8 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: , no change in condition since last inspection.
    12/31/2015 8 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    02/25/2016 8 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    04/15/2016 8 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    07/05/2016 8 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    09/27/2016 7 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: no change in condition since last inspection.
    09/30/2016 8 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: talk to owner and he has agreed to get me in the property within a week to do a final inspection.
    11/02/2016 7 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: No contact form owner. rec. civil 2.

Item: 06394 1CIVIL Rec. 2nd Civil Fine
    11/02/2016 7 By: TLANGSTO Action: Y   Time Exp: 00:00 Comments: No contact form owner. rec. civil 2.

Item: 06396 1CIVIL Civil2 Print
    11/03/2016  By: LWISE   Action: Y   Comments: Civil 2 Notice printed
    11/03/2016  By: ac    Action: COMP
    11/09/2016  By: ac    Action: COMP Comments: Notice of Second Civil Offense and Civil Fine mailed to owner(s). Copy to OAH, inspector & scanner.

Item: 07074 2CIVIL- Supervisor Status App.
    11/03/2016  By: LWISE   Action: Y   Comments: Entered at Supevisr Status Chng
    11/03/2016  By: LWISE   Action: Y   Comments: Entered at Supevisr Status Chng

Item: 06411 INSPECT Pre-Civil 2 Insp.Y= Co
    08/04/2017 8 By: SRYAN   Action: YES Time Exp: 00:00 Comments: met owner at property. Building is now owner occupied. Structural issue was resolved. First floor joists were sagging and are now sufficiently supported in the basement. This building is completely repaired and approved for occupancy.

Item: 06410 INSPECT Service Notce(Y=Comp)
    11/07/2016 8 By: TLANGSTO Action: Y   Time Exp: 00:00

Item: 06414 INSPECT Reinsp(Y=Compl)

B201407740

12/06/2016 7 By: TLANGSTO Action: Y    Time Exp: 00:00 Comments: No change in the situation, one of
the
owners and I have been playing phone tag. every time I call the number he leaves, there is no answer.
Mr. Chambers. 402-399-9049.
05/23/2017 1 By: SRYAN    Action: YES  Time Exp: 00:00 Comments: I called and spoke to the owner.
The
exterior conditions have been repaired. The owner is waiting on his property manager give back in town
in two weeks and he will have the property manager call was an update on the interior conditions.
Evidently there is a sewage backup problem.
08/04/2017 8 By: SRYAN    Action: YES  Time Exp: 00:00 Comments: met owner at property. Building is
now
owner occupied. Structural issue was resolved. First floor joists were sagging and are now sufficiently
supported in the basement. This building is completely repaired and approved for occupancy.
Item: 06422 2CIVIL Rec. Close (Y=Rec)
08/04/2017 8 By: SRYAN    Action: YES  Time Exp: 00:00 Comments: met owner at property. Building is
now
owner occupied. Structural issue was resolved. First floor joists were sagging and are now sufficiently
supported in the basement. This building is completely repaired and approved for occupancy.


## VIOLATIONS
Cond: BCOE404
REPAIR GUTTERS AND DOWNSPOUTS
Repair or replace all leaking, loose, rusted or defective gutters and downspouts.

CBC SECTION: 1117-45.2 Supplied fixtures and equipment:
Every plumbing installation, gutter and downspout, required piece of equipment, or utility shall be so
constructed or installed that it will function safely, and shall be maintained in satisfactory working
condition.

   Entry:  05/23/2017 1 By: SRYAN    Action: AA3
Cond: BCOE406
SEWER CONNECT DOWNSPOUTS
Sewer connected downspouts or otherwise dispose of storm water in an approved manner.

CBC SECTION: 1105-03 Drainage required:
Every building, except accessory buildings less than 800 square feet in area, shall be equipped with gutters
and downspouts connected to an approved sewer. Drains from roofs, sundecks or promenades open to
occupancy
shall be trapped when connected to a combined sewer. If there is no approved sewer, the downspout shall be
connected under the sidewalk to the street gutter, or the stormwater shall be disposed of in an approved
manner on the property. Where stormwater pipes dispose into a paved street gutter there shall be at least
one
length (five feet) of cast-iron pipe at the gutter connection.

   Entry:  05/23/2017 1 By: SRYAN    Action: AA2
Cond: BCOE411
REPAIR SIDING
Repair or replace all missing or defective siding and re-nail loose siding.

CBC SECTION: 1117-47.1 Maintenance of foundations, floors, roofs and exterior walls:
All foundations, floors, roofs and exterior walls of every dwelling shall be reasonably free of holes, large
cracks and any loose and deteriorated material, and shall be maintained so as to be reasonably weather tight,

B201407740

and watertight.

Entry: 05/23/2017 1 By: SRYAN    Action: AA6
Cond: BCOE601
PROVIDE HANDRAIL INTERIOR
Provide approved handrails for all stairs where necessary. Handrails shall be not less than 30 inches or more than 34 inches above the nosing of the treads or landings.

CBC SECTION: 1117-59.2 Inside stairs:
All inside stairs more than four risers high shall have a substantial handrail on each side of same, except that for stairs 44 inches or less in width, where a handrail is required on one side only of the stairs if a wall, conforming balustrade, or guard is on the other side of the stairs.
Entry: 08/04/2017 8 By: SRYAN    Action: AA3
Cond: BCOE617
REPAIR BATH OR SHOWER
Repair or replace defective bath or shower in an approved manner.

CBC SECTION 1117-45.2 Supplied fixtures and equipment:
Every plumbing installation, gutter and downspout, required supplied facility, piece of equipment, or utility shall be so constructed or installed that it will function safely, and shall be maintained in satisfactory working condition.
Entry: 08/04/2017 8 By: SRYAN    Action: AA3
Cond: BCOE630
HEATING PROVIDE/REPAIR
Provide heating facilities, installed in an approved manner and safely maintained in good working condition.

CBC SECTION 1117-35 Heating facilities:
The owner or operator of any dwelling other than those erected exclusively for summer use, shall provide heating facilities which are capable of safely heating all habitable rooms and toilet rooms to a temperature of 70 degrees Fahrenheit, at a distance of three feet above the floor at the center of the room when the outside temperature is 0 degrees Fahrenheit. The owner or operator shall cause such heating facilities to be installed in an approved manner, safely maintained and in good working condition. It shall be an affirmative defense to a charge brought under this section that the tenant of the dwelling unit has agreed in writing to provide the required heating facilities for the unit occupied by that tenant. No landlord may evict a tenant or refuse to rent to a prospective tenant solely because the tenant fails to agree to provide the required heating facilities.
Entry: 08/04/2017 8 By: SRYAN    Action: AA4
Cond: BCOE636
REPAIR FLOOR STRUCTURE
Provide support for all defective, beams, columns of joists and structural members in the floor system or repair or replace them in accordance with standard engineering practice.

CBC SECTION 1117-45 General maintenance and repair:
All residential buildings, and all parts thereof, together with the premises on which they are located, shall be kept in good repair and free from unsafe, unclean and unsanitary conditions, so that all parts thereof shall function properly and provide approved conditions of safety and sanitary habitability.
Entry: 08/04/2017 8 By: SRYAN    Action: AA2
Cond: BCOE657
UNSAFE FLOOR SURFACES
Remove the exposed carpet tack strips, trip hazards, and other unsafe conditions of the floor surfaces.

CBC SECTION 1117-45 General maintenance and repair:

B201407740

All residential buildings and parts thereof, together with the premises on which they are located, shall be kept in good repair and free from unsafe, unclean and unsanitary conditions, so that all parts thereof shall function properly and provide approved conditions of safety and sanitary habitability.

Entry:  08/04/2017 8 By: SRYAN    Action: AA2

B201407740



From: **Karl R Rinzel** karlrinzel.us@gmail.com
Subject: Re: Complaint against LCC
Date: June 8, 2017 at 11:56 AM
To: BOBBY CHAMBERS bobbywchambersusa@gmail.com
Cc: Michael Mann mtm.cincilaw@gmail.com

Hi Michael:

I just finished reading the complaint. I think it may make sense to also include the City Inspector for what he has cited my property issues such as the Bamboo and sewer issues due to water. http://cagisperm.hamilton-co.org/cpop/permits/address.aspx

Best Regards,
Karl Rinzel

P.S. Also, Bobby please remember to get ahold of the City they called me just after you were gone for almost two weeks.

P.P.S.
Here are the complaints:

| COMPLAINT/Violations | ADDRESS | TYPE | STATUS | OWNER | DATE REPORTED | DESCRIPTION | MAP COMPLAINT |
|---|---|---|---|---|---|---|---|
| B201407740 | 2917 LOSANTIVILLE AV | HOUSING | CIVIL2 | EQUITY TRUST TR | 12/22/2014 | Inspect to re-issue and update B201103639. | Map It |
| B201407740 | 2917 LOSANTIVILLE AV | HOUSING | CIVIL2 | EQUITY TRUST TR | 12/22/2014 | Inspect to re-issue and update B201103639. | Map It |
| B201407740 | 2917 LOSANTIVILLE AV | HOUSING | CIVIL2 | EQUITY TRUST TR | 12/22/2014 | Inspect to re-issue and update B201103639. | Map It |
| B201407740 | 2917 LOSANTIVILLE AV | HOUSING | CIVIL2 | EQUITY TRUST TR | 12/22/2014 | Inspect to re-issue and update B201103639. | Map It |
| B201407740 | 2917 LOSANTIVILLE AV | HOUSING | CIVIL2 | EQUITY TRUST TR | 12/22/2014 | Inspect to re-issue and update B201103639. | Map It |
| HL12003407 | 2917 LOSANTIVILLE AV | LITTER | DUPCOMP | SUE BIRD VENTURES LLC | 05/11/2012 | 1) How tall are the grass or weeds on the property? 2-3 feet 2) Can you see the tall grass or weeds from the street? YES 3) If necessary, may the inspector go unto your property to view the violation? NO 4) Where is the tall grass or weeds located on the property front yard and every other part of the yard | Map It |
| HL12002531 | 2917 LOSANTIVILLE AV | LITTER | FIN DO | SUE BIRD VENTURES LLC | 04/29/2012 | 1) How tall are the grass or weeds on the property? over 10 in ches tall 2) Can you see the tall grass or weeds from the street? YES 3) If necessary, may the inspector go unto your property to view the violation? NO 4) Where is the tall grass or weeds located on the property entire property | Map It |
| B201103639 | 2917 LOSANTIVILLE AV | HOUSING | REISSUE | SUE BIRD VENTURES LLC | 07/06/2011 | Rain water leaks in basement 1) Is this a COMMERCIAL building? NO 28) INTERIOR PLUMBING - Pipes - leaking or clogged NO 29) INTERIOR-Rubbish and trash stored in the building? NO | Map It |
| B201103639 | 2917 LOSANTIVILLE AV | HOUSING | REISSUE | SUE BIRD VENTURES LLC | 07/06/2011 | Rain water leaks in basement 1) Is this a COMMERCIAL building? NO 28) INTERIOR PLUMBING - Pipes - leaking or clogged NO 29) INTERIOR-Rubbish and trash stored in the building? NO | Map It |
| CHCE111491 | 2917 LOSANTIVILLE AV | ENVIRONMENTAL | CLOS-NO | SUE BIRD VENTURES LLC | 06/27/2011 | GRY HOUSE NEXT TO GOLF COURSE - SEWER COMING UP BEHIND BASEMENT SHOWER, AND BASEMENT DRAIN - 1) Have you told the landlord/owner of the problem? YES, NATALIE MORTINE - 2) Did you provide the phone number and address of the caller YES 3) Did you obtain the contact name and telephone number for the Rental Office or Property Manager? YES | Map It |
| CC20050830 | 2917 LOSANTIVILLE AV | CONC CODE | CLOSED | ALEXANDER GARY L & CYNTHIA | 04/05/2005 | CCE | Map It |

On Thu, Jun 8, 2017 at 6:42 AM, BOBBY CHAMBERS <bobbywchambersusa@gmail.com> wrote:
Michael,

Due to my schedule - it is just now that I have had a chance to read over your document.

In general it reads very well. However, I must ask why not be more specific about how the clean up should be. With the assistance of the city health department and water department?

Also, I could also ask the neighbors down the road if they too would participate because LCC never mows behind their properties and it enhances the breeding of unwanted fox, mosquito and deer!

And the big question, how much will we need to advance you?

Thanks again.

Bobby C.

KEEP SMILING!

Bobby W. Chambers

On Mon, Jun 5, 2017 at 2:01 PM, Michael Mann <mtm.cincilaw@gmail.com> wrote:
Karl and Bobby:

I have attached a draft of a complaint to file against Losantiville Country Club regarding the nuisance in the backyard. Please review it carefully and let me know if there are any corrections to be made or if you have any additional factual allegations to include.

Michael Mann
Mann & Mann, LLC
michael@mannandmannlaw.com
www.mannandmannlaw.com
30 Garfield Pl., Suite 920
Cincinnati, OH 45202
P: (513)621-2888
F: (513)345-4449

Best Regards,

Karl Rinzel / 614-353-6505

---------- Forwarded message ----------
From: <apollo@mobilogic.net>
Date: Thu, Jul 10, 2014 at 10:29 AM
Subject: Receipt for Work Order #360558
To: KNIGHTDANCER@gmail.com

See attached form

---------- Forwarded message ----------
From: **Schneider, Randy** <Randy.Schneider@cincinnati-oh.gov>
Date: Tue, Jul 15, 2014 at 1:05 PM
Subject: RE: Receipt for Work Order #360558
To: Karl W-AK <knightdancer@gmail.com>
Cc: Rogers, Greg <Greg.Rogers@cincinnati-oh.gov>, Blannon, Greg
<Greg.Blannon@cincinnati-oh.gov>

Hi Karl,

I received your receipt. In 2011 we televised all of the sewer mainlines and building sewers along Losantiville in coordination with the Duke Energy project. As part of that project we collected the location of these sewer lines. It is my intention to use the old video and location to install 2-way cleanouts at the right-of-way. Along with the clean-out will be a sensor to determine if and when the building sewer surcharges. Once everything is installed we will conduct an elevation survey to see if something needs to be done with what appears to be a slight belly in the building sewer.

Please let me know if you have additional questions. 

Thanks,

## Randy Schneider, E.I.

**Maintenance Management Supervisor**

Description: New MSD Logo 75



**Wastewater Collection Division**

**P** (513)352.4206

**From:** **Sarah Rose** sarahjeanrose28@gmail.com 🚩
**Subject:** Re: Please review
**Date:** August 26, 2020 at 11:20 AM
**To:** Karl W-AK knightdancer@gmail.com



Kar Kar it looks good.

Erin is the one in charge of the Prevention Program.
I had sent her an email 2 weeks ago following up that she received our Prevention application.

I was not able to leave a voice message at that time.
Love,

SarSar

On Wed, Aug 26, 2020, 9:23 AM Karl W-AK <knightdancer@gmail.com> wrote:

Hi Debi:

Thank you for letting us know you received our claim for 2020-05-19.
We also submitted a claim for 2019-08-01 and a sewer backup prevention form. Could you inform us about these items too?

I would like to request that we be given some preference over other people in this sewer backup process for a few reasons:

    1. In August of 2019 I was told the backup was our issue even though there was a history of sewer backup in both our neighbors and this house (2917 Losantiville Ave) several times that we know of up to that point. Basically, my complaint was ignored and the City claimed the residence that had the issue every time from 2012-2019.
    2. In May of 2020 my wife and I were both told it was an issue at 2917 Losantiville Ave until we requested the float be tested. It turned out the float installed in 2018 was defective. If this float would not have been defective, it would have clearly pointed to the City Sewer backup in August 2019 and we would be very close to getting a backflow installation today.
    3. During the last 10 years the drain was scoped twice. There were no blockages, only a slight belly in the sewer. This would not have caused a backup issue.
        I've attached the email below from 2014 with Randy Schneider, from the City of Cincinnati, after I got the drain scoped. As you can see it's been an issue for quite some time now.
        I've also attached the receipt from Apollo from 2014. Combining all of these complaints together with the information provided to the City previously means the City of Cincinnati could have treated this issue more seriously much earlier than 2020.

Please assist us in getting this resolved ASAP. We don't want another backup over the next few months to a year. Also, this would limit the City of Cincinnati's liability in this situation. That means it's to both of our benefits to get a backflow device installed ASAP.
I appreciate any help you can give us in getting this to be a priority for the City.

Best Regards,
Karl Rinzel / 614-353-6505

        ---------- Forwarded message ---------
        **From:** **Karl W-AK** <knightdancer@gmail.com>
        Date: Mon, Jul 14, 2014 at 11:15 PM
        Subject: Fwd: Receipt for Work Order #360558
        To: <randy.schneider@cincinnati-oh.gov>

To: <randy.schneider@cincinnati-oh.gov>
Cc: KarlRinzel <knightdancer@gmail.com>

Hi Randy:

Here is the receipt from Apollo stating they put a camera down the sewer.
If you could please let me know you got this email I would appreciate it.
That way I know the process of checking on the sewer is still in process. ;-))

Best Regards,

Karl Rinzel / 614-353-6505


---------- Forwarded message ----------
From: <apollo@mobilogic.net>
Date: Thu, Jul 10, 2014 at 10:29 AM
Subject: Receipt for Work Order #360558
To: KNIGHTDANCER@gmail.com

See attached form

---------- Forwarded message ----------
From: **Schneider, Randy** <Randy.Schneider@cincinnati-oh.gov>
Date: Tue, Jul 15, 2014 at 1:05 PM
Subject: RE: Receipt for Work Order #360558
To: Karl W-AK <knightdancer@gmail.com>
Cc: Rogers, Greg <Greg.Rogers@cincinnati-oh.gov>, Blannon, Greg
<Greg.Blannon@cincinnati-oh.gov>


Hi Karl,

I received your receipt.  In 2011 we televised all of the sewer mainlines and building
sewers along Losantiville in coordination with the Duke Energy project.  As part of that
project we collected the location of these sewer lines.  It is my intention to use the old
video and location to install 2-way cleanouts at the right-of-way.  Along with the clean-
out will be a sensor to determine if and when the building sewer surcharges.  Once
everything is installed we will conduct an elevation survey to see if something needs to
be done with what appears to be a slight belly in the building sewer.

Please let me know if you have additional questions.

Thanks,


**Randy Schneider, E.I.**

**Maintenance Management Supervisor**

Description: New MSD Logo 75

F (513)352.4909

On Tue, Aug 25, 2020 at 11:41 AM Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov> wrote:

Hello Mr. Rinzel!

I am writing to you on behalf of the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati (MSD) as a follow up to inform you that we received the claim for damages related to a possible sewer backup at 2917 Losantiville Avenue that occurred on or around 05/19/20.

Please note that it typically takes up to 60 days for MSD to process an SBU claim once a complete claim is received. This will likely be the only communication you receive from us until we are finished processing your claim unless we have questions. Once the claim is processed, documentation will be mailed to you advising of the results. If you have any questions, please email me or call me at the number below. If you make contact, please reference the address where the sewer backup occurred or the assigned claim number: 378930.

Best regards,



*Debi A. Eichhorn*
SBU Claims Manager
Metropolitan Sewer District of Greater Cincinnati
Wastewater Collection Division
225 W. Galbraith Road
Cincinnati, Ohio 45215
Office: (513) 352-4771

Best Regards,
Karl Rinzel / 614-353-6505



Remit to:

**Apollo Heating Cooling Plumbing**
**1730 Tennessee Ave**
**Cincinnati OH 45229**
**513-271-3600**
**www.ApolloHome.com**

KARL RINZEL
2917 LOSANTIVILLE AVE
CINCINNATI, OH 45213

7/10/14
Ticket# 360558

Contact: KARL RINZEL

Your technician today is Matt Dumas

AUTHORIZED WORK

| Description | Rate | Amount |
|---|---|---|
| CAMERA FIRST HOUR AND RECORD MAIN SEWER LINE APP_DLS_008 | STD | 264.00 |

Roots, grease, broken pipes, childrens toys, whatever is causing your drain problems, Our Sewer Camera can show you exactly what's stopping or slowing your drain. We can also use advanced locators to determine the location, depth and direction of the pipe to determine the least intrusive way to solve the problem. *A visual cannot be made until flow is restored as cameras cannot see through the murky water in a sewer drain line*

| | Total Sale | 264.00 |
|---|---|---|

SPECIAL INSTRUCTIONS

CAMERA MAIN SEWER LINE FROM REAR OF HOUSE THROUGH 3" STACK CLEAN OUT. SEWER IS CLEAR AT THIS TIME WITH NO OBSTRUCTIONS. THERE IS A SHALLOW BELLY IN LINE THAT WATER IS SITTING IN LINE HOWEVER WATER IS FLOWING WELL. THIS LINE IS CLEAR AT THIS TIME AND DID NOT SEE ANY CRACKS OUR ISSUES.

PAYMENTS RECEIVED

| Payment | Amount |
|---|---|
| Visa ************4611 | 264.00 |
| Balance Due | 0.00 |

BY PHONE

7/10/14 10:21:13

Thank you for your business
Tell us how we did - www.ApolloHome.com



From: **Donald Packard** donaldpackard@gmail.com
Subject: Fwd: FEEDBACK RECEIVED: 2917 Losantiville Ave, Cincinnati, OH 45213
Date: November 27, 2014 at 12:33 AM
To: Karl W-AK knightdancer@gmail.com

FYI... Feedback from Monday's showing. I did follow up with her to let her know that we are dropping the price if that would change her clients mind.

Have a great Thanksgiving
Donald

Donald Packard
Keller Williams Realty Pinnacle Group
Cincinnati OH
513-400-3662
donaldpackard@gmail.com

---------- Forwarded message ----------
From: **noreply@showingtime.com** <callcenter@showingtime.com>
Subject: FEEDBACK RECEIVED: 2917 Losantiville Ave, Cincinnati, OH 45213
To: donaldpackard@gmail.com

**Feedback Details For**
**2917 Losantiville Ave, Cincinnati, OH 45213 (MLS# 1423197)**

1. Is the customer interested in the property?
2. Please rate your overall experience at this showing.
3. Your (and your customer's) opinion of the price:
4. Please rate this property (5=Best; 1=Worst):
5. COMMENTS/RECOMMENDATIONS:



**I think it's too much work for this first time homebuyer. Back yard needs a lot of clean up. There is water in the basement. The closets are extremely small on first floor. Pretty wood floors, though, and some nice updates.**

**Feedback Actions**

✉ Click to Publish for Owner          🖊 Click to Manage Feedback

Having trouble with the buttons? Copy and paste the following link to your browser to manage feedback http://showingti.me/gqYE1K

**Appointment Details**

**Feedback For:** 2917 Losantiville Ave, Cincinnati, OH 45213 (MLS# 1423197)
**Appt Type:** Showing
**Date:** Monday, November 24, 2014
**Time:** 2:30 PM - 3:30 PM



P. ___ of 106



### Showing Agent Details

**Ruth Wohleber**
Sibcy Cline, Inc.
(513) 382-2464
513-793-2700 (Office Main Line)
rwohleber@sibcycline.com

### Owners and Occupants

*No owners or occupants listed.*


Powered by
FB RECV 133784113

550 W Jackson Blvd, Suite 700, Chicago IL 60661
T 800.379.0057 F 312.568.8002
www.showingtime.com | support@showingtime.com



From: **Karl W-AK** knightdancer@gmail.com
Subject: Fwd: Showing Feedback 12/1/2014
Date: May 4, 2017 at 10:55 AM
To:

fyi Michael Moore Possible

Best Regards,

Karl Rinzel / 614-353-6505

---------- Forwarded message ----------
From: **Donald Packard** <donaldpackard@gmail.com>
Date: Tue, Dec 2, 2014 at 12:30 AM
Subject: Showing Feedback 12/1/2014
To: Karl W-AK <knightdancer@gmail.com>

Karl,

I hope you had a very enjoyable Thanksgiving. I had a showing at the property tonight. The person who saw the property liked the home and is going to look into getting financing. They did mention two concerns, standing water on the basement floor (it was raining tonight) and water damage in the living room (more about that below.) I anticipate an update from this individual once she contacts a lender. I will let you know any future developments.

As for the water damage spot in the living room I wanted to let you know about this item I hadn't noticed before. There appears to be a leak in the ceiling of the living room above where the fireplace used to be. I have attached a picture for you. It looks like a new leak but I cannot tell for sure.

Talk to you soon,
Donald

Donald Packard
Keller Williams Realty Pinnacle Group
Cincinnati OH
513-400-3662
donaldpackard@gmail.com



Karl and Sarah Rinzel
2917 Losantiville Ave
Cincinnati, OH 45213
614-687-0500

MSD's Wastewater Collection Facility                          July 2, 2020
c/o SBU Claims
225 W. Galbraith Road
Cincinnati, OH 45215



To SBU Claim Department Representative,

Thank you for take our claim under consideration.

   We wanted to mention an important factor in our claim. There is a city clean out located in front of our property with a float mechanism inside of it.

   On 05-19-20 the day of the sewage backup MSD representatives took out the float for inspection. The float on the mechanism didn't rise up. We then requested MSD representatives Dennis W. and Lamar R to test the float in a 5-gallon bucket of water. The float was submerged in the bucket of water and didn't trigger the float to rise up.

   Dennis said there might have been adhesive on the float holding it down. He made a new float for us. This was very kind of both the representatives to go above and beyond the call of duty.

   The point of the story was that the float didn't get trigged by the backup of sewage due to it being malfunctioned. In addition we have had backups in our basement a total of 5 times prior to this year. We hope you take this information into consideration towards our claim.

   We have attached all the requested documents. We will also be filing a 2019 claim for a backup and be enrolling in the prevention program for a wastewater pump.

Once again thank you for taking the time to read our letter,


Karl and Sarah Rinzel

PD, PP 8 of 100

From: **Sarah Rose** sarahjeanrose28@gmail.com
Subject: Fwd: [External Email] Requesting Prevention Program
Date: August 3, 2020 at 12:27 PM
To: BF Karl knightdancer@gmail.com



---------- Forwarded message ---------
From: **Sarah Rose** <sarahjeanrose28@gmail.com>
Date: Mon, Aug 3, 2020 at 12:26 PM
Subject: Re: [External Email] Requesting Prevention Program
To: Johnson, Erin <Erin.Giltz@cincinnati-oh.gov>

Hello Erin,

Attached is the filled out Questionnaire.
Please let me know you have received my email.

Thank you,

Sarah Rose Rinzel
614-687-0500

On Wed, Jul 29, 2020 at 7:29 AM Johnson, Erin <Erin.Giltz@cincinnati-oh.gov> wrote:

My apologies Mrs. Rose. Things have been a bit crazy lately.

Attached please find the Sewer Backup Prevention Program (SBUPP) questionnaire for 2917 Losantiville Av. and the program brochure. Please fill the questionnaire out to the best of your ability and return it back to me. We will evaluate your property in the order of which the questionnaire was received. Once the property have been evaluated a letter will be mailed letting you know if the property qualifies to move forward in the SBUPP.

If you happen to experience a sewer backup during this process please make sure to call MSD to report the backup at 513-352-4900 or by going online to http://sbu.msdgc.org/sbu/page/report-sewer-backup.aspx . Additional information for the SBUPP can be found at http://sbu.msdgc.org/sbu/ and http://sbu.msdgc.org/sbu/page/Public-Sewer-System.aspx . Additional informational videos can be found at http://sbu.msdgc.org/sbu/page/6-Learn-about-Backups.aspx. If you have any questions feel free to let me know.

Thank you,

Erin

From: Sarah Rose <sarahjeanrose28@gmail.com>
Sent: Thursday, July 23, 2020 1:20 PM
To: Johnson, Erin <Erin.Giltz@cincinnati-oh.gov>
Subject: [External Email] Requesting Prevention Program

External Email Communication

Hello Erin,

I had left a voicemail with your office.

My husband and I would like to be entered into the prevention program.

Please let us know what the next steps are.

Thank you again for your time,

Sarah Rose Rinzel and Karl Rinzel

2917 Losantiville Ave

Cincinnati, OH 45213

614-687-0500

--
Take Care,

Sarah Rose
614-687-0500

--
Take Care,

Sarah Rose
614-687-0500



**SBU**
SEWER BACKUP
RESPONSE PROGRAM

### Sewer Backup Prevention Program

The Metropolitan Sewer District's Sewer Backup (SBU) Prevention Program, formerly known as the Water in Basement (WIB) Prevention Program provides a focused and cost-effective alternative approach to addressing sewer backups into homes and other buildings. This program does not apply to those properties where the cause of the basement flooding is due to overland flow, or by lack of maintenance of the building sewer by the property owner.

Please complete and return this questionnaire to the address below. You may also contact Erin Johnson at 513-352-4288 or erin.johnson@cincinnati-oh.gov if you have any questions. **Incomplete Questionnaires may delay the process.**

Name: Sarah and Karl Rinzel  Email Address: SarahJeanRose28@gmail.com

Address: 2917 Losantville Ave  Telephone Number: 614-353-6505

Is this SINGLE FAMILY HOME  MULTIPLE FAMILY HOME  BUSINESS  CHURCH  OTHER?

How long have you occupied this property  property has been owned or occupied by Karl Rinzel since 2012

Is this property OWNER OCCUPIED  or  RENTAL PROPERTY

If you rent this property, Owner's Name  Phone #

Do you have a basement?  YES  NO

Have you ever had a SBU/WIB Complaint with MSD?  YES  NO  IF YES, DATE(s) 5-23-13, 5-31-14, 8-28-16,

Do you have a sump pump?  YES  NO  DON'T KNOW  2-27-18, 7-31-19, 5-19-20

Do you have any backflow devices or stoppers in your drains?  YES  NO  DON'T KNOW

If yes, please specify type of backflow device

Have you ever experienced water backing up into your building:  YES  NO

**When was the last time you had water backup into your building?**  5-19-20

How frequently?  0  1 per year  2-4 per year  5-8 per year  +8 per year

Do you recall time periods of the events? 5-23-13, 5-31-14, 8-28-16, 2-27-18, 7-31-19, 5-19-20

How much water came into the building?  0-2"  3-6"  6-12"  +13"

Did the water appear to be coming from: FLOOR DRAIN  WALLS  DOORS  WINDOWS  TOILETS  SINKS

Characterize the water:  NO ODOR  ODOR  CLEAR  DIRTY

What did it smell like:  SEWAGE  DIRT/MUD  RAINWATER  OIL/GREASE

Have you ever experienced slower than normal drains:    YES  NO

Were you able to determine the cause and/or fix the problem:    YES  NO

Are your sump pumps, yard drains, downspouts, etc. connected to the sewer:   YES  NO  DON'T KNOW

Are you aware if any of your neighbors have had flooding problems:   YES  NO

Which houses:  2918 LoSantiville Ave  2920 LoSantiville Ave

Do you have a submerged driveway (driveway goes to a garage under your house)?    YES  NO

Do you have water coming under the door during rain?    YES  NO

**Please return questionnaire to:**   **MSDGC SBUPP**
                                       **225 W. Galbraith Rd.**
                                       **Cincinnati, OH 45215**

Or email to:         erin.johnson@cincinnati-oh.gov

Karl Rinzel and Sarah Rose
2917 Losantiville Ave
Cincinnati, OH 45213
614-687-0500

August 9, 2020

SBU Claim Department Representative
MSD's Wastewater Collection Facility
c/o SBU Claims
225 W. Galbraith Road
Cincinnati, OH 45215

Dear SBU Claim Department Representative,

Thank you for looking into our claims and for your consideration to reimburse us for our losses due to the City of Cincinnati having sewer backups.

We wanted to mention an important factor in our claim. There is a city clean out located in front of our property with a float mechanism inside of it that was installed on approximately 2018-08-15. There is a whole list of notifications with the city listed at the bottom of this letter that show an ongoing issue with the property getting sewer backup due to the city sewer. Please keep these in mind when reviewing our 2019 and 2020 claims. Also, I believe sewer backup claims were filed on these dates because the city provided us the entire list when we called them.



After calling MSD on the morning of 05-19-20, the day of the sewage backup took place in 2020, MSD representatives took out the float for inspection. The float on the mechanism had not risen. We then requested MSD representatives Dennis W. and Lamar R to test the float. They did this with Sarah Rose (my wife) and I present by submerging the float in a 5-gallon bucket of water. The MSD representatives (Dennis W. and Lamar R.) tested the float twice. During both tests, when they submerged the float in the 5-gallon bucket of water, the float was not triggered and the float did not rise up on the measuring stick. The MSD representatives checked the float between the tests to make sure it would move if they used their hand to move the float.

After the tests were over, Dennis said there might have been adhesive on the float holding it down. He made a new float for us. This was very kind of both the representatives to go above and beyond the call of duty to make sure the float works in the future.

However, the point of the story is that the float has never worked after it was installed in 2018-08. So the float had been malfunctioning since installation and in

every backup when the city claimed that the backup was just on our property 2917 Losantiville Avenue, this in fact was incorrect. At this time we would like to submit for reimbursement for damages both in August of 2019 and May 2020. In May of 2020 we had insurance with a $1000 deductible. However in August of 2019 we did not have insurance to cover the claim (see letter from State Farm) and it damaged our basement and the basement bathroom. We have included estimates from service providers for both August 2019 and May 2020. We would like complete reimbursement for the damages in August 2019 during which time we had no insurance. We are also seeking reimbursement for the $1000 out of pocket deductible we paid to our insurance company on the property in May of 2020.

Just to note, in addition to these two claims, we have had backups in our basement a total of 5 times prior to this year. We hope you take this information into consideration towards our claim. Here are the case dates of the previous claims:
- 5-23-13
- 5-31-14
- 8-28-16
- 2-27-18

There was also a flood in 2010, I don't know if this backup was reported to the city. I know the renter moved out because of the sewer backup at that time.

Please let us know if we understand the process listed here correctly. Our understanding is that we submit our claims to the supervisor (Casey) at 513-509-0993. Casey has stated to seek reimbursement for both years in separate claims. Also, a city engineer and a city attorney will review our claims and make decisions about reimbursement.

We have also submitted a request to enroll in the prevention program for a wastewater pump (backflow valve/pump) to be installed since this has been an ongoing issue and has been an increasing issue over the last 7 years. Backflow valve requests are to be submitted to Erin.Johnson@Cincinnati-OH.gov.

We have attached all the requested documents on the drive and physical paper copies of the claims. Photos of damages can be found only on the drive. Once again thank you for taking the time to read and consider our claims and enrollment in the prevention program.

Respectfully and Best Regards,

Karl Rinzel and Sarah Rose

*P. 023 of 100*

From: **Eichhorn, Debi** Debi.Eichhorn@cincinnati-oh.gov
Subject: MSD SBU Claim Receipt - 2917 Losantivlle Avenue (378930)
Date: August 25, 2020 at 11:41 AM
To: knightdancer@gmail.com



Hello Mr. Rinzel!

I am writing to you on behalf of the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati (MSD) as a follow up to inform you that we received the claim for damages related to a possible sewer backup at 2917 Losantiville Avenue that occurred on or around 05/19/20.

Please note that it typically takes up to 60 days for MSD to process an SBU claim once a complete claim is received. This will likely be the only communication you receive from us until we are finished processing your claim unless we have questions. Once the claim is processed, documentation will be mailed to you advising of the results. If you have any questions, please email me or call me at the number below. If you make contact, please reference the address where the sewer backup occurred or the assigned claim number: 378930.

Best regards,



*Debi A. Eichhorn*
SBU Claims Manager
Metropolitan Sewer District of Greater Cincinnati
Wastewater Collection Division
225 W. Galbraith Road
Cincinnati, Ohio 45215
Office: (513) 352-4771



From: **Karl W-AK** knightdancer@gmail.com
Subject: Please review
Date: August 26, 2020 at 9:22 AM
To: Sarah Rose sarahjeanrose28@gmail.com

Hi Debi:

Thank you for letting us know you received our claim for 2020-05-19.
We also submitted a claim for 2019-08-01 and a sewer backup prevention form. Could you inform us about these items too?

I would like to request that we be given some preference over other people in this sewer backup process for a few reasons:

    1. In August of 2019 I was told the backup was our issue even though there was a history of sewer backup in both our neighbors and this house (2917 Losantiville Ave) several times that we know of up to that point. Basically, my complaint was ignored and the City claimed it was the residence that had the issue every time from 2012-2019.

    2. In May of 2020 my wife and I were both told it was an issue at 2917 Losantiville Ave until we requested the float be tested. It turned out the float installed in 2018 was defective. If this float would not have been defective, it would have clearly pointed to the City Sewer backup in August 2019 and we would be very close to getting a backflow installation today.

    3. During the last 10 years the drain was scoped twice. There were no blockages, only a slight belly in the sewer. This would not have caused a backup issue.

        I've attached the email below from 2014 with Randy Schneider, from the City of Cincinnati, after I got the drain scoped. As you can see it's been an issue for quite some time now.
        I've also attached the receipt from Apollo from 2014. Combining all of these complaints together with the information provided to the City previously means the City of Cincinnati could have treated this issue more seriously much earlier than 2020.

Please assist us in getting this resolved ASAP. We don't want another backup over the next few months to a year. Also, this would limit the City of Cincinnati's liability in this situation. That means it's to both of our benefits to get a backflow device installed ASAP.
I appreciate any help you can give us in getting this to be a priority for the City.

Best Regards,
Karl Rinzel / 614-353-6505

      ---------- Forwarded message ---------
      From: **Karl W-AK** <knightdancer@gmail.com>
      Date: Mon, Jul 14, 2014 at 11:15 PM
      Subject: Fwd: Receipt for Work Order #360558
      To: <randy.schneider@cincinnati-oh.gov>
      Cc: KarlRinzel <knightdancer@gmail.com>

      Hi Randy:

      Here is the receipt from Apollo stating they put a camera down the sewer.
      If you could please let me know you got this email I would appreciate it.
      That way I know the process of checking on the sewer is still in process. ;-))



**From:** **Eichhorn, Debi** Debi.Eichhorn@cincinnati-oh.gov 🚩
**Subject:** RE: Re: [External Email] MSD SBU Claim Receipt - 2917 Losantiville Avenue (378930) - Important
**Date:** August 26, 2020 at 1:42 PM
**To:** Karl W-AK knightdancer@gmail.com
**Cc:** Sarah Rose sarahjeanrose28@gmail.com

Hello, Karl & Sarah! I hope all is well!

I'm sorry...I neglected to mention in my receipt email that I did pass your SBUPP Questionnaire on to Erin Johnson for processing. I also spoke with her this morning to verify that she did receive it. I have also copied her on this email so she is aware of your request and concerns.

I am working on your other claim and will send a receipt once it is reviewed for completion.

Have a great day!

Debi

**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Wednesday, August 26, 2020 12:10 PM
**To:** Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Cc:** Sarah Rose <sarahjeanrose28@gmail.com>; KarlRinzel <knightdancer@gmail.com>
**Subject:** [External Email] Re: MSD SBU Claim Receipt - 2917 Losantiville Avenue (378930) - Important

External Email Communication

Hi Debi:

Thank you for letting us know you received our claim for 2020-05-19.
We also submitted a claim for 2019-08-01 and a sewer backup prevention form.
Could you inform us about these items too?

I would like to request that we be given some preference over other people in this sewer backup process for a few reasons:

1. In August of 2019 I was told the backup was our issue even though there was a history of sewer backup in both our neighbors and this house (2917 Losantiville Ave) several times that we know of up to that point. Basically, my complaint was ignored and the City claimed it was the residence that had the issue every time from 2012-2019.
2. In May of 2020 my wife and I were both told it was an issue at 2917 Losantiville Ave until we requested the float be tested. It turned out the float installed in 2018 was defective. If this float would not have been defective, it would have clearly pointed to the City Sewer backup in August 2019 and we would be very close to getting a backflow installation today.
3. During the last 10 years the drain was scoped twice. There were no

blockages, only a slight belly in the sewer. This would not have caused a backup issue.

I've attached the email below from 2014 with Randy Schneider, from the City of Cincinnati, after I got the drain scoped. As you can see it's been an issue for quite some time now.

I've also attached the receipt from Apollo from 2014. Combining all of these complaints together with the information provided to the City previously means the City of Cincinnati could have treated this issue more seriously much earlier than 2020.

Please assist us in getting this resolved ASAP. We don't want another backup over the next few months to a year. Also, installing a backflow device would limit the City of Cincinnati's liability in this situation. That means it's to both of our benefits to get a backflow device installed ASAP.

I appreciate any help you can give us in getting this to be a priority for the City. Please respond and let me know you got this email.

Best Regards,
Karl Rinzel / 614-353-6505

---------- Forwarded message ---------
From: **Karl W-AK** <knightdancer@gmail.com>
Date: Mon, Jul 14, 2014 at 11:15 PM
Subject: Fwd: Receipt for Work Order #360558
To: <randy.schneider@cincinnati-oh.gov>
Cc: KarlRinzel <knightdancer@gmail.com>

Hi Randy:

Here is the receipt from Apollo stating they put a camera down the sewer.
If you could please let me know you got this email I would appreciate it.
That way I know the process of checking on the sewer is still in process. ;-))

Best Regards,

Karl Rinzel / 614-353-6505

---------- Forwarded message ---------
From: <apollo@mobilogic.net>
Date: Thu, Jul 10, 2014 at 10:29 AM
Subject: Receipt for Work Order #360558
To: KNIGHTDANCER@gmail.com



From: **Apollo Heating Cooling Plumbing, Matt Dumas** apollo@mobilogic.net
Subject: Receipt for Work Order #360558
Date: July 10, 2014 at 10:29 AM
To: KNIGHTDANCER@gmail.com KNIGHTDANCER@GMAIL.COM

See attached form



**APOLLO**
HEATING • COOLING • PLUMBING

Remit to:

**Apollo Heating Cooling Plumbing**
**1730 Tennessee Ave**
**Cincinnati OH 45229**
**513-271-3600**
**www.ApolloHome.com**

KARL RINZEL
2917 LOSANTIVILLE AVE
CINCINNATI, OH 45213

7/10/14
Ticket# 360558

Contact: KARL RINZEL

Your technician today is Matt Dumas

AUTHORIZED WORK

| Description | Rate | Amount |
|---|---|---|
| CAMERA FIRST HOUR AND RECORD MAIN SEWER LINE APP_DLS_008 | STD | 264.00 |

Roots, grease, broken pipes, childrens toys, whatever is causing your drain problems,
Our Sewer Camera can show you exactly what's stopping or slowing your drain. We
can also use advanced locators to determine the location, depth and direction of the
pipe to determine the least intrusive way to solve the problem. *A visual cannot be
made until flow is restored as cameras cannot see through the murky water in a sewer
drain line*

|  | Total Sale | 264.00 |
|---|---|---|

SPECIAL INSTRUCTIONS

CAMERA MAIN SEWER LINE FROM REAR OF HOUSE THROUGH 3" STACK CLEAN OUT. SEWER IS CLEAR AT
THIS TIME WITH NO OBSTRUCTIONS. THERE IS A SHALLOW BELLY IN LINE THAT WATER IS SITTING IN LINE
HOWEVER WATER IS FLOWING WELL. THIS LINE IS CLEAR AT THIS TIME AND DID NOT SEE ANY CRACKS OUR
ISSUES.

PAYMENTS RECEIVED

| Payment | Amount |
|---|---|
| Visa ************4611 | 264.00 |
|  | Balance Due 0.00 |

7/10/14 10:21:13

Thank you for your business
Tell us how we did - www.ApolloHome.com

See attached form

---------- Forwarded message ---------
From: **Schneider, Randy** <Randy.Schneider@cincinnati-oh.gov>
Date: Tue, Jul 15, 2014 at 1:05 PM
Subject: RE: Receipt for Work Order #360558
To: Karl W-AK <knightdancer@gmail.com>
Cc: Rogers, Greg <Greg.Rogers@cincinnati-oh.gov>, Blannon, Greg
<Greg.Blannon@cincinnati-oh.gov>



Hi Karl,
I received your receipt. In 2011 we televised all of the sewer mainlines and building
sewers along Losantiville in coordination with the Duke Energy project. As part of that
project we collected the location of these sewer lines. It is my intention to use the old
video and location to install 2-way cleanouts at the right-of-way. Along with the clean-out
will be a sensor to determine if and when the building sewer surcharges. Once everything
is installed we will conduct an elevation survey to see if something needs to be done with
what appears to be a slight belly in the building sewer.
Please let me know if you have additional questions.
Thanks,

**Randy Schneider, E.I.**
**Maintenance Management Supervisor**
Description: New MSD Logo 75



**Wastewater Collection Division**
P (513)352.4206
F (513)352.4909

On Tue, Aug 25, 2020 at 11:41 AM Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
wrote:

Hello Mr. Rinzel!

I am writing to you on behalf of the City of Cincinnati and the Metropolitan Sewer District of
Greater Cincinnati (MSD) as a follow up to inform you that we received the claim for damages
related to a possible sewer backup at 2917 Losantiville Avenue that occurred on or around
05/19/20.

Please note that it typically takes up to 60 days for MSD to process an SBU claim once a
complete claim is received. This will likely be the only communication you receive from us
until we are finished processing your claim unless we have questions. Once the claim is

processed, documentation will be mailed to you advising of the results. If you have any questions, please email me or call me at the number below. If you make contact, please reference the address where the sewer backup occurred or the assigned claim number: 378930.

Best regards,



*Debi A. Eichhorn*
SBU Claims Manager
Metropolitan Sewer District of Greater Cincinnati
Wastewater Collection Division
225 W. Galbraith Road
Cincinnati, Ohio 45215
Office: (513) 352-4771



From: **Eichhorn, Debi** Debi.Eichhorn@cincinnati-oh.gov 🚩
Subject: RE: Re: [External Email] MSD SBU Claim Receipt - 2917 Losantiville Avenue (379089) (07/30/19 Claim)
Date: August 31, 2020 at 3:42 PM
To: Sarah Rose sarahjeanrose28@gmail.com
Cc: Karl W-AK knightdancer@gmail.com

Hello Sarah & Karl!

I did receive your affidavits on Thursday as I was in the office. I have added them to your claim and moved it forward in the process. As noted, it can take up to 60 days upon receipt of a complete claim for it to be processed and this will likely be the last communication you receive from us until the processing is complete and documentation is mailed out to you unless questions arise. This is the case for both of your claims that we are processing.

In the meantime, if you have any questions, please feel free to email me.

Have a great day!

Debi

**From:** Sarah Rose <sarahjeanrose28@gmail.com>
**Sent:** Monday, August 31, 2020 2:54 PM
**To:** Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Cc:** Karl W-AK <knightdancer@gmail.com>
**Subject:** [External Email] Re: MSD SBU Claim Receipt - 2917 Losantiville Avenue (379089) (07/30/19 Claim)

External Email Communication

Hello Debi,

Thank you for your email.

We have notarized two, Affidavit of no insurance forms, in my name and in Karl's.

This was drooped off at MSD on Thursday.

Thank you again for keeping in touch,

Sarah
614-687-0500

On Wed, Aug 26, 2020, 2:28 PM Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov> wrote:

Hello Karl & Sarah!

I am writing to you on behalf of the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati (MSD) as a follow up to inform you that we received the claim for damages

related to a possible sewer backup at 2917 Losantiville Avenue that occurred on or around 07/30/2019.

However, we do need some additional information for this claim before we may begin processing it. You noted that you did not have insurance and provided a letter from State Farm verifying that you've been their customer at this property since 04/28/20. Does this mean that you had a different insurance provider prior to 04/28/20? If so, we need the declaration page(s) from your insurance policy that was in place at the time of this sewer backup. If you did not have insurance at the time, we will need an Affidavit of No Insurance (attached) completed by each of you to attest that you did not have insurance on this property at the time. Each will need to be signed in the presence of a notary public and I will need each ORIGINAL dropped off or mailed to me at the address below in my signature. You will use 379089 as the claim number/work order on the form. In the meantime, I will put this claim in a "hold" status.



Please let me know if you have any questions about this request.

Please note that it typically takes up to 60 days for MSD to process an SBU claim once a complete claim is received. Once we have the information requested from you, you will likely not hear from us again until we are finished processing your claim unless we have additional questions. Once the claim is processed, documentation will be mailed to you advising of the results. If you have any questions, please email me or call me at the number below. If you make contact, please reference the address where the sewer backup occurred or the assigned claim number: 379089.

Best regards,

*Debi A. Eichhorn*
SBU Claims Manager
Metropolitan Sewer District of Greater Cincinnati
Wastewater Collection Division
225 W. Galbraith Road
Cincinnati, Ohio 45215
Office: (513) 352-4771

**State Farm**

ERIC D SNIDER INS AGENCY
Auto~Life~Health~Home and Business
4911 WEST BROAD STREET
COLUMBUS, OH 43228    PHONE (614)851-1300

July 8, 2020

TO:  KARL RINZEL
     2917 LOSANTIVILLE AVE
     CINCINNATI, OH 45213~1359

Please let this letter serve as verification that your home at the above address has been insured with State Farm from April 28, 2020 to the present time.

 If you have any questions or need further information, please contact our office.

Sincerely,

Katie Grubba
Office Manager



From: **Spiering, Julie K.** spiering@taftlaw.com
Subject: 2917 Losantiville - SBU #379089
Date: October 27, 2020 at 12:18 PM
To: Karl Rinzel (knightdancer@gmail.com) knightdancer@gmail.com

Good afternoon, Mr. Rinzel.

We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event.

Thank you.

**Taft /**

**Julie K. Spiering**
Paralegal
spiering@taftlaw.com
Dir: 513.357.9484  |  Cell: 513.218.1104
Tel: 513.381.2838  |  Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**taftlaw.com**

To receive regular COVID-19 updates from Taft, **subscribe here**. For additional resources, visit Taft's COVID-19 **Resource Toolkit**.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Pg 35 of 5 100



From: **Eichhorn, Debi** Debi.Eichhorn@cincinnati-oh.gov
Subject: RE: [External Email] MSD SBU Claim-2917 Losantiville Avenue (379089) (07/30/19 Claim)
Date: October 28, 2020 at 10:19 AM
To: Sarah Rose sarahjeanrose28@gmail.com
Cc: BF Karl knightdancer@gmail.com

Hi, Sarah!

Your claim is with our 3rd party attorneys and adjusters. I reached out to them this morning so I could let you know the status. They advised that they sent you the attached email requesting additional information/documentation yesterday. Please review and let me know if you have any questions about this request.

Best regards,

Debi

**From:** Sarah Rose <sarahjeanrose28@gmail.com>
**Sent:** Wednesday, October 28, 2020 12:34 AM
**To:** Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Cc:** BF Karl <knightdancer@gmail.com>
**Subject:** [External Email] MSD SBU Claim-2917 Losantiville Avenue (379089) (07/30/19 Claim)

External Email Communication

Hello Debi,

I wanted to follow up on the claim we have submitted, claim number 379089, year 2019. As we haven't received a letter in the mail.

We did receive the claim letter for 2020.
I will also follow up with Erin Johnson about the sewer prevention program.

--
Take Care,

Sarah Rose
614-687-0500

Mail Attachment



**From:** **Karl W-AK** knightdancer@gmail.com
**Subject:** Re: 2917 Losantiville - SBU #379089
**Date:** October 30, 2020 at 5:42 PM
**To:** Spiering, Julie K. spiering@taftlaw.com
**Cc:** Sarah Rose sarahjeanrose28@gmail.com
**Bcc:** Attorney Smith Ron ronsmithlaw@gmail.com

Hi Julie:



Please send the federal guidelines that we (my wife and I) are supposed to follow and that you (representing the city or the federal government) are supposed to follow so I can review them and then respond appropriately.

I'm not comfortable with me personally negotiating any settlement with you after sending in all the documents requested by the City of Cincinnati.

Best Regards,
Karl Rinzel / 614-353-6505

On Fri, Oct 30, 2020 at 12:42 PM Spiering, Julie K. <spiering@taftlaw.com> wrote:

Hello Mr. Rinzel,

Thank you for your response but I would like to clarify that we do not represent the City or MSD. Because the sewer backup program is mandated by a federal consent decree and ratepayers' money covers the cost of the claims, our role as outside counsel is to review claims independently to ensure that the claims process is consistent with and adheres to the guidelines as mandated by the decree.

I hope this is helpful and if you should have any further questions or concerns please feel free to contact us.

Thank you,

Julie

**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Friday, October 30, 2020 11:00 AM
**To:** Spiering, Julie K. <spiering@taftlaw.com>
**Subject:** Re: 2917 Losantivi:le - SBU #379089

Hi Julie:

I will need to get back to you. Since the City of Cincinnati has retained outside counsel instead of paying the claim. I will need to speak with my attorney before I communicate further.

Best Regards,

Karl Rinzel / 614-353-6505

On Tue, Oct 27, 2020 at 12:18 PM Spiering, Julie K. <spiering@taftlaw.com> wrote:

Good afternoon, Mr. Rinzel,

We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event.

Thank you.

**Taft /**    **Julie K. Spiering**
Paralegal
spiering@taftlaw.com
Dir: 513.357.9484  |  Cell: 513.218.1104

Tel: 513.381.2838 | Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**taftlaw.com**

To receive regular COVID-19 updates from Taft, subscribe here. For additional resources, visit Taft's COVID-19 Resource Toolkit.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.



From: **Karl W-AK** knightdancer@gmail.com
Subject: Re: 2917 Losantiville - SBU #379089
Date: November 5, 2020 at 3:57 PM
To: Spievack, Andrew A. aspievack@taftlaw.com
Cc: Spiering, Julie K. spiering@taftlaw.com, Attorney Smith Ron ronsmithlaw@gmail.com

Hi Andrew:

Please contact Ron Smith and explain what laws are applicable and information you need in accordance with the claim.
At this point I will forward everything to you through my counsel once we know what is legally required.

Best Regards,
Karl Rinzel / 614-353-6505

On Mon, Nov 2, 2020 at 9:58 AM Spievack, Andrew A. <aspievack@taftlaw.com> wrote:

Good morning, Mr. Rinzel. I am an attorney with law firm Taft Stettinius & Hollister LLP, counsel to MSD. I understand you have been in contact with Taft paralegal Julie Spiering regarding your sewer backup claim. I further understand that you are represented by counsel with regard to your claim. Please send me the contact information for your attorney so that we may direct all future communications through that individual. Alternatively, please feel free to have your attorney contact me. I can be reached at this email or by phone at 513-827-3896.

Regards,

Drew

# Taft /

**Andrew A. Spievack**
Attorney
aspievack@taftlaw.com
Dir: 513.827.3896 | Cell: 513.543.4543
Tel: 513.381.2838 | Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.



**From:** Karl W-AK knightdancer@gmail.com
**Subject:** Re: [External Email] Sewer Prevention Program for 2917 Losantiville Ave, Cincinnati OH
**Date:** November 10, 2020 at 12:14 PM
**To:** Johnson, Erin Erin.Giltz@cincinnati-oh.gov
**Cc:** Sarah Rose sarahjeanrose28@gmail.com, Eichhorn, Debi Debi.Eichhorn@cincinnati-oh.gov

Hi Erin:

Thank you for the update and for your response. I realize you have a large volume of questionnaires. Here's the thing, I've been trying to get the City to look at this issue since 2014. The City would not acknowledge there was an issue until we proved the float that was installed on our line was defective in May 2020. Prior to the May 2020 incident, the City always claimed it was not their issue (when it actually was their issue). So this process has been going on for many years now.

In May of 2020, the float was only checked to see if it was working because Sarah and I insisted it was not working and then the City workers tested it to prove we were incorrect. Well, it turned out we were correct and the float did not work. I know you have your protocols for reviewing questionnaires, that said if you can't speed up the process and install a backflow device relatively quickly for our property, we will have another flood from the City within about 6 months based on past experience. The City will be responsible for that and will need to pay for the entire flood damage (My estimate is between $3500 and $6500 depending on how high the water rises). I'm not going to have my insurance dropped because of another claim that could have been avoided.

Ultimately, it is easier and cheaper for everyone to get our property on the schedule sooner than later. Following protocols is great, but it will actually cost the City of Cincinnati and/or Federal Government (from my understanding) more money to delay the installation on our property.

I hope you understand that I know you are doing your job to the best of your ability, however if a supervisor or someone with decision making power can review the file and make a decision sooner rather than later it really would help everyone involved save time and money.

Best Regards,
Karl Rinzel / 614-353-6505



On Tue, Nov 10, 2020 at 10:52 AM Johnson, Erin <Erin.Giltz@cincinnati-oh.gov> wrote:

Good morning Karl,

Yes, your application has been received. Please know that we are experiencing an extremely large volume of questionnaires and they are all evaluated in the order that they are received for all fairness to our customers. Once your property has been evaluated I will reach out to you and let you know what the findings are. Please know that the 60 days applies to the Claims department and not the SBUPP department.

Thank you,

Erin

**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Monday, November 9, 2020 1:33 PM
**To:** Johnson, Erin <Erin.Giltz@cincinnati-oh.gov>
**Cc:** Sarah Rose <sarahjeanrose28@gmail.com>; Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Subject:** [External Email] Sewer Prevention Program for 2917 Losantiville Ave, Cincinnati OH

External Email Communication

# Hi Erin:

# I would like to check in with you again on our application to the Sewer



Prevention Program.

I know you are very busy because of the number of issues a lot of people have had with backups, that said, the prevention program stated we would know in 60 days and it is past that.

Could you please let us know if we:

1. Qualified for a backup device.

2. A date for when we would know the date of the scheduled backup device being installed.

3. Also the approximate time frame at this time that we would probably be scheduled for a backup device.

I am presuming we will get a backup device because of the history of 10 years of backups that are increasing in occurrence. That said I have been trying to work with the city since 2014 to get this issue resolved and I would really appreciate some assistance and action in this area.

Please keep in touch and let Sarah and I know what is in process. ;-)

Best Regards,

Karl Rinzel / 614-353-6505


On Tue, Nov 3, 2020 at 9:56 AM Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov> wrote:

> Hi, Sarah. I'm out of town but am forwarding your message to Erin. Please note that's she's been on vacation and returns tomorrow. I expect you will hear from her in the next few business days.
>
> Have a great one!
>
> Debi
>
> Get Outlook for Android

---

**From:** Sarah Rose <sarahjeanrose28@gmail.com>
**Sent:** Monday, November 2, 2020 4:00:24 PM
**To:** Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Cc:** BF Karl <knightdancer@gmail.com>
**Subject:** [External Email] Prevention Program 2917 Losantiville Ave

External Email Communication

I believe we are in Phase 2 of the Sewer Prevention Program now. Please let me know if this is correct.

Also, we can't help but notice that our neighbor across the street is now getting the preparation for their backflow device to be installed. Do you have an estimate of when we will be getting our backflow device installed?

Previously, we received a voicemail message, that I thought was from you, that said we would be allowed to get into the program and aligned with the neighbor across the street from us. Is there an estimate of when we will be able to get a backflow device installed? It's important that this happens before our basement has the chance to flood again.

Especially since our application would have been submitted almost a year earlier if the city's float would NOT have been defective in August, 2019.

Best Regards,
Karl Rinzel / 614-353-6505



On Wed, Nov 18, 2020 at 4:06 PM Karl W-AK <knightdancer@gmail.com> wrote:

Hi Erin:

Thank you for the phone message explaining we would be included in the Sewer Prevention Program with the neighbor across the street. I really appreciate your call to my wife and your response. I didn't hear the message directly so could you let us know the approximate time frame for installation of a backflow device?

We would really appreciate it.

Best Regards,
Karl Rinzel / 614-353-6505

On Mon, Nov 9, 2020 at 1:33 PM Karl W-AK <knightdancer@gmail.com> wrote:

Hi Erin:

I would like to check in with you again on our application to the Sewer Prevention Program.

I know you are very busy because of the number of issues a lot of people have had with backups, that said, the prevention program stated we would know in 60 days and it is past that.

Could you please let us know if we:
1. Qualified for a backup device.
2. A date for when we would know the date of the scheduled backup device being installed.
3. Also the approximate time frame at this time that we would probably be scheduled for a backup device.

I am presuming we will get a backup device because of the history of 10 years of backups that are increasing in occurrence. That said I have been trying to work with the city since 2014 to get this issue resolved and I would really appreciate some assistance and action in this area.
Please keep in touch and let Sarah and I know what is in process. ;-)

Best Regards,
Karl Rinzel / 614-353-6505

On Tue, Nov 3, 2020 at 9:56 AM Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov> wrote:

> Hi, Sarah. I'm out of town but am forwarding your message to Erin. Please note that's she's been on vacation and returns tomorrow. I expect you will hear from her in the next few business days.
>
> Have a great one!
>
> Debi
>
> Get Outlook for Android

---

**From:** Sarah Rose <sarahjeanrose28@gmail.com>
**Sent:** Monday, November 2, 2020 4:00:24 PM
**To:** Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Cc:** BF Karl <knightdancer@gmail.com>
**Subject:** [External Email] Prevention Program 2917 Losantiville Ave

External Email Communication

Hello Debi,

You have been very good at responding to us. We really appreciate it. I have emailed Erin recently, I have not gotten a response whenever I email her. I understand he is busy. Would you be so kind as to ask her that I would like to follow up on our Prevention Program claim, we haven't received anything in the mail.

As for our 2019 Claim about the sewer backup we had contact with the attorney.

Thank you again,

Sarah Rose
614-687-0500

P. 043 of 100

From: **Karl W-AK** knightdancer@gmail.com 📎 🚩
Subject: Re: 2917 Losantiville - SBU #379089
Date: March 23, 2021 at 5:45 PM
To: Spiering, Julie K. spiering@taftlaw.com, Andrew A. Spievack aspievack@taftlaw.com
Cc: Ron Attorney Smith ronsmithlaw@gmail.com, Sarah Rose sarahjeanrose28@gmail.com, KarlRinzel knightdancer@gmail.com, Karl Rinzel karlrinzel.us@gmail.com

Hi Julie:

Please find the four attached documents including the letter from Taft Law about no repairs. Letter "MSPCinci2020-09-10NoRepairs". It makes it clear that Taft Law has a position which is contrary to itself.

Attached:
1. Receipt from Basement Doctor for Sump Pump.
2. Final Receipt from Basement Doctor for Sump Pump.
3. Letter about No Repairs from Taft Law.
4. Letter to Taft Law about the August 2019 claim that explains the current debacle we have with Taft Law's multiple positions.

In the letter "MSPCinci2020-09-10NoRepairs", dated in September 10, 2020 that Taft Law sent my wife and I, Taft Law states that we have to accept that we will NOT repair or make fixes to our basement for a period of 2 years.

"If you choose to accept compensation from the Sewer Backup Claims Program, MSD is permitted to request that you take reasonable precautions against the loss of personal and real property in the event of another flooding incident. These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less that two feet above the basement floor for the next two years. The extent to which you comply with these requests may be a factor that is considered in determining the settlement offer for any future claims."

However, your email (below) subject "Re: 2917 Losantiville - SBU #379089" dated October 27, 2020 states we have to have the repairs completed in order to receive money for the August 2019 claim.

"We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event."

Please explain how Taft Law can take both of these positions. I will work with you to get this conundrum resolved. However at this time, we have a contract with Taft Law to: "These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less that two feet above the basement floor for the next two years."

I don't see repairs being completed before the backup flow device is installed by the City of Cincinnati.
Please read and respond to the attached letter within 10 days as to Taft Law's position. I have attached the receipts and other information in this email for your convenience.

Respectfully and with Best Regards,
Karl Rinzel
614-353-6505

On Oct 27, 2020, at 12:18 PM, Spiering, Julie K.<spiering@taftlaw.com> wrote:

Good afternoon, Mr. Rinzel.

Good afternoon, Mr. Kinzer.

We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event.

Thank you.

**Taft /**

**Julie K. Spiering**
Paralegal
spiering@taftlaw.com
Dir: 513.357.9484   |   Cell: 513.218.1104
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**taftlaw.com**

To receive regular COVID-19 updates from Taft, subscribe here. For additional resources, visit Taft's COVID-19 Resource Toolkit

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

   

MSPCinci2020-   MSPCinci2020-   MSPCinci2020-   MSPofGC
09-10...irs.pdf    09-10...irs.pdf    09-10...irs.pdf    TaftLa...8.docx

From: **Johnson, Erin** Erin.Giltz@cincinnati-oh.gov
Subject: RE: Re: [External Email] We got your phone message about the Sewer Prevention Program for 2917 Losantiville Ave, Cincinnati OH
Date: April 26, 2021 at 1:27 pm
To: Karl W-AK knightdancer@gmail.com
Cc: Sarah Rose sarahjeanrose28@gmail.com, Eichhorn, Debi Debi.Eichhorn@cincinnati-oh.gov, Griffith, David david.griffith@burgessniple.com, Forney, Paige paige.forney@burgessniple.com



Your welcome Karl. I hope you are able to enjoy this beautiful sunny day.

**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Monday, April 26, 2021 1:20 PM
**To:** Johnson, Erin <Erin.Giltz@cincinnati-oh.gov>
**Cc:** Sarah Rose <sarahjeanrose28@gmail.com>; Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>; Griffith, David <david.griffith@burgessniple.com>; Forney, Paige <paige.forney@burgessniple.com>
**Subject:** Re: [External Email] Re: We got your phone message about the Sewer Prevention Program for 2917 Losantiville Ave, Cincinnati OH

Hi Erin:

Thank you very much for the quick response and full update. We really appreciate it.

Best Regards,
Karl Rinzel / 614-353-6505

On Mon, Apr 26, 2021 at 1:01 PM Johnson, Erin <Erin.Giltz@cincinnati-oh.gov> wrote:

Hi Karl,

Your property is actually in Task 4 Design phase. I gave Burgess & Niple the approval on 4/20/21. They'll probably be wrapping up the design within the next week or two. Once I approve the design it will go to you guys along with the Covenant & Agreement. Once you have signed and notarized all the necessary paperwork I will select a contractor to begin the work. You're getting very close. If you have any questions feel free to let me know.

**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Monday, April 26, 2021 12:42 PM
**To:** Johnson, Erin <Erin.Giltz@cincinnati-oh.gov>
**Cc:** Sarah Rose <sarahjeanrose28@gmail.com>; Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Subject:** [External Email] Re: We got your phone message about the Sewer Prevention Program for 2917 Losantiville Ave, Cincinnati OH

External Email Communication

Hi Erin:

I believe we are in Phase 2 of the Sewer Prevention Program now. Please let me know if this is

From: <noreply@elavon.com>
Date: Mon, Aug 17, 2020 at 2:08 PM
Subject: Order Confirmation
To: <knightdancer@gmail.com>

**THE BASEMENT DOCTOR CINCINNATI L**
**10690 LOVELAND MADEIRA RD**
**LOVELAND, OH 45140**
**855-782-9374**

**Order Results**

| | |
|---|---|
| **Profile Name:** | THE BASEMENT DOCTOR CINCINNATI |
| **Transaction ID:** | 170820E3E-A76744A4-6847-46E6-81EC-CF4E9FBAD378 |
| **Date/Time:** | 08/17/2020 02:08:03 PM |
| **Transaction Type:** | SALE |
| **Approval Message:** | APPROVAL |
| **Approval Code:** | 01690P |
| **ENTRY METHOD:** | ICC |
| **Auth Mode:** | Issuer |
| **AID:** | A0000000041010 |
| **TVR:** | 0000008000 |
| **IAD:** | 0110A040012200000000000000000000000FF |
| **TSI:** | E800 |
| **Application:** | CAPITAL ONE/MASTERCARD |
| **Verification Method:** | SIGNATURE |

**Order Section**

| | |
|---|---|
| **Card Number :** | ************9137 |
| **Amount :** | $4363.00 USD |

**Billing Address**

| | |
|---|---|
| **First Name :** | KARL |
| **Last name :** | RINZEL |

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.



**The Basement Doctor**
*Known Best for Being Better!*

**Prepared by:**
Steve Purdon
C  513-200-8387
spurdon@tbdcincy.com

The Basement Doctor of Cincinnati
www.BasementDoctorCincy.com
TF (513)554-0555
F  (513)554-0888

**Prepared on:**
4-10-20

**Prepared for:**
Sarah Rose
P  (614) 687-0500

**Job location:**
2917 Losantiville Ave
Cincinnati, OH 45213-1359

**Proposal**

# Project Summary

| | |
|---|---|
| My Basement | $4,863.00 |
| Total Investment | $4,863.00 |
| **Total Contract Price** | **$4,863.00** |
| Deposit Required - 20% | $972.60 |
| Deposit Paid | $500.00 |
| **Amount Due Upon Installation** | **$4,363.00** |

# Customer Consent

Any alteration from the above specifications and corresponding price adjustment (if necessary) will be made only at the Customer's request or approval. Completing the work in this Proposal at the time scheduled is contingent upon accidents or delays beyond our control. This Proposal is based primarily on the Customer's description of the problem. This Proposal may be withdrawn if not accepted by the Customer within 30 days.

**Authorized Signature** _____  **Date** 4/6/20

Acceptance of Contract— I am/we are aware of and agree to the contents of this Proposal, the attached Job Detail sheet(s), and the attached Limited Warranty, (together, the "Contract"). You are authorized to do the work as specified in the Contract. I/we will make the payment set forth in this Contract at the time it is due.(When the job is done, Foremen to collect) I/we will pay your service charge of 1-1/3% per month (16% per annum) if my/our account is 30 days or more past due, plus your attorney's fees and costs to collect and enforce this Contract.

**Customer Signature** _____  **Date** 4/10/20

Customer has received a copy of the "Foundation Repair Science" book.

**Initial** _____

**The Basement Doctor of Cincinnati**
10690 Loveland-Madeira Rd. Loveland OH 45140

**Job Location**
2917 Losantiville Ave Cincinnati OH 45213-1359

**Page 1/7**
4-10-20



METROPOLITAN
SEWER DISTRICT
of greater
CINCINNATI

September 10, 2020

Karl Rinzel and Sarah Rose
2917 Losantiville Avenue
Cincinnati, OH 45213

RE: Sewer Backup Claim 378930 for 2917 Losantiville Avenue, Cincinnati, Ohio 45213

Dear Karl Rinzel and Sarah Rose,

I am an outside lawyer for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati ("MSD"), and am writing to you in response to your claim for damages related to flooding at 2917 Losantiville Avenue, Cincinnati, OH 45213 on or about May 19, 2020. Enclosed is a release for the above-referenced claim. If you are in agreement, please sign this release and return it to:

Debi Eichhorn, MSD – Wastewater Collection Division
225 West Galbraith Road, Cincinnati, Ohio 45215

After you have signed and returned this release, you will be forwarded the City of Cincinnati's check in settlement of your claim. Please do not alter the release as it will void this offer and delay settlement of your claim. This offer expires in sixty (60) days. If you have any questions about this release, including the amount of the offer, please call Debi Eichhorn at (513) 352-4771.

If you choose to accept compensation from the Sewer Backup Claims Program, MSD is permitted to request that you take reasonable precautions against the loss of personal and real property in the event of another flooding incident. These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less than two feet above the basement floor for the next two years. The extent to which you comply with these requests may be a factor that is considered in determining the settlement offer for any future claims.

If you disagree with the City's disposition of your claim, in accordance with an order in the Consent Decree case, Federal District Court case # 1:02-cv-00107-MRB-KLL, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within ninety (90) days with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the court-appointed Ombudsman, the Legal Aid Society, at (513) 362-2801 for further information.

Alternatively, you may pursue your claim through standard legal process in the Hamilton County Municipal Court or the Court of Common Pleas. Both of these courts are located at 1000 Main Street.

Best regards,

Sanna-Rae Taylor
Attorney and outside counsel to MSD
Taft Stettinius & Hollister LLP
Enc: Release

27847859.1

P. 049 of 100

RELEASE – CLAIM NO. 378930

Karl Rinzel and Sarah Rose, 2917 Losantiville Avenue, Cincinnati, OH 45213 and Equity Trust, Trustee, for the sole consideration of one thousand DOLLARS and 00/100 CENTS ($1,000.00), received by their satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati and the Board of County Commissioners of Hamilton County, Ohio, their respective employees, officers, successors and assigns, **do hereby release and forever discharge the City of Cincinnati and the Board of County Commissioners of Hamilton County, Ohio, their respective employees, officers, successors and assigns, from any and all claims, demands, actions and causes of action whatsoever or in any manner arising from a "Sewer Backup" incident on or about May 19, 2020 at 2917 Losantiville Avenue, Cincinnati, OH 45213.**

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of either or both of the City of Cincinnati and the Board of County Commissioners of Hamilton County, Ohio, their respective employees, officers, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital. It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

**Please note that in order for MSD to process this Release, you must sign and date this form in the presence of a Notary Public and have them complete the appropriate portion(s) of this form.**

Signed and dated by Equity Trust, Trustee

By:_____        _____
Its:_____        (Date Signed)

STATE OF OHIO        ⎤
                     ⎬ ss
COUNTY OF HAMILTON   ⎦

The foregoing instrument was acknowledged before me this ___ day of _____,
20___, by _____.

_____
Notary Public
My commission expires: _____

Signed and dated by Karl Rinzel:

_____        09/18/20
Karl Rinzel                      (Date Signed)

STATE OF OHIO        ⎤
                     ⎬ ss
COUNTY OF HAMILTON   ⎦

AUSTIN C HOILES
Notary Public. State of Ohio
My Comm. Expires Dec. 18, 2022
Recorded in Wood County

The foregoing instrument was acknowledged before me this ___ day of SePtemBer
2020, by Karl Rinzel.

_____
Notary Public
My commission expires: 12/18/2022

27847859.1

METROPOLITAN
SEWER DISTRICT
of greater
CINCINNATI

Signed and dated by Sarah Rose:

_____
Sarah Rose

09/18/20
(Date Signed)

STATE OF OHIO       } ss
COUNTY OF HAMILTON  }

The foregoing instrument was acknowledged before me this 18 day of SePtemBer
2020, by Sarah Rose .

_____
Notary Public
My commission expires: 12/18/2022



AUSTIN C HOILES
Notary Public, State of Ohio
My Comm. Expires Dec. 18, 2022
Recorded in Wood County

27847859.1

P. 051 of 100

Karl Rinzel
knightdancer@gmail.com
614-353-6505

March 8, 2021

Julie K. Spiering and Andrew Spievack
Taft Law
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Dear Ms. Spiering and Mr. Spievack:

Your last email was kind of a shock that the Federal Government Program will not cover the damages to the house at 2917 Losantiville Ave., Cincinnati, OH 45213. This is the quandary we find ourselves in because of your letter stating that, "We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event."

If I'm to understand the information stated in your letter correctly, you will not pay the claim of $6,717.07 because we did NOT have work done by a contractor at that time. If you looked at the paperwork we submitted to the city, we did not have insurance at the time because we could not afford the insurance and thus the claim is a big claim because no insurance was paid on it.

Therefore, it is a lot more than just the $1,000 deductible that was paid on our May 2020 Claim that the city already paid. We also learned that if we stored anything in the basement at 2917 Losantiville Ave, the MSP of Greater Cincinnati will not cover it. Nor would MSP of Greater Cincinnati cover repairs for two years. NOTE: Please see the attached letter from your firm Taft Law representing MSP of Greater Cincinnati for the May 2020 claim.

In that letter it states "If you choose to accept compensation from the Sewer Backup Claims Program, MSD is permitted to request that you take reasonable precautions against the loss of personal and real property in the event of another flooding incident. These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less that two feet above the basement floor for the next two years. The extent to which you comply with these requests may be a factor that is considered in determining the settlement offer for any future claims."

Please correct me if I am incorrect in assuming this would include items like doors to the basement bathroom, a Vanity in the bathroom, the drywall that was removed by us and other items that were damaged by the flood in 2019.

What I have included is the receipts for a Sump Pump that we had installed because the MSP of Greater Cincinnati Sewer Backup pump takes over a year to get installed by the sewer prevention program and we needed to stop the sewage backups from sitting in our basement when the main line of the sewer floods. The Sump Pump cost $4,863.00. We could add this to the cost of the claim already filed if you would like? That will make the total $11,580.07.

Please let us know how Taft Law would like to proceed. We request you review all attached documentation.

Respectfully and with Best Regards,

Karl Rinzel

CC: Ron Smith

*POSS of 100*

From: **Spievack, Andrew A.** aspievack@taftlaw.com
Subject: RE: 2917 Losantiville - SBU #379089
Date: March 24, 2021 at 9:26 PM
To: Karl W-AK knightdancer@gmail.com, Spiering, Julie K. spiering@taftlaw.com
Cc: Ron Attorney Smith ronsmithlaw@gmail.com, Sarah Rose sarahjeanrose28@gmail.com, Karl Rinzel karlrinzel.us@gmail.com

Mr. Rinzel,

You had previously directed me to speak with you attorney, Ron Smith, about your claim. I had done so and have been awaiting a response from him since January. Seeing that he has been cc'd on this correspondence, I will respond to you both here.

First, please allow me clear up that there is no "contract with Taft Law." The September 10, 2020, letter from my colleague, Sanna-Rae Taylor to you specifies that Taft is outside counsel for the City of Cincinnati and Metropolitan Sewer District of Greater Cincinnati. The letter further specifies that it is enclosing a release for your claim under the Sewer Backup Claims Program for damages related to flooding at 2917 Losantiville Avenue, Cincinnati, OH 45213 on or about May 19, 2020.

As to the instant claim under the Sewer Backup Claims Program--for damages related to flooding at that same address on July 30, 2019-- we simply requested corroboration that the $4,732.07 in mitigation/cleaning services by PuroClean (not repairs) that you claimed was, in fact, completed by PuroClean and in the amount. The reason for this was that you submitted an "estimate," which would be before any mitigation/cleaning was completed and any amount incurred. If you wish for us to complete the claim process without taking account of the PuroClean mitigation estimate, please let us know. Otherwise, please submit the requested corroboration.

Please let me know if you have any other questions.

Drew

**Taft /**    **Andrew A. Spievack**
Attorney
aspievack@taftlaw.com
Dir: 513.827.3896  |  Cell: 513.543.4543
Tel: 513.381.2838  |  Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Taft Bio
Download vCard
taftlaw.com

From: Karl W-AK <knightdancer@gmail.com>
Sent: Tuesday, March 23, 2021 5:45 PM
To: Spiering, Julie K. <spiering@taftlaw.com>; Spievack, Andrew A. <aspievack@taftlaw.com>
Cc: Ron Attorney Smith <ronsmithlaw@gmail.com>; Sarah Rose <sarahjeanrose28@gmail.com>; KarlRinzel <knightdancer@gmail.com>;
Karl Rinzel <karlrinzel.us@gmail.com>
Subject: Re: 2917 Losantiville - SBU #379089

[EXTERNAL MESSAGE]
Hi Julie:

Please find the four attached documents including the letter from Taft Law about no repairs. Letter "MSPCinci2020-09-10NoRepairs". It makes it clear that Taft Law has a position which is contrary to itself.

Attached:
1. Receipt from Basement Doctor for Sump Pump.
2. Final Receipt from Basement Doctor for Sump Pump.
3. Letter about No Repairs from Taft Law.
4. Letter to Taft Law about the August 2019 claim that explains the current debacle we have with Taft Law's multiple positions.

In the letter "MSPCinci2020-09-10NoRepairs", dated September 10, 2020 that Taft Law sent my wife and I, Taft Law states that we have to accept that we will NOT repair and make fixes to our basement for a period of 2 years.

"If you choose to accept compensation from the Sewer Backup Claims Program, MSD is permitted to request that you take reasonable precautions against the loss of personal and real property in the event of another flooding incident. These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less that two feet above the basement floor for the next two years. The extent to which you comply with these requests may be a factor that is considered in determining the settlement offer for any future claims."

However, your email (below) subject "Re: 2917 Losantiville - SBU #379089" dated October 27, 2020 states we have to have the repairs completed

P. Ø54 of 100

However, your email (below) subject "RE: 2917 Losantiville - SBU #379089" dated October 27, 2020 states we have to have the repairs completed in order to receive money for the August 2019 claim.

"We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event."

Please explain how Taft Law can take both of these positions. I will work with you to get this conundrum resolved. However at this time, since we have a contract with Taft Law to: "These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less that two feet above the basement floor for the next two years."

I don't see repairs being completed before the backup flow device is installed by the City of Cincinnati.

Please read and respond to the attached letter within 10 days as to Taft Law's position. I have attached the receipts and other information in this email for your convenience.

Respectfully and with Best Regards,
Karl Rinzel
614-353-6505



On Oct 27, 2020, at 12:18 PM, Spiering, Julie K. <spiering@taftlaw.com> wrote:

Good afternoon, Mr. Rinzel.
We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for professional cleaning services however there is no invoice verifying the work that was completed. In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event.
Thank you.

**Taft /**   Julie K. Spiering
Paralegal
spiering@taftlaw.com
Dir: 513.357.9484  |  Cell: 513.218.1104
Tel: 513.381.2838  |  Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

taftlaw.com

To receive regular COVID-19 updates from Taft, subscribe here. For additional resources, visit Taft's COVID-19 Resource Toolkit.

P. 055 of 100



**From:** **Karl W-AK** knightdancer@gmail.com
**Subject:** Fwd: 2917 Losantiville - SBU #379089
**Date:** March 30, 2021 at 1:22 PM
**To:** Sarah Rose sarahjeanrose28@gmail.com
**Cc:** KarlRinzel knightdancer@gmail.com

Best Regards,
Karl Rinzel / 614-353-6505

---------- Forwarded message ---------
From: **Karl W-AK** <knightdancer@gmail.com>
Date: Fri, Oct 30, 2020 at 5:42 PM
Subject: Re: 2917 Losantiville - SBU #379089
To: Spiering, Julie K. <spiering@taftlaw.com>
Cc: Sarah Rose <sarahjeanrose28@gmail.com>

Hi Julie:

Please send the federal guidelines that we (my wife and I) are supposed to follow and that you (representing the city or the federal government) are supposed to follow so I can review them and then respond appropriately.

I'm not comfortable with me personally negotiating any settlement with you after sending in all the documents requested by the City of Cincinnati.

Best Regards,
Karl Rinzel / 614-353-6505

On Fri, Oct 30, 2020 at 12:42 PM Spiering, Julie K. <spiering@taftlaw.com> wrote:

Hello Mr. Rinzel.

Thank you for your response but I would like to clarify that we do not represent the City or MSD. Because the sewer backup program is mandated by a federal consent decree and ratepayers' money covers the cost of the claims, our role as outside counsel is to review claims independently to ensure that the claims process is consistent with and adheres to the guidelines as mandated by the decree.

I hope this is helpful and if you should have any further questions or concerns please feel free to contact us.

Thank you,

Julie

**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Friday, October 30, 2020 11:00 AM
**To:** Spiering, Julie K. <spiering@taftlaw.com>
**Subject:** Re: 2917 Losantiville - SBU #379089

Hi Julie:

I will need to get back to you. Since the City of Cincinnati has retained outside counsel instead of paying the claim. I will need to speak with my attorney before I communicate further.

Best Regards,

Karl Rinzel / 614-353-6505

On Tue, Oct 27, 2020 at 12:18 PM Spiering, Julie K. <spiering@taftlaw.com> wrote:

Good afternoon, Mr. Rinzel.

We are outside counsel for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati. We are currently reviewing your SBU claim #379089 in connection with the July 30, 2019 sewer backup event. Submitted with your claim is an estimate dated October 14, 2019 from PuroClean Emergency Services for

P. 056 of 100

professional cleaning services however there is no invoice verifying the work that was completed.  In order to continue the processing of your claim it would be helpful if you could please provide us with PuroClean???s invoice which verifies the cleaning and mitigation work and expense that was incurred as a result of the July 30th event.

Thank you.

**Taft /**     **Julie K. Spiering,**
Paralegal
spiering@taftlaw.com
Dir: 513.357.9484   |  Cell: 513.218.1104
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**taftlaw.com**

To receive regular COVID-19 updates from Taft, subscribe here. For additional resources, visit Taft's COVID-19 Resource Toolkit.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

P. 8570+100



From: **Spiering, Julie K.** spiering@taftlaw.com 🖇
Subject: Losantiville Avenue 2917 - Offer Letter and Release (379089).PDF
Date: June 21, 2021 at 4:46 PM
To: Karl Rinzel (knightdancer@gmail.com) knightdancer@gmail.com



Good afternoon, Mr. Rinzel.

On May 25, 2021 we placed in the mail to you an Offer Letter and Release regarding your SBU claim #379089. Our correspondence was returned to us via the US Mail as undeliverable, therefore we are attaching a copy of the Offer Letter and Release to this email.

Thank you.

# Taft /

**Julie K. Spiering**
Paralegal
spiering@taftlaw.com
Dir: 513.357.9484  |  Cell: 513.218.1104
Tel: 513.381.2838  |  Fax: 513.381.0205
425 Walnut Street. Suite 1800
Cincinnati. Ohio 45202-3957

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.



Losantiville
Avenue...9).PDF





METROPOLITAN
SEWER DISTRICT
of greater
CINCINNATI

May 25, 2021

Karl Rinzel and Sarah Rose
2917 Losantiville Avenue
Cincinnati, OH 45213

RE: Sewer Backup Claim 379089 for 2917 Losantiville Avenue, Cincinnati, Ohio 45213

Dear Karl Rinzel and Sarah Rose,

I am an outside lawyer for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati ("MSD"), and am writing to you in response to your claim for damages related to flooding at 2917 Losantiville Avenue, Cincinnati, OH 45213 on or about July 30, 2019. Enclosed is a release for the above-referenced claim. If you are in agreement, please sign this release and return it to:

　　　　Debi Eichhorn, MSD – Wastewater Collection Division
　　　　225 West Galbraith Road, Cincinnati, Ohio 45215

After you have signed and returned this release, you will be forwarded the City of Cincinnati's check in settlement of your claim. Please do not alter the release as it will void this offer and delay settlement of your claim. This offer expires in sixty (60) days. If you have any questions about this release, including the amount of the offer, please call Debi Eichhorn at (513) 352-4771.

If you choose to accept compensation from the Sewer Backup Claims Program, MSD is permitted to request that you take reasonable precautions against the loss of personal and real property in the event of another flooding incident. These precautions should include refraining from storing personal property or installing new carpet or drywall below a previously documented high water line or less than two feet above the basement floor for the next two years. The extent to which you comply with these requests may be a factor that is considered in determining the settlement offer for any future claims.

If you disagree with the City's disposition of your claim, in accordance with an order in the Consent Decree case, Federal District Court case # 1:02-cv-00107-MRB-KLL, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within ninety (90) days with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the court-appointed Ombudsman, the Legal Aid Society, at (513) 362-2801 for further information.

Alternatively, you may pursue your claim through standard legal process in the Hamilton County Municipal Court or the Court of Common Pleas. Both of these courts are located at 1000 Main Street.

Best regards,

Sanna-Rae Taylor
Attorney and outside counsel to MSD
Taft Stettinius & Hollister LLP
Enc: Release

70287542v1

P. 059 of 100

RELEASE – CLAIM NO. 379089

Karl Rinzel and Sarah Rose, 2917 Losantiville Avenue, Cincinnati, OH 45213, for the sole consideration of sixty eight DOLLARS and 00/100 CENTS (**$68.00**), received by their satisfaction from the City of Cincinnati, on behalf of the City of Cincinnati and the Board of County Commissioners of Hamilton County, Ohio, their respective employees, officers, successors and assigns, **do hereby release and forever discharge the City of Cincinnati and the Board of County Commissioners of Hamilton County, Ohio, their respective employees, officers, successors and assigns, from any and all claims, demands, actions and causes of action whatsoever or in any manner arising from a "Sewer Backup" incident on or about July 30, 2019 at 2917 Losantiville Avenue, Cincinnati, OH 45213**.

It is further understood and agreed that the payment of said amount of money as stated above is not to be construed as an admission of liability on the part of either or both of the City of Cincinnati and the Board of County Commissioners of Hamilton County, Ohio, their respective employees, officers, successors or assigns; liability by them being expressly denied. It is expressly understood and agreed that the payment of the above stated sum of money is the sole consideration of this release and the consideration stated herein is contractual and not a mere recital.  It is expressly understood and agreed that all agreements and understandings between the parties are embodied and expressed herein.

**Please note that in order for MSD to process this Release, you <u>must</u> sign and date this form in the presence of a Notary Public and have them complete the appropriate portion(s) of this form.**

Signed and dated by Karl Rinzel:

_____     _____
Karl Rinzel                                            (Date Signed)

STATE OF OHIO          } ss
COUNTY OF HAMILTON }

        The foregoing instrument was acknowledged before me this ___ day of _____,
20___, by _____.

                                        _____
                                        Notary Public
                                        My commission expires: _____

Signed and dated by Sarah Rose:

_____     _____
Sarah Rose                                           (Date Signed)

STATE OF OHIO          } ss
COUNTY OF HAMILTON }

        The foregoing instrument was acknowledged before me this ___ day of _____,
20___, by _____.

                                        _____
                                        Notary Public
                                        My commission expires: _____

June 02.2021

P. 060 of 100



MSD Sub-Contractor would not work in basement without steps being temporarily remediated

< CD David

P. 061 of 100

I was there yesterday to discuss the remote vent pipe routing with the contractor. I will try to make it there again tomorrow. I was unable to make it there today. I saw that the bottom step was repaired and I appreciate it. We were planning to place blocking under the step to prevent damage.

Ah ok, we wanted to make sure there were no issues for the work to b completed because we wanted the system installed. We could only take out the middle of the step. The stringers on the

Text Message

< CD David

Ah ok, we wanted to make sure there were no issues for the work to b completed because we wanted the system installed. We could only take out the middle of the step. The stringers on the sides of the step r still in poor shape on the bottom where they meet the concrete. That said it is reenforced very well so it would handle any equipment they needed to bring into our house.

Wed, Jun 23, 1:25 PM

We ran into a hiccup for pump construction. Give me a call when you can

Text Message

**Bottom left column (G):**

.ıll AT&T 🛜  10:32 PM  92%

< CD David

Wed, Jun 23, 1:25 PM

We ran into a hiccup for pump construction. Give me a call when you can

I talked to the plumbers here they told me about lining the pipe going out to the street

Thu, Jun 24, 8:21 PM

Let me know when u and the pipe contractor get here 😬

Pipe contractor will be there between 9 and 10 and I will be there between 930 and 1030

Text Message

Karl Rinzel and Sarah Rose
2917 Losantiville Ave.
Cincinnati, OH 45213

August 17, 2021

Ms. Roshani Hardin
CITY OF CINCINNATI
801 Plum Street, Room 214
Cincinnati, OH 45202

Dear Ms. Roshani Hardin:

Pursuant to the Ohio Public Records Act, Karl Rinzel and Sarah Rose request copies of the following
public records and documents:

- All public records associated MSD on property known as 2917 Losantiville Ave since the year 2000.
- All public records of sewer backups on the property known as 2917 Losantiville Ave since the year 2000.
- All public records associated MSD on property known as 2918 Losantiville Ave since the year 2000.
- All public records of sewer backups on the property known as 2918 Losantiville Ave since the year 2000.
- All public records associated MSD on property known as 3097 Losantiville Ave since the year 2000.
- All public records of sewer backups on the property known as 3097 Losantiville Ave since the year 2000.

I would request that responsive records be produced in an electronic medium to the extent possible.
Furthermore, I would request that the files be emailed to me at the following email addresses
Sarahjeanrose28@gmail.com and karlrinzel.us@gmail.com; If some of the records cannot be
produced in an electronic medium, I would request that copies be provided. I am willing to pay the
reasonable costs of copying such records up to $30.00; if you anticipate the costs will exceed this
amount, please advise me so that I might inspect the records initially and identify the specific records
for which I desire copies.

Thank you for your time and attention to this topic we are working to meet a deadline on Friday,
August 20, 2021, for this information. Until last week we did not have this information of who to
contact so we are sorry about the late request. If you cannot meet our deadline we still need the
records.

Best Regards,

Karl Rinzel and Sarah Rose

P. 0005 of 100



From: **Bredestege, Angela** Angela.Bredestege@cincinnati-oh.gov 📎 🚩
Subject: FW: [External Email] Public Records Request for 2917 Losantiville Ave.
Date: August 18, 2021 at 3:37 PM
To: knightdancer@gmail.com, sarahjeanrose28@gmail.com

Mr. Rinzel and Ms. Rose -

This is to acknowledge receipt of your public records request dated August 17, 2021, seeking records related to 2917 Losantiville Ave, 2918 Losantiville, 3097 Losantiville Ave.

Ohio Law requires the City to respond to your request in a **reasonable amount of time** based on the circumstances of your request and whether legal review of the records is appropriate. The City will review your request and an attorney will contact you discuss the scope of your request.

Thank you.

Angie

Angela Bredestege
Public Records Paralegal - Law Department
801 Plum Street, Room 214
Cincinnati, OH 45202
513.352.3621



**From:** Karl W-AK <knightdancer@gmail.com>
**Sent:** Wednesday, August 18, 2021 8:59 AM
**To:** Hardin, Roshani <Roshani.Hardin@cincinnati-oh.gov>
**Cc:** Sarah Rose <sarahjeanrose28@gmail.com>
**Subject:** [External Email] Public Records Request for 2917 Losantiville Ave.

External Email Communication

Karl Rinzel and Sarah Rose
2917 Losantiville Ave.
Cincinnati, OH 45213

P 2040 f I00



From: **Sarah Rose** sarahjeanrose28@gmail.com
Subject: MSD file a Request for Review
Date: August 18, 2021 at 12:34 PM
To: stwjewski@lascinti.com
Cc: BF Karl knightdancer@gmail.com

Hello Sandy,

I had physically gone to the Legal Aid office to find your information today. I wasn't able to reach you by the number given by MSD. We had not known what to do and now we are getting close to our deadline.

We would like to file a "Request for Review" and am not finding it easily accessible online. Would you please assist us in getting this document. We just need to file by this friday with the Clerk's Office of the Federal Court.

We don't need an attorney to represent us if this matter would take too long to start filing for.

Please let us know if you can send us the "Request for Review" document or how we can file this ourselves in a timely manner by Friday.

Attached is the MSD Letter for our claim. They had to email us this Letter as we didn't actually receive it till June 23rd.

Thank you,

Sarah and Karl Rinzel

513-532-9182

614-353-6505



PDF

Losantiville
Avenue...9).PDF

P. 065 of 100



From: **Eichhorn, Debi** Debi.Eichhorn@cincinnati-oh.gov
Subject: RE: [External Email] "Request for Review" Claim # 379089
Date: August 18, 2021 at 12:58 PM
To: Sarah Rose sarahjeanrose28@gmail.com
Cc: BF Karl knightdancer@gmail.com

Hello!

Unfortunately, I do not have access to the documentation needed. My supervisor communicates directly with the Ombudsman so I have asked him to forward your email to them at his earliest convenience. They will be flexible with the timing knowing that you have made attempts to contact them to no avail.

Please let me know if you have any additional questions at this time.

Best regards,

*Debi A. Eichhorn*
SBU Claims Manager
Metropolitan Sewer District of Greater Cincinnati
Wastewater Collection Division
225 W. Galbraith Road
Cincinnati, Ohio 45215
Office: (513) 352-4771

**From:** Sarah Rose <sarahjeanrose28@gmail.com>
**Sent:** Wednesday, August 18, 2021 12:40 PM
**To:** Eichhorn, Debi <Debi.Eichhorn@cincinnati-oh.gov>
**Cc:** BF Karl <knightdancer@gmail.com>
**Subject:** [External Email] "Request for Review" Claim # 379089

External Email Communication

Hello Sandy,

We received the Offer Letter and Release by MSD, Claim # 379089. I wasn't able to reach the Ombudsman by the number given by MSD. We had not known what to do and now we are getting close to our deadline.

We would like to file a "Request for Review" and am not finding it easily accessible online. Would you please assist us in getting this document. We just need to file by this Friday with the Clerk's Office of the Federal Court.

We don't need an attorney to represent us if this matter would take too long to start filing for.
Please let us know if you can send us the "Request for Review" document or how we can file this ourselves in a timely manner by Friday.
Attached is the MSD Letter for our claim. MSD had to email us this Letter as



we didn't actually receive it till June 23rd.

Thank you,

Sarah and Karl Rinzel
513-532-9182
614-353-6505

--
Take Care,

Sarah Rose
513-532-9182

P.067 of 100

Interior & Closet Doors / Prehung Doors

ternet #203497117     Model # THDQC225400566     Store SKU #154322



**Pleasant Ridge**

✔ 5 in stock    Aisle: 27 Bay: 004    Text to Me

Share        Save to Favorites        Print

IELD-WEN

30 in. x 80 in. Colonist Primed Right-Hand Textured Solid Core Molded Composite MDF Single Prehung Interior Door

(129)    Write a Review    Questions & Answers (60)

· Prehung composite MDF door includes frame for easier installation
· Solid core doors dampens sound transmission throughout home
· Actual unit size is 31-3/8 in. W x 81-11/16 in. H

$**117**00

**Save up to $100**◊ on your qualifying purchase.
Apply for a Home Depot Consumer Card

**iow to Get It**



Store Pickup        Ship to Home        Scheduled Delivery

**$68**⁰⁰

Save up to **$100**◊ on your qualifying purchase.
Apply for a Home Depot Consumer Card

Delivery is unavailable for this product

Not in stock at your Pleasant Ridge store
Limited stock at Preston Hwy (99.1 mi)
The **Preston Hwy** store may have a few in stock.
Check Another Nearby Store

# Frequently Bought Together



ce for all three:
**169**⁹⁸

dd all three to cart

**This item:** 18 in. W x 35 in. H x 16 in. D Bath Vanity in Oak with Cultured
Marble Vanity Top in White
$68.00

Glacier Bay 2-Piece 1.28 GPF High Efficiency Single Flush
Round Toilet in White
$89.00

4 in. Centerset Non-Metallic 2-Handle Bathroom
Faucet in Chrome
$12.98

You're shopping
**Pleasant Ridge**
● OPEN until 8 pm

Search

👤 Cart | 28 item

Home Decor   Furniture   Wall Decor   Kitchen & Dining   Bedding & Bath   Lighting   Window Treatments   Shop By Room

me / Bath / Bathroom Vanities / Bathroom Vanities with Tops

del #GB18P2-O      Internet #205649128      Store SKU #101470      Store SO SKU #101470







Hover Image to Zoom

8 in. W x 35 in. H x 16 in. D Bath Vanity in Oak with Cultured Marble Vanity Top in White

y Glacier Bay ›

★★★★☆ (57) ∨   ♡ 301

Write a Review   Questions & Answers

anity Width: **19 in**

| 19 in | 25 in | 26 in | 31 in |



P. 070 of 100

Environmental Testing Group, Inc.  MI&T Mold Inspection & Testing

# LIMITED MOLD INSPECTION AGREEMENT
### THIS AGREEMENT LIMITS OUR LIABILITY - PLEASE READ BOTH SIDES CAREFULLY
**855-600-MOLD(6653) – 62 Portwine St Roselle IL 60172**

Agreement Date: _____     Client Name: _____

Mailing Address: _____

Daytime Phone: (    )_____ Fax: (    )_____ Email: _____

Area(s) in property to be inspected: _____

Inspection Fee: $350     Testing Fee: $ 75x___     Expedite Fee: $ 40x_____   Total Fee: $ 425

Payment Method: Cash _____Check # _____Credit Card # _____Exp Date: _____

Billing Zip:_____ CVV code:_____

**Environmental Testing Group Inc.**  Authorized Signature: _____

**THIS AGREEMENT,** is made and entered as of the agreement date indicated above, by and between Client and Inspector. Inspector is an independently owned and operated company engaged in the business of providing mold inspection services utilizing SEEML Laboratory, LLC, a South Carolina based  limited liability company ("Laboratory") for mold analysis

**Purpose**. The purpose of the Limited Mold Inspection ("inspection") is to detect the presence or likely presence of mold growth in areas of the Property defined by You and to detect conditions which may lead to mold growth in areas of the Property defined by You.

**Scope of Inspection**. The Inspector shall conduct a visual inspection, limited to readily accessible areas of the property defined by You. for mold and/or conditions that may indicate the presence of mold (e.g. evidence of water damage or microbial odors); indicator areas. If indicator areas are found, then You will be advised and given the opportunity to have samples collected in all indicator areas and sent to the Laboratory for analysis ("Testing"). The results of the inspection are only indicative of the presence or absence of mold in the areas inspected and tested at the date and time the Inspection is performed. While conducting the Inspection, we shall not move furniture, remove floor or wall coverings, open walls or perform any type of destructive exploration. Inaccessible structural areas shall not be inspected. These areas include but are not limited to: interior wall and floor cavities; areas beneath wood or tile floors; areas concealed by floor coverings; areas to which there is no access without destructive exploration; portions of the Property concealed by insulation, belongings, equipment or ducting; portions of the attic or roof cavity concealed due to inadequate crawl space; areas of the attic or crawl space made inaccessible due to construction; interiors of enclosed boxed eaves; portions of the sub area concealed or made inaccessible by ducting or insulation; enclosed bay windows; portions of the interior made inaccessible by furnishings; areas where locks prevented access; areas concealed by appliances; areas concealed by stored materials; and areas concealed by heavy vegetation. NO OPINION SHALL BE RENDERED CONCERNING THE CONDITIONS IN THESE OR OTHER INACCESSIBLE AREAS.

**Agreement for Testing**. If indicator areas are found, You will have an opportunity for Testing these areas for an additional fee by executing an Agreement for Testing which agreement will become an addendum to this Agreement The samples will be sent to the Laboratory, which will analyze them for the presence of mold.

**Mold Inspection Report,** Following the Inspection and Testing (if any), You will be given the opportunity to receive a written report of the Inspector's visual inspection observations along with an explanation of laboratory test results (if any). Hall identified indicator areas are Tested by the Inspector, remediation recommendations will be provided.

By signing below, You acknowledge that You have read both sides of this Agreement, understand, and agree to the terms and conditions of this agreement and agree to pay the fee listed above.

_____
Client's Signature/ Date

_____
**Inspector with Environmental Testing Group, Inc.**
**MI&T Mold Inspection and Testing**

*P. 077 of 100*



| | |
|---|---|
| | SEEML Reference Number:<br>210819091 |

## Southeast Environmental Microbiology Laboratories

102 Edinburgh Court
Greenville, SC 29607
Phone: (864) 233-3770
FAX: (864) 233-6589

The information and data for **Environmental Testing Group/MIT** has been checked for thoroughness and accuracy. The following reports are contained within this document:

☒ Surface/Bulk Report        ☐ Andersen Fungal Report
☒ Spore Trap Report         ☐ Quantitative Fungal Report

Lab Manager Review:     *Angel Gosnell*       Date: 08/19/21

Thank you for using SEEML laboratories. We strive to provide superior quality and service. SEEML laboratories are accredited through AIHA-LAP, LLC (EMLAP # 173667) for the analysis of Spore Traps and Surface/Bulk Samples.

The data within this report is reliable to three significant figures. The third significant figure is technically unjustified. In this instance, the third figure is reported as an estimate to facilitate the interpretation by the customer.

Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the document(s) is strictly prohibited. If you have received this document in error, please immediately notify us by telephone to arrange for its return. Thank you.

Guidelines for Interpretation:
No accepted quantitative regulatory standards currently exist by which to assess the health risks related to mold and bacterial exposure. Molds and bacteria have been associated with a variety of health effects and sensitivity varies from person to person.
Several organizations, including: the American Conference of Government Industrial Hygienists (ACGIH); the American Industrial Hygiene Association (AIHA); the Indoor Air Quality Association (IAQA); the United States Environmental Protection Agency (USEPA); the Centers for Disease Control (CDC), as well as the California Department of Health Services (CADHS), have all published guidelines for assessment and interpretation of mold resulting from water intrusion in buildings.

Interpretation of the data and information within this document is left to the company, consultant, and/or persons who conducted the fieldwork.

## Spore Trap Report

| | |
|---|---|
| | Date Sampled: 08/18/21 |
| Attn: Environmental Testing Group | Date Received: 08/19/21 |
| DBA / Mold Inspection Testing | Date Analyzed: 08/19/21 |
| 650 W. Grand Ave, Suite 302 | Date Reported: 08/19/21 |
| Elmhurst, IL 60126 | Date Revised: |
| | Project Name: Sarah Rose |
| | Project Address: 2917 Losantiville Rd |
| | Project City, State, ZIP: Cinicinnati, OH 45213 |
| | SEEML Reference # : 210819091 |

**TEST METHOD: DIRECT MICROSCOPY EXAMINATION SEEML SOP 7**

| Client Sample ID | 2623502 | | | 2623793 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Basement Bathroom | | | Outside | | | | | |
| Lab Sample ID | 210819091-274 | | | 210819091-275 | | | | | |
| Comments | | | | | | | | | |
| Hyphal Fragments | | | | | | | | | |
| Pollen | | | | | | | | | |
| Spore Trap Used | M5 | | | M5 | | | | | |
| | raw ct. | spores/m$^3$ | % | raw ct. | spores/m$^3$ | % | | | |
| Alternaria | | | | | | | | | |
| Ascospores | 1 | 40 | 5 | 18 | 720 | 22 | | | |
| Basidiospores | 3 | 120 | 14 | 24 | 960 | 29 | | | |
| Bipolaris/Drechslera | | | | | | | | | |
| Chaetomium | | | | | | | | | |
| Cladosporium | 4 | 160 | 19 | 30 | 1200 | 36 | | | |
| Curvularia | | | | 1 | 40 | | | | |
| Epicoccum | 1 | 40 | 5 | | | | | | |
| Cercospora | | | | | | | | | |
| Fusarium | | | | | | | | | |
| Memnoniella | | | | | | | | | |
| Nigrospora | | | | | | | | | |
| Penicillium/Aspergillus | 12 | 480 | 57 | 9 | 360 | 11 | | | |
| Polythrincium | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Periconia/Myxomy | | | | | | | | | |
| Spegazzinia | | | | | | | | | |
| Stachybotrys | | | | | | | | | |
| Stemphylium | | | | | | | | | |
| Tetraploa | | | | | | | | | |
| Torula | | | | | | | | | |
| Ulocladium | | | | | | | | | |
| Colorless/Other Brown* | | | | | | | | | |
| Oidium | | | | | | | | | |
| Zygomycetes | | | | | | | | | |
| Pithomyces | | | | 1 | 40 | 1 | | | |
| Background debris (1-5)** | 3 | | | 3 | | | | | |
| Sample Volume(liters) | 25 | | | 25 | | | | | |
| **TOTAL SPORES/M$^3$** | 21 | **840** | | 83 | **3320** | | | | |
| Revisions: | | | | | | | | | |

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m$^3$ divided by the raw count, expressed in spores/m$^3$. The limit of detection is the analytical sensitivity (in spores/m$^3$) multiplied by the sample volume (in liters) divided by 1000 liters.

*Colorless,other Brown are spores without a distinctive morphology on spore traps and non-viable surface samples.

**Background debris is the amount of particulate matter present on the slide and is graded from 1-5 with 1 = very light, 2= Light, 3 = Medium, 4 = Heavy, 5 = Very Heavy. The higher the rating the more likelihood spores may be underestimated. A rating of 5 should be interpreted as minimal counts and may actually be higher than reported.

**Disclaimer**: The sample results are determined by the sample volume, which is provided by the customer.

This report relates only to the samples tested as they were received.

102 Edinburgh Court
Greenville, SC. 29607
Phone: (864) 233-3770

*Angel Gosnell*

Angel Gosnell, Approved Laboratory Signatory

AIHA-LAP, LLC EMLAP #173667     Texas Lic: LAB1016

Form 18.0 Rev 09 07/30/20

P.0130+100

## Surface and Bulk Sample Report

| | | | |
|---|---|---|---|
| | | Date Sampled: | 08/18/21 |
| Attn: Environmental Testing Group | | Date Received: | 08/19/21 |
| DBA / Mold Inspection Testing | | Date Analyzed: | 08/19/21 |
| 650 W. Grand Ave, Suite 302 | | Date Reported: | 08/19/21 |
| Elmhurst, IL 60126 | | Date Revised: | |
| | | Project Name: | Sarah Rose |
| | | Project Address: | 2917 Losantiville Rd |
| | | Project City, State ZIP: | Cincinnati, OH 45213 |
| | | SEEML Reference #: | 210819091 |

**TEST METHOD: Direct Microscopic Examination (SEEML SOP 18)**

| Client Sample ID | 2025102-1 | | | |
|---|---|---|---|---|
| Location | Basement Floor | | | |
| SEEML Sample ID | 210819091-273 | | | |
| Sample Type | Swab | | | |
| | Quantification* | | | |
| Hyphal Fragments | | | | |
| Pollen | | | | |
| **General Impressions **** | **NFG** | | | |
| **Fungal Spore:** | | | | |
| Alternaria | | | | |
| Acremonium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Bipolaris/Drechslera | | | | |
| Cercospora | | | | |
| Chaetomium | **Scattered Spores** | | | |
| Cladosporium | | | | |
| Curvularia | | | | |
| Epicoccum | | | | |
| Fusarium | | | | |
| Geotrichum sp. | | | | |
| Memnoniella | | | | |
| Myxomycetes | | | | |
| Nigrospora | | | | |
| Penicillium/Aspergillus | | | | |
| Pithomyces | | | | |
| Rusts/Smuts | | | | |
| Stachybotrys | | | | |
| Torula | | | | |
| Ulocladium | | | | |

** General Impressions: NFG = No Fungal Growth, FG = Fungal Growth, MFG = Minimal Fungal Growth Or Growth in vicinity

Quantification of fungal growth is done by semi-quantitative grading using the following ranges:

Scattered Spores, 1-20 fungal spores

VL = 21-100 fungal spores        L = 101-1,000 fungal spores        M = 1,001-10,000 fungal spores        H = >10,000 fungal spores

ND = No Fungal Spores Detected

Disclaimer: This report relates only to the samples tested

Respectfully submitted, SEEML

*Angel Gosnell,* **Approved Laboratory Signatory**

102 Edinburgh Court
Greenville, SC 29607
Phone: (864) 233- 3770
Fax:    (864) 233- 6589

AIHA-LAP, LLC EMLAP # 173667

Texas License: LAB1016

Form 46.0 Rev 6  01/21/20

# Fungal Descriptions

## Alternaria sp.

Aw - 0.89. Conidia dimensions: 18-83 x 7-18 microns. A very common allergen with an IgE mediated response. It is often found in carpets, textiles and on horizontal surfaces in building interiors. Often found on window frames. Outdoors it may be isolated from samples of soil, seeds and plants. It is commonly found in outdoor samples. The large spore size, 20 - 200 microns in length and 7 - 18 microns in sizes, suggests that the spores from these fungi will be deposited in the nose, mouth and upper respiratory tract. It may be related to bakers' asthma. It has been associated with hypersensitivity pneumonitis. The species *Alternaria alternata* can produce tenuazonic acid and other toxic metabolites that may be associated with disease in humans or animals. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchospasms; chronic cases may develop pulmonary emphysema.

## Ascospore

A spore borne in a special cell called an ascus. Spores of this type are reported to be allergenic. All ascomycetes, members of a group of fungi called Ascomycotina, have this type of spore. The minute black dots on rotting wood and leaves or the little cups on lichens are examples of ascomycetes; another is the "truffle" mushroom.

## Aspergillus/Penicillium

These are two of the most commonly found allergenic fungi in problem buildings. *Aspergillus* comes in many varieties (species). Many of the varieties produce toxic substances. It may be associated with symptoms such as sinusitis, allergic bronchopulmonary aspergillosis, and other allergic symptoms. *Penicillium* is a variety of mold that is very common indoors and is found in increased numbers in problem buildings. It also has many varieties, some of which produce toxic substances. The symptoms are allergic reactions, mucous membrane irritation, headaches, vomiting, and diarrhea. Due to the morphological similarity of *Aspergillus* and *Penicillium*, they are not differentiated by microscopic analysis and are reported together.

## Aspergillus sp.

Aw 0.75 - 0.82. Reported to be allergenic. Members of this genus are reported to cause ear infections. Many species produce mycotoxins that may be associated with disease in humans and other animals. Toxin production is dependent on the species or a strain within a species and on the food source for the fungus. Some of these toxins have been found to be carcinogenic in animal species. Several toxins are considered potential human carcinogens. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchospasms; chronic cases may develop pulmonary emphysema; may also be associated with sinusitis, allergic bronchopulmonary aspergillosis, and other allergic symptoms.

## Basidiospore

Spore from basidiomycetes. Many varieties are reported to be allergenic.

## Bipolaris sp.

A fungus with large spores that could be expected to be deposited in the upper respiratory tract. This fungus can produce the mycotoxin - sterigmatocystin, which has been shown to produce liver and kidney damage when ingested by laboratory animals.

## Botrytis sp.

Aw 0.93. Conidia dimensions: 7-14 x 5-9 microns. It is parasitic on plants and soft fruits. Found in soil and on house plants and vegetables, it is also known as "gray mold". It causes leaf rot on grapes, strawberries, lettuce, etc. It is a well-known allergen, producing asthma type symptoms in greenhouse workers and "wine grower's lung".

## Cercaspora

Common outdoors in agricultural areas, especially during harvest. Parasite of higher plants, causing leaf spot. Commonly found as parasites on higher plants.

## Chaetomium sp.

large ascomycetous fungus producing perithecia. It is found on a variety of substrates containing cellulose, including paper and plant compost. It has been found on paper in sheetrock. It can produce an *Acremonium*-like state on fungal media. Varieties are considered allergenic and have been associated with peritonitis, cutaneous lesions, and system mycosis.

## Cladosporium sp.

Aw 0.88; Aw 0.84. Most commonly identified outdoor fungus. The outdoor numbers are reduced in the winter. The numbers are often high in the summer. Often found indoors in numbers less than outdoor numbers. It is a common allergen. Indoor *Cladosporium* sp. may be different than the species identified outdoors. It is commonly found on the surface of fiberglass duct liners in the interior of supply ducts. A wide variety of plants are food sources for this fungus. It is found on dead plants, woody plants, food, straw, soil, paint, and textiles. Produces greater than 10 antigens. Antigens in commercial extracts are of variable quality and may degrade within weeks of preparation. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include skin lesions, eye ulceration, mycosis (including onychomycosis, an infection of the nails of the feet or hands) edema and bronchospasms; chronic cases may develop pulmonary emphysema.

P. Ø76 of 1...

## Curvularia sp.

Reported to be allergenic and has been associated with allergic fungal sinusitis. It may cause corneal infections, mycetoma, and infections in immune compromised hosts.

## Dreschlera sp.

Conidia dimensions: 40-120 x 17-28 microns. Found on grasses, grains and decaying food. It can occasionally cause a corneal infection of the eye.

## Epicoccum sp.

Conidia dimensions: 15-25 microns. A common allergen. It is found in plants, soil, grains, textiles and paper products.

## Fusarium sp.

Aw 0.90. A common soil fungus. It is found on a wide range of plants. It is often found in humidifiers. Several species in this genus can produce potent trichothecene toxins. The trichothecene (scirpene) toxin targets the following systems: circulatory, alimentary, skin, and nervous. Produces vomitoxin on grains during unusually damp growing conditions. Symptoms may occur either through ingestion of contaminated grains or possibly inhalation of spores. The genera can produce hemorrhagic syndrome in humans (alimentary toxic aleukia). This is characterized by nausea, vomiting, diarrhea, dermatitis, and extensive internal bleeding. Reported to be allergenic. Frequently involved in eye, skin, and nail infections.

## Myxomycetes

Members of a group of fungi that is included in the category of "slime molds". They're occasionally found indoors, but mainly reside in forested regions on decaying logs, stumps, and dead leaves. Myxomycetes display characteristics of fungi *and* protozoans. In favorable (wet) conditions they exhibit motile, amoeba-like cells, usually bounded only by a plasma membrane, that are variable in size and form. During dry spells, they form a resting body (sclerotium) with dry, airborne spores. These fungi are not known to produce toxins but can cause hay fever and asthma.

## Memnoniella

Contaminant found most often with *Stachybotrys* on wet cellulose. Forms in chains, but it are very similar to *Stachybotrys* and sometimes is considered to be in the *Stachybotrys* family. Certain species do produce toxins very similar to the ones produced by *Stachybotrys chartarum* and many consider the IAQ importance of *Memnoniella* to be on par with *Stachybotrys*. Allergenic and infectious properties are not well studied.

## Nigrospora sp.

Commonly found in warm climates, this mold may be responsible for allergic reactions such as hay fever and asthma. It is found on decaying plant material and in the soil. It is not often found indoors.

## Oidium sp.

The asexual phase of *Erysiphe* sp. It is a plant pathogen causing powdery mildews. It is very common on the leaf's stems, and flowers of plants. The health effects and allergenicity have not been studied. It does not grow on non-living surfaces such as wood or drywall.

## Penicillium sp.

Aw 0.78 - 0.88. A wide number of organisms have been placed in this genus. Identification to species is difficult. Often found in aerosol samples. Commonly found in soil, food, cellulose and grains. It is also found in paint and compost piles. It may cause hypersensitivity pneumonitis, allergic alveolitis in susceptible individuals. It is reported to be allergenic (skin). It is commonly found in carpet, wallpaper, and in interior fiberglass duct insulation. Some species can produce mycotoxins. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchospasms; chronic cases may develop pulmonary emphysema. It may also cause headaches, vomiting, and diarrhea.

## Periconia sp.

*Periconia sp.* are found in soil, blackened and dead herbaceous stems leaf spots, grasses, rushes, and sedges. Almost always associated with other fungi. Rarely found growing indoors. Reportedly associated with a rare case of mycotic keratitis.

## Pithomyces sp.

A common mold found on dead leaves, plants, soil and especially grasses. Causes facial eczema in ruminants. It exhibits distinctive multi-celled brown conidia. It is not known to be a human allergen or pathogen. It is rarely found indoors, although it can grow on paper.

## Rusts/Smuts

These fungi are associated with plant diseases. In the classification scheme of the fungi, the smuts have much in common with the rusts, and they are frequently discussed together. Both groups produce wind-borne, resistant teliospores that serve as the basis for their classification and their means of spread. Rusts usually attack vegetative regions (i.e., leaves and stems) of plants; smuts usually are associated with the reproductive structures (seeds). They can cause hay fever and asthma.

P. 078 of 200

## Spegazzinia

*Spegazzinia* species comprise a very small proportion of the fungal biota. This genus is somewhat related to other lobed or ornamented genera such as *Candelabrum*. No information is available regarding health effects or toxicity. Allergenicity has not been studied. Usually identified on spore trap samples where it is seen every few weeks. (Spores have very distinctive morphology.) May also be found in air by culturable (Andersen) samples if a long enough incubation period is provided so that sporulation occurs. Our laboratory has never found this organism growing on indoor environmental surfaces. Natural habitat includes soil and many kinds of trees and plants.

## Stachybotrys sp.

Aw - 0.94, optimum Aw ->0.98. Several strains of this fungus (*S. atra, S. chartarum* and *S. alternans* are synonymous) may produce a trichothecene mycotoxin- Satratoxin H - which is poisonous by inhalation. The toxins are present on the fungal spores. This is a slow growing fungus on media. It does not compete well with other rapidly growing fungi. The dark colored fungus grows on building material with high cellulose content and low nitrogen content. Areas with a relative humidity above 55%, and are subject to temperature fluctuations, are ideal for toxin production. Individuals with chronic exposure to the toxin produced by this fungus reported cold and flu symptoms, sore throats, diarrhea, headaches, fatigue, dermatitis, intermittent local hair loss and generalized malaise. Other symptoms include coughs, rhinitis, nosebleed, a burning sensation in the nasal passages, throat, and lungs, and fever. The toxins produced by this fungus will suppress the immune system affecting the lymphoid tissue and the bone marrow. Animals injected with the toxin from this fungus exhibited the following symptoms: necrosis and hemorrhage within the brain, thymus, spleen, intestine, lung, heart, lymph node, liver, and kidney. Affects by absorption of the toxin in the human lung are known as pneumomycosis.

This organism is rarely found in outdoor samples. It is usually difficult to find in indoor air samples unless it is physically disturbed (or possibly -this is speculation- a drop in the relative humidity). The spores are in a gelatinous mass. Appropriate media for the growth of this organism will have high cellulose content and low nitrogen content. The spores will die readily after release. The dead spores are still allergenic and toxigenic. Percutaneous absorption has caused mild symptoms.

## Stemphylium sp.

Reported to be allergenic. Isolated from dead plants and cellulose materials.

## Torula sp.

Found outdoors in air, soil, on dead vegetation, wood, and grasses. Also found indoors on cellulose materials. Reported to be allergenic and may cause hay fever and asthma.

P. 0196+ 100

## Tetraploa

*Tetraploa* species comprise a very small proportion of the fungal biota. This genus is somewhat related to *Triposporium* and Diplocladiella. The only reported human infections are two cases of keratitis (1970, 1980) and one case of subcutaneous infection of the knee (1990). No information is available regarding other health effects or toxicity. Allergenicity has not been studied. Usually identified on spore trap samples where it is seen every few weeks. (Spores have very distinctive morphology.) Our laboratory has never found this organism growing on indoor environmental surfaces. Natural habitat includes leaf bases and stems just above the soil on many kinds of plants and trees.

## Ulocladium sp.

Aw 0.89. Isolated from dead plants and cellulose materials. Found on textiles.

## Zygomycetes

Zygomycetes are one of the four major groups of fungi, the others being the Oomycetes, the Ascomycetes, and the Basidiomycetes. Zygomycetes are common, fast growing, and often overgrow and/or inhibit other fungi nearby. Rhizopus and Mucor are two of the most common Zygomycetes seen in the indoor environment. However, others are seen as well, including *Syncephalastrum, Circinella, Mortierella, Mycotypha, Cunninghamella,* and *Choanephora.* For further information, please see descriptions of these individual genera.

P. # 80-#200

**The following table lists mycotoxins that are produced by certain types of fungi:**

| Fungi | Mycotoxin |
|---|---|
| Acremonium crotocinigenum | Crotocin |
| Aspergillus favus | Alfatoxin B, cyclopiazonic acid |
| Aspergillus fumigatus | Fumagilin, gliotoxin |
| Aspergillus carneus | Critrinin |
| Aspergillus clavatus | Cytochalasin, patulin |
| Aspergillus Parasiticus | Alfatoxin B |
| Aspergillus nomius | Alfatoxin B |
| Aspergillus niger | Ochratoxin A, malformin, oxalicacid |
| Acremonium crotocinigenum | Crotocin |
| Aspergillus nidulans | Sterigmatocystin |
| Aspergillus ochraceus | Ochratoxin A, penicillic acid |
| Aspergillus versicolor | Sterigmatocystin, 5 ethoxysterigmatocystin |
| Aspergillus ustus | Ausdiol, austamide, austocystin, brevianamide |
| Aspergillus terreus | Citreoviridin |
| Alternaria | Alternariol, altertoxin, altenuene, altenusin, tenuazonic acid |
| Arthrinium | Nitropropionic acid |
| Bioploaris | Cytochalasin, sporidesmin, sterigmatocystin |
| Chaetomium | Chaetoglobosin A,B,C. Sterigmatocystin |
| Cladosporium | Cladosporic acid |
| Clavipes purpurea | Ergotism |
| Cylindrocorpon | Trichothecene |
| Diplodia | Diplodiatoxin |
| Fusarium | Trichothecene, zearalenone |
| Fusarium moniliforme | Fumonisins |
| Emericella nidulans | Sterigmatocystin |
| Glipcladium | Gliotoxin |
| Memnoniella | Griseofulvin , dechlorogriseofulvin, epi-decholorgriseofulvin, trichodermin, trichodermol |
| Myrothecium | Trichothecene |
| Paecilomyces | Patulin, viriditoxin |
| Penicillium aurantiocandidum | Penicillic acid |
| Penicillium aurantiogriseum | Penicillic acid |
| Penicillium brasilanum | Penicillic acid |
| Penicillium brevicompactum | Mycophenolic acid |
| Penicillium camemberti | Cyclopiazonic acid |
| Penicillium carneum | Mycophenolic acid, Roquefortine C |
| Penicillium crateriforme | Rubratoxin |

| Fungi | Mycotoxin |
| --- | --- |
| *Penicillium citrinum* | Citrinin |
| *Penicillium commune* | Cyclopiazonic acid |
| *Penicillium crustosum* | Roquefortine C |
| *Penicillium chrysogenum* | Roquefortine C |
| *Penicillium discolor* | Chaetoglobosin C |
| *Penicillium expansum* | Citrinin, Roquefortine C |
| *Penicillium griseofulvum* | Roquefortine C, cyclopiazonic acid, griseofulvin |
| *Penicillium hirsutum* | Roquefortine C |
| *Penicillium hordei* | Roquefortine C |
| *Penicillium nordicum* | Ochratoxin A |
| *Penicillium paneum* | Roquefortine C |
| *Penicillium palitans* | Cyclopiazonic acid |
| *Penicillium polonicum* | Penicillic acid |
| *Penicillum roqueforti* | Roquefortine C, Mycophenolic acid |
| *Penicillium veridicatum* | Penicillic acid |
| *Penicillium verrucosum* | Citrinin, ochratoxin A |
| *Penicillium/ Aspergillus* | Patulin |
| *Penicillium/ Aspergillus/Alternaria* | Glitoxin |
| *Phomopsis* | Macrocyclic trichothecenes |
| *Phoma* | Brefeldin, cytochalasin, secalonic acid, tenuazonic acid |
| *Pithomyces* | Sporidesmin |
| *Rhizoctonia* | Slaframine |
| *Rhizopus* | Rhizonin |
| *Sclerotinia* | Furanocoumarins |
| *Stachybotrys chartarum* | Iso-satratoxin F, roridin E, L-2, satratoxin G & H, trichodermin, trichodermol, trichothecene |
| *Torula* | Cytotoxins |
| *Trichoderma* | Trichodermin, trichodermol, gliotoxin |
| *Trichothecium* | Trichothecene |
| *Wallemia* | Walleminol |
| *Zygosporium* | Cytochalasin |

P. 082 of 200

# General terms

## Allergen

An allergen is a substance that elicits an IgE antibody response and is responsible for producing allergic reactions. Chemicals are released when IgE on certain cells contact an allergen. These chemicals can cause injury to surrounding tissue - the visible signs of an allergy. Only a few fungal allergens have been characterized but all fungi are thought to be potentially allergenic. Fungal allergens are proteins found in either the mycelium or spores

## "Black mold"

A poorly defined term. Black mold or toxic black mold has usually been associated with the mold *Stachybotrys chartarum*. While there are only a few molds that are truly black, there are many that can appear black. Not all molds that appear to be black are *Stachybotrys*.

## Fungi

Fungi are neither animals nor plants and are classified in a kingdom of their own. The Kingdom of Fungi. Fungi include a very large group of organisms, including molds, yeasts, mushrooms and puffballs. There are >100,000 accepted fungal species but current estimates range to 1.5 million species. Mycologists (people who study fungi) have grouped fungi into four large groups according to their method of reproduction.

## Hidden mold

This refers to visible mold growth on building structures that is not easily seen, including the areas above drop ceilings, within a wall cavity (the space between the inner and outer structure of a wall), inside air handlers, or within the ducting of a heating/ventilation system.

## Microbial Volatile Organic Compounds (MVOCs)

Fungi produce chemicals as a result of their metabolism. Some of these chemicals, MVOCs, are responsible for the characteristic moldy, musty, or earthy smell of fungi, whether mushrooms or molds. Some MVOCs are considered offensive or annoying. Specific MVOCs are thought to be characteristic of wood rot and mold growth on building materials. The human nose is very sensitive to mold odors and sometimes more so than current analytical instruments.

P. 0830+100

## Mold

Molds are a group of organisms that belong to the Kingdom of Fungi (see Fungi). Even though the terms mold and fungi had been commonly referred to interchangeably, all molds are fungi, but not all fungi are molds.

## Mycotoxin

Mycotoxins are compounds produced by some fungi that are toxic to humans or animals. By convention, the term? Mycotoxin. Excludes mushroom toxins. Fungi that produce mycotoxins are called "toxigenic fungi."

## Spore

General term for a reproductive structure in fungi, bacteria and some plants. In fungi, the spore is the structure which may be used for dissemination and may be resistant to adverse environmental conditions.

## Toxic mold

The term "toxic mold" has no scientific meaning since the mold itself is not toxic. The metabolic byproducts of some molds may be toxic (see mycotoxin).

## Hypha (plural, hyphae)

An individual fungal thread or filament of connected cells; the thread that represents the individual parts of the fungal body.

**ROTO-ROOTER**
PLUMBING & DRAIN SERVICE
1-800- GET-ROTO
(438 7686)

Roto-Rooter Services Company
Remittance Address: 5672 Collections Center Drive, Chicago IL 60693
Service 1-800-*GET-ROTO* (438-7686) • General (513) 853-3930
OH MPL #13152 • KY #M6505 • IN PC #11008642

Date 4-2-20    INVOICE NO. 27 2174 2387
Customer Sarah Rose    Technician 2192
Address 2917 LosAntaville Ave Cint OH    Zip 45213

## Residential Site Assessment & Estimate (See Binding Terms On Reverse)

| | Qty/Location/Description | Labor | Parts | Discount | Total | Accept | Decline |
|---|---|---|---|---|---|---|---|
| **Kitchen** | | | | | | | |
| Sink–Faucet & Water Supplies | | | | | | ☐ | ☐ |
| Sink–Drain Lines | | | | | | ☐ | ☐ |
| Refrigerator–Ice Maker | | | | | | ☐ | ☐ |
| Disposer | | | | | | ☐ | ☐ |
| Dishwasher (Water Hammer) | | | | | | ☐ | ☐ |
| Water Filter | | | | | | ☐ | ☐ |
| **Bathrooms** | | | | | | | |
| Lav – Faucet & Water Supplies | | | | | | ☐ | ☐ |
| Lavatory – Drain Lines | | | | | | ☐ | ☐ |
| Shower | | | | | | ☐ | ☐ |
| Toilet – Operation | | | | | | ☐ | ☐ |
| Drainage | | | | | | ☐ | ☐ |
| Faucets | | | | | | ☐ | ☐ |
| **Laundry** | | | | | | | |
| Washer Drains | | | | | | ☐ | ☐ |
| Washing Machine Hoses | | | | | | ☐ | ☐ |
| Water Hammer Arrester | | | | | | ☐ | ☐ |
| Relief Valves | | | | | | ☐ | ☐ |
| **Water Heater** | | | | | | | |
| Tankless (Water temperature) | | | | | | ☐ | ☐ |
| Tank | | | | | | ☐ | ☐ |
| Boiler Drain | | | | | | ☐ | ☐ |
| Ball Valve/Shut-Offs | | | | | | ☐ | ☐ |
| Water Supply & Piping | | | | | | ☐ | ☐ |
| Water Piping | | | | | | ☐ | ☐ |
| **Other** | | | | | | | |
| Shut-Off at Water Service | | | | | | ☐ | ☐ |
| Drain Lines | | | | | | ☐ | ☐ |
| Pressure Reducing Valve | | | | | | ☐ | ☐ |
| Water or Sewage on Floor | | | | | | ☐ | ☐ |
| **Exterior** | | | | | | | |
| Main Sewer Line | | | | | | ☐ | ☐ |
| Hose Bib | CC# 5175 4618 9210 7873 | | | | | ☐ | ☐ |
| Downspouts | Exp 12/22 | | | | | ☐ | ☐ |
| **Misc** | | | | | | | |
| Maintenance Products | | | | | | ☐ | ☐ |
| Clean and Treat | | | | | | ☐ | ☐ |
| Whole House Special | | | | | | ☐ | ☐ |
| Other Camera | 459 00 | | | | | ☐ | ☐ |

**WORK ORDER AUTHORIZATION** I authorize the services indicated and agree to pay the amounts specified. I have read and agree to the terms on the reverse side, including the limits on Roto-Rooter's responsibility specified in those terms.

X _____ (Signature)    (Print Name) Sarah

**ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED** (The approximate starting date is _____, and the approximate completion date is _____. Neither date is guaranteed. Unexpected conditions or problems could cause delays. A definite completion date is not of the essence.)

_____
_____
_____
_____

**COMMENTS/ADJUSTMENTS/CHANGES IN WORK:**

Total estimate reflects customer authorization of work as indicated above. Tax not included in estimate.

| | |
|---|---|
| **Labor** | $ _____ |
| **Parts** | $ _____ |
| **Discount** | $ _____ |
| **Product** | $ _____ |
| **Other** | $ _____ |
| **TOTAL** | $ 459 |

☐ Cash  ☐ Check  ☐ Credit Card
Auth # _____

**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

X _____ (Signature)    (Print Name)
(Service Technician's Signature) #2192    Chris Browning (Print Service Technician's Name and Number)

CUSTOMER COPY

Control No.
27-355409

**EXCAVATION PROPOSAL**

ROOTER
PLUMBING &
DRAIN SERVICE

1-800- GET-ROTO
(438 7686)

Chris
Brown, NJ
513-283-3853

**Roto-Rooter Services Company**
For Service Please Call 1-800- GET-ROTO (438-7686)
General (513) 853-9936 • Fax (513) 541-5753
2125 Montana Ave., Cincinnati OH 45211
Master Plumber License, OH #13152,
KY #M6505, IN PC#11003642

Ticket No. 27- 21742387

P. 85 of 10

| Proposal Submitted To | Work To Be Performed At |
|---|---|
| Name Sarah Rose | Name |
| Street 7917 Losanti ville Ave | Street |
| City Cin | City |
| State OH ZIP 45213 | State ZIP |
| Telephone Number | Telephone Number |

**Roto-Rooter hereby proposes to furnish all the materials and to perform all the labor necessary for the completion of:**
(Include make and model of materials and necessary labor, and state anticipated contingencies that would materially alter the estimated completion date.)

Estimate is to descale and hydro jet from the basement stack
to resurface and clean Pipe to maximize the life and flow and to See
if Back flow preventer install is Needed or if another Course of action
is Needed
              Estimate is $3,795.00

1. Roto-Rooter will perform the work described above and supply all required materials for the sum of $ 3795 . Customer will make payment as follows:
   • 50 % of the cost ($ 1897.50 ) upon execution of this Agreement.
   • 50 % of the cost ($ 1897.50 ) upon the start of the work.
   • Balance of the cost upon completion of the job.

2. The approximate starting date is _____ , and the approximate substantial completion date is _____ Neither date is guaranteed. Unexpected conditions or problems could cause delays. A definite completion date is not of the essence.

3. Roto-Rooter guarantees that all materials will be as specified above and that all work will be completed according to standard practice and in a good, workmanlike manner.

4. Customer will provide all necessary easements and rights of way. Unless specifically stated otherwise above, (a) Roto-Rooter is not responsible for the removal of trees, sprinkler systems, underground and above ground fencing, rocks, sidewalks or driveways; unforeseen underground conditions like high water table or poor soil conditions; damage to unmarked public or private utilities; or the repair of streets, sidewalks, damaged sprinkler systems, unmarked public or private utilities, and the like, (b) Roto-Rooter will back fill and grade the excavated area to ground level and mound it to allow for settlement, and (c) Customer is responsible for all landscaping repairs or replacements required following completion of the job. Roto-Rooter is not responsible for damage resulting from poor weather.

Customer Initials

5. If we cannot video or inspect the complete sewer line, we will give you a price to repair the section that we believe is causing the restriction. After we have uncovered that area, we will attempt to inspect the rest of the sewer line. If additional work needs to be done, or a complete sewer line replacement is required, we will propose a price to properly complete the work. The price for the additional work may be significantly higher than the original proposal. If you decide not to proceed with additional work we propose, you will permit us to complete our work and back fill any excavation.

6. If deviation from the work described above is required or customer requests additional or different work be performed, the parties will agree on an additional charge and sign a new written work description before Roto-Rooter begins the new work.

7. THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PROPOSAL WILL BE BINDING ON THE PARTIES.

8. This proposal may be withdrawn by Roto-Rooter if not accepted within 10 days. This proposal constitutes the entire agreement between the parties, and no modifications will be valid unless in writing and signed by both parties.

Respectfully submitted:

Technician Signature _____    Printed Name/Technician Number Chris Brown in #2192    Date 4-2-20

**ACCEPTANCE OF PROPOSAL**
I authorize the services indicated and agree to pay the amounts specified. I have read and agree to the terms, including the limits of Roto-Rooter's responsibility specified in those terms. I acknowledge that under paragraph 2(b) of those terms, if Roto-Rooter equipment gets stuck in a pipe, I may be responsible for the cost of removing that equipment, including any required excavation.

Customer Signature _____  X  Printed Name _____  X  Date _____

PF EXCA-BR-TC1-2(9/18)

# Zins PLUMBING, LLC

**513-681-2501**
3827 Spring Grove Avenue
Cincinnati, Ohio 45223
OH 13975   KY M6877

*"Bringing quality and customer service home to you."*

# SERVICE
## Work Order / Invoice

P.086 of 100
110011

TO: Sarah Rose
5717 Rosenwill Rd.
Amber Village, O, 45213

| DATE OF ORDER 4-9-20 | DISPATCH # 5144 |
|---|---|
| START DATE | HOME TEL. |
| COMPLETION DATE | |
| CO _____ ppm | PSI _____ # |
| JOB NAME/LOCATION | |
| TECHNICIAN Tim | CROSS STREET |

## PROPOSAL 1

Plumbing quote to install
backwater valve on building
main.

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | 2500.00 |

## PROPOSAL 2

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | |

## PROPOSAL 3

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | |

## PROPOSAL 4

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | |

### ALL WORK C.O.D. PAYMENT DUE IN FULL UPON COMPLETION

I hereby authorize the work described above and agree to the terms and conditions as stated on both sides of this form. I recognize that aged and deteriorated plumbing fixtures, piping, and appurtenances may no longer be serviceable and agree to hold Zins Plumbing, LLC blameless for any damage or destruction to those items as a result of these conventional repair efforts. I agree to pay for all work, goods, and services received and hereby further authorize Zins Plumbing, LLC to bill any of my credit card(s) for the goods and/or services provided and I agree to perform the obligations set forth in the credit card terms. A service charge of 1-1/2% per month will be charged on all balances 30 days or more past due. I acknowledge that I am a bonafide representative of the above described property. There is a $20.00 fee on all returned checks .

SIGNATURE X _____   ☐ Remove Scrap  ☐ Leave Scrap

| DIAGNOSTIC / DISPATCH FEE | 35.00 |
|---|---|
| PROPOSAL #1 | |
| PROPOSAL #2 | |
| PROPOSAL #3 | |
| PROPOSAL #4 | |
| **SUBTOTAL** | 35.00 |
| OTHER | |
| SERVICE AGREEMENT | |
| AMOUNT DUE ▶ | 35.00 |

### WARRANTY

- Components We Provide Are Warranted According To Manufacturers Terms And Conditions Unless Otherwise Specified.

- Workmanship Warranted For 90 Days Unless Otherwise Marked.

☐ 30 Days   _____ Years
☐ NO WARRANTY

PAID BY: ☐ Cash  ☐ Check # _____
☐ Visa  ☐ Disc  ☒ MC  ☐ AE  Exp. _____   Sec Code _____
Credit Card # _____ 7813

I hereby state that the above work has been installed in a workman-like manner.

Technician's Signature _____

## 24 Hour Emergency Service

# ZINS PLUMBING, LLC

**513-681-2501**
3827 Spring Grove Avenue
Cincinnati, Ohio 45223
OH 13975    KY M6877

Basement Backfloor estimate

P. 086 of 100

110011

## SERVICE
### Work Order / Invoice

*"Bringing quality and customer service home to you."*

TO: Sarah Rose
2917 Losantiville Rd.
Amberly Village, O. 45213

| | |
|---|---|
| DATE OF ORDER | 4·9·20 |
| DISPATCH # | 5144 |
| START DATE | |
| HOME TEL. | |
| COMPLETION DATE | |
| CO _____ ppm | PSI _____ # |
| JOB NAME/LOCATION | |
| TECHNICIAN | Tim |
| CROSS STREET | |

**PROPOSAL 1**

Plumbing quote to install backwater valve on building drain

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | 2500.00 |

**PROPOSAL 2**

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | |

**PROPOSAL 3**

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | |

**PROPOSAL 4**

| TASK # | BASIC RATE | EXTENDED WARRANTY | TOTAL |
|---|---|---|---|
| | | | |

### ALL WORK C.O.D. PAYMENT DUE IN FULL UPON COMPLETION

I hereby authorize the work described above and agree to the terms and conditions as stated on both sides of this form. I recognize that aged and deteriorated plumbing fixtures, piping, and appurtenances may no longer be serviceable and agree to hold Zins Plumbing, LLC blameless for any damage or destruction to those items as a result of these conventional repair efforts. I agree to pay for all work, goods, and services received and hereby further authorize Zins Plumbing, LLC to bill any of my credit card(s) for the goods and/or services provided and I agree to perform the obligations set forth in the credit card terms. A service charge of 1-1/2% per month will be charged on all balances 30 days or more past due. I acknowledge that I am a bonafide representative of the above described property. There is a $20.00 fee on all returned checks .

SIGNATURE X _____   ☐ Remove Scrap   ☐ Leave Scrap

| | |
|---|---|
| DIAGNOSTIC / DISPATCH FEE | 35.00 |
| PROPOSAL #1 | |
| PROPOSAL #2 | |
| PROPOSAL #3 | |
| PROPOSAL #4 | |
| SUBTOTAL | 35.00 |
| OTHER | |
| SERVICE AGREEMENT | |
| AMOUNT DUE | 35.00 |

### WARRANTY
• Components We Provide Are Warranted According To Manufacturers Terms And Conditions Unless Otherwise Specified.

• Workmanship Warranted For 90 Days Unless Otherwise Marked.

☐ 30 Days _____ Years

☐ NO WARRANTY

PAID BY: ☐ Cash ☐ Check # _____
☐ Visa ☐ Disc ☒ MC ☐ AE  Exp. _____  Sec Code _____
Credit Card # _____  7013

I hereby state that the above work has been installed in a workman-like manner.

Technician's Signature *Tim Perkins*

## 24 Hour Emergency Service
White: Customer          Yellow: Office

# DRAIN CLEANING SERVICE WARRANTIES

ALL DRAIN OPENINGS ARE WARRANTED FOR 30 DAYS WITH THE FOLLOWING EXCEPTIONS:

1. WHERE OUR SERVICE TECHNICIAN HAS DETERMINED THAT THE DRAINAGE PIPING IS IN POOR CONDITION.

2. WHERE NEGLIGENT USE IS APPARENT (FOREIGN OBJECTS IN DRAINS, ETC.)

## LIMITED WARRANTY

ALL WARRANTIES STATED ON THE FACE HEREOF ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR THE PARTICULAR PURPOSE. WITH RESPECT TO PRODUCTS AND MATERIALS MANUFACTURED BY THIRD PARTIES, THE MANUFACTURER'S TERMS AND CONDITIONS WILL APPLY. WE EXTEND NO WARRANTY AGAINST DEFECTS IN ANY PRODUCT MANUFACTURED OR WORK PERFORMED BY ANY PARTY. SUBJECT TO THE LIMITATIONS STATED HEREIN, OUR WARRANTY (UNLESS OTHERWISE SPECIFIED IN WRITING ON THE FACE OF THIS CONTRACT) IS FOR A PERIOD OF THIRTY (30) DAYS. IN NO CASE WILL WE BE RESPONSIBLE FOR DEFECTS IN MATERIALS AND PRODUCTS OR PROBLEMS ARISING FROM AN ACT OF GOD, USED OF AGED OR DETERIORATED ITEMS, LACK OF MAINTENANCE, MISUSE, INTENTIONAL ABUSE, OR ENVIRONMENTAL CONDITIONS.

IN THE CASE OF MATERIAL AND PRODUCT DEFECTS UNDER WARRANTY (OR OTHER INSTANCES WHERE A MANUFACTURER'S WARRANTY APPLIES), THE BUYER WILL BE OBLIGATED TO PAY OUR STANDARD LABOR CHARGES FOR ANY REPAIR OR REPLACEMENT WORK.

BUYER UNDERSTANDS THAT THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF. THE PARTIES FURTHER AGREE THAT TO THE EXTENT A WARRANTY DOES APPLY, BUYER'S EXCLUSIVE REMEDY SHALL BE LIMITED TO THE REPAIRS AND REPLACEMENT OF DEFECTIVE PARTS (UNLESS OTHERWISE SPECIFIED BY MANUFACTURER'S WARRANTY).

THIS LIMITED WARRANTY MAY NOT BE AMENDED OR MODIFIED WITHOUT WRITTEN AGREEMENT SIGNED BY AN OFFICER OF ZINS PLUMBING, LLC.

Improveit Home Remodeling | 4580 Bridgeway Ave. Suite B, Columbus, OH 43219 | 614-291-5400



**Project Details**

**Date: 08/18/2021**
Rep: Richard Kohler

Sarah Rose
2917 Losantiville Ave
Cincinnati OH 45213

Phone: (513) 532-9182, (614) 353-6505
Email: sarahjeanrose28@gmail.com

TURNING HOMES INTO HAVENS
SINCE 1989

## Shower Base
### SPRAYFOAM CUSTOM SHOWER BASE, WHITE

| | | | | |
|---|---|---|---|---|
| REPLACEMENT | | Color | | WHITE |
| Quantity: | 1 | | | |
| Depth | 32 | Length | | 48 |
| Drain | CENTER | | | |

## Walls
### SHOWER SYSTEM WHITE

| | | |
|---|---|---|
| WET SPACE | WALLS | |
| SURROUND SHOWER SYSTEMS | Color | WHITE |
| Quantity: | 1 | |

## Caddies & Soap Dish
### SINGLE TIER CNR SHELF WHITE

| | | | |
|---|---|---|---|
| CORNER CADDIES | | SINGLE TIER CORNER CADDY | |
| Color | WHITE | Quantity: | 1 |

## Plumbing Fixtures
### MOEN BRANTFORD 2152 SINGLE HANDLE POSI-TEMP PRESSURE BALANCING SHOWER HEAD, CHROME

| | | | |
|---|---|---|---|
| MOEN | | SHOWER TRIM | |
| Color | | BRANTFORD | |
| | CHROME | Quantity: | 1 |

LensToDigital.com 2.2.0

## Shower Rods

**STRAIGHT SHOWER ROD 5 FT CHROME**

SHOWER RODS
Color

CHROME

STRAIGHT SHOWER RODS
Quantity:                1

## STANDARD FEATURES

Complete tearout of existing drywall

Removal of existing tub/shower

Complete sanitizing of area

Exclusive 3 layer system

Exclusive Spartech polymeric formulation

50% thicker cap

Exclusive Sparshield protective coat

Custom made/precision fit

True thermofoiling technology

Factory trained, certified installers

True floor to ceiling installation

Triple gasketing installation

Silcone sealant with mildacide

Expansion joints

Bull nose returns

Slip resistant bottom

New drain

New overflow cover

Cleanup/haul away

*All labor, material & taxes included*

Lifetime warranty: labor, service, material

## STANDARD SERVICES AND WARRANTIES

All labor, material and taxes included

Clean up and haul away all job-related debris

Free Annual Inspection

Lifetime warranty on materials

Lifetime warranty on  service

Lifetime warranty on  labor



**Sarah Rose**

## INVESTMENT PROPOSAL

## Everyday Low Price

GOOD FOR ONE FULL YEAR

$12,934



### Sarah Rose

## INVESTMENT PROPOSAL

### Everyday Low Price                                    $12,934

GOOD FOR ONE FULL YEAR

EXPIRES 8/31

## TOTAL INVESTMENT                                     $12,934

MONTHLY PAYMENT OPTIONS

Cash 50% Down and Balance Due at Completion

### Initial Investment                                        $6,467

                                                           $6,467

*50% down and balance due at completion*

12 Months No Interest with Payments

                                                           $272

*GS Approx 96 month term; 26.99% Interest Rate after promotional period charged from start of loan; Payment Factor 2.10%*

2.00 % Payment Factor

                                                           $259

*WF Approximate 5 year term; 6.99% Interest Rate*

LehaToDigital.com 2.2.0



**Sarah Rose**

**INVESTMENT PROPOSAL**

## EVERYDAY LOW PRICE

GOOD FOR ONE FULL YEAR

Expires 8/31

TODAY ONLY

$12,934

TOTAL SAVINGS                                                                $0

## TOTAL INVESTMENT                                                    $12,934

MONTHLY PAYMENT OPTIONS
_____

Cash 50% Down and Balance Due at Completion

Initial Investment                                                       $6,467

                                                                         **$6,467**

*50% down and balance due at completion*

12 Months No Interest with Payments

                                                                         **$272**

*GS Approx 96 month term; 26.99% Interest Rate after promotional period charged from start of loan; Payment Factor 2.10%*

2.00 % Payment Factor

                                                                         **$259**

*WF Approximate 5 year term; 6.99% Interest Rate*

Acceptance of offer

                                    (Customer's Initials)  SR
                                    Sarah Rose              _____

Acceptance of offer

                                    (Customer's Initials)  SP
                                                           _____

improvethispital.com 2.2.0

P. 094 of 100

 **PuroClean Emergency Services**

2029 Edgefield, Moraine, OH 45439
PH (937) 401-9700  (513) 897-8990
FAX (937) 401-9701
EIN: 26-3100879

| | | | |
|---|---|---|---|
| Client: | Rose, Sarah | Home: | (614) 687-0500 |
| Property: | 2917 Losantiville Ave | | |
| | Cincinnati , OH 45213 | | |

Operator:       MHUNTER

Estimator:     Matt Hunter

Type of Estimate:     Mold
Date Entered:     10/14/2019          Date Assigned:

Price List:     OHCI8X_OCT19
Labor Efficiency:     Restoration/Service/Remodel
Estimate:     2019-10-14-01ROSE--3

This estimate is to spray MSR Pro., based on the condition of the home at the time of our inspection on 10/11/19. Please note this is NOT a full mold remediation and we will require an indemnification be signed.

Please note that prior to us starting an asbestos test will be required (cost for this test is not included).  As long as testing comes back clear we can proceed as outlined in this estimate.  If the test comes back positive for asbestos this estimate is null and void until an asbestos abatement has been completed.  Should we reach this point, we will reach out to an abatement contractor we work with to get a price for the abatement.

All content must be removed from the affected rooms PRIOR to our work beginning.

Please note this estimate does NOT include any put-back.

All moisture issues must be fixed prior to us starting.

This estimate is valid for 30 days.

In some cases we may send less technicians or more technicians then outlined in this estimate, however these are the costs to do the outlined work regardless of the number of technicians or the number of hours worked.

**Our payment terms are as follows:**

50% paid with signed Service  Authorization (the work will not be scheduled until the Service Authorization and down payment have been received)

Balance paid in full day of completion

All work must be guaranteed with a credit card.

**If payment is being made by an insurance carrier the above conditions will be waived so long as the insured completes an "authorization to direct pay" and the carrier agrees to pay us direct.**

   **Please sign and date on the line below that you agree to all the terms listed above and the price of $4,732.07 This must be done prior to us scheduling this work.**

P. 095 of 100

**PuroClean** **PuroClean Emergency Services**

2029 Edgefield, Moraine, OH 45439
PH (937) 401-9700  (513) 897-8990
FAX (937) 401-9701
EIN: 26-3100879

2019-10-14-01ROSE--3

10/16/2019          Page: 2

P. 096 of 100



**PuroClean Emergency Services**

2029 Edgefield, Moraine, OH 45439
PH (937) 401-9700  (513) 897-8990
FAX (937) 401-9701
EIN: 26-3100879

**2019-10-14-01ROSE--3**

**Main Level**

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 118.76 | 0.00 | 8.31 | 127.07 |
| 2. Hazardous Waste/Mold Cleaning Technician - per hour | 4.00 HR | 0.00 | 59.45 | 16.65 | 254.45 |
| Spraying MSR Pro in the entire basement, 2 techs working 2 hours. | | | | | |
| 3. Containment Barrier/Airlock/Decon. Chamber | 50.00 SF | 0.00 | 0.81 | 2.84 | 43.34 |
| this is for the windows | | | | | |
| 4. Deodorize building - Hot thermal fog | 3,439.79 CF | 0.00 | 0.06 | 14.45 | 220.84 |
| second phase of msr-pro process | | | | | |
| 5. Apply mold/mildew stain remover to more than the walls | 3,439.79 SF | 0.00 | 0.67 | 161.33 | 2,465.99 |
| msr-pro product | | | | | |
| 6. Add for personal protective equipment - Heavy duty | 2.00 EA | 0.00 | 18.82 | 2.63 | 40.27 |
| 7. Respirator - Full face - multi-purpose resp. (per day) | 2.00 DA | 0.00 | 7.61 | 1.07 | 16.29 |
| 8. Respirator cartridge - HEPA only (per pair) | 2.00 EA | 0.00 | 10.58 | 1.48 | 22.64 |

| Total: Main Level | | | | 208.76 | 3,190.89 |
|---|---|---|---|---|---|

---



**Stairs**                                                                        **Height: 17'**

| | | |
|---|---|---|
| 132.48 SF Walls | 13.25 SF Ceiling | |
| 145.73 SF Walls & Ceiling | 27.50 SF Floor | |
| 3.06 SY Flooring | 11.95 LF Floor Perimeter | |
| 9.00 LF Ceil. Perimeter | | |

**Missing Wall**                             **3' X 17'**                         **Opens into BATHROOM**

P. 097 of 100

 **PuroClean Emergency Services**

2029 Edgefield, Moraine, OH 45439
PH (937) 401-9700  (513) 897-8990
FAX (937) 401-9701
EIN: 26-3100879

**CONTINUED - Stairs**



| Subroom:  Stairs2 (1) | | Height: 12' 6" |
|---|---|---|
| 142.25  SF Walls | 17.00  SF Ceiling | |
| 159.25  SF Walls & Ceiling | 31.25  SF Floor | |
| 3.47  SY Flooring | 16.91  LF Floor Perimeter | |
| 14.50  LF Ceil. Perimeter | | |

**Missing Wall**          3' X 12' 6"          Opens into LANDING



| Subroom:  Landing (2) | | Height: 12' 6" |
|---|---|---|
| 79.17  SF Walls | 10.01  SF Ceiling | |
| 89.18  SF Walls & Ceiling | 10.03  SF Floor | |
| 1.11  SY Flooring | 6.33  LF Floor Perimeter | |
| 6.33  LF Ceil. Perimeter | | |

**Missing Wall**          3' X 12' 6"          Opens into STAIRS
**Missing Wall**          3' X 12' 6"          Opens into STAIRS2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 9.  Containment Barrier/Airlock/Decon. Chamber | 28.00 SF | 0.00 | 0.81 | 1.59 | 24.27 |
| 10.  Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 14.54 | 1.02 | 15.56 |

Totals:  Stairs                                                2.61          39.83



| Bathroom | | Height: 8' |
|---|---|---|
| 264.00  SF Walls | 68.28  SF Ceiling | |
| 332.28  SF Walls & Ceiling | 68.28  SF Floor | |
| 7.59  SY Flooring | 33.00  LF Floor Perimeter | |
| 36.00  LF Ceil. Perimeter | | |

**Missing Wall**          3' X 8'          Opens into STAIRS

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 11.  Tear out cabinetry - vanity and countertop | 3.00 LF | 7.92 | 0.00 | 1.66 | 25.42 |
| 12.  Tear out wet drywall, cleanup, bag - Cat 3 | 332.28 SF | 1.40 | 0.00 | 32.56 | 497.75 |

P, 098 of 100

 **PuroClean Emergency Services**

2029 Edgefield, Moraine, OH 45439
PH (937) 401-9700  (513) 897-8990
FAX (937) 401-9701
EIN: 26-3100879

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 13. Tear out and bag wet insulation | 264.00 SF | 0.59 | 0.00 | 10.90 | 166.66 |
| 14. Dehumidifier (per 24 hour period) - XLarge - No monitoring | 3.00 EA | 0.00 | 115.36 | 24.23 | 370.31 |
| 15. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.36 | 10.65 | 162.81 |
| 2 air mover for 3 days | | | | | |
| 16. Sink - single bowl - Detach | 1.00 EA | 0.00 | 20.67 | 1.45 | 22.12 |
| 17. Gas/water line cap/plug - per cap | 2.00 EA | 0.00 | 11.52 | 1.61 | 24.65 |
| Totals:  Bathroom | | | | 83.06 | 1,269.72 |
| Total: Main Level | | | | **294.43** | **4,500.44** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 18. Plumbing labor minimum | 1.00 EA | 0.00 | 216.48 | 15.15 | 231.63 |
| Totals:  Labor Minimums Applied | | | | 15.15 | 231.63 |
| **Line Item Totals: 2019-10-14-01ROSE--3** | | | | **309.58** | **4,732.07** |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 1,596.57 | SF Walls | 907.35 | SF Ceiling | 2,503.92 | SF Walls and Ceiling |
| 935.87 | SF Floor | 103.99 | SY Flooring | 190.53 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 188.17 | LF Ceil. Perimeter |
| 935.87 | Floor Area | 959.20 | Total Area | 1,063.33 | Interior Wall Area |
| 1,055.25 | Exterior Wall Area | 117.25 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

P. 099 of 100

**PuroClean Emergency Services**

2029 Edgefield, Moraine, OH 45439
PH (937) 401-9700  (513) 897-8990
FAX (937) 401-9701
EIN: 26-3100879

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 4,422.49 |
| Total Tax | 309.58 |
| **Replacement Cost Value** | **$4,732.07** |
| **Net Claim** | **$4,732.07** |

Matt Hunter





Main Level

Page: 7

10/16/2019

Main Level

2019-10-14-01ROSE--3

P.100 of 106

Basement main

Bathroom

35' 5"

34' 9"

13' 5"

27' 1"

26' 5"

25' 7"

9' 2"

8' 10"

5' 10"

3'

5' 6"

13'

9' 4"

4' 3"

12' 8"