# Exhibit A

# Brigid Kelly, Hamilton County Auditor
## Property Report

| Parcel ID | Address | Index Order | Tax Year |
|---|---|---|---|
| 510-0083-0344-00 | 3395 LAKEMEADOW CT | Parcel Number | 2022 Payable 2023 |

### Property Information

| | | |
|---|---|---|
| **Tax District** | 141 - COLERAIN-NORTHWEST LSD | |
| **School District** | NORTHWEST LSD (HAMILTON CO.) | |

| **Appraisal Area** 51079 - COLERAIN 79 Sales | **Auditor Land Use** 510 - SINGLE FAMILY DWLG |
|---|---|
| **Owner Name and Address** HAARMAN ROBERT W & CARRIE 3395 LAKEMEADOW CT CINCINNATI OH 45239 (call 946-4015 if incorrect) | **Tax Bill Mail Address** HAARMAN ROBERT W & CARRIE 3395 LAKEMEADOW CT CINCINNATI OH 45239 (Questions? 946-4800 or treasurer.taxbills@hamilton-co.org) |
| **Assessed Value** 41,800 | **Effective Tax Rate** 73.060602 |

**Total Tax** $2,759.32

**Images/Sketches**

**Property Description**
LAKEMEADOW CT 27.32 X 186.68 IR-LOT 103 WINDSOR PK 2ND SUB

### Appraisal/Sales Summary

| | |
|---|---|
| Year Built | 1958 |
| Total Rooms | 5 |
| # Bedrooms | 3 |
| # Full Bathrooms | 1 |
| # Half Bathrooms | 0 |
| Last Transfer Date | 5/31/2023 |
| Last Sale Amount | $0 |
| Conveyance Number | 331714 |
| Deed Type | WE - Warranty Deed (EX) |
| Deed Number | |
| # of Parcels Sold | 1 |
| Acreage | 0.254 |

### Tax/Credit/Value Summary

| | |
|---|---|
| Board of Revision | No |
| Rental Registration | No |
| Homestead | No |
| Owner Occupancy Credit | Yes |
| Foreclosure | No |
| Special Assessments | Yes |
| Market Land Value | 27,900 |
| CAUV Value | 0 |
| Market Improvement Value | 91,500 |
| Market Total Value | 119,400 |
| TIF Value | 0 |
| Abated Value | 0 |
| Exempt Value | 0 |
| **Taxes Paid** | $2,759.32 |
| Tax as % of Total Value | 2.297% |

### Notes

2023 is a reappraisal year for Hamilton County. Please review your property's data and mailing addresses for accuracy. Email Auditor.Kelly@auditor.hamilton-co.org with any data or mailing address corrections.