# Exhibit B



## Work Order Details

| | |
|---|---|
| Work Order Number | 469115 |
| Work Order Type | Sewer Backup Investigation |
| Location | 3395 LAKEMEADOW CT, COLETP |
| Requested by: | LINDA LEIST |
| Telephone - Home | |
| Telephone - Work | , |
| Customer e-mail | |
| Comments | Comments #1:<br>(Copied from Service Request 61321): "Caller: LEIST, LINDA:<br>Q: Where is the Sewer Backup Occuring?<br>A: Inside Building<br>Q: What is the lowest floor of the building that has a Sewer Backup?<br>A: Basement / Lower Level<br>Q: Are you experiencing a backup now?<br>A: YES<br>Q: How is the backup primarily entering the building?<br>A: Floor Drain<br>Q: Would you like to request a specific 4-hour window for our response service?<br>A: NO<br>Q: Is this building protected by an MSD-owned pumping system?<br>A: No<br>Q: What type of building is this?<br>A: Single-Family Home<br>Q: How deep was the water/sewage at its deepest point?<br>A: Puddle around floor drain<br>Q: Is there insurance in place to cover this problem?<br>A: Unsure<br>Q: Please enter the Date this back up begain.<br>A: 3/24/2023" |
| Requested Date/Time | 3/24/2023, 12:44 PM |
| Assigned To | HAYDEN MARSCHALL     Hayden.Marschall@cincinnati-oh.gov |

## Crew Arrival

| | |
|---|---|
| Arrival Date/Time | 3/24/2023, 2:08 PM |

## SBU Form Pg 1 - Property Status

**Photo of House**



| | |
|---|---|
| Is the property backed up now? | Yes |

**Photo of backup source**



| | |
|---|---|
| Was the property previously backed up? | |
| Backup Location | Basement |
| Backup Depth | Feet / Inches: 2 |
| Backup Source | Floor Drain |

### SBU Form Pg 2 - Photos and Plumber Information

| | |
|---|---|
| Photos of house interior and exterior | (0 records) |
| Did the customer have a plumber? | No |

### SBU Form Pg 3 - Upstream Manhole

| | |
|---|---|
| Size of Mainline (in) | 12 |
| Upstream Manhole Number | 23212002 |

USMH Photo



| USMH Photo | Optional Comments - USMH |
|---|---|

| | |
|---|---|
| Upstream Manhole Condition | Open and Running |
| Does the USMH have a Float Level Indicator (FLI)? | No |
| Does the upstream manhole show signs of previous surcharge? | No |

### SBU Form Pg 4 - Downstream Manhole

| | |
|---|---|
| Downstream Manhole Number | 23212003 |

DSMH Photo



| DSMH Photo | Optional Comments - DSMH |
|---|---|

| | |
|---|---|
| Downstream Manhole Condition | Open and Running |
| Does the DSMH have a Float Level Indicator (FLI)? | No |

### SBU Form Pg 5 - Cleanout Information

| | |
|---|---|
| Is there an outside cleanout? | No |

### SBU pg 6 - Final Comments

| | |
|---|---|
| SBU Work Order Final Comments | Rear of building yard is underwater |
| Did you leave a SBU Field Form? | Field Form 8 |

| | |
|---|---|
| Did you advise the customer to call a plumber? | Yes |
| Do you have any additional photos to add? | Yes |

**Additional Photos**

(2 records)

| Photo | Description |
|---|---|
| | Backyard |
| | No sign of surcharge |

## Employees and Equipment

(2 records)

| | Name |
|---|---|
| Employee(s) on Job | • HAYDEN MARSCHALL |
| | • White, Clarence |

(1 record)

| | Equipment on Job |
|---|---|
| Vehicles/Equipment on Job | • 20890 |

## Complete Field Investigation

| | |
|---|---|
| Crew Leader Signature | *[signature: Hayden M]* |
| Completion Date/Time | 3/24/2023, 2:40 PM |

## Work Order Cost

| | |
|---|---|
| Hours on Job | 0.53344 |
| Total Labor Cost | 37.42 |
| Total Equipment Cost | 2.97 |
| Total Work Order Cost | 40.39 |