# Exhibit C



**Robert Jones PLUMBING**
Complete Plumbing Service

6071 State Rt. 128
Cleves, OH 45002
phone: (513) 353-2230
fax: (513) 353-2247

BILL TO

Linda Leist
3395 Lakemeadow Ct
Cincinnati, OH 45239

| DATE | INVOICE NO. |
|---|---|
| 4/3/2023 | 116836 |

| P.O. NO. | TERMS |
|---|---|
|  | Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| Rod out drain with big machine. | 310.00 |
| Tech: Eric | |

Thank you    Accepting All Major Credit Cards    **Total** $310.00