# Exhibit D



## Work Order Details

| | |
|---|---|
| Work Order Number | 480949 |
| Work Order Type | Sewer Backup Investigation |
| Location | 3395 LAKEMEADOW CT COLERAIN TOWNSHIP, OH 45239 |
| Requested by: | ELAINE COOPER |
| Telephone - Home | |
| Telephone - Work | , |
| Customer e-mail | |
| Comments | Comments #1:<br>(Copied from Service Request 62902): "Caller: COOPER , ELAINE :<br>Q: Where is the Sewer Backup Occuring?<br>A: Inside Building<br>Q: What is the lowest floor of the building that has a Sewer Backup?<br>A: Basement / Lower Level<br>Q: Are you experiencing a backup now?<br>A: NO<br>Q: How is the backup primarily entering the building?<br>A: Unsure<br>Q: Would you like to request a specific 4-hour window for our response service?<br>A: NO<br>Q: Is this building protected by an MSD-owned pumping system?<br>A: No<br>Q: What type of building is this?<br>A: Single-Family Home<br>Q: Do you know when this specific backup started occurring?<br>A: Yes<br>Q: How deep was the water/sewage at its deepest point?<br>A: Unsure<br>Q: Is there insurance in place to cover this problem?<br>A: Unsure<br>Q: Please enter the Date this back up begain.<br>A: 7/14/2023" |
| Requested Date/Time | 7/19/2023, 9:53 AM |
| Assigned To | 👤 Jeff Greene        Jeff.Greene@cincinnati-oh.gov |

## Crew Arrival

| | |
|---|---|
| Arrival Date/Time | 7/19/2023, 10:44 AM |

## SBU Form Pg 1 - Property Status

Photo of House



| | |
|---|---|
| Is the property backed up now? | Did not enter property |
| Why didn't you enter the property? | Nobody home |
| Was the property previously backed up? | |
| Backup Location | |

## SBU Form Pg 2 - Photos and Plumber Information

| | | |
|---|---|---|
| Photos of house interior and exterior | | (0 records) |
| Did the customer have a plumber? | Unsure | |

## Upstream Manhole

| | |
|---|---|
| Size of Mainline (in) | 12 |
| Upstream Manhole Number | 23212002 |

USMH Photo

| USMH Photo | Optional Comments - USMH |
|---|---|
| | |

| | |
|---|---|
| Upstream Manhole Condition | Open and Running |
| Does the USMH have a Float Level Indicator (FLI)? | No |
| Does the upstream manhole show signs of previous surcharge? | No |
| Did you install a USMH FLI? | No |
| Why didn't you install a USMH FLI? | Installed FLI in DSMH |

## Downstream Manhole

| | |
|---|---|
| Downstream Manhole Number | 23212003 |

DSMH Photo

| DSMH Photo | Optional Comments - DSMH |
|---|---|
| | |

| | |
|---|---|
| Downstream Manhole Condition | Open and Running |
| Does the DSMH have a Float Level Indicator (FLI)? | No |
| Does the downstream manhole show signs of previous surcharge? | No |
| Did you install a DSMH FLI? | Yes |

## Cleanout Information

| | |
|---|---|
| Is there an outside cleanout? | No |

## Referrals

| | |
|---|---|
| Does this work order need to be referred to another agency? | No |

## Final Comments

| | |
|---|---|
| Work Order Final Comments | Spoke to caller on phone. She was interested to have MSD c/o installed at ROW per FF8. |
| Did you leave a Field Form? | Field Form 8 |
| Did you advise the customer to call a plumber? | Yes |
| Do you have any additional photos to add? | Yes |

(1 record)

| Photo | Description |
|---|---|
| | |

| Additional Photos |  | Left packet | |
|---|---|---|---|

**Employees and Equipment**

| | | (2 records) |
|---|---|---|
| Employee(s) on Job | *Name* | |
| | • Greene, Jeffrey | |
| | • Gray, Reginald | |

| | | (1 record) |
|---|---|---|
| Vehicles/Equipment on Job | *Equipment on Job* | |
| | • 20895 | |

**Complete Field Investigation**

Crew Leader Signature

| Completion Date/Time | 7/19/2023, 11:27 AM |
|---|---|

**Work Order Cost**

| Hours on Job | 0.71681 |
|---|---|
| Total Labor Cost | 54.48 |
| Total Equipment Cost | 5.05 |
| Total Work Order Cost | 59.53 |