# Exhibit E

*P.1*

*2nd claim # 480949*



Mail Payment To:
Thomas and Galbraith
10640 East 59th St
Indianapolis, IN 46236

Pay Online thomasgalbraith.com/make-your-payment

Thomas and Galbraith
9520 Le Saint Drive
Fairfield, OH 45014

**BILL TO**
Carrie Haarman
3395 Lakemeadow Court
Cincinnati, OH 45239 USA

| INVOICE | INVOICE DATE |
|---|---|
| 959754 | Jul 15, 2023 |

**JOB ADDRESS**
Carrie Haarman
3395 Lakemeadow Court
Cincinnati, OH 45239 USA

Completed Date: 7/15/2023
Technician: Kevin Walters

## DESCRIPTION OF WORK

Upon arrival, client had stated that they were having issues with floor drain backing up during heavy rain, as well as whenever using any facilities. Client had greeted me at the door and shown me to the side entrance where there are a flight of stairs down to basement. Client had guided me to the basement where we were able to duplicate the issue just by running stationary tub. Made estimate for $93 drain clearing special + EDF for sewer line and client had signed off and agreed to the terms of service. Ordered main line through stack clean out in the basement with 300 machine with a 3 inch double cutter blade and pulled nothing back. Tested the line thoroughly by running water from stationary tub, and also filling up stationary tub and letting it discharge at the same time as client flushing toilet multiple times and the line did not back up again. During testing process noticed that there was water leaking from stationary tub and going towards water heater in which the bottom is rusted due to no pan being underneath of water heater. For this reason made a couple of estimates for new stationary tub. If client is want quote for water heater, then service plumber will need to be scheduled. There is a $98 service charge for the service plumber to come out and do any quoting. Client will have one year one trip return warranty on main line clearing

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| P1269 | $93 or Free Drain Clearing (inside) | 1.00 | $93.00 | $93.00 |

- Owner-occupied homes only.
- Reasonable access to a clean-out required.
- We advise the televising / further evaluation of any drain that becomes stopped to determine a more permanent solution to stoppage problems.
- Pulling and resetting a toilet is **NOT** considered reasonable access for interior branch lines.
- Additional charges may apply to gain reasonable access.
- Additional charges may apply for clearing over 100 ft.
- **NOT** responsible for any damage to existing piping.
- Cable becoming stuck due to condition of the existing drain line may result in additional charges to remove the cable.
- Must be presented at time of service.

- Cannot combine with other discounts.
- Not valid on previous purchases.
- Existing residential only.
- Homeowner authorization needed.
- Must be in service area.

### Warranty

- One trip, one year warranty. See original invoice for details.
- Warranty is void with the abuse of the drain line, which may include the discharge of foreign objects, grease, hair, oils, wipes, feminine hygiene products, or other flushable items.

60-CF00000

| | | | | | |
|---|---|---|---|---|---|
| P1356 | Cleanout Plug Removal Disclosure | | 1.00 | $0.00 | $0.00 |

Cleanout plugs are typically screwed into a cleanout adapter. Over time metal cleanout plugs become rusted and often times frozen in place. To remove those, it is necessary to do so, by cutting, chiseling or destroying the plug.

- Even though care is taken to remove the cleanout plug, we are not responsible for the condition of the threads in the cleanout adapter.
- Additional charges may apply to replace the cleanout plug.
- A new cleanout maybe required if the threads are too rusted or rotted to allow for a new cleanout plug to be installed.

| | | | | | |
|---|---|---|---|---|---|
| C004 | Emergency Dispatch charge | | 1.00 | $47.00 | $47.00 |

| | |
|---|---|
| POTENTIAL SAVINGS | $0.00 |
| SUB-TOTAL | $140.00 |
| TAX | $0.00 |
| TOTAL DUE | $140.00 |
| PAYMENT | $140.00 |
| BALANCE DUE | $0.00 |

Pay Online thomasgalbraith.com/make-your-payment

CUSTOMER AUTHORIZATION

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to industry standards and practices. All work proposed is contingent upon weather, strikes, accidents and/or any other delay beyond our control. Owner is to carry fire, tornado and other necessary insurance. Our workers are covered by our workman's compensation insurance. This proposal may be withdrawn by us if not accepted in writing and returned to us within 30 days. By my signature below, I represent and agree that: (1) This proposal is accepted. Any changes requiring extra costs will be presented on a separate proposal. (2) I understand that this proposal now becomes a legally binding contract for the work at the price set forth; (3) I acknowledge that the estimated price does not include unforeseen parts or labor which may be needed after the work begins. (For example, aged and deteriorated plumbing, piping and appurtenances may no longer be serviceable, and WCA Group cannot be held liable for damage or destruction of those items as a result of conventional

repair efforts); (4) I have the legal authority to enter into this contract for this work at the location identified and hereby authorize the work to be done; (5) I will remit payment when due and if I fail to remit when due, I will be responsible for all collection costs, attorney fees and interest at 1.5% per month; (6) WCA Group retains the right to file a mechanic's lien upon completion; (7) WCA Group shall retain title to the above-described materials until all of the terms of this agreement have been performed, including payment in full of the balance due. (8) Customer agrees that WCA Group may scan, fax, email, image or otherwise convert this document into an electronic format of any type or form, now known or developed in the future, and any unaltered or unadulterated copy of this document produced from such electronic format will be legally binding upon all the parties and equivalent to the original for all purposes.

Sign here  X                                                    Date    7/15/2023

## CUSTOMER ACKNOWLEDGEMENT

My signature below acknowledges that all work has been satisfactorily completed. I agree to the total charges that are now due and the payment method. WCA Group (WCA) retains ownership of all material listed until payment is made in full. Terms include 1.5% monthly service charge if not paid in 30 days. If this invoice is not paid within 30 days, a lien against my property may be pursued and I will be responsible for practical attorney fees, collection costs and interest. WCA is not responsible for insured losses. Customer agrees that WCA may scan, fax, email, image or otherwise convert this document into an electronic format of any type or form, now known or developed in the future, and any unaltered or unadulterated copy of this document produced from such electronic format will be legally binding upon all the parties and equivalent to the original for all purposes.

Sign here  X                                                    Date    7/15/2023

I authorize Thomas and Galbraith to charge the agreed amount to my credit card provided herein. I agree that I will pay for this purchase in accordance with the issuing bank cardholder agreement.

Sign here  x                                                    Date    7/15/2023

Invoice #959754                                                                    Page 3 of 3