# Exhibit F



NOTE:
To be built in accordance with the specifications of Hamilton County and under the supervision of the County Engineer.



BARJO LANE

ALEXIS ROAD

LAKEMEADOW COURT

JUN 15 2005

SANITARY SEWER No. 1160
DISTRICT NO. 2
SCALE 1"=50' HOR. 1"=10' VERT.

JAMES S. WALD & ASSOCIATES
2565 GALBRAITH ROAD
CINCINNATI 39, OHIO

S-1160