# Exhibit J



# Sewer Backup Claim Form



Click button to clear
electronic form

## GENERAL INFORMATION *(TO BE COMPLETED BY CLAIMANT)*   WO# 477515

Claimant Name: _Robert Hoarman_

Claimant Address: _10632 Lower Line Creek Rd_

City, State, Zip: _Somerset KY 42503_

Best Phone Number to Reach You: ███████████████

Email Address: ██████████████████████████

Address where sewer backup occurred (if different than claimant address):

_3395 Lakemeadow Dr._

City, State, Zip (if different than claimant city, state, zip):

_Cincinnati OH 45239_

Type of Property (please check one):

- ☑ Single-family residence
- ○ Multi-family residence | # of units: _____
- ○ Business
- ○ Other (please specify) _____

RECEIVED
JUN 1 3 2023
Mail
By CEB

Date sewer backup occurred: _3/23/23_ Time of day: _NIGHT_

Did you report this sewer backup incident to MSD? ☑ Yes   ○ No

**If yes,** what date did you report it? _3/24/23_

Did you contact a plumber or other qualified professional after the sewer backup occurred? ☑ Yes   ○ No

**If yes,** did a plumber or other qualified professional determine the cause of the backup? ○ Yes   ☑ No

**If yes,** please provide a copy of a report from the plumber or other qualified professional setting out the basis for his/her conclusion.

How many times have you had a sewer backup incident prior to this one: _0_

Approximate dates of those incidents: _N/A_

If you've had two or more backup in the last 5 years, have you applied for MSD's Sewer Backup Prevention Program?

○ Yes   ○ No

**If yes,** what was the result of the application? _____

**If no,** why not? _____



# Sewer Backup Claim Form (continued)

**SEWER BACKUP RESPONSE PROGRAM**

## GENERAL INFORMATION *(TO BE COMPLETED BY CLAIMANT)*...

Please indicate what your basement is used for:

- ☒ Storage
- ☒ Laundry Room
- ☐ Bar
- ☐ Bathroom
- ☒ Family Room
- ☐ Study/Den
- ☐ Workbench
- ☐ Other (please specify):

_____
_____
_____

If you are the owner, is this property held in the name of a corporation, partnership, or other entity, rather than by individuals?

○ Yes  ☒ No  ○ Not applicable

**If yes,** please provide the name of the entity that owns the property:

_____

Is this a rental property?
○ Yes  ☒ No  *Mother-in-law lives here.*

**If yes,** are you a tenant or landlord?
○ Tenant  ☒ Landlord

### Tenants
If you are a tenant, please provide the following information about your landlord:

Landlord Name: _____

Landlord Address: _____

City, State, Zip: _____

Landlord Phone Number: _____

Landlord Email: _____

### Landlords
If you are a landlord, please provide the following information about your tenants:

Tenant Name(s), Unit #s, and Phone #s:
*Linda Leist* ███████████████

_____  _____

_____  _____

_____  _____



# Sewer Backup Claim Form (continued)

## INSURANCE INFORMATION *(TO BE COMPLETED BY CLAIMANT)*

Ohio law requires MSD to deduct any benefits a property owner or renter is entitled to receive through private insurance from a sewer backup claim.

Do you have insurance coverage for a sewer backup or flood on the property that experienced the sewer backup?

◯ Yes      ☑ No

**If yes,** please provide the following information:

- The name of your insurance carrier: _____
- Your policy number: _____
- The amount of your deductible: _____
- The amount of eligible coverage or compensation received: _____

**Please attach a copy of your policy's Declarations Sheet and/or a letter from your carrier regarding this coverage.**

**If no,** please provide a letter/email from your insurance company/agent stating you do not have coverage.



**SBU**
SEWER BACKUP
RESPONSE PROGRAM

# Sewer Backup Claim Form (continued)

**VERIFICATION** *(TO BE COMPLETED BY ALL CLAIMANTS)*

I hereby certify that the information provided in this form and supporting documentation is true and accurate to the best of my knowledge.

Robert Haarman
_____
Name of Claimant (print)

_____
Signature of Claimant

6/8/23
_____
Date

_____
Name of Claimant (print)

_____
Signature of Claimant

_____
Date

## STOP

## CHECKLIST

*Your claim is not considered complete and will not be processed if any of the information below is missing:*

☐ **Did you provide COMPLETE information for all questions asked?**

☐ **Did you submit documentation regarding your private insurance, if applicable?**

☐ **Did you include an itemized list of damaged property and other requested information, along with supporting documentation (e.g., photos, estimates, invoices, receipts)?**

☐ **Did you sign the form in ink? MSD only accepts hand-signed forms that are mailed, hand delivered, or sent via email to *sbuclaims@cincinnati-oh.gov*.**

## ITEMIZED LIST OF DAMAGES (add additional pages if needed)

| Item # | Item | Brand, Model #, Description | Age | Original Cost | Current Estimated Value |
|---|---|---|---|---|---|
| ex. | e.g., Dryer | Kenmore 81392 7.3 cu ft front loader flip control electric (white) | 4 | $779 | $450 |
| 1 | Carpet 50 sq ft | Carpet in finished area | 10+ | $4500.00 | $3000.00 |
| 2 | Brock Restoration | Water Removal | | 4584.14 | 4584.14 |
| | Robert Jones | Plumber | | 310.00 | 310.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ITEMIZED LIST OF DAMAGES (add additional pages if needed)

| Item # | Item | Brand, Model #, Description | Age | Original Cost | Current Estimated Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| **Total Estimated Value:** | 7894¹⁴ |
| **Compensation Received from Insurance:** | — |
| **Total Requested Reimbursement:*** | 7894.14 |

*Subtract the compensation received from insurance from the total estimated value to calculate the total requested reimbursement

Brock Restoration, Inc.
5906 Hamilton Cleves Rd
Cleves, OH 45002
513-481-5844



# INVOICE

**BILL TO**
2023-03-91-EMS
Linda Leist
3395 Lake Meadow Ct
Cincinnati, OH 45239 USA

INVOICE # B3649
DATE 04/13/2023
DUE DATE 04/13/2023
TERMS Due on receipt

**ESTIMATOR**
Griffin Brock

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | 02 Water Income | Water Mitigation | 1 | 3,530.13 | 3,530.13T |
| | 02 Non Taxable Water Income | Water Mitigation | 1 | 778.66 | 778.66 |

| | |
|---|---|
| SUBTOTAL | 4,308.79 |
| TAX (7.8%) | 275.35 |
| TOTAL | 4,584.14 |
| BALANCE DUE | **$4,584.14** |

Pd 5/8/23



*Robert Jones*
**PLUMBING**
Complete Plumbing Service

6071 State Rt. 128
Cleves, OH 45002
phone: (513) 353-2230
fax: (513) 353-2247

**BILL TO**

Linda Leist
3395 Lakemeadow Ct
Cincinnati, OH 45239

| DATE | INVOICE NO. |
|------|-------------|
| 4/3/2023 | 116836 |

| P.O. NO. | TERMS |
|----------|-------|
| | Net 30 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Rod out drain with big machine. | 310.00 |
| | |
| Tech: Eric | |

| Thank you | Accepting All Major Credit Cards | **Total** | $310.00 |
|-----------|----------------------------------|-----------|---------|