# Exhibit K



June 22, 2023

Robert W. Haarman and Carrie Haarman
10632 Lower Line Creek Road
Somerset, Kentucky  42503

RE: **Sewer Backup Claim 477515 at 3395 Lakemeadow Drive, Cincinnati, Ohio 45239**

Dear Robert W. Haarman and Carrie Haarman,

I am an outside lawyer for the City of Cincinnati and the Metropolitan Sewer District of Greater Cincinnati ("MSD"), and am writing to you in response to your claim for damages related to a sewer backup at 3395 Lakemeadow Drive, Cincinnati, Ohio 45239 on or about March 23, 2023.

We have investigated your claim and the damages identified have been determined not to have been caused by a sewer backup covered by the SBU Program. Therefore, you are not eligible for reimbursement under the SBU Program and your claim is formally denied.  If you have questions about this determination, please contact MSD's Wastewater Collection Division by phone at (513) 244-5100.

If you disagree with the City's disposition of your claim, in accordance with an order in the Consent Decree case, Federal District Court Case No. 1:02-cv-00107, you may file a Request for Review with the Federal Court in Cincinnati, Ohio. You should file your Request within ninety (90) days with the Clerk's Office of the Federal Court located in the Potter Stewart U.S. Courthouse, Room 103, 100 East 5th Street, Cincinnati, Ohio 45202. You may call the court-appointed Ombudsman, the Legal Aid Society, at (513) 362-2801 for further information.

Alternatively, you may pursue your claim through standard legal process in the Hamilton County Municipal Court or the Court of Common Pleas. Both of these courts are located at 1000 Main Street.

Best regards,

Sanna-Rae Taylor,
Attorney and outside counsel to MSD
Taft Stettinius & Hollister LLP
(513) 381-2838